# In the United States Court of Federal Claims

No. 98-126C
(Filed March 1, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**

All pretrial submissions having been exchanged, on February 26, 2004, a telephone conference call was held with counsel to discuss the date(s) they were available for the trial in this case. Based upon the information received, it is **ORDERED** that :

(1) Trial in this case is scheduled to commence at 10:30 a.m. on July 12, 2004 and continue thereafter until August 27, 2004;

(2) A pretrial conference is scheduled for 2:00 p.m. on May 13, 2004.

/s James F. Merow
James F. Merow
Senior Judge