IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 98-126 C
(Senior Judge Merow)

YANKEE ATOMIC'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO OPPOSE GOVERNMENT'S PRE-TRIAL MOTIONS

Yankee Atomic moves pursuant to RCFC 6(b) for an enlargement of time through April 16 in which to oppose the government's pre-trial motions filed at the time of service of the government's pre-trial submissions. The time for Yankee Atomic's oppositions has not previously been enlarged. The specific government motions and number of additional days requested to oppose each is as follows: Defendant's Motion *in Limine* Regarding Taking Damages (43), Defendant's Motion *in Limine* to Preclude the presentation of Dr. Graves' Speculative Theory of Exchanges at Trial in Support of Yankee Atomic's Claim for Damages (43), Defendant's Motion *in Limine* to Exclude the Expert Report and Testimony of John Bartlett (43), Defendant's Motion for Partial Summary Judgment Regarding Priority for Shutdown Reactors (43), and Defendant's Motion *in Limine* to Exclude Testimony and Evidence Regarding Plaintiff's Request for Pre-Breach Damages (49)[1]. Yankee Atomic's

[1] The date of service of this last motion is unclear. Although the certificate of service notes service on February 13, that date appears to reflect a typographical error, as the document is dated February 19, and it was received by Yankee Atomic's counsel along with the government's other motions on February 20. The number of days of additional time requested, however, is based on a February 13 service date.

counsel has conferred with counsel for the government regarding its position on this motion, and the government does not oppose this motion.

Yankee Atomic needs this additional time in light of the fact that that it has been served with a very substantial amount of material by the government at one time. Yankee Atomic needs this additional time in order to appropriately analyze the motions in the context of the government's pretrial submissions and to prepare oppositions that fully and carefully address all of the relevant issues for the Court. Yankee Atomic will endeavor to file its oppositions prior to April 16, but it is seeking an enlargement of time through that date in order to assure that it does not have to bother the Court with a subsequent motion for additional time in the interim. The enlargement sought in this motion will not be prejudicial to the government, as the April 16 date would provide the government with ample time in which to prepare any replies on its pre-trial motions well in advance of the May 13 pre-trial conference, in the event the Court decides to address these motions at that time.

For the foregoing reasons, Yankee Atomic should have an enlargement of time through April 16 in which to oppose the government's pre-trial motions.

Dated: March 2, 2004

Respectfully submitted,

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC
COMPANY

Of Counsel:

Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH