# In the United States Court of Federal Claims

No. 98-126C
(Filed March 3, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**

On March 2, 2004, Yankee Atomic's Unopposed Motion For An Enlargement Of Time To Oppose Government's Pre-Trial Motions was filed. Plaintiff requests an enlargement time to and including April 16, 2004, to oppose Defendant's Motion *in Limine* Regarding Takings Damages; Defendant's Motion *in Limine* to Preclude the Presentation of Dr. Graves' Speculative Theory of Exchanges at Trial in Support of Yankee Atomic's Claim for Damages; Defendant's Motion *in Limine* to Exclude the Expert Report and Testimony of John Bartlett; Defendant's Motion for Partial Summary Judgment Regarding Priority for Shutdown Reactors; and Defendant's Motion *in Limine* to Exclude Testimony and Evidence Regarding Plaintiff's Request for Pre-Breach Damages.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed March 2, 2004, is **GRANTED**

/s James F. Merow
James F. Merow
Senior Judge