IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of one day, to and including March 30, 2004, within which to file its response to the plaintiffs' motion to compel production of documents pursuant to the Court's August 25, 2003 order, which the plaintiffs filed on March 12, 2004. The Government's response is currently due on Monday, March 29, 2004. Counsel for defendant did not discover that this motion would be necessary until well after the close of business on Monday, March 29, 2004, and, therefore, was unable to determine whether the would oppose this motion.

The Government has prepared a short response to the plaintiffs' August 25, 2003 motion to compel, and counsel for defendant had anticipated that the Government would file that response today. However, because of the press of other business, counsel for defendant did not prepare to file the response until late in the day on March 29, 2004. Counsel for defendant has discovered that the appendix that was to accompany the response has not yet been scanned into an electronic form that can be filed through the Court's ECF program. By the time that counsel

---

1/ The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (collectively referred to as the "Yankees").

for defendant discovered this problem, it was too late in the day for him to have the appendix prepared for an electronic filing. To allow the Government to prepare that short appendix for filing and to submit its response and appendix to the Court, we respectfully request that the Court grant us a one-day enlargement of time within which to file our response.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time of one day, to and including March 30, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

March 29, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of March 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.