# In the United States Court of Federal Claims

No. 98-126C
(Filed March 30, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On March 29, 2004, Defendant's Motion For An Enlargement Of Time was filed. Defendant requests an enlargement of time of one day, to and including March 30, 2004, within which to file its response to the Yankee Atomic's Motion To Compel Production Of Documents Pursuant To The Court's August 25, 2003 Order.

Accordingly, it is **ORDERED** that defendant's motion, filed March 29, 2004, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.