DE90-004456

NTIS
Information is our business.

# SPENT FUEL ACCEPTANCE SCENARIOS DEVOTED TO SHUTDOWN REACTORS: A PRELIMINARY ANALYSIS

PACIFIC NORTHWEST LABORATORY
RICHLAND, WA

OCT 89



U.S. DEPARTMENT OF COMMERCE
National Technical Information Service



OCR

PA-165043

DE90-004456

PNL-7143
UC-812

# Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors: A Preliminary Analysis

T. W. Wood
A. M. Plummer
D. G. Dippold
S. M. Short

October 1989

Prepared for the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Operated for the U.S. Department of Energy
by Battelle Memorial Institute

PNL-7143

REPRODUCED BY
U.S. DEPARTMENT OF COMMERCE
NATIONAL TECHNICAL INFORMATION SERVICE
SPRINGFIELD, VA. 22161

**DISCLAIMER**

This program was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor Battelle Memorial Institute, nor any or their employees, makes **any warranty, expressed or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights.** Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government of any agency thereof, or Battelle Memorial Institute. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof.

PACIFIC NORTHWEST LABORATORY
*operated by*
BATTELLE MEMORIAL INSTITUTE
*for the*
UNITED STATES DEPARTMENT OF ENERGY
*under Contract DE-AC06-76RLO 1830*

Printed in the United States of America

Available to DOE and DOE contractors from the
Office of Scientific and Technical Information, P.O. Box 62, Oak Ridge, TN 37831;
prices available from (615) 576-8401. FTS 626-8401.

Available to the public from the National Technical Information Service,
U.S. Department of Commerce, 5285 Port Royal Rd., Springfield, VA 22161.

NTIS Price Codes, Microfiche A01

Printed Copy

| Pages | Price Codes |
|---|---|
| 001-025 | A02 |
| 026-050 | A03 |
| 051-075 | A04 |
| 076-100 | A05 |
| 101-125 | A06 |
| 126-150 | A07 |
| 151-175 | A08 |
| 176-200 | A09 |
| 201-225 | A10 |
| 226-250 | A11 |
| 251-275 | A12 |
| 276-300 | A13 |

PNL-7143
UC-812

# SPENT FUEL ACCEPTANCE SCENARIOS DEVOTED TO SHUTDOWN REACTORS: A PRELIMINARY ANALYSIS

T. W. Wood
A. M. Plummer[a]
D. G. Dippold[a]
S. M. Short

October 1989

Prepared for
the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Richland, Washington 99352

(a) Office of Transportation Systems Planning
Nuclear Systems Group
Battelle Memorial Institute

## EXECUTIVE SUMMARY

Spent fuel acceptance schedules and the allocation of federal acceptance capacity among commercial nuclear power reactors have important operational and cost consequences for reactor operators. Alternative allocation schemes were investigated to some extent in DOE's MRS Systems Study (DOE 1989a). The current study supplements these analyses for a class of acceptance schemes in which the acceptance capacity of the federal radioactive waste management system[a] is allocated principally to shutdown commercial power reactors, and extends the scope of analysis to include considerations of at-reactor cask loading rates.

The operational consequences of these schemes for power reactors, as measured in terms of quantity of spent fuel storage requirement above storage pool capacities and number of years of pool operations after last discharge, are estimated, as are the associated utility costs. This study does not attempt to examine the inter-utility equity considerations involved in departures from the current oldest-fuel-first (OFF) allocation rule as specified in the "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste" (DOE 1988b). In the sense that the alternative allocations are more economically efficient than OFF, however, they approximate the allocations that could result from free exchange of acceptance rights among utilities. Such a process would result in the preservation of inter-utility equity.

This study shows that a scenario that grants exclusive spent fuel acceptance rights to shutdown reactors in order of shutdown date could substantially reduce the average time between last discharge and completion of spent fuel removal for currently operating power reactors and those under construction and expected to be completed. Implementing such a scheme, using a strict "longest-shutdown-first" priority rule, would require at-reactor cask loading rates in excess of preliminary estimates of capabilities.

---

(a) As presently planned by the DOE, this system would include a transportation element, a monitored retrievable storage facility, and one or more geologic repositories.



OCR, JKF

PA-165047

Because of the relative timing for reactor shutdown and federal acceptance as currently planned, this scenario would not fully utilize the spent fuel acceptance capacity planned for the federal system. In addition, the requirements for additional at-reactor storage would be much greater under such a scheme than under an allocation of acceptance based on spent fuel age.

A modified shutdown priority scenario is developed that grants first priority to reactors with imminent storage capacity needs, second priority to shutdown reactors, and third priority based on spent fuel age and individual at-reactor cask loading constraints as currently estimated. This scenario is shown to have lower at-reactor storage impacts in terms of both capacity requirements and average time between last discharge and fuel pickup than an allocation based on age of spent fuel, and would fully utilize the planned acceptance capacity of the waste management system.

All of the scenarios studied would have some impact on the characteristics of the spent fuel accepted. The effects of fuel characteristics on transportation cask capacity and fleet requirements are treated here in a qualitative fashion.

# CONTENTS


EXECUTIVE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . iii

1.0 INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . 1.1

2.0 THE DECOMMISSIONING SEQUENCE FOR POWER REACTORS . . . . . . . . . . 2.1

3.0 SCENARIO DEVELOPMENT . . . . . . . . . . . . . . . . . . . . . 3.1

3.1 THE REFERENCE ACCEPTANCE SCENARIO . . . . . . . . . . . . . 3.1

3.2 BASIC CONSIDERATIONS IN FORMULATING A SHUTDOWN PRIORITY ACCEPTANCE SCENARIO . . . . . . . . . . . . . . . . . . . . . . 3.1

3.2.1 Spent Fuel Availability . . . . . . . . . . . . . . . . . 3.2

3.2.2 At-Reactor Cask Loading Rate Constraints . . . . . . . 3.3

3.3 OTHER ASSUMPTIONS . . . . . . . . . . . . . . . . . . . . . 3.4

3.3.1 Repository Capacity and Second-Repository Timing . . . . . . . . . . . . . . . . . . . . . . . 3.4

3.3.2 Pool Capacity and Spent Fuel Inventory . . . . . . . 3.4

3.3.3 Minimum Spent Fuel Age Since Discharge . . . . . . . 3.5

3.3.4 Allocation of Acceptance Among Shutdown Reactors . . . . . . . . . . . . . . . . . . . . . . . 3.5

3.3.5 Allocation of Residual Acceptance Capacity . . . . . 3.5

3.3.6 Shipment Dedication and Size . . . . . . . . . . . . 3.6

3.3.7 Other Transportation Assumptions . . . . . . . . . . 3.7

3.4 SUMMARY OF CASES ANALYZED . . . . . . . . . . . . . . . . . 3.8

4.0 ANALYSIS OF EFFECTS . . . . . . . . . . . . . . . . . . . . . . 4.1

4.1 FIGURES OF MERIT ASSOCIATED WITH AT-REACTOR STORAGE . . . . 4.1

4.1.1 Additional Storage Capacity . . . . . . . . . . . . . 4.1

4.1.2 Duration and Cost of Pool Operations After Last Discharge . . . . . . . . . . . . . . . . . . . . . . 4.1

4.2 RESULTS OF ANALYSIS . . . . . . . . . . . . . . . . . . . . 4.3

4.2.1 The Reference Case . . . . . . . . . . . . . . . . . . . 4.3
4.2.2 Case 2 - A Literal Construction of EDF . . . . . . . . 4.3
4.2.3 Delayed Acceptance . . . . . . . . . . . . . . . . . . 4.6
4.2.4 Secondary Priorities . . . . . . . . . . . . . . . . . 4.8
4.2.5 Loading Rate Constraints . . . . . . . . . . . . . . . 4.9
4.2.6 Sensitivity Cases . . . . . . . . . . . . . . . . . . . 4.10
4.3 OTHER TRANSPORTATION CONSIDERATIONS . . . . . . . . . . . . 4.10
4.3.1 Transportation Cost and Cask Capacity . . . . . . . . 4.10
4.3.2 Modal Mix Variations . . . . . . . . . . . . . . . . . 4.12
5.0 SUMMARY OF CONCLUSIONS . . . . . . . . . . . . . . . . . . . . 5.1
6.0 REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . 6.1
APPENDIX A - CUMULATIVE PROJECTED POOL AND DRY STORAGE INVENTORIES IN ORDER OF REACTOR SHUTDOWN . . . . . . . . . . . . . . . A.1

## FIGURES


2.1 Schedule of Last Discharge Dates to Reactor Spent Fuel Pools . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.2

3.1 Spent Fuel Inventory Accumulation and Planned Acceptance . . . . 3.2

4.1 Distribution of Annual Rail Caskloadings for Case 1 . . . . . . . . 4.6

4.2 Distribution of Annual Truck Caskloadings for Case 1 . . . . . . . 4.7

4.3 Distribution of Annual Rail Caskloadings for Case 2 . . . . . . . . 4.7

4.4 Distribution of Annual Truck Caskloadings for Case 2 . . . . . . . 4.8

4.5 Distribution of Spent Fuel Age at Time of Shipment; Decommissioning and OFF Priorities Compared . . . . . . . . . . . . 4.12

4.6 Comparison of Rail Cask Fleet Requirements . . . . . . . . . . . . 4.14

4.7 Comparison of Truck Cask Fleet Requirements . . . . . . . . . . . . 4.15

# TABLES


| | | |
|---|---|---|
| 3.1 | Derivation of Estimated Maximum Feasible Cask Loading Rates . . . | 3.8 |
| 3.2 | Description of Cases Analyzed . . . . . . . . . . . . . . . . . . . . | 3.9 |
| 4.1 | Reactors Sharing Pools . . . . . . . . . . . . . . . . . . . . . . | 4.2 |
| 4.2 | Pool Maintenance Cost and Logistics Impacts of Alternative Acceptance Scenarios . . . . . . . . . . . . . . . . . . . . . . . | 4.4 |
| 4.3 | Pickup Schedules and Quantities of Spent Nuclear Fuel Infeasible for Pickup in Case 2 . . . . . . . . . . . . . . . . . . | 4.5 |
| 4.4 | Transportation Costs . . . . . . . . . . . . . . . . . . . . . . . | 4.11 |
| 4.5 | Age and Burnup Distributions for Case 1 . . . . . . . . . . . . . . | 4.13 |
| 4.6 | Age and Burnup Distributions for Case 2 . . . . . . . . . . . . . . | 4.13 |
| A.1 | Projected Inventory of Spent Fuel at Reactors at Time of Shutdown . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | A.1 |

## 1.0 INTRODUCTION

In June 1988, the U.S. Department of Energy's (DOE) Office of Civilian Radioactive Waste Management (OCRWM) initiated a series of studies to provide a technical basis for a re-evaluation of OCRWM policy on development of a monitored retrievable storage (MRS) facility. These studies covered several topics, and are described in a summary report (DOE 1989a). Together, these studies address the effects of various alternative MRS configurations, storage capacities, and deployment dates on the functioning and cost of both the federal waste management system and spent fuel storage at commercial power reactors. This analysis is framed comparatively, against a series of reference cases for a system without an MRS facility. These repository-only cases include cases with initial facility operation in the year 2003 and sensitivity cases for delayed repository development (as late as 2013) and for a repository emplacing intact rather than consolidated spent fuel.

In January 1989, testimony before the MRS Review Commission by the Environmental Defense Fund (EDF) suggested that a valid comparative analysis of an MRS facility should include a case in which a repository-only system was formulated around "single, dedicated shipping campaigns of fuel from each reactor at the time of its decommissioning." Previous comments on the Initial Version Dry Cask Storage Study (DOE 1988a) suggested a system that "would entail mostly single bulk shipping campaigns from each reactor to a repository, preferably immediately after reactor decommissioning." While the study on system storage conducted as part of DOE's MRS Systems Study (Wood et al. 1989) included analysis of granting priority to decommissioning reactors as an alternative to priority based on fuel age, the specific scenario suggested had not been analyzed. The current study was initiated as a supplemental effort to analyze the specific scenario suggested by EDF, and to develop an acceptance scenario incorporating the general principles suggested and resulting in low costs to utilities.

The acceptance scenarios developed in this report involve allocations of spent fuel acceptance rights other than the current oldest-fuel-first (OFF) allocation established by the "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste" (DOE 1988b). Although

there is a provision in the Contract that provides for shutdown reactor priority in acceptance allocations, this study does not advocate implementation of such a policy as an administrative action by the DOE. In the sense that the alternative allocations are more economically efficient than OFF, however, they approximate the allocations that could result from free exchange of acceptance rights among utilities. Such a process would result in the preservation of inter-utility equity.

The evaluation of system effects in this study includes many of the same figures of merit developed and applied in the evaluation of system storage (Task G) and transportation (Task F) in the MRS Systems Study, and was conducted by staff involved in these efforts, using essentially the same analysis framework. Specific aspects of this evaluation included 1) quantity, duration, and cost of at-reactor storage, 2) logistical feasibility and cost of spent fuel transportation, and 3) spent fuel characteristics. The study developed these measures for several repository-only cases based on the general scheme described above, and compares them with the standard repository-only reference case used in the MRS Systems Study. Although results presented here may be validly compared with MRS scenario results previously reported, such comparisons were not undertaken in this report.

The cost measures and other results reported herein are measures of utility impacts as a result of alternative acceptance allocations. Some of these alternative acceptance allocations would result in the receipt of younger spent fuel in the system than would an OFF allocation. The analysis of impacts of this younger fuel on the other elements of the system was beyond the scope of this study, although aspects of this problem have been qualitatively addressed for the transportation element of the system in Section 4.3.1. More detailed analysis of the impacts to the transportation element, as well as analysis of impacts on the MRS and repository elements, is ongoing. The results of the study reported herein provide important information regarding aspects of various acceptance allocations with respect to the transportation and waste generator elements of the system. However, it is important to realize that the reported cost impacts or savings to the utilities from the allocation schemes developed in this report do not represent potential impacts on the entire waste management system.

## 2.0 THE DECOMMISSIONING SEQUENCE FOR POWER REACTORS

Spent fuel removal from a power reactor site is a necessary prerequisite to site decommissioning. Although some alternative decommissioning sequences involve storage of spent fuel at reactor sites for prolonged periods, spent fuel removal is required prior to final closure of a site. Thus, the suggested removal of spent fuel "immediately after decommissioning" is interpreted in this report as immediately after shutdown (e.g., the last discharge to a particular spent fuel pool). A reactor that has completed its last discharge is referred to as "shutdown" in this report, and a reactor pool or dry storage yard that serves only shutdown reactors is referred to as a "decommissioning" pool or yard.

A reference decommissioning sequence giving shipping priority to shutdown reactors 5 years after last discharge was developed for Task G of the MRS Systems Study (Wood et al. 1989). For the current study, shipping priority was given to shutdown reactors immediately after last discharge with the constraint that the spent fuel had to be cooled a minimum of a specified number of years before it could be shipped. Schedules with 5- and 10-year minimum ages were formulated.

Although the specifics of power reactor decommissioning plans remain to be developed in most cases, projected dates of last discharge are available based on operating license data, and were used as a basis for this study. Figure 2.1 illustrates the schedule of last discharge dates for spent fuel pools. These dates assume a 40-year life after granting of reactor operating license except in cases where earlier shutdowns have already occurred.




FIGURE 2.1. Schedule of Last Discharge Dates to Reactor Spent Fuel Pools

# 3.0 SCENARIO DEVELOPMENT

## 3.1 THE REFERENCE ACCEPTANCE SCENARIO

The repository-only case used most broadly as a reference point for calculation of MRS benefits in the MRS Systems Study (DOE 1989a) is a scenario in which the repository is developed and deployed on the schedule shown in the Draft 1988 Mission Plan Amendment (DOE 1988c), but without the MRS facility described in that document. This case assumes initial acceptance in the year 2003 at a rate of 400 MTU, ramping up to a design rate of 3000 MTU by the year 2008. The reference allocation of this acceptance capacity among reactors is based on the OFF rule as specified in the "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste" (DOE 1988b). Although this rule does allocate substantial acceptance capacity to shutdown reactors, it does not maximize the ability of the federal system to assure timely decommissioning, since reactors relatively early in their service lives (e.g., 10 years after initial criticality) will have fuel as old as shutdown reactors whose pools are being drawn down in preparation for decommissioning.

## 3.2 BASIC CONSIDERATIONS IN FORMULATING A SHUTDOWN PRIORITY ACCEPTANCE SCENARIO

Evaluation of the proposal to dedicate federal waste management system acceptance to shutdown reactors requires the formulation of specific cases or scenarios for quantitative analysis, and calculation of the at-reactor storage and transportation consequences of these scenarios. Because of some considerations unique to shutdown priority scenarios, these consequences are sensitive to the details of acceptance scenario definition, and a very literal interpretation of the EDF proposal is much less desirable than one in which relatively minor adjustments are made for these considerations. This section introduces two considerations of this type--the aggregate quantity of spent fuel eligible for shipment from shutdown reactors and the possible limitation of system acceptance by at-reactor cask loading rate constraints.

In each case, the consequences of these considerations under a literal interpretation of the EDF proposal are developed, and adjustments are made which circumvent undesirable features of these scenarios.

3.2.1 Spent Fuel Availability

The data on projected last discharge dates illustrated in Figure 2.1 can be combined with spent fuel discharge data to show the quantity of spent fuel available from shutdown reactors as a function of time. Figure 3.1 shows the result of this calculation, over which is superimposed the planned cumulative spent fuel acceptance schedule from the Draft Mission Plan Amendment (repository-only system), which calls for initiation of acceptance in 2003 and full-rate acceptance of 3000 MTU per year by 2008. As shown by the figure, restricting acceptance of spent fuel to only shutdown reactors would not provide a supply of spent fuel adequate to operate the planned federal system at full rate. A cumulative shortfall of almost 20,000 MTU would occur by 2012,




FIGURE 3.1. Spent Fuel Inventory Accumulation and Planned Acceptance

after which the system could operate at design rate. In practice, such a situation would be an inefficient use of plant and operating staff. Should it be desirable to restrict acceptance to shutdown sites, spent fuel availability could be insured by either 1) reformulation of the aggregate acceptance schedule for either later initiation of acceptance or 2) a different aggregate acceptance rate. The spent fuel availability problem could also be solved by reallocation of the acceptance capacity remaining after acceptance of available fuel from shutdown reactors.

Of these possibilities, two were analyzed in this study: 1) the delay (until 2013) of initial acceptance, and 2) the allocation of unused system acceptance capacity to other reactors. The later first-repository start date was used as a sensitivity case in the MRS Systems Study (DOE 1989a) and has been suggested (DOE 1989b) as a reasonable initial date for spent fuel acceptance in a scenario devoted to shutdown reactors (state of Nevada's comments on DOE's Dry Cask Storage Study). Three reasons argued against analysis (during the current study) of a case in which system acceptance rate was altered. First, a complete evaluation of this case requires extensive consideration of alternative facility designs, at least at a preconceptual design level. Second, this sort of evaluation is now planned for inclusion in a comprehensive study of system processing rate, to be conducted in fiscal year 1990. Lastly, although the cumulative spent fuel available from shutdown reactors is less than system acceptance capacity for intermediate years, the cumulative availability is almost exactly equal to the planned 70,000 MTU capacity at the planned end of the emplacement period.

### 3.2.2 At-Reactor Cask Loading Rate Constraints

The allocation of acceptance to only shutdown reactors tends to concentrate any given year's acceptance in a few reactors relative to the reference OFF case where smaller quantities are loaded at many sites. The extent of this concentration will vary with the details of the shutdown priority rule considered, but in some cases could exceed preliminary estimates of loading rate capabilities of some sites. This problem can be circumvented by reallocation of acceptance among other shutdown pools or to pools serving operating reactors.





OCR PA-165059

The current reference assumption on spent fuel pool availability for loading of transport casks at an operating reactor is a single 10-hour shift per day, 365 days per year. While this may be a conservative assumption for a pool serving only shutdown reactors, re-evaluation of this assumption requires a detailed analysis of decommissioning sequence operations. The approach taken in the current study was to: 1) demonstrate the extent of this loading rate constraint on system throughput for a shutdown priority scheme, and 2) show that even the loading rate limits imposed by the single 10-hour shift assumption can provide for planned system acceptance rates if acceptance is suitably reallocated among sites.

## 3.3 OTHER ASSUMPTIONS

Other general assumptions, adopted from MRS Systems Study Tasks G and F, are discussed in the following sections.

### 3.3.1 Repository Capacity and Second-Repository Timing

Although the timing of the second repository, and particularly the continuity of acceptance between the first and second repositories, can affect the time required for spent fuel removal after shutdown, no explicit second-repository assumptions were made for this study. It was assumed that all of the 86,760 MTU of spent fuel projected to be generated under the 1988 EIA no-new-orders increasing burnup case could be accepted at a continuous rate of 3000 MTU per year once the first repository was fully operational. (This could be accomplished with any set of first- and second-repository capacities totaling 86,760 MTU, provided first- and second-repository acceptance were properly coordinated.) The first-repository operation was assumed to ramp up to full rate in the pattern 400 MTU/yr, (3 years), 900 MTU/yr, 1800 MTU/yr.

### 3.3.2 Pool Capacity and Spent Fuel Inventory

Pool capacity data were taken from the Energy Information Administrations's RW 859 survey (DOE 1988d). Appendix A summarizes the cumulative projected pool and dry storage inventories in order of reactor shutdown.

3.3.3 Minimum Spent Fuel Age Since Discharge

As noted in Section 2.0, spent fuel younger than 5 years is classified as non-standard. Thus, 5 years is typically assumed as a minimum age of spent fuel acceptance in simulations of the federal waste management system. A significant portion of the current designs for waste management system components is based on spent fuel of 10 years age since discharge (DOE 1986a, 1986b). In practice, this difference between minimum contractually acceptable age and design basis spent fuel age has not been regarded as problematic, since under an OFF allocation and spent fuel selection scheme, the actual average age of spent fuel at time of receipt is about 20 years.

Under an acceptance scenario devoted to shutdown reactors, however, a greater quantity of "young" spent fuel is eligible for shipment than under OFF, even with similar selection rules, and it is possible for the average age of spent fuel accepted to be closer to the minimum acceptable age. For this reason, a case was formulated with a minimum spent fuel age of 10 years rather than 5 years.

3.3.4 Allocation of Acceptance Among Shutdown Reactors

Two methods of allocating acceptance among shutdown reactors were analyzed. The first, which is a standard assumption in the system simulation model WASTES-II (Ouderkirk 1988) used for the study, is priority based on order of pool shutdown. This is the "Longest Shutdown First," or LSF rule. A second method analyzed was allocation of capacity to those shutdown sites with the smallest spent fuel inventory remaining (the "Smallest Inventory First," or SIF rule). This rule was an attempt to minimize the system aggregate cost of pool operations after last discharge. Since these costs are independent of the quantity of spent fuel onsite (Wood et al. 1989), such a rule will tend to allocate limited capacity to those sites where it will have the greatest impact in terms of reduced operational costs.

3.3.5 Allocation of Residual Acceptance Capacity

In those cases where the assumed limits on cask loading constrain the quantity of annual acceptance, residual acceptance capacity would either go unused or be allocated to other pools. The standard assumption used here is

that acceptance capacity that would normally have been allocated to a given pool but is above the logistically feasible allocation would be reallocated to the next sites in the shutdown reactor queue (e.g., either the pool with the next shutdown date under the LSF rule or the next smallest inventory under the SIF rule). If decommissioning pools are not available, the acceptance capacity is allocated to operating reactors under various alternative priority schemes. (One case is analyzed under the assumption that this system acceptance capacity is unused in order to illustrate the problem with this approach.)

### 3.3.6 Shipment Dedication and Size

The cases in which the repository is dedicated to shutdown reactors assume that when a pool is serviced, all the eligible spent fuel (up to system capacity) in its inventory is transported to the repository in 1 year. This does not imply that this fuel is shipped in a single shipment. If the reactor is rail-served, it is assumed that the spent fuel is loaded onto a series of dedicated trains each having three casks per train. This assumption of dedicated trains is the reference assumption for all spent fuel transportation scenarios (Brentlinger et al. 1989). The three-casks-per-train assumption is based on the fact that in an oldest-fuel-first pickup scenario the average amount of spent fuel transported from reactors per year is about three cask loads.

Three casks per train may not be the optimum shipment size from a transportation economics point of view. Because of the dedicated train charge per shipment (a three-cask train is considered one shipment), per-shipment costs fall as the shipment size increases. Although larger shipment sizes are possible in a shutdown priority scenario than under OFF, it is not clear that the implications of larger shipment sizes on the overall waste management system or on cask fleet requirements are desirable. Shipment sizes large enough to deplete a reactor's inventory of spent fuel in one very large shipment per year would tend to require larger amounts of lag storage at the repository than would smaller, more frequent shipments. Such large shipments could tax the repository's cask unloading capacity, forcing large numbers of casks to sit idle while waiting to be unloaded. Since the logistics questions related

to shipment size are beyond the scope of the present effort, the three-casks-per-shipment assumption was used.

### 3.3.7 Other Transportation Assumptions

The following assumptions for the physical characteristics, logistics data, and cost data were taken from MRS System Study Task F assumptions:

- Cask Physical Characteristics
  - Casks are designed for 10-year-old spent fuel having burnup of 35K MWd/MTU
  - Rail cask capacity (assemblies): 21(PWR)/48(BWR)
  - Truck cask capacities (assemblies): 3(PWR)/7(BWR)
  - Rail cask weight(lb): 200,000(loaded)/168,000(unloaded)
  - Truck cask weight(lb): 56,000(loaded)/51,500(unloaded)
- Logistics Data
  - Rail cask life (yr): 20
  - Truck cask life (yr): 20
  - Rail cask availability (days/yr): 280
  - Truck cask availability (days/yr): 310
  - Rail cask turnaround time (days): 2.5(PWR)/3.5(BWR)
  - Truck cask turnaround time (days): 2.0(PWR)/2.0(BWR)
- Cost Data
  - Cask purchase price ($ million): 2.0(rail)/0.8(truck)
  - Annual maintenance cost ($ million): .125(rail)/.075(truck)

It is further assumed that shutdown reactors can support a continual cask loading activity throughout the year. That is, because the shutdown reactors are no longer generating electricity, they can allow their pools to be used exclusively for loading spent fuel into transportation casks; cask loading is assumed to take place at these reactors 365 days per year on a one 10 hour shift per day basis. This is the current reference assumption for an operating reactor.

The above assumptions establish, for the purposes of this study, an upper limit on the annual spent fuel quantity loaded into transportation casks at each pool. For example, it takes 2.5 days to load a PWR rail cask with 21 assemblies. Thus, with continual loading, 146 PWR casks (3066 assemblies) can be loaded over 1 year's time. Table 3.1 summarizes the upper limits for rail, truck, PWR, and BWR casks.

TABLE 3.2. Description of Cases Analyzed

| Case Number | Repository Start Date | Shipping Allocation Rule | Shutdown Pool Priority Rule | Minimum Cooling Time (years) |
|---|---|---|---|---|
| 1 | 2003 | OFF | N/A | 5 |
| 2 | 2003 | DECOM | LSF[(a)] | 5 |
| 3 | 2013 | DECOM | LSF | 5 |
| 4 | 2003 | DECOM/FCR/OFF | LSF | 5 |
| 5 | 2013 | DECOM[R][(b)] | LSF | 5 |
| 6 | 2003 | DECOM[R]/FCR/OFF | LSF | 5 |
| 7 | 2003 | FCR/DECOM[R]/OFF | LSF | 5 |
| 8 | 2003 | FCR/DECOM[R]/OFF | SIF[(c)] | 5 |
| 9 | 2003 | FCR/DECOM[R]/OFF | LSF | 10 |

(a) Longest Shutdown First (LSF) - pools at shutdown reactors that have been waiting the longest to be emptied have highest shipping priority.
(b) DECOM[R] indicates a case in which acceptance rights are based on shutdown status but have been reallocated among shutdown sites so that estimated cask loading rates are not exceeded in any year.
(c) Smallest Inventory First (SIF) - pools at shutdown reactors that have the smallest inventory of spent fuel have highest shipping priority.

cannot satisfy the full core reserve (FCR) margin within their pools are granted first shipping rights, reactors that are shut down are granted shipping rights for any remaining system capacity and, if there is any system capacity still available, additional shippings rights are granted to reactors on an OFF basis. Second, for any given year, the shutdown reactors are ranked according to the size of their spent fuel inventory, smallest inventory first. Third, starting at the top of the ranking, spent fuel that is at least 5 years old is loaded into casks and shipped to the repository until the reactor's inventory of eligible fuel is exhausted or until the repository receipt rate is satisfied, whichever comes first. Reactor pickup schedules for the other cases are determined in analogous ways, except that the allocation and priority rules differ.