IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 98-126 C
(Senior Judge Merow)

# YANKEE ATOMIC'S MOTION FOR LEAVE TO FILE CORRECTED BRIEF AND MISSING PAGE OF APPENDIX

Yankee Atomic moves for leave to file a corrected copy of its brief in Response to the government's Motion for Partial Summary Judgment Regarding Priority for Shutdown Reactors, which was filed with the Court on April 6, 2004. The corrected version contains a copy of the table of contents for the Appendix, which was inadvertently omitted from the original version, and is otherwise identical to the original. A copy of the corrected brief is attached to this motion.

Yankee Atomic also moves for leave to file page 0046 of the Appendix filed with that Response on April 6, 2004. That page was inadvertently omitted from the Appendix during its assembly and is also attached to this motion.

Yankee Atomic apologizes for any inconvenience it may have caused the Court. Plaintiff respectfully requests that the Court grant this motion for leave to its corrected brief and the missing page to its Appendix.

Dated: April 7, 2004

Respectfully submitted,

s/Jerry Stouck
JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH