TABLE 3.1. Derivation of Estimated Maximum Feasible Cask Loading Rates

| Cask Loading Constraints | PWR-Truck | BWR-Truck | PWR-Rail | BWR-Rail |
|---|---|---|---|---|
| Turnaround Time (days) | 2.0 | 2.0 | 2.5 | 3.5 |
| Casks Loaded/year | 182 | 182 | 146 | 104 |
| SF assemblies/cask | 3 | 7 | 21 | 48 |
| SF assemblies loaded/yr | 546 | 1274 | 3066 | 4992 |
| MTU loaded per year | 251 | 229 | 1410 | 899 |

Note: Cask loading rates are based upon one 10-hr shift/day. If more shifts per day are assumed, the maximum feasible loading rate would increase.

At the site of a shutdown reactor, it may be possible and desirable to exceed the cask loading rates assumed in Table 3.1. Since definitive data on the extent to which this would occur is not available, the approach taken in this study is to use the estimates in Table 3.1, even if lower than might actually be achieved, and show that any resulting constraints on system throughput can be mitigated by reallocation among reactors.

## 3.4 SUMMARY OF CASES ANALYZED

Table 3.2 summarizes the nine cases formulated for analysis in this study in terms of the assumptions discussed above. Cases 2 through 7 document the development of a shutdown priority scenario that is feasible and has relatively low costs to utilities, beginning with a very literal construction of the EDF suggestion in Case 2 and making refinements in the allocation rules. Cases 8 and 9 are sensitivity analyses for the form of allocation among shutdown reactors and the minimum acceptable fuel age. Results are discussed in Section 4.0.

In each of these cases, the repository's receipt requirements are satisfied by applying the allocation and priority rules to the set of reactors to determine a reactor pickup schedule (sequence in which the reactors are serviced and the amount of spent fuel picked up at each). For example, in Case 8 the order in which the reactors are serviced and the amount of spent fuel transported are based upon several criteria. First, those reactors that