# In the United States Court of Federal Claims

No. 98-126C
(Filed April 7, 2004)

******************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
******************************

## ORDER[1/]

On April 7, 2004, Plaintiff's Motion for Leave to File Corrected Brief in Response to Partial Summary Judgment Motion Regarding Shutdown Priority and Missing Page of Appendix was filed.

Accordingly, it is **ORDERED** that plaintiff's motion, filed April 7, 2004, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.