# 4.0 ANALYSIS OF EFFECTS

## 4.1 FIGURES OF MERIT ASSOCIATED WITH AT-REACTOR STORAGE

The two principal effects of federal acceptance capacity and allocation policy on commercial power reactors are 1) their impacts on the quantity of "additional" at-reactor storage required to be deployed and 2) the length of time that a reactor must await spent fuel removal (and hence decommissioning) after its last discharge. These two effects are analyzed for a broad spectrum of cases in the MRS Systems Study (DOE 1989a), and both can have significant cost consequences. To some extent, these effects must be traded off against each other in setting priorities for allocation of acceptance capacity. FCR priority allocations tend to reduce the costs of additional storage, but will generally result in longer average times between last discharge and completion of spent fuel removal than do shutdown priority schemes. The current standard reference allocation of acceptance, based on Oldest-Fuel-First, gives intermediate results for both of these effects (i.e., neither capacity needs nor time between last discharge and fuel removal is minimized or maximized).

### 4.1.1 Additional Storage Capacity

The class of acceptance allocations analyzed here represent a limiting case in this spectrum of allocation schemes. By devoting capacity to shutdown reactors, these schemes tend to preclude acceptance at operating reactors which could benefit from acceptance to limit the need for additional storage. Thus, additional at-reactor storage requirements and costs tend to be higher for these cases. (Using assumptions and methods from MRS Systems Study [Task G], projected additional storage requirements are on the order of 29,000 MTU for Case 2, compared with about 10,600 MTU for the reference OFF scenario [Case 1].) This increment of storage capacity would cost roughly $1.4 billion using the "lower bound 1" cost estimates from Task G.

### 4.1.2 Duration and Cost of Pool Operations After Last Discharge

Acceptance scenarios in which only shutdown reactors are served will tend to minimize the time required for spent fuel removal and thus the length of pool operations after last discharge. Since the operations costs are

sensitive to the presence of spent fuel, this analysis began by calculating the number of pool-years of operations after last discharge required by each scenario. Several spent fuel pools serve more than a single reactor, as shown in Table 4.1. Since the duration of pool operations is governed by the last reactor to shut down, pool-years after last discharge were measured based on the last discharge from the last reactor at each pool-sharing site.

TABLE 4.1. Reactors Sharing Pools

| Reactors Sharing Pools | Sharing Type[a] |
|---|---|
| Braidwood 1&2 | A |
| Browns Ferry 1&2 | B |
| Byron 1&2 | A |
| Calvert Cliffs 1&2 | B |
| Comanche Peak 1&2 | B |
| Cook 1&2 | A |
| Hatch 1&2 | B |
| LaSalle City 1&2 | B |
| Limerick 1&2 | B |
| North Anna 1&2 | A |
| Oconee 1&2 | A |
| Point Beach 1&2 | A |
| Prairie Island 1&2 | A |
| Quad Cities 1&2 | B |
| San Onofre 1, 2, & 3 | E |
| Sequoyah 1&2 | A |
| Surry 1&2 | A |
| Susquehanna 1&2 | B |
| Turkey Point 3&4 | E |
| Vogtle 1&2 | B |
| Zion 1&2 | A |

(a) A = Common pool shared between 2 pools.
B = Pools connected by a transfer canal.
E = Pools requiring cask transfer.

The cost of a year of spent fuel pool operation was estimated in Task G at about $2.2 million per site for a site with no operating reactors and about $0.5 million per site for a site with at least one operating reactor. These costs are independent of the quantity of spent fuel in inventory. This is a first-order estimate of operations cost but is considered as reliable as the unit cost estimate for additional at-reactor storage capacity.

## 4.2 RESULTS OF ANALYSIS

Table 4.2 summarizes the results of at-reactor impact and transportation analyses for the nine cases developed in this study. The following sections discuss the significance of these results and their implications for formulation of an acceptance rights allocation policy.

### 4.2.1 The Reference Case

Case 1 is the reference OFF case from the MRS systems studies. This case results in significant costs to utilities for spent fuel management at reactor sites in terms of both storage capacity above currently estimated maximum pool capacities ($.82 billion) and pool operations cost after last discharge ($2.01 billion).

### 4.2.2 Case 2 - A Literal Construction of EDF

Case 2 was formulated as the starting point in analysis of shutdown priority scenarios. It assumes that the restriction on acceptance of spent fuel from only shutdown pools is strictly observed. As a result, there is insufficient fuel to fully utilize system acceptance capacity for several years (see Column 2 in Table 4.3) in this case, resulting in a total of 8850 MTU of acceptance capacity being unused.

In addition, the allocation of acceptance priorities on a strict "Longest-Shutdown-First" basis in many cases implies that the individual pool annual cask loading constraints (Table 3.1) would be exceeded. This "allocation in excess of shipping capacity" problem occurs in almost all years of repository operation, as shown in Column 3 in Table 4.3, and involves a significant fraction of the spent fuel--over 20,000 MTU. Thus, this scenario is an infeasible one from a logistics perspective if these estimates are

TABLE 4.2. Pool Maintenance Cost and Logistics Impacts of Alternative Acceptance Scenarios

| Case Number | Start Date | Shipping Allocation Rule | Shutdown Pool Priority Rule | Minimum Cooling Time (yrs) | Cumulative Shutdown Time (pool-years) | Average Shutdown Time per Pool (yrs) | Operations Cost ($B) | Infeasible Allocation (MTU) | Unused System Capacity (MTU) | Additional At-Reactor Storage Costs ($B) | Total Cost ($B) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2003 | OFF | n/a | 5 | 1,220 | 12.7 | 2.01 | 0 | 0 | 0.82 | 2.83 |
| 2 | 2003 | DECOM | LSF(a) | 5 | 570 | 5.9 | --(c) | 20,100 | 8,850 | --(c) | --(c) |
| 3 | 2013 | DECOM | LSF | 5 | 1,110 | 11.5 | --(c) | 25,600 | 0 | --(c) | --(c) |
| 4 | 2003 | DECOM/FCR/OFF | LSF | 5 | 550 | 5.7 | --(c) | 11,700 | 0 | --(c) | --(c) |
| 5 | 2013 | DECOM(R)(d) | LSF | 5 | 1,180 | 12.3 | 1.99 | 0 | 0 | 2.24 | 4.23 |
| 6 | 2003 | DECOM(R)/FCR/OFF | LSF | 5 | 555 | 5.8 | 0.91 | 0 | 0 | 1.30 | 2.21 |
| 7 | 2003 | FCR/DECOM(R)/OFF | LSF | 5 | 614 | 6.4 | 1.00 | 0 | 0 | 0.55 | 1.55 |
| 8 | 2003 | FCR/DECOM(R)/OFF | SIF(b) | 5 | 672 | 7.0 | 1.11 | 0 | 0 | 0.55 | 1.66 |
| 9 | 2003 | FCR/DECOM(R)/OFF | LSF | 10 | 1,025 | 10.7 | 1.71 | 0 | 0 | 0.68 | 2.39 |

(a) Longest Shutdown First (LSF) - pools at shutdown reactors that have been waiting the longest to be emptied have highest shipping priority.
(b) Smallest Inventory First (SIF) - pools at shutdown reactors that have the smallest inventory of spent fuel have highest shipping priority.
(c) Costs not reported since this scenario is infeasible as configured.
(d) DECOM(R) means reallocation of a strict shutdown pool priority allocation to other shutdown pools if a shutdown pool with allocation rights is incapable of shipping out its entire allocation.

TABLE 4.3. Pickup Schedules and Quantities of Spent Nuclear Fuel Infeasible for Pickup in Case 2

| Year | Scheduled Pickup (MTU) | Infeasible Allocation (MTU) |
|---|---|---|
| 2003 | 400 | 13 |
| 2004 | 400 | 0 |
| 2005 | 180 | 0 |
| 2006 | 0 | 0 |
| 2007 | 471 | 246 |
| 2008 | 16 | 0 |
| 2009 | 1,913 | 382 |
| 2010 | 1,311 | 503 |
| 2011 | 2,381 | 782 |
| 2012 | 2,979 | 516 |
| 2013 | 3,000 | 1,549 |
| 2014 | 3,000 | 1,081 |
| 2015 | 3,000 | 754 |
| 2016 | 3,000 | 476 |
| 2017 | 3,000 | 1,027 |
| 2018 | 3,000 | 502 |
| 2019 | 3,000 | 1,298 |
| 2020 | 3,000 | 1,205 |
| 2021 | 3,000 | 400 |
| 2022 | 3,000 | 139 |
| 2023 | 3,000 | 354 |
| 2024 | 3,000 | 595 |
| 2025 | 3,000 | 1,390 |
| 2026 | 3,000 | 567 |
| 2027 | 3,000 | 498 |
| 2028 | 3,000 | 1,228 |
| 2029 | 3,000 | 212 |
| 2030 | 3,000 | 502 |
| 2031 | 3,000 | 267 |
| 2032 | 3,000 | 1,279 |
| 2033 | 3,000 | 596 |
| 2034 | 3,000 | 175 |
| 2035 | 3,000 | 0 |
| 2036 | 3,000 | 237 |
| 2037 | 3,000 | 0 |
| 2038 | 1,544 | 1,323 |
| 2039 | 24 | 0 |
| 2040 | 24 | 0 |
| 2041 | 24 | 0 |
| 2042 | 91 | 0 |
| 2043 | 0 | 0 |
| 2044 | 0 | 0 |
| 2045 | 0 | 0 |
| 2046 | 0 | 0 |
| 2047 | 0 | 0 |
| Total | 86,758 | 20,096 |

accurate. This is a consequence of the fact that shutdown priority tends to concentrate a large fraction of annual acceptance in a few reactors relative to an OFF allocation, as illustrated in Figures 4.1 through 4.4.

Since the problems of unused acceptance capacity and allocation in excess of shipping capacity are fundamental ones, the figures of merit for at-reactor costs are not displayed for Case 2. Cases 3 through 6 were formulated to show how these problems could be circumvented and are discussed below.

### 4.2.3 Delayed Acceptance

One obvious solution to the problem of unused system acceptance capacity in Case 2 is delayed first-repository operation. This option was analyzed in Case 3, assuming a 2013 start date for the first repository and the same ramp-up pattern as in Cases 1 and 2. In effect, this case assumes the federal system "waits" until sufficient spent fuel is accumulated to fully utilize system capacity. In the process, however, this case exacerbates the extent to which estimated cask-loading rates would be exceeded, increasing the allocation in excess of shipping capacity cumulative total of 25,600 MTU.




FIGURE 4.1. Distribution of Annual Rail Caskloadings for Case 1




FIGURE 4.2. Distribution of Annual Truck Caskloadings for Case 1




FIGURE 4.3. Distribution of Annual Rail Caskloadings for Case 2




FIGURE 4.4. Distribution of Annual Truck Caskloadings for Case 2

More importantly, any scenario involving such delayed acceptance would severely impact those reactors with needs for additional storage needs prior to 2013. (Although this cost is not shown for Case 3, a slightly refined late acceptance scenario in Case 5 results in additional at-reactor storage costs of $2.2 billion - almost three times the reference OFF cost for additional storage capacity.)

### 4.2.4 Secondary Priorities

While the emphasis in this study is on acceptance scenarios devoted to shutdown reactors, accomplishing this exclusive allocation of acceptance and assuring full utilization of the federal system capacity by delaying acceptance has severe drawbacks. An alternative reformulation of Case 2 in which unused system capacity is reallocated to operating reactors was analyzed in Case 4. The specific priority scheme utilized in this case is one in which shutdown reactors are granted first priority, reactors with imminent full-core-reserve encroachment (or an immediate need for additional storage capacity) are granted secondary priority, and any remaining system acceptance

capacity is allocated according to the OFF principle. This case eliminates the unused system capacity observed in Case 2 even with a 2003 start date for the repository.

Since this case was not constrained to the maximum annual cask loading constraints in Table 3.1, it still exhibits a degree of allocation in excess of shipping capacity for the shutdown pools, amounting to 11,700 MTU over the life of the system. For this reason, at-reactor costs were not calculated for this case.

4.2.5 Loading Rate Constraints

When spent fuel pickup logistics are constrained so that annual cask loading rates at each pool do not exceed the Table 3.1 values, the allocation in excess of shipping capacity observed in Cases 2 through 4 is eliminated. This constraint was imposed by reallocation of any acceptance rights above the estimated maxima to other shutdown pools. (Since the lower annual pickup quantities dictated under FCR or OFF priorities do not exceed the Table 3.1 values in any case, no reallocation of these portions of the priority scheme is required.)

Imposing the loading rate constraint on Case 3 results in Case 5, which is feasible in the sense of using all available system capacity and not requiring greater annual cask loading capacity at any reactor than shown in Table 3.1. Even though this case circumvents these basic problems, it results in at-reactor costs substantially higher (at $4.23 billion) than the reference OFF case.

Case 6 is the result of imposing the loading rate constraints (and reallocation of acceptance) to Case 4. This case is both feasible and arguably preferable to the reference case from a utility cost perspective. The combined cost of additional storage capacity and pool operations after last discharge is $2.2 billion, over $1/2 billion less than in Case 1. Although this total is less, the stream of annual costs in this case might not be preferred by utilities, since the savings is in terms of the late component of utility cost, and costs for additional storage capacity, which are incurred early, are actually increased in comparison with Case 1. Thus, a high enough rate of discount would remove the cost advantage shown for Case 6.

Case 7 results from revising Case 6 so that FCR encroachment takes priority over shutdown status. As expected, this increases the cost of operations after last discharge, but only slightly, from $0.91 billion to $1.00 billion. The decrease in cost of additional storage capacity more than compensates, and this case has the lowest cost to utilities of any analyzed, and results in a significant utility cost savings in comparison with the reference case.

#### 4.2.6 Sensitivity Cases

The LSF rule utilized in Cases 2 through 7 is one possible version of a priority rule favoring shutdown reactors, but certainly not the only such rule. Another possibility is a rule in which allocation of acceptance rights within the group of reactors that are shutdown is made on the basis of remaining inventory. This "Smallest Inventory First" or SIF rule was tested in Case 8. This rule does not affect costs of additional at-reactor storage, and increases costs of operations after last discharge by about $100 million. Based on this result, no further analyses of this rule were conducted.

Case 9 assumes that the priority structure of Case 7 is retained, but that the minimum acceptable fuel age is 10 rather than 5 years. This results in a slight increase in storage capacity costs but a more sizable increase in cost of operations after last discharge, for a combined cost impact of $0.84 billion, as some reactors are precluded from needed acceptance by virtue of the fuel age constraint.

### 4.3 OTHER TRANSPORTATION CONSIDERATIONS

#### 4.3.1 Transportation Cost and Cask Capacity

The transportation cost model (TRICAM) now in use by the Office of Transportation and System Planning (OTSP) is sensitive to changes in the distribution of spent fuel among different origins and to several unit cost factors. Since all of the cases in this study have, over the life cycle of the system, the same quantities of fuel from each origin, transportation costs estimated by this method are invariant. The estimate shown in Table 4.4 would apply to all cases. This estimate, however, makes some

TABLE 4.4. Transportation Costs ($ millions)

| Cost Component | Rail | Truck | Total |
|---|---|---|---|
| Capital | 32 | 29 | 61 |
| Hauling | 306 | 394 | 700 |
| Security | 14 | 199 | 213 |
| Maintenance | 40 | 55 | 95 |
| Total | 392 | 677 | 1069 |

assumptions about cask capacity and utilization factors for which values do vary from case to case. The effects of these factors are discussed below.

The same PWR and BWR capacities are used for all rail casks and for all truck casks, regardless of the case being analyzed. That is, every PWR rail cask is assumed to have a capacity of 21 assemblies and every BWR rail cask is assumed to have a capacity of 48 assemblies. Every PWR truck cask is assumed to have a capacity of 3 assemblies and every BWR truck cask is assumed to have a capacity of 7 assemblies. These capacities are consistent with the ongoing cask design activities, which assume a design basis spent fuel age and burnup of 10 years, 35,000 MWd/MTU. However, the spent fuel transported in each of the cases may represent age and burnup characteristics different from the above. Consequently, the assumed capacities may not apply to all the spent fuel being transported in each of the cases. In this regard, it is important to note that fuel characteristics depend not only on the allocation rules assumed but also on the rules used to select the particular spent fuel to meet annual acceptance allocations. This study did not include consideration of alternative selection rules, but some indication of the effect of various allocation rules on fuel characteristics may be obtained by comparing characteristics for OFF selection under alternative allocations. Figure 4.5 illustrates the effect of shutdown priorities on age at time of receipt as compared with the OFF case. As shown, significantly more young fuel is received under shutdown priorities and OFF selection than under OFF allocation and selection.

Fully accounting for the implications of the spent fuel's age and burnup on the cask capacity is beyond the scope of this analysis. However, one can




FIGURE 4.5. Distribution of Spent Fuel Age at Time of Shipment; Decommissioning and OFF Priorities Compared

get some indication of the direction and magnitude of the effect by considering the age-burnup distributions of the spent fuel at time of transport. If the distributions indicate that a substantial amount of the transported spent fuel exceeds the casks' design specifications, one can conclude that the transportation costs are higher than reported in Table 4.4, since the reference cask capacities will have to be derated. If, on the other hand, the distributions indicate that very little of the transported spent fuel falls outside the casks' design specifications, then the transportation costs can be judged to be very similar to those reported in Table 4.4.

Tables 4.5 and 4.6 illustrate the age and burnup distributions for Cases 1 and 2.

### 4.3.2 Modal Mix Variations

The alterations of spent fuel receipt sequence among the cases in this study affect the mix of truck and rail transport from year to year. To the extent that the modal mix is affected, the transportation fleet requirements

TABLE 4.5. Age and Burnup Distributions for Case 1 (number of assemblies)

| Cooling Time Range (years) | Burnup Range (MWd/MTU) 0-5000 | 5000-10000 | 10000-15000 | 15000-20000 | 20000-25000 | 25000-30000 | 30000-35000 | 35000-40000 | 40000-45000 | 45000-50000 | 50000-55000 | 55000-60000 | 60000-65000 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - 5 | 0 | 0 | 523 | 36 | 324 | 0 | 364 | 180 | 525 | 33 | 0 | 0 | 0 | 1985 |
| 5 -10 | 0 | 588 | 1729 | 1518 | 1985 | 1987 | 3966 | 5368 | 2212 | 1384 | 222 | 70 | 0 | 21029 |
| 10 -15 | 20 | 350 | 3118 | 1676 | 2836 | 3063 | 13476 | 17342 | 12360 | 5341 | 1366 | 106 | 0 | 61054 |
| 15 -20 | 0 | 176 | 635 | 497 | 762 | 3221 | 28350 | 29346 | 20296 | 12134 | 2530 | 173 | 0 | 98120 |
| 20 -25 | 1301 | 729 | 1858 | 3344 | 5219 | 16244 | 20120 | 47055 | 7539 | 1937 | 324 | 62 | 0 | 75748 |
| 25 -30 | 100 | 1018 | 1881 | 5640 | 9071 | 10481 | 6164 | 1303 | 40 | 1 | 5 | 0 | 16 | 35704 |
| 30 -35 | 721 | 746 | 1353 | 1534 | 532 | 335 | 97 | 0 | 0 | 0 | 0 | 0 | 0 | 5318 |
| 35 -40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 -45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 45 -50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| >50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 2142 | 3607 | 11097 | 14245 | 20729 | 35331 | 72537 | 70594 | 42972 | 20830 | 4447 | 411 | 16 | 298958 |

TABLE 4.6. Age and Burnup Distributions for Case 2 (number of assemblies)

| Cooling Time Range (years) | Burnup Range (MWd/MTU) 0-5000 | 5000-10000 | 10000-15000 | 15000-20000 | 20000-25000 | 25000-30000 | 30000-35000 | 35000-40000 | 40000-45000 | 45000-50000 | 50000-55000 | 55000-60000 | 60000-65000 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - 5 | 20 | 694 | 4753 | 2698 | 3754 | 3668 | 5910 | 11632 | 3897 | 2786 | 508 | 70 | 0 | 40390 |
| 5 -10 | 0 | 420 | 984 | 907 | 1513 | 1535 | 8935 | 9940 | 6534 | 4380 | 751 | 32 | 0 | 35931 |
| 10 -15 | 0 | 0 | 216 | 52 | 470 | 741 | 10500 | 9753 | 6938 | 4450 | 702 | 52 | 0 | 33874 |
| 15 -20 | 24 | 72 | 145 | 104 | 230 | 2085 | 10832 | 8876 | 7524 | 3601 | 857 | 30 | 0 | 34380 |
| 20 -25 | 17 | 81 | 158 | 172 | 1511 | 4473 | 10304 | 9181 | 6330 | 2422 | 836 | 92 | 0 | 35577 |
| 25 -30 | 43 | 87 | 360 | 619 | 1489 | 7654 | 8832 | 8878 | 5473 | 1767 | 554 | 54 | 0 | 35810 |
| 30 -35 | 622 | 174 | 372 | 3021 | 4076 | 7573 | 8920 | 6509 | 4238 | 972 | 207 | 81 | 16 | 36781 |
| 35 -40 | 427 | 1685 | 2600 | 3414 | 6190 | 5398 | 6403 | 4368 | 2000 | 438 | 32 | 0 | 0 | 32955 |
| 40 -45 | 897 | 218 | 1435 | 2924 | 1374 | 1988 | 1841 | 1457 | 38 | 14 | 0 | 0 | 0 | 12186 |
| 45 -50 | 92 | 176 | 74 | 330 | 122 | 214 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 1068 |
| >50 | 0 | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Total | 2142 | 3607 | 11097 | 14245 | 20729 | 35331 | 72537 | 70594 | 42972 | 20830 | 4447 | 411 | 16 | 298958 |



OCR

PA-165078

could increase and cost could be greater than that shown in Table 4.4. (The costs in Table 4.4 assume that the annual modal mix is constant.) As shown in Figures 4.6 and 4.7, Case 7 does show more variation in modal mix on a year-to-year basis than does the OFF case.




FIGURE 4.6. Comparison of Rail Cask Fleet Requirements



OCR PA-165079




FIGURE 4.7. Comparison of Truck Cask Fleet Requirements

## 5.0 SUMMARY OF CONCLUSIONS

As noted in the Introduction, the time available to complete this report precluded analysis of some aspects of the topic. In particular, a more detailed analysis would allow higher confidence in the maximum annual cask loading capabilities and a quantitative analysis of the effects of changes in spent fuel characteristics and possible resulting changes in transportation cask capacities. In addition, any allocation scheme that differs from the current OFF scheme, even if resulting in overall savings, will have negative impacts on some utilities unless the transition to the new allocation is accomplished through a free-exchange process. With these qualifications in mind, the following conclusions are drawn:

1. A class of spent fuel acceptance scenarios devoted to shutdown reactors has some advantages over the reference OFF scheme, in reducing the time between last discharge and completion of spent fuel removal by a system-wide aggregate of as much as 600 pool-years and estimated operations cost by as much as $1.0 billion compared with the reference OFF scheme.

2. Such a priority scheme, interpreted strictly as limited only to shutdown reactors and subject to a minimum spent fuel age of 5 years, would make less than complete use of the currently planned acceptance capacity of the repository, resulting in about 8850 MTU of cumulative excess capacity.

3. Any allocation scheme devoted exclusively to shutdown reactors will maximize additional at-reactor storage requirements, with costs of about $1.4 billion greater than the reference OFF case.

4. The application of an acceptance allocation scheme devoted to shutdown reactors through either a longest-shutdown-first (LSF) or smallest-inventory-first (SIF) rule distributes annual spent fuel acceptance among a few reactors, implying the need for cask loading rates exceeding preliminary estimates of reactor pool capabilities.

5. A reformulation of these priority rules to recognize these logistical constraints is possible by slight modification of the priority scheme without significantly affecting the beneficial features of these schemes.

6. An allocation scheme that combines shutdown reactor priorities with early priority for pools with imminent need for additional storage capacity could largely provide the best features of each scheme, and result in a combined at-reactor cost (for both additional storage capacity and operations after last discharge) about $1.3 billion lower than the reference OFF case. This scheme can be formulated in such a fashion to observe the cask loading rate constraints.

7. Any of the allocation schemes that devote capacity to shutdown reactors will unavoidably result in lower spent fuel ages and greater heat and radiation output than the reference OFF case. This will result in some change in cask capacities, fleet requirements, and costs from those shown here. The extent of this effect cannot be estimated within the scope of this study. This effect can be only partially mitigated by spent fuel selection rules, since the priority rules specify removal of all spent fuel as soon as possible.

# 6.0 REFERENCES


Brentlinger, L. A., S. Gupta, A. M. Plummer, L. A. Smith, and S. Tzemos. 1989. MRS Systems Study, Task F: Transportation Impacts of a Monitored Retrievable Storage Facility. BMI/OTSP-07, Battelle Memorial Institute, Columbus, Ohio.

Gupta, S., et al. 1988. "TRICAM: A Transportation Cost and Risk Analysis Model," Proceedings, Waste Management '88. Tucson, Arizona.

Ouderkirk, S.J. 1988. WASTES-II: Waste System Transportation and Economic Simulation - Release 24, User's Guide. PNL-5714-1, Pacific Northwest Laboratory, Richland, Washington.

Pacific Northwest Laboratory. 1985. Functional Design Criteria for an Integral Monitored Retrieval Storage (MRS) Facility. PNL-5673, Richland, Washington.

U.S. Department of Energy (DOE). 1986a. "Request for Proposals No. DE-RP07-86ID12625 for Development of From Reactor Casks." Washington, D.C.

U.S. Department of Energy (DOE). 1986b. Generic Requirements for a Mined Geologic Disposal System. DOE/RW-0090, U.S. Department of Energy, Washington, D.C.

U.S. Department of Energy (DOE). 1988a. Initial Version, Dry Cask Storage Study. DOE/RW-0196, Office of Civilian Radioactive Waste Management, Washington, D.C.

U.S. Department of Energy (DOE). 1988b. "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste." Code of Federal Regulations. Title 10, Part 961.

U.S. Department of Energy (DOE). 1988c. Draft 1988 Mission Plan Amendment. DOE/RW-0187, Office of Civilian Radioactive Waste Management, Washington, D.C.

U.S. Department of Energy (DOE). 1988d. Spent Fuel Storage Requirements 1988. DOE/RL-88-34, Richland, Washington.

U.S. Department of Energy (DOE). 1989a. MRS System Study Summary Report. DOE/RW-0235, Washington, D.C.

U.S. Department of Energy (DOE). 1989b. Final Version Dry Cask Storage Study. DOE/RW-0220, U.S. Department of Energy, Washington, D.C.

Wood, T. W., S. M. Short, M. G. Woodruff, M. K. Altenhofen, and C. A. MacKay. 1989. MRS Systems Study Task G Report: The Role and Functions of Surface Storage of Radioactive Material in the Federal Waste Management System. PNL-6876, Pacific Northwest Laboratory, Richland, Washington.

# APPENDIX A

## CUMULATIVE PROJECTED POOL AND DRY STORAGE INVENTORIES IN ORDER OF REACTOR SHUTDOWN

TABLE A.1. Projected Inventory of Spent Fuel at Reactors at Time of Shutdown

| Reactor ID | Reactor Name | Reactor Type | Shutdown Date | Pool Inventory (MTU) | Cumulative Pool Inventory (MTU) | Dry Inventory (MTU) | Cumulative Dry Inventory (MTU) | Total Inventory (MTU) | Cumulative Total Inventory (MTU) |
|---|---|---|---|---|---|---|---|---|---|
| 1101 | INDIAN PT 1 | PWR | 1974 | 30.6 | 30.6 | 0.0 | 0.0 | 30.6 | 30.6 |
| 1005 | DRESDEN 1 | BWR | 1978 | 69.5 | 100.1 | 0.0 | 0.0 | 69.5 | 100.1 |
| 3503 | HUMBOLDT BAY | BWR | 1984 | 28.9 | 129.0 | 0.0 | 0.0 | 28.9 | 129.0 |
| 1301 | LACROSSE | BWR | 1987 | 38.0 | 167.0 | 0.0 | 0.0 | 38.0 | 167.0 |
| 6401 | WEST VALLEY-B&P | BWR | 1998 | 26.8 | 193.8 | 0.0 | 0.0 | 26.8 | 193.8 |
| 5601 | YANKEE-ROWE 1 | PWR | 2000 | 168.4 | 362.2 | 0.0 | 0.0 | 168.4 | 362.2 |
| 1201 | BIG ROCK 1 | BWR | 2002 | 57.5 | 419.7 | 6.1 | 6.1 | 63.6 | 425.8 |
| 6601 | MORRIS-BWR&PWR | BWR | 2002 | 564.9 | 984.6 | 0.0 | 6.1 | 564.9 | 990.7 |
| 5701 | HADDAM NECK | PWR | 2007 | 443.5 | 1428.1 | 123.0 | 129.1 | 566.5 | 1557.2 |
| 1006 | DRESDEN 2 | BWR | 2009 | 613.5 | 2041.6 | 74.4 | 203.5 | 687.9 | 2245.1 |
| 1903 | OYSTER CRK 1 | BWR | 2009 | 463.5 | 2505.1 | 116.4 | 319.9 | 579.9 | 2825.0 |
| 3101 | NINE MILE PT1 | BWR | 2009 | 486.6 | 2991.7 | 148.1 | 468.0 | 634.7 | 3459.7 |
| 4401 | GINNA | PWR | 2009 | 368.0 | 3359.7 | 63.7 | 531.7 | 431.7 | 3891.4 |
| 705 | ROBINSON 2 | PWR | 2010 | 235.4 | 3595.1 | 244.1 | 775.8 | 479.5 | 4370.9 |
| 3201 | MILLSTONE 1 | BWR | 2010 | 387.5 | 3982.6 | 368.8 | 1144.6 | 756.3 | 5127.2 |
| 3301 | MONTICELLO | BWR | 2010 | 361.0 | 4343.6 | 0.0 | 1144.6 | 361.0 | 5488.2 |
| 1007 | DRESDEN 3 | BWR | 2011 | 610.4 | 4954.0 | 90.4 | 1235.0 | 700.8 | 6189.0 |
| 1102 | INDIAN PT 2 | PWR | 2011 | 442.1 | 5396.1 | 223.5 | 1458.5 | 665.6 | 6854.6 |
| 1204 | PALISADES | PWR | 2011 | 319.3 | 5715.4 | 280.0 | 1738.5 | 599.3 | 7453.9 |
| 5401 | POINT BEACH 1&2 | PWR | 2011 | 548.0 | 6263.4 | 319.8 | 2058.3 | 867.8 | 8321.7 |
| 601 | PILGRIM 1 | BWR | 2012 | 414.3 | 6677.7 | 195.4 | 2253.7 | 609.7 | 8931.4 |
| 1010 | QUAD CITIES 1&2 | BWR | 2012 | 1241.6 | 7919.3 | 243.7 | 2497.4 | 1485.3 | 10416.7 |
| 2801 | MAINE YANKEE | PWR | 2012 | 560.4 | 8479.7 | 213.4 | 2710.8 | 773.8 | 11190.5 |
| 6001 | VT YANKEE 1 | BWR | 2012 | 515.4 | 8995.1 | 115.8 | 2826.6 | 631.2 | 11821.7 |
| 1012 | ZION 1&2 | PWR | 2013 | 1039.0 | 10034.1 | 610.6 | 3437.2 | 1649.6 | 13471.3 |
| 1506 | OCONEE 1&2 | PWR | 2013 | 691.0 | 10725.1 | 696.1 | 4133.3 | 1387.1 | 14858.4 |
| 1803 | TURKEY PT 3&4 | PWR | 2013 | 910.5 | 11635.6 | 226.6 | 4359.9 | 1137.1 | 15995.5 |
| 3401 | FORT CALHOUN | PWR | 2013 | 260.4 | 11896.0 | 137.0 | 4496.9 | 397.4 | 16392.9 |
| 3704 | PEACHBOTTOM 2 | BWR | 2013 | 679.6 | 12575.6 | 210.9 | 4707.8 | 890.5 | 17283.4 |
| 5203 | SURRY 1&2 | PWR | 2013 | 1203.3 | 13778.9 | 0.0(a) | 4707.8 | 1203.3 | 18486.7 |
| 5501 | KEWAUNEE | PWR | 2013 | 365.2 | 14144.1 | 175.4 | 4883.2 | 540.6 | 19027.3 |
| 401 | ARK NUCLEAR 1 | PWR | 2014 | 447.4 | 14591.5 | 229.8 | 5113.0 | 677.2 | 19704.5 |
| 702 | BRUNSWICK 2&PWR | BWR | 2014 | 409.4 | 15000.9 | 310.0 | 5423.0 | 719.4 | 20423.9 |
| 1508 | OCONEE 3 | PWR | 2014 | 382.8 | 15383.7 | 175.1 | 5598.1 | 557.9 | 20981.8 |
| 1901 | 3 MILE ISL 1 | PWR | 2014 | 649.5 | 16033.2 | 7.4 | 5605.5 | 656.9 | 21638.7 |
| 2401 | DUANE ARNOLD | BWR | 2014 | 340.3 | 16373.5 | 130.2 | 5735.7 | 470.5 | 22109.2 |
| 3001 | COOPER STN | BWR | 2014 | 431.6 | 16805.1 | 224.4 | 5960.1 | 656.0 | 22765.2 |
| 3302 | PRAIRIE ISL 1&2 | PWR | 2014 | 491.1 | 17296.2 | 497.8 | 6457.9 | 988.9 | 23754.1 |
| 3705 | PEACHBOTTOM 3 | BWR | 2014 | 679.7 | 17975.9 | 226.2 | 6684.1 | 905.9 | 24660.0 |
| 3901 | FITZPATRICK | BWR | 2014 | 507.4 | 18483.3 | 207.6 | 6891.7 | 715.0 | 25375.0 |
| 4501 | RANCHO SECO 1 | PWR | 2014 | 500.9 | 18984.2 | 75.4 | 6967.1 | 576.3 | 25951.3 |
| 4803 | BROWNS FERRY1&2 | BWR | 2014 | 1261.8 | 20246.0 | 323.8 | 7290.9 | 1585.6 | 27536.9 |

TABLE A.1. (contd)

| Reactor ID | Reactor Name | Reactor Type | Shutdown Date | Pool Inventory (MTU) | Cumulative Pool Inventory (MTU) | Dry Inventory (MTU) | Cumulative Dry Inventory (MTU) | Total Inventory (MTU) | Cumulative Total Inventory (MTU) |
|---|---|---|---|---|---|---|---|---|---|
| 3202 | MILLSTONE 2 | PWR | 2015 | 423.4 | 20669.4 | 232.5 | 7523.4 | 655.9 | 28192.8 |
| 3801 | TROJAN | PWR | 2015 | 655.1 | 21324.5 | 151.6 | 7675.0 | 806.7 | 28999.5 |
| 3902 | INDIAN PT 3 | PWR | 2015 | 587.6 | 21912.1 | 0.0 | 7675.0 | 587.6 | 29587.1 |
| 501 | CALVERT CLF 1&2 | PWR | 2016 | 657.1 | 22569.2 | 747.0 | 8422.0 | 1404.1 | 30991.2 |
| 701 | BRUNSWICK 1&PWR | BWR | 2016 | 408.9 | 22978.1 | 359.3 | 8781.3 | 768.2 | 31759.4 |
| 1601 | BEAVER VALLEY 1 | PWR | 2016 | 386.7 | 23364.8 | 289.8 | 9071.1 | 676.5 | 32435.9 |
| 1801 | ST LUCIE 1 | PWR | 2016 | 278.5 | 23643.3 | 458.0 | 9529.1 | 736.5 | 33172.4 |
| 4202 | SALEM 1 | PWR | 2016 | 538.3 | 24181.6 | 213.7 | 9742.8 | 752.0 | 33924.4 |
| 4805 | BROWNS FERRY3 | BWR | 2016 | 629.9 | 24811.5 | 174.3 | 9917.1 | 804.2 | 34728.6 |
| 101 | FARLEY 1 | PWR | 2017 | 651.6 | 25463.1 | 104.3 | 10021.4 | 755.9 | 35484.5 |
| 1701 | CRYSTAL RVR 3 | PWR | 2017 | 297.9 | 25761.0 | 284.7 | 10306.1 | 582.6 | 36067.1 |
| 5001 | DAVIS-BESSE 1 | PWR | 2017 | 342.3 | 26103.3 | 233.1 | 10539.2 | 575.4 | 36642.5 |
| 5801 | COOK 1&2 | PWR | 2017 | 878.3 | 26981.6 | 741.7 | 11280.9 | 1620.0 | 38262.5 |
| 402 | ARK NUCLEAR 2 | PWR | 2018 | 412.9 | 27394.5 | 249.3 | 11530.2 | 662.2 | 38924.7 |
| 2001 | HATCH 1&2 | BWR | 2018 | 1073.4 | 28467.9 | 495.0 | 12025.2 | 1568.4 | 40493.1 |
| 102 | FARLEY 2 | PWR | 2020 | 651.8 | 29119.7 | 90.3 | 12115.5 | 742.1 | 41235.2 |
| 4203 | SALEM 2 | PWR | 2020 | 539.4 | 29659.1 | 173.1 | 12288.6 | 712.5 | 41947.7 |
| 5201 | NORTH ANNA 1&2 | PWR | 2020 | 799.0 | 30458.1 | 563.3 | 12851.9 | 1362.3 | 43310.0 |
| 1504 | MCGUIRE 1 | PWR | 2021 | 614.3 | 31072.4 | 199.5 | 13051.4 | 813.8 | 44123.8 |
| 4808 | SEQUOYAH 1&2 | PWR | 2021 | 635.8 | 31708.2 | 704.2 | 13755.6 | 1340.0 | 45463.8 |
| 2901 | GRAND GULF 1 | BWR | 2022 | 693.3 | 32401.5 | 302.5 | 14058.1 | 995.8 | 46459.6 |
| 4601 | SUMMER 1 | PWR | 2022 | 591.3 | 32992.8 | 129.0 | 14187.1 | 720.3 | 47179.9 |
| 4701 | SAN ONOFRE 1,2&3 | PWR | 2022 | 731.0 | 33723.8 | 1121.8 | 15308.9 | 1852.8 | 49032.7 |
| 1008 | LASALLE CTY 1&2 | BWR | 2023 | 393.1 | 34116.9 | 1542.0 | 16850.9 | 1935.1 | 50967.8 |
| 1505 | MCGUIRE 2 | PWR | 2023 | 608.1 | 34725.0 | 256.3 | 17107.2 | 864.4 | 51832.2 |
| 1802 | ST LUCIE 2 | PWR | 2023 | 616.3 | 35341.3 | 104.8 | 17212.0 | 721.1 | 52553.3 |
| 5302 | WASH NUCLEAR2 | BWR | 2023 | 467.4 | 35808.7 | 416.6 | 17628.6 | 884.0 | 53437.3 |
| 1501 | CATAWBA 1 | PWR | 2024 | 871.1 | 36679.8 | 0.0 | 17628.6 | 871.1 | 54308.4 |
| 2701 | WATERFORD 3 | PWR | 2024 | 573.3 | 37253.1 | 234.9 | 17863.5 | 808.2 | 55116.6 |
| 3501 | DIABLO CANYON 1 | PWR | 2024 | 563.2 | 37816.3 | 155.8 | 18019.3 | 719.0 | 55835.6 |
| 3601 | SUSQUEHANNA 1&2 | BWR | 2024 | 981.5 | 38797.8 | 855.4 | 18874.7 | 1836.9 | 57672.5 |
| 5101 | CALLAWAY 1 | PWR | 2024 | 571.4 | 39369.2 | 362.9 | 19237.6 | 934.3 | 58606.8 |
| 301 | PALO VERDE 1 | PWR | 2025 | 563.8 | 39933.0 | 373.3 | 19610.9 | 937.1 | 59543.9 |
| 1402 | ENRICO FERMI2 | BWR | 2025 | 433.8 | 40366.8 | 752.3 | 20363.2 | 1186.1 | 60730.0 |
| 2101 | RVR BEND 1 | BWR | 2025 | 586.4 | 40953.2 | 380.8 | 20744.0 | 967.2 | 61697.2 |
| 2501 | WOLF CREEK 1 | PWR | 2025 | 620.8 | 41574.0 | 226.2 | 20970.2 | 847.0 | 62544.2 |
| 3502 | DIABLO CANYON 2 | PWR | 2025 | 563.1 | 42137.1 | 171.7 | 21141.9 | 734.8 | 63279.0 |
| 302 | PALO VERDE 2 | PWR | 2026 | 548.5 | 42685.6 | 376.3 | 21518.2 | 924.8 | 64203.8 |
| 901 | PERRY 1 | BWR | 2026 | 713.2 | 43398.8 | 442.8 | 21961.0 | 1156.0 | 65359.8 |
| 1502 | CATAWBA 2 | PWR | 2026 | 917.5 | 44316.3 | 0.0 | 21961.0 | 917.5 | 66277.3 |
| 3203 | MILLSTONE 3 | PWR | 2026 | 847.5 | 45163.8 | 92.3 | 22053.3 | 939.8 | 67217.1 |
| 4201 | HOPE CREEK | BWR | 2026 | 738.3 | 45902.1 | 374.6 | 22427.9 | 1112.9 | 68330.0 |





OCR

## TABLE A.1. (contd)

| Reactor ID | Reactor Name | Reactor Type | Shutdown Date | Pool Inventory (MTU) | Cumulative Pool Inventory (MTU) | Dry Inventory (MTU) | Cumulative Dry Inventory (MTU) | Total Inventory (MTU) | Cumulative Total Inventory (MTU) |
|---|---|---|---|---|---|---|---|---|---|
| 303 | PALO VERDE 3 | PWR | 2027 | 548.0 | 46450.1 | 377.5 | 22805.4 | 925.5 | 69255.5 |
| 703 | HARRIS 1 | PWR | 2027 | 693.6 | 47143.7 | 0.0 | 22805.4 | 693.6 | 69949.1 |
| 1003 | BYRON 1&2 | PWR | 2027 | 1213.1 | 48356.8 | 679.9 | 23485.3 | 1893.0 | 71842.1 |
| 1602 | BEAVER VALLEY 2 | PWR | 2027 | 502.1 | 48858.9 | 337.0 | 23822.3 | 839.1 | 72681.2 |
| 2301 | CLINTON 1 | BWR | 2027 | 493.8 | 49352.7 | 426.9 | 24249.2 | 920.7 | 73601.9 |
| 3102 | NINE MILE PT2 | BWR | 2027 | 682.4 | 50035.1 | 312.5 | 24561.7 | 994.9 | 74596.8 |
| 1001 | BRAIDWOOD 1&2 | PWR | 2028 | 428.7 | 50463.8 | 1447.1 | 26008.8 | 1875.8 | 76472.6 |
| 2201 | SOUTH TEXAS 1 | PWR | 2028 | 1067.2 | 51531.0 | 118.0 | 26126.8 | 1185.2 | 77657.8 |
| 2003 | VOGTLE 1&2 | PWR | 2029 | 1104.8 | 52635.8 | 847.5 | 26974.3 | 1952.3 | 79610.1 |
| 2202 | SOUTH TEXAS 2 | PWR | 2029 | 1062.3 | 53698.1 | 114.3 | 27088.6 | 1176.6 | 80786.7 |
| 3701 | LIMERICK 1&2 | BWR | 2031 | 723.4 | 54421.5 | 1260.8 | 28349.4 | 1984.2 | 82770.9 |
| 4810 | WATTS BAR 1 | PWR | 2031 | 595.5 | 55017.0 | 360.0 | 28709.4 | 955.5 | 83726.4 |
| 5901 | SEABROOK 1 | PWR | 2031 | 570.0 | 55587.0 | 466.8 | 29176.2 | 1036.8 | 84763.2 |
| 4901 | COMANCHE PK 1&2 | PWR | 2037 | 1373.2 | 56960.2 | 482.2 | 29658.4 | 1855.4 | 86618.6 |
| | Total | | | 56960.7 | | 29658.4 | | 86619.1 | |

(a) No dry storage inventory is generated for Surry 1&2, even though this site currently does use dry storage, because the utility reported in the 1987 RW-859 form that the total pool capacity for the site included the projected dry storage inventory.





OCR

PA-165087