Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Jerry Stouck
202.898.5839
jstouck@spriggs.com

March 1, 2004

**VIA TELECOPIER NO.: (202) 307-2503**
**& U.S. MAIL**
Harold D. Lester, Jr., Esq.
Marian E. Sullivan
Kevin B. Crawford, Esq.
U.S. Department of Justice
Civil Division-Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530

Dear Harv, Marian and Kevin:

This letter concerns deposition scheduling for the government's Yankee case experts. Because of Harv's and Marian's trial schedule, I am addressing this letter to all three of you to assure that we can proceed with scheduling these depositions as soon as possible.

We would like to schedule the depositions of Mr. Johnson, Mr. Abbott and Mr. Blair for the last two weeks of April in our offices. The depositions should be sequential. Mr. Blair's deposition should come before Mr. Abbott's which should come before Mr. Johnson's.

Please let me know as soon as possible on which of these dates you would like to proceed with these depositions. If you would like to propose other dates, please do so promptly and explain the need for alternate dates to those proposed above.

I am available to discuss this subject at any time.

We will address separately the scheduling of additional fact witness depositions.

Very truly yours,

Jerry Stouck

JS/hrj