Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Robert L. Shapiro
202.898.5879
rshapiro@spriggs.com

March 26 2004

Via Facsimile and Mail

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
Eighth Floor Mailroom
1100 L Street, N.W.
Washington, D.C. 20530

Re: Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.

Dear Harv:

Enclosed is Yankee Atomic's notice of depositions for the government's experts. As you know, Jerry Stouck faxed a letter to you, Marian Sullivan and Kevin Crawford back on March 1 noting our need to schedule these depositions in the second half of April and asking about the witness' availability. Despite the passage of time and numerous follow-up telephone calls, we have received no availability information from the government. Therefore, we have little choice but to serve the enclosed notice. Nevertheless, we remain willing discuss alternative dates for these depositions if the dates set out in the notice are not convenient for the witnesses or counsel.

Sincerely,

Robert L. Shapiro

Enclosure

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-126 C<br>(Senior Judge Merow) |

NOTICE OF DEPOSITIONS[1]

Yankee Atomic hereby provides notice that it will take the depositions of the individuals set out below beginning on the following dates:

| | |
|---|---|
| Kenneth W. Blair | April 15, 2004 |
| Edward C. Abbott | April 19, 2004 |
| R. Larry Johnson | April 26, 2004. |

Although we expect that Mr. Blair's deposition will be completed in one day and that the depositions of Messrs. Abbott and Johnson will each require three days, each deposition shall continue day to day until completed or be held at such other times and places as agreed to by the parties. The depositions will be taken at the offices of Spriggs & Hollingsworth at the address noted below, beginning each day at 9:30 a.m. The testimony will be recorded stenographically.

[1] This notice should also be deemed applicable to *Connecticut Yankee v. United States*, No. 98-154C and *Maine Yankee v. United States*, No. 98-474C.

Dated: March 26, 2004

Respectfully submitted,

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC
COMPANY

Of Counsel:

Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Notice of Depositions to be served by facsimile and mail this 26th day of March 2004 on:

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530

Robert L. Shapiro