Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

**Jerry Stouck**
202.898.5839
jstouck@spriggs.com

April 6, 2004

VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL

Kevin B. Crawford, Esq.
Trial Attorney
U. S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530

Re: Yankee Atomic, Connecticut Yankee, Maine Yankee

Dear Kevin:

This follows my phone message yesterday concerning the upcoming depositions of the government's experts, Messrs. Blair, Abbott and Johnson. Since our letter of March 4 soliciting convenient dates, we have heard nothing from you or any of your colleagues about the scheduling of the depositions (I acknowledge at least one phone conversation with you in which you told me you were trying to talk to Mr. Lester about scheduling. That was several weeks ago). Accordingly, on March 26 we noticed these depositions for April 15, 19 and 26, respectively, accompanied by a letter again soliciting discussion of alternate dates if those dates are not convenient for you.

We still have heard nothing. Although we previously indicated a willingness to be flexible regarding the dates we noticed, given the passage of time and our need to make appropriate plans, we are no longer in a position to be as flexible. Accordingly, we plan to go forward in accordance with the notices. In addition, as I mentioned on yesterday's phone message, I have just learned that I must be out of town on April 28. Therefore, since we expect Mr. Johnson's deposition to last more than two days, we will adjourn on April 27 and resume on April 29.

Very truly yours,

Jerry Stouck