capacity for better planning, pricing, and regulatory policies. The text covers the basic electrical engineering of power circuits, utility practices to exploit transmission economies of scale, means of assuring system stability, economic dispatch subject to transmission constraints, and the estimation of marginal costs of transmission. The implications for a variety of policy issues are also discussed.

- For a major industrial gas user, he prepared a critique of the transportation balancing charges proposed by the local gas distribution company. Those charges were shown to be arbitrarily sensitive to the measurement period as well as to inconsistent attribution of storage versus replacement supply costs to imbalance volumes. The tariff design, a commodity charge on a per-cash-in/cash-out at spot market gas prices with penalties for very deep imbalances, or an incremental storage inventory and withdrawal capacity used on-peak, were shown to be cheaper, more efficient, and less complex to administer. This analysis helped the parties reach a settlement based on the cash-in/cash-out design.

- The Clean Air Act Amendment authorizes electric utilities to trade emission allowances (EAs) as part of their approach to complying with $SO_2$ emissions reductions targets. For the Electric Power Research Institute (EPRI), Mr. Graves has developed multi-stage planning models to illustrate how the considerable uncertainty surrounding future EA prices justifies waiting to invest in irreversible control technologies, such as scrubbers, until the present value cost of such investments is significantly below that projected from relying on EAs.

- Mr. Graves has contributed to the design and pricing of new, unbundled services on several natural gas pipelines. To identify attractive alternatives, the marginal costs of possible changes in a pipeline's service mix were quantified by simulating the least-cost operating practices subject to the network's physical and contractual constraints. Such analysis helped one pipeline to justify a zone-based rate design for its firm transportation service. Another pipeline used this technique to demonstrate that unintended degradations of system performance and increased costs could ensue from certain proposed unbundlings that were insensitive to system operations.

- For several natural gas pipeline companies, Mr. Graves has evaluated the cost of equity capital in light of the requirements of FERC Order 636 to unbundle and

reprice pipeline services. In addition to traditional DCF and risk positioning studies, the risk implications of different degrees of financial leverage (debt capitalization) were modeled and quantified. Aspects of rate design and cost allocation between services that also affect pipeline risk were considered.

- Mr. Graves has assisted in the coordination and leadership of EPRI *Catalyst* planning sessions, two-day seminars held with managers from several departments within the same utility to constructively brainstorm about the critical dimensions of a strategic problem and the options for dealing with it. He has supported both environmental and transmission access seminars.

- For an electric utility with a troubled nuclear plant, Mr. Graves presented testimony on the economic benefits likely to ensue from a proposed reorganization. The plant was to be spun off to a jointly-owned subsidiary that would sell available energy back to the original owner under a contract indexed to industry unit cost experience. This proposal afforded a considerable reduction of risk to ratepayers in exchange for a reasonable, but highly uncertain prospect of profits for new investors. Testimony compared the incentive benefits and potential conflicts under this arrangement to the outcomes foreseeable from more conventional incentive ratemaking arrangements.

- For the World Bank and several investor-owned electric utilities, Mr. Graves has presented tutorial seminars on applying methods of financial economics to the evaluation of power production investments. Recently developed techniques for using option pricing to appraise the value of flexibility (such as arises from fuel switching capability or small plant size) were emphasized. He has applied these methods in estimating the value of contingent contract terms in fuel contracts (such as Gas Inventory Charges, or price caps and floors) for natural gas pipelines.

- Mr. Graves has helped design Gas Inventory Charge (GIC) tariffs for interstate pipelines seeking to reduce their risks of not recovering the full costs of multi-year gas supply contracts. The costs of holding supplies in anticipation of future, uncertain demand were evaluated with models of the pipeline's supply portfolio that reveal how many non-production costs (demand charges, take-or-pay penalties, reservation fees, or remarketing costs for released gas) would accrue under a range

of demand scenarios. The expected present value of these costs provided a basis for the GIC tariff.

- For an electric utility seeking to improve its plant maintenance program, Mr. Graves directed a study on the incremental value of a percentage point decrease in the expected forced outage rate at each plant owned and operated by the company. This defined an economic priority ladder for efforts to reduce outage that could be used in lieu of engineering standards for each plant's availability. The potential savings were compared to the costs of alternative schedules and contracting policies for preventive and reactive maintenance, in order to specify a cost reduction program.

- Mr. Graves performed a review and critique of a state energy commission's assessment of regional natural gas and electric power markets in order to determine what kinds of pipeline expansion into the area was economic. A proposed facility under review for regulatory approval was found to depend strongly on uneconomic bypass of existing pipelines and LDCs. In testimony, modular expansion of existing pipelines was shown to have significantly lower costs and risks.

- Mr. Graves conducted a study on the risk-adjusted discount rate appropriate to a publicly-owned electric utility's capacity planning. Since revenue requirements (the amounts being discounted) include operating costs in addition to capital recovery costs, the weighted average cost of capital for a comparable utility with traded securities may not be the correct rate for every alternative or scenario. The risks implicit in the utility's expansion alternatives were broken into component sources and phases, weighted, and compared to the risks of bonds and stocks to estimate project-specific discount rates and their probable bounds.

- For several electric utilities with generation capacity in excess of target reserve margins, Mr. Graves has designed and supervised market analyses that compared the marginal operating costs of all power plants not needed to meet target reserves for 50 to 100 neighboring utilities. These cost curves were then overlaid on the corresponding curve for the client utility to identify which neighbors were competitors and which were potential customers. The strength of their relative threat or attractiveness could be quantified by the present value of the product of the

amount, duration, and differential cost of capacity that was displaceable by the client utility.

- Mr. Graves has specified algorithms for the enhancement of the EPRI EGEAS generation expansion optimization model, to capture the first-order effects of financial and regulatory constraints on the preferred generation mix.

- For a major electric power wholesaler, Mr. Graves developed a framework for estimating how pricing policies alter the attractiveness of capacity expansion alternatives. Traditional cost-recovery pricing rules can significantly distort the choice between two otherwise equivalent capacity plans, if one includes a severe "front end load" while the other does not. Price-demand feedback loops in simulation models and quantification of consumer satisfaction measures were used to appraise the problem. This "value of service" framework has been generalized for the Electric Power Research Institute.

- For a large gas and electric utility, Mr. Graves participated in coordinating and evaluating the design of a strategic and operational planning system. This included computer models of all aspects of utility operations, from demand forecasting through generation planning to financing and rate design. Efforts were split between technical contributions to model design and attention to organizational priorities and behavioral norms with which the system had to be compatible.

- For a major electronic and semiconductor firm, Mr. Graves critiqued and refined a proposed procedure for ranking the attractiveness of research and development projects. Aspects of risk peculiar to research projects were emphasized over the standards used for budgeting an already proven commercial venture.

- For an oil and gas exploration and production firm, Mr. Graves developed a framework for identifying what industry groups were most likely to be interested in natural gas supply contracts featuring atypical risk-sharing provisions. These provisions, such as price indexing or performance requirements contingent on market conditions, are a form of product differentiation for the producer, allowing it to obtain a price premium for the insurance-like services.

- For a natural gas distribution company, Mr. Graves established procedures for redefining customer classes and for repricing gas services according to customers' similarities in load shape, access to alternative gas supplies, expected growth, and need for reliability. In this manner, natural gas service was effectively differentiated into several products, each with price and risk appropriate to a specific market. PC-based software was developed for balancing gas portfolios to customer group demands.

- For a Midwestern electric utility, Mr. Graves extended a regulatory *pro forma* financial model to capture the contractual and tax implications of canceling and writing off a nuclear power plant in mid-construction. This possibility was then appraised relative to completion or substitution alternatives from the viewpoints of shareholders (market value of common equity) and ratepayers (present value of revenue requirements).

- For a natural gas production and distribution company, he developed a strategic plan to integrate the company's functional policies and to reposition its operations for the next five years. Decision analysis concepts were combined with marginal cost estimation and financial *pro forma* simulation to identify attractive and resilient alternatives. Recommendations included target markets, supply sources, capital budget constraints, rate design, and a planning system. A two-day planning conference was conducted with the client's executives to refine and internalize the strategy.

- For a corporate venture capital group, Mr. Graves conducted a market-risk assessment of investing in a gas exploration and production company with contracts to an interstate pipeline. The pipeline's market growth, competitive strength, alternative suppliers, and regulatory exposure were appraised to determine whether its future would support the purchase volumes needed to make the venture attractive.

- Mr. Graves prepared a review of empirical evidence regarding the stock market's reaction to alternative dividend, stock repurchase, and stock dividend policies for a major electric utility. Tax effects, clientele shifting, signaling, and ability to sustain any new policies into the future were evaluated. A one-time stock repurchase, with careful announcement wording, was recommended.

- For the New Mexico Public Service Commission, he analyzed the merits of a corporate reorganization of the major New Mexico gas production and distribution company. State ownership of the company as a large public utility was considered but rejected on concerns over efficiency and the burdening of performance risks onto state and local taxpayers.

- Mr. Graves has analyzed the spatial and temporal patterns of marginal costs on gas and electric utility transmission networks using optimization models of production costs and network flows. These results were used by one natural gas transmission company to design receipt-point-based transmission service tariffs, and by another to demonstrate the incremental costs and uneven distribution of impacts on customers that would result form a proposed unbundling of services.

## PROFESSIONAL MEMBERSHIPS

IEEE Power Engineering Society
Mathematical Association of America
American Finance Association
International Association for Energy Economics
Energy Modeling Forum (Stanford University)

## EXPERT TESTIMONY

Prepared direct testimony before the Federal Energy Regulatory Commission on behalf of National Rural Utilities Cooperative Finance Corporation, Inc., *Cities of Anaheim and Riverside, California v. Deseret Generation & Transmission Cooperative*, Docket No. EL97-57-001, March 1999, regarding cost of service for rural cooperatives versus investor-owned utilities, and coal plant valuation.

Expert report and oral examination before the Independent Assessment Team for industry restructuring appointed by the Alberta Energy and Utilities Board on behalf of TransAlta Utilities Corporation, January 1999, regarding the generation of cost of capital under long-term, indexed power purchase agreements.

Oral testimony before the Commonwealth of Massachusetts Appellate Tax Board on behalf of Indeck Energy Services of Turners Falls, Inc., *Turners Falls Limited Partnership, Appellant vs. Town of Montague, Board of Assessors, Appellee*, Docket Nos. 225191-225192, 233732-233733,

240482-240483, April 1998, regarding market conditions and revenues assessment for property tax basis valuation.

Direct and joint supplemental testimony before the Pennsylvania Public Utility Commission on behalf of Pennsylvania Electric Company and Metropolitan Edison Company, No. R-00974009, *et al.*, December 1997, regarding market clearing prices, inflation, fuel costs, and discount rates.

Testimony before the Public Utilities Commission of the State of California on behalf of the Southern California Edison Company, No. 96-10-038, August 1997, regarding anticompetitive implications of the proposed Pacific Enterprises/ENOVA mergers.

Direct testimony before the Kentucky Public Service Commission on behalf of Big Rivers Electric Corporation, No. 97-204, June 1997, regarding wholesale generation and transmission rates under the bankruptcy plan of reorganization.

Affidavit before the Federal Energy Regulation Commission on behalf of the Southern California Edison Company in Docket No. EC97-12-000, March 28, 1997, filed as part of motion to intervene and protest the proposed merger of Enova Corporation and Pacific Enterprises.

Direct, rebuttal, and supplemental rebuttal testimony before the State of New Jersey Board of Public Utilities on behalf of GPU Energy, No. EO97070459, February 1997, regarding market clearing prices, inflation, fuel costs, and discount rates.

Oral direct testimony before the State of New York on behalf of Niagara Mohawk Corporation in *Philadelphia Corporation, et al., v. Niagara Mohawk*, No. 71149, November 1996, regarding interpretation of low-head hydro IPP contract quantity limits.

Oral direct testimony before the State of New York on behalf of Niagara Mohawk Corporation in *Black River Limited Partnership v. Niagara Mohawk Power Corporation*, No. 94-1125, July 1996, regarding interpretation of IPP contract language specifying estimated energy and capacity purchase quantities.

Oral direct testimony on behalf of *Eastern Utilities Associates* before the Massachusetts Department of Public Utilities, No. 96-100 and 2320, July 1996, regarding issues in restructuring of Massachusetts electric industry for retail access.

Affidavit before the Kentucky Public Service Commission on behalf of *Big Rivers Electric Corporation* in PSC Case No. 94-032, June 1995, regarding modifications to an environmental surcharge mechanism.

Rebuttal testimony on behalf of utility in *Eastern Energy Corporation v. Commonwealth Electric Company*, American Arbitration Association, No. 11 Y 198 00352 04, March 1995, regarding lack of net benefits expected from a terminated independent power project.

Direct testimony before the Pennsylvania Public Utility Commission on behalf of Pennsylvania Power & Light Company in *Pennsylvania Public Utility Commission et al. v. UGI Utilities, Inc.*, Docket No. R-932927, March 1994, regarding inadequacies in the design and pricing of UGI's proposed unbundling of gas transportation services.

Direct testimony before the Pennsylvania Public Utility Commission, on behalf of Interstate Energy Company, *Application of Interstate Energy Company for Approval to Offer Services in the Transportation of Natural Gas*, Docket No. A-140200, October 1993, and rebuttal testimony, March 1994.

Direct testimony before the Pennsylvania Public Utility Commission, on behalf of Procter & Gamble Paper Products Company, *Pennsylvania Public Utility Commission v. Pennsylvania Gas and Water Company*, Docket No. R-932655, September 1993, regarding PG&W's proposed charges for transportation balancing.

Oral rebuttal testimony before the American Arbitration Association, on behalf of Babcock and Wilcox, File No. 53-199-00127-92, May 1993, regarding the economics of an incentive clause in a cogeneration operations and maintenance contract.

Answering testimony before the Federal Energy Regulatory Commission, on behalf of CNG Transmission Corporation, Docket No. RP88-211-000, March 1990, regarding network marginal costs associated with the proposed unbundling of CNG.

Direct testimony before the Federal Energy Regulatory Commission, on behalf of Consumers Power Company *et al.*, concerning the risk reduction for customers and the performance incentive benefits from the creation of *Palisades Generating Company*, Docket No. ER89-256-000, October 1989, and rebuttal testimony, Docket No. ER90-333-000, November 1990.

Direct testimony before the New York Public Service Commission, on behalf of Consolidated Natural Gas Transmission Corporation, *Application of Empire State Pipeline for Certificate of Public Need*, Case No. 88-T-132, June 1989, and rebuttal testimony, October, 1989.

## PUBLICATIONS AND PRESENTATIONS

"Opportunities for Electricity Storage in Deregulating Markets" (with Thomas Jenkin and Dean Murphy), forthcoming.

"Price Caps for Standard Offer Service: A Hidden Stranded Cost" (with Paul Liu), *The Electricity Journal*, Volume 11, Number 10, December 1998.

*Mechanisms for Evaluating the Role of Hydroelectric Generation in Ancillary Service Markets* (with R.P. Broehm, R.L. Earle, T.J. Jenkin, and D.M. Murphy), Final Report, November 1998, TR-111707 (Palo Alto, CA: Electric Power Research Institute, 1998).

*Energy Market Impacts of Electric Industry Restructuring: Understanding Wholesale Power Transmission and Trading* (with S.L. Thumb, A.M. Schaal, L.S. Borucki, and R. Broehm), Final Report, March 1998, EPRI TR-108999, GRI-97/0289 (Palo Alto, CA: Electric Power Research Institute, 1998).

"Pipeline Pricing to Encourage Efficient Capacity Resource Decisions"(with Paul R. Carpenter and Matthew P. O'Loughlin), filed on behalf of Columbia Gas Transmission Corporation and Columbia Gulf Transmission Company, with their comments on *Financial Outlook for the Natural Gas Pipeline Industry*, FERC Docket No. PL98-2-000, February 1998.

"One-Part Markets for Electric Power: Ensuring the Benefits of Competition" (with E. Grant Read, Philip Q Hanser, and Robert L. Earle), *Power Systems Restructuring: Engineering and Economics*, M. Ilić, F. Galiana, and L. Fink, eds. (Boston: Kluwer Academic Publishers, 1998), pp. 243-280.

"Railroad and Telecommunications Provide Prior Experience in 'Negotiated Rates'" (with Carlos Lapuerta), Marketing and Rates, *Natural Gas*, July 1997.

"Considerations in the Design of ISO and Power Exchange Protocols: Procurement Bidding and Market Rules" (with J.P. Pfeifenberger), presented at the Electric Utility Consultants Bulk Power Markets Conference, Vail, Colorado, June 3-4, 1997.

"The Economics of Negative Barriers to Entry: How to Recover Stranded Costs and Achieve Competition on Equal Terms in the Electric Utility Industry" (with William B. Tye), Electric Industry Restructuring, *Natural Resources Journal*, Volume 37, No. 1, Winter 1997.

"Capacity Prices in a Competitive Power Market" (with James A. Read), *The Virtual Utility: Accounting, Technology & Competitive Aspects of the Emerging Industry*, S. Awerbuch and A. Preston, eds. (Boston: Kluwer Academic Publishers, 1997), pages 175-192.

"Stranded Cost Recovery and Competition on Equal Terms" (with William B. Tye), *Electricity Journal*, Volume 9, Number 10, December 1996.

"Basic and Enhanced Services for Recourse and Negotiated Rates in the Natural Gas Pipeline Industry" (with Paul R. Carpenter, Carlos Lapuerta, and Matthew P. O'Loughlin), filed on behalf of

Columbia Gas Transmission Corporation and Columbia Gulf Transmission Company, in its *Comments on Negotiated Rates and Terms of Service*, FERC Docket No. RM96-7, May 29, 1996.

"Premium Value for Hydro Power in a Deregulated Industry? Technical Opportunities and Market Structure Effects," presented to the *EPRI Hydro Steering Committee Conference*, Chattanooga, Tennessee, April 19, 1996, and to the *EPRI Energy Storage Benefits Workshop*, New Orleans, Louisiana, May 22, 1996.

"Distributed Generation Technology in a Newly Competitive Electric Power Industry" (with Johannes P. Pfeifenberger, Paul R. Ammann, and Gary A. Taylor), presented at the *American Power Conference*, Illinois Institute of Technology, April 10, 1996.

"A Framework for Operations in the Competitive Open Access Environment" (with Marija D. Ilić, Lester H. Fink, Albert M. DiCaprio), *Electricity Journal*, Volume 9, Number 3, April 1996.

"Prices and Procedures of an ISO in Supporting a Competitive Power Market" (with Marija Ilić), presented at the *Restructuring Electric Transmission Conference*, Denver, Colorado, September 27, 1995.

"Potential Impacts of Electric Restructuring on Fuel Use," EPRI *Fuel Insights*, Issue 2, September 1995.

"Optimal Use of Ancillary Generation Under Open Access and its Possible Implementation" (with Maria Ilić), *M.I.T. Laboratory for Electromagnetic and Electronic Systems Technical Report*, LEES TR-95-006, August 1995.

"Estimating the Social Costs of PUHCA Regulation" (with Paul R. Carpenter), submitted to the Security and Exchange Commission's *Request for Comments on Modernization of the Regulation of Public Utility Holding Companies*, SEC File No. S7-32-93, February 6, 1995.

*A Primer on Electric Power Flow for Economists and Utility Planners*, TR-104604, The Electric Power Research Institute, EPRI Project RP2123-19, January 1995.

"Impacts of Electric Industry Restructuring on Distributed Utility Technology," presented to the Electric Power Research Institute/National Renewable Energy Laboratory/Florida Power Corporation *Conference on Distributed Generation*, Orlando, Florida, August 24, 1994.

"Pricing Transmission and Power in the Era of Retail Competition" (with Johannes P. Pfeifenberger), presented at the Electric Utility Consultants' *Retail Wheeling Conference*, Beaver Creek, Colorado, June 21, 1994.

"Pricing of Electricity Network Services to Preserve Network Security and Quality of Frequency Under Transmission Access" (with Dr. Marija Ilić, Paul R. Carpenter, and Assef Zobian), Response and Reply comments to the Federal Energy Regulatory Commission in is *Notice of Technical Conference on Transmission Pricing*, Docket No. RM-93-19-000, November 1993 and January 1994.

"Evaluating and Using CAAA Compliance Cost Forecasts," presented at the *EPRI Workshop on Clean Air Response*, St. Louis, Missouri, November 17 and Arlington, Virginia, November 19, 1992.

"Beyond Valuation—Organizational and Strategic Considerations in Capital Budgeting for Electric Utilities," presented at *EPRI Capital Budgeting Notebook Workshop*, New Orleans, Louisiana, April 9-10, 1992.

"Unbundling, Pricing, and Comparability of Service on Natural Gas Pipeline Networks" (with Paul R. Carpenter), as appendix to Comments on FERC Order 636 filed by Interstate Natural Gas Association of America, November 1991.

"Estimating the Cost of Switching Rights on Natural Gas Pipelines" (with James A. Read, Jr. and Paul R. Carpenter), presented at the M.I.T. Center for Energy Policy Research, "Workshop on New Methods for Project and Contract Evaluation," March 2-4, 1988; and in *The Energy Journal*, Volume 10, Number 4, October 1989.

"Demand-Charge GICs Differ from Deficiency-Charge GICs" (with Paul R. Carpenter), *Natural Gas*, August 1989.

"What Price Unbundling?" (with P.R. Carpenter), *Natural Gas*, June 1989.

"Price-Demand Feedback," presented at *EPRI Capital Budgeting Seminar*, San Diego, California, March 2-3, 1989.

"Applications of Finance to Electric Power Planning," presented at the World Bank, *Seminar on Risk and Uncertainty in Power System Planning*, October 13, 1988.

"Planning for Electric Utilities: The Value of Service" (with James A. Read, Jr.), in *Moving Toward Integrated Value-Based Planning*, Electric Power Research Institute, 1988.

"Valuation of Standby Charges for Natural Gas Pipelines" (with James A. Read, Jr. and Paul R. Carpenter), presented to M.I.T. Center for Energy Policy Research, October, 1987.

**Exhibit 4**
**FRANK C. GRAVES**

**Rule 26(a)(2)(B)—Disclosure of Deposition/Testimony During the Last Four Years**

- Case: NOPR: Request for Comments on the Modernization of Regulation of Public Utility Holding Companies
  File No. S7-32-94
  Client: Central and Southwest Corporation
  Forum: Securities and Exchange Commission
  Topics: Economic benefits of PUHCA repeal, utility mergers
  Date: 2/95
  Type: Comments

- Case: Eastern Energy Corporation v. Commonwealth Electric Corporation
  File No. 11 Y 198 00352 94
  Client: Commonwealth Electric Corporation
  Forum: American Arbitration Association
  Topics: IPP contract cancellation, damages
  Date: 3/95
  Type: Oral Direct

- Case: Application of Big Rivers Electric Corporation to Assess a Surcharge under KRS 278.183 to Recover Costs of Compliance with Environmental Requirements of the Clean Air Act
  Case No. 94-032
  Client: Big Rivers Electric Corporation
  Forum: Kentucky Public Service Commission
  Topics: CAAA compliance costs, environmental cost recovery mechanisms
  Date: 6/95
  Type: Affidavit

- Case: NOPR: Promoting Wholesale Competition Through Open Access Non-Discriminatory Transmission Services by Public Utilities; and Recovery of Stranded Costs by Public Utilities and Transmitting Utilities
  Docket Nos. RM95-8-000 and RM95-7-001
  Client: NA (unsolicited filing by FCG and Marija Ilic, MIT)
  Forum: Federal Energy Regulatory Commission
  Topics: Ancillary service pricing, electric power opportunity costs
  Date: 10/95
  Type: Reply Comments

**Exhibit 4**
**FRANK C. GRAVES**

**Rule 26(a)(2)(B)—Disclosure of Deposition/Testimony During the Last Four Years**

- | | |
|---|---|
| Case: | Continued Public Hearings concerning Electric Industry Restructuring |
| Docket Nos. | 96-100 and 2320 |
| Client: | Eastern Utilities Associates |
| Forum: | Massachusetts Department of Public Utilities |
| Topics: | Retail access, electric restructuring policies |
| Date: | 6-7/96 |
| Type: | Oral Direct |

- | | |
|---|---|
| Case: | Black River Limited Partnership v. Niagara Mohawk Power Corporation |
| Index No. | 94-1125 |
| Client: | Niagara Mohawk Corporation |
| Forum: | State of New York Supreme Court |
| Topics: | NUG contract compliance, over-generation payments, definition of plant capacity |
| Date: | 7/96 |
| Type: | Deposition and Oral Direct |

- | | |
|---|---|
| Case: | Philadelphia Corporation, Moose River Corporation, Stevens & Thompson Paper Company, Inc., Union Falls Hydropower Limited Partnership, Battenkill Hydro Associates, Empire Hydro Partners Limited Partnership, West End Dam Associates, Raquette Hydro Power Limited, Adirondack Hydro Development Corporation, Warrensburg Hydro Power Limited Partnership, NYSD Limited Partnership, Sissonville Limited Partnership, Middle Falls Limited Partnership, Diana-Dolgeville Corporation, Victory Mills Hydro Co., Inc., Lachute Hydro Co., and Newport Hydro Associates v. Niagara Mohawk Power Corporation |
| Index No. | 71149 |
| Client: | Niagara Mohawk Power Corporation |
| Forum: | State of New York Supreme Court |
| Topics: | NUG hydro contract compliance, over-generation |
| Date: | 11/96 |
| Type: | Oral Direct |

- | | |
|---|---|
| Case: | GPU Energy Stranded Cost Petition |
| Docket No. | EO97070459 |
| Client: | GPU Energy |
| Forum: | State of New Jersey Board of Public Utitilities |

0043

**Exhibit 4**
**FRANK C. GRAVES**

**Rule 26(a)(2)(B)—Disclosure of Deposition/Testimony**
**During the Last Four Years**

Topics: Market clearing prices, inflation, fuel costs, discount rates
Date: 2/97
Type: Direct, Rebuttal , and Supplemental Rebuttal

- Case: Proposed Merger of ENOVA Corporation and Pacific Enterprises
  Docket No. EC97-12-000
  Client: Southern California Edison Company
  Forum: Federal Energy Regulatory Commission
  Topics: Vertical market power, gas-fired generation dominance
  Date: 3/97
  Type: Affidavit

- Case: Bankruptcy
  Case No. 97-204
  Client: Big Rivers Electric Corporation
  Forum: Kentucky Public Service Commission
  Topics: Rural electric coop bankruptcy settlement, cost of service, transmission tariff
  Date: 6/97
  Type: Direct,* Rebuttal, and Deposition

- Case: Application of Pacific Enterprises , Enova Corporation, *et al.*, for Approval of a Plan of Merger
  Application No. 96-10-038
  Client: Southern California Edison Company
  Forum: Public Utilities Commission of the State of California
  Topics: Vertical market power, gas-fired generation dominance
  Date: 8/97
  Type: Direct*

- Case: Stranded Cost Petition
  Docket No. R-00974009, *et al.*
  Client: Pennsylvania Electric Company and Metropolitan Edison Company
  Forum: Pennsylvania Public Utility Commission
  Topics: Market clearing electric prices, inflation, fuel costs, discount rates
  Date: 12/97
  Type: Direct and Joint Supplemental

---

* Contains protected materials; redacted version available

0044

**Exhibit 4**
**FRANK C. GRAVES**

**Rule 26(a)(2)(B)—Disclosure of Deposition/Testimony During the Last Four Years**

- Case: Turners Falls Limited Partnership vs. Town of Montague, Board of Assessors
  Docket Nos. 225191-225192, 233732-233733, 240482-240483
  Client: Indeck Energy Services of Turners Falls, Inc.
  Forum: Commonwealth of Massachusetts Appellate Tax Board
  Topics: Turners Falls valuation report: market conditions and revenues assessment for property tax basis valuation
  Date: 4/98
  Type: Expert Report and Oral Testimony

- Case: Power Purchase Arrangements
  Docket No.
  Client: TransAlta Utilities Corporation
  Forum: Independent Assessment Team for industry restructuring appointed by the Alberta Energy and Utilities Board
  Topics: Generation cost of capital under long-term, indexed restructuring power purchase arrangements
  Date: 1/99
  Type: Expert Report and oral examination by IAT

- Case: Cities of Anaheim and Riverside, California v. Deseret Generation & Transmission Cooperative
  Docket No. EL97-57-001
  Client: National Rural Utilities Cooperative Finance Corporation, Inc.
  Forum: Federal Energy Regulatory Commission
  Topics: Cost of service for rural cooperatives vs. investor-owned utilities; coal plant valuation
  Date: 3/99
  Type: Prepared Direct Testimony