**Exhibit 4**
**FRANK C. GRAVES**

**Rule 26(a)(2)(B)—Disclosure of Publications During the Last Ten Years**

1. "How Competitive Market Dynamics Affect Coal, Nuclear and Gas Generation and Fuel Use—A 10 Year Look Ahead" (with L.S. Borucki, R.P. Broehm, S.L. Thumb, and M. Schaal), Final Report May 1999, TR-111506 (Palo Alto, CA: Electric Power Research Institute, 1999).

2. "Price Caps for Standard Offer Service: A Hidden Stranded Cost" (with Paul Liu), *The Electricity Journal*, Volume 11, Number 10, December 1998.

3. *Mechanisms for Evaluating the Role of Hydroelectric Generation in Ancillary Service Markets* (with R.P. Broehm, R.L. Earle, T.J. Jenkin, and D.M. Murphy), Final Report, November 1998, TR-111707 (Palo Alto, CA: Electric Power Research Institute, 1998).

4. *Energy Market Impacts of Electric Industry Restructuring: Understanding Wholesale Power Transmission and Trading* (with S.L. Thumb, A.M. Schaal, L.S. Borucki, and R. Broehm), Final Report, March 1998, EPRI TR-108999, GRI-97/0289 (Palo Alto, CA: Electric Power Research Institute, 1998).

5. "One-Part Markets for Electric Power: Ensuring the Benefits of Competition" (with E. Grant Read, Philip Q Hanser, and Robert L. Earle), *Power Systems Restructuring: Engineering and Economics*, M. Ilić, F. Galiana, and L. Fink, eds. (Boston: Kluwer Academic Publishers, 1998), pp. 243-280.

6. "Railroad and Telecommunications Provide Prior Experience in 'Negotiated Rates'" (with Carlos Lapuerta), Marketing and Rates, *Natural Gas*, July 1997.

7. "Regional Impacts of Electric Utility Restructuring on Fuel Markets" (with S.L. Thumb, L.S. Borucki, and A.M. Schall), Final Report, April 1997, Vol 1 (EPRI TR-107900-V1/GRI-97/0108.1) and Vol 2 (EPRI TR-107900-V2/GRI-97/0108.2) (Palo Alto, CA: Electric Power Research Institute, 1997).

8. "The Economics of Negative Barriers to Entry: How to Recover Stranded Costs and Achieve Competition on Equal Terms in the Electric Utility Industry" (with William B. Tye), Electric Industry Restructuring, *Natural Resources Journal*, Volume 37, No. 1, Winter 1997.

9. "Capacity Prices in a Competitive Power Market" (with James A. Read), *The Virtual Utility: Accounting, Technology & Competitive Aspects of the Emerging Industry*, S. Awerbuch and A. Preston, eds. (Boston: Kluwer Academic Publishers, 1997), pages 175-192.

**Exhibit 4**
**FRANK C. GRAVES**

**Rule 26(a)(2)(B)—Disclosure of Publications During the Last Ten Years**

10. "Stranded Cost Recovery and Competition on Equal Terms" (with William B. Tye), *Electricity Journal*, Volume 9, Number 10, December 1996.

11. "A Framework for Operations in the Competitive Open Access Environment" (with Marija D. Ilić, Lester H. Fink, Albert M. DiCaprio), *Electricity Journal*, Volume 9, Number 3, April 1996.

12. "Potential Impacts of Electric Restructuring on Fuel Use," EPRI *Fuel Insights*, Issue 2, September 1995.

13. "Optimal Use of Ancillary Generation Under Open Access and its Possible Implementation" (with Maria Ilić), *M.I.T. Laboratory for Electromagnetic and Electronic Systems Technical Report*, LEES TR-95-006, August 1995.

14. *A Primer on Electric Power Flow for Economists and Utility Planners*, TR-104604, Electric Power Research Institute, EPRI Project RP2123-19, January 1995.

15. "Hierarchical Control and Pricing of Frequency Quality and Network Security Under Open Transmission Access" (with M. Ilic, A. Zobian, and P.R. Carpenter), *Proceedings of NSF Workshop on Infrastrutures in Power Systems*, Washington, DC, October 1994.

16. "Estimating the Cost of Switching Rights on Natural Gas Pipelines" (with James A. Read, Jr. and Paul R. Carpenter), *The Energy Journal*, Volume 10, Number 4, October 1989.

17. "Demand-Charge GICs Differ from Deficiency-Charge GICs" (with Paul R. Carpenter), *Natural Gas*, August 1989.

18. "What Price Unbundling?" (with P.R. Carpenter), *Natural Gas*, June 1989.

19. "Planning for Electric Utilities: The Value of Service" (with James A. Read, Jr.), in *Moving Toward Integrated Value-Based Planning*, Electric Power Research Institute, 1988.

**PUBLICLY AVAILABLE**
**REDACTED VERSION**

# 2003 EXPERT REPORT ON DAMAGES INCURRED BY YANKEE ATOMIC DUE TO THE DEPARTMENT OF ENERGY'S PARTIAL CONTRACT BREACH

Prepared by

Kenneth T. Wise, Ph.D.

The Brattle Group
2000 Powell Street, Suite 1200
Emeryville, CA 94608
510.596.1767 Voice
510.596.1768 Fax
office@brattle.com

March 28, 2003

**PUBLICLY AVAILABLE**
**REDACTED VERSION**

**TABLE OF CONTENTS**

SECTION I. INTRODUCTION .......... 1

SECTION II. THE NEED FOR AN UPDATED REPORT .......... 1

SECTION III. ANALYSIS OF DAMAGES .......... 1

SECTION IV. ORGANIZATION OF DAMAGES .......... 3

APPENDIX A: DOCUMENTS CONSIDERED

APPENDIX B: RESUME OF KENNETH T. WISE

**PUBLICLY AVAILABLE**
**REDACTED VERSION**

## SECTION I. INTRODUCTION

Spriggs and Hollingsworth of Washington, D.C. ("Counsel") has asked me to update my calculation of the economic damages that Yankee Atomic Power Company ("Yankee Atomic") has incurred and will incur as a result of the U.S. Department of Energy's ("DOE") partial breach of its contractual obligations pursuant to a 1983 contract between the parties.

Section II of this report explains the need for this update. Subsequent sections address the various types of economic damages for Yankee Atomic's past and future activities. The background and analytic framework for the calculation of damages are the same as in my original 1999 report.[1] Section III of this report reviews my methodology. Section IV reports the results of my calculations by the type of activity performed by Yankee Atomic. In forming my opinions, I have considered the items listed in Appendix A.

*The Brattle Group* is being compensated for my work in this matter at an hourly rate of $410. Appendix B contains a copy of my resume, which includes a list of my publications during the last ten years and my testimony during the last four years.

## SECTION II. THE NEED FOR AN UPDATED REPORT

This update is necessary in light of events that have increased past costs and will increase future costs beyond those anticipated in the 1999 company budget. Additionally, the passage of time allows a substantial dollar amount of what were future cost estimates to be replaced by realized past costs. Yankee Atomic has quantified the impact of these changes in budget information similar to the information provided to me in 1999.

## SECTION III. ANALYSIS OF DAMAGES

Damages in this case are calculated by comparing costs that Yankee Atomic has incurred and will incur to costs that Yankee Atomic would have incurred absent the breach. The net annual cash flows are adjusted to determine the present value of damages. To adjust past cash flows to present values, one applies an appropriate interest rate. However, in this case, Counsel has instructed me not to apply interest

---

[1] The framework involves the comparison between costs incurred in the actual world and costs that would have been incurred but for the breach of contract. It also includes the non-breach fuel removal date of January 1999, as presented in the expert report of Frank C. Graves.

**PUBLICLY AVAILABLE**
**REDACTED VERSION**

to past costs. To determine the present value of future cash flows, one discounts them back to the present by using a discount rate that reflects the time value of money and the risk of the cash flows at issue.

In calculating economic damages, I have done the following:

- Used an inflation rate of 2.5 percent for future costs, except where such costs are fixed by contract.[2]

- Used an after-tax risk-free discount rate for future costs set by fixed price contracts and other costs that would not be variable.[3]

- In two scenarios, used either an after-tax risk-free discount rate or a risk-adjusted discount rate for all other future costs.

If the projected costs at issue in this case are viewed as certain or conservatively low because, as suggested by recent experience, future events are likely only to increase rather than to decrease costs, then a risk-free rate is appropriate or conservatively high. A risk-adjusted discount rate is most commonly applied to projected cash-flows from profit-seeking investments. In this case, the only relevant cash-flows consist of costs. These costs, especially because they are not affected by variations in the operation of an ongoing business, would have much lower risk than returns on equities. Nonetheless, other things equal, these costs can be expected to exhibit a small degree of correlation with economic factors that affect asset prices. In that event, a small risk-adjustment factor is appropriate.[4] In the following text, I provide present values as of January 2003 resulting from the application of a risk-adjusted discount rate. I also present results using an after-tax risk-free discount rate in Tables 1B, 3B, and 4.

---

2 The inflation rate I used was based on the Blue Chip Economic Indicators CONSENSUS Forecast.

3 Future fixed-price cash flows are discounted at the Treasury Strip rate of the same duration. I used a combined state and federal marginal corporate tax rate of 39.2 percent to calculate an after-tax rate of return.

4 My analysis determines the risk-adjusted discount rate following the Myers-Ruback method ( [1-*beta*]•risk-free rate•[1-tax rate] + *beta*•[risk-free rate + market risk premium] ) and using a *beta* of 0.25 and a market risk premium of 8.5 percent.

**PUBLICLY AVAILABLE**
**REDACTED VERSION**

## SECTION IV. ORGANIZATION OF DAMAGES

For purposes of presentation, damages have been grouped into three categories: wet pool storage of spent nuclear fuel and high level radioactive waste (collectively "spent fuel"); Independent Spent Fuel Storage Installation ("ISFSI") construction; and ISFSI operation. Within each of these categories damages can be classified as past damages, future DOE-independent damages, and future DOE-dependant damages.[5] In this report, DOE-independent damages are those committed damages associated with wet storage or ISFSI construction that will occur regardless of when the DOE commences acceptance of spent fuel. DOE-dependent damages are committed and continuing damages, the amount of which depends upon when DOE completely removes the spent fuel.[6]

### WET POOL STORAGE OF NUCLEAR SPENT FUEL

The wet pool past damages include incremental operating costs. Through 2002, Yankee Atomic incurred costs of $[redacted] to operate the wet pool after the non-breach fuel-out date of January 1999.

Yankee Atomic will incur future DOE-independent damages due to the need to operate the pool in 2003.[7] The present value of these estimated costs is $[redacted].

Therefore, the total present value of wet pool damages is $[redacted].

### ISFSI CONSTRUCTION

But for the failure of DOE to accept and remove Yankee Atomic's spent fuel in accordance with the contract, Yankee Atomic would not have incurred costs related to the design and construction of the ISFSI. ISFSI construction costs through 2002 were $[redacted].[8]

---

5 Past damages include actual costs through 2001 and estimated totals for 2002.

6 DOE-dependent damages include committed costs related to the termination of the ISFSI, in addition to other annual ISFSI operating costs.

7 Yankee Atomic expects to transfer the spent fuel from the pool to the ISFSI in the middle of 2003.

8 To compute damages I have deducted from the past ISFSI construction costs the cost of transferring the spent fuel from the wet pool to DOE absent the breach. This offset totals $[redacted] the estimated cost in 2002 dollars of transferring fuel from the ISFSI to DOE.

**PUBLICLY AVAILABLE REDACTED VERSION**

Additional DOE-independent damages with a present value of $[redacted] will be incurred in 2003 and 2004 to complete ISFSI construction.

### ISFSI OPERATION

When ISFSI construction is completed, Yankee Atomic will need to operate the ISFSI until the DOE removes the spent fuel. ISFSI operation includes the annual costs to maintain the company after completion of plant dismantlement and decommissioning, the annual costs to maintain the ISFSI, and the committed costs to dismantle and decommission the ISFSI.[9] The total present value of these future damages depends upon the date of DOE complete removal of spent fuel.

My understanding is that the DOE will not commence acceptance of spent fuel from any utility until at least the year 2010.[10] If the 6 month process to remove all spent fuel from the ISFSI commences in 2010, the present value of damages related to future ISFSI operation and ISFSI dismantlement and decommissioning will be $[redacted]

### MINIMUM DAMAGES

If the DOE begins removal of spent fuel from the ISFSI in 2010 and completes the removal within a 6 month period, Yankee Atomic will incur $[redacted] in damages related to the breach of contract by the DOE. This total includes $[redacted] in past damages, $[redacted] in future DOE-independent damages that have been and will be incurred in 2003 and 2004, and $[redacted] in future DOE-dependent damages. This figure is a conservatively low estimate of damages because DOE is unlikely to commence spent fuel acceptance by 2010 and is also unlikely to remove Yankee Atomic's spent fuel within 6 months of the program start-up date. If DOE commences acceptance later or removes the spent fuel over a longer period, then Yankee Atomic's damages will be greater because of the additional ISFSI operation costs. The minimum damages resulting from a single removal campaign starting in 2010 are summarized in Tables 1A and 1B using a risk-adjusted discount rate and a risk-free discount rate, respectively. Annual damages for this scenario in constant and present value dollars are presented in Tables 2, 3A, and 3B.

---

9 In the absence of the breach, there would have been administrative and insurance costs through 2005 to conclude the company's activities. These costs are netted out in the calculation of damages.

10 As stated in my original report, DOE reports and Mr. Graves' report are the sources of my understanding.

**PUBLICLY AVAILABLE REDACTED VERSION**

## DAMAGES FROM ADDITIONAL DELAY

Based on the same analysis described above, I have calculated the additional damages that Yankee Atomic will incur if DOE, in fact, delays the initial date of a complete spent fuel removal campaign beyond 2010. For every additional year that the spent fuel is not removed, Yankee Atomic will sustain about $[redacted] in additional damages at a reasonably constant rate in constant mid-2002 dollars. The incremental damages Yankee Atomic will incur for each additional year that the spent fuel remains onsite after the removal date that would result from a single removal campaign initiated in 2010 are shown in Table 4.

## DAMAGE EFFECTS OF SWAP PURCHASES AND SALES

As explained in the expert report of Frank C. Graves, Yankee Atomic would have both sold and acquired fuel removal rights in the non-breach world. Yankee Atomic would have realized net costs from these transactions with a present value of $[redacted] If this amount were included, the total minimum damages for Yankee Atomic would be $[redacted].

## LOSS OF USE DAMAGES

I have no new opinions on the loss of use damages to add to those stated in my 1999 report.

PUBLICLY AVAILABLE
REDACTED VERSION

## Table 1A
## Yankee Atomic Damages
## Assumes Single Removal Campaign in 2010
(Present Value January 2003 Dollars using a Risk-Adjusted Discount Rate)

| Item | Past Damages | Future DOE-Independent Damages (Committed) | Future DOE-Dependent Damages (Committed & Continuing) | Total |
|---|---|---|---|---|
| ISFSI Construction | | | | |
| ISFSI Operations | | | | |
| Wet Pool Related | | | | |
| Total | | | | |

Notes:
[1] The analysis relies on budget information provided by Yankee Atomic.
[2] The analysis assumes a single campaign to remove all Yankee Atomic fuel in 2010.
[3] Past costs include actual costs through 2001 and estimated totals for 2002.
[4] No interest is applied to past costs.
[5] Future variable costs discounted at a risk-adjusted rate.

*The Brattle Group*

PUBLICLY AVAILABLE
REDACTED VERSION

## Table 1B
## Yankee Atomic Damages
## Assumes Single Removal Campaign in 2010
**(Present Value January 2003 Dollars using a Risk-Free Discount Rate)**

| Item | Past Damages | Future DOE-Independent Damages (Committed) | Future DOE-Dependent Damages (Committed & Continuing) | Total |
|---|---|---|---|---|
| ISFSI Construction | | | | |
| ISFSI Operations | | | | |
| Wet Pool Related | | | | |
| **Total** | | | | |

Notes:
[1] The analysis relies on budget information provided by Yankee Atomic.
[2] The analysis assumes a single campaign to remove all Yankee Atomic fuel in 2010.
[3] Past costs include actual costs through 2001 and estimated totals for 2002.
[4] No interest is applied to past costs.
[5] Future variable costs discounted at a risk-free rate.

*The Brattle Group*

PUBLICLY AVAILABLE
REDACTED VERSION

**Table 2**
**Yankee Atomic - Committed and Continuing Damages**
**Assumes Single Government Campaign to Remove All Yankee Atomic Fuel in 2010**
**(Future Damages in Constant mid-2002 Dollars)**

| Item | Total | Year | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| ISFSI Construction | | | | | | | | | | | | | | | | |
| ISFSI Operations | | | | | | | | | | | | | | | | |
| Wet Pool Related | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | |

*The Brattle Group*

**PUBLICLY AVAILABLE
REDACTED VERSION**

**Table 3A**
**Yankee Atomic - Committed and Continuing Damages**
**Assumes Single Government Campaign to Remove All Yankee Atomic Fuel in 2010**
**(Present Value January 2003 Dollars using a Risk-Adjusted Discount Rate)**

| | | Year | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Total | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| ISFSI Construction | | | | | | | | | | | | | | | | |
| ISFSI Operations | | | | | | | | | | | | | | | | |
| Wet Pool Related | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | |

PUBLICLY AVAILABLE
REDACTED VERSION

Table 3B
Yankee Atomic - Committed and Continuing Damages
Assumes Single Government Campaign to Remove All Yankee Atomic Fuel in 2010
(Present Value January 2003 Dollars using a Risk-Free Discount Rate)

| | | Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Total | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| ISFSI Construction | | | | | | | | | | | | | | | | |
| ISFSI Operations | | | | | | | | | | | | | | | | |
| Wet Pool Related | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | |

*The Brattle Group*

**PUBLICLY AVAILABLE**
**REDACTED VERSION**

**Table 4**
**Yankee Atomic - Committed and Continuing Damages**
**Estimates of Damages Depending on Initiation of Fuel Removal**

| Year of Fuel Removal | Incremental Damages | Total Damages | | |
|---|---|---|---|---|
| | Constant mid-2002 Dollars | Constant mid-2002 Dollars* | Present Value January 2003 Dollars (Risk-Adjusted) | Present Value January 2003 Dollars (Risk-Free) |
| 2010 | | | | |
| 2011 | | | | |
| 2012 | | | | |
| 2013 | | | | |
| 2014 | | | | |
| 2015 | | | | |
| 2016 | | | | |
| 2017 | | | | |
| 2018 | | | | |
| 2019 | | | | |
| 2020 | | | | |

*Note: Past costs in nominal dollars. Future costs in constant mid-2002 dollars.

*The Brattle Group*