# NAC Historical Spent Fuel Shipments Through April 1999

**Shipments by Truck**

| Origin | Destination | Number of Assemblies | Shipment Date | Number o Shipment: |
|---|---|---|---|---|
| **Connecticut Yankee APC** | | | | |
| **Haddam Neck** | Battelle Co. | 3 | 1980 | 3 |
| **Dairyland** | | | | |
| **Lacrosse** | Savannah River | 1 | 1970 | 1 |
| **Lacrosse** | MSF | 8 | 1979 | 8 |
| **MSF** | Lacrosse | 8 | 1981 | 4 |
| **Duke Power Company** | | | | |
| **Oconee 1** | B&W-Lynchburg | 1 | 1975 | 1 |
| **B&W-Lynchburg** | Oconee 3 | -1 | 1975 | 1 |
| **Oconee 1** | B&W-Lynchburg | 1 | 1976 | 1 |
| **B&W-Lynchburg** | Oconee 3 | 1 | 1976 | 1 |
| **Oconee 1** | Oconee 3 | 134 | 1976-1978 | 134 |
| **Oconee 2** | Oconee 3 | 36 | 1977 | 36 |
| **Oconee 3** | Oconee 2 | 12 | 1977 | 12 |
| **onee 1** | B&W-Lynchburg | 3 | 1978 | 3 |
| **onee 1** | Crystal River 3 | 4 | 1978 | 4 |
| **&W-Lynchburg** | Oconee 3 | 3 | 1978 | 3 |
| **Oconee 2** | Oconee 3 | 53 | 1978-1979 | 53 |
| **Oconee 1** | Oconee 3 | 44 | 1979 | 44 |
| **Oconee 3** | Oconee 1 | 1 | 1980 | 1 |
| **Oconee 1** | B&W-Lynchburg | 2 | 1980 | 2 |
| **B&W-Lynchburg** | Oconee 3 | 1 | 1980 | 1 |
| **Oconee 3** | Oconee 1&2 | 52 | 1981 | 52 |
| **Oconee 3** | McGuire 1 | 13 | 1982 | 13 |
| **Oconee 3** | Oconee 1&2 | 284 | 1982 | 284 |
| **Oconee 3** | McGuire 1 | 4 | 1983 | 4 |
| **Oconee 3** | Oconee 1 & 2 | 201 | 1983 | 201 |
| **Oconee*** | McGuire 1 | 6 | 1984-1985** | 6** |
| **Oconee*** | Oconee 1, 2 & 3* | 294 | 1984-1985** | 294** |
| **Oconee 2** | McGuire 2 | 21 | 1985 | 21** |
| **Oconee*** | Oconee 1, 2 & 3* | 81 | 1986 | 81 |
| **Oconee*** | Oconee 1, 2 & 3* | 1 | 1987 | 1 |
| **Oconee*** | McGuire 1 | 12 | 1986 | 12 |
| **Oconee*** | B&W-Lynchburg | 12 rods | 1989 | 1 |
| **McGuire** | B&W-Lynchburg | 3 rods | 1994 | 1 |

cific unit(s) not known
C assumption

## NAC Historical Spent Fuel Shipments Through April 1999

### Shipments by Truck

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments |
|---|---|---|---|---|
| **IES Utilities** | | | | |
| **Duane Arnold** | GE - Pleasanton, CA | 1 can | 1998 | 1 |
| **Florida Power and Light** | | | | |
| **Turkey Point 3** | Turkey Point 4 | 57 | 1976 | 57 |
| **Turkey Point 4** | Turkey Point 3 | 189 | 1976-1977 | 189 |
| **Turkey Point 3** | Battelle Co. | 5 | 1978 | 5 |
| **Turkey Point 3** | Turkey Point 4 | 272 | 1977-1978 | 272 |
| **Turkey Point 3** | EMAD | 8 | 1979 | 8 |
| **Turkey Point 3** | EMAD* | 5 | 1979 | 5 |
| **Turkey Point 4** | Turkey Point 3 | 168 | 1981 | 168 |
| **Turkey Point 3** | Turkey Point 4 | 1 | 1981 | 1 |
| **Turkey Point 3** | Turkey Point 4 | 2 | 1983 | 2 |
| **Turkey Point 4** | Turkey Point 3 | 2 | 1983 | 2 |
| **[illegible]key Point 4** | Turkey Point 3 | 4 | 1983 | 4 |
| **[illegible]U Nuclear** | | | | |
| **[illegible]ster Creek 1** | NFS | 24 | 1973† | 12 |
| **Oyster Creek 1** | NFS | 136 | 1974 | 68 |
| **Oyster Creek 1** | NFS | 64 | 1975† | 32 |
| **Oyster Creek 1** | Battelle Co. | rods | 1981 | 1 |
| **Georgia Power** | | | | |
| **E.I. Hatch** | B&W-Lynchburg | 7 rods | 1992 | 1 |
| **Maine Yankee** | | | | |
| **Maine Yankee** | C-E | 7 rods | 1974 | 1 |
| **Maine Yankee** | Battelle Co. | 30 rods | 1974 | 1 |
| **Nebraska Public Power District** | | | | |
| **Cooper** | PNL** | 2 | 1986 | 2 |
| **Cooper** | GE-Vallecitos | control blade | 1994 | 1 |
| **Northern States Power Co.** | | | | |
| **Monticello** | Battelle Co. | rods | 1981 | 1 |
| **Monticello** | Battelle Co. | 1 | 1983 | 1 |
| **Omaha Public Power District** | | | | |
| **Fort Calhoun** | Battelle Co. | 23 rods | 1982 | 1 |
| **Fort Calhoun** | Fort Calhoun | 23 rods | 1983 | 1 |

[illegible]t shipped to Battelle Columbus Laboratories, then to EMAD.

2

## RAIL ROUTE TO NEVADA FROM YANKEE ATOMIC

| | | |
|---|---|---|
| Site Rail Spur: | None | |
| Closest Rail Access: | The Hoosac Tunnel is 6.7 miles southwest of site. Hoosac has been used to move large equipment, including the reactor vessel. | |
| Rail Carrier: | Boston & Maine Railroad (B&MRR); Springfield Railroad | |
| Route to Rail Access: | Heavy haul via Sherman Reservoir Dam Road (0.3 miles), to River Road; then south 6.4 miles to the railroad crossing at Hoosac tunnel. | |
| Rail Route to Albany: | B&MRR | Hoosac, MA to Troy, NY |
| | CP System | Troy to Albany, NY |
| National Route to Nevada: | ConRail | Albany, NY to Chicago, IL |
| | Union Pacific | Chicago to Kansas City, KS |
| | Union Pacific/Santa Fe | Kansas City to Amarillo, TX |
| | Union Pacific | Amarillo to Daggert, CA |
| | Union Pacific/Santa Fe | Daggert to Blue Diamond, NV |
| | To be constructed | Blue Diamond to Destination |

3

DATA AND OTHER INFORMATION CONSIDERED IN FORMING OPINIONS

1) Facility Interface Capability Assessment (FICA) Study, NAC International.

2) Near Site Transportation Infrastructure (NSTI) Study, NAC International.

3) Certificate of Compliance for Radioactive Materials Packages, NAC Storage Transport Cask, rev. 2, March 25, 1999.

4) Safety Analysis Report for NAC Storage Transport Cask, rev. 12, April 1999.

5) The Shipment of Spent Nuclear Fuel: How Big a Project Does the United States Face?, FOCUS Nuclear Fuel Cycle Quarterly, Issue 39, Winter 1997, as updated, Michael J. Smith.

4

# Ivan F. Stuart, Vice President, Special Projects

Mr. Stuart has more than 30 years of experience in the nuclear industry. As a senior consultant to NAC, Stuart is leading NAC's participation in the Wyoming spent fuel storage initiative (Owl Creek Energy Project).

Previously, Stuart served as senior vice president of EDS (Engineering & Design Services), managing all of NAC's technical staff and project managers. Stuart oversaw the NRC licensing function for all of the company's nuclear fuel storage systems, fuel transport casks and fuel consolidation systems. This included the concept development, detailed design, NRC licensing, testing, procurement, fabrication follow and acceptance testing of these products. Specific project accomplishments include:

- NAC-STC Dual Purpose 26 PWR Assembly Cask Design and Licensing Project.
- NAC-I26 S/T Storage Cask Fabrication Project for Almaraz Nuclear Station in Spain.
- NAC-I28 S/T Storage Cask Fabrication Project for Surry Nuclear Power Station in Virginia, United States.
- Design of the DPT Dual Purpose Cask for 21 KWU fuel assemblies for the Trillo Station, Spain.
- Design of the NAC-STC (VVER) Dual Purpose Cask for 85 VVER-440 - (Russian design) fuel assemblies.
- Design of the NAC-CTC Transport Cask under U.S. DOE contract.
- Design of the NAC Fuel-Pac fuel consolidation system.
- NAC-CTC Advanced 21-element design Transport Cask for DOE-OCRWM that included advanced ALARA hydraulic lid design.

*Previous Experience*

*General Electric Co. — General Manager, Waste Management Services, 1962–1988*

- Responsible for Vallecitos Nuclear Laboratory, including operation of several test and isotope production reactors; shipment of irradiated lead test assemblies from commercial operating reactors for destructive tests and examinations in hot cells.
- Responsible for operation of Morris fuel storage facility at Morris, Illinois, including transport of spent fuel from commercial operating reactors for storage at Morris using the IF-300 rail casks.
- Design/development and testing of low-level waste volume reduction systems, including dry compactors and liquid waste solidification systems utilizing azeotropic distillation processes.

*Manager, Field Services*

- Commercial reactor original equipment installation, startup testing. Site supervision for all GE-BWR nuclear steam systems operations.
- Reactor outage planning, fuel loading, repair and maintenance implementation at all GE-BWR operating commercial plants.
- Design, testing and installation of reactor upgrade and retrofit systems in compliance with NRC requirements and quality assurance programs.

*Manager, Engineering Consulting Services*

- Design/procurement/installation of mechanical, electrical and hydraulic systems to improve nuclear plant operating performance.
- Design and operation of remote, ultrasonic inspection devices for reactor pressure vessels and piping using state-of-the-art robotics and computerized data recording systems.
- Operated a design/procurement/warehousing system for pooling inventory of large, long-lead procurement equipment for all operating GE-BWR plants, including adapter kits for use of equipment in multiple plants.

### Manager, Licensing and Safety

- NRC licensing responsibility for all GE-BWR plants, including construction permits and operating licenses.
- Prepared generic Topical Reports for NRC approval of nuclear, thermal hydraulic structural analytical techniques used in plant design.
- Operated the BWR owners group of utilities which owned/operated all U.S. BWR plants, designing and implementing all NRC generic requirements resulting from the TMI post-accident analysis.

## Education

Newark (New Jersey) College of Engineering. B.S., Mechanical Engineering, 1959

New York University/U.S. Air Force. Graduate Meteorological Program, 1960

## *Memberships*

- American Nuclear Society
- Institute for Nuclear Power Operation — SPAC Group

## *Professional Certification*

- Registered Professional Engineer — Nuclear, State of California

**Selected Publications and Speeches of Ivan Stuart**

1. Safety Analysis Report for the NAC Storable Transport Cask, Numerous Revisions, 1990-1998
2. Safety Analysis Report for the NAC Legal Weight Truck Cask, Numerous Revisions, 1990-1998
3. Topical Safety Analysis Report for the NAC S/T I-28, Numerous Revisions, 1990-1992
4. Topical Safety Analysis Report for the NAC S/T C-28, Numerous Revisions, 1990
5. Owl Creek Energy Project, 1998 Institute of Nuclear Materials Management Conference, Washington, DC
6. Universal Multi-purpose Canister System, 1997 Institute of Nuclear Materials Management Conference, Washington D.C.
7. Owl Creek Energy Project, 1998 Institute of Nuclear Materials Management Conference, Washington and D.C.
8. Owl Creek Energy Project: A Solution to the Spent Fuel Temporary Storage Issue, 1998 International Conference on Nuclear Engineering.
9. Owl Creek Energy Project: A Solution to the Spent Fuel Temporary Storage Issue, Radwaste Magazine July 1998.
10. Owl Creek Energy Project: A Solution to the Spent Fuel Temporary Storage Issue, 1998 ANS Utility Working Conference, San Francisco.
11. Owl Creek Energy Project, 1999 Institute of Nuclear Materials Management Conference, Washington D.C.
12. Owl Creek Energy Project: A Solution to the Spent Fuel Temporary Storage Issue, 1999 Waste Management Conference, Tucson, AZ.

DOE/RW-0406

Office of Civilian Radioactive Waste Management

# Civilian Radioactive Waste Management System Requirements Document

## Revision 05

(A00000000-00811-1708-00003)

January 1999

U. S. Department of Energy
Office of Civilian Radioactive Waste Management
Washington, DC 20585

HQO.19990112.0001.0005

I. Waste Acceptance and Transportation Element shall accomplish planning and scheduling according to the provisions of the Standard Contract (10 CFR Part 961) and the EM/RW and NNPP/RW MOAs.

J. Integrated plans for CRWMS activities shall be developed and updated as needed to respond to changed data and operating conditions. Planning involves allocating system capacity, evaluating schedule requests, and establishing the CRWMS operations schedule.

K. Records validation shall be initiated upon receipt of Purchaser/Producer/Custodian forms describing the SNF/HLW to be delivered.

L. Waste Acceptance and Transportation shall validate title and/or transfer of responsibility and custody documentation from the Purchasers/Producers/Custodians.

## 3.4 MGR ELEMENT REQUIREMENTS

This section contains the requirements allocated to the MGR Element.

A. The MGR shall be designed to be capable of accommodating the total inventory of SNF and HLW (as documented in Planning Consideration 2.4.C) consistent with current disposal concepts (e.g., HLW/DOE SNF co-disposal). However, until the second repository is approved the MGR operational capacity shall be limited to 70,000 MTHM or equivalent of SNF and HLW.

B. The waste packages shall be designed such that substantially complete containment of the waste can be demonstrated for at least 1,000 years.

C. The monitored geologic repository concept shall allow the repository to be closed as early as 10 years after emplacement of the last waste package or to be kept open for at least 100 years from initiation of waste emplacement. The design shall not preclude the ability to keep the repository open, with appropriate maintenance and monitoring, for 300 years after initiation of waste emplacement. Future generations will make the ultimate decision on whether it is appropriate to continue to maintain the repository in an open, monitored condition or to close the repository, based on development of their own criteria and level of certainty regarding ultimate repository performance.

## 3.5 CISF ELEMENT REQUIREMENTS

If a CISF is approved, the following allocated requirements shall be met.

A. The CISF shall be designed to expedite operations by using a phased approach with Phase 1 having the capability to receive and store licensed dual purpose and multi-purpose systems only and Phase 2 having the capability to receive and store SNF in licensed dual purpose and multi-purpose systems and as individual assemblies at the rates indicated in Table 3.

Table 3. CISF Receipt Rates[7] (In MTHM or Equivalent/Year)

| Phase | Year of Operation | Commercial SNF[8] | Government Managed Nuclear Materials |
|---|---|---|---|
| I | 1 | 1200 | TBD 3 |
| I | 2 | 1200 | TBD 3 |
| II | 3 and 4 | 2000 | TBD 4 |
| II | 5 | 2700 | TBD 4 |
| II | 6 and subsequent | 3000 | TBD 4 |
| II | TBD 2 | 3000 | TBD 4 |

B. The CISF shall have a minimum storage capacity of 10,000 MTHM of SNF.

C. The CISF shall have a HLW storage capacity of **(TBD 6)**.

D. The CISF shall be capable of preparing SNF and HLW for off-site transport.

## 3.6 INTERFACE REQUIREMENTS

This section identifies the interface requirements between CRWMS system elements. Acceptance criteria for nuclear materials are documented in the Waste Acceptance System Requirements Document (WA-SRD) (DOE/RW-0351P).

### 3.6.1 Waste Acceptance and Transportation - Government Agency Interface Requirements

Waste Acceptance and Transportation shall interface with appropriate federal, state, tribal, and local government agencies to meet legal, regulatory and operational requirements for acceptance and transportation of SNF and HLW, such as route selection, approval, scheduling and notification, emergency planning and response, and security.

[7] Receipt rates in this table are only applicable if a CISF is approved.

[8] This could include MOX SNF in Phase II.