IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-126C<br>(Senior Judge Merow) |

CHARLES W. PENNINGTON EXPERT WITNESS REPORT

This report addresses matters relevant to the contract entered into by Yankee Atomic Electric Company ("Yankee Atomic") with the government for the acceptance of spent nuclear fuel and high-level radioactive waste (together "spent fuel"). This contract is one of approximately 50 such contracts with essentially the same terms between the government and commercial nuclear utilities. The form of each such contract is sometimes referred to as a Standard Contract. I am aware that the Court has held that the government breached Yankee Atomic's contract by not beginning to accept spent fuel from Yankee Atomic by January 31, 1998.

Frank Graves has submitted an expert report in this matter addressing the pace and schedule on which the government would accept spent fuel from Yankee Atomic and other contracting utilities after January 31, 1998 pursuant to the parties' contracts. In his report, Mr. Graves relies on various data to develop factors used in his economic analysis to demonstrate how the fuel removal program would have operated. This data includes: costs for the dry storage of spent fuel; information on dry storage cask capacity, handling, and transportation; the

operations and maintenance costs associated with the wet storage of spent fuel; and historical and projected fuel discharge data for U.S. nuclear utilities. I was asked to review the above-noted data. This report presents my opinions concerning that data, together with the other information called for in Fed. R. Civ. P. 26(a)(2)(B).

I. Opinions to be Expressed and the Bases Therefor

I offer the following points as the opinions to which I expect to testify at the trial of this matter. I present my reasoning for reaching my conclusions along with the conclusions themselves. In general, my opinions are based on my over 30 years of experience in nuclear engineering and economics in the nuclear power industry, and my review of relevant documents. The cost numbers supplied to Mr. Graves were provided by NAC International ("NAC"), where I currently serve as Group Senior Vice President, Engineering and Design Services. I have worked for NAC since 1996 in various positions, all of which were related to spent fuel management. NAC has performed extensive spent fuel transportation and management work for the U.S. Department of Energy ("DOE") for more than 20 years.

My principal opinion is that the data concerning the costs of dry and wet storage for spent fuel, dry storage cask capacity, handling, and transportation, and fuel discharges, that was supplied to Mr. Graves is accurate and reliable for purposes of the economic models that Mr. Graves has constructed.

A. Spent fuel dry storage cost data

NAC supplied Mr. Graves with data on the costs of various aspects of a dry storage system for spent fuel. The cost data supplied is as follows:

Dry Storage Fixed Costs include licensing, engineering, construction of the ISFSI,

engineering and technical support of the cask/canister system, and equipment and materials of the cask/canister system. Together these fixed costs total $6.4 million and represent the fixed costs associated with implementing a dry storage system.

Variable (per canister) initial costs associated with dry storage include varying the size of the storage pad, fabrication oversight, quality assurance oversight, project management, and variable equipment and materials. Together, these variable costs total $167,000 per canister. In addition, the physical cask/canister system is $720,000. Together, these costs represent the variable costs on a per canister basis associated with implementing a dry storage system.

Costs associated with a crane upgrade, if needed, are $3.5 million for an upgrade of less than 30 ton handling capacity, and $4.5 million for a greater than 30 ton upgrade. In addition, an average of $1 million per site for structural modifications to buildings to accommodate a larger crane is necessary, if a crane upgrade is needed. Together, these fixed costs represent the fixed costs associated with upgrading a crane when implementing a dry storage system.

Dry Storage Decommissioning Cost is $240,000 per canister. This cost represents the decommissioning expense associated with an ISFSI.

Dry Storage Operating & Maintenance Cost (per year) is $3,500,000. This cost is largely associated with monitoring, surveillance and support, and represents the expenses on an annual basis associated with the operation and maintenance of an ISFSI.

NAC has developed a substantial body of knowledge concerning dry storage systems including, in particular, the following areas:

- the design, licensing, and construction of independent spent fuel storage installations (ISFSI) at reactor sites for the storage of spent fuel using dry storage cask/canister systems;
- the design, engineering, and fabrication of dry storage cask/canister systems;
- the movement of spent fuel from a spent fuel pool to an ISFSI; and
- the annual Operations and Maintenance costs for an ISFSI.

Through my employment at NAC I have gained a substantial body of experience in these areas as well. As head of the engineering and design services group, I supervise the design, licensing, and implementation of NAC's spent fuel storage and transport casks, as well as the costing and pricing of those products and related services. In my current and prior positions, both at NAC and elsewhere, I have acquired a substantial body of knowledge in the pricing of spent fuel dry storage systems and the various components of such systems. I have prepared and reviewed bids submitted by NAC for the provision of dry storage systems for spent fuel. I have also reviewed commercial bids and contracts drafted by other companies and submitted to NAC for the provision of such services. Over 15 years, I have also consulted with utilities and organizations such as EPRI on the design, licensing, and installation of such services, and on the costing of these services.

The numbers NAC supplied to Mr. Graves for the category of Dry Storage Fixed Costs have several bases. In part, these numbers are derived from bids for the provision of dry storage services that were either developed and submitted by NAC, or submitted to NAC by other contractors and reviewed by NAC. An additional source of information is the Owl Creek Energy Project, a private interim storage facility being developed in Wyoming for which NAC is the project manager. It is NAC's responsibility to develop pricing information for this project, and some of the information developed is reflected in the cost numbers supplied to Mr. Graves.

The Dry Storage Cost numbers are also formed by the experience of Virginia Power, which is currently operating two ISFSIs -- one of which is the longest operating domestic ISFSI and one of which is the newest domestic ISFSI in operation. Cost information from these ISFSIs was used as an additional basis for the numbers supplied to Mr. Graves.

The numbers for Crane Upgrade Costs, Dry Storage Canister Cost, Dry Variable Construction Costs, and Dry Storage Decommissioning Costs are all developed from NAC's extensive experience in dry storage systems for spent fuel. In large part these numbers are derived from bids submitted by and/or to NAC for the various aspects of a dry storage system.

The Dry Storage Operating and Maintenance Cost number is based upon cost information supplied by several utilities for their ISFSIs.

I personally reviewed all of the dry storage cost information discussed above. Based upon my experience in and knowledge of the subject of dry storage of spent fuel, particularly the pricing of spent fuel dry storage systems, it is my opinion that these cost numbers are reliable estimates of the indicated expenses associated with a dry storage system.

B. Dry storage cask capacity, handling, and transportation data

NAC supplied Mr. Graves with data on the capacity of casks used for the transportation and dry storage of spent fuel, as well as data on aspects of the handling and transportation of such casks. The data concerns the following aspects of dry storage:

- capacities for transportation and storage casks for boiling water reactors and pressurized water reactors; and
- spent fuel pool crane design capacities and loaded transfer cask weights for spent fuel pools currently in service.

The data on cask capacities is derived from transportation and storage cask designs created by NAC. These cask designs have been approved for use by the NRC. The data on the capacity of canister based systems is based on the NAC-UMS design, which is currently in the NRC review process. The UMS should receive storage approval from the NRC this year and transport approval from the NRC in the second quarter of 2001. A similar system, the NAC-

MPC system, has been previously approved by the NRC for storage and transportation of spent fuel.

The data on cask removal is derived from NAC's experience in conducting shipping campaigns for spent fuel. NAC has made over 3200 shipments of spent fuel and has developed a sizable body of knowledge concerning the time necessary to complete the various operations associated with a spent fuel shipping campaign.

The information on crane design capacities and transfer cask weights is derived from Facility Interface Capability Assessment (FICA) studies performed by NAC for the Department of Energy ("DOE"). The purpose of these studies was to evaluate the cask handling capabilities of the nuclear utilities that entered into Standard Contracts with the government. All of the studies were submitted to DOE at their completion.

I personally reviewed all of the information discussed above. Based upon my experience in and knowledge of the subject of dry storage of spent fuel, particularly in the areas of cask/canister systems and the movement of spent fuel from a spent fuel pool to an ISFSI, it is my opinion that the information provided to Mr. Graves is accurate and reliable.

C. Operations and maintenance costs associated with the wet storage of spent fuel

NAC supplied Mr. Graves with data indicating that a conservative estimate of the average annual cost of operating and maintaining a spent fuel pool at a shutdown nuclear plant is approximately $8 million. NAC is in the business of collecting data on the management of spent fuel by nuclear utilities. In the course of this business, NAC has collected information on the costs of wet storage for spent fuel. The $8 million cost number supplied to Mr. Graves is derived from cost information collected by NAC from shutdown nuclear plants that are currently

operating spent fuel pools.

I personally reviewed all of the information from which the wet storage operations and maintenance costs discussed above were derived. Based upon my experience in and knowledge of spent fuel management and storage, it is my opinion that the information provided to Mr. Graves is accurate and reliable.

D. Historical and projected fuel discharge data

NAC supplied Mr. Graves with data on historical and projected discharges of nuclear fuel from the reactors of U.S. nuclear utilities. This data is a product of NAC's research and analysis of nuclear fuel cycles and markets, areas in which NAC has provided extensive consulting services for over 30 years. I previously led the nuclear fuel consulting group at NAC, the group that provides these particular consultation services. I personally reviewed all of the fuel discharge information supplied to Mr. Graves. Based upon my experience in and knowledge of the research and analysis of fuel cycles and markets, it is my opinion that the information provided is accurate and reliable.

II. Data or Information Considered in Forming Opinions

Data and other information I considered in forming my opinions is listed in Exhibit 1 to this report.

III. Qualifications

My qualifications to offer the opinions contained in this report, including a list (compiled to the best of my recollection) of the publications I have authored within the preceding ten years, are set out herein and in Exhibit 2 to this report.

IV. Compensation

NAC is being paid $250 per hour for my time working on this matter.

V. Other Expert Testimony

I have not testified as an expert at trial or by deposition in any other cases within the preceding four years.

Respectfully submitted,

Dated: August 22, 2000

Charles W. Pennington

DATA AND OTHER INFORMATION CONSIDERED IN FORMING OPINIONS

1) Information collected by NAC International ("NAC") concerning various financial and technical aspects of dry and wet storage of spent fuel. This information includes: bids submitted by NAC for the provision of spent fuel management services; bids and other cost information received from contractors and subcontractors to NAC for spent fuel management services; and spent fuel management cost information received from domestic nuclear utilities.

2) Historical and projected inventories of commercial spent fuel in the United States. Data provided by NAC.

3) Current inventory of spent fuel stored in domestic Independent Spent Fuel Storage Installations. Data provided by NAC.

4) Facility Interface Capability Assessment ("FICA") Study, NAC International.

5) The Impact of Dry Spent Fuel Storage on Decommissioning, R.C. Boswer, M. Taylor, Jr., and K.R. Miller.

# Charles W. Pennington—Group Senior Vice President, Engineering & Design Services

## *Relevant Experience*

Mr. Pennington leads NAC's engineering and design services group, which handles the design, licensing and implementation of NAC's spent fuel storage and transport casks. He also is the Director of NAC's Spent Fuel Academy, an educational seminar on spent fuel storage and transport offered to the nuclear industry. Mr. Pennington's expertise includes development and commercialization of wet and dry nuclear material storage and transport technology, as well as other engineered products and services involving nuclear steam supply systems and low-level waste processing. His spent fuel and overall nuclear waste experience includes close involvement in the commercialization of 10 major technology systems.

Mr. Pennington previously led NAC's team of 30 consultants and analysts, which specializes in all fuel cycle areas, including uranium mining and production; uranium and conversion markets; enrichment market and technology; fuel fabrication; reprocessing, recycling and spent fuel management; decontamination and decommissioning; and data base services.

Before joining NAC in 1996, Mr. Pennington was vice president, technology and business development, for Holtec International, where he directed the development of nuclear and hazardous material storage and transport technology and was involved in other engineered systems and services, such as BWR HWC shielding analyses and systems, steam generator assessments, heat exchange systems, storage system installation technology, and field services for installation of nuclear materials storage systems.

Before joining Holtec, Mr. Pennington served as vice president for Transnuclear Inc., the New York-based U.S. subsidiary of Transnucleaire S.A., where his activities included:

- The design development, fabrication assessment, commercialization, and marketing efforts for the TN-BRP and TN-REG dual purpose casks, TN-24, TN-40 and TN-32 advanced metal spent fuel storage casks, MACSTOR concrete module storage system, TN-RAM transport cask, TN-FSV spent fuel transport cask, and transuranic waste transport systems;
- Studies for EPRI on dry spent fuel transfer and storage technologies and economics;
- Expert witness services for Northern States Power Company at successful state hearings on spent nuclear fuel dry storage at Prairie Island.

Earlier, Mr. Pennington was involved in system design and licensing for 10 years at Combustion Engineering, Inc. after serving for five years as an officer in the U.S. Navy nuclear submarine service, where he was qualified in the operation of nuclear propulsion systems and as a nuclear weapons officer.

Mr. Pennington's expertise includes development and commercialization of wet and dry nuclear material storage and transport technology, as well as other engineered products and services involving nuclear steam supply systems and low-level waste processing. His spent fuel and overall nuclear waste experience includes responsibility for the commercialization of 10 major storage and transport systems involving both domestic and foreign technologies.

## Education

Duke University
B.A. Mathematics

North Carolina State University
M.S., Nuclear Engineering with Economics Minor

University of Connecticut
M.B.A., Marketing and Finance

## Selected Papers and Publications

- Tritium Release from Niobium. NUCLEAR TECHNOLOGY, Volume 22. June 1974.
- A Study of Extra Large Storage Casks, 1986, Final Report of Work for DOE Contract DE-AC01-84RW00038, published 1987.
- The Independent Development of a Multi-Modal, Multi-Waste Type Transport System for Transuranic Wastes. American Nuclear Society, SPECTRUM '88 Proceedings. September 1988.
- Survey of Dry Spent Fuel Storage Cask Systems within the United States. Final Report of Study Performed under Contract to Cogema, S.A., Paris, France. February 1989.
- Conceptual Design for an On-Site Spent Fuel Transfer System, April 1991. Final Report of Research Project 2813-25, Electric Power Research Institute, EPRI Report NP-7459, September 1991.
- Scoping Evaluation of Alternative Spent Fuel Transfer Concepts. Addendum Report for Research Project 2813-25, Electric Power Research Institute. July 1991.
- Design Implications of Using Spent Fuel Transfer Systems at the MRS and Shutdown Reactors. Addendum Report for Research Project 2813-25, Electric Power Research Institute. December 1991.
- Development of On-Site Spent Fuel Transfer System Designs. The 10th International Conference on the Packaging and Transportation of Radioactive Materials. September 1992.
- The Development of Transnuclear's TN-40 Advanced Storage Cask. Institute of Nuclear Materials Management, Proceedings of the Spent Fuel Management Seminar IX. January 1992.
- The Economic Case for Modular Increases in Fuel Pool Storage Capacity. Report of Study Prepared for Comparative Assessments of Three Utilities. April 1993.
- The Development of the Holtec International Storage, Transport and Repository (HI-STAR) System. Institute of Nuclear Materials Management, Proceedings of the Spent Fuel Management Seminar XII. January 1995.

- The Shutdown Reactor: Optimizing Spent Fuel Storage Costs. Institute of Nuclear Materials Management, Proceedings of the Spent Fuel Management Seminar XII. January 1995.
- HI-STAR: Holtec International's MPC System, NUCLEAR ENGINEERING INTERNATIONAL. July 1995.
- Trends in the Management of Spent Fuel in the United States. Report prepared for a major utility. November 1996.
- Dry Storage of Spent Fuel at U.S. Reactors and Its Relative Contribution to the Low-Level Radiation Exposure of the General Public. Fuel-Trac® Topical Report. December 1996.
- Framework for Progress: Realizing the Benefits of Multi-Purpose Systems. Nuclear Energy Institute, FUEL CYCLE '97. April 1997.
- NAC Multi-Purpose Technology Concept & Status, Technology for the Millennium. The Institute of Nuclear Material Management Spent Fuel Management Seminar XVI. January 13, 1999.
- Dry Spent Nuclear Fuel Management Lessons Learned: Selecting Lesson Learners in Dry Spent Fuel Management or Experience as a Good Teacher and a Better Partner.
  ANS Professional Development Workshop. June 9, 1999.
- ANS President's Special Session on Dry Cask Storage: " Spent Fuel: Where Should You Stick It?" Stick It Where You Don't Get Stuck With It. ANS Annual Meeting. June 1999.
- NAC Multi-Purpose Systems Status: Technology for the Next Century, A State of the Technology Presentation. The Institute of Nuclear Material Management Spent Fuel Management Seminar XVII. January 13, 2000.
- Meeting the Challenges of Dry Spent Fuel Management. American Power Conference.
  April 11, 2000.
- Fewer, Better, Faster - Trends In The Fuel Market: Spent Fuel Storage and Disposal - Where Are We Going? World Nuclear Fuel Market 27th Annual Meeting. June 13, 2000.
- Summary of the Spent Fuel Management Situation in the U.S. NAC International Spent Fuel Academy. September 1997, 1998, 1999.
- Spent Fuel Storage Expansion: Evaluation Factors for Decision Making. NAC International Spent Fuel Academy. September 1997, 1998, 1999.
- Economic Analysis of Spent Fuel Storage and Life Cycle Costs. NAC International Spent Fuel Academy. September 1997, 1998, 1999.