1

# NAC Historical Spent Fuel Shipments Through April 1999

Shipments by Truck

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments |
|---|---|---|---|---|
| **Philadelphia Electric** | | | | |
| Peach Bottom 2 | INEL | 2 | 1977 | 1 |
| **Public Servie Electric & Gas** | | | | |
| Hope Creek | GE-Vallecitos | 5 rods | 1993 | 1 |
| **Rochester Gas and Electric** | | | | |
| R.E. Ginna | NFS | 12 | 1973 | 12 |
| R.E. Ginna | NFS | 61 | 1974 | 61 |
| R.E. Ginna | NFS | 48 | 1976 | 48 |
| NFS | R.E. Ginna | 36 | 1985 | 36 |
| NFS | R.E. Ginna | 45 | 1986 | 45 |
| **South Carolina Electric & Gas** | | | | |
| V.C. Summer | AECL-Chalk River | 6 rods | 1990 | 1 |
| V.C. Summer | AECL-Chalk River | | 1995 | 1 |
| **Southern California Edison** | | | | |
| San Onofre 1 | MSF | 55 | 1976 | 55 |
| San Onofre 1 | MSF | 85 | 1977 | 85 |
| San Onofre 1 | MSF | 19 | 1978 | 19 |
| San Onofre 1 | MSF | 16 | 1980 | 16 |
| **Union Electric** | | | | |
| Callaway | AECL-Chalk River | 6 rods | 1991 | 1 |
| **Virginia Electric Power Co.** | | | | |
| Surry | Battelle Co. | 1 | 1983 | 1 |
| **Wisconsin Electric Power Co.** | | | | |
| Point Beach 1 | NFS | 44 | 1974 | 44 |
| Point Beach 1 | MSF | 14 | 1975 | 14 |
| Point Beach 2 | MSF | 20 | 1975 | 20 |
| Point Beach 1 | MSF | 77 | 1975 | 76 |
| Point Beach 2 | Battelle Co. | 1 + 16 rods | 1976 | 2 |
| Point Beach 2 | MSF | 38 | 1976 | 38 |
| Point Beach 2 | MSF* | 1 + 16 rods | 1976 | 2 |
| Point Beach 2 | MSF | 36 | 1977 | 36 |
| Point Beach 1 | PNL** | 6 | 1978 | 6 |

* First shipped to Battelle Columbus Laboratories, then to EMAD.
** First shipped to NPS, then to PNL.

## NAC Historical Spent Fuel Shipments Through April 1999

### Shipments by Truck

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments |
|---|---|---|---|---|
| **Wisconsin Electric Power Co.** | | | | |
| MSF | Point Beach 1 | 60 | 1983 | 60 |
| NFS | Point Beach 1 | 13 | 1983 | 13 |
| NFS | Point Beach 1 | 101 | 1984 | 101 |
| MSF | Point Beach 1 | 49 | 1984 | 49 |
| Point Beach 1 | PNL | 3 | 1985 | 3 |

## NAC Historical Spent Fuel Shipments Through April 1999

Shipments by Truck

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments |
|---|---|---|---|---|
| **Arkansas Power and Light** | | | | |
| ANO 1 | B&W-Lynchburg | 6 rods | 1987 | 1 |
| ANO 1 | AECL-Chalk River | 7 rods | 1990 | 1 |
| **Baltimore Gas and Electric** | | | | |
| Calvert Cliffs | Battelle Co. | rods†,* | 1981 | 1 |
| Battelle Co. | Calvert Cliffs | rods†,*1984 1N LI-1/2 Calvert Cliffs PNL rods †, *1985 1NLI-1/2 Calvert Cliffs AECL-Chalk River 6 rods 1990 1NLI-1/2 Carolina Power and Light Robinson 2 | INEL | 1 |
| nswick 2 | Battelle Co. | 8 rods* | 1981 | 1 |
| binson 2 | AECL‡ | 10 rods | 1986 | 1 |
| **Commonwealth Edison** | | | | |
| Dresden 1 | NFS | 120 | 1973 | 52 |
| Dresden 1 | NFS | 86 | 1974 | |
| Dresden 2 | Battelle Co. | 1 | 1976 | 1 |
| Dresden 1 | INEL | 2 | 1978 | 2 |
| Zion 1 | Battelle Co. | 1 | 1982 | 1 |
| Battelle Co. | Zion 1 | 1 + rods | 1983 | 1 |
| Zion 1 | Battelle Co. | 1 | 1983 | 1 |
| Battelle Co. | Zion 1 | 1 | 1984 | 1 |
| NFS | Dresden 2/3 | 1 | 1985 | 1 |
| Quad Cities | B&W-Lynchburg | 3 | 1986 | 3 |
| Byron | AECL-Chalk River | 5 rods | 1991 | 1 |
| Dresden 2 | B&W Lynchburg | 6 rods | 1992 | 1 |
| Quad Cities | GE-Vallecitos | 6 rods | 1993 | 1 |

AECL = Atomic Energy of Canada, Ltd.
B&W Lynchburg = Babcock & Wilcox, Lynchburg, VA
Battelle Co. = Battelle, Columbus, OH
C-E= Combustion Engineering
AD = Nevada Test Site
Vallecitos = General Electric, California Research Facility
L = Idaho National Engineering Laboratory
MSF = General Electric-Midwest Storage Facility, Morris, IL
NFS = Nuclear Fuel Services, West Valley, NY
PNL = Battelle, Pacific Northwest Laboratories

* Shipment of rods not equal to an assembly
† Unknown number of rods shipped
‡ First shipped to INEL then to AECL

NAC Historical Spent Fuel Shipments Through April 1999

Shipments by Truck

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments |
|---|---|---|---|---|
| **Arkansas Power and Light** | | | | |
| ANO 1 | B&W-Lynchburg | 6 rods | 1987 | 1 |
| ANO 1 | AECL-Chalk River | 7 rods | 1990 | 1 |
| **Baltimore Gas and Electric** | | | | |
| Calvert Cliffs | Battelle Co. | rods†,* | 1981 | 1 |
| Battelle Co. | Calvert Cliffs | rods†,*1984 1N LI-1/2 Calvert Cliffs PNL rods †, *1985 1NLI-1/2 Calvert Cliffs AECL-Chalk River 6 rods 1990 1NLI-1/2 Carolina Power and Light Robinson 2 | INEL | 1 |
| Brunswick 2 | Battelle Co. | 8 rods* | 1981 | 1 |
| Robinson 2 | AECL‡ | 10 rods | 1986 | 1 |
| **Commonwealth Edison** | | | | |
| Dresden 1 | NFS | 120 | 1973 | 52 |
| Dresden 1 | NFS | 86 | 1974 | |
| Dresden 2 | Battelle Co. | 1 | 1976 | 1 |
| Dresden 1 | INEL | 2 | 1978 | 2 |
| Zion 1 | Battelle Co. | 1 | 1982 | 1 |
| Battelle Co. | Zion 1 | 1 + rods | 1983 | 1 |
| Zion 1 | Battelle Co. | 1 | 1983 | 1 |
| Battelle Co. | Zion 1 | 1 | 1984 | 1 |
| NFS | Dresden 2/3 | 1 | 1985 | 1 |
| Quad Cities | B&W-Lynchburg | 3 | 1986 | 3 |
| Byron | AECL-Chalk River | 5 rods | 1991 | 1 |
| Dresden 2 | B&W Lynchburg | 6 rods | 1992 | 1 |
| Quad Cities | GE-Vallecitos | 6 rods | 1993 | 1 |

AECL = Atomic Energy of Canada, Ltd.
B&W Lynchburg = Babcock & Wilcox, Lynchburg, VA
Battelle Co. = Battelle, Columbus, OH
C-E= Combustion Engineering
…AD = Nevada Test Site
… Vallecitos = General Electric, California Research Facility
…EL = Idaho National Engineering Laboratory
MSF = General Electric-Midwest Storage Facility, Morris, IL
NFS = Nuclear Fuel Services, West Valley, NY
PNL = Battelle, Pacific Northwest Laboratories

* Shipment of rods not equal to an assembly
† Unknown number of rods shipped
‡ First shipped to INEL then to AECL

## NAC Historical Spent Fuel Shipments Through April 1999

**Shipments by Truck**

| Origin | Destination | Number of Assemblies | Shipment Date | Number o Shipment: |
|---|---|---|---|---|
| **Connecticut Yankee APC** | | | | |
| **Haddam Neck** | Battelle Co. | 3 | 1980 | 3 |
| **Dairyland** | | | | |
| **Lacrosse** | Savannah River | 1 | 1970 | 1 |
| **Lacrosse** | MSF | 8 | 1979 | 8 |
| **MSF** | Lacrosse | 8 | 1981 | 4 |
| **Duke Power Company** | | | | |
| **Oconne 1** | B&W-Lynchburg | 1 | 1975 | 1 |
| **B&W-Lynchburg** | Oconee 3 | -1 | 1975 | 1 |
| **Oconee 1** | B&W-Lynchburg | 1 | 1976 | 1 |
| **B&W-Lynchburg** | Oconee 3 | 1 | 1976 | 1 |
| **Oconee 1** | Oconee 3 | 134 | 1976-1978 | 134 |
| **Oconee 2** | Oconee 3 | 36 | 1977 | 36 |
| **Oconee 3** | Oconee 2 | 12 | 1977 | 12 |
| **onee 1** | B&W-Lynchburg | 3 | 1978 | 3 |
| **onee 1** | Crystal River 3 | 4 | 1978 | 4 |
| **&W-Lynchburg** | Oconee 3 | 3 | 1978 | 3 |
| **Oconee 2** | Oconee 3 | 53 | 1978-1979 | 53 |
| **Oconee 1** | Oconee 3 | 44 | 1979 | 44 |
| **Oconee 3** | Oconee 1 | 1 | 1980 | 1 |
| **Oconee 1** | B&W-Lynchburg | 2 | 1980 | 2 |
| **B&W-Lynchburg** | Oconee 3 | 1 | 1980 | 1 |
| **Oconee 3** | Oconee 1&2 | 52 | 1981 | 52 |
| **Oconee 3** | McGuire 1 | 13 | 1982 | 13 |
| **Oconee 3** | Oconee 1&2 | 284 | 1982 | 284 |
| **Oconee 3** | McGuire 1 | 4 | 1983 | 4 |
| **Oconee 3** | Oconee 1 & 2 | 201 | 1983 | 201 |
| **Oconee*** | McGuire 1 | 6 | 1984-1985** | 6** |
| **Oconee*** | Oconee 1, 2 & 3* | 294 | 1984-1985** | 294** |
| **Oconee 2** | McGuire 2 | 21 | 1985 | 21** |
| **Oconee*** | Oconee 1, 2 & 3* | 81 | 1986 | 81 |
| **Oconee*** | Oconee 1, 2 & 3* | 1 | 1987 | 1 |
| **Oconee*** | McGuire 1 | 12 | 1986 | 12 |
| McGuire | B&W-Lynchburg | 12 rods | 1989 | 1 |
| | B&W-Lynchburg | 3 rods | 1994 | 1 |

cific unit(s) not known
\C assumption

# NAC Historical Spent Fuel Shipments Through April 1999

Shipments by Truck

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments |
|---|---|---|---|---|
| **IES Utilities** | | | | |
| **Duane Arnold** | GE - Pleasanton, CA | 1 can | 1998 | 1 |
| **Florida Power and Light** | | | | |
| **Turkey Point 3** | Turkey Point 4 | 57 | 1976 | 57 |
| **Turkey Point 4** | Turkey Point 3 | 189 | 1976-1977 | 189 |
| **Turkey Point 3** | Battelle Co. | 5 | 1978 | 5 |
| **Turkey Point 3** | Turkey Point 4 | 272 | 1977-1978 | 272 |
| **Turkey Point 3** | EMAD | 8 | 1979 | 8 |
| **Turkey Point 3** | EMAD* | 5 | 1979 | 5 |
| **Turkey Point 4** | Turkey Point 3 | 168 | 1981 | 168 |
| **Turkey Point 3** | Turkey Point 4 | 1 | 1981 | 1 |
| **Turkey Point 3** | Turkey Point 4 | 2 | 1983 | 2 |
| **Turkey Point 4** | Turkey Point 3 | 2 | 1983 | 2 |
| **Turkey Point 4** | Turkey Point 3 | 4 | 1983 | 4 |
| **GPU Nuclear** | | | | |
| **Oyster Creek 1** | NFS | 24 | 1973† | 12 |
| **Oyster Creek 1** | NFS | 136 | 1974 | 68 |
| **Oyster Creek 1** | NFS | 64 | 1975† | 32 |
| **Oyster Creek 1** | Battelle Co. | rods | 1981 | 1 |
| **Georgia Power** | | | | |
| **E.I. Hatch** | B&W-Lynchburg | 7 rods | 1992 | 1 |
| **Maine Yankee** | | | | |
| **Maine Yankee** | C-E | 7 rods | 1974 | 1 |
| **Maine Yankee** | Battelle Co. | 30 rods | 1974 | 1 |
| **Nebraska Public Power District** | | | | |
| **Cooper** | PNL** | 2 | 1986 | 2 |
| **Cooper** | GE-Vallecitos | control blade | 1994 | 1 |
| **Northern States Power Co.** | | | | |
| **Monticello** | Battelle Co. | rods | 1981 | 1 |
| **Monticello** | Battelle Co. | 1 | 1983 | 1 |
| **Omaha Public Power District** | | | | |
| **Fort Calhoun** | Battelle Co. | 23 rods | 1982 | 1 |
| **Fort Calhoun** | Fort Calhoun | 23 rods | 1983 | 1 |

† shipped to Battelle Columbus Laboratories, then to EMAD.

2

## RAIL ROUTE TO NEVADA FROM YANKEE ATOMIC

| | | |
|---|---|---|
| Site Rail Spur: | None | |
| Closest Rail Access: | The Hoosac Tunnel is 6.7 miles southwest of site. Hoosac has been used to move large equipment, including the reactor vessel. | |
| Rail Carrier: | Boston & Maine Railroad (B&MRR); Springfield Railroad | |
| Route to Rail Access: | Heavy haul via Sherman Reservoir Dam Road (0.3 miles), to River Road; then south 6.4 miles to the railroad crossing at Hoosac tunnel. | |
| Rail Route to Albany: | B&MRR | Hoosac, MA to Troy, NY |
| | CP System | Troy to Albany, NY |
| National Route to Nevada: | ConRail | Albany, NY to Chicago, IL |
| | Union Pacific | Chicago to Kansas City, KS |
| | Union Pacific/Santa Fe | Kansas City to Amarillo, TX |
| | Union Pacific | Amarillo to Daggert, CA |
| | Union Pacific/Santa Fe | Daggert to Blue Diamond, NV |
| | To be constructed | Blue Diamond to Destination |

3

## DATA AND OTHER INFORMATION CONSIDERED IN FORMING OPINIONS

1) Facility Interface Capability Assessment (FICA) Study, NAC International.

2) Near Site Transportation Infrastructure (NSTI) Study, NAC International.

3) Certificate of Compliance for Radioactive Materials Packages, NAC Storage Transport Cask, rev. 2, March 25, 1999.

4) Safety Analysis Report for NAC Storage Transport Cask, rev. 12, April 1999.

5) The Shipment of Spent Nuclear Fuel: How Big a Project Does the United States Face?, FOCUS Nuclear Fuel Cycle Quarterly, Issue 39, Winter 1997, as updated, Michael J. Smith.

4

## Ivan F. Stuart, Vice President, Special Projects

Mr. Stuart has more than 30 years of experience in the nuclear industry. As a senior consultant to NAC, Stuart is leading NAC's participation in the Wyoming spent fuel storage initiative (Owl Creek Energy Project).

Previously, Stuart served as senior vice president of EDS (Engineering & Design Services), managing all of NAC's technical staff and project managers. Stuart oversaw the NRC licensing function for all of the company's nuclear fuel storage systems, fuel transport casks and fuel consolidation systems. This included the concept development, detailed design, NRC licensing, testing, procurement, fabrication follow and acceptance testing of these products. Specific project accomplishments include:

- NAC-STC Dual Purpose 26 PWR Assembly Cask Design and Licensing Project.
- NAC-I26 S/T Storage Cask Fabrication Project for Almaraz Nuclear Station in Spain.
- NAC-I28 S/T Storage Cask Fabrication Project for Surry Nuclear Power Station in Virginia, United States.
- Design of the DPT Dual Purpose Cask for 21 KWU fuel assemblies for the Trillo Station, Spain.
- Design of the NAC-STC (VVER) Dual Purpose Cask for 85 VVER-440 - (Russian design) fuel assemblies.
- Design of the NAC-CTC Transport Cask under U.S. DOE contract.
- Design of the NAC Fuel-Pac fuel consolidation system.
- NAC-CTC Advanced 21-element design Transport Cask for DOE-OCRWM that included advanced ALARA hydraulic lid design.

### *Previous Experience*