### General Electric Co. — General Manager, Waste Management Services, 1962–1988

- Responsible for Vallecitos Nuclear Laboratory, including operation of several test and isotope production reactors; shipment of irradiated lead test assemblies from commercial operating reactors for destructive tests and examinations in hot cells.
- Responsible for operation of Morris fuel storage facility at Morris, Illinois, including transport of spent fuel from commercial operating reactors for storage at Morris using the IF-300 rail casks.
- Design/development and testing of low-level waste volume reduction systems, including dry compactors and liquid waste solidification systems utilizing azeotropic distillation processes.

### Manager, Field Services

- Commercial reactor original equipment installation, startup testing. Site supervision for all GE-BWR nuclear steam systems operations.
- Reactor outage planning, fuel loading, repair and maintenance implementation at all GE-BWR operating commercial plants.
- Design, testing and installation of reactor upgrade and retrofit systems in compliance with NRC requirements and quality assurance programs.

### Manager, Engineering Consulting Services

- Design/procurement/installation of mechanical, electrical and hydraulic systems to improve nuclear plant operating performance.
- Design and operation of remote, ultrasonic inspection devices for reactor pressure vessels and piping using state-of-the-art robotics and computerized data recording systems.
- Operated a design/procurement/warehousing system for pooling inventory of large, long-lead procurement equipment for all operating GE-BWR plants, including adapter kits for use of equipment in multiple plants.

## Manager, Licensing and Safety

- NRC licensing responsibility for all GE-BWR plants, including construction permits and operating licenses.
- Prepared generic Topical Reports for NRC approval of nuclear, thermal hydraulic structural analytical techniques used in plant design.
- Operated the BWR owners group of utilities which owned/operated all U.S. BWR plants, designing and implementing all NRC generic requirements resulting from the TMI post-accident analysis.

## Education

Newark (New Jersey) College of Engineering. B.S., Mechanical Engineering, 1959

New York University/U.S. Air Force. Graduate Meteorological Program, 1960

## Memberships

- American Nuclear Society
- Institute for Nuclear Power Operation — SPAC Group

## Professional Certification

- Registered Professional Engineer — Nuclear, State of California

**Selected Publications and Speeches of Ivan Stuart**

1. Safety Analysis Report for the NAC Storable Transport Cask, Numerous Revisions, 1990-1998
2. Safety Analysis Report for the NAC Legal Weight Truck Cask, Numerous Revisions, 1990-1998
3. Topical Safety Analysis Report for the NAC S/T I-28, Numerous Revisions, 1990-1992
4. Topical Safety Analysis Report for the NAC S/T C-28, Numerous Revisions, 1990
5. Owl Creek Energy Project, 1998 Institute of Nuclear Materials Management Conference, Washington, DC
6. Universal Multi-purpose Canister System, 1997 Institute of Nuclear Materials Management Conference, Washington D.C.
7. Owl Creek Energy Project, 1998 Institute of Nuclear Materials Management Conference, Washington and D.C.
8. Owl Creek Energy Project: A Solution to the Spent Fuel Temporary Storage Issue, 1998 International Conference on Nuclear Engineering.
9. Owl Creek Energy Project: A Solution to the Spent Fuel Temporary Storage Issue, Radwaste Magazine July 1998.
10. Owl Creek Energy Project: A Solution to the Spent Fuel Temporary Storage Issue, 1998 ANS Utility Working Conference, San Francisco.
11. Owl Creek Energy Project, 1999 Institute of Nuclear Materials Management Conference, Washington D.C.
12. Owl Creek Energy Project: A Solution to the Spent Fuel Temporary Storage Issue, 1999 Waste Management Conference, Tucson, AZ.

IN THE U.S. COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - x
YANKEE ATOMIC ELECTRIC CO., :
MAINE YANKEE ATOMIC POWER CO., :
CONNECTICUT YANKEE ATOMIC POWER :
CO., :
Plaintiffs: : No. 98-126C
vs. : 98-474C
UNITED STATES OF AMERICA : 98-154C
Defendant. :
- - - - - - - - - - - - - - - - x

CERTIFIED COPY

Washington, D.C.
Tuesday, August 26, 2003

Deposition of:

DR. JOHN BARTLETT

called for examination by counsel for the defendant, pursuant to notice and agreement, commencing at 9:30 a.m., at Department of Justice, 1100 L Street N.W., before Virlana Kardash, RPR, CSR, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

01000

**involved nuclear engineering or nuclear sciences?**

A Not at the time.

**Q What was your job title at Knolls Atomic Power?**

A Staff engineer.

**Q And you went there as soon as you graduated in 1957?**

A The day after.

**Q What were your responsibilities at Knolls?**

A We were working on the design of the Navy's first nuclear-powered surface ship, and I was one of the design engineering staff. And there were some unique technical issues associated with the materials that they wanted to make the reactor system out of.

And I was involved in that. They were trying to weld materials, different materials that had never been put together before.

**Q What materials were you working with?**

A Inconel and stainless steel. I-N-C-O-N-E-L.

**01001**

leave of absence from Knolls in order to get your Ph.D?

A Uh-huh.

Q And your Ph.D also came from RPI?

A Uh-huh.

Q That was also in Chemical Engineering?

A That's right.

Q And did you go full-time for your Ph.D?

A Very full.

Q So you had no other jobs while you were trying to do that?

A No. Many a long Saturday evening.

Q Do you recall what you worked on while you were getting your Ph.D?

A Well, my thesis was concerned with what's known in the business as simultaneous heat mass and momentum transfer. And Chemical Engineering is the only discipline that addresses problems like that.

And the application that was the basis for my thesis had to do with drying a paper. When you're manufacturing paper, you start out with

this wet goop, and then it goes on a net, basically, and is dried to become paper.

And it's a classic problem, and you have to drive the water out. It's moving; you're extracting heat, et cetera. So simultaneously, it's a combination of all kinds of physics and chemistry.

It's a common problem in that area and others. But this was the subject of my thesis work.

**Q Okay. During you Ph.D studies, did you study nuclear engineering or nuclear sciences?**

A What happened at that time is not only do you study it, but you teach it. Learn it one year and teach it the next was the state of the art at that time.

**Q What nuclear science or nuclear engineering courses did you teach?**

A Reactor design. What's known as thermal hydraulics; in other words, the issue of how the reactor heats the water.

**Q Is it fair to say you were essentially**



1825 I Street, N.W.
Washington, D.C. 20006

JABS REPORTING, INC.
www.jabsreporting.com

(202) 296-6102
(888) 805-5227

**teaching many of the courses you had taken when you got your Masters at RPI?**

A That's not far from the truth.

**Q At this point did you take or teach any classes that had to do with spent nuclear fuel?**

A No.

**Q What did you do in 1962 after you got your Ph.D?**

A I was given an opportunity to go back to Rochester to join the faculty of the Chemical Engineering Department, where I had my undergraduate degree and to teach the nuclear option at the U of R.

They had just started up a program under an Atomic Energy Commission grant, and they offered me the faculty position to teach the nuclear courses as well as traditional chemical engineering courses.

**Q So did you not go back to Knolls, then?**

A I left Knolls as an employee in 1962, but I was retained there as a consultant for all the time I was at Rochester, actually. I'd go

01004

there in the summers occasionally during the school year.

**Q Starting with what you were doing at the University of Rochester, what were you teaching specifically?**

A Unit operations, thermodynamics, advanced differential equations for engineers, nuclear engineering, nuclear fuel cycle.

**Q Were you teaching undergraduates?**

A Yes.

**Q And graduates as well?**

A Uh-huh.

**Q What did the nuclear fuel cycle course involve?**

A The idea that you start actually with the extraction of uranium, go through the reactor design. And at the time, of course, reprocessing was essentially the expectation, which is very straightforward chemical engineering.

**Q So at the time, that was the only possible end to the fuel cycle?**

A That's what was expected, uh-huh.

**01005**

Q Did you teach anything else while you were at Rochester?

A It turned out that I developed a program jointly with a professor in the School of Medicine for research in diabetes, and I had several of my graduate students do theses on problems in diabetes.

And in addition, I had graduate students doing theses on corrosion issues, what was called boundary layer theory associated with how the water causes corrosion or deposition of corrosion products.

So it was that kind of a thing.

Q Okay. Did you teach anything else?

A No. Just basically the chemical courses and the nuclear courses and then direction of the theses.

Q Just so that you know, when I ask is there anything else, I don't mean to imply that what you've told me is not enough. I'm simply trying to get a complete list.

A What we would do is rotate



1825 I Street, N.W.
Washington, D.C. 20006
JABS REPORTING, INC.
www.jabsreporting.com
(202) 296-6102
(888) 805-5227

civilian effort, same sort of thing for commercial power reactors, what was to be the application of it.

And it happened that in the -- during that time frame, I had put in for a position as a Fulbright professor, and then subsequently Hanford offered me an opportunity to come back there for full employment.

But what I did after that summer, which was the basis, then, for the following year, is I went back to university for a year. When that year was up, I went back to Hanford as an employee but almost immediately left there -- actually, in the fall -- to become a Fulbright professor of Nuclear Engineering in Istanbul, Turkey.

**Q Let me make sure I understand the time line. So in the summer of 1967, you were working in this fellowship program at Hanford?**

A Uh-huh.

**Q When you finished that fellowship program, you went back to the University of Rochester as a faculty member?**

**01007**

technologies for defense production operations.

And our group was involved in that kind of development. It's essentially laboratory chemistry.

**Q What year would it have been, then, when you left Hanford to go to Istanbul?**

A 1968, late '68.

**Q What did you teach in Istanbul?**

A Atomic physics, reactor engineering, reactor design.

**Q Did you do anything else while you taught, or was that your sole responsibility?**

A Well, they had, by definition, a graduate program, but they were very impoverished with respect to being able to resource these programs. So rather than directing the students in actual thesis-type work, I worked with them in an advisory capacity.

And it turned out that one of the major responsibilities was to help get them into universities in the United States.

**Q So you're kind of like a guidance**

01008

of them were like embassy audiences, you know, policy or government people. Some were technical; some were public. I went to Ankora, Izmia(ph.), Istanbul, et cetera.

**Q This was essentially a marketing tool?**

A That's really what NASA was doing. "Space is wonderful for you" was the theme. "And look at all the side benefits."

**Q So was your primary objective just to get people excited about the space program?**

A To inform them, yes.

**Q Did you do anything else while you were in Istanbul?**

A No, not professionally.

**Q And you were there for one year?**

A Uh-huh.

**Q What did you do in 1969?**

A Came back to Hanford. And during the interval while I was in Istanbul, I was with Battelle Memorial Institute, what is now Pacific Northwest Laboratories. During the time I was in Istanbul, Battelle had formed a nuclear waste

01009

management program office.

When I came back to Battelle, I was made Manager of Systems Studies within that program office.

**Q I'm sorry. Can you give me that title again?**

A System Studies.

**Q What did that job entail?**

A Basically, trying to determine what kind of a program made sense because everything was just starting with respect to waste management, et cetera. And they had no idea how the pieces would fit together.

So what was needed at the time were the these studies of how you could put together an operational system.

**Q What do you mean when you say everything was just starting?**

A Well, what has become the present program, Office of Civilian Radioactive Waste Management, et cetera, was just a glimmer in the eye at that time.

I don't know if you're aware, but the effort to site a place for disposal had had some very terrible failures up to that point. And it was disorganized. There was no organized effort. It was simply trying to find a place for disposal.

And no one had given any thought to anything about how you get it there or what the technology would be, et cetera. It was a siting effort strictly.

**Q Up until this point, had you had any involvement in nuclear waste disposal?**

A It started then in a sense because, around that time frame, the Atomic Energy Commission first formed the Division of Waste Management and Transportation. And they made Battelle the contractor for that effort.

And the first job was to develop their program plan. And I was one of the two people that did that, that drafted their initial program plan for trying to put together a complete system for getting stuff from --

Actually, it was to be the reprocessing

**01011**