plant because there was no anticipation that there would be spent fuel per se. It was to be reprocessed, and you'd be disposing of radioactive waste.

**Q So at this point, waste management still meant reprocessing of fuel?**

A Oh, very definitely.

**Q So why would there be a need for a disposal facility, then?**

A Well, the government had authority, under the Atomic Energy Act, for responsibility for disposal of highly radioactive wastes, which is the radioactive material in spent fuel. So the idea was you were going to reprocess the spent fuel, recover the uranium plutonium, and the fission products were the waste.

The fission products would be vitrified, made into a glass, and that was what was to be disposed.

**Q So part of your job in the Nuclear Waste Management Program Office was to figure out how to do that?**



1825 I Street, N.W.
Washington, D.C. 20006
JABS REPORTING, INC.
www.jabsreporting.com
(202) 296-6102
(888) 805-5227

A Yes, to bring the system together.

**Q Is Battelle synonymous with Pacific Northwest Laboratories?**

A Uh-huh. It used to be Battelle Northwest when I was there.

**Q When did they change?**

A They changed three times. It started as Battelle Northwest, then it became Pacific Northwest Labs, and now it is Pacific Northwest National Laboratory. So it's PNNL, as consistency throughout the DOE community.

**Q So for clarity, when we refer to any of those titles or to Battelle, we're always talking about the same company?**

A Yes. Yes.

**Q How long did you work in the Nuclear Waste Management Program Office?**

A Until I left Battelle.

**Q That was how long?**

A Five years.

**Q Did you have other responsibilities there at Battelle that we haven't discussed?**

01013

A Yes.

Q Okay. All right. Then moving on from 1974, when you went back to Hanford. Between 1974 and 1978, what did you do?

A I went back to the program office as Manager, System Studies, and I led an effort to prepare a five-volume document that went by the name "The Technical Alternatives Document." And it was a compilation of every technology for every action that could be taken in nuclear waste management.

And it involved personnel from every national lab. So I was coordinating the production of this massive thing. So the expertise in one area might be at Sandia Labs, and they would contribute those chapters.

And some was at Oakridge, and some was at Savannah River, et cetera. So we had, essentially, a national team simply compiling information and describing the technologies that might be used for waste management and disposal.

Q Was that document published?

A Uh-huh.

**Q Did you have any involvement in the drafting of the Nuclear Waste Policy Act?**

A No.

**Q No commenting or anything?**

A No. We were consultant to the Nuclear Energy Institute, but we were not involved in any way with the formulation of the act. We were very much aware it was going on; it took six years for Congress to develop that act.

But we had no involvement in it at all.

**Q When the act came out, was that involved in any way in the work that you did at TASC?**

A No, not the act. It was the Nuclear Regulatory Commission regulations that were developed as a result of the act that became important to our work.

**Q How did those become important.**

A We provided technical support and analyses. We provided the bases for the regulation.

01015

**Q So essentially, you helped the NRC promulgate those regulations?**

A Supported their effort.

**Q What kind of technical support did you give them?**

A They had to do technical analyses as a basis for what they would propose as standards, and we would do those kinds of analyses in terms of the expected safety performance of the nuclear waste repository, things of this kind.

And we just provided those analysis results to them.

**Q Did all of the technical support that you gave the NRC relate to the repository or the proposed repository?**

A To the NRC, yes. Now, at the same time, you see the department was, as required by the Nuclear Waste Policy Act, preparing these site characterization plans. And so we were involved in that effort.

I was consultant to Hanford. One of the projects was called the "Basalt Waste Isolation

A Here, to become Director of OCRWM.

**Q That started in 1990, didn't it?**

A I was confirmed in 1990. The president announced intent to nominate, actually, in October of '89. But Senator Richard Brian put a hold on it.

**Q Really? What was the reason for that?**

A To slow down the program, obstruct it. It was a political move.

**Q Did you do anything, hold any other jobs, between the time you left TASC in 1989 and the time you started at OCRWM?**

A I was consultant to DOE. And the way they worked then is, essentially, it was you could do a variety of things except in association with the job you expect to hold. So there were a number of things where I could be of help that had nothing to do with OCRWM.

**Q What were those things?**

A Oh environmental issues, some defense issues.

**Q Nothing that involved spent nuclear**

**fuel, then?**

A No. They make sure that you stay away from any premature involvement with that responsibility.

**Q So how long, then, were you doing that consulting, how many months?**

A Well, I was confirmed in the beginning of April. So five months.

**Q During that time did you do anything to prepare yourself for starting at OCRWM?**

A Not with respect to the details of program operation. I would read the documents the secretary had directed before I got there, this so-called program reassessment that was prepared and issued just before I got there.

And I reviewed that as the basis for what my duties might be and requirements. But other than that, mostly it was my experience with the business.

**Q I want to ask you about that program reassessment. But before I do, were there any other documents that you read in order to prepare?**

A There were no other being prepared.

**Q What did the program reassessment involve?**

A It was an internal effort -- I believe it was internal to the DOE -- to realign the schedule and activities of the program because they had realized that the original objectives of schedule, especially with respect to disposal, simply were not going to be met.

So they revised the schedule and the plans of activities.

**Q What original objectives were not going to be met?**

A The schedule for disposal, basically.

**Q Do you know what the schedule for disposal was before this reassessment?**

A Well, it was stated in the mission plan. It actually said 1995.

**Q Let me stop you. You're talking about the 1985 mission plan?**

A Uh-huh.

**Q And when you say originally it was**

01019



1825 I Street, N.W.
Washington, D.C. 20006

JABS REPORTING, INC.
www.jabsreporting.com

(202) 296-6102
(888) 805-5227

**1995, meaning that spent nuclear fuel would start being disposed of in 1995?**

A It still wasn't spent nuclear fuel as the target. It was the glass, the vitrified radioactive fission products.

**Q So the 1985 mission plan document wasn't referring in any way to spent nuclear fuel?**

A That wasn't the plan at the time.

**Q And had the change to worrying about spent nuclear fuel, had that occurred when the program reassessment came about?**

A I'd say it was starting to. The need for reactors to have their fuel moved was really just coming into awareness, so to speak; it was just dawning on them, in essence, that the way things were going, that they would not be able to keep the reactors running unless they started to take the fuel for disposal.

And it was just becoming an issue. Since we weren't going to reprocess -- you remember, President Reagan did reinstitute an enablement of reprocessing, but it was determined by the

01020

industry, basically, that it was not cost effective.

So right around the time of the Waste Policy Act during the Reagan administration, when he allowed it and then the industry said, "Forget it" for economic reasons, all of a sudden, in essence, "My God, what are we going to do with this stuff?"

Because the intent -- the design of the reactors originally was it's going to move within five years. It's going to be taken for reprocessing.

**Q Just to clarify, because I don't think I was clear, when you referred to the 1985 mission plan, that was the 1985 mission plan for OCRWM; correct?**

A Uh-huh. It was mandated by the Nuclear Waste Policy Act.

**Q We've been going for about an hour. Why don't we take a ten-minute break?**

A Fine with me.

(Recess.)

**01021**

**Q It was just a change in administration?**

A Yes. Your resignation is accepted.

**Q "Here's your hat. What's your hurry?" Was there a name for your one-man consulting company?**

A The Bartlett Company.

**Q You mentioned that you did technical consulting for S. Cohen & Associates?**

A Uh-huh.

**Q Who else did you do consulting for?**

A There was an enterprise known as Pangea, P-A-N-G-E-A, that was dedicated to trying to site an international repository in Australia. It was principally financed and backed by British Nuclear Fuels Limited, principally a BNFL enterprise.

And I helped them with that effort.

**Q How?**

A By providing, again, studies and evaluations of alternative systems to make it work. You need a fleet of ships; you need a port; you need a site. Characterization of a site in

01022

Australia just like Yucca, conceptually.

So I worked on developing an integrated system concept, helped support development of that, and the logistics of its operation because you would be getting spent fuel from all over the world.

**Q Was that international disposal facility, was it contemplated that the United States' spent nuclear fuel would go there?**

A No, never.

**Q From where was the spent nuclear fuel that was going to go into that facility come?**

A Europe and Asia.

**Q What was the result of your efforts on that?**

A We were to the stage of presenting the concept to the Premier, and someone in BNFL leaked a videotape and aborted the effort before we could fully brief the high-level government officials of Australia.

**Q Leaked a videotape of what kind?**

A That described the concept, what it

**01023**

Q So once that videotape was leaked, they essentially stopped the effort to design this repository?

A Uh-huh. To site it and design it.

Q How long did you work on that effort?

A About two years.

Q Who else did you consult for while you were a one-man consulting company?

A ER Johnson and Associates, which is a very small technical consulting firm.

Q What did you do for them?

A Usually helped them with proposal preparation. In fact, it was totally that, as I recall.

Q Proposals of what kind?

A For technical support to various government agencies.

Q I want to go back. I should have asked, when you were consulting for Pangea, helping with the effort to design the international repository, what specifically did you do with regard to that effort?

A I would do, essentially, the system studies, the logistics, what you had to have in the way of a fleet, ports, and where the spent fuel or the waste would come from, what would be involved in getting it to the ports, and all the -- same kinds of details as our national program.

**Q Did that involve work on what kind of casks you would use for the spent nuclear fuel?**

A Not specifically. The Europeans have an established fleet of casks that they would use. And there is an existing fleet that transports spent fuel from Japan to France, for example, where the casks are specifically designed for the purpose.

And that's the kind of thing that would be used. It would be just a matter of building more of what already exists.

**Q Were you involved in the design of this potential repository?**

A Never got to that stage.

**Q Okay. Who else did you consult for**



1825 I Street, N.W.
Washington, D.C. 20006

JABS REPORTING, INC.
www.jabsreporting.com

(202) 296-6102
(888) 805-5227

**any capacity?**

A No.

**Q Before this case, had you ever done any other work for Spriggs & Hollingsworth?**

A No.

**Q Or for Maine Yankee, Connecticut Yankee, or Yankee Atomic?**

A No.

**Q What do you consider to be your area or areas of expertise?**

A Performance assessment.

**Q Can you define that?**

A This is the mathematical modeling of the technical physical features of the repository that determine how it will perform with respect to safety and compliance with the regulatory standards.

**Q Any other areas of expertise?**

A That subsumes quite a few things, in a sense. Not in the sense of a discipline such as -- okay. I'm sorry. Fairly extensive knowledge in hydrology.

Q I'm impressed because I got a very bad grade in hydrology. Any other areas of expertise?
A Radiation effects.
Q Is that it?
A That will do.
Q Okay. How did you come to be hired as an expert in this particular litigation?
A I presume because of my experience as Director of OCRWM.
Q What was the first contact that was made?
A I don't remember.
Q You don't remember whether -- well, let me start again. Do you know whether you contacted someone or someone contacted you?
A No, no. I was contacted.
Q And you don't remember who it was that contacted you?
A No, I don't.
Q What is the first contact that you remember?
A I was asked to come to Spriggs &

**Q. No. 3 is a mission plan, and I believe this is the 1985 mission plan for OCRWM that we talked about earlier. Right?**

A. Uh-huh.

**Q. When did you first see this document?**

A. Not long after it was issued, because I was a consultant to the electric power industry, Electric Power Research Institute, and we reviewed it for that purpose.

**Q. As part of your consulting work?**

A. Uh-huh.

**Q. And what were you reviewing it for?**

A. Whether the program seemed to make sense, whether the content was appropriate, just overall external peer review.

**Q. Did you use this document while you were a director at OCRWM?**

A. No.

**Q. Why not?**

A. In a sense it was already outdated, and Admiral Watkins had prepared the program reassessment. And in fact we started to do a

01028