# NUCLEAR WASTE FUND FEE ADEQUACY: AN ASSESSMENT

July 1984

U.S. DEPARTMENT OF ENERGY
OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT
WASHINGTON, D. C. 20585

INTRODUCTION AND .UMMARY

This is the sec· : report [1] of an annual series that evaluates whether the r?· ..ues collected from the waste disposal fees establishe. ..ı . Section 302 f the Nuclear Waste Policy Act of 1982 (Public Law 97-425) are sufficient to offset the Federal government's costs for the disposal of commercially generated spent nuclear fuel (SNF) and high-level radioactive waste. Nuclear wastes produced from defense activities are not considered in this report.

The principal findings of this year's analysis are noted below:

- o The current 1.0 mill per kilowatt-hour (kwhr) fee is projected to produce revenues sufficient to offset total system life cycle costs associated with the cases specified later in the report, assuming that the average annual rate of inflation does not exceed 2 to 3 percent.

- o Higher average annual rates of inflation, or unanticipated real cost growth, would cause cumulative program costs to approach and then surpass cumulative revenues generated from the current 1.0 mill per kwhr fee.

- o Based on an analysis of different inflation rates and program cost growth projections discussed herein, indexing of the fee to correct for inflation would not need to begin until 1985, at the earliest, or perhaps as late as the year 2000.

- o There is substantial uncertainty about both the program cost and revenue projections. However, more reliable data are expected to become available in the late 1980s as the program evolves from its present conceptual design phase to the engineering phase. Hence, any recommendation to raise the 1.0 mill per kwhr fee before that time should be measured against the uncertainties that attend the present program.

BACKGROUND AND LEGAL REQUIREMENTS

The Act prescribed that the owners and ge..erators of commercially generated nuclear waste will pay the full costs of its disposal. The Act also established a Nuclear Waste Fund (NWF) to ensure the full cost recovery funding of a safe and environmentally acceptable program. This fund is composed of the revenue from an

adjustable fee charged quarterly for all electricity generated by commercial nuclear facilities beginning April 7, 1983, as well as a one-time fee, estimated to produce a total of $2.3 billion, for nuclear waste produced prior to April 7, 1983. Revenues generated from these two sources, as well as interest earnings accruing from the investment of Fund surpluses in U.S. Treasury securities, are deposited to the NWF, and disbursements are made as the program progresses.

The Act also created a new Office of Civilian Radioactive Waste Management (OCRWM) under the U.S. Department of Energy (DOE) to administer applicable provisions of the legislation, including Section 302(a)4 that calls for an annual review of the adequacy of the waste disposal fees to recover waste disposal program costs. Based on the results of the evaluation, the ongoing fee may be adjusted, if necessary.

The analysis discussed in this report examined both the costs and financing of the civilian nuclear waste management program described in DOE's preliminary working draft Mission Plan of December 1983. 2/ However, the Mission Plan has since been revised extensively in response to internal and public comments. The present formal draft of the Mission Plan of April 1984 3/ departs appreciably in several technical related aspects from the December version of the Plan, and the estimation of the costs associated with this revised program has not been completed. Thus, the findings offered in this report should be viewed as interim. Work is underway to publish a fee adequacy evaluation report in January 1985 that will be consistent with the version of the Mission Plan that is to be submitted to the Congress. DOE intends to follow the January publication date for all future fee analysis reports.

## METHODOLOGY AND ASSUMPTIONS

This evaluation of fee adequacy is based on the principle of "full-cost recovery", which means that the Federal government should be reimbursed for all costs related to the waste disposal services it provides to the signatories of DOE's "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste." 4/ The principle of full-cost recovery underlies the basic analytic approaches used by DOE in 1978, 1980 and 1983 to evaluate financing methods suited to a Federally administered civilian nuclear waste management program.

The general methodology employed in this year's report projects Nuclear Waste Fund cash flows and resulting balances based on program costs and revenues, including interest earnings and expenses. A 2 percent real interest rate was assumed. If the projected final Fund balance is estimated to be positive, then the

fee is judged adequate to ensure full cost recovery. If the projected final Fund balance is estimated to be negative, then the converse would be true.

The principal assumptions used in this report to produce the reference case estimates are noted below:

- Spent fuel cumulative discharge through the year 2020 - 134,000 metric tons uranium (MTU)
- Number of geologic repositories - Two
- Repository design capacity - 70,000 MTU each
- Repository receipt rates - 1,800 MTU/yearly for the first five years, and then 3,000 MTU/yearly thereafter.
- Minimum cooling time since discharge of spent fuel accepted for disposal - 10 years
- Operational start-up dates for the repositories - First one in 1998 and the second one in 2003

Several alternative program cases (i.e. sensitivity cases) were also studied to determine the sensitivity of the reference case cost estimates to different programmatic assumptions. The assumptions for these alternative cases diverge from the assumptions noted above with respect to: 1) the inclusion of a five year repository schedule delay and construction of monitored retrievable storage facilities to accomodate the spent fuel flow; 2) both higher and lower program construction and operations costs arising from either unanticipated technical difficulties or the use of more efficient designs; and 3) lower nuclear growth projections resulting in declining revenue and SNF discharge forecasts.

The revenue projections used in this analysis were derived from estimates of gross electricity generation prepared in September 1983 by the U.S. Energy Information Administration (EIA). Three nuclear growth scenarios are depicted in this report: 1) The "Firm-Base" case assumes all reactors currently under construction but less than 30 percent complete are cancelled, and no orders for new reactors are placed. The net effect is that when the reactors now more than 30 percent complete begin operation by about 1990, the number of nuclear power plants is stable for about 10 years,

and then declines to zero in 2020 as plants are retired. 2) The "Low" case makes the same assumptions about the completion of reactors now under construction as in the "Firm Base" case, but also assumes a slow increase in installed nuclear capacity through the year 2020. 3) The "Mid" case assumes the market share of commercial nuclear power grows at a moderate rate, resulting in an approximate doubling of installed nuclear capacity between 1990 and 2020. EIA's "High" growth case was not included because the implied accelerated development of commercial nuclear power during the next two decades appears highly unlikely.

The total system life cycle costs of the civilian nuclear waste management program analyzed in this report are organized into three major categories that retain the costing structure used in last year's fee analysis report. These categories are: 1) development and evaluation; 2) geologic repository construction, operations, closure and decommissioning; and 3) transportation and systems development.

It should be noted, however, that the cost estimates are based largely on conceptual designs, with definitive information still lacking in many areas. The estimates will be refined as new information becomes available.

Four candidate geologic media (i.e. basalt, bedded salt, domed salt and tuff) are being considered as host rocks for the first repository. For purposes of this fee adequacy analysis, granite is assumed to be the geologic medium for the second repository.

ANALYSIS

This section of the report discusses both revenue and program cost projections and assesses the adequacy of the current 1.0 mill per kwhr fee to recover program costs.

Cumulative revenues derived from the three EIA electricity generation cases discussed in this report, based on the continuing application of the current fee, are as follows: 1) Firm-Base case - $19.7 billion; 2) Low-case - $26.8 billion; and 3) Mid-case - $33.3 billion. Interest earnings amounting to several billion dollars would also accrue to the Nuclear Waste Fund during those years when program revenues are expected to exceed program costs.

Life cycle costs associated with development and evaluation cover all the siting, testing, design development, regulatory and institutional activities relating to the two geologic repositories, monitored retrievable storage facilities, other facilities and the required transportation network. These costs are estimated at $7.6 billion, expressed in 1983 dollars.

DOE/RW-0005
Volume 1 of 3 Volumes

# Mission Plan
## for the Civilian Radioactive Waste Management Program

### Volume I

Part I Overview and Current Program Plans
Part II Information Required by the Nuclear Waste Policy Act of 1982

*June 1985*

*U.S. Department of Energy*
*Office of Civilian Radioactive Waste Management*

tors of high-level waste and spent fuel) and, accordingly, creating in the Treasury of the United States a special Nuclear Waste Fund to be composed of the payments made by those using the services (Section 302).

2. Committing the Federal Government to study monitored retrievable storage in parallel with geologic repositories (Section 141).

3. Providing for a federally owned and operated system of interim-storage facilities for no more than 1900 MTU of spent fuel from civilian reactors whose owners cannot reasonably provide adequate storage capacity at the reactor site (Section 131) and creating an Interim Storage Fund to make certain that those using the services will pay the full costs (Section 136).

4. Setting out an extensive system of checks and balances through public involvement, along with written consultation-and-cooperation (C&C) agreements, to ensure Federal accountability to, and communication with, States and affected Indian tribes (Section 117).

## 1.3 POLICY GOALS AND PROGRAM OBJECTIVES

Unprecedented technical and institutional challenges require resolution before the intent and the letter of the Act are achieved. First, the public must be convinced that the interests of the Nation are best served by consolidating the radioactive waste dispersed throughout the country in a limited number of geologic repositories designed for permanent disposal. The national interest must take precedence over parochial concerns. Next, the DOE must be able to achieve the tasks set forth in an unusually precise and complex schedule and to persuade the citizens of the country that the waste disposal program will be safe, efficient, and on schedule. Furthermore, the conflicting and competing interests that are mirrored by the tension between program schedule and technical certitude must be resolved. Finally, the DOE must grapple with the contentious issues that often accompany a task as complex and enduring as its waste-management program while never wavering from its commitment to build and operate the required disposal facilities.

The following policy goals guide the formulation and the implementation of the DOE's program:

1. The protection of public health and safety and environmental acceptability are of paramount importance.

2. The program must be credible to the public by virtue of its integrity and technical excellence.

3. The program must neither subsidize nor penalize nuclear power as an energy source.

4. The program must be conducted in a cost-effective manner, with full cost recovery.

Chapter 2

# PROGRAM STRATEGY

## 2.1 INTRODUCTION

The Nuclear Waste Policy Act of 1982 (the Act) put in place a comprehensive, complex set of activities for achieving the capability to dispose of the Nation's high-level radioactive waste. The strategy of the program is intended to provide maximum assurance that the goals identified in Chapter 1, implementing the provisions of the Act, are met. Among these goals and objectives, several stand out:

1. The program must protect the health and safety of the public and the quality of the environment.

2. The program must provide for the dissemination of information to the public and ensure opportunities for participation by the public and their representatives in order to achieve their confidence and support.

3. The program must be conducted in a financially responsible, cost-effective manner and on the basis of full cost recovery.

4. In accordance with the above goals, the program must vigorously pursue the Act's directive to begin accepting spent fuel and high-level waste for disposal no later than January 31, 1998, and to continue to dispose of the waste in a highly efficient manner consistent with the continued orderly operation of the Nation's nuclear power-generation plants.

The Act has provided a broad, flexible framework in which to conduct the necessary activities: it has authorized certain key facilities, set schedules and fees, articulated institutional interactions, provided the opportunity to analyze the desirability of enhancements to improve program performance, and recognized the need for flexibility and contingency planning in a large, complex, and controversial program that may span more than a century.

The strategy of the program is to ensure that the activities authorized by the Act are carried out in a vigorous manner; potentials for system-performance improvements are analyzed and incorporated where useful, including requests for new Congressional authority as allowed by the Act; and contingency plans are identified and evaluated to provide maximum confidence that the program is prepared to adjust to meet the requirements of the Act notwithstanding uncertainties as to future Congressional authorization decisions and technical and institutional matters.

The strategy can be described as a comprehensive system-development program through which any of three distinct plans can be successfully carried through to meet the requirements of the Act. In the discussions that follow in Sections 2.2, 2.3, and 2.4, these plans are referred to as the "authorized plan," the "improved-performance plan," and contingency plans. Also discussed

Table 2-2. Waste-Acceptance Schedule--Authorized System
(Metric tons of uranium (MTU) per year)

| Year | Spent-Fuel Generation[A] | | First Repository | | | | Second Repository | | Cumulative Spent-Fuel Acceptance | Spent-Fuel Backlog |
|---|---|---|---|---|---|---|---|---|---|---|
| | Annual | Cumulative | Spent Fuel | High-Level Waste[B,C] | Total | Cumulative | Spent Fuel | Cumulative | | |
| Pre 1998 | | 40,100 | | | | | | | | 40,100 |
| 1998 | 2900 | 43,000 | 400 | | 400 | 400 | | | 400 | 42,600 |
| 1999 | 3000 | 46,000 | 400 | | 400 | 800 | | | 800 | 45,200 |
| 2000 | 3000 | 49,000 | 400 | | 400 | 1,200 | | | 1,200 | 47,800 |
| 2001 | 3000 | 52,000 | 900 | | 900 | 2,100 | | | 2,100 | 49,900 |
| 2002 | 3000 | 55,000 | 1800 | | 1800 | 3,900 | | | 3,900 | 51,100 |
| 2003 | 3100 | 58,100 | 3000 | 400 | 3400 | 7,300 | | | 6,900 | 51,200 |
| 2004 | 3300 | 61,400 | 3000 | 400 | 3400 | 10,700 | | | 9,900 | 51,500 |
| 2005 | 3400 | 64,800 | 3000 | 400 | 3400 | 14,100 | | | 12,900 | 51,900 |
| 2006 | 3800 | 68,600 | 3000 | 400 | 3400 | 17,500 | 900 | 900 | 16,800 | 51,800 |
| 2007 | 4100 | 72,700 | 3000 | 400 | 3400 | 20,900 | 1800 | 2,700 | 21,600 | 51,100 |
| 2008 | 4700 | 77,400 | 3000 | 400 | 3400 | 24,300 | 1800 | 4,500 | 26,400 | 51,000 |
| 2009 | 4500 | 81,900 | 3000 | 400 | 3400 | 27,700 | 1800 | 6,300 | 31,200 | 50,700 |
| 2010 | 4500 | 86,400 | 3000 | 400 | 3400 | 31,100 | 1800 | 8,100 | 36,000 | 50,400 |
| 2011 | 4000 | 90,400 | 3000 | 400 | 3400 | 34,500 | 2400 | 10,500 | 41,400 | 49,000 |
| 2012 | 4100 | 94,500 | 3000 | 400 | 3400 | 37,900 | 3000 | 13,500 | 47,400 | 47,100 |
| 2013 | 4200 | 98,700 | 3000 | 400 | 3400 | 41,300 | 3000 | 16,500 | 53,400 | 45,300 |
| 2014 | 4200 | 102,900 | 3000 | 400 | 3400 | 44,700 | 3000 | 19,500 | 59,400 | 43,500 |
| 2015 | 4300 | 107,200 | 3000 | 400 | 3400 | 48,100 | 3000 | 22,500 | 65,400 | 41,800 |
| 2016 | 4300 | 111,500 | 3000 | 400 | 3400 | 51,500 | 3000 | 25,500 | 71,400 | 40,100 |
| 2017 | 4500 | 116,000 | 3000 | 400 | 3400 | 54,900 | 3000 | 28,500 | 77,400 | 38,600 |
| 2018 | 4700 | 120,700 | 3000 | 400 | 3400 | 58,300 | 3000 | 31,500 | 83,400 | 37,300 |
| 2019 | 4700 | 125,400 | 3000 | 400 | 3400 | 61,700 | 3000 | 34,500 | 89,400 | 36,000 |
| 2020 | 4900 | 130,300 | 3000 | 400 | 3400 | 65,100 | 3000 | 37,500 | 95,400 | 34,900 |
| 2021[D] | | | 3000 | 400 | 3400 | 68,500 | 3000 | 40,500 | 101,400 | 28,900 |
| 2022 | | | 1100 | 400 | 1500 | 70,000 | 3000 | 43,500 | 105,500 | 24,800 |
| 2023 | | | | | | | 3000 | 46,500 | 108,500 | 21,800 |
| 2024 | | | | | | | 3000 | 49,500 | 111,500 | 18,800 |
| 2025 | | | | | | | 3000 | 52,500 | 114,500 | 15,800 |
| 2026 | | | | 8000[E] | | | 3000 | 55,500 | 117,500 | 12,800 |
| 2027 | | | | | | | 3000 | 58,500 | 120,500 | 9,800 |
| 2028 | | | | | | | 3000 | 61,500 | 123,500 | 6,800 |
| 2029 | | | | | | | 3000 | 64,500 | 126,500 | 3,800 |
| 2030 | | | | | | | 3000 | 67,500 | 129,500 | 800 |
| 2031 | | | | | | | 800 | 68,300 | 130,300 | |

[A]Data from Commercial Nuclear Power 1984: Prospects for the United States and the World, DOE/EIA 0438(84), November 1984. Includes discharge from decommissioned reactors.

[B]Approximate waste-acceptance rates for high-level waste from atomic energy defense activities and commercial high-level waste from the West Valley Demonstration Project. Quantities have been "normalized" to metric tons of uranium (MTUs) on a curie-equivalent basis. Direct comparison with spent fuel is not equivalent, because defense high-level waste (DHLW) and commercial high-level waste (CHLW) resulted from the reprocessing of spent fuel. In the example, 400 MTU of defense waste equals 800 canisters. Actual acceptance rates are to be negotiated between Defense Programs and the Office of Civilian Radioactive Waste Management in the DOE.

[C]The first repository currently is designed to begin operation in two phases. This example shows the acceptance of DHLW and CHLW in the first phase when the second phase reaches its maximum receipt rate.

[D]The Energy Information Administration projects spent-fuel generation only through the year 2020. For waste created after 2020, either the capacity of the first two repositories could be increased or additional repositories could be built.

[E]The example shows a total of 8000 MTU of DHLW and CHLW emplaced by the year 2022. Additional DHLW can be accommodated by extending the operation of the first repository, emplacing DHLW in the second repository, or constructing additional repositories, as indicated in footnote D

Table 2-3. Waste-Acceptance Schedule--Improved-Performance System
(Metric tons of uranium (MTU) per year)

| Year | Spent-Fuel Generation[A] | | MRS Acceptance | MRS Inventory[B] | First Repository | | | | Second Repository | | Cumulative Spent-Fuel Acceptance | Spent-Fuel Backlog |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Annual | Cumulative | | | SF from MRS | High-Level Waste[C] | Total | Cumulative Total Waste | Spent Fuel | Cumulative | | |
| Pre 1998 | | 40,100 | 2200 | 2,200 | | | | | | | 2,200 | 37,900 |
| 1998 | 2900 | 43,000 | 3000 | 4,800 | 400 | | 400 | 400 | | | 5,200 | 37,800 |
| 1999 | 3000 | 46,000 | 3000 | 7,400 | 400 | | 400 | 800 | | | 8,200 | 37,800 |
| 2000 | 3000 | 49,000 | 3000 | 10,000 | 400 | | 400 | 1,200 | | | 11,200 | 37,800 |
| 2001 | 3000 | 52,000 | 3000 | 12,100 | 900 | | 900 | 2,100 | | | 14,200 | 37,800 |
| 2002 | 3000 | 55,000 | 3000 | 13,300 | 1800 | | 1800 | 3,900 | | | 17,200 | 37,800 |
| 2003 | 3100 | 58,100 | 3000 | 13,300 | 3000 | 400 | 3400 | 7,300 | | | 20,200 | 37,900 |
| 2004 | 3300 | 61,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 10,700 | | | 23,200 | 38,200 |
| 2005 | 3400 | 64,800 | 3000 | 13,300 | 3000 | 400 | 3400 | 14,100 | | | 26,200 | 38,600 |
| 2006 | 3800 | 68,600 | 3000 | 13,300 | 3000 | 400 | 3400 | 17,500 | 900 | 900 | 30,100 | 38,500 |
| 2007 | 4100 | 72,700 | 3000 | 13,300 | 3000 | 400 | 3400 | 20,900 | 1800 | 2,700 | 34,900 | 37,800 |
| 2008 | 4700 | 77,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 24,300 | 1800 | 4,500 | 39,700 | 37,700 |
| 2009 | 4500 | 81,900 | 3000 | 13,300 | 3000 | 400 | 3400 | 27,700 | 1800 | 6,300 | 44,500 | 37,400 |
| 2010 | 4500 | 86,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 31,100 | 1800 | 8,100 | 49,300 | 37,100 |
| 2011 | 4000 | 90,400 | 3000 | 13,300 | 3000 | 400 | 3400 | 34,500 | 2400 | 10,500 | 54,700 | 35,700 |
| 2012 | 4100 | 94,500 | 3000 | 13,300 | 3000 | 400 | 3400 | 37,900 | 3000 | 13,500 | 60,700 | 33,800 |
| 2013 | 4200 | 98,700 | 3000 | 13,300 | 3000 | 400 | 3400 | 41,300 | 3000 | 16,500 | 66,700 | 32,000 |
| 2014 | 4200 | 102,900 | 3000 | 13,300 | 3000 | 400 | 3400 | 44,700 | 3000 | 19,500 | 72,700 | 30,200 |
| 2015 | 4300 | 107,200 | 3000 | 13,300 | 3000 | 400 | 3400 | 48,100 | 3000 | 22,500 | 78,700 | 28,500 |
| 2016 | 4300 | 111,500 | 3000 | 13,300 | 3000 | 400 | 3400 | 51,500 | 3000 | 25,500 | 84,700 | 26,800 |
| 2017 | 4500 | 116,000 | 2800 | 13,100 | 3000 | 400 | 3400 | 54,900 | 3000 | 28,500 | 90,500 | 25,500 |
| 2018 | 4700 | 120,700 | | 10,100 | 3000 | 400 | 3400 | 58,300 | 3000 | 31,500 | 93,500 | 27,200 |
| 2019 | 4700 | 125,400 | | 7,100 | 3000 | 400 | 3400 | 61,700 | 3000 | 34,500 | 96,500 | 28,900 |
| 2020 | 4900 | 130,300 | | 4,100 | 3000 | 400 | 3400 | 65,100 | 3000 | 37,500 | 99,500 | 30,800 |
| 2021 | | | | 1,100 | 3000 | 400 | 3400 | 68,500 | 3000 | 40,500 | 102,500 | 27,800 |
| 2022 | | | | | 1100 | 400 | 1500 | 70,000 | 3000 | 43,500 | 105,500 | 24,800 |
| 2023 | | | | | | | | | 3000 | 46,500 | 108,500 | 21,800 |
| 2024 | | | | | | | | | 3000 | 49,800 | 111,800 | 18,800 |
| 2025 | | | | | | | | | 3000 | 52,500 | 114,500 | 15,800 |
| 2026 | | | | | | 8000 | | | 3000 | 55,500 | 117,500 | 12,800 |
| 2027 | | | | | | | | | 3000 | 58,500 | 120,500 | 9,800 |
| 2028 | | | | | | | | | 3000 | 61,500 | 123,500 | 6,800 |
| 2029 | | | | | | | | | 3000 | 64,500 | 126,500 | 3,800 |
| 2030 | | | | | | | | | 3000 | 67,500 | 129,500 | 800 |
| 2031 | | | | | | | | | 800 | 68,300 | 130,300 | |

[A]Data from Commercial Nuclear Power 1984: Prospects for the United States and the World, DOE/EIA 0438(84), November 1984. Includes discharge from decommissioned reactors.

[B]The MRS facility is assumed to reach a constant acceptance rate and discharge to the first repository as fast as the first repository can accept spent fuel. The MRS facility will stop accepting spent fuel when its inventory will fill the first repository.

[C]See footnotes b and c in Table 2-2.



OCR 02022 DB-105317

the quantities of waste the DOE could accept beginning in 1996 with the completion of an integral MRS facility is presented in Table 2-3. This schedule assumes that one MRS facility services the first repository. Other scenarios are possible, such as a larger MRS facility servicing part or all of both repositories, or two MRS facilities servicing two repositories.

Included in Tables 2-2 and 2-3 are possible acceptance schedules for defense high-level waste (DHLW) produced in national defense programs and commercial high-level waste (CHLW) from the West Valley Demonstration Project. These schedules are based on the assumption that the DHLW and CHLW would be emplaced in phase 1 of the first repository after phase 2 begins operating and reaches its design capacity (see Section 3.1 for a discussion of the first-repository phases). These schedules are for illustrative purposes only at this time. The amount of defense waste to be disposed of in the repository, and the actual acceptance rates, have not yet been determined by the DOE.

A comparison of the two acceptance schedules shows the following advantages of the improved-performance plan over the authorized plan for the acceptance of civilian spent fuel:

1. Spent-fuel acceptance can begin as soon as the integral MRS facility begins operation, possibly 1 to 2 years ahead of the repository.

2. System waste-acceptance rates with the integral MRS facility ramp up and reach the design level sooner, thus easing the problem of spent-fuel storage during the critical years around 1998.

3. In the particular example depicted in Table 2-3, the spent-fuel backlog after 1998 never exceeds the cumulative spent-fuel inventory in 1998. In other words, with the exception of a few years just before the startup of the second repository, the acceptance rate matches or exceeds the rate of spent-fuel generation after 1998.

The choice of the receipt rate for the integral MRS facility establishes the bounds by which the integrated waste-management system would accept and package spent fuel during the critical years from 1998 to the startup of the second repository in 2006. The rate at which the integral MRS facility would accept spent fuel is based on two major considerations:

1. The need to relieve the utilities of onsite-fuel-storage pressures that could result in the disruption of orderly nuclear reactor operations after January 31, 1998.

2. The need to operate the overall system in an orderly, cost-effective manner, which implies the handling of suitably aged nuclear fuel and the maintenance of fairly constant receipt and packaging rates over extended periods of time.

The representative waste-acceptance schedule for the improved-performance system described in this chapter is designed to achieve the following DOE objectives: