DE83 014080

June 1983 U.S. Department of Energy DOE/S-0020

Office of the Secretary
Nuclear Waste Policy Act Project Office
Washington, D.C. 20585

# Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste

Robert I. Benny
William M. Sprecher
Nuclear Waste Policy Act Project Office

REPRODUCED BY
NATIONAL TECHNICAL
INFORMATION SERVICE
U.S. DEPARTMENT OF COMMERCE
SPRINGFIELD, VA. 22161

**United States Department of Energy**



OCR

PA-177760

## 3.0 REFERENCE CASE

### 3.1 Assumptions

The key assumptions used to estimate and project life-cycle program costs under the reference case are listed in Table 3-1. These assumptions apply to either of two options: a) spent fuel disposal; or b) reprocessing waste disposal. The assumptions were developed in response to program changes occuring since the last DOE report on disposal fees published in October 1980.

### 3.2 Facility Schedule and Material Flows

Table 3-2 depicts installed nuclear capacity growth, electricity generation, and spent fuel discharges between the years 1983-2014. These estimates were prepared by EIA and represent a moderately high growth pattern for nuclear energy. EIA's projections are used in this report because the agency is responsible for developing comprehensive and objective data. EIA's data are widely used and are considered as an authoritative source of information regarding energy programs. Obviously, however, the projections used in this report are subject to revision and refinement. Changes in projections will be analyzed in subsequent reports.

It is assumed that each of the two geologic repositories will begin receiving either spent fuel discharge or reprocessing waste in 1998 and 2002, respectively. Each repository has a design receipt rate of 3,000 metric tons (MT) a year, although a receiving rate of 1,800 MT annually is assumed for the first five years. The assumed material flows into the two repositories are shown in Table 3-3.

If the decision were made within the next two or three years by private interests to reprocess the spent fuel discharge, two reprocessing plants with separate annual capacities of 1,500 MT could be constructed to handle projected requirements. Based on a relatively optimistic schedule, the first one would begin operation by about 1989, followed by a second plant in the year 2000. Each plant would reprocess 500 MT in the initial year of operation, achieving design capacity within two years after start-up. Additional reprocessing facilities could be constructed as needed. The costs of solidifying reprocessing waste for ultimate geologic disposal are not included in the reference case described in this report. Such costs are estimated to be $8 per kilogram.

TABLE 3-1
KEY REFERENCE CASE ASSUMPTIONS

1. Number of geologic repositories - 2.

2. Repository design capacity - 72,000 metric tons (MT) each. */

3. Repository design receipt rates - First 5 years at 1,800 MT per year. Next 21 years at 3,000 MT per year.

4. Waste types for disposal - Commercial high-level waste (CHLW).

   - Transuranic contaminated waste (TRU).
   - Spent Fuel (SF).

5. Waste age - 10 years (but a minimum of 5 years is required).

6. Waste packages - Long-lived "Westinghouse Package" for CHLW and SF (not end fittings or intermediate level waste).

   - SF disassembly at repository (assumes no pre-disassembly at reactor) and repackaging using the long-lived (Ticode-12) package.
   - SF and CHLW packaging at the repository.
   - TRU (100 nanocuries/gram) in a "thin-walled" package.
   - TRU incinerated for volume reduction.

7. Waste emplacement - Borehole for SF and High Level Waste (HLW).
   - No hole liners.
   - Commingling of TRU with either CHLW or SF.

8. Retrievability - Maintained for 50 years from date of emplacement of first waste package.

   - Early backfilling not precluded (5 years).
   - Retrieval costs are not included.

9. Geologic medium - Salt or Hard-Rock.

10. No monitored retrievable storage (MRS).

11. Transportation - From the reprocessing plant and/or reactor to the geologic repository (1,500 mile average trip). (Note: See Appendix B for additional transportation assumptions.)

*/ Section 114 of the Act limits the emplacement of waste in the first repository to 70,000 MT until such time as a second repository is in operation.

PNL-4513
UC-85

PNL--4513

DE83 005015

# FISCAL IMPLICATIONS OF A 1-MILL/kWh WASTE MANAGEMENT FEE

R. L. Engel
M. K. White

December 1982

Prepared for
the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Richland, Washington 99352

## 4.0 WASTE MANAGEMENT SYSTEM DESCRIPTION

In this analysis, costs and revenues are projected for siting, constructing and operating the first two radioactive waste repositories. It is assumed that each repository will begin receiving waste from 72,000 metric tons (MT) of spent fuel in 1998 and 2002, respectively. Both high level waste (HLW) and transuranic (TRU) waste is assumed emplaced in the repository. Two waste form options, spent fuel and reprocessing wastes, are considered.

In the following sections the nuclear forecast and waste generation assumptions, the waste disposal schedule for the two repositories, and the reference cost data used in this analysis are discussed.

### 4.1 NUCLEAR ENERGY AND WASTE GENERATION PROJECTIONS

The installed nuclear capacity and energy generation forecast for this analysis is based on a recent modification (DOE/RL-82-1) of the last Energy Information Administration forecast (DOE/EIA-0315). This forecast predicts 165 GWe installed capacity by the year 2000, and 285 GWe installed capacity by the year 2020. The nuclear generation capacity, spent fuel discharge, and energy generation for this scenario are shown in Table 4.1 This table contains data through the year 2014, when a cumulative total of 144,000 MT of fuel will be discharged. This fuel, or waste resulting from this fuel, is assumed to fill the first two repositories.

Table 4.2 shows the reprocessing schedule assumed in the analysis when reprocessing waste is the reference waste form. Four reprocessing plants are required to reprocess the 144,000 MT of spent fuel.

### 4.2 REPOSITORY MASS FLOWS

The design receipt and disposal rate of each repository is 3000 metric tons heavy metal (MTHM) (spent fuel or equivalent reprocessing waste) per year. A reduced receiving rate of 1800 MTHM per year was assumed for the first five years of operation. Each repository has a total capacity of 72,000 MTHM. The mass flows for the first two repositories is shown on Table 4.3.

ONI-3
Distribution Category UC-70

# Projected Costs for Mined Geologic Repositories for Disposal of Commercial Nuclear Wastes

**Technical Report**

**December 1982**

John D. Waddell
David G. Dippold
Thomas I. McSweeney

Engineering Economics Program Office
Office of NWTS Integration
Columbus, OH 43201

This report was prepared by the Engineering Economics Program Office, Office of NWTS Integration, Battelle Project Management Division, under Contract No. DE-AC06-76-RLO1830-ONI with the U.S. Department of Energy. This contract was administered by the Battelle Office of NWTS Integration.

Underground Workings/Rock Handling: This includes the costs of excavating and backfilling the shaft pillar zone, the main corridors, any test areas, the service shaft, and ventilation passageways. The transfer, storage, and disposal of all excess rock from all sources are also included.

Ventilation: This includes the costs of ventilation structures, mechanical systems, ventilation shafts, and flow paths.

Support and Utilities. This includes the costs of all other repository systems. Specifically, administration, maintenance, warehouse, sewage treatment, pump houses, steam generation, cooling towers, holding ponds, storage tanks, visitors' center, substation, and standby power systems are included.

3.1.5 Cost Category Definitions: Special Terms

Waste Package-Related Costs: Although not specifically shown, costs can, of course, be aggregated in a variety of other ways. For instance, total waste package-related costs can be interpreted to include all of the waste preparation system costs plus all of the waste handling and emplacement subsystem costs. These are categories which are directly affected by changes in the waste package design. Categories which are indirectly affected, e.g., ventilation, would not be included as part of the "Waste Package-Related Costs" in this interpretation of terms.

This concept of waste package-related costs is often employed in discussions of waste package economics.

## 3.2 Description of Waste Isolation System "Cases"

### 3.2.1 General Description

In this report, estimates are prepared for eight "cases" which cover four media (domed salt, bedded salt, tuff, and granite) and two waste types (spent fuel and reprocessing waste). The four "spent fuel" cases include the

costs of preparing the spent fuel for disposal, i.e., disassembly and packaging. The four reprocessing waste cases include the costs of packaging the HLW glass, the cladding hulls, and the other TRU waste but not the costs of liquid waste solidification. In all cases, unless otherwise noted, TRU wastes are packaged in thin-walled (approximately 1 cm thick) packages and the packages commingled with the high-level wastes.

For all cases, repository capacity is taken to be 72,000 MT of spent fuel or the equivalent waste produced from reprocessing 72,000 MT of spent fuel. The receipt rate is 1,800 MT/yr equivalent for the first five years and 3,000 MT/yr equivalent for the next 21 years. The reference packages are the long-lived borehole packages described in the reports by Westinghouse[4,5]. Since specific sites and repository horizons have not been selected, these estimates assume a generic site with the repository facilities about 2,000 feet underground. Similarly, these estimates do not reflect differences in the requirements for air conditioning, foundations, regional labor rates, or other site-specific factors. However, the estimates do reflect an increase in offsite improvements for bedded salt as compared with the other three media. Tuff may also require some additional offsite improvements. However, these are not included in the current estimates.

The key parameters which describe the emplacement configurations are shown in Table 7. The differences are due mainly to differences in strength and thermal properties among the host rocks considered. Because the granite designs have not been completed, the tuff configuration was used as a substitute for granite. This substitution is considered acceptable since the thermal conductivity for granite is higher than that for tuff (2.56 versus 1.85 W/m•C @ 100 C). This assumption somewhat penalizes the granite in terms of mining costs, but does allow the use of the larger packages designed by Westinghouse for estimating purposes.

The contents of the assumed repositories are shown in Table 8. Note that the packages for end fittings, cladding, and TRU account for a significant fraction of the total number of packages.

Since specific construction schedules have not been developed, the same construction schedule is used for all cases. The costs of land and land rights are projected to be incurred during the 1980s. The remaining capital

TABLE 7. EMPLACEMENT CONFIGURATIONS USED AS THE BASIS FOR THE COST ESTIMATES

| | Room Height (meters) | Room Width (meters) | Room Spacing (meters) | Borehole Pitch (meters) | Package Outside Dimensions Diameter X Length (meters) | Package Contents (MT of fuel)* |
|---|---|---|---|---|---|---|
| Domed & Bedded Salt/Spent Fuel | 7.2 | 4.0 | 27.5 | 10.0 | .61 x 4.31 | 2.96 |
| Domed & Bedded Salt/End Fittings | 7.2 | 4.0 | 27.5 | 2.0 | .48 x 4.15 | N/A |
| Tuff/Spent Fuel | 7.2 | 4.0 | 25.0 | 9.4 | .61 x 4.31 | 2.96 |
| Tuff/End Fittings | 7.2 | 4.0 | 25.0 | 2.0 | .48 x 4.15 | N/A |
| Granite | ←The values for tuff were used→ | | | | | |
| Domed & Bedded Salt/HLW Glass | 6.1 | 5.45 | 23.8 | 2.50 | .475 x 3.38 | 2.28 |
| Domed & Bedded Salt/Cladding Waste; Domed & Bedded Salt/Remote Handled TRU ** | 6.1 | 5.45 | 23.8 | 2.5 | .76 x 3.07 | N/A |
| Tuff/HLW Glass | 6.0 | 5.45 | 25.0 | 5.9 | .475 x 3.38 | 2.28 |
| Tuff/Cladding Waste; Tuff/Remote Handled TRU ** | 6.1 | 5.45 | 25.0 | 2.5 | .76 x 3.07 | N/A |
| Granite | ←The values for tuff were used→ | | | | | |

*This is the weight of the fuel in the spent fuel. For HLW glass this is the weight of the spent fuel which was reprocessed which generated the waste in the glass.

**Two rows per room.

TABLE 8. CONTENTS OF THE 72,000 MTU[(a)] REPOSITORIES USED AS A BASIS FOR THE COST ESTIMATES

| | Number of Packages | Contents of a Single Package Volume | 35.3 $ft^3/m^3$ |
|---|---|---|---|
| Reprocessing Waste Repositories | | | |
| HLW Glass | 31,560 | 0.19 $m^3$ | |
| Cladding / Remote-Handled TRU | 66,000 | 1.31 $m^3$ | $3 \times 10^6$ $ft^3$ |
| Spent Fuel Repositories | | | |
| Disassembled Spent Fuel Pins | 24,374 | 0.57 $m^3$ | |
| End Fittings | 5,010 | 0.68 $m^3$ | |

(a) MTU = metric tons of uranium.

construction costs are assumed distributed over a six-year period as follows: 5, 15, 20, 22, 23, 15 percent per year. Operations costs are assumed 100 percent variable on a $/MTU basis. This is not totally accurate, but will introduce only insignificant errors compared to other uncertainties. Decommissioning is assumed distributed over a five-year period as follows: 10, 15, 25, 30, 20 percent per year.

### 3.2.2 Case 82-66: Domed Salt/Spent Fuel*

The basis for capital construction cost estimates is described first, followed by operations cost estimates and decommissioning estimates. The estimates are summarized in Table 9.

#### Capital Construction Subtotals

Waste Preparation System. The waste package component costs for all package types are assigned entirely to operations. The spent fuel waste package designs and costs are based upon Westinghouse data[4]. The assembly facility costs are based upon a design by Kaiser Engineers[13]. The Kaiser design accommodates 3,300 MTU per year which is close to the 3,000 MTU per year assumed for this study. Additional costs have been added to the estimate to account for facilities for disassembly and close packing of the spent fuel, an activity not included in the Kaiser design. After reviewing data developed by E. R. Johnson Associates in their draft assessment of impacts of spent fuel disassembly alternatives on the nuclear waste isolation system, it was estimated that the disassembly facility would increase the costs by 44 million dollars over the Kaiser estimate.

Site. The site costs are very dependent upon the exact location. Since this location is not currently known, the costs for onsite improvements are based on the NWTSR1 values and are assigned to all cases. The land and land rights estimate of 41 million dollars is assigned to salt and granite cases (the tuff site is on government-owned land). Offsite improvements of

---

* "Case" designations refer to the sequence in which certain calculations were carried and are of significance only to the authors.