# Throughput Rate Study

Lawrence Ford
William Bailey
Peter Gottlieb
Flora Emami
Mark Fleming

Civilian Radioactive
Waste Management System
Management and Operating Contractor
2650 Park Tower Drive, Suite 800
Vienna, VA 22180
(703) 204-8500

Donald Robertson

Fluor Daniel, Inc.
3333 Michelson Drive
Irvine, CA 92730
(714) 975-2000

## ABSTRACT

The Civilian Radioactive Waste Management System (CRWMS) Management and Operating (M&O) Contractor, has completed a study to analyze system wide impacts of operating the CRWMS at varying throughput rates, including the 3000 MTU/year rate which has been assumed in the past. Impacts of throughput rate on all phases of the CRWMS operations (acceptance, transportation, storage and disposal) were evaluated. The results of the study indicate that a range from 3000 to 5000 MTU/year is preferred, based on system cost per MTU of SNF emplaced and logistics constraints.

## INTRODUCTION

The primary objective of the study was to establish the "preferred" rate or range of rates at which to move spent nuclear fuel (SNF) and high level waste (HLW) through the CRWMS. In addition, the study has developed data to provide sensitivities and trade-offs to guide design decisions and performance criteria for inclusion in specifications. The study has also resulted in the development of a much improved methodology for rapid evaluation of alternative CRWMS scenarios which is being used for other studies and issue papers.

Sixteen strategies (sets of assumptions) were defined for the Throughput Rate Study. For each strategy, throughput rate was varied. The combinations of strategies and throughput rates produced seventy scenarios which were analyzed using computer simulation. The large number of scenarios better ensures that findings regarding the preferred rate or range of rates will be applicable in the future, when the currently unknown but "real" strategy is implemented. Also, the analysis of numerous scenarios yielded insight into possible consequences of changing only one or a few independent assumptions at a time.

## METHODOLOGY

The M&O has defined a CRWMS Reference System Design (RSD). This reference design constitutes one scenario of the Reference Strategy (3000 MTU/year is also assumed as the throughput rate). Four other scenarios were defined by assuming 2000, 4000, 5000, and 6000 MTU/year. The key assumptions of the Reference Strategy are:

- oldest fuel first acceptance rights and SNF selection from utilities
- EIA 1990 projections of SNF discharges (40 year reactor lifetimes with no new orders)
- Generic eastern MRS, first fuel accepted in 1998, maximum inventory 10,000 MTU until 2010, 15,000 MTU thereafter
- Pass-through/flow-through at the MRS during steady-state operation
- Repository located at candidate site in southern Nevada, first fuel accepted in 2010
- Repository nominal capacity: 63,000 MTU SNF and 7,000 MTU (equivalent) of HLW (defense and West Valley HLW from reprocessing)

A further reference case assumption was made for the purposes of this study, namely that SNF from western reactors would be shipped directly to the repository (western strategy).

Since the exact design of the CRWMS is not yet finalized and since all assumptions made for the RSD may not become reality, fifteen other strategies were defined and scenarios were created by varying the throughput rate (see Table 1). By changing only one or a few independent assumptions at a time, the degree of impact from each change was more accurately measured, and results of the study are more likely to be applicable in the future. Reality may resemble any one or any combination of strategies analyzed. The preferred throughput rate should still be valid. The key assumptions of the fifteen other strategies are defined

TABLE 1 - SUMMARY OF THROUGHPUT RATE STUDY SCENARIOS

| | 29-Jan-93 | Assumed MTU | | | At-React | MRS | | MGDS | | SNF Shipments | | Cask | Assmbly | Labr | System Costs in millions of constant 1992 dollars | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case | Strategy | Acc | Empl | Cap | Peak | Inv | Yrs | Full | Yrs | Loaded | Miles | Purch | Hndlgs | Ship | /MTU | UG | REP | MRS | WG | TRA | D&B | Ben |
| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
| 43 | YFF10 | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 29402 | 23777328 | 246 | 600549 | 1609 | 0.579 | 3150 | 5176 | 3065 | 7103 | 4989 | 12294 | 708 |
| 44 | YFF10 | 4000 | 4000 | 63000 | 41364 | 14800 | 31 | 2028 | 19 | 29150 | 23556173 | 270 | 599147 | 2163 | 0.571 | 3089 | 5028 | 2807 | 7054 | 5085 | 12187 | 696 |
| 45 | YFF10 | 5000 | 5000 | 63000 | 41364 | 14800 | 29 | 2026 | 17 | 29095 | 23408169 | 290 | 598927 | 2793 | 0.572 | 3089 | 5055 | 2868 | 6898 | 5292 | 12145 | 690 |
| 52 | Reference | 2000 | 2000 | 63000 | 41364 | 13200 | 46 | 2043 | 34 | 22685 | 18671892 | 263 | 595172 | 489 | 0.598 | 3228 | 5516 | 3263 | 7397 | 5065 | 12507 | 728 |
| 53 | Reference | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22639 | 18620280 | 218 | 598683 | 528 | 0.570 | 3124 | 5137 | 3051 | 7049 | 4532 | 12294 | 708 |
| 54 | Reference | 4000 | 4000 | 63000 | 41364 | 14800 | 31 | 2028 | 19 | 22587 | 18571620 | 234 | 597793 | 742 | 0.560 | 3078 | 5025 | 2794 | 6928 | 4596 | 12187 | 696 |
| 55 | Reference | 5000 | 5000 | 63000 | 41364 | 14800 | 29 | 2026 | 17 | 22544 | 18531216 | 258 | 597591 | 1049 | 0.564 | 3085 | 5053 | 2853 | 6867 | 4846 | 12145 | 690 |
| 56 | Reference | 6000 | 6000 | 63000 | 41364 | 14800 | 27 | 2024 | 15 | 22525 | 18513017 | 290 | 597587 | 1269 | 0.565 | 3090 | 5085 | 2901 | 6831 | 4914 | 12102 | 684 |
| 61 | 4 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 23958 | 22379430 | 188 | 597848 | 528 | 0.574 | 3124 | 5137 | 3051 | 7049 | 4817 | 12294 | 708 |
| 62 | 5 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 23516 | 21119730 | 194 | 598070 | 528 | 0.572 | 3124 | 5137 | 3051 | 7049 | 4679 | 12294 | 708 |
| 63 | 7 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 23015 | 19691880 | 208 | 598160 | 528 | 0.571 | 3124 | 5137 | 3051 | 7049 | 4596 | 12294 | 708 |
| 69 | 9 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22739 | 18905280 | 213 | 598708 | 528 | 0.570 | 3124 | 5137 | 3051 | 7049 | 4534 | 12294 | 708 |
| 53 | 10 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22639 | 18620280 | 218 | 598683 | 528 | 0.570 | 3124 | 5137 | 3051 | 7049 | 4532 | 12294 | 708 |
| 64 | 11 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22557 | 18386580 | 223 | 599083 | 528 | 0.570 | 3124 | 5137 | 3051 | 7049 | 4546 | 12294 | 708 |
| 65 | 12 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22492 | 18201330 | 231 | 599457 | 528 | 0.571 | 3124 | 5137 | 3051 | 7049 | 4580 | 12294 | 708 |
| 66 | 14 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22388 | 17904930 | 241 | 599666 | 528 | 0.571 | 3124 | 5137 | 3051 | 7049 | 4617 | 12294 | 708 |
| 67 | 18 Car Train | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22249 | 17508780 | 246 | 600212 | 528 | 0.571 | 3124 | 5137 | 3051 | 7049 | 4628 | 12294 | 708 |
| 82 | Unconstrained MRS | 2000 | 2000 | 63000 | 30867 | 24700 | 46 | 2043 | 34 | 22094 | 18653140 | 264 | 657922 | 740 | 0.597 | 3224 | 5516 | 3851 | 6740 | 5050 | 12507 | 728 |
| 83 | Unconstrained MRS | 3000 | 3000 | 63000 | 30867 | 37700 | 36 | 2033 | 24 | 22058 | 19041966 | 197 | 728631 | 1239 | 0.574 | 3109 | 5134 | 4230 | 6242 | 4448 | 12294 | 708 |
| 84 | Unconstrained MRS | 4000 | 4000 | 63000 | 30867 | 50700 | 31 | 2028 | 19 | 22001 | 19322807 | 227 | 796832 | 1731 | 0.574 | 3045 | 5020 | 4542 | 6039 | 4620 | 12187 | 696 |
| 85 | Unconstrained MRS | 5000 | 5000 | 63000 | 30867 | 53900 | 29 | 2026 | 17 | 21984 | 19605641 | 244 | 801520 | 2215 | 0.580 | 3064 | 5049 | 4679 | 6005 | 4909 | 12145 | 690 |
| 86 | Unconstrained MRS | 6000 | 6000 | 63000 | 30867 | 54000 | 27 | 2024 | 15 | 21978 | 19718470 | 275 | 799612 | 2409 | 0.583 | 3070 | 5053 | 4766 | 5995 | 5033 | 12102 | 684 |
| 92 | Concurrent Drawdown | 1600 | 2000 | 63000 | 44084 | 12400 | 46 | 2043 | 34 | 22703 | 18686386 | 265 | 587400 | 706 | 0.603 | 3221 | 5512 | 3216 | 7719 | 5080 | 12507 | 728 |
| 93 | Concurrent Drawdown | 2300 | 3000 | 63000 | 41449 | 13300 | 36 | 2033 | 24 | 22686 | 18668857 | 220 | 590534 | 709 | 0.569 | 3117 | 5135 | 2774 | 7268 | 4572 | 12294 | 708 |
| 94 | Concurrent Drawdown | 3100 | 4000 | 63000 | 41449 | 13300 | 31 | 2028 | 19 | 22642 | 18621893 | 245 | 590441 | 735 | 0.563 | 3078 | 5024 | 2715 | 7078 | 4672 | 12187 | 696 |
| 95 | Concurrent Drawdown | 3900 | 5000 | 63000 | 41449 | 13300 | 29 | 2026 | 17 | 22598 | 18578554 | 271 | 590348 | 956 | 0.563 | 3081 | 5049 | 2607 | 6975 | 4936 | 12145 | 690 |
| 96 | Concurrent Drawdown | 4600 | 6000 | 63000 | 41449 | 13300 | 27 | 2024 | 15 | 22565 | 18549430 | 280 | 590291 | 1119 | 0.562 | 3087 | 5083 | 2660 | 6930 | 4871 | 12102 | 684 |
| 102 | 86050 In-Drift w Robust | 2000 | 2000 | 86050 | 41364 | 13200 | 57 | 2054 | 45 | 29554 | 24453034 | 307 | 770699 | 1439 | 0.486 | 2837 | 8563 | 3787 | 6862 | 6376 | 12695 | 740 |
| 103 | 86050 In-Drift w Robust | 3000 | 3000 | 86050 | 41364 | 14800 | 48 | 2045 | 36 | 29495 | 24396319 | 288 | 773983 | 1394 | 0.446 | 2809 | 8262 | 3588 | 4514 | 5983 | 12503 | 727 |
| 104 | 86050 In-Drift w Robust | 4000 | 4000 | 86050 | 41364 | 14800 | 48 | 2045 | 36 | 29448 | 24351561 | 304 | 773459 | 1899 | 0.443 | 2960 | 8612 | 3466 | 3571 | 6296 | 12503 | 727 |
| 105 | 86050 In-Drift w Robust | 5000 | 5000 | 86050 | 41364 | 14800 | 48 | 2045 | 36 | 29415 | 24319416 | 323 | 772848 | 2288 | 0.451 | 3069 | 8918 | 3628 | 3259 | 6719 | 12503 | 727 |
| 106 | 86050 In-Drift w Robust | 6000 | 6000 | 86050 | 41364 | 14800 | 48 | 2045 | 36 | 29402 | 24318512 | 321 | 773317 | 2561 | 0.455 | 3185 | 9273 | 3673 | 3088 | 6710 | 12503 | 727 |
| 113 | Extended Rx Life | 3000 | 3000 | 63000 | 41393 | 14800 | 36 | 2033 | 24 | 22898 | 18774721 | 213 | 598538 | | 0.519 | 3131 | 5135 | 3050 | 3882 | 4503 | 12294 | 708 |
| 114 | Extended Rx Life | 4000 | 4000 | 63000 | 41366 | 14800 | 31 | 2028 | 19 | 22828 | 18718882 | 228 | 597175 | | 0.510 | 3085 | 5022 | 2795 | 3813 | 4554 | 12187 | 696 |
| 115 | Extended Rx Life | 5000 | 5000 | 63000 | 41366 | 14800 | 29 | 2026 | 17 | 22779 | 18676936 | 252 | 596474 | | 0.514 | 3088 | 5051 | 2852 | 3779 | 4804 | 12145 | 690 |
| 123 | Delayed MRS,MGDS | 3000 | 3000 | 63000 | 50721 | 14800 | 39 | 2038 | 24 | 22506 | 18528312 | 214 | 599121 | 482 | 0.606 | 3117 | 5138 | 3110 | 7868 | 4580 | 13722 | 672 |
| 124 | Delayed MRS,MGDS | 4000 | 4000 | 63000 | 50721 | 14800 | 34 | 2033 | 19 | 22428 | 18450450 | 245 | 598225 | 647 | 0.598 | 3075 | 5028 | 2854 | 7730 | 4728 | 13616 | 660 |
| 125 | Delayed MRS,MGDS | 5000 | 5000 | 63000 | 50721 | 14800 | 32 | 2031 | 17 | 22387 | 18416176 | 279 | 598280 | 847 | 0.603 | 3078 | 5053 | 2913 | 7665 | 5047 | 13587 | 654 |
| 133 | Western MRS | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22724 | 47698186 | 228 | 600712 | 528 | 0.568 | 3021 | 4896 | 3053 | 7049 | 4756 | 12294 | 708 |
| 134 | Western MRS | 4000 | 4000 | 63000 | 41364 | 14800 | 31 | 2028 | 19 | 22669 | 47585452 | 261 | 600351 | 742 | 0.560 | 2970 | 4760 | 2796 | 6928 | 4942 | 12187 | 696 |
| 135 | Western MRS | 5000 | 5000 | 63000 | 41364 | 14800 | 29 | 2026 | 17 | 22628 | 47499395 | 277 | 600475 | 1049 | 0.562 | 2977 | 4767 | 2854 | 6867 | 5130 | 12145 | 690 |
| 143 | YFF5 | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 39832 | 31667791 | 299 | 601476 | 4950 | 0.594 | 3173 | 5182 | 3067 | 7095 | 5880 | 12294 | 708 |
| 144 | YFF5 | 4000 | 4000 | 63000 | 41364 | 14800 | 31 | 2028 | 19 | 38940 | 30878943 | 316 | 600963 | 5459 | 0.583 | 3118 | 5066 | 2809 | 6963 | 5882 | 12187 | 696 |
| 145 | YFF5 | 5000 | 5000 | 63000 | 41364 | 14800 | 29 | 2026 | 17 | 37946 | 30145555 | 354 | 600494 | 6199 | 0.587 | 3113 | 5121 | 2868 | 6898 | 6124 | 12145 | 690 |
| 152 | 86050 in 1st MGDS | 2000 | 2000 | 86050 | 41364 | 13200 | 57 | 2054 | 45 | 29554 | 24453034 | 307 | 770699 | 1439 | 0.477 | 3890 | 6709 | 3787 | 6862 | 6376 | 12695 | 740 |
| 153 | 86050 in 1st MGDS | 3000 | 3000 | 86050 | 41364 | 14800 | 48 | 2045 | 36 | 29495 | 24396319 | 288 | 773983 | 1394 | 0.436 | 3847 | 6398 | 3588 | 4514 | 5983 | 12503 | 727 |
| 154 | 86050 in 1st MGDS | 4000 | 4000 | 86050 | 41364 | 14800 | 48 | 2045 | 36 | 29448 | 24351561 | 304 | 773459 | 1899 | 0.433 | 3989 | 6750 | 3466 | 3571 | 6296 | 12503 | 727 |
| 155 | 86050 in 1st MGDS | 5000 | 5000 | 86050 | 41364 | 14800 | 48 | 2045 | 36 | 29415 | 24319416 | 323 | 772848 | 2288 | 0.441 | 4104 | 7049 | 3628 | 3259 | 6719 | 12503 | 727 |
| 156 | 86050 in 1st MGDS | 6000 | 6000 | 86050 | 41364 | 14800 | 48 | 2045 | 36 | 29402 | 24318512 | 321 | 773317 | 2561 | 0.445 | 4228 | 7403 | 3673 | 3088 | 6710 | 12503 | 727 |
| 163 | No Rx Extensions | 3000 | 3000 | 63000 | 41843 | 14800 | 36 | 2033 | 24 | 22626 | 18610991 | 225 | 597906 | 697 | 0.564 | 3110 | 5132 | 3051 | 6665 | 4564 | 12294 | 708 |
| 164 | No Rx Extensions | 4000 | 4000 | 63000 | 41843 | 14800 | 31 | 2028 | 19 | 22593 | 18575729 | 233 | 597380 | 902 | 0.552 | 3069 | 5020 | 2794 | 6431 | 4580 | 12187 | 696 |
| 165 | No Rx Extensions | 5000 | 5000 | 63000 | 41843 | 14800 | 29 | 2028 | 17 | 22550 | 18535511 | 266 | 597242 | 1149 | 0.555 | 3075 | 5049 | 2853 | 6292 | 4889 | 12145 | 690 |
| 173 | High Cap. Rail Cask | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22379 | 17886497 | 174 | 700876 | 528 | 0.558 | 3124 | 5088 | 3053 | 7049 | 3843 | 12294 | 708 |
| 183 | Rx Shutdown Priority | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 23272 | 19195389 | 217 | 606787 | 846 | 0.563 | 3133 | 5141 | 3058 | 6544 | 4580 | 12294 | 708 |
| 53 | MRS CDR DVCC | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22639 | 18620280 | 218 | 598683 | 528 | 0.570 | 3124 | 5137 | 3051 | 7049 | 4532 | 12294 | 708 |
| 213 | MRS CDR Wet | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22639 | 18620280 | 218 | 598683 | 528 | 0.562 | 3124 | 5137 | 2562 | 7049 | 4532 | 12294 | 708 |
| 223 | MRS CDR Vault | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22639 | 18620280 | 218 | 598683 | 528 | 0.576 | 3124 | 5137 | 3432 | 7049 | 4532 | 12294 | 708 |
| 233 | MRS CDR Horizontal | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22639 | 18620280 | 218 | 598683 | 528 | 0.573 | 3124 | 5137 | 3263 | 7049 | 4532 | 12294 | 708 |
| 243 | MRS CDR Metal | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22639 | 18620280 | 218 | 598683 | 528 | 0.586 | 3124 | 5137 | 4085 | 7049 | 4532 | 12294 | 708 |
| 253 | MRS CDR TSC | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 21765 | 17207592 | 190 | 560208 | 528 | 0.587 | 3124 | 5092 | 4211 | 7847 | 3696 | 12294 | 708 |
| 263 | Max Rail | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 8772 | 8428717 | 198 | 559853 | 8 | 0.567 | 3122 | 5135 | 3058 | 7049 | 4372 | 12294 | 708 |
| 264 | Max Rail | 4000 | 4000 | 63000 | 41364 | 14800 | 31 | 2028 | 19 | 8700 | 8364206 | 204 | 559402 | 8 | 0.557 | 3078 | 5022 | 2802 | 6928 | 4390 | 12187 | 696 |
| 265 | Max Rail | 5000 | 5000 | 63000 | 41364 | 14800 | 29 | 2026 | 17 | 8635 | 8298596 | 225 | 558888 | 8 | 0.561 | 3084 | 5050 | 2858 | 6867 | 4640 | 12145 | 690 |
| 273 | 100% Turnover FIFO | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 22554 | 18385247 | 204 | 847242 | 528 | 0.571 | 3113 | 5134 | 3265 | 7049 | 4385 | 12294 | 708 |
| 274 | 100% Turnover FIFO | 4000 | 4000 | 63000 | 41364 | 14800 | 31 | 2028 | 19 | 22502 | 18336587 | 231 | 847078 | 742 | 0.567 | 3071 | 4990 | 3317 | 6928 | 4524 | 12187 | 696 |
| 275 | 100% Turnover FIFO | 5000 | 5000 | 63000 | 41364 | 14800 | 29 | 2026 | 17 | 22460 | 18299033 | 256 | 847014 | 1049 | 0.570 | 3075 | 5047 | 3328 | 6867 | 4787 | 12145 | 690 |
| 352 | Reference & Derating | 2000 | 2000 | 63000 | 41364 | 13200 | 46 | 2043 | 34 | 24608 | 20054586 | 264 | 594374 | 597 | 0.600 | 3228 | 5516 | 3263 | 7397 | 5137 | 12507 | 728 |
| 353 | Reference & Derating | 3000 | 3000 | 63000 | 41364 | 14800 | 36 | 2033 | 24 | 25874 | 21025713 | 232 | 599261 | 856 | 0.574 | 3124 | 5173 | 3051 | 7049 | 4735 | 12294 | 708 |
| 354 | Reference & Derating | 4000 | 4000 | 63000 | 41364 | 14800 | 31 | 2028 | 19 | 26570 | 21505853 | 267 | 598002 | 1539 | 0.566 | 3078 | 5026 | 2795 | 6928 | 4937 | 12187 | 696 |
| 355 | Reference & Derating | 5000 | 5000 | 63000 | 41364 | 14800 | 29 | 2026 | 17 | 27246 | 21961060 | 292 | 597708 | 2373 | 0.571 | 3085 | 5085 | 2854 | 6867 | 5222 | 12145 | 690 |
| 356 | Reference & Derating | 6000 | 6000 | 63000 | 41364 | 14800 | 27 | 2024 | 15 | 27518 | 22150689 | 342 | 597558 | 3082 | 0.573 | 3090 | 5116 | 2901 | 6831 | 5373 | 12102 | 684 |

A Case number for easy reference.
B Name of strategy
C Maximum acceptance rate MTU/yr.
D Maximum SNF emplaced per year.
E MGDS emplacement SNF capacity.
F Peak SNF MTU >5 yrs old at Rx.
G Peak amount of SNF stored in MRS inventory.
H Number of years MRS is operational.
I Year MGDS SNF emplacement capacity is full.
J Number of years the MGDS emplaces SNF.
K Number of loaded SNF shipments by truck or rail.
L Number of loaded SNF shipment-miles.
M Number of transportation casks purchased.
N Number of assembly handlings.
O Number of labor intensive shipments from Rx
P System cost per MTU SNF.
Q Life cycle cost of repository underground.
R Life-cycle cost of repository surface.
S Life-cycle cost of MRS.
T After-shutdown & dry-storage at-Rx cost.
U Life-cycle cost of transportation system.
V D&E cost.
W Benefits cost.

M&O, Systems Analysis

below and highlights of their logistics impacts are described.

**Key Assumptions and Logistics Impacts**

**YFF10 - Youngest-Fuel-First (at least 10 years old)**

The key difference from the Reference Strategy is that SNF is assumed to be selected according to youngest-fuel-first (but at least 10 years old) rather than oldest-fuel-first. As a consequence, SNF tends to be hotter at the time of pickup, causing some transportation and/or storage casks to be derated (only partially filled); the number of shipments required increases, and the size of the cask fleet required is larger.

**Faster MRS Ramp Up with Unconstrained MRS Storage Capacity**

The key difference from the Reference Strategy is that (by either legislation or negotiation) the MRS is assumed to have the 10,000 and 15,000 MTU inventory limits removed. The annual rate of acceptance of SNF from reactors ramps-up to a maximum in only four years after starting MRS operations. The purpose of the quick ramp-up is to reduce post shutdown operations costs at reactor pools in future years and to reduce the need to build more dry storage at reactors in future years. The quick ramp-up and continued acceptance at the maximum annual rate causes the MRS inventory to peak at between 24,700 and 54,000 MTU, depending on the annual acceptance rate (2000, 3000, 4000, 5000, or 6000 MTU). As a consequence, MRS facilities must be larger and operations staffing must peak earlier than for the Reference Strategy because the number of assembly handlings is higher. More SNF is put into storage casks and later drawn out for shipment to the repository than in the Reference Strategy which doesn't reach maximum annual rate until 2014 and then uses pass-through and flow-through to reduce the number of assembly handlings.

**Concurrent Drawdown of MRS Storage During Pass-through/Flow-through**

The key difference from the Reference Strategy is that drawdown of 14,880 MTU SNF in MRS inventory is done steadily over a longer period of time, beginning as soon as the MGDS reaches its maximum annual emplacement rate. For a 3000 MTU annual emplacement rate, the drawdown is accomplished with 700 MTU per year beginning in 2014 while the MRS is concurrently accepting 2070 MTU SNF from reactors in passthrough/flowthrough operations and western reactor sites are shipping 230 MTU SNF directly to the MGDS. This contrasts with the Reference Strategy, which doesn't start drawdown until 2028. It was assumed that the drawdown would conclude in 2033, the same year that MGDS acceptance is completed in the Reference Strategy. The important consequences are that the MRS can complete its mission with a smaller facility (two transfer cells instead of three as for the 3000 MTU/year Reference Scenario). This suggests that further consideration should be given to a single phase of operation consisting of a linear drawdown during the years 2014 through 2033, instead of the current two phases of steady state passthrough/flowthrough and subsequent inventory withdrawal. Passthrough refers to the transferring of SNF arriving at the MRS from truck transportation casks into rail casks for shipment to the MGDS without going into long term MRS storage. Flowthrough refers to the placement of rail casks arriving at the MRS directly on a dedicated train for shipment to the MGDS, without any assembly handling at the MRS. It also provides additional rationale to maintain a nearly constant size staff with nearly constant experience and training requirements. With proper selection of the annual 700 MTU drawdown, a degree of blending can be accomplished in support of a thermal target without requiring any additional assembly handlings.

**86050 MTU SNF in one MGDS**

All SNF is assumed to be emplaced in one MGDS instead of only 63000 MTU assumed for the Reference Strategy. All of these scenarios require operation of all subsystems of CRWMS until 2045 when the MGDS goes into a caretaker phase, and the MRS and Transportation subsystems may go into a decommissioning phase. For the Reference Strategy the comparable year was 2045, 2033, 2028, 2026, and 2024 for scenarios with throughput rates 2000, 3000, 4000, 5000, and 6000, correspondingly.

**86050 MTU SNF in-drift in one MGDS**

This strategy is the same as above except for the assumption that SNF is emplaced in-drift instead of in boreholes and robust waste packages are used with capacity 21PWR or 52BWR, instead of the SCP mixed 3PWR and 4BWR, 4 PWR or 10 BWR only waste packages. Logistics consequences accounted for are: the lack of borehole operations, purchase of a different number of packages (each at a different cost), change in the loading time per package and change in the number of packages emplaced in the underground. Parameters for mining and excavation were changed to include heat targets consistent with a hot and a cold thermal loading strategy, and a minimum spacing of 216 inches between packages. Assumptions for equipment costs, the performance monitoring of one package per month in the underground, and support staffing requirements at the MGDS were not changed. No different impact on the MRS, transportation or waste acceptance was assumed.

**Extended Reactor Lifetimes**

This strategy differs from the Reference Strategy by assuming that 70 percent of the reactors have their operating licenses extended to permit 60 years of operation rather than 40 (in accordance with EIA projections). A high percentage was assumed in order to have scenarios involving notable differences from the Reference Strategy. Thus many potential post-shut-down costs at reactors are deferred for 20 years. Major cost differences during the emplacement of the first 63000 MTU are not attributable to at-reactor costs. The total SNF discharges are 109,000 MTU. The projection is virtually the same as the EIA no-new-orders case for the years up to 2010; after that, extended life projections are generally higher and more than 1000 MTU/year higher in years 2030 through 2036. Since acceptance for the first repository is completed in 2028 this strategy showed fewer differences in logistical consequences and cost then what might be expected for a second repository.

**No Reactor Lifetime Extensions to 40 years**

This strategy assumes that 59 of the reactors in the no-new-orders EIA projection will not have their licenses extended to permit commercial operation beyond 40 years. Also, future discharges from the shutdown of the Yankee Rowe reactor, Maine were deleted. Total discharges were reduced from 86050 to 82651 MTU. However since most of the difference occurs after the year 2026, the logistical consequences during emplacement of 63000 MTU in the first repository are not very different from the Reference Strategy.

**Priority to Shutdown Reactors**

This strategy assumes that acceptance priority is given to shut-down reactors. This does not represent DOE policy, but rather, a sensitivity alternative. Logistic consequences at the reactors are important; shut-down reactors are able to avoid some post-shut-down operations of pools but other reactors are forced to keep more SNF in dry storage. Equity among utilities would have to be considered and agreements obtained for this priority to be implemented. The scenario was run only for 3000 MTU/year.

**Delayed MRS and MGDS startup**

This strategy assumes that the MRS starts operations in 2000 and the MGDS starts operations in 2015. Some utilities must operate pools post-shut-down or store more SNF in dry storage. The MRS and CMF must operate three years longer, and a few more transportation casks reach their 25 year life and have to be replaced.

**Generic Western MRS location**

This strategy assumes that the MRS is located in a generic western location instead of the generic eastern location. No SNF is shipped directly to the MGDS as is done for western reactor sites in the Reference Strategy. All SNF is shipped to the MRS. For eastern reactor sites transportation distances are greater causing longer cask turn-around times and greater shipment miles. The benefits of passthrough (transferring assemblies from truck casks to rail casks at the MRS) are diminished because the western MRS is closer to the MGDS and therefore, fewer shipment miles are saved. Surface operations at the MGDS are simpler since all receipts of SNF are by rail but transportation costs are higher than for the Reference Strategy.

**YFF5**

This strategy is the same as YFF10 except that SNF must be at least five years old to be accepted by DOE. This younger fuel causes more deratings of transportation casks than for YFF10.

**MRS CDR** (storage technologies)

This strategy includes the conceptual design and scaling algorithm developed by the M&O for the MRS. All other strategies included the previous MRS design as described by Task B.[1] Alternate storage technologies (Wet, Vault, Horizontal,Metal Cask, and TSC) were examined but throughput rate was varied only for dry vertical concrete casks (DVCC).

**100% turnover**

This strategy assumes no passthrough/ flowthrough at the MRS. All SNF which arrives at the MRS is put into storage; an equal amount of other SNF is drawn out from storage on a first-in-first-out bases. The logistics consequence of this strategy is more assembly handlings than for the reference strategy but blending at the MRS in support of thermal targets is possible with no additional assembly handlings. This strategy represents perhaps the most stressing workload that can be reasonably assumed for the MRS.

**Reference Strategy with transportation derating**

This strategy is the same as the Reference Strategy except that transportation cask deratings are included for the cases where very hot fuel was transported. High throughput rate scenarios are affected more than low throughput rate scenarios.

**High Capacity Rail Cask**

This strategy uses 150-ton rail casks for shipments from the MRS to the MGDS instead of the 100-ton rail casks used in the Reference Strategy. Capacity is assumed to be 34/90 PWR/BWR assemblies instead of 17/38. While fewer rail casks need to be purchased, the cost of each was taken to be 25% higher than for the 100-ton cask. The number of casks per dedicated train was optimized for this strategy. The most significant logistics difference is that there are 17% more assembly handlings when compared to the Reference Strategy because assemblies which would have been flowed through are assumed to be transferred from 100 ton rail casks to 150 ton rail casks at the MRS.

**Max Rail**

This strategy assumes that 32 truck reactor sites in the Reference Strategy are converted to rail sites. Utilities would have to obtain licensing changes, make minor plant modifications, add rail spurs, and/or add heavy haul and barge to rail line capabilities. This assumption has the effect of changing the modal split to 14 truck/100 rail sites. The logistics benefits of rail transportation are less cask handling and less shipments at reactors, the MRS, the Repository, the CMF; and smaller MRS and repository facilities. Reactor sites can complete campaigns in less time and less effort than with trucks.

**RESULTS**

The evaluation of results, particularly when comparing scenarios which only differed by the assumed throughput rate, was based on evaluation of selected measures of effectiveness (MOEs). The MOEs included:

- life cycle cost per MTU SNF emplaced (total CRWMS life cycle costs excluding second repository costs but

including utility costs of post-shutdown spent fuel storage and at-reactor dry storage)

- number of shipments and shipment-miles as indicators of public safety and acceptance
- number of assembly handlings as an indicator of occupational safety
- number of labor intensive shipments as an indicator of the difficulty of SNF acceptance at reactors. Labor intensive shipments are those shipments from reactors which can not be completed in a campaign if constrained by nominal assumptions: five days per work week, one shift per day, three days per cask loading, four months per outage. The measure was calculated by simulated scheduling of campaign shipments from all reactors, for all years in the scenario.

Analysis of results showed that costs per MTU for the 2000 MTU/yr and 6000 MTU/yr scenarios are higher than those in the 3000 MTU to 5000 MTU range, as shown in Figure 1. The Delayed MRS and MGDS strategy is clearly the most costly. Next most costly is the Reference Strategy; seven other strategies are so closely clustered that there appears to be no significant difference between them. Below these strategies is the extended reactor life strategy which has a lower cost because waste generator costs are deferred 20 years for 70% of the reactor sites. The lowest cost per MTU emplaced over all strategies is the case where 86050 MTU emplaced in one MGDS. The key feature of these data is that all strategies have the same trend of cost vs. throughput. That is, a fairly flat profile with a weak minimum near the middle of the range. Within the accuracy of the data, costs in the 3000-5000 range cannot be separated, consequently these results indicate a range of acceptable throughputs. In particular, system cost per MTU SNF emplaced varies only one percent in the throughput range 3000 to 5000. This small variance occurrence because when the throughput rate is increased, capital costs increase for higher capacity facilities but the number of years for operations decreases, thereby reducing operational costs which results in an off-setting net effect as shown in Figure 2.




Figure 1.-System Cost per MTU SNF Emplaced for Selected Strategies




Figure 2-Life Cycle Costs, Including Waste Generator Costs and Excluding D&E, Benefits and Second Repository Costs

The above results assume constant dollars with no discounting. The effects of discounting at two and four percent are shown in Figure 3. Higher discount rates favor delaying capital costs, resulting in lowering the minimum cost throughput. With discounting, lower throughput rates become less and less expensive relative to high throughput rates.

Non-cost MOEs were considered to refine the selection of preferred throughput. Shipment miles and assembly handlings data were examined but these results did not justify any narrowing of the preferred range of throughput rates. There are differences in shipment miles caused by changing the MRS location and by potential de-rating of transportation casks when very hot fuel is required to be shipped, but there was no strong dependence on throughput. numbers of handlings increased when fuel selection (blending) was employed.




Figure 3-Effects of Discount Rates on System Cost per MTU SNF Emplaced

Some utilities have indicated a preference for high throughput rates. The rationale is that after a reactor ceases to generate electricity and is permanently shut-down, post-shutdown storage costs will be incurred by the utilities until all spent fuel is removed. The costs are significant and therefore utilities have an incentive to prefer higher throughput rates which will remove spent fuel at a faster rate. Since post-shutdown costs are not considered part of the CRWMS program, these costs would be borne separately by the utilities. If payments to the Waste Fund are regarded by the utilities as sunk costs, then costs of shutdown storage might be viewed as additional costs. However, total system costs, including post-shutdown storage costs, were shown to be higher for the high end of the throughput range, as shown in Figure 1.

In addition, operation at the high end of the throughput range logistically stresses the system. Three shift, seven day per week operation are required, at least for certain times. Intensive operations increase costs and, based on comparative industrial and transportation experience, increase accident rates.

A particular concern is occupational and public safety. Not all truck campaigns can be processed using nominal processing rates and normal work schedules, e.g., at reactor operations using one shift/day, five days/week, through a single cask preparation facility, processing one cask every three work days on average, and not processing during power generation outage periods. The higher the throughput rate, the larger the number of shipments per campaign and hence the more difficult it becomes to complete campaigns using nominal processing rates and normal work schedules. Remedies such as working overtime, working extra shifts, working week ends, hiring additional crews, or accelerating the processing rate historically have been found to be contributing factors to the cause of accidents.

## CONCLUSIONS

Based on the life cycle cost analysis, 3000 -5000 MTU/year is the preferred range of throughput rates for moving SNF through the CRWMS. Operation at high throughputs (5000 - 6000 MTU/yr) is considered undesirable because it slightly increases total system life cycle cost and because if significantly stresses the system, which reduces contingency allowances and increases program risk. Discounting of costs particularly favors the low end of the throughput range. In total, the recommendation of this study is to operate the system at a throughput rate at, or near, 3000 MTU/yr.

## REFERENCE

1. Woods, W.D., Jowdy, A.K., Keehan, C.H., Gale, R.M., Smith, R.I., 1988. MRS Action Plan Task B Report. PNL-6770 UC70, Pacific Northwest Laboratory, Richland, Washington.