Vendors
Federal Business Opportunities

# B--CASK CAPABILITY ASSESSMENT REPORT

## General Information

| | |
|---|---|
| Document Type: | Combine Solicitation |
| Solicitation Number: | DE-RQ28-04RW12250 |
| Posted Date: | Mar 11, 2004 |
| Original Response Date: | Mar 19, 2004 |
| Current Response Date: | Mar 19, 2004 |
| Original Archive Date: | Apr 18, 2004 |
| Current Archive Date: | Apr 18, 2004 |
| Classification Code: | B -- Special studies and analysis - not R&D |
| Set Aside: | N/A |

## Contracting Office Address

1551 Hillshire Drive, Suite A, Las Vegas, NV; P.O. Box 364629, M/S 523 North Las Vegas, NV 89036-8629

## Description

The U.S. Department of Energy, Office of Repository Development intends to award multiple fixed-price purchase orders to contractors whose quotes are determined to provide the best value to the Government. A. Description: Services will be provided to the Department of Energy Office of Civilian Radioactive Waste Management by only those contractors that have successfully designed spent nuclear fuel (SNF) transportation casks and have received Certificates of Compliance from the Nuclear Regulatory Commission (NRC) for one or more of those designs. Based upon inventory data provided by DOE and Contractor?s knowledge of the specific SNF or high-level waste (HLW) characteristics, each contractor will determine what portion of the SNF or HLW inventory that each of their existing cask designs can accommodate. The contractor will present findings in a report that describes, specifically, which waste

material from each utility or DOE facility may be transported in each existing proprietary cask system design. B. Minimum Mandatory Requirements: 1. DOE will only consider award to contractors who have successfully designed SNF transportation casks. 2. To be considered a successful design, the contractor will have received Certificates of Compliance from the Nuclear Regulatory Commission. C. Questions/Comments: Questions/comments must be received through the IIPS web site no later than March 19, 2004. Submission of quotations by means other than IIPS is not authorized. D. Acquisitions Procedures: This acquisition will be conducted using Simplified Acquisition Procedures in accordance with FAR Parts 12 and 13.

**Original Point of Contact**

Wayne B. Miller, Contracting Officer, not found, not found;Alma Romero, Contract Specialist, 702-794-1329, alma_romero@ymp.gov

Email your questions to Alma Romero, Contract Specialist at alma_romero@ymp.gov

**Additional Information**

Click here for further details regarding this notice.

Register to Receive Notification

---

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- DOE PAM listed by [Posted Date]
- DOE Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

# IIPS Solicitation Form

## Opportunity Information

**Solicitation Number:** DE-RQ28-04RW12250

**Title:** CASK CAPABILITY ASSESSMENT REPORT

**Description:**

The U.S. Department of Energy, Office of Repository Development intends to award multiple fixed-price purchase orders to contractors whose quotes are determined to provide the best value to the Government.

A. Description: Services will be provided to the Department of Energy Office of Civilian Radioactive Waste Management by only those contractors that have successfully designed spent nuclear fuel (SNF) transportation casks and have received Certificates of Compliance from the Nuclear Regulatory Commission (NRC) for one or more of those designs. Based upon inventory data provided by DOE and Contractor?s knowledge of the specific SNF or high-level waste (HLW) characteristics, each contractor will determine what portion of the SNF or HLW inventory that each of their existing cask designs can accommodate. The contractor will present findings in a report that describes, specifically, which waste material from each utility or DOE facility may be transported in each existing proprietary cask system design.

B. Questions/Comments: Questions/comments must be received through the IIPS web site by COB March 23, 2004, 5:00pm Pacific Time. Submission of quotations by means other than IIPS is not authorized.

C. Acquisitions Procedures: This acquisition will be conducted using Simplified Acquisition Procedures in accordance with FAR Parts 12 and 13.

D. DOE Supplied Information in Section 4.0 of the solicitation can obtained from Reggie James at (202) 586-1487.

Classification Codes B

**Simplified Acquisition?:** Yes

**Type of Action:** Full and Open Competition

**Contract Officer Name:** Wayne B. Miller

**Contracting Officer Phone:** not found

**Contracting Officer E-mail:** not found

**Contract Specialist Name:** Alma Romero

**Contract Specialist Phone:** 702-794-1329

**Contract Specialist E-mail:** alma_romero@ymp.gov

**Status**

**Status:** 3. Solicitation Issued

**Date Posted:** 03/11/2004

**Response Due Date:** 04/02/2004

**Response Due Time:** 08:00 PM

**Time Zone for Due Time:** Eastern Time

**URL Links**

**Link 1:** http://www.ocrwm.doe.gov/
**Link 1 Description:** GENERAL INFORMATION ON THE YUCCA MOUNTAIN PROJECT

**File Attachments**

| | |
|---|---|
| SF1449.pdf | 432 KB |
| Continuation-SF1449.doc | 96 KB |
| Cask Capability Spreadsheet Template.doc | 44 KB |
| Amendment A001 RW12250.doc | 47 KB |
| Cask+Cap.+Assess.+SOW Rev.doc | 39 KB |
| FFP+Pricing+Proposed+Schedule Rev.doc | 22 KB |
| **Total:** | 679 KB |

**Supporting Documents/Attachments for this Acquisition**

# No documents found

**This document has been accessed 274 times since it was created**

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
***OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30***

1. REQUISITION NUMBER

PAGE 1 OF 14

2. CONTRACT NO.

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER: DE-RQ28-04RW12250

6. SOLICITATION ISSUE DATE

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: Alma M. Romero, Purchasing Agent
b. TELEPHONE NUMBER *(No collect calls)*: (702) 794-1329

8. OFFER DUE DATE/ LOCAL TIME

9. ISSUED BY CODE
U.S. Department of Energy
Office of Repository Development
1551 Hillshire Drive
Las Vegas, NV 89134

10. THIS ACQUISITON IS
[x] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[x] RFQ [ ] IFB [ ] RFP

15. DELIVER TO CODE
U.S. Department of Energy/OCRWM/Ned Larson
1000 Independence Ave., S.W. Washington, DC 20585
(202) 586-1710

16. ADMINISTERED BY CODE
Same as block 9

17a. CONTRACTOR/ OFFEROR CODE FACILITY CODE

TELEPHONE NO.

18a. PAYMENT WILL BE MADE BY CODE
See Page 4

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | The contractor shall provide services in accordance with the statement of work in Section D | | | | |
| | *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

[x] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [x] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[x] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 3 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REF. ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER *(Type or print)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(Type or print)*: Wayne B. Miller, Contracting Officer

31c. DATE SIGNED

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449** (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ____________

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELPHONE NUMBER OF AUTHORZED GOVERNMENT REPRESENTATIVE<br>32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER<br>PARTIAL / FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT<br>☐ COMPLETE ☐ PARTIAL ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 4/2002) **BACK**

ENTIRE TABLE OF CONTENTS

**SECTION A SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**

A.1 SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS - STANDARD FORM 1449

**SECTION B CONTINUATION OF STANDARD FORM 1449**

B.1 PRICE SCHEDULE

B.2 INSPECTION AND ACCEPTANCE TERMS

B.3 CONTINUATION OF BLOCK 16 - ADMINISTERED BY

B.4 CONTINUATION OF BLOCKS 18A - PAYMENT WILL BE MADE BY

**SECTION C CONTRACT CLAUSES/ADDENDA**

C.1 FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

C.2 FAR 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDER - COMMERCIAL ITEMS (JUN 2003)

C.3 SCOPE OF SERVICES

C.4 PERIOD OF PERFORMANCE

C.5 PRINCIPAL PLACE OF PERFORMANCE

C.6 MODIFICATION AUTHORITY

C.7 BILLING ARRANGEMENTS

**SECTION D ATTACHMENTS AND EXHIBITS**

D.1 LIST OF ATTACHMENTS

**SECTION E SOLICITATION PROVISIONS**

E.1 INSTRUCTIONS TO OFFERORS

E.2 ADDENDUM INSTRUCTIONS TO OFFERORS

E.3 EVALUATION—COMMERCIAL ITEMS

E.4 OFFEROR REPRESENTATIONS AND CERTIFICATIONS – COMMERCIAL ITEMS

**SECTION B**

**CONTINUATION OF STANDARD FORM 1449**

B.1 PRICE SCHEDULE

| CLIN | DESCRIPTION | FIRM FIXED PRICE |
|---|---|---|
| 0001 | Cask Capability Assessment Report | |

B.2. INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT` | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |

B.3 CONTINUATION OF BLOCK 16 - ADMINISTERED BY

To promote timely and effective administration, correspondence (except for invoices and reports) submitted under this contract shall be subject to the following procedures:

a. TECHNICAL CORRESPONDENCE.

Technical correspondence (as used herein, this term excludes technical correspondence where patent or technical data issues are involved and correspondence which proposes or otherwise involves waivers, deviations, or modifications to the requirements, terms, or conditions of this contract) shall be addressed to the U.S. Department of Energy Office of Civilian Radioactive Waste Management Headquarters Attn: Ned Larson, with an information copy of the correspondence to the DOE Office of Repository Development Contracting Officer (see paragraphs b. and d. below).

b. DOE/ORD CONTRACTING OFFICER'S ADDRESS.

The Contracting Officer's address is as follows:

U.S. Department of Energy
Office of Repository Development
Contracts Management Division
1551 Hillshire Drive
Las Vegas, NV 89134
ATTN: Wayne B. Miller

c. GOVERNMENT CONTACT FOR POST AWARD ADMINISTRATION

The Contractor shall use the DOE/ORD Purchasing Agent as the focal point for all matters regarding this purchase order except technical matters (see Clause B.3.a. above, for definition).

Purchasing Agent: Alma M. Romero
Telephone: (702) 794-1329 Fax: (702) 794-5557
E-mail: alma_romero@ymp.gov

d. DOE/OCRWM TECHNICAL POINT OF CONTACT

The Contractor shall contact the following on technical matters.

U.S. Department of Energy/Office of Civilian Radioactive Waste Management
ATTN: Ned Larson, RW-30E
1000 Independence Avenue SW
Washington, DC 20585
Telephone: (202) 586-1710

e. SUBJECT LINES(S).

All correspondence shall contain a subject line commencing with the following purchase order number: DE-AF28-04RW12250.

B.4 CONTINUATION OF BLOCK 18a - PAYMENT WILL BE MADE BY

a. Payments are processed from the National Nuclear Security Administration Service Center (Albuquerque Office). Therefore, the Contractor shall submit the original invoices or vouchers in accordance with the Payments provisions of this purchase order to:

National Nuclear Security Administration Service Center (Albuquerque Office)
ATTN: AFSC/VGST
P.O. Box 5087
Albuquerque, NM 87185-5087

POC: Rhiannon West
Telephone: (505) 845-6092

b. The Contractor shall, ALSO, submit a copy of invoices or vouchers to the Contracts Management Division, ATTN: Alma Romero, Purchasing Agent, at the Department of Energy Office of Repository Development.

NOTE: Each request for payment will be reviewed by the Purchasing Agent and Technical Point of Contact, and if acceptable, approval for payment will be provided to NNSA/Service Center (Albuquerque Office). Issues that arise regarding the invoices will be resolved between the Purchasing Agent and the Contractor. INVOICES NOT RECEIVED BY THE PURCHASING WILL NOT BE PROCESSED FOR PAYMENT.

**SECTION C**

**CONTRACT CLAUSES / ADDENDA**

**FAR 12.303 FORMAT**

C.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 2003)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Office will make their full text available. Also, the full text of a clause may be accessed electronically at this address:

http://www.arnet.gov/far

FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | DATE | TITLE |
|---|---|---|
| 52.204-7 | OCT 2003 | Central Contractor Registration |
| 52.212-4 | OCT 2003 | Contract Terms and Conditions – Commercial Items |
| 52.232-33 | OCT 2003 | Payments by Electronic Funds Transfer – Central Contractor Registration |

C.2 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS–COMMERCIAL ITEMS (JAN 2004)

Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Jan 2004)

The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clause, which is incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

52.233-3, Protest after Award (Aug 1996) (31 U.S.C. 3553).

The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]

X (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Jul 1995), with Alternate I (Oct 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).
__ (2) 52.219-3, Notice of Total HUBZone Set-Aside (Jan 1999) (15 U.S.C. 657a).
__ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
__ (4) (i) 52.219-5, Very Small Business Set-Aside (June 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).
__ (ii) Alternate I (Mar 1999) of 52.219-5.
__ (iii) Alternate II (June 2003) of 52.219-5.
__ (5) (i) 52.219-6, Notice of Total Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-6.
__ (6) (i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-7.
__ (7) 52.219-8, Utilization of Small Business Concerns (Oct 2000) (15 U.S.C. 637(d)(2) and (3)).
__ (8) (i) 52.219-9, Small Business Subcontracting Plan (Jan 2002) (15 U.S.C. 637(d)(4).
__ (ii) Alternate I (Oct 2001) of 52.219-9.
__ (iii) Alternate II (Oct 2001) of 52.219-9.
__ (9) 52.219-14, Limitations on Subcontracting (Dec 1996) (15 U.S.C. 637(a)(14)).
__ (10) (i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (June 2003) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
__ (ii) Alternate I (June 2003) of 52.219-23.
__ (11) 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting (Oct 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
__ (12) 52.219-26, Small Disadvantaged Business Participation Program-Incentive Subcontracting (Oct 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
X (13) 52.222-3, Convict Labor (June 2003) (E.O. 11755).
__ (14) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Jan 2004) (E.O. 13126).
X (15) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).
X (16) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).
X (17) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
X (18) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).

**X** (19) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
__ (20) (i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Aug 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).
__ (ii) Alternate I (Aug 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).
__ (21) 52.225-1, Buy American Act-Supplies (June 2003) (41 U.S.C. 10a-10d).
__ (22) (i) 52.225-3, Buy American Act-Free Trade Agreements-Israeli Trade Act (Jan 2004) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78).
__ (ii) Alternate I (Jan 2004) of 52.225-3.
__ (iii) Alternate II (Jan 2004) of 52.225-3.
__ (23) 52.225-5, Trade Agreements (Jan 2004) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).
__ (24) 52.225-13, Restrictions on Certain Foreign Purchases (Oct 2003) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).
__ (25) 52.225-15, Sanctioned European Union Country End Products (Feb 2000) (E.O. 12849).
__ (26) 52.225-16, Sanctioned European Union Country Services (Feb 2000) (E.O. 12849).
__ (27) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
__ (28) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
**X** (29) 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration (Oct 2003) (31 U.S.C. 3332).
__ (30) 52.232-34, Payment by Electronic Funds Transfer-Other than Central Contractor Registration (May 1999) (31 U.S.C. 3332).
__ (31) 52.232-36, Payment by Third Party (May 1999) (31 U.S.C. 3332).
**X** (32) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).
__ (33) (i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631).
__ (ii) Alternate I (Apr 1984) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]

__ (1) 52.222-41, Service Contract Act of 1965, as Amended (May 1989) (41 U.S.C. 351, et seq.).
__ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
__ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts) (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
__ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Feb 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
__ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, et seq.).

(d) **Comptroller General Examination of Record.** The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation

or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

52.219-8, Utilization of Small Business Concerns (Oct 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.
52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).
52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).
52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).
52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.
(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

C.3 SCOPE OF SERVICES

The Contractor shall perform the work as set forth in the Attachment in Section D, Statement of Work.

C.4 PERIOD OF PERFORMANCE/NOTICE TO PROCEED

The period of performance shall be 60 days after receipt of purchase order.

C.5 PRINCIPAL PLACE OF PERFORMANCE

Contractor's facilities

C.6 MODIFICATION AUTHORITY

Notwithstanding any of the other provisions of this contract, the Contracting Officer shall be the only individual authorized to:

a. accept nonconforming work,
b. waive any requirement of this purchase order, or
c. modify any term or condition of this purchase order.

C.7 BILLING ARRANGEMENTS

Invoices shall be prepared containing the information listed below. Invoices shall be mailed according to Clause B.2. Payments under this Agreement are subject to the Government's Prompt Payment Act, and prompt payment discounts, if offered, will be computed from the date of invoice.

Vendor's Invoice:

Vendor will prepare the invoice in an original and one copy to show:

(a) Name and Address of Vendor
(b) Name and Address of Consignee, if applicable
(c) Purchase Order Number: DE-AF28-04RW12250
(d) Date of Invoice
(e) Invoice Number
(f) Description of supplies furnished
(g) Vendor's Tax Identification Number (TIN)

**SECTION D**

**ATTACHMENTS AND EXHIBITS**

D.1 LIST OF ATTACHMENTS

| Attachment | Description | Pages |
|---|---|---|
| 1 | Standard Form 1449 - Page 1 of 14 solicitation package (SF 1449 pdf file) | 1 |
| 2 | Statement of Work - (Cask Cap Assess. SOW.doc) | 6 |
| 3 | Cask Capability Spreadsheet Template (Cask Capability Spreadsheet Template.doc) | 1 |
| 4 | Firm Fixed Price Proposed Pricing Schedule (Firm Fixed Price Proposed Pricing Schedule.doc) | 1 |

Attachments are posted separately in IIPS.

**SECTION E**

**SOLICITATION PROVISIONS**

E.1 FAR 52.212.-1, INSTRUCTIONS TO OFFERORS – COMMERCIAL ITEMS, INCORPORATED BY REFERENCE (SEE SF 1449, BLOCK 27 A)

E.2 ADDENDUM INSTRUCTIONS TO OFFERORS

Complete B.1 Price Schedule and complete firm-fixed price pricing proposal format (attachment)

E.3 FAR 52.212-2, EVALUATION – COMMERCIAL ITEMS

Evaluation-Commercial Items (Jan 1999)

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

Minimum Mandatory Requirements:

1. DOE will only consider award to contractors who have successfully design spent nuclear fuel transportation casks.
2. To be considered a successful design, the contractor will have received Certificates of Compliance from the Nuclear Regulatory Commission.