Evaluation Criteria

1) Technical capability of the firm to meet the Government requirement -- as identified in the Statement of Work
2) Past Performance – Provide a brief synopsis of recent (*within past 3 years*) related work as well as a point of contact for whom the services were provided
3) Price

Note: Technical and past performance, when combined, are **greater** when compared to price.

(b) Options. The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s). (c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

E. 4 52.212-3 Offeror Representations and Certifications-Commercial Items (June 2003)

(a) Definitions. As used in this provision:
"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.
"Forced or indentured child labor" means all work or service-
(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or (2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.
"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern- (i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran. (2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.
"Veteran-owned small business concern" means a small business concern-
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and (2) The management and daily business operations of which are controlled by one or more veterans.
"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.
"Women-owned small business concern" means a small business concern-
(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and (2) Whose management and daily business operations are controlled by one or more women. (b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.) (1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS). (2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS

records to verify the accuracy of the offeror's TIN. (3) Taxpayer Identification Number (TIN). o TIN: ____________________. o TIN has been applied for. o TIN is not required because: o Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States; o Offeror is an agency or instrumentality of a foreign government; o Offeror is an agency or instrumentality of the Federal Government. (4) Type of organization. o Sole proprietorship; o Partnership; o Corporate entity (not tax-exempt); o Corporate entity (tax-exempt); o Government entity (Federal, State, or local); o Foreign government; o International organization per 26 CFR 1.6049-4; o Other ________________________. (5) Common parent. o Offeror is not owned or controlled by a common parent; o Name and TIN of common parent: Name __________________. TIN ____________________. (c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply. (1) Small business concern. The offeror represents as part of its offer that it o is, o is not a small business concern. (2) Veteran-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it o is, o is not a veteran-owned small business concern. (3) Service-disabled veteran-owned small business concern. [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.] The offeror represents as part of its offer that it o is, o is not a service-disabled veteran-owned small business concern. (4) Small disadvantaged business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, for general statistical purposes, that it o is, o is not a small disadvantaged business concern as defined in 13 CFR 124.1002. (5) Women-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it o is, o is not a women-owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it o is a women-owned business concern. (7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price: ____________________________________________ (8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. [Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.] (i) [Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).] The offeror represents as part of its offer that it o is, o is not an emerging small business. (ii) [Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).] Offeror represents as follows: (A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or (B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).
(Check one of the following):

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| __ 50 or fewer | __ $1 million or less |
| __ 51-100 | __ $1,000,001-$2 million |
| __ 101-250 | __ $2,000,001-$3.5 million |
| __ 251-500 | __ $3,500,001-$5 million |
| __ 501-750 | __ $5,000,001-$10 million |
| | |

| | |
|---|---|
| __ 751-1,000 | __ $10,000,001-$17 million |
| __ Over 1,000 | __ Over $17 million |

(9) [Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.] (i) General. The offeror represents that either- (A) It o is, o is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or (B) It o has, o has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted. (ii) o Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:__________________.] (10) HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that- (i) It o is, o is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and (ii) It o is, o is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: __________.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation. (d) Representations required to implement provisions of Executive Order 11246- (1) Previous contracts and compliance. The offeror represents that- (i) It o has, o has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and (ii) It o has, o has not filed all required compliance reports. (2) Affirmative Action Compliance. The offeror represents that- (i) It o has developed and has on file, o has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 cfr parts 60-1 and 60-2), or (ii) It o has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor. (e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. (f) Buy American Act Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act-Supplies, is included in this solicitation.) (1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act-Supplies." (2) Foreign End Products:

| Line Item No. | Country of Origin |
|---|---|
| | |
| | |

| | |
|---|---|
| | |

[List as necessary]

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. (g)(1) Buy American Act-North American Free Trade Agreement-Israeli Trade Act Certificate. (Applies only if the clause at FAR 52.225-3, Buy American Act-North American Free Trade Agreement-Israeli Trade Act, is included in this solicitation.) (i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act-North American Free Trade Agreement-Israeli Trade Act." (ii) The offeror certifies that the following supplies are NAFTA country end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act-North American Free Trade Agreement-Israeli Trade Act":

NAFTA Country or Israeli End Products:

| **Line Item No.** | **Country of Origin** |
|---|---|
| | |
| | |
| | |

[List as necessary]

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American Act-North American Free Trade Agreement-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products:

| **Line Item No.** | **Country of Origin** |
|---|---|
| | |
| | |
| | |

[List as necessary]

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. (2) Buy American Act-North American Free Trade Agreements-Israeli Trade Act Certificate, Alternate I (May 2002). If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision: (g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act-North American Free Trade Agreement-Israeli Trade Act":

Canadian End Products:

| **Line Item No.** |
|---|
| |
| |
| |

[List as necessary]
(3) Buy American Act-North American Free Trade Agreements-Israeli Trade Act Certificate, Alternate II (May 2002). If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision: (g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act-North American Free Trade Agreement-Israeli Trade Act":
Canadian or Israeli End Products:

| **Line Item No.** | **Country of Origin** |
|---|---|
| ____________ | ____________ |
| ____________ | ____________ |
| ____________ | ____________ |

[List as necessary]
(4) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.) (i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made, designated country, Caribbean Basin country, or NAFTA country end product, as defined in the clause of this solicitation entitled "Trade Agreements." (ii) The offeror shall list as other end products those end products that are not U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products.
Other End Products:

| **Line Item No.** | **Country of Origin** |
|---|---|
| ____________ | ____________ |
| ____________ | ____________ |
| ____________ | ____________ |

[List as necessary]
(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items subject to the Trade Agreements Act, the Government will evaluate offers of U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation. (h) Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549). (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals- (1) o Are, o are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and (2) o Have, o have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (3) o Are, o are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses. (i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).] (1) Listed end products.

| **Listed End Product** | **Listed Countries of Origin** |
|---|---|

| | |
|---|---|
| ____________ | ____________ |
| ____________ | ____________ |

(2) Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.] [ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. [ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(End of provision)

Alternate I (Apr 2002). As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.) [The offeror shall check the category in which its ownership falls]:

____ Black American.

____ Hispanic American.

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____ Individual/concern, other than one of the preceding.

Alternate II (Oct 2000). As prescribed in 12.301(b)(2), add the following paragraph (c)(9)(iii) to the basic provision:

(iii) Address. The offeror represents that its address o is, o is not in a region for which a small disadvantaged business procurement mechanism is authorized and its address has not changed since its certification as a small disadvantaged business concern or submission of its application for certification. The list of authorized small disadvantaged business procurement mechanisms and regions is posted at http://www.arnet.gov/References/ sdbadjustments.htm. The offeror shall use the list in effect on the date of this solicitation. "Address," as used in this provision, means the address of the offeror as listed on the Small Business Administration's register of small disadvantaged business concerns or the address on the completed application that the concern has submitted to the Small Business Administration or a Private Certifier in accordance with 13 CFR part 124, subpart B. For joint ventures, "address" refers to the address of the small disadvantaged business concern that is participating in the joint venture.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 2 |
| 2. AMENDMENT/MODIFICATION NO. A001 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |

| | |
|---|---|
| 6. ISSUED BY CODE | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
| U.S. Department of Energy<br>Ofc of Civilian Radioactive Waste Management<br>1551 Hillshire Drive<br>Las Vegas, NV 89134 | U.S. Department of Energy<br>Ofc of Civilian Radioactive Waste Management<br>1551 Hillshire<br>Las Vegas, NV 89134 |

8. NAME AND ADDRESS OF CONTRACTOR *(No. Street, county, State and ZIP: Code)*

(4) 9A. AMENDMENT OF SOLICITATION NO. DE-RO28-04RW12250

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

X The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers **4/2/04** X is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (4) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

See page 2 of this amendment

Except at provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DE-RQ28-04RW12250
Amendment A001

This solicitation has been amended as follows:

1. Extend questions/comments due date on IIPS from March 16, 2004 to March 23, 2004.

2. Extend proposal due date from March 19, 2004, to April 2, 2004.

3. Revise Attachment 2, Statement of Work, by adding Section 7.0, Contractor Qualifications

4. Revise Attachment 4, Firm Fixed Price Proposed Pricing Schedule

5. Change C.3, Scope of Services, as follows:

   From: The Contractor shall perform the work as set forth in the Attachment in Section D, Statement of Work.
   To: The Contractor shall perform the work as set forth in Section D, Attachment 2 "Statement of Work"

6. Section E.3, FAR 52.212-2, EVALUATION –COMMERCIAL ITEMS, and in the Description on IIPS, item B., delete the following:

   Minimum Mandatory Requirements:
   1. DOE will only consider award to contractors who have successfully design spent nuclear fuel transportation casks.
   2. To be considered a successful design, the contractor will have received Certificates of Compliance from the Nuclear Regulatory Commission

**PURCHASE ORDER**

**STATEMENT OF WORK**

**Cask Capability Assessment Report**

## 1.0 Background

Under the Nuclear Waste Policy Act of 1982 (NWPA), the United States Department of Energy (DOE) is required to develop a repository for the disposal of approximately 70,000 MTHM (metric tons of heavy metal) of radioactive waste in the form of spent nuclear fuel (SNF) and high-level radioactive waste (HLW). DOE's Office of Civilian Radioactive Waste Management (OCRWM) is responsible for the development of the repository and for the transportation of all designated SNF and HLW from commercial utilities and DOE sites to the repository. Upon receiving construction authorization from the U.S. Nuclear Regulatory Commission (NRC), the OCRWM will begin constructing a Monitored Geologic Repository (MGR) at Yucca Mountain on the Nevada Test Site (NTS) with operations scheduled to begin in 2010.

Transportation operations are scheduled to begin in 2010, once the MGR has commenced operations. The transportation of SNF and HLW to the repository will require the use of NRC certified Type B shipping casks. OCRWM estimates that a fleet of approximately 100 casks will be required to meet the projected annual waste acceptance goals. However, an investigation by OCRWM indicates that the current generation transportation cask models are not capable of shipping the entire designated inventory of 70,000 MTHM. Hence, new or modified cask designs are required for OCRWM to accomplish its mission.

## 2.0 Cask Capability Assessment

DOE will select contractors that have successfully designed SNF transportation casks and have received Certificates of Compliance (CoC) from the NRC to perform a cask capability assessment. Based upon inventory data provided by DOE, the contractor's knowledge of the specific SNF or HLW characteristics and its knowledge of their certified casks, each contractor will determine what portion of the SNF and HLW inventory that each of their existing cask designs can accommodate. In making this determination, the contractor will delineate which cask systems will accommodate the SNF as bare fuel. Additionally, the contractor will describe which cask systems utilize canisters.

The contractor will present findings in a report that describes, specifically, which waste material from each utility or DOE facility may be transported in each existing proprietary cask system design. The first part of the report will address existing casks with no revision of their current CoCs, which are termed Category A casks. Only the exact match of waste and casks should be included in this portion of the report. If the contractor has casks that can be modified and/or the CoC can be modified to increase the fuel types that it can handle, these casks would be termed Category B casks. If the contractor has casks

that would fall into this category, those casks must be identified along with the modifications that the contractor believes will be required to increase the cask's ability to ship waste.

**Category A:** Existing cask designs that will require no certificate modification

**Category B:** Existing cask designs that will require certificate modified and/or design modifications

DOE requests that the contractor review the DOE SNF and HLW inventory data and provide an informed opinion on the quality and adequacy of the data to support bounding strategies for NRC cask certification. Specifically with respect to DOE SNF, contractors are requested to review both the SNF characteristics and criticality reports that are being made available. The characteristics reports provide detailed information on a fuel element basis; the criticality reports provide the planned packaging of DOE SNF into standardized canisters prior to transportation. Contractors should note, however, that DOE has not made final packaging determinations and certain SNF may be shipped without further treatment and packaging. Examples of SNF that may be shipped bare, i.e., without further treatment and packaging, include Fort Saint Vrain SNF in Idaho and Colorado, the damaged Three Mile Island core in Idaho, and High Flux Isotope Reactor SNF at Savannah River. DOE believes the information in the characteristics and criticality reports is sufficient to allow analyses and design efforts required for NRC cask certification for either bare or canisterized shipment of DOE SNF, but requests contractors to address the reasonableness of this belief.

In addition, contractors are requested to provide an opinion on the course of action that DOE should follow to acquire transportation cask systems capable of handling those distinctive waste forms that cannot be transported in Category A cask systems. Specifically, please identify which of the following options DOE should pursue and why.

- Develop specialized casks designed and optimized for transportation of DOE waste material, or
- Modify existing commercial SNF cask systems to transport DOE waste material.

## 3.0 Deliverables

The contractor shall submit a report including the following information for all Category A casks and optionally for Category B casks:

- A description of all currently certified cask designs, detailing the casks' capabilities, method of operation, requisite ancillary equipment, and the number of casks (by model) manufactured to date.
- A copy of each cask's NRC Certificate of Compliance and the Safety Evaluation Report issued by the NRC.

- A copy of the Safety Analysis Report used for NRC Certificate of Compliance application. All proprietary information should be included and appropriately marked.

- Copies of all procedures, reports, and drawings called out in the Certificate of Compliance. If any of this information is proprietary it should be marked appropriately.

- Drawings showing the dimensions and handling requirements of each cask model. Provide a description of the sequence from the receipt of the loaded cask to empty, ready for return to service.

- Provide an outline drawing or sketch of the inter-modal skid that would be used for your cask system. Please include specific details regarding railcar interface, height of the center of gravity of the loaded cask above the railcar deck, and total weight of the loaded package including inter-modal skids, personnel barrier, and impact limiters.

- A discussion of what portion of the total SNF and HLW inventory may be transported in each cask design. This is to include a description of fuel type, bounding parameters and reactor(s) of origin to allow DOE to identify redundant capabilities among cask models. For Fort Saint Vrain SNF in Idaho and Colorado, the damaged Three Mile Island core in Idaho, and High Flux Isotope Reactor SNF at Savannah River, contractors should address shipment in an as is condition and canisterized configurations.

  In addition to a summary description, the cask capability information shall be included in an MS Excel spreadsheet for reference. The spreadsheet will have the format of the template attached to this document.

- Provide a list of recommended or required ancillary equipment necessary to support all cask operations including inter-modal transport if used.

- Provide nonbinding budgetary cost estimates for fabrication of each certified cask design and per-unit cost estimates for all requisite ancillary equipment. (Please NOTE if information is proprietary).

- Provide fabrication schedule estimates (based on months after receipt of an order) for each unit indicating the estimated time to deliver the 1st unit and the delivery interval for subsequent units

A written report shall be submitted containing all the above data and information eight (8) weeks after receipt of award of the Purchase Order.

## 4.0 DOE Supplied Information

Upon request, DOE will supply the contractor with compact disc(s) containing SNF and HLW inventory data, as well as the characteristics and criticality reports for DOE SNF. The DOE makes no claim as to the completeness or accuracy of this data. Should the contractor find that any portion of the data provided by DOE is inadequate to support the required analysis, the contractor will inform DOE and describe the nature of the deficiency in the report. Attached to this document is a spreadsheet template

## 5.0 Organizational Conflict of Interest (OCI)

Because of the OCI sensitivities related to the OCRWM work, the DOE would like to receive the views of potential contractors on this issue before issuing the anticipated solicitation for the purchase of casks. A potential OCI concern arises due to the large number of companies who have been or are now involved in litigation, either administrative or judicial, against the DOE involving the Standard Contract of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR Part 961).

The following OCI clause will be included in the RFP to be issued later this year. DOE seeks written input, as part of this purchase order, on any issues or concerns that would arise if OCRWM determined that for the cask acquisition an OCI existed for participants in the standard contract litigation.

**DEAR 952.209-72 ORGANIZATIONAL CONFLICTS OF INTEREST (JUN 1997)**

(a) Purpose. The purpose of this clause is to ensure that the Contractor

(1) is not biased because of its financial, contractual, organizational, or other interests which relate to the work under this contract, and

(2) does not obtain any unfair competitive advantage over other parties by virtue of its performance of this contract.

(b) Scope. The restrictions described herein shall apply to performance or participation by the Contractor and any of its affiliates or their successors in interest (hereinafter collectively referred to as "Contractor") in the activities covered by this clause as a prime Contractor, subcontractor, cosponsor, joint venture, consultant, or in any similar capacity. For the purpose of this clause, affiliation occurs when a business concern is controlled by or has the power to control another or when a third party has the power to control both.

(1) Use of Contractor's Work Product.

(i) The Contractor shall be ineligible to participate in any capacity in Department contracts, subcontracts, or proposals therefor (solicited and unsolicited) which stem directly from the Contractor's performance of work under

this contract for a period of five (5)CS_2695 years after the completion of this contract. Furthermore, unless so directed in writing by the contracting officer, the Contractor shall not perform any advisory and assistance services work under this contract on any of its products or services or the products or services of another firm if the Contractor is or has been substantially involved in their development or marketing. Nothing in this subparagraph shall preclude the Contractor from competing for follow-on contracts for advisory and assistance services.

(ii) If, under this contract, the Contractor prepares a complete or essentially complete statement of work or specifications to be used in competitive acquisitions, the Contractor shall be ineligible to perform or participate in any capacity in any contractual effort, which is based on such statement of work or specifications. The Contractor shall not incorporate its products or services in such statement of work or specifications unless so directed in writing by the contracting officer, in which case the restriction in this subparagraph shall not apply.

(iii) Nothing in this paragraph shall preclude the Contractor from offering or selling its standard and commercial items to the Government.

(2) Access to and use of information.

(i) If the Contractor, in the performance of this contract, obtains access to information, such as Department plans, policies, reports, studies, financial plans, internal data protected by the Privacy Act of 1974 (5 U.S.C. 552a), or data which has not been released or otherwise made available to the public, the Contractor agrees that without prior written approval of the contracting officer it shall not:

(A) use such information for any private purpose unless the information has been released or otherwise made available to the public;

(B) compete for work for the Department based on such information for a period of six (6) months after either the completion of this contract or until such information is released or otherwise made available to the public, whichever is first;

(C) submit an unsolicited proposal to the Government which is based on such information until one year after such information is released or otherwise made available to the public; and

(D) release such information unless such information has previously been released or otherwise made available to the public by the Department.

(ii) In addition, the Contractor agrees that to the extent it receives or is given access to proprietary data, data protected by the Privacy Act of 1974 (5 U.S.C. 552a), or other confidential or privileged technical, business, or financial information under this contract, it shall treat such information in accordance with any restrictions imposed on such information.

(iii) The Contractor may use technical data it first produces under this contract for its private purposes consistent with paragraphs (b)(2)(i) (A) and (D) of this clause and the patent, rights in data, and security provisions of this contract.

**6.0 Quality Assurance**

The work set forth in this statement of work is not subject to the OCRWM Quality Assurance Requirements and Description.

**7.0 Contractor Qualifications**

The contractor must have designed SNF transportation cask(s) and must have received Certificates of Compliance (CoC) from the NRC. The CoC must be submitted with your Pricing Proposal.