Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Robert L. Shapiro
202.898.5879
rshapiro@spriggs.com

April 23, 2004

Via Facsimile

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
Eighth Floor Mailroom
1100 L Street, N.W.
Washington, D.C. 20530

Re: Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.

Dear Harv:

I am writing to solicit the government's consent to a motion Yankee Atomic is filing today for leave to substitute Ivan Stuart as an expert in place of Charles Malone and for leave to subpoena Dan Collier. As explained fully in our motion, NAC, which implies both Messrs. Pennington and Collier, seeks to distance itself from the spent fuel litigation, and we are filing this motion to accommodate NAC. We are filing the motion contemporaneously with sending this letter to facilitate consideration of the motion, if necessary, at the Court's May 13, 2004 Pretrial Conference.

Please do not hesitate to contact us if you have any questions regarding this matter.

Sincerely,

Robert L. Shapiro