# In the United States Court of Federal Claims

No. 98-126C
(Filed April 27, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On April 26, 2004, defendant electronically filed document #795. The docket entry for document #795, "REPLY to Response to Motion re [781] MOTION for Leave to File Corrected Brief in Response to Partial Summary Judgment Motion Regarding Shutdown Priority and Missing Page of Appendix" and the document caption, "DEFENDANT'S REPLY IN SUPPORT OF MOTION [F]OR PARTIAL SUMMARY JUDGMENT" are inconsistent because the docket entry was incorrectly linked to document # 781.

Accordingly, it is **ORDERED** that the Clerk's Office shall correct the mistake in filing by now linking document #795 to document #761, Motion for Partial Summary Judgment Regarding Priority for Shutdown Reactors, filed on February 19, 2004.

/s James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.