IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of ten days, to and including May 10, 2004, within which to file its reply to the plaintiffs' April 16, 2004 responses to the Government's motion *in limine* regarding the testimony of Dr. Bartlett, its motion *in limine* regarding the testimony of Mr. Graves, and its motion *in limine* regarding the plaintiffs' takings claims. The Government's reply briefing is currently due on Friday, April 30, 2004. Counsel for plaintiff, Robert L. Shapiro, has represented that the plaintiffs, Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company (collectively, "the Yankees"), do not oppose this motion, although they have requested that we attach to this motion a copy of a letter outlining the Yankees' position, a request with which we have complied.

The Government filed its three motions *in limine* on February 19 and 20, 2004. Those motions address the admissibility of some of the evidence that the Yankees intend to present at the trial of these cases. In response to those substantive motions, the Yankees requested and

[1] The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (collectively referred to as the "Yankees").

were granted several weeks of additional time, from March 4 and 8, 2004, to April 16, 2004, to prepare their responses to our motions *in limine*. The responses contain numerous arguments to which we must reply and contain substantial appendices. Further, recently, we have been engaged in responding to additional depositions that the Yankees are taking in these cases, responding to the Court's orders in approximately 45 of the newest spent nuclear fuel cases regarding further proceedings (including a conference with the Court scheduled for April 30, 2004), and preparing other aspects of the spent nuclear fuel cases. To prepare full and complete replies to the Yankees' responses and appendices to our motions *in limine*, we need additional time. Although it will still be extremely demanding for us to complete our reply briefing by the May 10, 2004 date requested in our motion for an enlargement of time, we are hopeful that we can submit these replies to the Court and discuss the motions *in limine* at the pre-trial conference currently scheduled for May 13, 2004. To permit us time to complete our reply briefing, we respectfully request that the Court grant us an additional 10 days.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

April 30, 2004

Attorneys for Defendant

# ATTACHMENT

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Robert L. Shapiro
202.898.5879
rshapiro@spriggs.com

April 30, 2004

Via Facsimile

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
Eighth Floor Mailroom
1100 L Street, N.W.
Washington, D.C. 20530

Re: Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.

Dear Harv:

As we discussed this morning, plaintiffs will not object to the government's motion for an enlargement of time for filing replies on its motions *in limine* through May 10. Nevertheless, we believe that it is in the interest of all parties and the Court for briefing on the government's motions to be complete in sufficient time to facilitate the Court's consideration of these motions at the May 13 pretrial conference, and we are concerned that the due date for the replies the government is planning to request (particularly if it slips at all) could prejudice that consideration. Therefore, we urge the government to file at least some of its replies earlier.

Also as we discussed, we request that you attach a copy of this letter to the government's motion in order to make plaintiffs' position on the motion clear for the Court.

Sincerely,

Robert L. Shapiro

CERTIFICATE OF FILING

I hereby certify that on this 30th day of April 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.