# In the United States Court of Federal Claims

No. 98-126C
(Filed May 3, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On April 30, 2004, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests an enlargement of time of ten days, to and including May 10, 2004, within which to file its reply to plaintiffs' April 16, 2004 responses to the Government's motion in limine regarding the testimony of Dr. Bartlett, its motion *in limine* regarding the testimony of Mr. Graves, and its motion *in limine* regarding the plaintiffs' takings claims. A copy of a letter outlining the Yankees' position was attached to the motion.

Accordingly, it is **ORDERED** that defendant's motion for enlargement of time, filed April 30, 2004, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.