IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of six days, to and including May 10, 2004, within which to file its reply to the plaintiffs' April 23, 2004 response to the Government's motion *in limine* regarding the Yankees' claims for pre-breach damages. The Government's reply briefing is currently due on Tuesday, May 4, 2004. Counsel for plaintiff, Robert L. Shapiro, has represented that the plaintiffs, Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company (collectively, "the Yankees"), do not oppose this motion.

The Government filed it motion *in limine* on February 13, 2004. That motions addresses the need for the Court to accept trial testimony regarding the Yankees' claimed damages that pre-date the partial breach of contract that the Court identified in its liability rulings in these cases. In response to this substantive motion, the Yankees requested and were granted several weeks of additional time, through April 23, 2004, to prepare its response to our motion *in limine*. The response that the Yankees filed contains numerous arguments to which we must reply. Further,

---

[1] The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (collectively referred to as the "Yankees").

recently, we have been engaged in responding to additional depositions that the Yankees are taking in these cases; preparing our reply briefing to other response briefs that the Yankees have recently filed (which are also due on May 10, 2004); responding to the Court's orders in approximately 45 of the newest spent nuclear fuel cases regarding further proceedings (including a conference with the Court held on April 30, 2004); and preparing other aspects of the spent nuclear fuel cases. In addition, counsel for defendant has been out of the office on May 3 and 4, 2004, as a result of illness. To prepare a full and complete reply to the Yankees' response to our motion *in limine*, we need additional time. Although it will still be extremely demanding for us to complete our reply briefing by the May 10, 2004 date requested in our motion for an enlargement of time, we are hopeful that we can submit this reply to the Court and discuss all of the pending motions *in limine* at the pre-trial conference currently scheduled for May 13, 2004. To permit us time to complete our reply briefing, we respectfully request that the Court grant us an additional six days.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

May 4, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of May, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.