# In the United States Court of Federal Claims

No. 98-126C
(Filed May 5, 2004)

******************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
******************************

**ORDER**[1/]

On May 4, 2004, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including May 10, 2004, within which to file its reply to plaintiffs' April 23, 2004 response to the Government's motion *in limine* regarding the Yankees' claims for pre-breach damages.

Accordingly, it is **ORDERED** that defendant's motion, filed May 4, 2004, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.