IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 98-126C<br>(Senior Judge Merow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of four days, to and including May 14, 2004, within which to file its reply to plaintiffs' responses to the Government's motions *in limine* regarding Mr. Graves' testimony, Mr. Bartlett's testimony, the plaintiffs' takings claims, and the plaintiffs' claims for pre-breach damages. In addition, we respectfully request an enlargement of two days, to and including May 12, 2004, to respond to the plaintiffs' motion to substitute a new expert witness, Mr. Stuart, for its current expert witness, Mr. Pennington. Currently, all of these filings are due on Monday, May 10, 2004. We have previously been granted an enlargement of six days to reply to the plaintiffs' response to our motion regarding pre-breach damages and an enlargement of ten days to reply to the responses to our motions *in limine* regarding the takings claims, Mr. Graves' testimony, and Dr. Bartlett's testimony; we have not previously requested an enlargement of time regarding the plaintiffs' motion to substitute expert witnesses. Counsel for plaintiff, Robert L. Shapiro, has represented that the plaintiffs, Yankee Atomic Electric Company, Connecticut Yankee Atomic Power

---

1/ The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (collectively referred to as the "Yankees").

Company, and Maine Yankee Atomic Power Company (collectively, "the Yankees"), do not oppose this motion.

The Government filed its motions *in limine* in mid-February 2004. These motions address the need for the Court to accept trial testimony regarding several of the Yankees' claimed damages. In response to these substantive motions, the Yankees requested and were granted several weeks of additional time, through April 16 and 23, 2004, to prepare its responses to our motions *in limine*. We have made every effort to complete our responses by May 10, 2004, so that the Court may have adequate time prior to the scheduled pre-trial conference on May 13, 2004, to complete its review of the briefing. Unfortunately, the enlargements that the Yankees obtained have left us with little time to prepare our reply briefing on multiple motions. In addition, counsel for defendant has been responsible for and actively involved in matters relating to a conference with the Court on April 30, 2004 (including a filing on April 23, 2004, and a joint filing on May 7, 2004) regarding further proceedings in the 45 most recently filed spent nuclear fuel cases; has been responsible for the Government's portions of Joint Preliminary Status Reports ("JPSRs") in five cases on May 7, 2004; has been responsible for substantive briefing on supplemental fact discovery in Commonwealth Edison Co. v. United States, No. 98-621C (Fed. Cl.), being filed today; and has been responsible for responsive pleadings due in other spent nuclear fuel cases. In addition, counsel for defendant was out of the office because of illness during part of the week of May 3, 2004, and other attorneys working with counsel for defendant have also been out of the office because of illness during the weeks of May 3 and 10, 2004. Finally, we have also been defending, and expect to continue to defend, several depositions that the plaintiffs have scheduled during the weeks of May 3 and 10, 2004. Because of the work

required to prepare all of the briefing necessary in these and other spent nuclear fuel cases, we have been unable to complete all of the briefing necessary in these cases. We are seeking an enlargement of time to file the briefing previously identified in this motion through May 14, 2004 (with the exception of the plaintiffs' motion to substitute experts, to which we will respond no later than May 12, 2004), but will make every effort to file at least some of that briefing prior to the pre-trial conference scheduled for May 13, 2004.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

May 10, 2004 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 10th day of May, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.