# In the United States Court of Federal Claims

No. 98-126C
(Filed May 11, 2004)

******************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
******************************

**ORDER**[1/]

On May 10, 2004, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time of four days, to and including May 14, 2004, within which to file its reply to plaintiffs' responses to the Government's motions *in limine* regarding the testimony of Dr. Bartlett, the testimony of Mr. Graves, plaintiffs' takings claims, and plaintiffs' claims for pre-breach damages. In addition, defendant also requests an enlargement to and including May 12, 2004, to respond to plaintiffs' motion to substitute a new expert witness, Mr. Stuart, for its current expert witness, Mr. Pennington.

Accordingly, it is **ORDERED** that defendant's motion, filed May 10, 2004, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.