IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of seven additional days, to and including May 21, 2004, within which to file its reply to plaintiffs' response to the Government's motion *in limine* regarding the plaintiffs' claims for pre-breach damages and restitution. Currently, this filing is due on Friday, May 14, 2004. We have previously been granted enlargements of ten days to reply to the plaintiffs' response. We left a message regarding this motion with counsel for plaintiff, Robert L. Shapiro, but have not yet heard whether the plaintiffs, Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company (collectively, "the Yankees"), will oppose this motion.

During the parties' pre-trial conference on Thursday, May 13, 2004, the Government represented that it intended to file its reply briefing on three motions *in limine* by today. We are filing our replies to the motions *in limine* regarding the testimony of Dr. Bartlett and the testimony of Mr. Graves today. However, in preparing our reply briefing regarding the pre-

---

[1/] The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (collectively referred to as the "Yankees").

breach damages and restitution claims, we realized that, although our pre-breach damages responses are virtually complete, we had not adequately developed a response to issues relating to the restitution claim. In our motion *in limine*, we seek to preclude evidence regarding the Yankees' pre-breach damages and, with regard to the restitution claims raised on in the Connecticut Yankee and Maine Yankee cases, to preclude evidence regarding those restitution claims. Although the plaintiff in Yankee Atomic did not raise a restitution claim, the Yankees elected to file a single response brief to our motions *in limine* in the three Yankee cases that included their response to the restitution claim. Unfortunately, it is the restitution claim that we discovered today needs to be further developed before its submission to the Court.

As the parties discussed with the Court on May 13, 2004, no argument upon these motions will occur until, at the very earliest, the close of the plaintiff's case in the Hughes trial in which the Court is involved, no prejudice should result from granting the Government an additional enlargement of time of seven additional days to complete its research into restitution issues. Unfortunately, because counsel for defendant was involved in a status conference in Commonwealth Edison Co. v. United States, No. 98-621C (Fed. Cl.), today and is expected to participate in status conferences in Niagara Mohawk Power Co. v. United States, No. 04-125C (Fed. Cl.); Detroit Edison Co. v. United States, No. 02-926C (Fed. Cl.); and TXU Generation Company LP v. United States, No. 04-98C (Fed. Cl.), during the week of May 17, 2004, as well as to submit written discovery responses and initial disclosures in other spent nuclear fuel cases during the week of May 17, 2004, counsel for defendant needs the additional time to complete its reply to the plaintiffs' response to the pre-breach damages and restitution motions *in limine*.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

May 14, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 14th day of May, 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.