# In the United States Court of Federal Claims

**98-126C**

**Filed: May 13, 2004**

**YANKEE ATOMIC ELECTRIC COMPANY,**

**v.**

**THE UNITED STATES**

**Appendix to**
**Dft's Reply to Yankee Atomic's Opposition to**
**Dft's Motion in Limine Regarding Takings**
**Damages**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.