No. 98-126C
(Senior Judge Merow)

---

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

---

## DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF FUTURE DAMAGES

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D. C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
Washington, D.C. 20585

KEVIN B. CRAWFORD
JOHN K. EKMAN
HEIDE L. HERRMANN
R. ALAN MILLER
RUSSELL A. SHULTIS
MARIAN E. SULLIVAN
Department of Justice
Washington, D.C. 20585

June 1, 2004

Attorneys for Defendant

# TABLE OF CONTENTS

PAGE(S)

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

I. THE YANKEES SEEK TO RECOVER DAMAGES FOR A PARTIAL, RATHER THAN TOTAL, BREACH OF CONTRACT . . . . . . . . . . . . . . . . . . . 1

II. A PLAINTIFF SEEKING DAMAGES FOR A PARTIAL BREACH OF CONTRACT IS NOT ENTITLED TO RECOVER DAMAGES INCURRED AFTER THE DATE THAT ITS COMPLAINT WAS FILED OR, AT THE VERY LATEST, THE DATE OF TRIAL . . . . . . . . . . . . . 3

A. Courts Distinguish Between A Total Breach Of Contract And A Partial Breach Of Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

B. Courts Distinguish Between The Remedies Available For A Total Breach Of Contract And A Partial Breach Of Contract . . . . . . . . . . 6

III. BY RECOGNIZING A RIGHT TO FUTURE CAUSES OF ACTION BASED UPON FUTURE PARTIAL BREACHES, THE YANKEES IMPLIEDLY RECOGNIZE THE LIMITATIONS UPON THEIR ABILITY TO RECOVER FUTURE OR PROSPECTIVE DAMAGES . . . . . . . 12

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

## TABLE OF AUTHORITIES

CASES PAGE(S)

Ammex, Inc. v. United States,
334 F.3d 1052 (Fed. Cir. 2003) . . . . . 4

Christopher Village, L.P. v. United States,
360 F.3d 1319 (Fed. Cir. 2004) . . . . . 4

City of Fairfax, Virginia v. Washington Metropolitan Area Transit Authority,
582 F.2d 1321 (4th Cir. 1978), cert. denied, 440 U.S. 914 (1979) . . . . . 10

Coughlin v. Blair,
41 Cal. 2d 587, 262 P.2d 305 (1953) . . . . . 4, 7, 8

Hansen Bancorp, Inc. v. United States,
No. 03-50029, -5061, 2004 WL 1048186 (Fed. Cir. May 11, 2004) . . . . . 3

Indiana Michigan Power Co. v. United States,
No. 98-486C, 2004 WL 1161880 (Fed. Cl. May 21, 2004) . . . . . passim

Kaiser v. Northwest Shopping Ctr., Inc.,
587 S.W.2d 454 (Tex. Civ. Ct. 1979) . . . . . 7, 9

Keefe Co. v. Americable International, Inc.,
755 A.2d 469 (D.C. Ct. App. 2000) . . . . . 9

Lujan v. Defenders of Wildlife,
504 U.S. 555 (1992) . . . . . 8

May v. Morganelli-Heumann & Associates,
618 F.2d 1363 (9th Cir. 1980) . . . . . 7

Mobil Oil Exploration v. United States,
530 U.S. 604 (2000) . . . . . 4

Newman-Green, Inc. v. Alfonzo-Larrain,
490 U.S. 826 (1989) . . . . . 8

Quick v. American Steel & Pump Corp.,
397 F.2d 561 (2d Cir. 1968) . . . . . 8

San Carlos Irrigation & Drainage District. v. United States,
23 Cl. Ct. 276 (1991) . . . . . 8, 9

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Yankee Atomic Electric Co. v. United States,
42 Fed. Cl. 223 (1998), aff'd sub nom. Maine Yankee Atomic Power Co. v. United States, 225 F.3d 1336 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Young Engineers, Inc. v. United States International Trade Commission,
721 F.2d 1305 (Fed. Cir. 1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

MISCELLANEOUS

9 A. Corbin, Corbin on Contracts (interim ed. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Restatement (First) of Contracts § 313 (1932) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 9

Restatement (Second) of Contracts § 236 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4, 7

Restatement (Second) of Contracts § 253 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Restatement (Second) of Judgments § 26 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 6, 7