IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-126 C<br>(Senior Judge Merow)<br><br>Filed electronically: June 1, 2004 |

APPENDIX TO
YANKEE ATOMIC'S MOTION
TO EXCLUDE TESTIMONY FROM KENNETH W. BLAIR

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 - Fax

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
Michael R. Miner
SPRIGGS & HOLLINGSWORTH

Dated: June 1, 2004

# INDEX TO APPENDIX


| Description | Page |
|---|---|
| Kenneth W. Blair Summary of Opinion (2/18/04) | 001 |
| Deposition Transcript of Kenneth W. Blair (5/3/04) [Excerpts] | 044 |
| Expert Witness Report of Edward C. Abbott [Excerpt] | 084 |