construction management, scheduling and time extension approval, quality control during construction, and negotiations of various construction-related disputes.

Subsequently, I joined the New Jersey Division of Building and Construction as Group Projects Manager where I had overall responsibility for New Jersey's capital building construction program for correctional facilities throughout the state. Specific responsibilities included the identification of program needs and budget requirements through the Department of Corrections, selection and supervision of architectural/ engineering and other consultant teams, coordination of permitting including the New Jersey Department of Environmental Protection and New Jersey Pinelands Commission, coordination and monitoring of bidding, scheduling, construction management, field quality control, and resolution of construction claims in conjunction with the New Jersey Attorney General's Office.

I joined Peterson & Co. Consulting in 1985 as a Senior Consultant and was an Executive Consultant at the time of my departure in 1990. I then joined Barrington Consulting, Inc. ("Barrington") as a Vice President. I became a Principal at NCI when it acquired Barrington in 1999. My work experience for all three companies has been similar and has involved the analyses of engineering, construction, and delay and damage claim issues associated with numerous commercial, institutional, power plant, industrial, transportation, and residential building projects. I have performed numerous schedule delay analyses, including analyses associated with construction and project management, engineering and architectural design, contract administrative issues, disruption and productivity, surety investigations and claims, and insurance evaluation matters.

# Appendix 1 – Curriculum Vitae

I am currently a member of various professional organizations including the National Society of Professional Engineers, Professional Engineers in Construction, the American Society of Civil Engineers, the Project Management Institute, the Construction Financial Management Association, and the Construction Specification Institute.

I have testified on scheduling, engineering and construction matters in state and federal court systems, arbitration, and mediation proceedings during the course of my career. I have listed below my expert testimony for the past four years:

> Kraus-Anderson Construction Company v. Miccosukee Tribe of Indians of Florida, The Miccosukee Court, Miccosukee Tribe of Indians of Florida, Court File No. CV-00-21-A. Deposition and trial testimony on behalf of Kraus-Anderson associated with delay, acceleration, and related damages for a hotel-casino.
>
> McDonnell Douglas Corp. and General Dynamics Corporation v. United States of America, U.S. Court of Federal Claims, No. 91-1204C. Deposition testimony on behalf of the U.S. associated with projected flight dates for the A-12 aircraft program.
>
> Arthur Building Systems, Inc. v. County of Essex, Superior Court of New Jersey, Essex County, No. ESX-L-4384-97. Deposition testimony on behalf of Essex County associated with delay claims by the contractors in the construction of a county prison.
>
> Marquis Construction Co., Inc. v. Clinton Bogert Associates, Superior Court of New Jersey, Passaic County, No. PAS-L-2211-98. Deposition and trial testimony

on behalf of Clinton Bogert Associates, regarding schedule delay and damage issues associated with the construction of a waste-water utility line.

Lehrer McGovern Bovis, Inc. v. Venetian Casino Resort, LLC., arbitration of Venetian Casino Resort construction project. Arbitration testimony on behalf of Lehrer McGovern Bovis, Inc., relative to time extension requests by the construction manager.

2

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| AUD039176 | AUD039447 | BCT002 2230 | BCT002 2237 |
| AUD054591 | AUD054604 | BCT002 2321 | BCT002 2322 |
| AUD068113 | AUD068116 | BCT002 2463 | BCT002 2464 |
| AUD088893 | AUD088994 | BCT002 3756 | BCT002 3756 |
| AUD088995 | AUD089122 | BCT003 0001 | BCT003 0003 |
| AUD090962 | AUD090981 | BCT003 0004 | BCT003 0004 |
| AUD091274 | AUD091373 | BCT003 0005 | BCT003 0005 |
| AUD098441 | AUD098448 | BCT003 0047 | BCT003 0056 |
| BCT001 0288 | BCT001 0292 | BCT003 0497 | BCT003 0498 |
| BCT001 0326 | BCT001 0327 | BCT003 0499 | BCT003 0500 |
| BCT001 0373 | BCT001 0374 | BCT003 0636 | BCT003 0648 |
| BCT001 0380 | BCT001 0381 | BCT003 0738 | BCT003 0746 |
| BCT001 0472 | BCT001 0576 | BCT003 0904 | BCT003 0907 |
| BCT001 0706 | BCT001 0706 | BCT003 0945 | BCT003 0945 |
| BCT001 0707 | BCT001 0707 | BCT003 1087 | BCT003 1092 |
| BCT001 0711 | BCT001 0712 | BCT003 1096 | BCT003 1111 |
| BCT001 0729 | BCT001 0730 | BCT003 1113 | BCT003 1121 |
| BCT001 0839 | BCT001 0840 | BCT003 1352 | BCT003 1370 |
| BCT001 0989 | BCT001 0995 | BCT003 1372 | BCT003 1409 |
| BCT001 1003 | BCT001 1011 | BCT003 1726 | BCT003 1734 |
| BCT001 1012 | BCT001 1022 | BCT003 1817 | BCT003 1821 |
| BCT001 1023 | BCT001 1023 | BCT003 1822 | BCT003 1822 |
| BCT002 0009 | BCT002 0009 | BCT003 1823 | BCT003 1847 |
| BCT002 0010 | BCT002 0010 | BCT003 2033 | BCT003 2080 |
| BCT002 0131 | BCT002 0132 | BCT003 2271 | BCT003 2280 |
| BCT002 0342 | BCT002 0454 | BCT003 3501 | BCT003 3502 |
| BCT002 0548 | BCT002 0548 | BCT003 3692 | BCT003 3702 |
| BCT002 0599 | BCT002 0605 | BCT004 0001 | BCT004 0057 |
| BCT002 0610 | BCT002 0612 | BCT004 0058 | BCT004 0058 |
| BCT002 0674 | BCT002 0674 | BCT004 0061 | BCT004 0061 |
| BCT002 0741 | BCT002 0748 | BCT004 0062 | BCT004 0063 |
| BCT002 0870 | BCT002 0878 | BCT004 0064 | BCT004 0066 |
| BCT002 1180 | BCT002 1180 | BCT004 0067 | BCT004 0067 |
| BCT002 1289 | BCT002 1291 | BCT004 0075 | BCT004 0077 |
| BCT002 1414 | BCT002 1422 | BCT004 0083 | BCT004 0089 |
| BCT002 1485 | BCT002 1486 | BCT004 0191 | BCT004 0191 |
| BCT002 1592 | BCT002 1594 | BCT004 0257 | BCT004 0274 |
| BCT002 1644 | BCT002 1645 | BCT004 0335 | BCT004 0337 |
| BCT002 1707 | BCT002 1708 | BCT004 0380 | BCT004 0386 |
| BCT002 1709 | BCT002 1713 | BCT004 0386 | BCT004 0412 |
| BCT002 1850 | BCT002 1858 | BCT004 0490 | BCT004 0501 |

# Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| BCT004 0557 | BCT004 0559 | BCT006 1532 | BCT006 1533 |
| BCT004 0878 | BCT004 0879 | BCT006 1701 | BCT006 1711 |
| BCT004 0989 | BCT004 0991 | BCT006 2016 | BCT006 2085 |
| BCT004 1094 | BCT004 1095 | BCT006 2130 | BCT006 2140 |
| BCT004 1422 | BCT004 1428 | BCT006 2427 | BCT006 2431 |
| BCT004 1429 | BCT004 1435 | BCT006 2432 | BCT006 2501 |
| BCT004 1524 | BCT004 1526 | BCT006 2504 | BCT006 2515 |
| BCT004 1602 | BCT004 1607 | BCT006 2810 | BCT006 2811 |
| BCT004 1683 | BCT004 1683 | BCT006 3085 | BCT006 3165 |
| BCT004 1763 | BCT004 1763 | BCT006 3204 | BCT006 3217 |
| BCT004 1849 | BCT004 1857 | BCT006 3516 | BCT006 3517 |
| BCT004 2407 | BCT004 2408 | BCT007 0148 | BCT007 0149 |
| BCT004 2437 | BCT004 2438 | BCT007 0189 | BCT007 0314 |
| BCT004 2449 | BCT004 2454 | BCT007 0409 | BCT007 0412 |
| BCT004 2626 | BCT004 2698 | BCT007 0573 | BCT007 0605 |
| BCT004 2732 | BCT004 2733 | BCT007 0983 | BCT007 1006 |
| BCT004 2745 | BCT004 2748 | BCT007 1267 | BCT007 1268 |
| BCT004 2930 | BCT004 2932 | BCT007 1269 | BCT007 1284 |
| BCT004 2966 | BCT004 2967 | BCT007 1317 | BCT007 1318 |
| BCT004 3021 | BCT004 3033 | BCT007 1362 | BCT007 1372 |
| BCT004 3034 | BCT004 3038 | BCT007 1411 | BCT007 1414 |
| BCT004 3047 | BCT004 3048 | BCT007 1415 | BCT007 1426 |
| BCT005 2389 | BCT005 2389 | BCT007 1475 | BCT007 1477 |
| BCT006 0025 | BCT006 0085 | BCT007 1570 | BCT007 1589 |
| BCT006 0111 | BCT006 0112 | BCT007 1712 | BCT007 1750 |
| BCT006 0156 | BCT006 0158 | BCT007 1869 | BCT007 1870 |
| BCT006 0211 | BCT006 0267 | BCT007 1959 | BCT007 2126 |
| BCT006 0290 | BCT006 0291 | BCT007 2357 | BCT007 2365 |
| BCT006 0450 | BCT006 0451 | BCT007 2806 | BCT007 2808 |
| BCT006 0462 | BCT006 0465 | BCT007 2839 | BCT007 2849 |
| BCT006 0528 | BCT006 0529 | BCT007 3026 | BCT007 3027 |
| BCT006 0533 | BCT006 0534 | BCT007 3346 | BCT007 3423 |
| BCT006 0539 | BCT006 0548 | BCT007 3766 | BCT007 3822 |
| BCT006 0567 | BCT006 0584 | BCT008 0004 | BCT008 0007 |
| BCT006 0623 | BCT006 0624 | BCT008 0027 | BCT008 0028 |
| BCT006 0636 | BCT006 0637 | BCT008 0035 | BCT008 0036 |
| BCT006 0749 | BCT006 0811 | BCT008 0055 | BCT008 0057 |
| BCT006 0931 | BCT006 1003 | BCT008 0269 | BCT008 0271 |
| BCT006 1153 | BCT006 1215 | BCT008 0272 | BCT008 0273 |
| BCT006 1218 | BCT006 1223 | BCT008 0356 | BCT008 0473 |
| BCT006 1403 | BCT006 1471 | BCT008 0530 | BCT008 0530 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| BCT008 0531 | BCT008 0534 | BCT011 0739 | BCT011 0741 |
| BCT008 0980 | BCT008 0984 | BCT011 0742 | BCT011 0743 |
| BCT008 1358 | BCT008 1360 | BCT011 1666 | BCT011 1670 |
| BCT008 1643 | BCT008 1643 | BCT011 2313 | BCT011 2319 |
| BCT008 1740 | BCT008 1740 | BCT011 2412 | BCT011 2413 |
| BCT008 1782 | BCT008 1899 | BCT011 2419 | BCT011 2420 |
| BCT008 2099 | BCT008 2099 | BCT011 3065 | BCT011 3065 |
| BCT008 2207 | BCT008 2207 | BCT011 3068 | BCT011 3076 |
| BCT008 2302 | BCT008 2343 | BCT011 3203 | BCT011 3210 |
| BCT008 2350 | BCT008 2352 | BCT012 0884 | BCT012 0884 |
| BCT008 2353 | BCT008 2353 | BCT012 0886 | BCT012 0886 |
| BCT008 2467 | BCT008 2467 | BCT012 0894 | BCT012 0900 |
| BCT008 2731 | BCT008 2731 | BCT012 0920 | BCT012 0921 |
| BCT008 2802 | BCT008 2916 | BCT012 0922 | BCT012 0924 |
| BCT008 2960 | BCT008 2961 | BCT012 0925 | BCT012 0928 |
| BCT008 3021 | BCT008 3029 | BCT012 0929 | BCT012 0932 |
| BCT008 3030 | BCT008 3036 | BCT012 0933 | BCT012 0936 |
| BCT008 3103 | BCT008 3103 | BCT012 0937 | BCT012 0940 |
| BCT008 3104 | BCT008 3104 | BCT012 0941 | BCT012 0944 |
| BCT008 3112 | BCT008 3114 | BCT012 0945 | BCT012 0948 |
| BCT008 3119 | BCT008 3134 | BCT012 0949 | BCT012 0952 |
| BCT008 3204 | BCT008 3204 | BCT012 0963 | BCT012 0967 |
| BCT008 3274 | BCT008 3275 | BCT012 1013 | BCT012 1014 |
| BCT008 3902 | BCT008 3902 | BCT012 1015 | BCT012 1017 |
| BCT008 3903 | BCT008 3910 | BCT012 1235 | BCT012 1235 |
| BCT008 3911 | BCT008 3912 | BCT012 1257 | BCT012 1264 |
| BCT009 0961 | BCT009 0965 | BCT012 1283 | BCT012 1284 |
| BCT009 1023 | BCT009 1025 | BCT012 2546 | BCT012 2547 |
| BCT009 1068 | BCT009 1068 | BCT012 2555 | BCT012 2557 |
| BCT009 1415 | BCT009 1417 | BCT012 2558 | BCT012 2559 |
| BCT009 1455 | BCT009 1458 | BCT012 2576 | BCT012 2578 |
| BCT009 1483 | BCT009 1483 | BCT012 2587 | BCT012 2588 |
| BCT010 1846 | BCT010 1847 | BCT013 2655 | BCT013 2656 |
| BCT010 1864 | BCT010 1864 | BCT013 2657 | BCT013 2659 |
| BCT010 2069 | BCT010 2070 | BCT013 2660 | BCT013 2661 |
| BCT010 2139 | BCT010 2140 | BCT013 2662 | BCT013 2663 |
| BCT011 0413 | BCT011 0414 | BCT013 2664 | BCT013 2673 |
| BCT011 0449 | BCT011 0450 | BCT013 2680 | BCT013 2683 |
| BCT011 0451 | BCT011 0464 | BCT013 2684 | BCT013 2696 |
| BCT011 0693 | BCT011 0695 | BCT013 2697 | BCT013 2698 |
| BCT011 0696 | BCT011 0697 | BCT013 2699 | BCT013 2700 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| BCT013 2715 | BCT013 2716 | BCT013 3248 | BCT013 3272 |
| BCT013 2717 | BCT013 2718 | BCT013 3287 | BCT013 3289 |
| BCT013 2719 | BCT013 2720 | BCT013 3293 | BCT013 3299 |
| BCT013 2726 | BCT013 2752 | BCT013 3306 | BCT013 3310 |
| BCT013 2753 | BCT013 2755 | BCT013 3319 | BCT013 3320 |
| BCT013 2846 | BCT013 2848 | BCT013 3366 | BCT013 3366 |
| BCT013 2851 | BCT013 2853 | BCT013 3371 | BCT013 3372 |
| BCT013 2854 | BCT013 2855 | BCT013 3418 | BCT013 3422 |
| BCT013 2856 | BCT013 2857 | BCT013 3432 | BCT013 3440 |
| BCT013 2858 | BCT013 2860 | BCT013 3441 | BCT013 3442 |
| BCT013 2861 | BCT013 2862 | BCT013 3457 | BCT013 3457 |
| BCT013 2863 | BCT013 2864 | BCT013 3463 | BCT013 3469 |
| BCT013 2865 | BCT013 2866 | BCT013 3475 | BCT013 3476 |
| BCT013 2867 | BCT013 2887 | BCT013 3536 | BCT013 3536 |
| BCT013 2888 | BCT013 2918 | BCT013 3665 | BCT013 3665 |
| BCT013 2927 | BCT013 3011 | BCT013 3666 | BCT0133667 |
| BCT013 3014 | BCT013 3014 | BCT013 3669 | BCT013 3670 |
| BCT013 3015 | BCT013 3018 | BCT013 3671 | BCT013 3671 |
| BCT013 3022 | BCT013 3030 | BCT013 3675 | BCT013 3678 |
| BCT013 3031 | BCT013 3034 | BCT013 3679 | BCT013 3688 |
| BCT013 3035 | BCT013 3037 | BCT013 3689 | BCT013 3691 |
| BCT013 3087 | BCT013 3098 | BCT013 3692 | BCT013 3692 |
| BCT013 3102 | BCT013 3103 | BCT013 3693 | BCT013 3694 |
| BCT013 3104 | BCT013 3105 | BCT013 3695 | BCT013 3695 |
| BCT013 3106 | BCT013 3108 | BCT013 3696 | BCT013 3696 |
| BCT013 3109 | BCT013 3110 | BCT013 3697 | BCT013 3697 |
| BCT013 3111 | BCT013 3113 | BCT013 3698 | BCT013 3710 |
| BCT013 3114 | BCT013 3115 | BCT013 3711 | BCT013 3712 |
| BCT013 3116 | BCT013 3120 | BCT013 3713 | BCT013 3718 |
| BCT013 3128 | BCT013 3131 | BCT013 3719 | BCT013 3721 |
| BCT013 3132 | BCT013 3154 | BCT013 3722 | BCT013 3725 |
| BCT013 3205 | BCT013 3205 | BCT013 3726 | BCT013 3727 |
| BCT013 3206 | BCT013 3206 | BCT013 3730 | BCT013 3732 |
| BCT013 3207 | BCT013 3208 | BCT013 3734 | BCT013 3735 |
| BCT013 3209 | BCT013 3210 | BCT013 3736 | BCT013 3737 |
| BCT013 3211 | BCT013 3212 | BCT013 3738 | BCT013 3739 |
| BCT013 3213 | BCT013 3213 | BCT013 3740 | BCT013 3745 |
| BCT013 3219 | BCT013 3220 | BCT013 3748 | BCT013 3748 |
| BCT013 3221 | BCT013 3221 | BCT013 3749 | BCT013 3749 |
| BCT013 3222 | BCT013 3224 | BCT013 3750 | BCT013 3751 |
| BCT013 3225 | BCT013 3226 | BCT013 3755 | BCT013 3756 |

# Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| BCT013 3757 | BCT013 3759 | BCT015 0763 | BCT015 0779 |
| BCT013 3760 | BCT013 3761 | BCT015 0780 | BCT015 0784 |
| BCT013 3762 | BCT013 3762 | BCT015 0787 | BCT015 0787 |
| BCT013 3773 | BCT013 3773 | BCT015 0789 | BCT015 0789 |
| BCT013 3780 | BCT013 3781 | BCT015 0790 | BCT015 0794 |
| BCT013 3787 | BCT013 3787 | BCT015 0795 | BCT015 0796 |
| BCT013 3793 | BCT013 3793 | BCT015 0797 | BCT015 0797 |
| BCT013 3798 | BCT013 3799 | BCT015 0803 | BCT015 0803 |
| BCT013 3800 | BCT013 3800 | BCT015 0813 | BCT015 0813 |
| BCT013 3801 | BCT013 3801 | BCT015 0880 | BCT015 0887 |
| BCT013 3805 | BCT013 3806 | BCT015 0888 | BCT015 0912 |
| BCT013 3812 | BCT013 3812 | BCT015 0939 | BCT015 0963 |
| BCT014 0189 | BCT014 0189 | BCT015 1043 | BCT015 1067 |
| BCT014 0288 | BCT014 0289 | BCT015 1179 | BCT015 1181 |
| BCT014 0290 | BCT014 0301 | BCT015 1182 | BCT015 1183 |
| BCT014 0605 | BCT014 0606 | BCT015 1184 | BCT015 1185 |
| BCT014 0608 | BCT014 0610 | BCT015 1186 | BCT015 1187 |
| BCT014 0620 | BCT014 0620 | BCT015 1188 | BCT015 1192 |
| BCT014 0634 | BCT014 0635 | BCT015 1286 | BCT015 1310 |
| BCT014 0676 | BCT014 0676 | BCT015 1340 | BCT015 1341 |
| BCT014 0677 | BCT014 0677 | BCT015 1342 | BCT015 1358 |
| BCT014 0901 | BCT014 0901 | BCT015 1359 | BCT015 1382 |
| BCT014 0912 | BCT014 0969 | BCT015 1410 | BCT015 1433 |
| BCT014 0994 | BCT014 0995 | BCT015 1569 | BCT015 1588 |
| BCT014 1047 | BCT014 1055 | BCT015 1601 | BCT015 1604 |
| BCT014 1129 | BCT014 1139 | BCT015 1791 | BCT015 1810 |
| BCT014 1159 | BCT014 1159 | BCT015 1858 | BCT015 1865 |
| BCT014 1268 | BCT014 1269 | BCT015 1961 | BCT015 1967 |
| BCT014 1270 | BCT014 1271 | BCT015 1968 | BCT015 1970 |
| BCT014 1272 | BCT014 1273 | BCT015 2074 | BCT015 2093 |
| BCT014 1795 | BCT014 1795 | BCT015 2211 | BCT015 2223 |
| BCT014 1804 | BCT014 1806 | BCT015 2224 | BCT015 2240 |
| BCT014 1815 | BCT014 1817 | BCT015 2303 | BCT015 2312 |
| BCT014 1826 | BCT014 1827 | BCT015 2364 | BCT015 2372 |
| BCT014 2045 | BCT014 2046 | BCT015 2502 | BCT015 2510 |
| BCT014 2222 | BCT014 2223 | BCT015 2629 | BCT015 2635 |
| BCT014 2235 | BCT014 2237 | BCT015 2686 | BCT015 2691 |
| BCT014 2257 | BCT014 2257 | BCT015 2726 | BCT015 2730 |
| BCT014 3079 | BCT014 3087 | BCT015 2861 | BCT015 2889 |
| BCT015 0147 | BCT015 0148 | BCT015 2991 | BCT015 2997 |
| BCT015 0740 | BCT015 0742 | BCT015 2998 | BCT015 3001 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| BCT015 3232 | BCT015 3233 | COF013266 | COF013271 |
| BCT017 0557 | BCT017 0562 | COF013299 | COF013308 |
| BCT021 0001 | BCT021 0001 | COF013309 | COF013370 |
| BCT021 0002 | BCT021 0002 | COF013371 | COF013443 |
| BCT021 0003 | BCT021 0003 | COF013446 | COF013455 |
| BCT022 0001 | BCT022 0001 | COF013457 | COF013466 |
| CNU000202 | CNU000203 | COF013484 | COF013497 |
| CNU002103 | CNU002108 | COF013501 | COF013516 |
| CNU002324 | CNU002325 | COF013519 | COF013579 |
| CNU002326 | CNU002327 | COF013583 | COF013597 |
| CNU002515 | CNU002516 | COF013600 | COF013613 |
| CNU002552 | CNU002560 | COF013614 | COF013614 |
| CNU004222 | CNU004224 | COF013615 | COF013681 |
| CNU004226 | CNU004250 | COF013684 | COF013697 |
| CNU006976 | CNU006976 | COF013710 | COF013719 |
| COF000675 | COF000676 | COF013727 | COF013733 |
| COF002318 | COF002319 | COF017547 | COF017612 |
| COF003193 | COF003250 | COF017613 | COF017730 |
| COF003342 | COF003349 | COF018244 | COF018245 |
| COF006050 | COF006053 | COF018253 | COF018262 |
| COF006114 | COF006116 | COF018296 | COF018301 |
| COF006276 | COF006278 | COF018625 | COF018629 |
| COF006292 | COF006292 | COF021064 | COF021326 |
| COF006373 | COF006374 | COF021401 | COF021402 |
| COF006680 | COF006680 | COF021587 | COF021589 |
| COF006726 | COF006797 | COF022748 | COF022977 |
| COF006850 | COF007019 | COF022978 | COF023053 |
| COF007020 | COF007021 | COF023372 | COF023763 |
| COF007027 | COF007028 | COF024191 | COF024193 |
| COF007041 | COF007042 | COF025431 | COF025494 |
| COF007044 | COF007044 | CYE000001 | CYE000048 |
| COF007060 | COF007063 | CYE000049 | CYE000049 |
| COF007208 | COF007239 | CYE000050 | CYE000077 |
| COF007348 | COF007379 | CYE000078 | CYE000099 |
| COF008499 | COF008536 | CYE000195 | CYE000220 |
| COF009892 | COF009892 | CYE000498 | CYE000616 |
| COF011232 | COF011243 | CYE000617 | CYE000621 |
| COF012941 | COF013007 | CYE000622 | CYE000625 |
| COF013186 | COF013188 | CYE000628 | CYE000640 |
| COF013214 | COF013221 | CYE000687 | CYE000715 |
| COF013253 | COF013261 | CYE000716 | CYE000729 |

**Appendix 2 – Documents Considered**

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| CYE000798 | CYE000799 | EXD011 0017 | EXD011 0018 |
| CYE000806 | CYE000807 | EXD011 0019 | EXD011 0019 |
| CYE000808 | CYE000809 | EXD011 0020 | EXD011 0020 |
| CYE000810 | CYE000811 | EXD011 0021 | EXD011 0023 |
| CYE000812 | CYE000813 | EXD011 0024 | EXD011 0026 |
| CYE000814 | CYE000815 | EXD011 0027 | EXD011 0028 |
| CYE000816 | CYE000817 | EXD011 0029 | EXD011 0030 |
| CYE000818 | CYE000819 | EXD011 0031 | EXD011 0032 |
| CYE000820 | CYE000821 | EXD011 0033 | EXD011 0035 |
| CYE000822 | CYE000823 | EXD011 0038 | EXD011 0039 |
| CYE000824 | CYE000825 | EXD011 0040 | EXD011 0041 |
| CYE000835 | CYE000836 | EXD011 0042 | EXD011 0043 |
| CYE000837 | CYE000839 | EXD011 0044 | EXD011 0046 |
| CYE000840 | CYE000842 | EXD011 0047 | EXD011 0048 |
| CYE000849 | CYE000851 | EXD011 0049 | EXD011 0050 |
| CYE000854 | CYE000856 | EXD011 0051 | EXD011 0053 |
| CYE000857 | CYE000859 | EXD011 0054 | EXD011 0054 |
| CYE000860 | CYE000862 | EXD011 0055 | EXD011 0055 |
| CYE000863 | CYE000864 | EXD011 0056 | EXD011 0057 |
| CYE000868 | CYE000870 | EXD011 0058 | EXD011 0058 |
| CYE000871 | CYE000877 | EXD011 0059 | EXD011 0060 |
| CYE000881 | CYE000884 | EXD011 0061 | EXD011 0062 |
| CYE000885 | CYE000897 | EXD011 0063 | EXD011 0064 |
| CYE000904 | CYE000914 | EXD011 0065 | EXD011 0065 |
| CYE000997 | CYE001000 | EXD011 0066 | EXD011 0067 |
| CYE001083 | CYE001200 | EXD011 0068 | EXD011 0069 |
| CYE001204 | CYE001208 | EXD011 0070 | EXD011 0070 |
| CYE001248 | CYE001254 | EXD011 0071 | EXD011 0072 |
| CYE001255 | CYE001257 | EXD011 0073 | EXD011 0073 |
| CYE001275 | CYE001279 | EXD011 0074 | EXD011 0075 |
| CYE001280 | CYE001293 | EXD011 0076 | EXD011 0077 |
| CYP005 0105 | CYP005 0156 | EXD011 0078 | EXD011 0080 |
| CYP005 0157 | CYP005 0210 | EXD011 0081 | EXD011 0085 |
| CYP005 0213 | CYP005 0254 | EXD011 0086 | EXD011 0086 |
| CYP005 0257 | CYP005 0290 | EXD011 0096 | EXD011 0097 |
| CYP0050255 | CYP0050256 | EXD011 0098 | EXD011 0100 |
| EXD011 0001 | EXD011 0001 | EXD011 0101 | EXD011 0102 |
| EXD011 0002 | EXD011 0005 | EXD011 0103 | EXD011 0103 |
| EXD011 0006 | EXD011 0013 | EXD011 0104 | EXD011 0106 |
| EXD011 0014 | EXD011 0015 | EXD011 0107 | EXD011 0108 |
| EXD011 0016 | EXD011 0016 | EXD011 0109 | EXD011 0110 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| EXD011 0111 | EXD011 0113 | EXD012 0380 | EXD012 0381 |
| EXD011 0114 | EXD011 0116 | EXD012 0382 | EXD012 0383 |
| EXD011 0117 | EXD011 0118 | EXD012 0384 | EXD012 0385 |
| EXD011 0119 | EXD011 0119 | EXD012 0386 | EXD012 0387 |
| EXD011 0120 | EXD011 0121 | EXD012 0388 | EXD012 0389 |
| EXD011 0122 | EXD011 0122 | EXD012 0390 | EXD012 0391 |
| EXD011 0123 | EXD011 0125 | EXD012 0392 | EXD012 0393 |
| EXD011 0126 | EXD011 0128 | EXD012 0394 | EXD012 0395 |
| EXD011 0129 | EXD011 0129 | EXD012 0396 | EXD012 0397 |
| EXD011 0130 | EXD011 0130 | EXD012 0398 | EXD012 0399 |
| EXD011 0131 | EXD011 0132 | EXD012 0400 | EXD012 0401 |
| EXD011 0133 | EXD011 0133 | EXD012 0402 | EXD012 0403 |
| EXD011 0134 | EXD011 0134 | EXD012 0404 | EXD012 0406 |
| EXD011 0135 | EXD011 0136 | EXD012 0407 | EXD012 0408 |
| EXD011 0137 | EXD011 0137 | EXD012 0409 | EXD012 0410 |
| EXD011 0138 | EXD011 0138 | EXD012 0411 | EXD012 0412 |
| EXD011 0139 | EXD011 0139 | EXD012 0413 | EXD012 0415 |
| EXD011 0140 | EXD011 0141 | EXD012 0416 | EXD012 0417 |
| EXD011 0142 | EXD011 0145 | EXD012 0418 | EXD012 0444 |
| EXD011 0146 | EXD011 0148 | EXD012 0445 | EXD012 0458 |
| EXD011 0149 | EXD011 0149 | EXD012 0459 | EXD012 0468 |
| EXD012 0001 | EXD012 0013 | EXD012 0469 | EXD012 0512 |
| EXD012 0014 | EXD012 0015 | EXD012 0513 | EXD012 0525 |
| EXD012 0016 | EXD012 0018 | EXD012 0526 | EXD012 0538 |
| EXD012 0019 | EXD012 0082 | EXD012 0539 | EXD012 0582 |
| EXD012 0083 | EXD012 0345 | EXD012 0583 | EXD012 0595 |
| EXD012 0346 | EXD012 0347 | EXD012 0596 | EXD012 0609 |
| EXD012 0348 | EXD012 0355 | EXD012 0610 | EXD012 0629 |
| EXD012 0356 | EXD012 0357 | EXD012 0630 | EXD012 0636 |
| EXD012 0358 | EXD012 0358 | EXD016 0001 | EXD016 0939 |
| EXD012 0359 | EXD012 0359 | EXP000005 | EXP000009 |
| EXD012 0360 | EXD012 0361 | GPE0010083 | GPE0010083 |
| EXD012 0362 | EXD012 0363 | GPE0011063 | GPE0011064 |
| EXD012 0364 | EXD012 0365 | HQR249 0363 | HQR249 0363 |
| EXD012 0366 | EXD012 0367 | HQR249 0397 | HQR249 0398 |
| EXD012 0368 | EXD012 0369 | MCV000114 | MCV000118 |
| EXD012 0370 | EXD012 0371 | MIR000024 | MIR000068 |
| EXD012 0372 | EXD012 0373 | MOF000046 | MOF000054 |
| EXD012 0374 | EXD012 0375 | MOF000073 | MOF000087 |
| EXD012 0376 | EXD012 0377 | MOF000367 | MOF000387 |
| EXD012 0378 | EXD012 0379 | MOF000642 | MOF000642 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| MOF000643 | MOF000693 | MY315568 | MY315580 |
| MOF000704 | MOF000751 | MY315581 | MY315591 |
| MOF000810 | MOF000810 | MY315593 | MY315615 |
| MOF000934 | MOF000965 | MY315616 | MY315629 |
| MOF027166 | MOF027166 | MY315630 | MY315639 |
| MOF027444 | MOF027539 | MY315640 | MY315662 |
| MOF034849 | MOF034883 | MY315866 | MY315880 |
| MOF037786 | MOF037786 | MY315881 | MY315902 |
| MOF037840 | MOF037849 | MY315903 | MY315910 |
| MOF037942 | MOF037956 | MY315925 | MY315941 |
| MOF037958 | MOF038059 | MY316223 | MY316246 |
| MOF038061 | MOF038195 | MY316365 | MY316366 |
| MOF054804 | MOF054805 | MY316367 | MY316403 |
| MOF055406 | MOF055417 | MY316444 | MY316452 |
| MOF055431 | MOF055434 | MY316501 | MY316521 |
| MOF055760 | MOF055773 | MY316812 | MY316826 |
| MOF065852 | MOF065852 | MY317240 | MY317247 |
| MPA010542 | MPA010641 | MY317486 | MY317487 |
| MPA038801 | MPA038956 | MY318506 | MY318524 |
| MY002863 | MY002864 | MY318631 | MY318644 |
| MY009932 | MY009932 | MY321437 | MY321450 |
| MY009933 | MY009933 | MY321964 | MY321982 |
| MY009934 | MY009944 | MY322041 | MY322050 |
| MY017527 | MY017554 | MY322051 | MY322053 |
| MY068488 | MY068497 | MY322171 | MY322195 |
| MY071208 | MY071209 | MY322196 | MY322216 |
| MY073943 | MY073968 | MY322235 | MY322242 |
| MY077189 | MY077217 | MY322250 | MY322257 |
| MY077228 | MY077256 | MY325875 | MY325889 |
| MY077257 | MY077281 | MY325890 | MY325916 |
| MY077282 | MY077306 | MY325945 | MY325963 |
| MY207064 | MY207065 | MY326163 | MY326163 |
| MY207192 | MY207200 | MY326324 | MY326332 |
| MY225830 | MY225865 | MY326429 | MY316812 |
| MY226242 | MY226250 | MY326430 | MY326430 |
| MY262861 | MY262886 | MY326431 | MY326433 |
| MY262936 | MY262951 | MY326434 | MY326445 |
| MY293305 | MY293312 | MY326446 | MY326452 |
| MY310041 | MY310053 | MY326453 | MY326456 |
| MY310073 | MY310081 | MY326457 | MY326457 |
| MY310082 | MY310104 | MY326458 | MY326463 |