## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| MY326464 | MY326481 | MYS-006-00137 | MYS-006-00278 |
| MY326536 | MY326537 | MYS-021-01027 | MYS-021-01054 |
| MY326669 | MY326676 | MYS-025-00710 | MYS-025-00717 |
| MY350349 | MY350356 | MYS-025-00793 | MYS-025-00797 |
| MY350550 | MY350565 | MYS-025-00798 | MYS-025-00825 |
| MY350764 | MY350779 | MYS-044-01257 | MYS-044-01292 |
| MY351025 | MY351032 | MYS-044-01297 | MYS-044-01339 |
| MY352524 | MY352550 | MYS-046-01030 | MYS-046-01072 |
| MY352551 | MY352578 | MYS-056-00427 | MYS-056-00449 |
| MY352889 | MY352905 | MYS-056-00470 | MYS-056-00502 |
| MY353951 | MY353958 | MYS-056-00584 | MYS-056-00618 |
| MY353972 | MY353986 | MYS-056-00620 | MYS-056-00655 |
| MY354137 | MY354165 | MYS-056-00656 | MYS-056-00734 |
| MY354834 | MY354847 | MYS-056-00742 | MYS-056-00799 |
| MY358913 | MY358937 | MYS-064-00098 | MYS-064-00120 |
| MY359027 | MY359041 | MYS-064-02025 | MYS-064-02036 |
| MY361147 | MY361174 | MYS-102-00159 | MYS-102-00185 |
| MY361429 | MY361457 | MYS-102-00391 | MYS-102-00462 |
| MY361813 | MY361822 | MYS-102-00478 | MYS-102-00514 |
| MY362282 | MY362289 | MYS-102-00515 | MYS-102-00525 |
| MY362335 | MY362343 | MYS-102-00541 | MYS-102-00552 |
| MY363424 | MY363439 | MYS-102-00605 | MYS-102-00607 |
| MY363457 | MY363466 | MYS-102-00614 | MYS-102-00667 |
| MY363808 | MY363820 | MYS-102-00858 | MYS-102-00875 |
| MY363821 | MY363821 | NCT001 0002 | NCT001 0416 |
| MY363822 | MY363823 | NCT001 0421 | NCT001 0425 |
| MY363824 | MY363824 | NCT001 0428 | NCT001 0437 |
| MY363874 | MY363911 | NCT001 0444 | NCT001 0456 |
| MY363922 | MY363965 | NCT001 0469 | NCT001 0471 |
| MY364028 | MY364059 | NCT001 1524 | NCT001 1540 |
| MY365201 | MY365208 | NCT004 0405 | NCT004 0409 |
| MY365264 | MY365273 | NCT004 0412 | NCT004 0415 |
| MY365330 | MY365345 | NCT004 0418 | NCT004 0421 |
| MY365734 | MY365741 | NCT004 0423 | NCT004 0427 |
| MY365804 | MY365827 | NCT004 0429 | NCT004 0433 |
| MY365828 | MY365856 | NCT004 0435 | NCT004 0465 |
| MY365860 | MY365884 | NCT004 0467 | NCT004 0472 |
| MY366992 | MY367019 | NCT004 0474 | NCT004 0477 |
| MY367022 | MY367046 | NCT004 0479 | NCT004 0482 |
| MY367047 | MY367057 | NCT004 0484 | NCT004 0484 |
| MY367066 | MY367102 | NCT004 0485 | NCT004 0487 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| NCT004 0489 | NCT004 0489 | NCT008 0243 | NCT008 0244 |
| NCT004 0491 | NCT004 0491 | NCT008 0252 | NCT008 0259 |
| NCT004 0493 | NCT004 0496 | NCT008 0389 | NCT008 0638 |
| NCT004 0498 | NCT004 0501 | NCT009 0802 | NCT009 0806 |
| NCT004 0509 | NCT004 0509 | NCT009 0807 | NCT009 0815 |
| NCT004 0511 | NCT004 0514 | NCT010 0119 | NCT010 0304 |
| NCT004 0516 | NCT004 0526 | NCT010 0325 | NCT010 0389 |
| NCT004 0595 | NCT004 0595 | NCT010 0736 | NCT010 1170 |
| NCT004 0597 | NCT004 0597 | NCT015 0228 | NCT015 0271 |
| NCT004 0652 | NCT004 0766 | NCT015 0272 | NCT015 0309 |
| NCT005 0089 | NCT005 0097 | NCT015 0310 | NCT015 0380 |
| NCT005 0133 | NCT005 0177 | NCT016 0001 | NCT016 0031 |
| NCT005 0178 | NCT005 0202 | NCT016 0002 | NCT016 0031 |
| NCT005 0299 | NCT005 0361 | NCT016 0032 | NCT016 0084 |
| NCT005 0654 | NCT005 0746 | NCT016 0120 | NCT016 0302 |
| NCT006 0366 | NCT006 0370 | NCT016 0306 | NCT016 0485 |
| NCT006 0391 | NCT006 0392 | NCT028 0262 | NCT028 0262 |
| NCT006 0495 | NCT006 0497 | NCT028 0267 | NCT028 0267 |
| NCT006 0512 | NCT006 0520 | NCT028 0522 | NCT028 0523 |
| NCT006 0523 | NCT006 0526 | NCT028 0524 | NCT028 0524 |
| NCT006 0949 | NCT006 1034 | NCT028 0525 | NCT028 0526 |
| NCT008 0019 | NCT008 0022 | NCT028 0527 | NCT028 0528 |
| NCT008 0027 | NCT008 0040 | NCT028 0529 | NCT028 0530 |
| NCT008 0073 | NCT008 0073 | NCT028 0531 | NCT028 0532 |
| NCT008 0082 | NCT008 0082 | NCT028 0537 | NCT028 0538 |
| NCT008 0087 | NCT008 0087 | NCT028 0539 | NCT028 0540 |
| NCT008 0090 | NCT008 0090 | NCT028 0544 | NCT028 0544 |
| NCT008 0093 | NCT008 0093 | NCT028 0548 | NCT028 0554 |
| NCT008 0096 | NCT008 0096 | NCT028 0555 | NCT028 0555 |
| NCT008 0099 | NCT008 0099 | NCT028 0557 | NCT028 0557 |
| NCT008 0104 | NCT008 0104 | NCT028 0558 | NCT028 0558 |
| NCT008 0111 | NCT008 0111 | NCT028 0559 | NCT028 0559 |
| NCT008 0113 | NCT008 0113 | NCT028 0560 | NCT028 0560 |
| NCT008 0122 | NCT008 0122 | NCT028 0561 | NCT028 0561 |
| NCT008 0164 | NCT008 0164 | NCT028 0572 | NCT028 0572 |
| NCT008 0165 | NCT008 0165 | NCT028 0574 | NCT028 0574 |
| NCT008 0172 | NCT008 0172 | NCT028 0581 | NCT028 0584 |
| NCT008 0174 | NCT008 0174 | NCT028 0585 | NCT028 0590 |
| NCT008 0218 | NCT008 0221 | NCT028 0684 | NCT028 0684 |
| NCT008 0222 | NCT008 0223 | NCT028 0686 | NCT028 0725 |
| NCT008 0237 | NCT008 0242 | NCT030 0114 | NCT030 0119 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| NCT030 0283 | NCT030 0284 | NCT031 0049 | NCT031 0049 |
| NCT030 0292 | NCT030 0294 | NCT031 0050 | NCT031 0050 |
| NCT030 0550 | NCT030 0556 | NCT031 0051 | NCT031 0051 |
| NCT030 0575 | NCT030 0575 | NCT031 0052 | NCT031 0052 |
| NCT030 0608 | NCT030 0612 | NCT031 0053 | NCT031 0053 |
| NCT030 0637 | NCT030 0639 | NCT031 0054 | NCT031 0054 |
| NCT030 0640 | NCT030 0643 | NCT031 0055 | NCT031 0055 |
| NCT030 0649 | NCT030 0650 | NCT032 0001 | NCT032 0005 |
| NCT030 1070 | NCT030 1089 | NCT032 0744 | NCT032 0745 |
| NCT030 1241 | NCT030 1243 | NCT032 0757 | NCT032 0757 |
| NCT030 1356 | NCT030 1360 | NCT032 1442 | NCT032 1442 |
| NCT030 1429 | NCT030 1429 | NCT032 1445 | NCT032 1445 |
| NCT030 1488 | NCT030 1488 | NCT032 1481 | NCT032 1484 |
| NCT031 0001 | NCT031 0003 | NCT032 1515 | NCT032 1515 |
| NCT031 0004 | NCT031 0005 | NCT032 1732 | NCT032 1733 |
| NCT031 0006 | NCT031 0007 | NCT032 1734 | NCT032 1738 |
| NCT031 0008 | NCT031 0008 | NCT033 0128 | NCT033 1448 |
| NCT031 0010 | NCT031 0010 | NCT033 0142 | NCT033 0150 |
| NCT031 0011 | NCT031 0011 | NCT033 0151 | NCT033 0158 |
| NCT031 0012 | NCT031 0012 | NCT033 0159 | NCT033 0233 |
| NCT031 0013 | NCT031 0014 | NCT033 1449 | NCT033 2316 |
| NCT031 0015 | NCT031 0015 | NCT033 1561 | NCT033 2009 |
| NCT031 0016 | NCT031 0017 | NCT033 2010 | NCT033 2045 |
| NCT031 0018 | NCT031 0018 | NCT033 2046 | NCT033 2316 |
| NCT031 0019 | NCT031 0019 | NCT034 0231 | NCT034 0319 |
| NCT031 0026 | NCT031 0026 | NCT034 0320 | NCT034 0328 |
| NCT031 0029 | NCT031 0029 | NCT034 0329 | NCT034 0331 |
| NCT031 0032 | NCT031 0032 | NCT034 0332 | NCT034 0410 |
| NCT031 0033 | NCT031 0033 | NCT039 0010 | NCT039 0017 |
| NCT031 0034 | NCT031 0034 | NCT039 0018 | NCT039 0032 |
| NCT031 0035 | NCT031 0035 | NCT039 0033 | NCT039 0033 |
| NCT031 0039 | NCT031 0039 | NCT039 0043 | NCT039 0045 |
| NCT031 0040 | NCT031 0040 | NCT039 0048 | NCT039 0048 |
| NCT031 0041 | NCT031 0041 | NCT039 0048 | NCT039 0056 |
| NCT031 0042 | NCT031 0042 | NCT039 0067 | NCT039 0087 |
| NCT031 0043 | NCT031 0043 | NCT039 0171 | NCT039 0175 |
| NCT031 0044 | NCT031 0044 | NCT039 0176 | NCT039 0178 |
| NCT031 0045 | NCT031 0045 | NCT039 0179 | NCT039 0188 |
| NCT031 0046 | NCT031 0046 | NCT039 0189 | NCT039 0189 |
| NCT031 0047 | NCT031 0047 | NCT039 0193 | NCT039 0211 |
| NCT031 0048 | NCT031 0048 | NCT039 0212 | NCT039 0212 |

# Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| NCT039 0213 | NCT039 0215 | NCT040 0209 | NCT040 0226 |
| NCT039 0216 | NCT039 0217 | NCT040 0227 | NCT040 0232 |
| NCT039 0218 | NCT039 0218 | NCT040 0233 | NCT040 0236 |
| NCT039 0231 | NCT039 0248 | NCT040 0246 | NCT040 0247 |
| NCT039 0253 | NCT039 0256 | NCT040 0248 | NCT040 0255 |
| NCT039 0506 | NCT039 0521 | NCT040 0257 | NCT040 0271 |
| NCT039 0532 | NCT039 0533 | NCT040 0272 | NCT040 0272 |
| NCT039 0536 | NCT039 0537 | NCT040 0273 | NCT040 0278 |
| NCT039 0542 | NCT039 0553 | NCT040 0289 | NCT040 0293 |
| NCT039 0614 | NCT039 0616 | NCT040 0294 | NCT040 0300 |
| NCT039 0623 | NCT039 0634 | NCT040 0311 | NCT040 0318 |
| NCT039 0926 | NCT039 0928 | NCT040 0350 | NCT040 0352 |
| NCT039 0929 | NCT039 0934 | NCT040 0357 | NCT040 0357 |
| NCT039 1082 | NCT039 1085 | NCT040 0361 | NCT040 0362 |
| NCT040 0006 | NCT040 0006 | NCT040 0416 | NCT040 0418 |
| NCT040 0007 | NCT040 0018 | NCT040 0427 | NCT040 0429 |
| NCT040 0019 | NCT040 0021 | NCT040 0488 | NCT040 0489 |
| NCT040 0022 | NCT040 0022 | NCT040 0490 | NCT040 0491 |
| NCT040 0030 | NCT040 0034 | NCT040 0492 | NCT040 0493 |
| NCT040 0035 | NCT040 0068 | NCT040 0495 | NCT040 0496 |
| NCT040 0075 | NCT040 0078 | NCT040 0521 | NCT040 0521 |
| NCT040 0079 | NCT040 0080 | NCT040 0528 | NCT040 0529 |
| NCT040 0087 | NCT040 0088 | NCT040 0532 | NCT040 0534 |
| NCT040 0089 | NCT040 0089 | NCT040 0535 | NCT040 0536 |
| NCT040 0092 | NCT040 0092 | NCT040 0561 | NCT040 0561 |
| NCT040 0093 | NCT040 0096 | NCT041 0013 | NCT041 0016 |
| NCT040 0097 | NCT040 0098 | NCT041 0050 | NCT041 0051 |
| NCT040 0100 | NCT040 0112 | NCT041 0280 | NCT041 0280 |
| NCT040 0114 | NCT040 0119 | NCT041 0282 | NCT041 0305 |
| NCT040 0120 | NCT040 0123 | NCT041 0312 | NCT041 0312 |
| NCT040 0124 | NCT040 0129 | NCT041 0317 | NCT041 0317 |
| NCT040 0130 | NCT040 0132 | NCT041 0318 | NCT041 0328 |
| NCT040 0139 | NCT040 0151 | NCT041 0347 | NCT041 0350 |
| NCT040 0152 | NCT040 0154 | NCT041 0351 | NCT041 0357 |
| NCT040 0155 | NCT040 0155 | NCT041 0360 | NCT041 0422 |
| NCT040 0156 | NCT040 0161 | NCT041 0423 | NCT041 0427 |
| NCT040 0162 | NCT040 0166 | NCT041 0428 | NCT041 0432 |
| NCT040 0167 | NCT040 0172 | NCT041 0434 | NCT041 0435 |
| NCT040 0173 | NCT040 0178 | NCT041 0436 | NCT041 0496 |
| NCT040 0179 | NCT040 0195 | NCT041 0497 | NCT041 0500 |
| NCT040 0196 | NCT040 0206 | NCT041 0501 | NCT041 0501 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| NCT041 0507 | NCT041 0554 | NCT042 0738 | NCT042 0738 |
| NCT041 0555 | NCT041 0556 | NCT042 0739 | NCT042 0763 |
| NCT041 0558 | NCT041 0559 | NCT042 0765 | NCT042 0766 |
| NCT041 0560 | NCT041 0560 | NCT042 0777 | NCT042 0779 |
| NCT041 0561 | NCT041 0561 | NCT042 0780 | NCT042 0788 |
| NCT041 0563 | NCT041 0564 | NCT042 0789 | NCT042 0792 |
| NCT041 0565 | NCT041 0566 | NCT042 0814 | NCT042 0825 |
| NCT041 0575 | NCT041 0577 | NCT042 0830 | NCT042 0837 |
| NCT041 0581 | NCT041 0582 | NCT042 0868 | NCT042 0876 |
| NCT041 0583 | NCT041 0584 | NCT042 0877 | NCT042 0877 |
| NCT041 0585 | NCT041 0585 | NCT042 0879 | NCT042 0899 |
| NCT041 0586 | NCT041 0586 | NCT042 0908 | NCT042 0909 |
| NCT041 0587 | NCT041 0587 | NCT042 0910 | NCT042 0915 |
| NCT041 0588 | NCT041 0593 | NCT042 1017 | NCT042 1019 |
| NCT041 0594 | NCT041 0595 | NCT042 1020 | NCT042 1023 |
| NCT041 0597 | NCT041 0598 | NCT042 1025 | NCT042 1042 |
| NCT041 0599 | NCT041 0666 | NCT042 1043 | NCT042 1048 |
| NCT041 0667 | NCT041 0667 | NCT042 1049 | NCT042 1052 |
| NCT041 0668 | NCT041 0668 | NCT042 1053 | NCT042 1054 |
| NCT041 0672 | NCT041 0673 | NCT042 1080 | NCT042 1080 |
| NCT041 0674 | NCT041 0674 | NCT042 1081 | NCT042 1081 |
| NCT041 0675 | NCT041 0682 | NCT042 1131 | NCT042 1131 |
| NCT041 0684 | NCT041 0685 | NCT042 1136 | NCT042 1136 |
| NCT041 0698 | NCT041 0700 | NCT042 1190 | NCT042 1207 |
| NCT042 0603 | NCT042 0607 | NCT042 1225 | NCT042 1226 |
| NCT042 0609 | NCT042 0630 | NCT042 1228 | NCT042 1251 |
| NCT042 0631 | NCT042 0638 | NCT042 1252 | NCT042 1252 |
| NCT042 0641 | NCT042 0648 | NCT042 1273 | NCT042 1279 |
| NCT042 0650 | NCT042 0656 | NCT042 1303 | NCT042 1303 |
| NCT042 0657 | NCT042 0661 | NCT042 1304 | NCT042 1305 |
| NCT042 0662 | NCT042 0663 | NCT042 1308 | NCT042 1311 |
| NCT042 0664 | NCT042 0665 | NCT042 1312 | NCT042 1313 |
| NCT042 0666 | NCT042 0687 | NCT042 1319 | NCT042 1320 |
| NCT042 0688 | NCT042 0688 | NCT042 1322 | NCT042 1322 |
| NCT042 0691 | NCT042 0691 | NCT042 1343 | NCT042 1377 |
| NCT042 0695 | NCT042 0700 | NCT042 1380 | NCT042 1469 |
| NCT042 0701 | NCT042 0706 | NCT042 1470 | NCT042 1528 |
| NCT042 0707 | NCT042 0708 | NCT043 0069 | NCT043 0077 |
| NCT042 0709 | NCT042 0709 | NCT045 0132 | NCT045 0140 |
| NCT042 0710 | NCT042 0727 | NCT045 0156 | NCT045 0160 |
| NCT042 0729 | NCT042 0733 | NCT045 0366 | NCT045 0367 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| NCT045 0368 | NCT045 0379 | NCT045 0857 | NCT045 0859 |
| NCT045 0380 | NCT045 0381 | NCT045 0861 | NCT045 0866 |
| NCT045 0382 | NCT045 0382 | NCT045 0867 | NCT045 0867 |
| NCT045 0383 | NCT045 0384 | NCT045 0868 | NCT045 0869 |
| NCT045 0385 | NCT045 0397 | NCT045 0872 | NCT045 0875 |
| NCT045 0398 | NCT045 0405 | NCT046 0004 | NCT046 0004 |
| NCT045 0406 | NCT045 0437 | NCT046 0005 | NCT046 0011 |
| NCT045 0456 | NCT045 0476 | NCT046 0014 | NCT046 0015 |
| NCT045 0468 | NCT045 0469 | NCT046 0016 | NCT046 0017 |
| NCT045 0470 | NCT045 0470 | NCT046 0019 | NCT046 0021 |
| NCT045 0491 | NCT045 0499 | NCT046 0033 | NCT046 0036 |
| NCT045 0531 | NCT045 0532 | NCT046 0064 | NCT046 0065 |
| NCT045 0540 | NCT045 0541 | NCT046 0091 | NCT046 0091 |
| NCT045 0544 | NCT045 0544 | NCT046 0093 | NCT046 0094 |
| NCT045 0553 | NCT045 0554 | NCT046 0097 | NCT046 0097 |
| NCT045 0594 | NCT045 0606 | NCT046 0139 | NCT046 0139 |
| NCT045 0607 | NCT045 0607 | NCT046 0140 | NCT046 0140 |
| NCT045 0608 | NCT045 0616 | NCT046 0141 | NCT046 0142 |
| NCT045 0617 | NCT045 0619 | NCT046 0148 | NCT046 0148 |
| NCT045 0621 | NCT045 0621 | NCT046 0149 | NCT046 0149 |
| NCT045 0623 | NCT045 0623 | NCT046 0150 | NCT046 0151 |
| NCT045 0652 | NCT045 0652 | NCT046 0170 | NCT046 0190 |
| NCT045 0670 | NCT045 0671 | NCT046 0273 | NCT046 0335 |
| NCT045 0685 | NCT045 0686 | NCT046 0372 | NCT046 0373 |
| NCT045 0689 | NCT045 0689 | NCT046 0377 | NCT046 0377 |
| NCT045 0703 | NCT045 0704 | NCT046 0378 | NCT046 0380 |
| NCT045 0705 | NCT045 0708 | NCT046 0386 | NCT046 0386 |
| NCT045 0737 | NCT045 0737 | NCT046 0387 | NCT046 0387 |
| NCT045 0792 | NCT045 0793 | NCT046 0388 | NCT046 0388 |
| NCT045 0811 | NCT045 0812 | NCT049 0659 | NCT049 0692 |
| NCT045 0815 | NCT045 0816 | NCT052 0002 | NCT052 0017 |
| NCT045 0818 | NCT045 0818 | NCT052 0018 | NCT052 0029 |
| NCT045 0819 | NCT045 0819 | NCT052 0030 | NCT052 0041 |
| NCT045 0820 | NCT045 0823 | NCT052 0042 | NCT052 0053 |
| NCT045 0824 | NCT045 0824 | NCT052 0054 | NCT052 0071 |
| NCT045 0826 | NCT045 0827 | NCT052 0087 | NCT052 0105 |
| NCT045 0832 | NCT045 0835 | NCT052 0106 | NCT052 0265 |
| NCT045 0836 | NCT045 0838 | NCT052 0355 | NCT052 0369 |
| NCT045 0839 | NCT045 0840 | NGB003861 | NGB003861 |
| NCT045 0852 | NCT045 0853 | NGB003863 | NGB003865 |
| NCT045 0854 | NCT045 0856 | NGB003871 | NGB003872 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| NGB003879 | NGB003879 | YDK002689 | YDK002691 |
| PPX0091653 | PPX0091666 | YDK002720 | YDK002720 |
| PPX0091667 | PPX0091669 | YDK002872 | YDK002877 |
| PPX0091822 | PPX0091879 | YDK006964 | YDK006966 |
| PPX0091903 | PPX0091903 | YDK008255 | YDK008260 |
| PPX0091904 | PPX0091956 | YDK008427 | YDK008427 |
| PPX0091972 | PPX0091972 | YDK008428 | YDK008429 |
| PPX0110164 | PPX0110201 | YDK008430 | YDK008431 |
| PPX0110202 | PPX0110240 | YDK008432 | YDK008433 |
| PPX0110438 | PPX0110443 | YDK008434 | YDK008435 |
| PPX0110623 | PPX0110623 | YDK008842 | YDK008845 |
| PPX0110697 | PPX0110702 | YDK009700 | YDK009703 |
| PPX0200603 | PPX0200619 | YDK009704 | YDK009712 |
| PPX0210169 | PPX0210453 | YDK009805 | YDK009805 |
| PWC000016 | PWC000022 | YDK010517 | YDK010518 |
| PWC000176 | PWC000260 | YDK010519 | YDK010521 |
| PWC000623 | PWC000624 | YDK011158 | YDK011163 |
| PWC000783 | PWC000970 | YDK011245 | YDK011252 |
| PWC003151 | PWC003302 | YDK011247 | YDK011247 |
| PWC003945 | PWC004052 | YDK011402 | YDK011405 |
| PWC006290 | PWC006291 | YDK011408 | YDK011410 |
| YAE000387 | YAE000388 | YDK011411 | YDK011415 |
| YAE001360 | YAE001366 | YDK011426 | YDK011427 |
| YAE001367 | YAE001368 | YDK013461 | YDK013463 |
| YAE001399 | YAE001400 | YDK013547 | YDK013611 |
| YAE001401 | YAE001403 | YDK013817 | YDK013822 |
| YAE001485 | YAE001497 | YDK014680 | YDK014680 |
| YAE001538 | YAE001538 | YDK014681 | YDK014686 |
| YAE001735 | YAE001735 | YDK014754 | YDK014805 |
| YAE001776 | YAE001783 | YDK016058 | YDK016065 |
| YAE001841 | YAE001842 | YDK017769 | YDK017787 |
| YAE002031 | YAE002032 | YDK022842 | YDK022845 |
| YAE002053 | YAE002060 | YDK022848 | YDK022849 |
| YAE002064 | YAE002068 | YDK023465 | YDK023467 |
| YAE002069 | YAE002071 | YDK024131 | YDK024143 |
| YAE002175 | YAE002179 | YDK024432 | YDK024433 |
| YAE002180 | YAE002195 | YDK024434 | YDK024435 |
| YAE002225 | YAE002245 | YDK024744 | YDK024745 |
| YDK000001 | YDK000806 | YDK024795 | YDK024797 |
| YDK001686 | YDK001786 | YDK024826 | YDK024827 |
| YDK002268 | YDK002273 | YDK024985 | YDK024986 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| YDK025336 | YDK025340 | YDK027634 | YDK027639 |
| YDK025578 | YDK025579 | YDK027820 | YDK027833 |
| YDK025609 | YDK025611 | YDK027908 | YDK027909 |
| YDK025613 | YDK025616 | YDK027922 | YDK027928 |
| YDK025617 | YDK025619 | YDK027929 | YDK027937 |
| YDK025864 | YDK025866 | YDK028692 | YDK028719 |
| YDK025867 | YDK025867 | YDK028781 | YDK028789 |
| YDK025868 | YDK025868 | YDK029063 | YDK029267 |
| YDK025870 | YDK025873 | YDK029315 | YDK029323 |
| YDK025874 | YDK025877 | YDK029333 | YDK029341 |
| YDK025878 | YDK025882 | YDK029366 | YDK029369 |
| YDK025884 | YDK025889 | YDK029477 | YDK029490 |
| YDK025890 | YDK025894 | YDK029594 | YDK029597 |
| YDK025895 | YDK025900 | YDK029662 | YDK029666 |
| YDK025901 | YDK025903 | YDK029723 | YDK029726 |
| YDK025906 | YDK025911 | YDK029821 | YDK029833 |
| YDK025921 | YDK025924 | YDK029837 | YDK029839 |
| YDK025938 | YDK025942 | YDK029988 | YDK029996 |
| YDK025943 | YDK025949 | YDK030008 | YDK030015 |
| YDK025950 | YDK025957 | YDK030267 | YDK030274 |
| YDK025959 | YDK025962 | YDK030312 | YDK030314 |
| YDK025963 | YDK025969 | YDK030315 | YDK030316 |
| YDK025970 | YDK025980 | YDK030552 | YDK030553 |
| YDK025981 | YDK025982 | YDK031465 | YDK031467 |
| YDK026017 | YDK026022 | YDK031548 | YDK031567 |
| YDK026023 | YDK026027 | YDK031588 | YDK031593 |
| YDK026111 | YDK026114 | YDK031598 | YDK031601 |
| YDK026117 | YDK026130 | YDK031602 | YDK031610 |
| YDK026151 | YDK026157 | YDK031666 | YDK031677 |
| YDK026160 | YDK026167 | YDK031685 | YDK031687 |
| YDK026173 | YDK026179 | YDK031754 | YDK031756 |
| YDK026644 | YDK026707 | YDK031755 | YDK031755 |
| YDK026842 | YDK026850 | YDK031768 | YDK031770 |
| YDK026860 | YDK026873 | YDK031867 | YDK031873 |
| YDK027056 | YDK027063 | YDK031876 | YDK031877 |
| YDK027103 | YDK027104 | YDK031931 | YDK031936 |
| YDK027166 | YDK027172 | YDK031939 | YDK032018 |
| YDK027268 | YDK027275 | YDK032019 | YDK032023 |
| YDK027278 | YDK027280 | YDK032039 | YDK032041 |
| YDK027326 | YDK027339 | YDK032188 | YDK032192 |
| YDK027633 | YDK027633 | YDK032332 | YDK032333 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| YDK032335 | YDK032336 | YDK041238 | YDK041243 |
| YDK032356 | YDK032356 | YDK041251 | YDK041253 |
| YDK032765 | YDK032768 | YDK042036 | YDK042036 |
| YDK032770 | YDK032773 | YDK042191 | YDK042192 |
| YDK032774 | YDK032780 | YDK042248 | YDK042285 |
| YDK032792 | YDK032793 | YDK042851 | YDK042887 |
| YDK032794 | YDK032795 | YDK042903 | YOF042905 |
| YDK032801 | YDK032834 | YDK043239 | YDK043241 |
| YDK032839 | YDK032844 | YDK043730 | YDK043735 |
| YDK032870 | YDK032870 | YDK043791 | YDK043793 |
| YDK032951 | YDK032978 | YDK043972 | YDK044077 |
| YDK033774 | YDK033775 | YDK044110 | YDK044116 |
| YDK033783 | YDK033794 | YDK044117 | YDK044126 |
| YDK033894 | YDK033896 | YDK044127 | YDK044135 |
| YDK034203 | YDK034209 | YDK044141 | YDK044157 |
| YDK034254 | YDK034260 | YDK044168 | YDK044168 |
| YDK034261 | YDK034268 | YDK044169 | YDK044174 |
| YDK034283 | YDK034291 | YDK044240 | YDK044247 |
| YDK034292 | YDK034298 | YDK044256 | YDK044288 |
| YDK034306 | YDK034313 | YDK044348 | YDK044349 |
| YDK034314 | YDK034321 | YDK044466 | YDK044479 |
| YDK034322 | YDK034329 | YDK044693 | YDK044694 |
| YDK034505 | YDK034532 | YDK044713 | YDK044715 |
| YDK037068 | YDK037072 | YDK044716 | YDK044717 |
| YDK039852 | YDK039856 | YDK044847 | YDK044849 |
| YDK040052 | YDK040053 | YDK044890 | YDK044891 |
| YDK040056 | YDK040058 | YDK045475 | YDK045478 |
| YDK040075 | YDK040075 | YDK045837 | YDK045839 |
| YDK040119 | YDK040121 | YDK045873 | YDK045876 |
| YDK040133 | YDK040134 | YDK045996 | YDK045998 |
| YDK040141 | YDK040153 | YDK046031 | YDK046031 |
| YDK040154 | YDK040161 | YDK046125 | YDK046125 |
| YDK040159 | YDK040160 | YDK046149 | YDK046149 |
| YDK040638 | YDK040644 | YDK046263 | YDK046265 |
| YDK040645 | YDK040673 | YOF000427 | YOF000430 |
| YDK040712 | YDK040716 | YOF001048 | YOF001052 |
| YDK040765 | YDK040771 | YOF001429 | YOF001453 |
| YDK040782 | YDK040812 | YOF001958 | YOF001966 |
| YDK040853 | YDK040854 | YOF001972 | YOF001975 |
| YDK041096 | YDK041100 | YOF001976 | YOF001979 |
| YDK041115 | YDK041117 | YOF003351 | YOF003379 |

## Appendix 2 – Documents Considered

| Start Bates | End Bates | Start Bates | End Bates |
|---|---|---|---|
| YOF007732 | YOF007737 | YOF048834 | YOF048835 |
| YOF029498 | YOF029502 | YOF048852 | YOF048860 |
| YOF029762 | YOF029783 | YOF048861 | YOF048862 |
| YOF031892 | YOF031944 | YOF048873 | YOF048875 |
| YOF032094 | YOF032101 | YOF048886 | YOF048893 |
| YOF032108 | YOF032112 | YOF049011 | YOF049071 |
| YOF032117 | YOF032140 | YOF049158 | YOF049209 |
| YOF032144 | YOF032153 | YOF049210 | YOF049218 |
| YOF032427 | YOF032454 | YOF049219 | YOF049219 |
| YOF032477 | YOF032479 | YOF049229 | YOF049230 |
| YOF032745 | YOF032782 | YOF049236 | YOF049240 |
| YOF032870 | YOF032877 | YOF049241 | YOF049243 |
| YOF032930 | YOF032978 | YOF049247 | YOF049291 |
| YOF032966 | YOF032968 | YOF049297 | YOF049317 |
| YOF033031 | YOF033042 | YOF049318 | YOF049338 |
| YOF034104 | YOF034198 | YOF049363 | YOF049386 |
| YOF036708 | YOF036710 | YOF049388 | YOF049390 |
| YOF040532 | YOF040542 | YOF049441 | YOF049442 |
| YOF048047 | YOF048055 | YOF053607 | YOF053609 |
| YOF048059 | YOF048062 | YOF053610 | YOF053610 |
| YOF048084 | YOF048084 | YOF053611 | YOF053611 |
| YOF048088 | YOF048120 | YOF053619 | YOF053621 |
| YOF048747 | YOF048751 | YOF053637 | YOF053637 |

3

## Appendix 3 – Documents Not Yet Provided by the Plaintiffs

During the review of the documents, it became apparent that the Plaintiffs failed to produce many of the documents that were generated on each of the projects. For example, most of the documents produced by the Plaintiffs (with the exception of e-mails) are dated prior to December 2000. However, on CY's project, much of the work on the ISFSI was completed after that time, or through July 2003 when Bechtel was terminated. Similarly, the completion of fuel transfer on YA's project was not achieved until June 2003, nor is it projected to be completed until March 2004 at MY. As such, there is a significant gap of time for each of the projects for which the Plaintiffs have not made relevant documents available for review.

Several types of documents that were deemed useful for the analysis were identified through a review of the productions made to date. These documents are included in the lists below and are organized by Plaintiff. Where possible, the documents that were produced are identified. Any remaining existing documents are required in order to complete the schedule delay analysis.

CONNECTICUT YANKEE

1. "Connecticut Yankee Weekly Update," by Russ Mellor (The following updates were provided: October 27, 1998, November 3, 1998, December 22, 1998, January 5, 1999, February 2, 1999, March 3, 1999, March 9, 1999, March 16, 1999, March 23, 1999, May 3, 1999, May 17, 1999, May 20, 1999, May 24, 1999 and January 31, 2000.)

2. CYs "Quarterly Decommissioning Performance Report" (Provided only one for 4th Quarter 1999.)

3. Bechtel's Responses to CY's "Quarterly Decommissioning Performance Reports" (Provided only one for 2nd Quarter 2002.)

**Appendix 3 – Documents Not Yet Provided by the Plaintiffs**

4. CY's Decommissioning Report for the Board of Director's Meeting (Provided the following: May 27, 1999, September 15, 1999, November 18, 1999, March 16, 2000 and May 18, 2000.)

5. Project Meeting Minutes

6. Project Correspondence between Bechtel and CY related to the ISFSI

7. Internal CY Memoranda related to the ISFSI

8. Change Orders/Amendments related to the Bechtel/CY contract (The following change orders have not been provided: ACO 02-09 and ACO 02-20. Additionally, Amendment No. 1 has not been provided.)

9. Bechtel's Weekly Schedule Packages (Missing all packages prior to November 6, 2000 and January 17, 2001 through July 30, 2001.)

10. Bechtel's Daily Reports, including Subcontract Daily Reports, related to the ISFSI Construction

11. Connecticut Yankee Oversight Monthly Status Summary (The following months were provided: October 2000, November 2000, January 2001, February 2001, June 2001 through September 2001, and November 2001.)

12. Connecticut Yankee – Bechtel Weekly Management Meetings (The following weeks were provided: July 13, 1999 and August 17,1999.)

13. Connecticut Yankee e-mails from John Murray to CY personnel re: Bechtel's Weekly Schedule Packages (Provided sporadic e-mails from January 2003 through April 2003 only.)

**Appendix 3 – Documents Not Yet Provided by the Plaintiffs**

14. "CT Today" e-mails from Greg Wilson to CY personnel (Provided sporadic e-mails from November 13, 2000 to August 9, 2001 only.)

**MAINE YANKEE**

1. MY's Progress Meeting Minutes (These have been provided sporadically through September 2001, and have not been provided at all after that date. Need all of these reports from their inception through 2003.)
2. MY's Weekly Progress Reports (MY initiated these reports following SWEC's termination in May 2000. They have been provided sporadically through September 2001, and have not been provided at all after that date. Need all of these reports from 2000 through 2003.)
3. MY's Monthly Progress Reports (MY initiated these reports following SWEC's termination in May 2000. They have been provided sporadically through September 2001, and have not been provided at all after that date. Need all of these reports from 2000 through 2003.)
4. Project Correspondence between MY and SWEC, NAC and Manafort Brothers, Inc. related to the ISFSI
5. Internal MY Memoranda related to the ISFSI
6. Change Orders/Amendments related to the SWEC/MY contract
7. MY's Project Schedule Updates. (Need all of these created after September 2001.)
8. Electronic Primavera Project Planner (P3) schedule files for all updates of schedules prepared by MY.

## Appendix 3 – Documents Not Yet Provided by the Plaintiffs

### YANKEE ATOMIC

1. NAC's Daily Reports (No daily reports before September 10, 2001 have been provided.)

2. NAC's Monthly Reports (Reports for the following periods have not been provided: February 1997 to June 1997, September 1998 to August 1999, and July 2000 to March 2001.)

3. NAC's Monthly Reports reference Project Schedules in electronic format (The schedules for the following periods have not been provided: June 1996 to October 2000, December 2000 to February 2001, August 2001, February 2002, March 2002, May 2002 to August 2002, and February 2003 to June 2003.)

4. NAC Weekly Schedule Reports

5. YA Board of Director Meetings Reports (The following reports were provided: September 8, 1995, September 6, 1996, December 6, 1996, March 7, 1997, June 3, 1998, December 2, 1998, March 31, 1999, September 15, 1999, November 18, 1999, March 16, 2000, April 24, 2000, May 18, 2000. Need a full set of these documents for the period between June 1996 and July 2003.)

6. YNPS Oversight Monthly Status Summary (The following periods have not been provided: June 1996 to June 2001 and January 2002 to July 2003.)

7. Duke Engineering & Services (DE&S) Weekly Reports (The following reports have been provided: January 14, 2000, January 21, 2000, and February 4, 2000.)

8. DE&S/YA Project Schedules (Four (4) Primavera Schedules that appear to have been maintained for YA under the Hardware Contract have been located. They are

identified as follows: YR17 (Data Date November 10, 1998), YR18 (Data Date February 8, 1999), YR19 (Data Date August 2, 1999) and YR20 (Data Date November 8, 1999). Need these schedules and any other YR-designated schedules in electronic format.)

9. The following four (4) schedules listed below have not been provided in electronic format:

    a. Yankee Atomic Memorandum dated January 1, 1996 Subject: Integrated Plan for Yankee Plant. This memo contains an 85-activity Microsoft Project Schedule.

    b. ISFSI – Licensing – Crane – Bldg Microsoft Project Schedule dated January 24, 1997. This is a 2-page Microsoft Project Schedule with 31 activities.

    c. NAC Letter dated March 21, 1997 Subject: Project Responsibilities and Contract Scope Changes. This letter contains a 43-activity schedule that appears to be a Microsoft Project Schedule.

    d. ISFSI Project Schedule dated October 29, 1998. This is a 7-page Microsoft Project Schedule with 195 activities.

10. Project Correspondence between YA and NAC, DE&S and Framatome subsequent to the period of the Plaintiff database production.

11. Internal YA Memoranda related to the ISFSI subsequent to the period of the Plaintiff database production.