IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 98-126 C
(Senior Judge Merow)

Filed Electronically: June 1, 2004

APPENDIX TO
YANKEE ATOMIC'S MOTION TO
EXCLUDE TESTIMONY FROM DANIEL FISCHEL

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 - Fax

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert Shapiro
SPRIGGS & HOLLINGSWORTH

June 1, 2004

## INDEX TO APPENDIX

**Description** **Page**

Expert Report of Daniel R. Fischel Re: Yankee Atomic ........ 1

Expert Report of Daniel R. Fischel Re: Connecticut Yankee ........ 46

Expert Report of Daniel R. Fischel Re: Maine Yankee ........ 89

Deposition Transcript of Daniel Fischel (9/4/2002)[Excerpts] ........ 134

Deposition Transcript of Daniel Fischel (9/6/2002) [Excerpts] ........ 153

Deposition Transcript of Daniel Fischel (10/8/2002) [Excerpts] ........ 159

Transcript of Teleconference on September 9, 2002 ........ 173

Deposition Transcript of Daniel Fischel (10/9/2002) [Excerpts] ........ 178