Deposition of Daniel R. Fischel in Re: Jennie Farber on behalf of herself and all others similarily situated v. Public Service Company of New Mexico; Jerry D. Geist; John P. Bundrant and Albert J. Robison, United States District Court for the District of New Mexico, CIV 89-456 JB WWD (April 17 and 18, 1991).

Affidavit of Daniel R. Fischel in Re: Moise Katz, Frederick Rand, Elias Weissman, Richard D. Morgan, Marion R. Morgan and Mortimer Schulman v. Raymond A. Hay, United States District Court, Southern District of New York, No. 86 Civ. 5640 (JES) (March 29, 1991).

Deposition of Daniel R. Fischel in Re: Standard Chartered PLC., a United Kingdom corporation, et al. v. Price Waterhouse, a general partnership, Superior Court of the State of Arizona, in and for the County of Maricopa, CV 88-34414 (March 13 and 14, 1991).

Affidavit of Daniel R. Fischel in Re: United States of America v. AVX Corporation, and Commonwealth of Massachusetts v. AVX Corporation, United States District Court, District of Massachusetts, Civil Action Nos. 83-3882-Y and 83-3899-Y (January 29, 1991).

Deposition of Daniel R. Fischel in Re: Apple Computer Securities, United States District Court Northern District of California, San Jose Division, No. C-84-20148 (a) JW (December 13 and 14, 1990).

Deposition of Daniel R. Fischel in Re: Polycast Technology Corporation, and Uniroyal Plastics Acquisition Corp. v. Uniroyal, Inc., et al., United States District Court Southern District of New York, No. 87 Civ. 3297 (December 6, 1990 and November 28, 1990).

Deposition of Daniel R. Fischel in Re: Ellen Rudd, on behalf of herself and all others similarly situated, and Mayer Corporation on behalf of themselves, and all others similarly situated, and Louis Brandt, and Israel Baker, Jay R. Kuhne, Pininfarina Corp., and American Transfer Co., on behalf of themselves and all others similarly situated v. Kirk Kerkorian, et al., Superior Court of the State of California, County of Los Angeles, Nos. CA 000980, CA 000981, CA 001017, CA 620279 (June 21, 1990).

Testimony of Daniel R. Fischel in Re: City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims, United States District Court, Northern District, No. C-84-20601 RPA (May 23 and 24, 1990).

Deposition of Daniel R. Fischel in Re: City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims, United States District Court, Northern District, No. C-84-20601 RPA (May 22, 1990), No. RPA 84-20601 (November 16, 1989 and September 8, 1989).

Testimony of Daniel R. Fischel in Re: Kulicke and Soffa Industries, Inc. Securities Litigation, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 20 and 21, 1990).

Deposition of Daniel R. Fischel in Re: Kulicke and Soffa Industries, Inc. Securities Litigation, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 9, 1990; December 19 and 21, 1989).

Affidavit of Daniel R. Fischel in Re: Viacom International Inc. v. Carl C. Icahn, et al., v. Ralph M. Baruch, et al., United States District Court, Southern District of New York, No. 86 Civ. 4215 (RPP) (March 8, 1990).

Deposition of Daniel R. Fischel in Re: Technical Equities Coordination Litigation, Superior Court of the State of California for the County of Santa Clara, Master File No. 1991, Santa Clara County Superior No. 600306 (March 1, 1990).

Deposition of Daniel R. Fischel in Re: Amalgamated Clothing and Textile Workers Union, AFL-CIO, et al. v. David A. Murdock, et al., United States District court for the Central District of California, No. CV-86-6410 IH (February 8, 1990).

Deposition of Daniel R. Fischel in Re: Connecticut National Life Insurance Company, et al. v. Peter A.. Sprecher and Laventhol & Horwath, United States District Court, Central District of California, No. CV 87-1945 WJR (Tx) (January 30, 1990).

Deposition of Daniel R. Fischel in Re: Consolidated Capital Securities Litigation, United States District Court, Northern District of California, No. C-85-7332 AJZ (January 22, 1990).

Declaration of Daniel R. Fischel in Re Plaintiffs' Damages in Re: Liquidity Fund, et al. v. Southmark Corporation, et al. in the Superior Court of the State of California for the County of San Mateo, No. 332435 (January 18, 1990).

Deposition of Daniel R. Fischel in Re: Norman Kamerman, Shirley Brown, Edward Rosen, Lexim Investors Corp., and Dohsa Anstalt, on behalf of themselves and all others similarly situated, and Barnett Stepak v. Saul Steinberg, Reliance Group Holdings, Inc., Reliance Group, Inc., Reliance Financial Services corp., and Reliance Insurance Company, United States District Court, Southern District of New York, No. 84 Civ. 4440 (September 13, 1989).

Affidavit of Daniel R. Fischel in Re: Edward A. Taylor, et al. v. A. O. Smith Corporation et al., Circuit Court for Lincoln County, Tennessee, No. 098-84 (August 11, 1989).

Deposition of Daniel R. Fischel in Re: Container Products Inc. v. Pace Industries, United States District Court, Southern District of New York, No. 88-CIV. 3549 (KMW) (July 19, 1989).

Deposition of Daniel R. Fischel in Re: Joseph B. Moorman, et al. v. Southmark Corporation, et al., Liquidity Fund, et al. v. Southmark Corporation, et al., Superior Court of the State of California for the County of San Mateo, Nos. 322135 and 332435 (July 11, 1989).

Testimony of Daniel R. Fischel in Re: Tessie Wolfson, et al. v. Frederick S. Hammer, and Meritor Financial Group, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8471 (June 20, 1989).

Deposition of Daniel R. Fischel in Re: Richard J. Heckmann, et al. v. C. L. Ahmanson, et al., and Consolidated Cases, Superior Court of the State of California for the County of Los Angeles, Nos. CA000851 and C642081 (June 8, 1989).

Deposition of Daniel R. Fischel in Re: Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (May 11, 1989).

Testimony of Daniel R. Fischel in Re: Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (April 13, 1989).

Deposition of Daniel R. Fischel in Re: National Union Fire Insurance Company of Pittsburgh, PA v. Wells Fargo Bank, N.A., District Court of Harris County, Texas, 125th Judicial District, No. 88-49246 (April 10 and 11, 1989).

Deposition of Daniel R. Fischel in Re: Susan Rothenberg, as Custodian for Stephen J. Rothenberg v. Charles E. Hurwitz, United Financial Corporation, United Savings Association of Texas, et al., United States District Court for the Southern District of Texas, Houston Division, Civil Action No. H-86-1435 (March 30, 1989).

Deposition of Daniel R. Fischel in Re: Jose Nodar, et al. v. William Weksel, Albert Bromberg, Henry B. Turner, IV, Frank L. Bryant, Leo Kuperschmid, Bennett S. Lebow, Ernst & Whinney and Oppenheimer & Co., Inc., United States District Court, Southern District of New York, No. 84 Civ. 3870 (VLB) and consolidation case No. 84 Civ. 5132 (VLB) (December 15 and 16, 1988).

Deposition of Daniel R. Fischel in Re: William Steiner, et al. v. Whittaker Corporation, et al., Superior Court of the State of California for the County of Los Angeles, No. CA000817 (December 7, 1988).

Deposition of Daniel R. Fischel in Re: Arnold I. Laven, et al. v. Western Union Corporation, et al., United States District Court for the District, Western District of Washington, MDL No. 551 (August 30 and 31, 1988).

Deposition of Daniel R. Fischel in Re: Washington Public Power Supply System Securities Litigation, United States District Court, Western District of Washington, MDL No. 551 (August 16 and 22, 1988).

Affidavit of Daniel R. Fischel in Re: District Business Conduct Committee for District No. 3 v. Blinder, Robinson & Company Inc., et al., National Association of Securities Dealers, Inc. National Business Conduct Committee, Complaint No. DEN-666 (July 21, 1988).

Deposition of Daniel R. Fischel in Re: Joseph Seidman, et al. v. Stauffer Chemical Company, et al, United States District Court for the District of Connecticut, No. B 84-543 (TFGD) (June 10, 1988 and May 5, 1987).

Deposition of Daniel R. Fischel in Re: Edlin Cattle Co., Inc., and James Edlin v. A. O. Smith Harvestore Products, Inc., et al., United States District Court for the Northern District of Texas, Amarillo Division, No. CA-2-86-0122 (May 12, 1988).

Deposition of Daniel R. Fischel in Re: MicroPro Securities Litigation, United States District Court for the Northern District of California, No. C-85-7428-EFL (A) (May 2, 1988).

Affidavit of Daniel R. Fischel in Re: Pizza Time Theatre Securities Litigation, United States District Court for the Northern District of California, Civil File No. 84-20048-(A)-RPA (March 25, 1988).

Affidavit of Daniel R. Fischel and Robert A. Sherwin in Re: First National Bank of Louisville v. Brooks Farms, and George C. Brooks, et al., Third-Party Plaintiffs v. A. O. Smith Corporation, et al., Circuit Court for Maury County, Tennessee, No. 2058 (March 3, 1988).

Testimony of Daniel R. Fischel in Re: Nucorp Energy Securities Litigation, United States District Court for the Southern District of California, M.D.L. 514 (March 15, 16, 17, and 18, 1988).

Deposition of Daniel R. Fischel in Re: Nucorp Energy Securities Litigation, United States District Court for the Southern District of California, M.D.L. 514 (January 27, 1988).

Deposition of Daniel R Fischel in Re: Anheuser-Busch Companies, Inc. v. W. Paul Thayer, et al., United States District Court for the Northern District of Texas, Dallas Division, No. CA-3-85-0794-R (January 21, 1988; December 4, 1987; and November 5, 1987).

Testimony of Daniel R. Fischel in Re: Securities and Exchange Commission v. First City Finance Corporation Ltd., and Marc Belzberg, United States District Court for the District of Columbia, Civil Action No. 86-2240 (December 18, 1987).

Testimony of Daniel R. Fischel in Re. The Irvine Company v. Athalie Irvine Smith and Athalie R. Clarke, Trustee, State of Michigan Circuit Court for the county of Oakland, Civil Action No. 8327011-CZ (December 14, 15, and 16, 1987).

Deposition of Daniel R. Fischel in Re: Securities and Exchange Commission v. First City Finance Corporation, Ltd. and Marc Belzberg, United States District Court for the District of Columbia, Civil Action No. 86-2240 (December 11, 1987).

Affidavit of Daniel R. Fischel in Re: Gerald D. Broder and Constance D. Broder v. Alphonse H. Bellac and William B. Weinberger v. Combustion Equipment Associates, Inc., et al., and William B. Weinberger v. Coopers & Lybrand, United States District Court for the Southern District of New York, 80 CIV 6175 (CES) 80 CIV 6839 (CES) 84 CIV 8217 (CES) (July 22, 1987).

Deposition of Daniel R. Fischel in Re: The Irvine Company v. Athalie Irvine Smith and Athalie R. Clarke, Trustee, State of Michigan, Circuit Court for the County of Oakland, Civil Action No. 83270011-CZ (June 1, 1987).

Deposition of Daniel R. Fischel in Re: Fortune Systems Securities Litigation, United States District for the Northern District of California, Master File No. 83-3348A-WHO (May 7, 1987).

Deposition of Daniel R. Fischel in Re: Victor Technologies Securities Litigation, United States District Court for the Northern District of California, Master File No. C-83-3906(A)-RFP (FW) (January 8, 1987 and October 30, 1986).

Reply Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment in Re: Activision Securities Litigation, United States District Court for the Northern District of California, Master File No. C-83-4639(A)-MHP (October 27, 1986).

Testimony of Daniel R. Fischel in Re: NVHomes, L.P. v. Ryan Homes, Inc.; and Ryan Homes, Inc. v. NVHomes, L.P., et al., United States District Court for the Western District of Pennsylvania, Civil Action No. 86-2139 (October 24, 1986).

Supplemental Affidavit of Daniel R. Fischel in Re: NVHomes, L.P. v. Ryan Homes, Inc.; and Ryan Homes, Inc. v. NVHomes, L.P. and NVAcquisition L.P., et al., United States District Court the Western District of Pennsylvania, Civil Action No. 86-2139 (October 24, 1986).

Affidavit of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment in Re: Activision Securities Litigation, United States District Court for the Northern District of California, Master File No. C-86-2139 (October 20, 1986).

Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment in Re: Activision Securities Litigation, United States District Court for the Northern District of California, Master File No. C-83-4639(A)-MHP (October 2, 1986).

Affidavit in Support of Defendants Motion for Summary Judgment in Re: MCorp Securities Litigation, United States Court for the Southern District of Texas, Civil Action No. H-85-5894 (September 25, 1986).

Deposition of Daniel R. Fischel in Re: Activision Securities Litigation, United States District Court for the Northern District of California, No. C 83 4639 (August 18 and 19, 1986).

Deposition of Daniel R. Fischel in Re: John Mancino v. James A. McMaghan, et al., United States District Court for the Northern District of California, Civil No. C-84-0407-TEH (August 14, 1986).

Testimony of Daniel R. Fischel in Re: Charles W. Leigh, et al. and George Johnson, et al. v. Clyde William Engle, et al., United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (August 1, 1986).

Reply Affidavit of Daniel R. Fischel in Re: The Amalgamated Sugar Company v. NL Industries, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 28, 1986).

Affidavit of Daniel R. Fischel in Re: The Amalgamated Sugar Company v. NL Industries, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 18, 1986).

Deposition of Daniel R. Fischel in Re: Charles W. Leigh, et al. and George Johnson, et al. v. Clyde William Engle, et al., United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (July 1, 1986).

Deposition of Daniel R. Fischel in Re: Seafirst Corporation v. William M. Jenkins, et al.; and Seafirst Corporation v. John R. Boyd, et al., United States District Court for the Western District of Washington at Seattle, Case No. C83-771R (February 27, 1986).

Deposition of Daniel R. Fischel in Re: Kreindler v. Sambo's Restaurants, Inc., United States District Court for the Southern District of New York, Case No. 79 Civ. 4538 (December 17, 1985).

Affidavit of Daniel R. Fischel in Re: United States of America v. S. Richmond Dole and Clark J. Matthews II (March 19, 1985).

Deposition of Daniel R. Fischel in Re: Craig T. McFarland, et al. v. Memorex Corporation, United States District Court for the Northern District of California, No. C 79-2926-WAI, C 79-2007-WAI, C 79-241-WAI (February 26, 1985; January 29 and 30, 1985).

Testimony of Daniel R. Fischel in Re: Robert J. Lawrence v. Grumman Corp. Pension Plan, et al., United States District Court for the Eastern District of New York, No. CV-81-3530 (December 19, 1983).

Testimony of Daniel R. Fishel in Re: Telvest, Inc. v. Junie L. Bradshaw, et al. and American Furniture Company, United States District Court, for the Eastern District of Virginia Richmond Division, No. CA-79-0722-R (December 4, 1981).

## OTHER ACTIVITIES

Member, American Economic Association, American Finance Association.

Member, Board of Directors, Center for the Economy and the State.

Former member, Mid-America Institute Task Force on Stock Market Collapse.

Have acted as a consultant and/or advisor to the New York Stock Exchange, the National Association of Securities Dealers, the Chicago Board of Trade, the Federal Trade Commission, the Department of Labor, the Securities and Exchange Commission, the Canadian Securities and Exchange Commission, the United States Department of Justice, the Federal Deposit Insurance Corporation, and the Office of Thrift Supervision.

Referee, Journal of Financial Economics, Journal of Law and Economics, Journal of Legal Studies.

Participant and speaker at multiple conferences on the Economics of Corporate, Securities and Commodities Law and the Regulation of Financial Markets.

Former Chairman, American Association of Law Schools' Section on Law and Economics.

B

**Exhibit B**
**Documents Considered**

**Pleadings**

1. Maine Yankee Pretrial Brief of Legal Points and Authorities Relied Upon In Re: Main Yankee Atomic Power Co. v. United States of America

2. Utility Plaintiffs' Motion for Clarification Of This Court's September 26, 2001 Order In Re: Yankee Atomic Electric Company, et al. v. United States of America

3. Maine Yankee's Motion for Summary Judgment On Contract Liability In Re: Maine Yankee Atomic Power Company v. United States of America

4. Yankee Atomic Electronic Company's Proposed Findings of Uncontroverted Fact In Support Of Motion For Summary Judgement On Liability In Re: Yankee Atomic Electric Company v. United States of America

5. Yankee Atomic's Opposition To Motion To Dismiss Cross-Motion For Summary Judgment On Contract Liability In Re: Yankee Atomic Electric Company v. United States of America

6. Connecticut Yankee Atomic Power company's Proposed Findings Of Uncontroverted Fact In Support Of Motion For Summary Judgement On Liability In Re: Connecticut Yankee Atomic Power Company v. United States of America

7. Maine Yankee's Proposed Findings Of Uncontroverted Fact In Support Of Motion For Summary Judgment On Contract Liability In Re: Maine Yankee Atomic Power Company v. United States of America

8. Complaint In Re: Maine Yankee Atomic Power Company v. United States of America

9. Complaint In Re: Yankee Atomic Electronic Company v. United States of America

10. Complaint In Re: Connecticut Yankee Atomic Power Company v. United States of America

11. Defendant's Proposed Findings Of Uncontroverted Fact Regarding Plaintiff's Greater Than Class C Radioactive Waste Arguments In Re: Yankee Atomic Electric Company v. United States of America

12. Defendant's Motion For Partial Summary Judgment Regarding Plaintiff's Greater Than Class C Radioactive Waste Arguments In Re: Yankee Atomic Electric Company v. United States of America

13. Defendant's Proposed Findings Of Uncontroverted Fact Regarding The Rate Of Spent Nuclear Fuel Acceptance In Re: Yankee Atomic Electric Company v. United States of America

14. Defendant's Motion For Partial Summary Judgment Regarding The Rate of Spent Nuclear Fuel Acceptance In Re: Yankee Atomic Electric Company v. United States of America

15. Appendix To Defendant's Motion For Partial Summary Judgment Regarding The Rate Of Spent Nuclear Fuel Acceptance In Re: Yankee Atomic Electric Company v. United States of America

16. Appendix Exhibits to Defendant's Motion for Summary Judgment Regarding The Rate of Spent Nuclear Fuel Acceptance (Index I-XI)

17. Transcript of Proceedings In Re: Yankee Atomic Electric Company, et al. v. United States of America, November 16, 2001

18. Connecticut Yankee's Responses To The Government's First Set Of Interrogatories In Re: Connecticut Yankee Atomic Power Company v. United States of America

19. Maine Yankee's Objections and Answers To The Government's First Set of Interrogatories In Re: Maine Yankee Atomic Power Company v. United States of America

20. Yankee Atomic's Objections and Answers To The Government's First Set of Interrogatories In Re: Yankee Atomic Electric Company v. United States of America

21. Pre-Trial Filings Submitted by Connecticut Yankee Atomic Power Co., June 30, 1999

22. Pre-Trial Filings Submitted by Yankee Atomic Electric Co., June 30, 1999

**Discovery**

23. 1995 Acceptance Priority Ranking and Annual Capacity Report September 1996 (DB000246-DB000298)

24. Documents Regarding the Trading of Spent Nuclear Fuel by Maine Yankee, Connecticut Yankee & Yankee Atomic (CTR-004-0035-CTR-004-0042; MOF027746-MOF027750; YDK008886-YDK008887; YDK016562-YDK016573; YDK009745; HQ0011257-HQ0011267; YDK021815-YDK021818; YDK045573-YDK045574; PA-158652-PA-158759;YDK009746-YDK009747; YDK011481; YDK009748; YDK009699YDK009703)

25. Plaintiffs Experts Graves, Wise, Stuart, Pennington & Barry discovery documents (EXP100001-EXP500021)

26. Department of Energy Audit Documents (AUD000199-AUD000215) with attached cover letter from Kevin Crawford to Mark Nast dated December 27, 20001

27. Documents related to Graves' Expert Report and Analysis (EXP10001-EXP100201)
28. Mission Plan for the Civilian Radioactive Waste Management Program, Volume I, June 1985 (HQR-003-1088-HQR-003-1263)

29. Part II, Information Required By The Nuclear Waste Policy Act (HQR-003-1264-HQR-003-1620)

30. OCRWM Mission Plan Amendment With Comments on the Draft Amendment and Responses to the Comments, June 1987 (HQR-003-1621-HQR-003-1777)

31. NAC International Report entitled "Analysis of the Shipping and Storage Situation at U.S. Commercial Nuclear Reactor and Storage Sites" prepared by Spriggs and Hollingsworth, April 1999 (NAC000496-NAC000840)

32. NAC International Report entitled "Executive Summary of the Costs of Managing Spent Commercial Nuclear Fuel in the United States" prepared by Spriggs and Hollingsworth, June 1999 (NAC000841-NAC000891)

33. Fax from Dean Murphy of Spriggs and Hollingsworth to Jerry Stouck of The Brattle Group dated May 5, 1999 Re: Results of Must-Move Analysis (EXP100001-EXP100201)

**Depositions**

34. Deposition and Exhibits of William H. Odell, October 18, 2001

35. Deposition and Exhibits of Frederick Williams, October 16-17, 2001

36. Deposition and Exhibits of Russell A. Mellor, October 25-26, 2001

37. Deposition and Exhibits of Michael Terrell, October 29, 2001

38. Deposition and Exhibits of Brian C. Woods, November 8-9, 2001

39. Deposition and Exhibits of Loring E. Mills, November 7 & 9, 2001

40. Deposition and Exhibits of Kenneth T. Wise, November 5-7, 2001 and January 10, 2002

41. Deposition and Exhibits of George D. Whittier, November 1-2, 2001

42. Deposition and Exhibits of John M. Buchheit, October 31, 2001 and November 1-2, 2001

43. Deposition and Exhibits of Christopher C. Barry, November 6-7, 2001

44. Deposition and Exhibits of John W. Bartlett, October 29, 2001

45. Deposition and Exhibits of Thomas W. Bennet, Jr., November 2 & 5, 2001

46. Deposition and Exhibits of Ivan Stuart, October 24-26, 2001

47. Deposition and Exhibits of Gretchen Shepherd, November 1, 2001

48. Deposition and Exhibits of James R. Garvey, October 29-30, 2001

49. Deposition and Exhibits of Dan M. Collier, October 23, 2001

50. Deposition and Exhibits of Wayne Norton, October 25, 2001

51. Deposition and Exhibits of Charles W. Pennington, October 24-26, 2001

52. Deposition and Exhibits of Andrew Kadak, November 9, 2001 and December 18, 2001

53. Deposition and Exhibits of Carrie Guerrette, November 12, 2001

54. Deposition and Exhibits of Kenneth J. Heider, November 13-14, 2001

55. Deposition and Exhibits of Robert P. Jordan, November 14-15, 2001

56. Deposition and Exhibits of Stephen W. Howe, November 13, 2001

57. Deposition and Exhibits of Carla M. Pizzella, November 14-15, 2001

58. Deposition and Exhibits of Frank C. Graves, November 12-14, 2001 and January 3, 2002

59. Deposition and Exhibits of Michael J. Meisner, November 14-15, 2001

60. Deposition and Exhibits of Kathleen Jewell-Kelleher, November 16, 2001

61. Deposition and Exhibits of Lawrence H. Vautour, November 20, 2001

62. Deposition and Exhibits of Todd Daniel Smith, November 19, 2001

63. Deposition and Exhibits of Rudolph Grube, November 7-8, 2001

64. Deposition and Exhibits of Harvey Tracey, November 20, 2001

65. Deposition and Exhibits of Paul J. Plante, November 26-27, 2001 and December 18, 2001

66. Deposition and Exhibits of David Rivard, November 28-29, 2001

67. Deposition and Exhibits of Don K. Davis, December 19, 2001

68. Deposition and Exhibits of Thomas LaGuardia, January 8, 2002

**Expert Reports & Related Materials**

69. Expert Witness Report of John W. Bartlett, June 30, 1999

70. Expert Witness Report of Frank C. Graves, June 30, 1999

71. Expert Witness Report of James P. Malone, June 30, 1999

72. Expert Witness Report of Ivan F. Stuart. June 30, 1999

73. Expert Report On Damages Incurred By Maine Yankee Due To The Department of Energy's Partial Contract Breach by Kenneth T. Wise, June 30, 1999

74. Expert Report of Christopher C. Barry, June 29, 1999

75. Expert Report of Charles W. Pennington, August 22, 2000

**Government Documents**

76. Nuclear Waste: Comprehensive Review of the Disposal Program Is Needed (Letter Report, 09/27/94, GAO/RCED-94-299

77. Part VII: Air Pollution Control; Recommendation for Alternative Emission Reduction Options Within State Implementation Plans, EPA, Federal Register, Vol. 44, No. 239, December 11, 1979

78. Collection of Letters from the U.S. Department of Energy Re: Final Delivery Schedules from the Period of June 15, 1998 - May 24, 2000

79. Collection of Letters from U.S. Department of Energy Re: Delivery Commitment Schedules from the Period of September 24, 1992 - September 14, 2000

80. The Nuclear Waste Policy Act of 1999, Hearings Before the Subcommittee On Energy and Power of the Committee on Commerce, House of Representatives, February 10 and March 12, 1999

81. Prepared Statement of Mr. Stuart Schiffer, Deputy Assistant Attorney General, Commercial Litigation Branch, Department of Justice, February 10, 1999

82. Statement of Honorable Ron Paul of Texas, March 22, 2000, Nuclear Waste Policy Amendments Act of 2000

**Articles**

83. Article entitled "Superstars in the National Basketball Association: Economic Value and Policy" by Jerry A. Hausman and Gregory K. Leonard from Journal of Labor Economics, 1997, vol. 15, no.4