## OTHER ACTIVITIES

Member, American Economic Association, American Finance Association.

Member, Board of Directors, Center for the Economy and the State.

Former member, Mid-America Institute Task Force on Stock Market Collapse.

Have acted as a consultant and/or advisor to the New York Stock Exchange, the National Association of Securities Dealers, the Chicago Board of Trade, the Federal Trade Commission, the Department of Labor, the Securities and Exchange Commission, the Canadian Securities and Exchange Commission, the United States Department of Justice, the Federal Deposit Insurance Corporation, and the Office of Thrift Supervision.

Referee, Journal of Financial Economics, Journal of Law and Economics, Journal of Legal Studies.

Participant and speaker at multiple conferences on the Economics of Corporate, Securities and Commodities Law and the Regulation of Financial Markets.

Former Chairman, American Association of Law Schools' Section on Law and Economics.

B

**Exhibit B**
**Documents Considered**

**Pleadings**

1. Maine Yankee Pretrial Brief of Legal Points and Authorities Relied Upon In Re: Main Yankee Atomic Power Co. v. United States of America

2. Utility Plaintiffs' Motion for Clarification Of This Court's September 26, 2001 Order In Re: Yankee Atomic Electric Company, et al. v. United States of America

3. Maine Yankee's Motion for Summary Judgment On Contract Liability In Re: Maine Yankee Atomic Power Company v. United States of America

4. Yankee Atomic Electronic Company's Proposed Findings of Uncontroverted Fact In Support Of Motion For Summary Judgement On Liability In Re: Yankee Atomic Electric Company v. United States of America

5. Yankee Atomic's Opposition To Motion To Dismiss Cross-Motion For Summary Judgment On Contract Liability In Re: Yankee Atomic Electric Company v. United States of America

6. Connecticut Yankee Atomic Power company's Proposed Findings Of Uncontroverted Fact In Support Of Motion For Summary Judgement On Liability In Re: Connecticut Yankee Atomic Power Company v. United States of America

7. Maine Yankee's Proposed Findings Of Uncontroverted Fact In Support Of Motion For Summary Judgment On Contract Liability In Re: Maine Yankee Atomic Power Company v. United States of America

8. Complaint In Re: Maine Yankee Atomic Power Company v. United States of America

9. Complaint In Re: Yankee Atomic Electronic Company v. United States of America

10. Complaint In Re: Connecticut Yankee Atomic Power Company v. United States of America

11. Defendant's Proposed Findings Of Uncontroverted Fact Regarding Plaintiff's Greater Than Class C Radioactive Waste Arguments In Re: Yankee Atomic Electric Company v. United States of America

12. Defendant's Motion For Partial Summary Judgment Regarding Plaintiff's Greater Than Class C Radioactive Waste Arguments In Re: Yankee Atomic Electric Company v. United States of America

13. Defendant's Proposed Findings Of Uncontroverted Fact Regarding The Rate Of Spent Nuclear Fuel Acceptance In Re: Yankee Atomic Electric Company v. United States of America

14. Defendant's Motion For Partial Summary Judgment Regarding The Rate of Spent Nuclear Fuel Acceptance In Re: Yankee Atomic Electric Company v. United States of America

15. Appendix To Defendant's Motion For Partial Summary Judgment Regarding The Rate Of Spent Nuclear Fuel Acceptance In Re: Yankee Atomic Electric Company v. United States of America

16. Appendix Exhibits to Defendant's Motion for Summary Judgment Regarding The Rate of Spent Nuclear Fuel Acceptance (Index I-XI)

17. Transcript of Proceedings In Re: Yankee Atomic Electric Company, et al. v. United States of America, November 16, 2001

18. Connecticut Yankee's Responses To The Government's First Set Of Interrogatories In Re: Connecticut Yankee Atomic Power Company v. United States of America

19. Maine Yankee's Objections and Answers To The Government's First Set of Interrogatories In Re: Maine Yankee Atomic Power Company v. United States of America

20. Yankee Atomic's Objections and Answers To The Government's First Set of Interrogatories In Re: Yankee Atomic Electric Company v. United States of America

21. Pre-Trial Filings Submitted by Connecticut Yankee Atomic Power Co., June 30, 1999

22. Pre-Trial Filings Submitted by Yankee Atomic Electric Co., June 30, 1999

**Discovery**

23. 1995 Acceptance Priority Ranking and Annual Capacity Report September 1996 (DB000246-DB000298)

24. Documents Regarding the Trading of Spent Nuclear Fuel by Maine Yankee, Connecticut Yankee & Yankee Atomic (CTR-004-0035-CTR-004-0042; MOF027746-MOF027750; YDK008886-YDK008887; YDK016562-YDK016573; YDK009745; HQ0011257-HQ0011267; YDK021815-YDK021818; YDK045573-YDK045574; PA-158652-PA-158759;YDK009746-YDK009747; YDK011481; YDK009748; YDK009699YDK009703)

25. Plaintiffs Experts Graves, Wise, Stuart, Pennington & Barry discovery documents (EXP100001-EXP500021)

26. Department of Energy Audit Documents (AUD000199-AUD000215) with attached cover letter from Kevin Crawford to Mark Nast dated December 27, 20001

27. Documents related to Graves' Expert Report and Analysis (EXP10001-EXP100201)
28. Mission Plan for the Civilian Radioactive Waste Management Program, Volume I, June 1985 (HQR-003-1088-HQR-003-1263)

29. Part II, Information Required By The Nuclear Waste Policy Act (HQR-003-1264-HQR-003-1620)

30. OCRWM Mission Plan Amendment With Comments on the Draft Amendment and Responses to the Comments, June 1987 (HQR-003-1621-HQR-003-1777)

31. NAC International Report entitled "Analysis of the Shipping and Storage Situation at U.S. Commercial Nuclear Reactor and Storage Sites" prepared by Spriggs and Hollingsworth, April 1999 (NAC000496-NAC000840)

32. NAC International Report entitled "Executive Summary of the Costs of Managing Spent Commercial Nuclear Fuel in the United States" prepared by Spriggs and Hollingsworth, June 1999 (NAC000841-NAC000891)

33. Fax from Dean Murphy of Spriggs and Hollingsworth to Jerry Stouck of The Brattle Group dated May 5, 1999 Re: Results of Must-Move Analysis (EXP100001-EXP100201)

**Depositions**

34. Deposition and Exhibits of William H. Odell, October 18, 2001

35. Deposition and Exhibits of Frederick Williams, October 16-17, 2001

36. Deposition and Exhibits of Russell A. Mellor, October 25-26, 2001

37. Deposition and Exhibits of Michael Terrell, October 29, 2001

38. Deposition and Exhibits of Brian C. Woods, November 8-9, 2001

39. Deposition and Exhibits of Loring E. Mills, November 7 & 9, 2001

40. Deposition and Exhibits of Kenneth T. Wise, November 5-7, 2001 and January 10, 2002

41. Deposition and Exhibits of George D. Whittier, November 1-2, 2001

42. Deposition and Exhibits of John M. Buchheit, October 31, 2001 and November 1-2, 2001

43. Deposition and Exhibits of Christopher C. Barry, November 6-7, 2001

44. Deposition and Exhibits of John W. Bartlett, October 29, 2001

45. Deposition and Exhibits of Thomas W. Bennet, Jr., November 2 & 5, 2001

46. Deposition and Exhibits of Ivan Stuart, October 24-26, 2001

47. Deposition and Exhibits of Gretchen Shepherd, November 1, 2001

48. Deposition and Exhibits of James R. Garvey, October 29-30, 2001

49. Deposition and Exhibits of Dan M. Collier, October 23, 2001

50. Deposition and Exhibits of Wayne Norton, October 25, 2001

51. Deposition and Exhibits of Charles W. Pennington, October 24-26, 2001

52. Deposition and Exhibits of Andrew Kadak, November 9, 2001 and December 18, 2001

53. Deposition and Exhibits of Carrie Guerrette, November 12, 2001

54. Deposition and Exhibits of Kenneth J. Heider, November 13-14, 2001

55. Deposition and Exhibits of Robert P. Jordan, November 14-15, 2001

56. Deposition and Exhibits of Stephen W. Howe, November 13, 2001

57. Deposition and Exhibits of Carla M. Pizzella, November 14-15, 2001

58. Deposition and Exhibits of Frank C. Graves, November 12-14, 2001 and January 3, 2002

59. Deposition and Exhibits of Michael J. Meisner, November 14-15, 2001

60. Deposition and Exhibits of Kathleen Jewell-Kelleher, November 16, 2001

61. Deposition and Exhibits of Lawrence H. Vautour, November 20, 2001

62. Deposition and Exhibits of Todd Daniel Smith, November 19, 2001

63. Deposition and Exhibits of Rudolph Grube, November 7-8, 2001

64. Deposition and Exhibits of Harvey Tracey, November 20, 2001

65. Deposition and Exhibits of Paul J. Plante, November 26-27, 2001 and December 18, 2001

66. Deposition and Exhibits of David Rivard, November 28-29, 2001

67. Deposition and Exhibits of Don K. Davis, December 19, 2001

68. Deposition and Exhibits of Thomas LaGuardia, January 8, 2002

**Expert Reports & Related Materials**

69. Expert Witness Report of John W. Bartlett, June 30, 1999

70. Expert Witness Report of Frank C. Graves, June 30, 1999

71. Expert Witness Report of James P. Malone, June 30, 1999

72. Expert Witness Report of Ivan F. Stuart. June 30, 1999

73. Expert Report On Damages Incurred By Maine Yankee Due To The Department of Energy's Partial Contract Breach by Kenneth T. Wise, June 30, 1999

74. Expert Report of Christopher C. Barry, June 29, 1999

75. Expert Report of Charles W. Pennington, August 22, 2000

**Government Documents**

76. Nuclear Waste: Comprehensive Review of the Disposal Program Is Needed (Letter Report, 09/27/94, GAO/RCED-94-299

77. Part VII: Air Pollution Control; Recommendation for Alternative Emission Reduction Options Within State Implementation Plans, EPA, Federal Register, Vol. 44, No. 239, December 11, 1979

78. Collection of Letters from the U.S. Department of Energy Re: Final Delivery Schedules from the Period of June 15, 1998 - May 24, 2000

79. Collection of Letters from U.S. Department of Energy Re: Delivery Commitment Schedules from the Period of September 24, 1992 - September 14, 2000

80. The Nuclear Waste Policy Act of 1999, Hearings Before the Subcommittee On Energy and Power of the Committee on Commerce, House of Representatives, February 10 and March 12, 1999

81. Prepared Statement of Mr. Stuart Schiffer, Deputy Assistant Attorney General, Commercial Litigation Branch, Department of Justice, February 10, 1999

82. Statement of Honorable Ron Paul of Texas, March 22, 2000, Nuclear Waste Policy Amendments Act of 2000

**Articles**

83. Article entitled "Superstars in the National Basketball Association: Economic Value and Policy" by Jerry A. Hausman and Gregory K. Leonard from Journal of Labor Economics, 1997, vol. 15, no.4

84. Article entitled "Free-Agency and the Concentration of Player Talent in Major League Baseball" by Craig A. Depken, II, the University of Texas at Arlington, Department of Economics

85. Article entitled "The Sports Business as a Labor Market Laboratory" by Lawrence M. Kahn, Journal of Economic Perspectives, Vol. 14, No. 3, Summer 2000

86. Article entitled "Labour Markets in Professional Sports" by Sherwin Rosen and Allen Sanderson, The Economic Journal, 111 (February 2001)

87. Article entitled "The Salary Cap and the Luxury Tax: Affirmative Action Programs for Weak-Drawing Franchises" by James Quirk, Stee-Rike Four! What's Wrong with the Business of Baseball?, edited by Daniel R. Marburger, Praeger 1997

88. Article entitled "The Impact of Free Agency on the Distribution of Playing Talent in Major League Baseball" by Christopher R. Drahozal, Journal of Economics and Business, 1986: 38

89. Article entitled "Free-Agency and the Competitiveness of Major League Baseball" by Craig A. Depken II, Review of Industrial Organization 14, 1999

90. Article entitled "The Coase Theorem, Free Agency, and Major League Baseball: A Panel Study of Pitcher Mobility from 1961 to 1992" by Timothy R. Hylan, Maureen J. Lage and Michael Treglia, Southern Economic Journal, vol. 62, no. 4, April 1996

91. Article entitled "Hospitality versus Exchange: the Limits of Monetary Economies" by Stephanie Bell and John F. Henry, Review of Social Economy, June 1, 2001

92. Article entitled "A beginner's guide to corporate barter" by Nigel M. Healey, Illinois Business Review, March 22, 1991

93. Article entitled "Trading Places" by Mary Kwak , Inc. Vol. 22, No. 14, October 2000

94. Article entitled "Is Why We Use Money Important" by Victor E. Li, Federal Reserve Bank of Atlanta, Economic Review, First Quarter 2001

95. Article entitled "A Search-Theoretic Approach to Monetary Economics" by Nobuhiro Kiyotaki and Randall Wright, The American Economic Review, March 1993, Vol. 83, No. 1

96. Article entitled "Social and Economic Behaviour in Organizations: Restricting the Means of Exchange Within Organizations" by Canice Prendergast and Lars Stole, European Economic Review 43 (1999)

97. Article entitled "Bargains, Barter and Money" by Merwan Engineer, Review of Economic Dynamics 4 (2001)

98. Article entitled "A Theory of Monetary Exchange" by Alfred Lorn Norman, Review of Economic Studies (1987) LIV

99. Article entitled "Money and Barter in General Equilibrium with Transactions Costs" by Jürg Niehans, American Economics Review, vol. 61, no. 5, December 1971

100. Article entitled "Asymmetry, Imperfectly Transferable Utility, and The Role of Fiat Money In Improving Terms of Trade" by Merwan Engineer and Shouyong Shi, Journal of Monetary Economics 41 (1998)

101. Article entitled "Simulating a Multiproduct Barter Exchange Economy" by Daniel Levy and Mark Bergen, Economic Inquiry, Vol. XXXI, April 1993

102. Article entitled "Institutional Guidelines for Designing Successful Transferable Rights Programs" by James T.B. Tripp and Daniel J. Dudek, Yale Journal on Regulation 1989

103. Article entitled "Economics Prescriptions for Environmental Problems: How the Patient Followed the Doctor's Orders" by Robert W. Hahn, Journal of Economic Perspectives, Vol. 3, No. 2, Spring 1989

104. Article entitled "Marketable Permits: Lessons for Theory and Practice" by Robert W. Hahn and Gordon L. Hester, Ecology Law Quarterly, Vol. 16, 1989

105. Article entitled "The Market for Sulfur Dioxide Emissions" by Paul L. Joskow, Richard Schmalensee and Elizabeth M. Bailey, The American Economic Review, Vol. 88, No. 4, September 1998

106. Article entitled "Environmental Commodities Markets: 'Messy' Versus 'Ideal' Worlds" by Richard J. McCann, Contemporary Economic Policy, Vol. XIV, July 1996

107. Article entitled "Transaction Costs and Tradeable Permits" by Robert N. Stavins, Journal of Environmental Economics and Management 29 (1995)

108. Article entitled "What Can We Learn from the Grand Policy Experiment? Lessons from $SO_2$ Allowance Trading" by Robert N. Stavins, Journal of Economic Perspectives, Vol. 12, No. 3, Summer 1998

109. Article entitled "Market Failure in Incentive-Based Regulation: The Case of Emissions Trading" by Scott Atkinson and Tom Tietenberg, Journal of Environmental Economics and Management 21 (1991)

110. Article entitled "Why Are There So Few Transactions Among Water Users?" by Robert A. Young, American Journal of Agricultural Economics, Vol. 68, No. 5, 1986

111. Article entitled "Bargaining Rules for a Thin Spot Water Market" by R. Maria Saleth, John B. Braden and J. Wayland Eheart, Land Economics, August 1991, 67(3)

112. Article entitled "Do Water Markets 'Work'? Market Transfers and Trade-Offs in the Southwestern States" by Bonnie Colby Saliba, Water Resources Research, Vol. 23, No. 7, July 1987

113. Article entitled "EPA's Bubble Policy: the Theory of Marketable Pollution Permits Confronts Reality" by Richard A. Liroff from Marketable Pollution Permits

114. Article entitled "Where Did All the Markets Go? An Analysis of EPA's Emissions Trading Program" by Robert W. Hahn and Gordon L. Hester, Yale Journal on Regulation, 1989, Vol. 6, No. 109

115. Article entitled "Emissions Trading: Why Is This Thoroughbred Bobbled?" by Daniel J. Dudek and John Palmisano, Columbia Journal of Environmental Law, Vol. 13:217

116. Article entitled "Emissions Trading and Transaction Costs: Analyzing the Flaws in the Discussion" by Edwin Woerdman, Ecological Economics 38 (2001) 293

117. Article entitled "$SO_2$ Allowance Trading: How Do Expectations and Experience Measure Up? By Douglas R. Bohi and Dallas Burtraw, The Electricity Journal, August/September 1997

118. Article entitled "The Behavior of the Allowance Market: Theory and Evidence" by Robert W. Hahn and Carol A. May, The Electricity Journal, March 1994

119. Article entitled "Barriers to Implementing Tradable Air Pollution Permits: Problems of Regulatory Interactions" by Robert W. Hahn and Roger G. Noll, Yale Journal on Regulation, Vol. 1: 63, 1983

120. Article entitled "Transaction Costs in Pollution Markets: An Empirical Study" by Lata Gangadharan, Land Economics, November 2000, 76 (4)

121. Article entitled "The US Market for $SO_2$ Permits" by Klaus Conrad and Robert E. Kohn, Energy Policy, Vol. 24, No. 12, 1996

122. Article entitled "The U.S. Allowance Trading System for Sulfur Dioxide: An Update on Market Experience" by Renee Rico, Environmental and Resource Economics, March 1995

123. Article entitled "An Interim Evaluation of Sulfur Dioxide Emissions Trading" by Richard Schmalensee, Paul L. Joskow, A. Denny Ellerman, Juan Pablo Montero and Elizabeth M. Bailey, Journal of Economic Perspectives, Volume 12, Number 3, Summer 1998

124. Article entitled "Carbon Taxes and Carbon Emissions Trading" by Paul Ekins and Terry Baker, Journal of Economic Surveys, Vol. 15, No. 3 (2001)

125. Article entitled "Sellers' Hedging Incentives at EPA's Emission Trading Auction" by Bouwe R. Dijkstra and Marco Hahn, Journal of Environmental Economics and Management 41 (2001)

126. Article entitled "Pollution Permit Markets with Intertemporal Trading and Asymmetric Information" by Andrew J. Yates and Mark B. Cronshaw, Journal of Environmental Economics and Management 42 (2001)

127. Article entitled "Seller Incentive Properties of EPA's Emission Trading Auction" by Timothy N. Cason, Journal of Environmental Economics and Management 25 (1993)

128. Article entitled "Using Markets to Allocate Pollution Permits and Other Scarce Resource Rights Under Limited Information" by Tracy R. Lewis, David E. M. Sappington, Journal of Public Economics 57 (1995)

129. Article entitled "Exclusionary Manipulation of Markets for Pollution Rights" by Walter S. Misiolek and Harold W. Elder, Journal of Environmental Economics and Management 16 (1989)

130. Article entitled "Market Power and Transferable Property Rights" by Robert W. Hahn, Quarterly Journal of Economics, November 1984

131. Article entitled "Theoretical and Practical Possibilities and Limitations of a Market Mechanism Approach to Air Pollution Control" by William S. Vickery, Land Economics, February 1992, 68(1)

132. Article entitled "Marketable Emission Permits: Efficiency, Profitability and Substitutability" by Rose Anne Devlin and R. Quentin Grafton, Canadian Journal of Economics, XXIX, April 1996

133. Article entitled "Economic Assessment of the Regional Clean Air Incentives Market: A New Emissions Trading Program for Los Angeles" by Scott Lee Johnson and David M. Pekelney, Land Economics, August 1996, 72 (3)

134. Article entitled "Attitudes Toward Risk and Compliance in Emission Permit Markets" by Shaul Ben-David, David Brookshire, Stuart Burness, Michael McKee and Christian Schmidt, Land Economics, November 2000, 76 (4)

135. Article entitled "Why Sulfur Trading Failed in the UK" by Steve Sorrell, Pollution for Sale

136. Article entitled "Efficiency and Distributional Aspects of Market Mechanisms in the Control of Pollution: an Empirical Analysis" by Nick Hanley and Ian Moffatt, Scottish Journal of Political Economy, Vol. 40, No. 1, February 1993

137. Article entitled "Emission Trading in theory and Practice: An Analysis of RECLAIM in Southern California" by O. Fromm and B. Hansjürgens, Environment and Planning C: Government and Policy, 1996, Volume 14

138. Article entitled "Too Much Market? Conflict Between Tradable Pollution Allowances and The "Polluter Pays" Principle" by Jonathan Remy Nash, Harvard Environmental Law Review, Vol. 24, 2000

139. Article entitled "Political Obstacles to the Implementation of Emissions Markets: Lessons from RECLAIM" by Dale B. Thompson, Natural Resources Journal, Vol. 40, Summer 2000

140. Article entitled "An Experimental Investigation of the Seller Incentives in the EPA's Emission Trading Auction" by Timothy N. Cason, The American Economic Review, September 1995, Vol. 85, No. 4

141. Article entitled "The Political Economy of Market-Based Environmental Policy: The U.S. Acid Rain Program" by Paul L. Joskow and Richard Schmalensee, Journal of Law and Economics, Vol. XLI, April 1998

142. Article entitled "The Political Economy of International Emissions Trading Scheme Choice: A Theoretical Analysis" by Ian-Tjeerd Boom and Gert Tinggaard Svendsen, Journal of Institutional and Theoretical Economics, Vol. 156 (2000)

143. Article from Nuclear Energy Institute entitled "Utilities Seek Court Order Requiring Energy Department To Dispose of Used Nuclear Fuel 'Immediately,'" February 19, 1998

144. Article from www.sciencefriday.com entitled "Hour Two: Nuclear Waste Storage/Science Budget, February 6, 1998

145. Article from Citizens Against Government Waste entitled" Nuclear Waste Storage"

**Books**

146. Excerpts from Chapter 26, "Money and Commercial Banking" from Economics, Fifteenth Edition by Paul A. Samuelson, William D. Nordhaus and Michael J. Mandel, 1995, MacGraw Hill

147. Excerpts from Chapter 13, "Exchange, Transaction Costs, and Money" from Price Theory and Applications, Sixth Edition by Jack Hirshleifer and David Hirshleifer, 1998, Prentice Hall

148. Excerpts from Emissions Trading Under the U.S. Acid Rain Program: Evaluation of Compliance Costs and Allowance Market Performance by A. Denny Ellerman, Richard Schmalensee, Paul J. Joskow, Juan Pablo Montero and Elizabeth M. Bailey, October 1997, Massachusetts Institute of Technology

**Working Papers, Discussion Papers and White Papers**

149. Working Paper entitled "Non-Monetary Exchange within Firms and Industry" by Canice Prendergast and Lars Stole, NBER Working Paper Series, September 1996

150. Discussion Paper entitled "Cost Savings San Allowance Trades? Evaluating the $SO_2$ Emission Trading Program to Date" by Dallas Burtraw, Resources for the Future, February 1996

151. Discussion Paper entitled "Transaction Costs and the Performance of Markets for Pollution Control" by Robert N. Stavins, Resources for the Future, June 1993

152. White Paper entitled "Responsible Nuclear Waste Disposal an Unmet Obligation" sponsored by The New England Council, Inc., Yankee Atomic Electric company, Connecticut Yankee Atomic Power Company, February 2001

**Miscellaneous Documents**

153. Cases arising under the Standard Contract At 10 C.F.R. Part 961 Pending Before The Court of Federal Claims

154. Delivery Commitment Schedules

155. Final Delivery Schedules

156. Binder entitled "Spent Nuclear Fuel Litigation Fee Adequacy Reviews"

157. Binder entitled "Spent Nuclear Fuel Litigation Total System Life Cycle Costs"

158. Binder entitled "Spent Nuclear Fuel Litigation - MRS, Volume 1"

159. Binder entitled "Spent Nuclear Fuel Litigation - MRS, Volume 2"