IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 98-126C<br>(Senior Judge Merow) |

NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO "DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY AND EVIDENCE REGARDING PLAINTIFF'S REQUEST FOR PRE-BREACH DAMAGES"

Defendant, the United States, respectfully submits this notice of supplemental authority relating to "Defendant's Motion *In Limine* To Exclude Testimony And Evidence Regarding Plaintiff's Request For Pre-Breach Damages," dated February 19, 2004.[1] After we filed that motion and our May 21, 2004 reply to the plaintiff's opposition to that motion, this Court issued its decision in Indiana Michigan Power Co. v. United States, No. 98-486C, 2004 WL 1161880 (Fed. Cl. May 21, 2004). In that decision, the Court discusses the same issues that are addressed in the Government's motion *in limine* regarding the plaintiff's recovery of pre-breach damages in this case. Accordingly, we respectfully request that the Court consider the Indiana Michigan decision in evaluating the Government's motion *in limine*. A copy of the Indiana Michigan decision accompanies this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

[1/] The Government requests that this notice also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Fed. Cl.), and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Fed. Cl.).

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

June 3, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of June, 2004, a copy of foregoing "DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO 'DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY AND EVIDENCE REGARDING PLAINTIFF'S REQUEST FOR PRE-BREACH DAMAGES'" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.