# EXHIBIT A

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>CONNECTICUT YANKEE ATOMIC POWER COMPANY,<br>MAINE ATOMIC POWER COMPANY,<br><br>Plaintiffs, | ) | |
| v. | ) | No.: 98-126C<br>98-154C<br>98-474C |
| THE UNITED STATES,<br><br>Defendant. | ) | |

Pages: 1 through 124

Place: Washington, D.C.

Date: May 4, 1999

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
(202) 628-4888

kind of a concept. It is a little bit difficult though, as I say, in our present circumstance of having this open options about how we're going to proceed.

The current submission date -- let just, as I say, try to -- I will try to wrap up here. The current submission date is May 17.

THE COURT: You probably have to index that, some index too if you go that route.

MR. STOUCK: Yes, yes. Well, what we -- where we currently are -- and again, we're pretty close, frankly, to being done, at least with the analysis -- or with the analysis is that for all three cases, which has been a substantial task, is not a per diem for the reason that I mentioned. But I think it should not be. We've talked about the per diem concept. It should not be difficult once the future -- the immediate future, the imminent future, becomes a little more definite. It seems to me not a difficult task to translate that into an annual number.

Submissions are currently due May 17.

THE COURT: As you see, I'm trying to avoid having a trial on when they are going to actually pick it up.

MR. STOUCK: Well, we have informally broached the subject with the government of a stipulation on that, Your Honor. I don't think that the Plaintiffs are the only ones, the Plaintiffs in Court, are the only ones who perceive that

that is kind of a hairy issue. We have not formally broached the subject of a stipulation on that, but when we file our findings of fact, as contemplated by the pretrial order, it is going to be our suggestions going to be right out there. If the government likes it they can circle it or not circle it -- I forget how it's word ordered.

I think that when they see our filing -- I don't want to be overly ambitious but if I don't predict I would suggest that we may start seeing eye-to-eye on more issues. There are some where we won't. I don't want to be misunderstood.

The May 17 day-to-day result -- the result of an extension that we asked for some time ago -- we can't meet that date. One of the reasons is that we just sort of developed -- in the course of preparing for today and thinking about this dilemma that we have, this suggestion that I'm now making sort of dawned on us and we started thinking about it and finally decided that we think it makes a lot of sense.

We can file, I think, fairly soon thereafter. I don't want to be more definite than that today but if this idea makes sense -- I'm talking about probably in June. We could hopefully talk with the government and get that done. Again, to maybe repeat one too many times but I'll say it anyway, our proposal would be that we continue with

REPORTER'S CERTIFICATE

DOCKET NO.: 98-126C, 98-154C and 98-474C

CASE TITLE: Yankee Atomic Electric Company

HEARING DATE: May 4, 1999

LOCATION: Washington, DC

I hereby certify that the proceedings and evidence are contained fully and accurately on the tapes and notes reported by me at the hearing in the above case before the United States Court of Federal Claims.

Date: May 4, 1999

Sharon Bellamy

Official Reporter

Heritage Reporting Corporation

Suite 600

1220 L Street, N. W.

Washington, D. C. 20005