TABLE OF CONTENTS

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE CONCERNING THE GOVERNMENT'S ALTERNATIVE DAMAGES SCENARIOS . . . . 1

SUMMARY OF ARGUMENT . . . . 1

ARGUMENT . . . . 3

I. YANKEE ATOMIC'S MOTION SHOULD BE DENIED AS PREMATURE . . . . 3

II. YANKEE ATOMIC'S MOTION IS PREDICATED UPON A SERIOUS MISCONCEPTION OF YANKEE ATOMIC'S BURDEN OF PROOF AT TRIAL . . . . 4

III. YANKEE ATOMIC MISSTATES THE GOVERNMENT'S STIPULATIONS OF FACT AND IGNORES THE PROCEDURAL RECORD IN THIS CASE . . . . 6

IV. THE IMPLICATIONS OF YANKEE ATOMIC'S MOTION TO THE TRIAL OF THIS MATTER ARE SIGNIFICANT . . . . 10

CONCLUSION . . . . 12

# TABLE OF AUTHORITIES

CASES PAGE(S)

Alder v. United States,
7 Cl. Ct. 542 (1985) . . . . . . . . . . 5

Arnett v. Aspin,
846 F. Supp. 1234 (E.D. Pa. 1994) . . . . . . . . . . 3

Ball v. United States,
1 Cl. Ct. 180 (1982) . . . . . . . . . . 5

Columbia First Bank, FSB v. United States,
60 Fed. Cl. 97 (2004) . . . . . . . . . . 11

Doninger Metal Products Corp. v. United States,
50 Fed. Cl. 110 (2001) . . . . . . . . . . 5

Franklin Federal Savings Bank v. United States,
55 Fed. Cl. 108 (2003) . . . . . . . . . . 5

Home Savings of America, F.S.B. v. United States,
57 Fed. Cl. 694 (2003) . . . . . . . . . . 5

Indiana Michigan Power Co. v. United States,
No. 98-486C, 2004 WL 1161880 (Fed. Cl. May 21, 2004) . . . . . . . . . . 11

Jones v. United States,
49 Fed. Cl. 516 (2001) . . . . . . . . . . 5

Neely v. United States,
152 Ct. Cl. 137, 285 F.2d 438 (1961) . . . . . . . . . . 6

Sperling v. Hoffman-La Rouche, Inc.,
924 F. Supp. 1396 (D.N.J. 1996) . . . . . . . . . . 3

Story Parchment Co. v. Paterson Parchment Paper Co.,
282 U.S. 555 (1931) . . . . . . . . . . 6

United States v. Feola,
651 F. Supp. 1068 (S.D.N.Y. 1987), aff'd, 875 F.2d 857 (2d Cir.),
cert. denied, 493 U.S. 834 (1989) . . . . . . . . . . 3

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Violette v. Armonk Associates, L.P.,
849 F. Supp. 923 (S.D.N.Y. 1994) . . . . . . . . . . 3

Willems Industries, Inc. v. United States,
295 F.2d 822 (1961) . . . . . . . . . . 5

William Green Constr. Co. v. United States,
201 Ct. Cl. 616, 477 F.2d 930 (1973),
cert. denied, 417 U.S. 909 (1974) . . . . . . . . . . 6

# INDEX TO THE APPENDIX

DOCUMENT PAGE

Excerpts of Deposition of Dr. Wise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1