YANKEE ATOMIC ELECTRIC )
COMPANY, )
)
Plaintiff, )
)
v. ) No. 98-126
)
UNITED STATES, )
)
Defendant. )
)

VOLUME III

DEPOSITION OF KENNETH WISE, PHD taken on behalf of Defendant United States, at The Brattle Group, 353 Sacramento, #1140, San Francisco, CA 94111, commencing at 9:06 AM, Thursday, September 4, 2003, before Amy Anderson, Certified Shorthand Reporter, No. #12682.

---oOo---



BARKLEY
Court Reporters

(Brief recess was taken.)

Q. (BY MR. CRAWFORD) Mr. Wise, would you agree with me that the existence and amount of all wet-pool damages is dependent on the accuracy of the nonbreach fuel-out date assumption used by you in your report?

A. Yes.

Q. And as stated in your report, that assumption is based upon an opinion expressed by the Yankee's expert, Mr. Graves; is that correct?

A. That's correct.

Q. And therefore, would you also agree that Mr. Graves' opinion provides -- is what provides the necessary causal basis between the government's breach and the wet-pool damages?

MR. STOUCK: Objection to form.

Q. (BY MR. CRAWFORD) As far as you are concerned.

A. What do you mean by "necessary causal basis"?

Q. Well, isn't -- it's what provides the link between the government's breach and wet-pool damages; is that correct?

MR. STOUCK: Objection, form.

A. Link. It -- It certainly is a key component of determining what they are.

Q. (BY MR. CRAWFORD) And it allows you to say that any wet pool costs incurred after that point in time are damages,



BARKLEY Court Reporters

correct?

A. That's correct.

Q. All right. Now, if that assumption and the opinion upon which it is based is in error, such that the Court were to determine that but for the breach, DOE would not have completely removed all of the given facilities' spent fuel until a later date, would that finding have an effect upon your opinion as to whether the amount of these costs -- by that, I mean the wet-pool costs -- constitute damages to that particular plaintiff?

A. It certainly could.

Q. In that event if the nonbreach fuel-out date were pushed back in time wet-pool damages might be less or could even be zero; is that correct?

A. That's correct.

Q. Even if other damages were to exist such as ISFSI construction, wet pool damages might not exist, correct?

A. That's correct.

Q. If the Court were to determine that but for the breach, DOE would not have completely removed all of the given facilities' spent fuel until the date scheduled for the last of that facilities' fuel to be moved to an ISFSI, okay, got that date in your mind?

A. Okay.

Q. What effect would that finding have upon your



BARKLEY Court Reporters