IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | No. 98-126C<br>(Senior Judge Merow) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of two-and-a-half days, to and including the end of the day on June 16, 2004, within which to file its response to plaintiffs' motion *in limine* to exclude the testimony of Daniel Fischel. Currently, this filing is due to be filed by 12 noon on Monday, June 14, 2004. We have not previously sought an enlargement of time for this purpose. We left a message regarding this motion with counsel for plaintiff, Robert L. Shapiro, but have not yet heard whether the plaintiffs, Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company (collectively, "the Yankees"), will oppose this motion.

The Yankees filed their motion to exclude the testimony of Daniel Fischel on June 1, 2004, along with two other motions *in limine*. Although the Government's responses would otherwise be due to be filed on July 17, 2004, the Government issued an order shortening the time for responses and ordered that the responses be filed by 12 noon today. Despite an enormous amount of work on these and other spent nuclear fuel cases pending before this Court,

---

1/ The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

we have devoted significant effort to completing our responses and plan on filing our responses to the other two motions *in limine* by the Court-ordered deadline. Unfortunately, the attorney who was assigned responsibility for preparing the Government's response to the Fischel motion became ill during the weekend and was unable to complete the draft response to that motion. That attorney is out of the office today because of illness, but we anticipate that the attorney will return to the office tomorrow and will be able to complete the draft. To allow the assigned attorney to complete the necessary work and to allow the attorney to obtain appropriate supervisory review of the draft, we respectfully request that the Court grant us until Wednesday, June 16, 2004, to file our response to the Fischel motion. To provide the Yankees with sufficient time to prepare their reply to that response, we would not object to the Court extending the time for the Yankees' reply from June 21 at 12 noon to the end of the day on June 23, 2004. Because the Court has rescheduled oral argument upon these motions until June 29, 2004, and because other pending motions will be available with completed briefing for the Court's review and consideration by June 21, 2004, this enlargement request should not prejudice the Court's ability to complete its consideration of this motion *in limine* by the scheduled argument date.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

June 14, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 14th day of May, 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.