# In the United States Court of Federal Claims

No. 98-126C

(Filed June 14, 2004)

********************************

| | |
|---|---|
| YANKEE ATOMIC | * |
| ELECTRIC COMPANY, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |

********************************

**ORDER**[1/]

On June 14, 2004, Defendant's Motion for an Enlargement of Time was filed. Defendant requests an enlargement to and including June 16, 2004, within which to file its response to plaintiffs' motion *in limine* to exclude the testimony of Daniel Fischel. Counsel for plaintiff, Jerry Stouck called on June 14, 2004, to inform chambers that he would not oppose defendant's motion.

Accordingly, it is **ORDERED** that:

(1) That defendant's motion filed June 14, 2004 is **GRANTED**;

(2) Defendant shall file its response to plaintiffs' motion *in limine* to exclude the testimony of Daniel Fischel on or before midnight on June 16, 2004;

(3) Plaintiffs' shall file their reply to plaintiffs' response on or before midnight, June 23, 2004.

/s James F. Merow

James F. Merow

Senior Judge

---

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.