# TABLE OF CONTENTS

PAGE

ARGUMENT . . . . . . . . . . 1

I. ALL APPLICABLE COURT DECISIONS SUPPORT THE CONCLUSION THAT FUTURE DAMAGES CANNOT BE AWARDED UPON A PARTIAL BREACH OF CONTRACT CLAIM . . . . . . . . . . 1

A. Yankee Atomic Has Not Identified A Single Case In Which A Court Awarded A Plaintiff Future Damages In Response To A Partial Breach Claim . . . . . . . . . . 1

B. Courts Uniformly Have Precluded An Award Of Future Damages In Response To A Partial Breach Claim . . . . . . . . . . 6

II. IN SEEKING FUTURE DAMAGES, THE YANKEES ARE ASKING THIS COURT TO CONFLICT WITH THE *RESTATEMENT*, DESPITE THE ABSENCE OF ANY AUTHORITY IN SUPPORT OF THEIR DAMAGES REQUEST . . . . . . . . . . 7

III. THE YANKEES' SUGGESTION THAT THEY SHOULD RECOVER FUTURE DAMAGES WOULD CREATE A NEW LEGAL DOCTRINE OF "ANTICIPATORY PARTIAL BREACH," WHICH OTHERWISE DOES NOT EXIST . . . . . . . . . . 10

IV. BY RECOGNIZING A RIGHT TO FUTURE CAUSES OF ACTION BASED UPON FUTURE PARTIAL BREACHES, THE YANKEES IMPLIEDLY RECOGNIZE THE LIMITATIONS UPON THEIR ABILITY TO RECOVER FUTURE OR PROSPECTIVE DAMAGES . . . . . . 13

CONCLUSION . . . . . . . . . . 16

# TABLE OF AUTHORITIES

CASES PAGE(S)

Alder Terrace, Inc. v. United States,
161 F.3d 1372 (Fed. Cir. 1998) . . . . . . . . . . 12

Ammex, Inc. v. United States,
334 F.3d 1052 (Fed. Cir. 2003) . . . . . . . . . . 7

Christopher Village, L.P. v. United States,
360 F.3d 1319 (Fed. Cir. 2004) . . . . . . . . . . 7

City of Fairfax, Va. v. Washington Metropolitan Area Transit Authority,
582 F.2d 1321 (4th Cir. 1978), cert. denied, 440 U.S. 914 (1979) . . . . . . . . . . 11, 13

Coughlin v. Blair,
41 Cal. 2d 587, 262 P.2d 305 (1953) . . . . . . . . . . 7

First National State Bank of N.J. v. Commonwealth Federal Savings & Loan Association,
610 F.2d 164 (3d Cir. 1979) . . . . . . . . . . 4, 5

Guntert v. City of Stockton,
55 Cal. App. 3d 131, 126 Cal. Rptr. 690 (1976) . . . . . . . . . . passim

Hansen Bancorp, Inc. v. United States,
367 F.3d 1297 (Fed. Cir. 2004) . . . . . . . . . . 88

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004) . . . . . . . . . . passim

Northern States Power Co. v. United States Department of Energy,
128 F.3d 754 (D.C. Cir. 1997), cert. denied, 525 U.S. 1015 (1998) . . . . . . . . . . 4

Tennessee Valley Authority v. United States,
60 Fed. Cl. 665 (2004) . . . . . . . . . . 7, 9, 10

Young Engineers, Inc. v. United States International Trade Commission,
721 F.2d 1305 (Fed. Cir. 1983) . . . . . . . . . . 7

TABLE OF AUTHORITIES (cont'd)

MISCELLANEOUS PAGE(S)

9 A. Corbin, Corbin on Contracts § 956 (interim ed. 1979) . . . . . 5

9 J. Murray, Corbin on Contracts § 956, (interim ed. 2003 Fall Cumulative Supp. 2003) . . . . . 2

Restatement (Second) of Contracts § 236 (1981) . . . . . 8, 9

Restatement (Second) of Contracts § 253 (1981) . . . . . 11, 13

Restatement (Second) of Judgments § 26 (1982) . . . . . 8, 9, 10