# In the United States Court of Federal Claims

No. 98-126 C
(Filed June 23, 2004)

********************************
YANKEE ATOMIC ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
********************************

**ORDER**[1/]

The court deems oral argument on pending motions unnecessary. Accordingly, oral argument on pending motions scheduled for **June 29, 2004** at 10:00 a.m. is **cancelled**. Orders will be issued on pending motions on or before **June 30, 2004.** The Final Pre-trial Conference will be held on **June 29, 2004** at 2:00 p.m. The courtroom number will be posted in the lobby of the National Courts Building on June 29th.

Counsel are requested to confer prior to the Final Pre-trial Conference to reach agreement to the admission of as many of the proposed exhibits as feasible and submit list(s) of exhibits to be admitted at that conference. The opening session of the trial will also be devoted to the admission of proposed exhibits prior to testimony to the extent possible. Trial time will not be devoted to the admission of exhibits, except where testimony is required in this regard. Counsel are further requested to contact Ms. Linda Eddins, at (202) 219-9787 to arrange for courtroom set-up for trial.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 and *Maine Yankee v. United States*, No. 98-474.