# EXHIBIT 1

**Plaintiffs' June 28, 2004 Deposition Designations**

**Yankee Atomic Electric Company v. United States, 98-126;**
**Connecticut Yankee Atomic Power Company v. United States, 98-474;**
**Maine Yankee Atomic Power Company v. United States, 98-154.**

A. Susan Klein (Organized by date of deposition)

1) April 24, 2002

Tr. 10: 19-22; Tr. 11: 1-22; Tr. 12: 1-15; Tr. 61: 20-22; Tr. 62: 1-14; Tr. 172: 7-14; Tr. 196: 1-17; Tr. 231: 19-22; Tr. 239: 13-16; Tr. 246: 14-22; Tr. 247: 1-4, 18-22; Tr. 248: 1-5

2) April 25, 2002

Tr. 283: 16-22; Tr. 284: 1-6; Tr. 285: 2-4, 15-22; Tr. 286: 1-10; Tr. 291: 2-11; Tr. 340: 17-22; Tr. 341: 1-22; Tr. 342: 1-3; Tr. 351: 6-22; Tr. 352: 1-21; Tr, 354: 1-16; Tr. 388: 11-22; Tr. 389: 1-12; Tr. 435: 13-15; Tr. 439: 1-4; Tr. 440: 14-19; Tr. 448: 3-6; Tr. 492: 10-22; Tr. 493: 1, 5-22; Tr. 494: 1-22; Tr. 495: 1-5, 21-22; Tr. 496: 1-22; Tr. 497: 1-22; Tr. 498: 1-22; Tr. 499: 1-20; Tr. 524: 17-22; Tr. 525: 1-8

B. Lake Barrett (Organized by date of deposition)

1) April 22, 2002

Tr. 10: 20-22; Tr. 11: 1-5; Tr. 49: 2-22; Tr. 50: 1-16; Tr. 52: 2-22; Tr. 53: 1-22; Tr. 54: 1-22; Tr. 55: 1-22; Tr. 56: 1-5, 14-22; Tr. 57: 1-2; Tr. 59: 4-11; Tr. 84: 2-22; Tr. 85: 1-2; Tr. 116: 14-22; Tr. 117: 1-22; Tr. 118: 1-22; Tr. 119: 1-22; Tr. 120: 1; Tr. 121: 22; Tr. 122: 1-6; Tr. 138:2-17; Tr. 148: 18-22; Tr. 149: 5-21; Tr. 159: 16-22; Tr. 160: 1-19; Tr. 196: 8-22; Tr. 197: 1-22; Tr. 198: 1-10; Tr. 209: 17-22; Tr. 210: 1-2; Tr. 217: 1-22; Tr. 218: 1-13; Tr. 260: 4-22; Tr. 261: 1-15

2) April 23, 2002

Tr. 348: 14-22; Tr. 349: 1-22; Tr. 350: 1-11; Tr. 414: 3-22; Tr. 415: 1-9; Tr. 425: 12-22; Tr. 426: 1-22; Tr. 427: 1-13; Tr. 490: 19-22; Tr. 491: 1-22

3) April 26, 2002

Tr. 761: 19-22; Tr. 762: 1-22; Tr. 763: 1-12, 16-22; Tr. 764: 1-3

4) May 10, 2002

Tr. 1149: 3-11, 22; Tr. 1150: 1-22; Tr. 1151: 1-14; Tr. 1153: 19-22; Tr. 1154: 1-15; Tr. 1155: 5-22; Tr. 1156: 1-11; Tr. 1163: 10-22; Tr. 1164: 1-22; Tr. 1165: 1-22; Tr.

1166: 1-7; Tr. 1295: 10-22; Tr. 1296: 1-16; Tr. 1332: 19-22; Tr. 1333: 1-22; Tr. 1334: 1-22; Tr. 1335: 1-10; Tr. 1368: 10-22; Tr. 1369: 1-14; Tr. 1370: 13-22; Tr. 1371: 1-3

5) May 14, 2002

Tr. 64: 6-25; Tr. 65: 1-24; Tr. 67: 20-25; Tr. 68: 1-21; Tr. 71: 3-25; Tr. 72: 1-18; Tr. 90: 16-25; Tr. 91: 1-8; Tr. 120: 22-25; Tr. 121: 1-25; Tr. 122: 1-25; Tr. 123: 1-25; Tr. 124: 1-2; Tr. 140: 8-25; Tr. 141: 1-25; Tr. 142: 1-7, 14-25; Tr. 143: 1-2; Tr. 144: 14-25; Tr. 145: 1-4; Tr. 173: 16-25; Tr. 174: 1-25, 10-25; Tr. 175: 1-25; Tr. 176: 1-9, 14-25; Tr. 177: 1-25; Tr. 178: 1-12

6) May 15, 2002

Tr. 363: 19-24; Tr. 364: 20-25; Tr. 365: 1-11; Tr. 394: 11-25; Tr. 395: 1-25; Tr. 396: 1-25; Tr. 397: 1-10, 19-25; Tr. 398: 1-25; Tr. 399: 1-25; Tr. 400: 1-17

C. Ronald Milner (Organized by date of deposition)

1) May 1, 2002

Tr. 12:17-25; Tr. 13: 1-11; Tr. 59: 14-25; Tr. 60: 1-16

2) May 2, 2002

Tr. 217: 8-22; Tr. 232: 7-16

3) May 3, 2002

Tr. 418: 18-25; Tr. 419: 15-25; Tr. 447: 2-25; Tr. 448: 1, 9-15; Tr. 476: 16-25; Tr. 477: 1-13

04) May 7, 2002

Tr. 37: 9-22; Tr. 40: 5-11

4) May 8, 2002

Tr. 59: 21-25; Tr. 60: 1-19; Tr. 61: 6-14; Tr. 194: 22-25; Tr. 195: 1-25; Tr. 196: 1-3; Tr. 221: 21-25; Tr. 222: 1-25; Tr. 223: 1-25; Tr. 224: 1-25; Tr. 225: 1-25; Tr. 226: 1-4, 8-22; Tr. 228: 19-25; Tr. 229: 1-20; Tr. 262: 1-25; Tr. 263: 1-25; Tr. 264: 1-2; Tr. 266: 22-25; Tr. 267: 1-25; Tr. 268: 1-25; Tr. 269: 1-25; Tr. 270: 1-11, 17-25; Tr. 271: 1-22; Tr. 273: 5-25; Tr. 274: 1-25; Tr. 275: 1-25; Tr. 276: 1-9; Tr. 285: 3-20