don't know.

BY MR. MACDONALD:

Q. Do you know if DOE is considering a proposal to the NRC to dispose of GTCC somewhere other than Yucca Mountain?

A. Not at this time.

Q. If you take a look at Klein Exhibit 40, which you may still have before you. That's the draft letter, the draft position from JAI.

A. Yes.

Q. I would direct your attention to the second bullet point, which states that: "The regulations of the Nuclear Regulatory Commission issued subsequent to the Standard Contract, require that low-level radioactive wastes that contain concentrations of radionuclides that exceed the limits for Class C waste as defined in 10 CFR 61.55 must be disposed of in a repository." Do you see that?

A. I see that sentence, yes.

Q. And you'd agree with that statement, correct?

A. No, I would not agree with that statement.

Q. What aspect of that statement would you

A. That's true. They also haven't proposed to put it in a repository either, yes.

Q. But you're aware of studies suggesting -- DOE studies suggesting that the most economical place to put commercial GTCC is in the repository?

A. I can't cite you to any studies, but that's an understanding I have from conversations with people that it could be economical to put it in the repository when we are authorized to do that.

Q. And it would be difficult to get -- to site another repository for disposal of GTCC, correct?

A. Yes, that is correct.

(Discussion off the record.)

MR. MACDONALD: 46.

(Thereupon, the reporter marked for identification Deposition Exhibit No. 46.)

BY MR. MACDONALD:

Q. Ms. Klein, I've had marked as Exhibit 46 a document entitled "Teleconference Call Summary." It is Bates page SNL-001-0227 and it refers to a teleconference call held on June 22, 1999. Do you have that before you?

A. Yes, I do.

Q. Please take a minute to review that document and let me know when you've had a chance to review it.

A. I've read it.

Q. Could you identify -- well, first, the document lists several people participating in the telephone conference call, including Mary Jane Wisenbaker, Rob Campbell, Joe Coleman, Larry Ball, Mark Frei, F-r-e-i, Greg Duggan, Sandy Birk and Bob Hanson. Do you know -- we've already spoken about Mr. Campbell. Do you know the other people listed as being on this conference call?

A. I know Joe Coleman and I know Mark Frei and I believe I have spoken to Mary Jane Wisenbaker.

Q. Could you tell me who first Ms. Wisenbaker is?

A. I believe she works for EM. I think most of these people work for the Environmental Management group in DOE. But I can't remember. I have spoken to Mary Jane, but I can't remember. I told you who Rob Campbell is.

Q. When you say EM, you're referring to?

A. It's within --

Q. Environmental --

A. It's within the Department of Energy and it's called Environmental Management. We call it Environmental Management. I think it's a longer name. It's in charge of the cleanup of DOE facilities, and they also have historically been in charge of the low-level waste programs.

Q. And Mark Frei you said?

A. Mark Frei.

Q. You said is who?

A. He's in the Environmental Management group.

Q. Have you spoken with him before?

A. Yes.

Q. On what issues have you spoken with Mr. Frei about?

A. I don't know if I've actually spoken to him about this issue. Mostly I have seen him in the hall and said hello and talked to him about his transfer and where he -- I mean, I don't remember discussing anything substantive with him in years. He used to be in my Office of Civilian Office Radioactive Waste Management.

Q. Mr. Frei used to work in OCRWM?
A. Yes.
Q. Do you know when he transferred to DOE's Environmental Management?
A. No, I don't know.
Q. You've identified Ms. Wisenbaker, Mr. Campbell, Mr. Frei. Is there anyone else on that list?
A. I know Joe Coleman. He used to be head of the low-level waste program when I was their lawyer. I don't know whether he still works for DOE. He could be a contractor now. I don't know. I haven't talked to him in years.
Q. Any of the other people?
A. I don't know the other names, no.
Q. And we were just talking about the difficulty in siting another repository for disposal of GTCC waste. Do you remember our discussion just a few minutes ago?
A. Yes, I do.
Q. If you look down at the bullets, the fourth bullet on Exhibit 46 states that: "Options other than

the repository are considered politically undesirable in light of overall DOE waste management objectives." Do you see that?

A. I do see that, yes.

Q. Is that consistent with your view in your prior testimony that we just talked about?

A. Well, I would say this is EM's view as I understand EM's view to be. It has at times been RW's view. I don't know that it's RW's view right now, but...

Q. Do you have any reason to disagree with this statement?

A. Well, as you stated, it would be difficult to site another disposal facility for greater than Class C. So, politically undesirable. Those aren't words that I like to use. But it would be difficult. I think that's fair to say.

Q. It would be difficult to --

A. Site a greater than.

Q. -- site a greater than Class C repository?

A. Uh-huh. It would be difficult.

Q. The bullet point just above the one we're

talking about states: "Mark Frei indicated that there is an understanding between GCRW and EM that GTCC waste will go to the repository." Do you see where I'm reading?

A. I do.

Q. RW obviously refers to the Office of Civilian -- OCRWM?

A. Yes.

Q. The Office of Civilian Radioactive Waste Management?

A. That's correct.

Q. EM is DOE's Environmental Management?

A. That's correct.

Q. And GC. Do you know what that refers to?

A. General Counsel.

Q. Do you know whether there is an understanding between the General Counsel's Office, RW and EM that GTCC waste will go to the repository? Is that your understanding?

A. I think there's an understanding that if we were required to do so, authorized to do so and there was a method to pay for it, we would do that, but

there's no written understanding that I'm aware of.

Q. When you say that "we were required to do so," what do you mean?

A. If Congress passed a law and said take GTCC in the repository, we wouldn't necessarily object to that legislation, for example. We would not object to that legislation as long as there was a way for generators to pay for it.

Q. It wouldn't require a Congressional statute to have GTCC go to the repository, would it?

A. Either that or NRC by rule under those particular terms. I think it's either a NRC rule or a statute, and I personally think it will eventually be a statute, but I think it will be legislation.

Q. And do you know if RW, EM and the General Counsel's Office all have an understanding that there will either be a statute or a NRC rule that GTCC will go to the repository?

A. Well, I think at the levels and the people that I spoke to, yes. I don't know if you asked somebody in the staff. I don't know how educated they are to the issue.

Q. At the high-level --

A. Yes, I think.

Q. -- policy level, all three branches, General Counsel, OCRWM and EM have an understanding that GTCC waste will ultimately go to the repository?

A. If it's authorized. If, but that it first must be authorized.

Q. And do all three branches believe that it will be authorized?

A. Well, I don't know whether each individual believes, but I believe that we will need new legislation after the site is designated, and we have a whole series of issues that need to be resolved by legislation and that will be on the list. So it's one of many. I think that it will -- if the site is designated, I think we'll get legislation that will take care of other cats and dogs.

Q. Among the cats and dogs would be the disposal of GTCC waste in the repository?

A. Yes.

Q. At the bottom of Exhibit 46, there's a handwritten notation, "Keep generic per Millington."

My question is: Was the reason this provision was included, the priority shutdown provision, that is because it was necessary to prevent reactors from waiting 20 or 30 years to be decommissioned?

A. Yes.

Q. And DOE included this provision despite the fact that four commenters recommended the deletion of the provision?

A. Yes, that's correct.

Q. And as you explained I believe earlier, acceptance of fuel from a shutdown reactor would allow that reactor to go to green fields I believe is the word that you used; is that correct?

A. Yes, it would. In most cases, it would allow them to go to green fields, yes.

Q. If DOE had begun accepting fuel in 1998 at a 3,000 MTU rate or a ramp-up, a reasonable ramp-up to a 3,000 MTU rate, do you have an opinion as to whether DOE could have given priority to shutdown reactors without harming or prejudicing the rights of operating utilities.

MS. POWELL: Object to beyond the scope, but you can answer.

THE WITNESS: It could have given. I think that would be policy considerations that would be looked at, but it would make it certainly --

BY MR. MACDONALD:

Q. Would have made it easier?

A. Much easier, yes.

(Discussion off the record.)

(Thereupon, the reporter marked for identification Deposition Exhibit No. 50.)

BY MR. MACDONALD:

Q. Ms. Klein, I've just marked -- had marked for you Exhibit 50, which is a memo dated June 28, 1991 from P. N. McDuffie and S. A. Vance to D. C. Langstaff and A. B. Brownstein. Do you have that there before you?

A. Yes, I do.

Q. I believe we discussed earlier Mr. Vance, Scott Vance, who you know; is that right?

A. That's correct.

Q. And Mr. A. B. Brownstein is Alan Brownstein;

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002 + 4/25/02

Job No.: 144539

| Page No. | Line No. | Change from | to |
|---|---|---|---|
| 14 | 17 | general counsel | general law |
| 17 | 2 | Shamora | Shimamura |
| 19 | 17 | assessment was | assessment, which was |
| 21 | 21 | that | so was |
| 23 | 13 | on | in |
| 29 | 21 | I know | No |
| 32 | 15 | Atkin was | Atkin, to. |
| 34 | 14 | now else | else now |
| 36 | 2 | alyssa | Elissa |
| 36 | 7 | Alyssa | Elissa |
| 38 | 10 | Alyssa | Elissa |
| 39 | 2 | that | if that |
| 39 | 14 | Olson | Olsen |
| 49 | 7 | privilege | privileged |
| 54 | 19 | cue | queue |

Signature [illegible] Date 5-17-02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002

Job No.: 144539 4/25/02

| Page No. | Line No. | Change from | to |
|---|---|---|---|
| 58 | 22 | for | for a |
| 69 | 14 | in | at |
| 77 | 8 | elective | collective |
| 86 | 16 | Bentham | Bernatheim |
| 84 | 22 | " | " |
| 88 | 5 | three from the | three from? They |
| 88 | 20 | was | worked |
| 92 | 17 | Mark | Marc |
| 93 | 5 | " | " |
| 93 | 20 | " | " |
| 97 | 1 | as | at |
| 110 | 20 | reaction is yes | reaction, yes |
| 117 | 4 | Pand | Pardon |
| 118 | 17 | Calendar. | Calendar year. |
| 119 | 1 | to be put | to put |

Signature [signature] Date 5-23-02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002 4/25/02

Job No.: 144539

| Page No. | Line No. | Change from | To |
|---|---|---|---|
| 128 | 12 | never | have never |
| 133 | 13 | are | were |
| 133 | 18 | were | was |
| 134 | 5 | Mark | Marc |
| 135 | 13 | may we | may |
| 142 | 15 | circumstance changing | "circumstances changing" |
| 147 | 14 | reevaluate | reevaluate. |
| 156 | 1 | privilege | privileged |
| 158 | 6 | [illegible] | question |
| 160 | 16 | they | we |
| 164 | 3 | Mountain | Mountain Project |
| 165 | 9 | It's not -- after | It's not. After |
| 165 | 9 | effect | effect, |
| 165 | 20 | plan is to | plan, to |
| 166 | 2 | plan | plan -- |

Signature Susan E Klein Date 5 23 02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002 4/25/02

Job No.: 144539

| Page No. | Line No. | Change from | To |
|---|---|---|---|
| 166 | 3 | week 2004 | week - 2004 - |
| 166 | 3 | Bryan | Barton |
| 166 | 10 | at. They | at -- They |
| 166 | 11 | to. | to meet. |
| 166 | 13 | process, down | process down |
| 171 | 18 | it is They | it is -- they |
| 174 | 2 | that's | that |
| 179 | 13 | ask | answer |
| 179 | 14 | WIP | WIPP |
| 179 | 17 | plan; | plant |
| 180 | 5 | Transatlantic | Transuranic |
| 180 | 7 | plan | plant |
| 180 | 14 | Transatlantic | Transuranic |
| 180 | 18 | Class-C I guess | Class-C, I guess that |
| 181 | 6 | done | there |

Signature [illegible] Date 5 23 02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States
Witness Name: Susan Klein
Deposition Date: April 24, 2002 & 4/25/02
Job No.: 144539

| Page No. | Line No. | Change from | To |
|---|---|---|---|
| 184 | 11 | there | there, |
| 200 | 10 | we would work on | would work on |
| 201 | 21 | Ones in a | One's a |
| 210 | 17 | offices | office |
| 212 | 5 | appropriates | coordinates |
| 212 | 6 | So, who | So, who? |
| 213 | 18 | this is the | this. The |
| 215 | 18 | site. | see it. |
| 227 | 5 | Jack | Jeff |
| 224 | 7 | budget is | budget. It is |
| 237 | 5 | acceptance" 2010. | acceptance 2010." |
| 238 | 12 | just a pie | just pie |
| 238 | 13 | sky the | sky, the |
| 238 | 19 | just we | just -- we |
| 239 | 2 | of that, | of, that |

Signature [signature] Date 5-23-02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002

Job No.: 144539 4/25/02

| Page No. | Line No. | Change from | To: |
|---|---|---|---|
| 244 | 5 | that's the | that's not the |
| 245 | 10 | too | two |
| 245 | 11 | less | for |
| 246 | 7 | 3,000 was | 3,000, which was |
| 248 | 13 | possibilities is building | possibilities, building |
| 257 | 19 | DOE pays | DOE, it pays. |
| 262 | 10 | but doesn't | but that doesn't |
| 264 | 3 | is | it is |
| 264 | 19 | Make | I could make. |
| 266 | 14 | M&O here | the M&O |
| 266 | 15 | Policy & Sec | BSC |
| 267 | 2 | he's in the | he's the |
| 268 | 7 | Summerland | Summerlin |
| 288 | 8 | really | really what |
| 288 | 8 | is | is: |

Signature [signature] Date 5-23-02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002 4/25/02

Job No.: 144539

| Page No. | Line No. | Change from | To: |
|---|---|---|---|
| 293 | 11 | licensing | license |
| 302 | 15 | is | about |
| 303 | 11 | Donna. | Don. |
| 306 | 6 | construction | construction authorization |
| 307 | 11 | a | at |
| 315 | 11 | three | two |
| 315 | 11 | had been | had to be |
| 321 | 19 | paid | pardon |
| 323 | 16 | what | not what |
| 337 | 1 | cue | queue |
| 337 | 10 | " | " |
| 342 | 1 | now | all |
| 342 | 2 | they | they've |
| 342 | 2 | by ~~count~~ | that's |
| 342 | 3 | count | it |

Signature Sue Klein Date 5-23-02

**Susan Klein**



ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002

Job No.: 144539 4/25/02

| Page No. | Line No. | Change from | To |
|---|---|---|---|
| 342 | 11 | required | requirement |
| 342 | 12 | amended | is |
| 342 | 14 | cooperation | corporation |
| 344 | 15 | Management | Management and |
| 348 | 8 | much practical | much as practicable |
| 348 | 10 | they're | those |
| 350 | 9 | call | call it. |
| 359 | 13 | And | in |
| 364 | 8 | hope depends | hope, it depends |
| 364 | 9 | in the near future | "in the near future" |
| 367 | 8 | things | requests |
| 367 | 16 | Jeravis | Gervis. |
| 382 | 4 | existing provision in | the existing provision |
| 382 | 18 | binding commitment | is "binding commitment" |
| 392 | 13 | that | what are |

Signature [illegible] Date 5-23-02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002

Job No.: 144539 4/25/02

| Page No. | Line No. | Change from | To |
|---|---|---|---|
| 394 | 12 | That | That's |
| 398 | 4 | we | "We |
| 398 | 5 | views. | views." |
| 400 | 3 | cue | queue |
| 401 | 13 | That it | at |
| 401 | 16 | cue | queue, |
| 401 | 16 | as | is |
| 402 | 2 | for | for a |
| 404 | 10 | 24 ll | We'll |
| 404 | 22 | on -- | on what |
| 464 | 22 | but | but not |
| 406 | 16 | also | also have, |
| 406 | 16 | EPA rules, | EPA rules, |
| 406 | 16 | NRC rule, | NRC rules, |
| 411 | 2 | agreement | the agreement |

Signature [signature] Date 5-23-02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002 4/25/02

Job No.: 144539

| Page No. | Line No. | Change from | To |
|---|---|---|---|
| 411 | 8 | notice | it |
| 411 | 22 | owned | own |
| 412 | 1 | was | is |
| 414 | 11 | worked | weren't |
| 415 | 1 | WIP | WIPP |
| 416 | 12 | and not a | and a |
| 416 | 13 | engineering | engineer or |
| 416 | 14 | of it is | of it — is |
| 418 | 4 | it's | it's — |
| 418 | 5 | up with a | up a |
| 424 | 18 | collaboration | elaboration |
| 429 | 3 | I read | I've read |
| 429 | 14 | not, | not |
| 434 | 9 | believe comes | believe it |
| 437 | 2 | in reporting | in the deposition |

Signature [signature] Date 5-23-02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. V. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002 4/25/02

Job No.: 144539

| Page No. | Line No. | Change from | To |
|---|---|---|---|
| 437 | 14 | determined | determine |
| 439 | 12 | our | a |
| 443 | 14 | called, JAI | , called JAI, |
| 445 | 21 | the | a |
| 445 | 22 | as defined under | pursuant to |
| 445 | 22 | 10 CFR approved | 10 CFR Part 61 are approved |
| 452 | 3 | it as this is true | it, that's true |
| 454 | 15 | NRC, it is | NRC is saying it is |
| 455 | 12 | false | false - |
| 465 | 13 | graph | graf (sp?) |
| 465 | 13 | can't | can. |
| 465 | 14 | Shore | Shoreham |
| 466 | 15 | identification | identifying |
| 469 | 3 | the line | line |
| 469 | 5 | in EEI | in the EEI |

Signature Susan E. Klein Date 5-24-02

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. v. The United States

Witness Name: Susan Klein

Deposition Date: April 24, 2002 4/25/02

Job No.: 144539

| Page No. | Line No. | Change from | To |
|---|---|---|---|
| 469 | 8 | Bower | Bauer |
| 471 | 7 | Bower | Bauer. |
| 471 | 8 | OCRWM 2." | OCRWM." |
| 473 | 16 | at | in |
| 477 | 10 | think GTCC | Think they do |
| 479 | 15 | the EM | that EM |
| 483 | 7 | it and in | it in |
| 485 | 2 | WMP | YMP |
| 491 | 9 | repository. Or | repository or |
| 511 | 11 | Because the 1985 | Because before the 1985 Act |
| 522 | 22 | was rulemaking | was the rulemaking |
| 529 | 13 | believe | believed |
| 530 | 15 | was | is |
| 530 | 16 | cue | queue |

Signature [signature] Date 5-29-02