A. Yes.
Q. And that's been an objective throughout your time in RW?
A. Yeah, I believe it has.
Q. And when you consider efficiency in operating the waste management system, is it also proper in your view to take into account utility costs?
A. My personal opinion, that should be a consideration.
Q. And that would be particularly appropriate given that it is a full-cost recovery contract?
A. Well, I don't know that I would blend those two ideas together. Full-cost recovery only refers to the DOE expenditures. Full-cost recovery doesn't consider utility costs.
Q. Do you think given it is a full-cost recovery contract and program that it puts some kind of responsibility on the department to operate it in a way where practicable to minimize utility costs?
MR. SHULTIS: Objection, mischaracterizes prior testimony, asked and answered.
A. In my personal opinion, I think it -- the department should and in fact I think the department did consider utility costs, and that's factored in

many decisions what the impacts would be on utility costs.

BY MR. SKALABAN:

Q. And that consideration of utility cost has been a constant through your tenure at RW?

MR. SHULTIS: Objection, asked and answered.

A. In my mind, it has.

BY MR. SKALABAN:

Q. Now, in considering utility exchanges, what was the department's position if you have a utility that has an allocation for example that doesn't perfectly match up?

For example, you have a utility one year that has an allocation of 20 MTUs, another one that has an allocation of ten MTUs in a later year, and they want to swap that ten-MTU allocation. The first utility with the allocation of 20 would then be swapping away for example ten MTUs, but still hold a ten-MTU allocation.

Would that sort of partial trade, if you will, not a trade of exactly the same allocations, be permissible in the department's view?

MR. SHULTIS: Objection, calls for speculation, Mr. Milner is not a 30(b)(6) witness,

asks for a legal conclusion.

A. Well, since no exchange request or swapping request had ever been made, I can't really say how the department would have ultimately dealt with that. My personal opinion was that a partial trade like that would work.

BY MR. SKALABAN:

Q. Because as a practical matter, it would be coincidence or not very likely that any utility would have the exact same allocation in two different years. Right?

MR. SHULTIS: Same objections.

A. I believe that's true. I'd have to look at the allocations there, but I believe that's true.

BY MR. SKALABAN:

Q. I mean, I think that that's a fair characterization, more likely than not, they're not, and so to have a swap -- to be able to have swaps in the system, the partial trades would need to be allowed?

A. In my opinion, yes.

Q. And that wouldn't be a problem, would it, because the utility could just resubmit new DCSs to reflect that change?

MR. SHULTIS: Same objections, calls for a

legal conclusion, asks for speculation.

A. Yeah. Again, in my personal opinion, because the department had never received a request, in my opinion, that would make sense.

BY MR. SKALABAN:

Q. And you do not have any reason to believe that that would be a problem for the department?

MR. SHULTIS: Same objections.

A. Other than some slight increase in administrative burden, I have no reason to believe that.

MR. SKALABAN: Let's go off the record for a second.

(Discussion off the record.)

MR. SKALABAN: Back on the record.

BY MR. SKALABAN:

Q. You agree that commercial nuclear power has been used in the United States for a long period of time?

A. Yes.

Q. And is there a history of -- history available of shipping consistent quantities of spent fuel from reactor sites to commercial and governments facilities?

A. There's certainly been large numbers of

nuclear shipments within the country. I don't know that there's been large number of shipments from reactors to government facilities. There certainly has been some small amounts of that that I'm aware of, at least within this country.

Q. And has there been a lot of shipments of foreign fuel?

I mean, are you aware that spent fuel has been shipped in large quantities in foreign countries?

A. Yes.

Q. In fact, I believe countries such as Britain, France, Japan, and Russia reprocess spent fuel, don't they?

A. France and Britain reprocess spent fuel. Germany, Japan, I believe others ship their fuel to one of those two countries for reprocessing or have in the past at least.

Q. So in view of that, there's been substantial amounts of spent fuel transportation shipments abroad?

A. Yes.

Q. Would you have any reason to disagree with an opinion that through 1998 more than 100,000 MTUs of spent fuel has been shipped by road, rail, and sea

don't know that any of the casks used for shipments have been certified by the United States Nuclear Regulatory Commission, but certainly we're aware of what's been done and utilize that information.

Q. Would you agree with the opinion that with sufficient advance planning, DOE could develop the casks or casks for nonstandard fuel, failed fuel, and GTCC waste and obtain the necessary licenses from the NRC --

MR. SHULTIS: Objection, calls for speculation, asks for a legal conclusion.

BY MR. SKALABAN:

Q. -- to perform in 1998 if it had been able to do so?

MR. SHULTIS: Same objection.

A. Transport casks, you're referring to?

BY MR. SKALABAN:

Q. M-hm.

A. Certainly transport casks could have been developed and in fact I believe were developed that were certified by the NRC for transport of spent fuel. I guess in my recollection, I don't know of any that had been developed for failed fuel or GTCC. I can't offhand at this point -- I have no reason to believe at this point that that couldn't have been

done.

Q. And in the period of 1991 approximately through part of 1994 when you were the director of storage and transport, did you have any concerns at that time?

And I believe you had testified previously that at that time you still believed DOE could make 1998?

A. M-hm.

Q. Did you have any -- during that '91 through '94 time period, did you have any concerns that the transportation system wouldn't be able to be in place if you were going to perform in 1998?

A. No, I didn't.

Q. In view of the documents that we've been seeing about the department's current plans or current objectives to reach a steady state of 3,000 MTUs shortly after the beginning of repository operations in approximately 2010, do you have any reason to believe that the department can't develop a corresponding transportation system that can take that 3,000 MTU a year?

MR. SHULTIS: Objection, asked and answered.

A. No, I see no reason why a transportation

system can't be developed to eventually handle 3,000 MTUs.

BY MR. SKALABAN:

Q. And how about if the department had been performing in 1998?

Do you think it could have developed a transportation system that could have handled 3,000 MTUs in 1998 or within a few years thereafter?

MR. SHULTIS: Objection, asked and answered.

A. It had never been the department's plan to begin accepting 3,000 MTUs in 1998, but according to the schedule that existed, I don't recall what the year that we ramped up to 3,000 was, but, yes, I think the system could have been developed.

BY MR. SKALABAN:

Q. A system could have been developed in 1998 after a reasonable rampup that would have been capable of handling 3,000 MTU?

A. A system could have been developed with a rampup which began in 1998 and ultimately have ended up with 3,000 MTU whatever that year was, yes, I believe that a system could have been developed.

Q. Because for example from the early mission plans, we see rampup period beginning in 1998 and

within a few years thereafter making 3,000 MTU.
A. M-hm.
Q. Again on that kind of schedule, you wouldn't see a problem on making -- on developing a transportation system to do that?
A. Developing a transportation system? No. Because that's simply -- how many MTU you can handle relates strictly to how many casks trailers and railcars there are.
MR. SKALABAN: Off the record briefly.
(Discussion off the record.)
MR. SKALABAN: I'd like to mark Exhibit 106.
(Milner Exhibit No. 106 was marked for identification.)
BY MR. SKALABAN:
Q. Mr. Milner, I'd like to call your attention -- this is a letter that's actually signed by you for Lake Barrett, and it's dated July 15, 1998.
A. I just received it, so if I can take a moment.
Q. Sure. Please.
(Pause.)

estimate at the time?

A. I don't know.

Q. Just don't know.

Why was the department looking for this information about the number of shutdown reactors and the annual maintenance cost of those reactors?

MR. SHULTIS: Objection, asked and answered.

A. The department was interested in the status of reactors and storage, and certainly we had been interested in utility cost.

BY MR. SKALABAN:

Q. And part of your interest in utility cost was to help promote efficiency in the overall system and at the individual reactor sites?

A. Yeah.

MR. SHULTIS: Asked and answered.

A. It had been a goal of the department to minimize those costs to the extent possible, looking at the industry as a whole.

MR. SKALABAN: Mr. Milner, I have no further questions.

THE WITNESS: Okay.

MR. SHULTIS: I don't have any redirect.

MR. SKALABAN: Great.

Page 284

which fuel the utility shipped to us.
Q. How so?
A. Utilities verbally -- I don't recall anything in writing -- but I think utilities verbally indicated to us that if they placed fuel in dry storage, they would more likely give us fuel out of spent fuel pool than pull it out of dry storage.
Q. I see. If I can call your attention to Bates No. HQ 0013570, and it's a page entitled, dry storage requirements, 1998 to 2002.
A. Yes.
Q. In the I guess the third paragraph, it says: There are eight shutdown reactors prior to 1998. No additional reactors shut down during the period 1998 to 2002. The annual maintenance cost at each of these reactors is assumed to be 4.5 million.
Do you know where the 4.5 million figure came from?
A. No, specifically I don't. I vaguely recall at some point in time that utilities were basically asked what their costs were. Whether that is the basis of this figure, I don't know.
Q. Okay. Do you have any reason to believe it's -- or it's an accurate estimate?
I mean, do you believe it's an accurate

Page 285

estimate at the time?
A. I don't know.
Q. Just don't know.
Why was the department looking for this information about the number of shutdown reactors and the annual maintenance cost of those reactors?
MR. SHULTIS: Objection, asked and answered.
A. The department was interested in the status of reactors and storage, and certainly we had been interested in utility cost.
BY MR. SKALABAN:
Q. And part of your interest in utility cost was to help promote efficiency in the overall system and at the individual reactor sites?
A. Yeah.
MR. SHULTIS: Asked and answered.
A. It had been a goal of the department to minimize those costs to the extent possible, looking at the industry as a whole.
MR. SKALABAN: Mr. Milner, I have no further questions.
THE WITNESS: Okay.
MR. SHULTIS: I don't have any redirect.
MR. SKALABAN: Great.

Page 286

MR. SHULTIS: Off the record.
MR. SKALABAN: We are concluded.
(Whereupon, at 6:02 p.m., the taking of the instant deposition ceased.)

Ronald A. Milner
Signature of the Witness
SUBSCRIBED AND SWORN to before me this 24th day of May, 20 02.

[signature]
Notary Public
My Commission Expires: 5/14/06

Page 287

CERTIFICATE OF COURT REPORTER
UNITED STATES OF AMERICA )
DISTRICT OF COLUMBIA )
I, CHERYL A. LORD, the reporter before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was sworn by me; that the testimony of said witness was taken by me in machine shorthand and thereafter transcribed by computer-aided transcription; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially or otherwise interested in the outcome of this action.

CHERYL A. LORD
Notary Public in and for the
District of Columbia
My Commission expires April 30, 2006