# EXHIBIT 6

# Appendix C

## Organization Chart

### Office of Civilian Radioactive Waste Management




EXHIBIT