IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AUTHORIZATION
OF SERVICE OF A SUBPOENA, AND
MOTION FOR EXPEDITED CONSIDERATION

Pursuant to RCFC 45(b)(2) and 45(e), defendant, the United States, respectfully requests the Court to authorize the issuance of a subpoena to compel the following individuals to travel more than 100 miles to testify at the trial of this matter in Washington, D.C.:[1]

Thomas H. Isaacs (Lawrence Livermore, California)
Michael Lawrence (West Richland, Washington)
Robert L. Morgan (Bend, Oregon)
Robert Rosselli (Richland, Washington)
Benard Rusche (West Columbia, South Carolina)
Thomas Bennet (Auburn, Massachusetts)
John Buchheit (Marlboro, Massachusetts)
Edward M. Davis (Alpharetta, Georgia)
Rudy Grube (Westwood, Massachusetts)
Frank J. Helin (Keene, New Hampshire)
Andrew Kadak (Barrington, Rhode Island)
Thomas LaGuardia (Bridgewater, Connecticut)
Russell Mellor (East Hampton, Connecticut)
Dr. E.E. Pilat (Bolton, Massachusetts)
Paul Plante (Wiscasset, Maine)
Frank Quinn (Bolton, Massachusetts)
Weslie Boyea (Stoughton, Massachusetts)
Charles Lepisto, III (Baton Rouge, Louisiana)
Michael Meisner (Wiscasset, Maine)

[1] We respectfully request that this motion be deemed applicable to Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Fed. Cl.), and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Fed. Cl.).

Michael E. Thomas (Wiscasset, Maine)
E.C. Shyloski (Las Vegas, Nevada)

Defendant's counsel has prepared a draft order, a copy of which is appended to this motion. Further, because trial is scheduled to begin on July 12, 2004, defendant respectfully requests that the Court expedite consideration of this motion. Even though it is unlikely that the Government will present any witnesses at trial until well after the July 12, 2004 trial commencement date, we would like to be able to resolve subpoena and travel issues before trial begins.

None of the individuals identified in this motion are current Federal employees, and none of them reside or work in the Washington, D.C., area. Although it is quite possible that the Government will decide <u>not</u> to call some of these witnesses after hearing the plaintiffs' case-in-chief at trial, and some witnesses may be unnecessary if the plaintiffs in this case agree to the authenticity of certain documents, an order that grants the United States the ability to subpoena these individuals, if appropriate, will eliminate the need to return to the Court on a regular basis during trial to obtain new authorization orders. Further, all of the individuals identified in this motion have been identified to the plaintiffs as potential witnesses. Finally, although the large majority of these witnesses are likely to attend trial at the Government's request without a formal court order, issuance of an order from the Court will assist us in working with the United States Marshals Service to obtain reimbursement through the Service for travel expenses incurred by these witnesses. Under these circumstances, good cause exists for the issuance of a subpoena to each of these individuals.

Accordingly, defendant respectfully requests the Court to authorize the issuance of a subpoena to require these individuals to travel more than 100 miles to the place of trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
FAX: (202) 307-2503

Attorneys for Defendant

June 29, 2004

# ATTACHMENT

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER[1]

Upon motion of defendant, this Court hereby authorizes the defendant to issue subpoenas requiring the attendance of

Thomas H. Isaacs
Michael Lawrence
Robert L. Morgan
Robert Rosselli
Benard Rusche
Thomas Bennet
John Buchheit
Edward M. Davis
Rudy Grube
Frank J. Helin
Andrew Kadak
Thomas LaGuardia
Russell Mellor
Dr. E.E. Pilat
Paul Plante
Frank Quinn
Weslie Boyea
Charles Lepisto, III
Michael Meisner
Michael E. Thomas
E.C. Shyloski

at trial in Washington, D.C., beginning on Monday, July 12, 2004, until completion of trial, notwithstanding distance of travel.

---

[1] This order should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 and *Maine Yankee v. United States*, No. 98-474.

It is so ORDERED.

JAMES F. MEROW
Senior Judge

CERTIFICATE OF FILING

I hereby certify that on this 29th day of June 2004, a copy of foregoing "DEFENDANT'S MOTION FOR AUTHORIZATION OF SERVICE OF A SUBPOENA, AND MOTION FOR EXPEDITED CONSIDERATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.