# Exhibit 1

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0001CY | U.S. Department of Energy Contract No. DE-CR01-83NE44469.000 - Contract For Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 6/30/1983 | | Admitted | No objection | No objection | |
| P0001MY | U.S. Department of Energy Contract No. DE-CR01-83NE44394 - Contract For Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 6/6/1983 | | Admitted | No objection | No objection | |
| P0001YA | U.S. Department of Energy Contract No. DE-CR01-83NE44428 - Contract For Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 6/22/1983 | | Admitted | No objection | No objection | |
| P0002 | Report of Task Force for Review of Nuclear Waste Management - Draft 1978 (DOE/ER-0004D) | 02/00/1978 | DOE/ER-004D | Relevance | Relevance; Hearsay | Relevance; Hearsay | Document is not relevant to the issues before the Court. |
| P0011 | Financing Nuclear Waste Disposal, Staff Working Paper, The Congress of the United States, Congressional Budget Office | 05/00/1981 | | Relevance | Relevance | Relevance | OK |
| P0014 | In the Matter of: Proposed Rulemaking on the Storage and Disposal of Nuclear Waste (Waste Confidence Rulemaking) - U.S.D.O.E. Response to Commission Request for Comments on its Draft Waste Confidence Decision | 7/1/1983 | | Relevance | Relevance | Relevance | OK |
| P0017 | Post Hearing Questions and Answers Relating to the July 16, 1987 Hearing Before the Committee on Energy and Natural Resources - United States Senate | 7/16/1987 | HQR-010-0804 to HQR-010-0853 | Relevance; Incomplete; Authentication | Relevance; Incomplete; Authentication | Relevance; Foundation; Incomplete | Document is incomplete; it is unclear whether proposed exhibit is a draft or final version. |
| P0019 | Memorandum to the Sec. of Energy from Daniel Dreyfus re: Policy Issues Regarding the Civilian Radioactive Waste Management Program | 12/6/1993 | HQR-010-1604 to HQR-010-1605 | Relevance | Relevance | Relevance | OK |
| P0023 | Preliminary Draft - GUIDEBOOK for Standard Contract for Disposal | | CTR0002007-CTR0002058; CTR-001-2009 to CTR-001-2060 | Incomplete; Illegible; Relevance; Authentication | Incomplete; Illegible; Relevance; Authentication | Incomplete; Illegible; Relevance; Authentication | Document appears to be incomplete. |