**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0029 | Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Notice of Proposed Rulemaking) 48 FR 5458-5471, with attached Final rule; correction (48 FR 23160-23161, May 24, 1983), Proposed rule (49 FR 6500-6501, Feb. 22, 1984), and Notice of the proposed mandatory new Form RW-859, "Spent Nuclear Fuel Data" and solicitation of comments (49 FR 29442-29443, July 20, 1984). | 2/4/1983 | 48 FR 5458-01; 1983 WL 130623 (F.R.) and 48 FR 23160-02; 1983 WL 131199 (F.R.) and 49 FR 6500-02; 1984 WL 128790 (F.R.) and 49 FR 29442-03; 1984 WL 88298 (F.R.) | Admitted | No objection | No objection | |
| P0030 | Letter to "The Secretary" (DOE) from Robert Morgan (DOE) (with attachments) | 4/8/1983 | ZAB-001-0892 to ZAB-001-0902 | Admitted | No objection | No objection | |
| P0031 | Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Final Rule) | 4/18/1983 | 48 FR 16590-01; 1983 WL 128453 (F.R.) | Admitted | No objection | No objection | |
| P0034 | Letter to Sen. J. Bennett Johnston from Theodore J. Garrish (General Counsel, DOE) | 5/30/1984 | | Relevance | Relevance | Relevance | |
| P0035 | Letter to Donald Paul Hodel (Sec. of Energy) from Sen. J. Bennett Johnston | 6/21/1984 | | Relevance | Relevance | Relevance | |
| P0052 | Annual Capacity Report (DOE/RW-0146) | 06/00/1987 | PA-103067 to PA-103151 | Admitted | No objection | No objection | |
| P0054 | Annual Capacity Report (DOE/RW-0191) | 06/00/1988 | DB0001097 to DB0001187 | Admitted | No objection | No objection | |
| P0059 | Annual Capacity Report (DOE/RW-0294P) | 12/00/1990 | HQ0002486 to HQ0002608 | Admitted | No objection | No objection | |
| P0060 | Annual Capacity Report (DOE/RW-0331P) | 12/00/1991 | HQ0003588 to HQ0003650 | Admitted | No objection | No objection | |
| P0062 | 1992 Annual Capacity Report, Rev.1 (DOE/RW-0418) | 05/00/1993 | HQ0002314 to HQ0002355 | Admitted | No objection | No objection | |
| P0063 | 1994 Acceptance Priority Ranking & Annual Capacity Report | 03/00/1995 | HQ0002243 to HQ0002312 | Admitted | No objection | No objection | |
| P0078 | Memorandum from P.N. McDuffie to Alan Brownstein - [attachments: the "original 34 issues"] | 6/8/1990 | HQ0015217 to HQ0015251 | Admitted | Relevance | Relevance | OK |
| P0088 | Memorandum to the Sec. of Energy from Daniel Dreyfus re: Approval of Notice of Inquiry Regarding Waste Acceptance Issues | 5/19/1994 | HQ0006433 to HQ0006434 | Incomplete | Relevance; Incomplete | Relevance; Incomplete | Document is incomplete; proposed exhibit does not include attachment referenced in memo. |
| P0095 | Mission Plan for the Civilian Radioactive Waste Management Program (vol. 1 of 3) | 06/00/1985 | HQ0005264 to HQ0005796 | Duplicate of Exhibit 96 | No objection | No objection | |

**"WILL USE"**