**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0096 | Mission Plan for the Civilian Radioactive Waste Management Program - Volumes 1, 2, and 3 | 06/00/1985 | DOE/RW-0005 | Admitted | No objection | No objection | |
| P0098 | Draft Mission Plan Amendment | 01/00/1987 | DOE/RW-0128 | Admitted | No objection | No objection | |
| P0099 | OCRWM Mission Plan Amendment With Comments on the Draft Amendment and Responses to the Comments (DOE/RW-0128) | 06/00/1987 | HQ0005797 to HQ0006319 | Admitted | No objection | No objection | |
| P0100 | Draft 1988 Mission Plan Amendment (DOE/RW-0187) | 06/00/1988 | HQ0004864 to HQ0004972 | Admitted | No objection | No objection | |
| P0101 | Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program | 11/00/1989 | DB0001441 to DB0001474 | Admitted | No objection | No objection | |
| P0124 | Final Version - U.S. DOE Instructions for Completing the Appendix C Delivery Commitment Schedule General Instructions | | | Relevance; Incorrectly Identified | No objection | Relevance; Authentication; Foundation | OK |
| P0127 | Memorandum to Lake Barrett from Ronald Milner re: Response to Yankee Atomic's Delivery Commitment Schedules and Request for Priority Acceptance | 6/24/1993 | HQ0011306 to HQ0011311; HQR-006-0804 to HQR-006-0809 | Incomplete | Relevance; Authentication; Foundation; Incomplete | Relevance; Authentication; Foundation; Incomplete | Document is incomplete; proposed exhibit does not include attachment referenced in memo. |
| P0128 | Informal Memorandum to Rich Rosenweig, Dan Dreyfus, and William Taylor from Lake Barrett re: 1992 ACR and Yankee Atomic's DCS | 7/8/1993 | HQO.19930804.0005.0001 to .0002 | Admitted | Relevance; Authentication; Foundation | Relevance; Authentication; Foundation | OK |
| P0134 | Preliminary Draft -- Delivery Commitment Schedule Exchange Requests (and accompanying letters) | 1/27/1992 | HQ0002006 to HQ0002018; HQR-001-2007 to HQR-001-2019 | Relevance; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P0145 | Letter to Andrew C. Kadak (YA) from Dr. Daniel A. Dreyfus (DOE) | 9/28/1995 | | Admitted | No objection | No objection | |
| P0148 | Draft - Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors -- A Preliminary Analysis (Prepared by T.W. Wood, D.G. Dippold, S.M. Short, (PNL)) | 05/00/1989 | CTR0002662 to CTR0002715; CTR-001-2664 to CTR-001-2717 | Relevance; Foundation; Hearsay; Authentication | Relevance; Foundation; Hearsay; Authentication | Relevance; Foundation; Hearsay; Authentication | OK |
| P0152 | Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors -- A Preliminary Analysis (PNL) | 10/00/1989 | HQ0013950 to HQ0013995 | Relevance; Hearsay; Foundation | Relevance; Foundation; Hearsay | Relevance; Foundation; Hearsay; Authentication | OK |

**"WILL USE"**