**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0154 | Memorandum to D.C. Langstaff and A.B. Brownstein from P.N. McDuffie re: Comparison of OFF and FCR Allocation - [chart attached: Comparison of Capacity Allocation on an FCR Basis vs. an OFF Basis] | 1/10/1990 | HQ0015292 to HQ0015293; HQR-008-0575 to HQR-008-0576 | Admitted | No objection | No objection | |
| P0162 | Draft - Cost Estimates of Operating on-Site Spent Fuel Pools After Final Reactor Shutdown (author: S.R. Rod, PNL) | 11/00/1990 | HQ0013579 to HQ0013612; HQR-007-0446 to HQR-007-0479 | Foundation; Hearsay; Authentication; Relevance | Foundation; Hearsay; Authentication | Foundation; Hearsay; Authentication | OK |
| P0163 | Memorandum to Christopher Kouts re: Alternative Allocation Strategies - Draft Issue Paper | 2/21/1991 | CTR0002188 to CTR0002212; CTR-001-2190 to CTR-001-2214 | Hearsay; Relevance; Authentication; Foundation | Hearsay; Relevance; Authentication; Foundation | Hearsay; Relevance; Authentication; Foundation | OK |
| P0165 | Determination of Cost Effective Waste Management System Receipt Rates (prepared by R.W. McKee and H.D. Huber, PNL, and presented at the 1991 High Level Radioactive Waste Management (HLWM) Proceedings of the Second Annual International Conference at Las Vegas, Nevada) | 00/00/1991 | | Admitted | No objection | No objection | |
| P0169 | Cost Estimates of Operating on-Site Spent Fuel Pools After Final Reactor Shutdown (author: S.R. Rod, PNL) | 08/00/1991 | CTR0060514 to CTR0060546 | Foundation; Hearsay; Relevance; Authentication | Foundation; Hearsay; Authentication | Foundation; Hearsay; Authentication | OK |
| P0172 | Throughput Study for the Civilian Radioactive Waste Management System (prepared by Peter Gottlieb, William Bailey III, Flora Emami, Lawrence M. Ford, and John F. King (TRW/TESS) and presented at the High Level Radioactive Waste Management Proceedings of the Third International Conference at Las Vegas, Nevada) | 04/00/1992 | | Hearsay; Relevance | Hearsay | Hearsay | OK |
| P0173 | Preliminary Draft - Proposed OCRWM Position - Issue 015 - Shutdown Reactors, Rev.3 | 12/19/1992 | HQ0000109 to HQ0000116; HQR-001-0109 to HQR-001-0116 | Relevance; Foundation; Hearsay; Authentication; Incomplete | Relevance; Foundation; Authentication; Incomplete | Relevance; Foundation; Authentication; Incomplete | Document is incomplete; proposed exhibit is an excerpt of a larger document |
| P0175 | Civilian Radioactive Waste Management System Throughput Rate Analysis (prepared by Systems Analysis) | 8/17/1993 | YMP-001-0377 to YMP-001-0585 | Relevance; Foundation; Hearsay | Relevance; Foundation; Hearsay | No objection | |

**"WILL USE"**

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0180 | CRWMS Modular Design/Construction and Operation Options Report, Revision 02 (prepared by TESS -- TRW Environmental Safety Systems, Inc.) | 12/18/1998 | HQ0013792 to HQ0013949 | Hearsay; Relevance | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0184 | Significance of Campaigned Spent Fuel Shipments (authors: J.W. Doman, WESTON/Rogers & Associates; T.E. Tehan, Pacific Nuclear) | | | Hearsay; Relevance | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0186 | Priority for Receiving Fuel From Shutdown Reactors and Reactors with Full Pools - (author unknown) | | HQ0015019 to HQ0015023; HQR-008-0302 to HQR-008-0306 | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | Document cannot be authenticated; there is no information identifying the author or source of the the document. |
| P0194 | Spent Fuel Storage Requirements- The Need for Away-From-Reactor Storage | 01/00/1980 | DOE/NE-0002 | Admitted | No objection | No objection | |
| P0195 | Spent Fuel Storage Requirements-An Update of DOE/NE-0002 | 03/00/1981 | DOE/SR-0007 | Admitted | No objection | No objection | |
| P0196 | Spent Fuel Storage Requirements - An Update of DOE/SR-0007 | 06/00/1982 | | Admitted | No objection | No objection | |
| P0207 | Spent Fuel Storage Requirements 1994--2042 | 06/00/1995 | DOE/RW-0431, Rev.1 | Admitted | No objection | No objection | |
| P0209 | Spent Fuel Storage Requirements for Nuclear Utilities and OCRWM (T.W. Wood, PNL) | | HQ0013760 to HQ0013769 | Relevance; Hearsay; Foundation | No objection | No objection | |
| P0210 | Spent Fuel Storage - Facts Booklet (DOE/NE-0005) | 04/00/1980 | DOE/NE-0005 | Admitted | No objection | No objection | |
| P0225 | Transportation Business Plan: Strategy Options Document (DOE/RW-0007) | 10/00/1984 | DOE/RW-0007 | Relevance | Relevance | Relevance | OK |
| P0227 | Transportation Business Plan | 01/00/1986 | DOE/RW-0046 | Relevance | Relevance | Relevance | OK |
| P0239 | MRS System Study Summary Report (DOE/RW-0235) | 06/00/1989 | HQ0012235 to HQ0012384 | Admitted | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0240 | The DOE Position on the MRS Facility | 06/00/1989 | HQ0012386 to HQ0012418 | Admitted | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0241 | Nuclear Waste: Is There a Need for Federal Interim Storage? | 11/00/1989 | | Admitted | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0245 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (DOE/RW-0024) | 04/00/1985 | DOE/RW-0024 | Relevance | Hearsay; Relevance | Hearsay; Relevance | OK |