**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0246 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program - Volume I: The Analysis and its Results (DOE/RW-0047.vol.1-rev.?) and Volume II: Supporting Information (DOE/RW-0047.vol.2-rev.?) | 06/00/1987 | DOE/RW-0047, Rev.? | Relevance | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0247 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (DOE/RW-0236) | 05/00/1989 | DOE/RW-0236 | Relevance | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0248 | Preliminary Estimates of the Total System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total System Life Cycle Cost for the CRWMP (DOE/RW-0295P) | 12/00/1990 | DOE/RW-0295 | Relevance | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0249 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (DOE/RW-0479) | 09/00/1995 | PA-176202 to PA-176266 | Relevance | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0254 | Civilian Radioactive Waste Management System Requirements Document, Revision 05 (DOE/RW-0406) | 01/00/1999 | DOE/RW-0406 | Relevance | Hearsay; Relevance | Hearsay; Relevance | OK |
| P0260 | Letter from T.P. Grumbly to Jay. K. Thayer re: Disposal of GTCC | 12/20/1994 | HQ0008776 to HQ0008777 | Admitted | No objection | No objection | |
| P0277YA | Spent Fuel Storage Study for the Yankee Nuclear Power Station | 08/00/1997 | | Admitted | No objection | Foundation; Authentication; Hearsay; Relevance | OK |
| P0283YA | Letter to Robert Morgan (DOE) from A.R. Soucy (YA) re: Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/4/1983 | | Admitted | Relevance; Hearsay; Authentication | Relevance; Hearsay; Authentication | OK |
| P0284MY | Maine Yankee Atomic Power Co. - Evaluation of Fuel Storage Options (prepared by David A. Rivard) | 10/8/1998 | | Admitted | No objection | No objection | |
| P0285CY | CYAPCO Spent Fuel Storage Study | 02/00/1998 | | Admitted | No objection | No objection | |
| P0286CY | PDCR Summary Form - Connecticut Yankee Spent Fuel Pool Rerack Project (PDCR No. 1592, Rev. No. 0) | 7/10/1996 | | Admitted | No objection | No objection | |
| P0286YA | Letter to Andrew C. Kadak (YA) from Ronald A. Milner (DOE) | 6/16/1994 | | Admitted | Relevance; Authentication | Relevance; Authentication | OK |
| P0287CY | Haddam Neck Plant Proposed Revision to Technical Specifications Spent Fuel Pool Capacity Expansion | 3/31/1995 | | Admitted | No objection | No objection | |