# List of Exhibits Plaintiffs "Will Use" at Trial
(With Government Objections)
Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.
7/2/2004

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0291CY | Contract Between Connecticut Yankee Atomic Power Company and General Electric Company for Fuel Bundle Storage | 12/19/1986 | | Admitted | No objection | Authentication | |
| P0291MY | Maine Yankee Spent Fuel Re-Racking Project (92-111) Life-To-Date Costs Through February 1998 | 3/23/1998 | | Authentication; Hearsay | Authentication; Hearsay | Authentication; Hearsay | |
| P0292YA | Letter to Beth Tomasoni (DOE) from Andrew Kadak (YA) re: Response to Your Letter of December 17, 1996 Stating DOE Anticipates That It Will Be Unable to Meet the January 31, 1998 Spent Fuel Acceptance Date | 1/27/1997 | | Admitted | Relevance | Relevance | OK |
| P0294YA | Letter to Nancy Montgomery (DOE) from J.M. Buchheit | 10/20/1992 | | Admitted | No objection | Relevance | OK |
| P0295MY | Letter to Michael E. Thomas (MY) from M. Detmer (Contracting Officer, DOE) - [attachment: Instructions for Completing the Appendix C Delivery Commitment Schedule] | 3/4/1992 | | Admitted | Authentication; Incomplete | Authentication; Incomplete | OK |
| P0295YA | Letter to J.M. Buchheit (YA) from Linda Strand (Contracting Officer, DOE) | 12/1/1992 | | Admitted | No objection | No objection | |
| P0296YA | Letter to Linda Strand (Contracting Officer, DOE) from J.M. Buchheit (YA) re: Resubmittal of Delivery Commitment Schedules | 1/7/1993 | | Admitted | No objection | Relevance | OK |
| P0297YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 4/8/1993 | | Admitted | No objection | Relevance; Foundation; Authentication | OK |
| P0299YA | Letter to Beth Tomasoni from J.M. Buchheit | 6/10/1993 | | Admitted | No objection | Hearsay; Authentication; Foundation | OK |
| P0302YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 7/15/1993 | | Admitted | Hearsay; Authentication; Relevance; Foundation | Hearsay; Authentication; Relevance; Foundation | OK |
| P0303YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 7/26/1993 | | Admitted | No objection | Relevance; Authentication; Hearsay; Foundation | OK |
| P0304YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) - [attachment: approved DCS] | 9/23/1993 | | Admitted | No objection | No objection | |
| P0305MY | Letter to Robert Morgan (DOE) from Philip A. Clark - submitting Maine Yankee's comments on the Proposed Standard Contract | 3/7/1983 | | Admitted | Relevance; Authentication; Hearsay | Relevance; Authentication; Hearsay | OK |

"WILL USE"