**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0305YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 9/23/1993 | | Admitted | No objection | Relevance; Authentication; Hearsay; Foundation | OK |
| P0306YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) - [attachment: approved DCS] | 12/6/1993 | | Admitted | No objection | No objection | |
| P0307YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 9/30/1994 | | Admitted | No objection | Relevance | OK |
| P0308YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 1/17/1995 | | Admitted | No objection | Incomplete; Authentication; Foundation | OK |
| P0309YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 1/31/1995 | | Admitted | No objection | Relevance; Authentication | OK |
| P0310YA | Letter to Alan Brownstein (DOE) from J.M. Buchheit (YA) | 3/29/1995 | | Admitted | No objection | No objection | |
| P0311YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 6/14/1995 | | Admitted | No objection | No objection | |
| P0312YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 9/27/1995 | | Admitted | No objection | Relevance | OK |
| P0313YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) - [attachment: approved DCS] | 3/5/1996 | | Admitted | No objection | No objection | |
| P0314YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 9/26/1997 | | Admitted | No objection | Relevance; Authentication | OK |
| P0315YA | Letter to Beth A. Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 1/31/1997 | | Admitted | No objection | Foundation; Authentication; Hearsay | OK |
| P0316YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 3/11/1997 | | Admitted | No objection | No objection | |
| P0317YA | Letter to Beth Tomasoni (DOE) from J.M. Buchheit (YA) re: Final Delivery Schedule | 1/23/1998 | | Admitted | No objection | Incomplete; Relevance | OK |
| P0348 | Statement of Robert L. Morgan, Project Director, Nuclear Waste Policy Act Project Office, Department of Energy, Before the Subcommittee on Energy Research and Development, United States Senate | 5/2/1983 | NNA.870418.0230.0001 to NNA.870418.0230.0019 | Relevance | Relevance; Authentication | Relevance; Authentication | |
| P0378 | Statement of Michael J. Lawrence, Acting Director, Office of Civilian Radioactive Waste Management, DOE, before the Subcommittee on Energy Conservation and Power, House Committee on Energy and Commerce | 2/22/1984 | PNL-173-0225 to PNL-173-0264 | Relevance | Relevance; Hearsay | Relevance; Hearsay | |

**"WILL USE"**

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0415 | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0020) | 02/00/1985 | DER-003-0966 to DER-003-0983; HQR-042-1221 to HQR-042-1234; 000121 to 000136 | Relevance | Hearsay; Relevance | Hearsay; Relevance | |
| P0420 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste (DOE/S-0020/1) | 07/00/1983 | PA-178238 to PA-178295; PNL-020-2513 to PNL-020-2569 | Relevance | Hearsay; Relevance | Hearsay; Relevance | |
| P0421 | Nuclear Waste Fund Fee Adequacy: An Assessment. Second Annual Report - July 1984 (DE85000440) | 07/00/1984 | Milner Dep. Ex. 22; Rosselli Dep. Ex. 9; Lawrence Dep. Ex. 17; Head Dep. Ex. 18 | Relevance | Hearsay; Relevance | Hearsay; Relevance | |
| P0424 | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0291P) | 11/00/1990 | Milner Dep. Ex. 35 | Relevance | Hearsay; Relevance | Hearsay; Relevance | |
| P0493 | Letter to Paul F. Schutt (Nuclear Assurance Corporation) from Ben C. Rusche (DOE) | 3/11/1985 | CTR-042-1853 to CTR-042-1854 | Admitted | Relevance | Hearsay | |
| P0516 | Federal Register, Vol. 60, No. 85, 21793-21798. Action: Department of Energy final interpretation of nuclear waste acceptance issues. | 5/3/1995 | Barrett Dep. Ex. 46; FI-116491 to FI-116497 | Admitted | No objection | No objection | |
| P0545 | Nuclear Waste Fund Fee Adequacy: An Assessment - March 1986 (DOE/RW-0020) [includes superseded version of Feb. 1985 and draft of Dec. 1984] | 03/00/1986 | PNL-023-0467 to PNL-023-0515; YA Opp. To Defendant's Motion for SJ Re Rate of SNF Acceptance YA518 | Relevance | Hearsay; Relevance | Authentication; Foundation; Hearsay; Relevance | |
| P0617 | Memorandum to DC Langstaff/N Montgomery from Pat McDuffie re: Proposed Contract Changes (Revision 0) with attachment | 4/13/1992 | CTR0001507 to CTR0001550, CTR-001-1509 to CTR-001-1552, CTR-013-1880 to CTR-013-1923 | Hearsay; Relevance | Hearsay; Relevance; Foundation | Foundation; Authentication; Relevance; Hearsay | |
| P0622 | Presentation materials - "Standard Contract Issue Resolution Process: An Overview and Status" by David C. Jones (E.R. Johnson), Nancy S. Montgomery (DOE), and Billy M. Cole (E.R. Johnson) | 4/29/1993 | CTR-003-0001 to CTR-003-0030 | Admitted | No objection | No objection | |
| P0623 | Acceptance of Failed SNF Assemblies by the Federal Waste Management System (Prepared by E.R. Johnson for Oak Ridge National Laboratory) | 03/00/1990 | HQR-034-1028 to HQR-034-1156 | Relevance; Foundation; Authentication; Hearsay | Foundation; Authentication; Relevance; Hearsay | Foundation; Authentication; Relevance; Hearsay | |