**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0633 | Memorandum to Distribution (DOE) from Richard H. Williamson re: Mission Plan Strategy with attached "Nuclear Waste Strategy: An Overview Proposal" | 9/15/1983 | PNL-173-1282 to PNL-173-1288 | Incomplete; Relevance | Incomplete; Relevance | Incomplete; Relevance; Hearsay; Authentication | |
| P0636 | Draft - Civilian Radioactive Waste Management Program Mission Plan, Volume I. Overview and Current Program Plans. | 12/20/1983 | CTR-042-1065 to CTR-042-1190 | Relevance | Relevance | Relevance; Hearsay; Authentication; Foundation | |
| P0641 | Memorandum (Battelle/PNL) to distribution from Ron Liikala re: attached Draft "Program Strategy" (RW-30 2/29/84) | 3/12/1984 | PNL-150-0157 to PNL-150-0161 | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P0642 | Memorandum (DOE) to R. Williamson, etc. from Michael J. Lawrence re: Mission Plan for the Civilian Radioactive Waste Management Program with attachment | 3/28/1984 | Lawrence Dep. Ex. 20; MOV.19990831.0022 (first 37 pages) | Relevance; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P0643 | Memorandum (DOE) to R. Williamson, etc. from Michael J. Lawrence re: Mission Plan for the Civilian Radioactive Waste Management Program with attachments | 3/30/1984 | MOV.19990831.0022 (final 131 pages) | Relevance; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P0647 | DOE letter to Ben C. Rusche from Michael J. Lawrence re: RL Comments on the Draft Mission Plan Dated April 1984 with attachments | 7/23/1984 | Brownstein Dep. Ex. 78, Lawrence Dep. Ex. 22 | Relevance; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P0659 | Memorandum to The Secretary (DOE) from Lake Barrett re: Approval: Implementation Plan for Acceptance of Civilian Spent Nuclear Fuel by the Federal Government in January, 1998 with attachment | 1/25/1993 | HQR-064-3925 to HQR-064-3930 | Relevance; Authentication; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P0660 | Letter to John E. Cantlon (Nuclear Waste Technical Review Board) from Lake H. Barrett (DOE) re: attached DOE response to Nuclear Waste Technical Review Board's recommendations | 5/13/1993 | HQR-036-1109 to HQR-036-1114 | Admitted | Relevance | Relevance | |
| P0661 | Presentation Materials: DOE Management Strategy and Plan for the Interim Storage of Spent Fuel, before the Nuclear Waste Technical Review Board Engineered Barrier System, Transportation and Systems Joint Panel Meeting | 11/1/1993 | HQR-060-1810 to HQR-060-1826 | Admitted | Relevance; Hearsay | Relevance; Hearsay | |
| P0664 | Civilian Radioactive Waste Management Program Plan - Volume I - Program Overview | 12/19/1994 | SN174276 to SN174362, Milner Dep. Ex. 50, Brownstein Dep. Ex. 70, Barrett Dep. Ex. 36 | Admitted | Relevance | Relevance | |

**"WILL USE"**

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0678 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983, Washington, D.C., pages 11-12: "Program Overview" by Robert Morgan | 02/00/1984 | Morgan Dep. Ex. 2, SN069588 to SN069592 and SN069599 to SN069600 | Incomplete; Relevance | Incomplete; Relevance | Incomplete; Relevance | |
| P0683 | Mission Plan for the Civilian Radioactive Waste Management Program. Volumes I and II of II Volumes. Overview and Current Program Plans - April 1984 (DOE/RW-0005 DRAFT Reprinted July 1984) | 04/00/1984 | Milner Dep. Ex. 21; Morgan Dep. Ex. 11; Zabransky Dep. Ex. 8; Isaacs Dep. Ex. 4; Trebules Dep. Ex. 5; Head Dep. Ex. 19 | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P0696 | Letter to Joseph Sutey (DOE) from Billy Cole (Battelle) re: attached Delivery Commitment Schedule - Processing, Approval, and Management Control System - Rev 4 [and Rev 3] | 8/30/1988 | PNL-098-1106 to PNL-098-1144 | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P0745 | Letter to Michael S. Karol (DOE) from Gordon H. Beeman (Battelle, PNL) re: attached Draft - At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trading | 9/8/1987 | PNL-144-1715 to PNL-144-1871 | Relevance; Hearsay; Foundation | Relevance | Relevance | |
| P0793 | Interim Storage Options - Briefing to Dan Dreyfus. Presented on February 8, 1994. Revised March 8, 1994. Presented by: R.A. Milner, Associate Director, Office of Storage and Transportation | 3/8/1994 | HQR-064-4412 to HQR-064-4449 | Relevance; Hearsay | Relevance; Hearsay | Relevance; Hearsay | |
| P0796 | Letter to Hazel O'Leary (DOE) from Massachusetts Congressional Delegation requesting assistance in accelerating the DOE's acceptance of SNF from Yankee Rowe | 8/4/1994 | CNU004392 to CNU004393 | Admitted | Relevance | Relevance | |
| P0806 | Allocation of DOE Nuclear Waste Acceptance Capacity and Utility Behavior: Overview and Status--Draft | 04/00/1986 | PNL-046-0701 to PNL-046-0727 | Hearsay; Relevance; Incomplete | Hearsay; Relevance; Incomplete | Hearsay; Relevance; Incomplete | |
| P0829 | Documentation supporting operating license amendment re: Maine Yankee spent fuel pool reracking | 1/25/1993 | MOF035571 to MOF035882 | Admitted | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | |
| P0843 | Civilian Radioactive Waste Management System Requirements Document | 05/00/2002 | HQR145-0001 to HQR145-0056 | Admitted | Relevance | No objection | |
| P0845 | Draft of Report titled, "At-Reactor Spent Fuel Storage Requirements With and Without Acceptance Rights Trading" | 08/00/1987 | Thomas Wood Dep. Ex. 5 | Relevance; Foundation; Hearsay | Relevance; Foundation | Relevance; Foundation | |

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0856 | Memorandum (DOE) from Christopher A. Kouts re: enclosed minutes of the Transportation Coordination Group (TCG) meeting on July 25-26, 1989 | 11/29/1989 | Kouts Dep. Ex. 20 | Relevance; Hearsay | Relevance; Authentication | Relevance; Authentication | |
| P0870 | Nuclear Waste Technical Review Board Full Board Meeting - Subject: Update on the Multipurpose Canister Concept. Presenter: Ronald Milner | 1/11/1994 | HQR-064-4315 to HQR-064-4349; YDK014993 to YDK015027 | Relevance; Authentication; Foundation | Relevance; Authentication; Foundation | Relevance; Authentication; Foundation | |
| P0873 | DOE memorandum from Ronald Milner re: Modification of the CRWMS Program Baseline to a Multipurpose Canister-Based System with attachment | 3/8/1994 | HQR-028-2747 to HQR-028-2762 | Relevance; Authentication | Relevance; Authentication | Relevance; Authentication | |
| P0884 | Memorandum to Lake Barrett (DOE) from James Carlson (DOE) re: Market-Based MPC Development | 1/8/1998 | HQR-064-1724 to HQR-064-1729 | Relevance | Relevance; Authentication; Foundation | Relevance; Authentication; Foundation | |
| P0899 | E-mail from Ed Benz to Dave Zabransky re: Canisterization of Failed SNF, with attached "Classification of Failed SNF Under the Standard Contract" | 12/11/2001 | CTR116 0001 to CTR116 0004 | Foundation; Authentication; Hearsay; Relevance | Foundation; Authentication; Hearsay; Relevance | Foundation; Authentication; Hearsay; Relevance | |
| P0943 | DOE memo to Acting Director, OCRWM from Lake Barrett re: Evaluation of the MRS Review Commission Report with attachment | 11/30/1989 | PNL-017-3359 to PNL-017-3365 | Relevance | Hearsay; Relevance | Hearsay; Relevance | |
| P0947 | Letter to Senator J. Bennett Johnston from James D. Watkins (Sec of Energy) re: attached "A New Strategy for Management of Commercial Spent Nuclear Fuel" | 12/17/1992 | HQR-038-0090 to HQR-038-0093; HQR-010-1626 to HQR-010-1629 | Relevance | Hearsay; Relevance | Hearsay; Relevance | |
| P0948 | DOE memo to Chris Kouts from Ronald Milner re: Back-up Material for New RW Initiatives | 2/23/1993 | HQR-064-3900 to HQR-064-3904 | Admitted | Hearsay; Relevance | Hearsay; Relevance | |
| P0949 | Statement of Ronald A. Milner, Associate Director for Storage and Transportation, OCRWM, DOE, before Minnesota State Legislature Committee on Jobs, Energy, and Community Development. January 27, 1994 | 1/27/1994 | HQR-036-1057 to HQR-036-1066 | Relevance | Hearsay | Hearsay | |
| P0951 | Notice of Inquiry - Waste Acceptance Issues - 59 Fed Reg 27007 | 5/25/1994 | HQ0010847 to HQ0010849, HQR-006-0345 to HQR-006-0347 | Not a proper exhibit | Relevance | Relevance | |
| P0952 | Routing and Transmittal Slip (DOE) to Lake Barrett from Jeff Williams with attached excerpt from MRS System Study Summary Report, June 1989 | 2/12/1997 | HQR-038-0304 to HQR-038-0306 | Admitted | Hearsay; Authentication; Foundation | Hearsay; Authentication; Foundation | |