**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P0968 | Final Draft - "Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program" (Work Performed Under Contract No. DE-AC01-83-NE-44301) by Roy F. Weston, Inc. | 4/27/1984 | PNL-020-1491 to PNL-020-1657 | Relevance | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | |
| P0970 | DOE internal memo to Lake Barrett from Ronald A. Milner re: Proposed Assumptions and Case List for 1988 TSLCC | 9/9/1987 | PNL-102-0359 to PNL-102-0377 | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | |
| P0971 | DOE internal memo from Samuel Rousso re: Assumptions for 1988 TSLCC with attachments | 1/28/1988 | PNL-108-0507 to PNL-108-0531 | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | |
| P0972 | DOE memo from Ronald Milner re: Draft TSLCC 1995 Assumption Package with attached Draft TSLCC 1995 Assumptions Package | 11/28/1994 | HQR-057-1467 to HQR-057-1492 | Relevance | Relevance; Hearsay; Authentication | Relevance; Hearsay; Authentication | |
| P0976 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program. Volume I: The Analysis and Its Results - April 1986 | 04/00/1986 | Milner Dep. Ex. 24 | Relevance | Relevance | Relevance | |
| P0977 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program - May 2001 (DOE/RW-0533) | 05/00/2001 | Milner Dep. Ex. 73; Milner Dep. Ex. 89; Susan Klein Dep. Ex. 16 | Relevance | Relevance | Relevance | |
| P0978 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste of 6/83 | 06/00/1983 | YA Opp. To Defendant's Motion for SJ Re Rate of SNF Acceptance YA3778 | Relevance | Relevance; Foundation | Relevance; Foundation | |
| P0982 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program - December 1998 (DOE/RW-0510) | 12/00/1998 | HQR-036-0006 to HQR-036-0086 | Relevance | Relevance | Relevance | |
| P0989 | Letter to James Hall (UNWMG) from Robert Bauer (DOE) re: clarification of standard contract aspects - "other than standard fuel" and "proof of ownership" | 9/13/1985 | CTR0060044 to CTR0060045; CTR0002362 to CTR0002363, CTR-001-2364 to CTR-001-2365 | Admitted | No objection | Foundation; Authentication; Hearsay; Relevance | |

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1013 | Letter to Governor Angus S. King, Jr. (Maine) from Ivan Itkin (DOE) re: Nuclear Regulatory Commission's proposed rule amending 10 CFR Part 72.214 to approve the NAC-UMS Universal Storage System for spent nuclear fuel | 5/3/2000 | Barrett Dep. Ex. 87; Plante Dep. Ex. 17 | Admitted | Relevance | Relevance | |
| P1020 | Civilian Radioactive Waste Management System - Waste Acceptance System Requirements Document, Revision 4 (DOE/RW-0351) | 01/00/2002 | Susan Klein Dep. Ex. 27 | Admitted | Relevance | Relevance | |
| P1026 | Civilian Radioactive Waste Management System Requirements Document, Revision 05 DCN 01 (DOE/RW-0406) | 05/00/2000 | HQR-058-0749 to HQR-058-0806; HQR-058-0816 to HQR-058-0873 | Relevance | Relevance | Relevance; Foundation | |
| P1039 | Civilian Radioactive Waste Management System Total System Description - Revision 0 | | MPA009925 to MPA009943 | Relevance | Relevance | Relevance | |
| P1047 | Recommendations for Management of Greater-than-Class C Radioactive Waste: Report to Congress in Response to Pub. L. 99-240 | 02/00/1987 | HQR-065-0523 to HQR-065-0588 | Admitted | No objection | No objection | |
| P1053 | 53 FR 17709-01 - Proposed rules - Nuclear Regulatory Commission - 10 CFR Part 61 - Disposal of Radioactive Wastes - Wednesday, May 18, 1988 | 5/18/1988 | Brownstein Dep. Ex. 81, Meisner Dep. Ex. 1, Mills Dep. Ex. 6, Bajwa Dep. Ex. 22 | Not a proper exhibit | Not a proper exhibit | Not a proper exhibit | |
| P1069 | Final rule. Disposal of Radioactive Wastes. 54 Federal Register 22578-22583 (NRC amending its regulations to require disposal of GTCC low-level radioactive wastes in a deep geologic repository unless disposal elsewhere has been approved by the Commission.) | 5/25/1989 | 54 FR 22578-01; 1989 WL 270572 (F.R.) | Not a proper exhibit | Not a proper exhibit | No objection | |
| P1089 | Letter to John W. Bartlett (DOE) from Robert M. Bernero (NRC) re: information requested on DOE's estimates of GTCC LLW. | 7/23/1990 | HQR-077-4005 to HQR-077-4006 | Admitted | No objection | Foundation; Hearsay; Relevance | |
| P1103 | Letter to Robert M. Bernero (NRC) from Leo P. Duffy (DOE) re: plans for DOE acceptance of GTCC low-level radioactive waste from commercial sources. | 4/7/1992 | HQR-077-0684 to HQR-077-0687 | Relevance | Relevance | Relevance | |
| P1116 | Issue: Funding for Management and Disposal of Utility-Generated Greater-Than-Class C Low-Level Radioactive Waste (GTCC LLW) | 10/29/1992 | IDF017 0220 | Relevance; Authentication; Foundation | Authentication; Foundation; Relevance | Authentication; Foundation; Relevance | |

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1129 | Letter to Ronald H. Sandwina (DOE) from John H. Austin (NRC) re: comments on two reports: (1) "Reassessment of the Greater-Than-Class C (GTCC) Low-Level Radioactive Waste Program," EGG-WM-11018, October 1993; and (2) "Greater-Than-Class C Low-Level Radioactive Waste: Program Reassessment," RAE-9208/2-1, September 1993. | 4/6/1994 | HQR-077-3090 to HQR-077-3092 | Relevance | Relevance | Foundation; Hearsay; Relevance | |
| P1135 | Memorandum (DOE) to Joseph A. Coleman from Terry Plummer re: Greater-Than-Class C Low-Level Radioactive Waste Program Guidance | 8/3/1994 | HQR-077-4417 to HQR-077-4420 | Relevance | Relevance | Hearsay; Relevance; Foundation; Authentication | |
| P1139 | Letter from Thomas Grumbly responding to Jay Thayer's letter to Daniel Dreyfus re disposal of GTCC in light of plant decommissioning | 12/20/1994 | YDK012781 to YDK012782 | Admitted | Relevance | Foundation; Authentication; Relevance | |
| P1144 | Memorandum (DOE) to Jill E. Lytle from Terry L. Plummer thru Joseph A. Coleman re: Approval of Federal Register Notice Soliciting Stakeholder Input to the Strategy for Management and Disposal of Greater-Than-Class C Low-Level Waste with attachments | 2/14/1995 | HQR-077-1685 to HQR-077-1703 | Admitted | Relevance | Foundation; Hearsay; Authentication | |
| P1148 | Transcript of Proceedings of Lockheed Martin Stakeholder Workshop for GTCC LLW Management Program, Strategy Development | 4/11/1995 | IDF016 4050 to IDF016 4253 | Relevance; Hearsay | Relevance; Hearsay | Relevance; Hearsay | |
| P1150 | Letter to Terry L. Plummer (DOE) from Jay K. Thayer (Yankee Atomic) re: Comments of Yankee Atomic Electric Company on the Department of Energy Notice of Inquiry, "Strategy for Management and Disposal of Greater-Than-Class C Low-Level Radioactive Waste (60 FR 13424, dated March 13, 1995) | 4/26/1995 | YDK012491 to YDK012495 | Relevance; Hearsay | No objection | Relevance; Foundation | |
| P1155 | Greater-Than-Class C Radioactive Waste Management, Terry Plummer, DOE, Office of Environmental Management | 6/7/1995 | YDK012691 to YDK012705 | Admitted | Relevance | Relevance; Foundation; Hearsay | |
| P1156 | Action Decision Memorandum GTCC LLW Program with facsimile cover sheet enclosing same | 6/27/1995 | CTR-100-0438 to CTR-100-0441 | Relevance; Authentication; Foundation; Hearsay | Relevance; Authentication; Foundation; Hearsay | Relevance; Authentication; Foundation; Hearsay | |