**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1157 | Co-Disposal of GTCC LLW With High-Level Radioactive Waste: Statutory and Regulatory Provisions. Draft Discussion Paper, June 28, 1995" [short version] with cover memorandum enclosing same | 6/28/1995 | IDF017 0302 to IDF017 0309; Campbell Dep. Ex. 23 | Authentication; Foundation; Hearsay; Relevance | Authentication; Foundation; Hearsay; Relevance | Authentication; Foundation; Hearsay; Relevance | |
| P1166 | Memorandum (DOE) to Stephen P. Cowan from Terry L. Plummer re: Greater Than Class C Low-Level Waste Reclassification by S. 1271 with attachment | 6/18/1996 | HQR-077-4272 to HQR-077-4279 | No objection | Relevance | Foundation; Hearsay; Relevance | |
| P1181 | presentation materials - "Greater-Than-Class C Program Management Plan", Greg Duggan, December 13, 1999 | 12/13/1999 | IDF017 0331 to IDF017 0343 | Relevance; Hearsay; Foundation | Relevance; Hearsay; Foundation | Relevance; Hearsay; Foundation | |
| P1204 | E-Mail from Margaret Chu (Sandia) re: GTCC Planning Meeting with attachments | 1/23/2001 | SNL-001-0206 to SNL-001-0218 | No objection | No objection | No objection | |
| P1217 | presentation material - "Plans for Managing Greater Than Class C Waste (GTCC)", Presented by Patrice Bubar, ADAS Office of Integration and Disposition, July 11, 2001. | 7/11/2001 | HQR-125-0001 to HQR-125-0014 | Authentication | Authentication | Authentication | |
| P1224 | e-mail (Apr 29, 2002) from Robert Campbell re: attached Revised Policy Paper and cover note. | 4/29/2002 | HQR-164-0032 to HQR-164-0036 | Relevance | Relevance | Relevance; Authentication | |
| P1228 | Issue Paper: GTCC Waste Program | 00/00/2001 | HQR092-0045 to HQR092-0052 [SFEE110701\HQR092\gtccinfocharlierev.wpd] | Authentication; Foundation; Relevance | Authentication; Foundation; Relevance | Authentication; Foundation; Relevance | |
| P1298 | Greater-Than-Class C Low-Level Radioactive Waste Program Management Plan" (DOE/LLW-257) [with cover memo] | 12/00/1999 | Campbell Dep. Ex. 25; HQR141-0151 to HQR141-0152 and HQR065-0451 to HQR065-0480 | Relevance | Relevance | Relevance | |
| P1337 | Issue Paper: DOE and GTCC Waste: Maine Yankee GTCC Waste Issue | | HQR092-0062 to HQR092-0067 [SFEE110701\HQR092\gtccisspap.wpd] | Relevance; Hearsay; Authentication; Foundation | Relevance; Hearsay; Authentication; Foundation | Relevance; Hearsay; Authentication; Foundation | |
| P1353 | Proposed notes for Bob Card discussion with NRC Commissioner re: management and disposal of GTCC waste | | HQR143-0072 to HQR143-0073 | Relevance; Hearsay; Authentication; Foundation | Relevance; Hearsay; Authentication; Foundation | Relevance; Hearsay; Authentication; Foundation | |
| P1433MY | The Decommissioning of Maine Yankee Recommendation for a Decommissioning Contract, July 27, 1998, Revision 1 | 7/27/1998 | MOF054879 to MOF054903 | Admitted | No objection | No objection | |

"WILL USE"

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1444CY | Spent Fuel Storage Strategy, Nuclear Fuel Engineering, September 1992 (with October 2, 1992 cover memorandum from M.V. Bonaco to Distribution) | 09/00/1992 | CDB006669 to CDB006691 | Admitted | No objection | No objection | |
| P1445CY | Spent Fuel Storage Strategy, Updated December 15, 1993 (with December 15, 1993 cover memorandum from T.J. Honan to M.V. Bonaco) | 12/15/1993 | CDB005938 to CDB005939 and CDB006692 to CDB006712 | Admitted | No objection | No objection | |
| P1448CY | Spent Fuel Storage Strategy, Nuclear Fuel Engineering, July 31, 1995 (with July 31, 1995 cover memorandum from R.A. Isakson to Distribution). | 7/31/1995 | CDB006649 to CDB006668 | Admitted | No objection | No objection | |
| P1454MY | Letter to Robert Jordan (Maine Yankee) from Harold L. Rothstein (Raytheon) re: attached "Draft Report - Raytheon's Independent Assessment of Wet vs Dry Spent Fuel Storage for the Maine Yankee Nuclear Plant" | 10/15/1997 | COF006209 to COF006268 | Admitted | No objection | No objection | |
| P1456MY | Letter to Robert Jordan (Maine Yankee) from Harold L. Rothstein (Raytheon) re: attached "Raytheon's Independent Assessment of Wet vs Dry Spent Fuel Storage for the Maine Yankee Nuclear Plant" | 11/3/1997 | MPA022566 to MPA022619 | Admitted | No objection | No objection | |
| P1457CY | Attachment E - Connecticut Yankee Dry Spent Fuel Island Requirements, Rev. 0 | 3/22/1999 | COF007348 to COF007379 | Admitted | Authentication; Hearsay | Foundation; Authentication; Relevance; Hearsay | |
| P1457YA | Timely Topics on Spent Fuel Storage, Ivan Selin, Journal of Nuclear Materials Management, October 1994 | 10/00/1994 | PPL 007230 to PPL 007232 | Relevance | Relevance; Hearsay; Foundation | Relevance; Hearsay; Foundation | |
| P1458CY | Notes for 3/26/99 cy exec comm meeting re cy doc selection | 3/26/1999 | YOF033524 to YOF033525 | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | |
| P1462YA | Spent Fuel Storage Study for the Yankee Nuclear Power Station, August, 1997 | 08/00/1997 | YDK007501 to YDK007539 | Admitted | No objection | No objection | |
| P1465YA | Yankee Nuclear Power Station Spent Nuclear Fuel Storage Study, September 1992 | 09/00/1992 | YDK042316 to YDK042472; YDK007343 to YDK007499; COF006864 to COF007019 | Admitted | No objection | No objection | |
| P1468MY | Maine Yankee Atomic Power Company - Response to FERC Data Request 2-SP-39 - (Docket No. ER98-570-000) | | MIR000012 to MIR000013 | Admitted | No objection | No objection | |

**"WILL USE"**