**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1472CY | Letter to J.E. McKissick (Northeast Utilities) from M. Detmer (DOE) re: submission of DCSs to DOE under the Standard Contract | 3/4/1992 | HQ0002145 to HQ0002146, HQR-001-2146 to HQR-001-2147 | Admitted | No objection | No objection | |
| P1485YA | Letter to Andrew C. Kadak (Yankee Atomic) from Beth A. Tomasoni (DOE) re: DOE obligation following Indiana Michigan Power decision | 12/17/1996 | Zabransky Dep. Ex. 13; Tomasoni Dep. Ex. 9 | Admitted | No objection | No objection | |
| P1487MY | Letter to Michael E. Thomas (Maine Yankee) from Beth A. Tomasoni (DOE) re: DOE obligation following Indiana Michigan Power decision | 12/17/1996 | MA-100783 | Admitted | No objection | No objection | |
| P1496YA | Letter to J.M. Buchheit (Yankee Atomic) from M. Detmer (DOE) re: submission of DCSs to DOE under the Standard Contract | 3/4/1992 | HQ0002153 to HQ0002154, HQR-001-2154 to HQR-001-2155 | Admitted | No objection | No objection | |
| P1508MY | Memorandum (Maine Yankee) to David A. Rivard from Walter E. Johnson re: Spent Fuel Pool Capacity, 9 February 1994 | 2/9/1994 | MOF026526 to MOF026527 | Admitted | No objection | No objection | |
| P1513MY | Reracking Assessment in the Non Breach World | 6/30/1999 | Abbott Dep. Ex. 28 | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | |
| P1604 | Memorandum to H.J. Hale, Office of Storage and Transportation Systems, from M.S. Karol, Director of Storage and Transportation Division, enclosing draft report, "At-Reactor Spent Fuel Storage Requirements With and Without Acceptance Rights Trading" | 10/6/1987 | PNL-046-0002 to PNL-046-0169 | Relevance; Incomplete; Foundation; Hearsay | Relevance; Incomplete; Foundation | Relevance; Incomplete; Foundation | |
| P1610 | T.W. Wood presentation, "Allocation of Waste Acceptance Rights" | 8/6/1986 | PNL-171-0057 to PNL-171-0073 | Hearsay; Authentication; Foundation; Relevance | Hearsay; Authentication; Foundation; Relevance | Hearsay; Authentication; Foundation; Relevance | |
| P1613 | Memorandum from Samuel J. Chilk (Secretary, NRC) to Victor Stello, Jr. and William C. Parler re: May 18, 1989 Commission approval of Federal Register publication of final amendments to 10 CFR 61 | 5/25/1989 | NRC005 0034 to NRC005 0035 | Relevance | Relevance | Relevance; Foundation; Authentication; Hearsay | |
| P1614 | DOE GTCC Meeting Agenda. Purpose: To discuss DOE's November 17, 2000, letter to the State of Maine concerning GTCC waste | 12/20/2000 | NRC004 0129 | Relevance; Foundation; Hearsay; Authentication | Relevance; Foundation; Hearsay; Authentication | Foundation; Hearsay; Authentication | |
| P1616 | Meeting Attendees. Topic: GTCC. Date: 12-20-00 | 12/20/2000 | NRC004 0119 | Relevance | Relevance | Relevance | |

**"WILL USE"**

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1619 | Letter to George Zinke (Maine Yankee) from David Huizenga (DOE) re: management and disposal of GTCC waste (with marginalia) | 5/24/2001 | NRC003 0011 | Relevance | Relevance | Relevance; Foundation; Hearsay; Authentication | |
| P1648 | Official Transcript of Proceedings. U.S. Nuclear Regulatory Commission Advisory Committee on Nuclear Waste. 36th ACNW Meeting [excerpt, pages 122-174] | 10/18/1991 | Bernero Dep. Ex. 10 | Relevance; Hearsay | Relevance; Hearsay | Relevance; Hearsay | |
| P1654 | Teleconference Call Summary | 6/22/1999 | HQR251 0213 | Relevance; Hearsay; Authentication | Relevance; Hearsay; Authentication | Relevance; Hearsay; Authentication; Foundation | |
| P1657 | Meeting Attendees. Topic: GTCC. Date: 9/1/99 | 9/1/1999 | NRC004 0079 | Relevance | Relevance | Relevance; Authentication; Foundation | |
| P1658 | Presentation - "Greater-than-Class C Waste Management Program" | 9/1/1999 | NRC004 0080 to NRC004 0093 | Relevance; Foundation | Relevance; Foundation | Relevance; Hearsay; Authentication; Foundation | |
| P1659 | transcript - July 18, 2001 ACNW Meeting | 7/18/2001 | NRC004 0160 to NRC004 0190 | Relevance; Hearsay | Relevance; Hearsay | Relevance; Hearsay | |
| P1667 | Co-Disposal of GTCC LLW With High-Level Radioactive Waste: Statutory and Regulatory Provisions. Draft Discussion Paper, June 28, 1995" [long version with facsimile lines] | 6/28/1995 | HQR-073-0246 to HQR-073-0252; Campbell Dep. Ex. 10 | Relevance; Foundation; Authentication; Hearsay | Relevance; Foundation; Authentication; Hearsay | Relevance; Foundation; Authentication; Hearsay | |
| P1671 | Letter from Glenn L. Koster (Kansas Gas and Electric) to Robert Morgan (DOE) re: attached comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/1/1983 | HQZ.19881109.0025. 0001 to HQZ.19881109.0025. 0008 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1672 | Letter from Larry D. Root (Iowa Electric Light and Power Co.) to Robert Morgan (DOE) re: Comments on the Proposed DOE Waste Disposal Services Contract | 3/3/1983 | HQZ.19881109.0027. 0001 to HQZ.19881109.0027. 0003 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1673 | Duke Power Company Final Comments - Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/3/1983 | HQZ.19881109.0024. 0001 to HQZ.19881109.0024. 0008 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1674 | Letter from R. D. Scherer (Duquesne Light) to Robert Morgan (DOE) re: comments on proposed Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/4/1983 | HQZ.19881108.6775. 0001 to HQZ.19881108.6775. 0004 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1675 | Letter from Bernard H. Cherry (GPU Service Corp) to Robert Morgan (DOE) re: enclosed comments of DOE's proposed contract for the disposal of SNF and/or HLW | 3/4/1983 | HQZ.19881109.0017. 0001 to HQZ.19881109.0017. 0004 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |

**"WILL USE"**