**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1676 | Letter from D.N. Merrill (Public Service of New Hampshire) to Robert Morgan (DOE) re: comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/4/1983 | HQZ.19881109.0015.0002 to HQZ.19881109.0015.0005 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1677 | Letter from L.F. Dale (Mississippi Power & Light) to Robert Morgan (DOE) re: attached comments on proposed Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 3/4/1983 | HQZ.19881109.0027.0001 to HQZ.19881109.0027.0014 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1678 | Letter from William F. Conway (Vermont Yankee) to Robert Morgan (DOE) re: comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/7/1983 | HQZ.19881109.0139.0001 to HQZ.19881109.0139.0007 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1679 | Letter from Arthur E. Lundvall (Baltimore Gase and Electric) to Robert Morgan (DOE) re: Draft DOE Utility Standard Waste Disposal Contract | 3/7/1983 | HQZ.19881109.0137.0001 to HQZ.19881109.0137.0003 | Admitted | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1682 | Letter from E.R. Johnson (E.R. Johnson Associates, Inc.) to Jim Saling (Oak Ridge National Laboratory) re: attached "Detailed Comments/Questions on PNL Draft Report Entitled "At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trading"" [with marginalia] | 12/31/1987 | PNL-046-0279 to PNL-046-0288 | Relevance; Foundation; Authentication; Hearsay | Relevance; Foundation; Authentication; Hearsay | Relevance; Foundation; Authentication; Hearsay | |
| P1690 | White Paper - "Effects of Exchanges of Delivery Commitment Schedules on the CRWMS Transportation System", Prepared for DOE by Oak Ridge National Laboratory | 08/00/1992 | HQ0006653 to HQ0006730; HQR-004-0225 to HQR-004-0302 | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P1691 | Letter from Daniel A. Dreyfus (DOE) to Representative Albert R. Herren (Massachusetts) in response to letter of June 7, 1995 | 7/13/1995 | YDK008851 to YDK008852 | Admitted | No objection | Authentication; Foundation | |
| P1724 | Letter to Gov. Angus King, Jr. (Maine) from Spencer Abraham (DOE) in reply to letter of Oct. 1, 2001, concerning GTCC waste. | | HQR092-0102 to HQR092-0103 (re-produced by govt as HQR092-0101 to HQR092-0102); SFEE110701\HQR092\kingMEgtcc.wpd | Relevance; Authentication | Relevance; Authentication; Hearsay | Relevance; Authentication; Hearsay; Foundation | |

**"WILL USE"**

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1726CY | Connecticut Yankee Budget Estimates 2003; Connecticut Yankee Classification of Costs for Wet Fuel Storage, ISFSI Construction, and ISFSI Operations as realted to budget estimates 2003; Connecticut Yankee Support to Budget Estimates | | CD provided | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1726MY | Maine Yankee Budget Estimates 2003; Maine Yankee Classification of Costs for Wet Fuel Storage, ISFSI Construction, and ISFSI Operations as related to budget estimates 2003; Maine Yankee Classification of Offset Costs 2003 | | CD provided | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | |
| P1726YA | Yankee Atomic Budget Estimates 2003; Yankee Atomic Classification of Costs for Wet Fuel Storage, ISFSI Construction, and ISFSI Operations as related to budget estimates 2003; Yankee Atomic support to budget estimates | | CD provided | Relevance; Foundation; Hearsay; Authentication | Relevance; Foundation; Hearsay; Authentication | Foundation; Hearsay; Authentication; Incomplete; Relevance | |
| P1729CY | Valuation Analysis dated October 1, 2000 for the Connecticut Yankee Atomic Power Company Haddam Neck Plant, prepared by Fox Valuation Services, S&W Consultants, and Sylvester & Company LLC | 10/1/2000 | AUD028406 to AUD028503 | Hearsay; Foundation; Authentication; Illegible | Hearsay; Foundation; Authentication; Illegible | Hearsay; Foundation; Authentication; Illegible | |
| P1729YA | Yankee Atomic Tax Bills/Assessments | 6/23/2005 | AUD028504 to AUD028511 | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P1735MY | MY 1996 Capital Working Budget report as of December 31, 1996 | 12/31/1996 | MPA022358 to MPA022362 | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | Foundation; Authentication; Hearsay | |
| P1739CY | CY Reracking Cost Detail | | PWC005231 to PWC005245; PWC005427; PWC005433 to PWC005437; PWC005456 to PWC005586 | Hearsay | Authentication; Hearsay; Foundation | Authentication; Hearsay; Foundation | |
| P1741YA | United States Department of Energy, National Spent Nuclear Fuel Program; Using the Standardized DOE SNF Canister for Greater-than-Class C Low-Level Waste; U.S. Department of Energy Assistant Secretary for Environment Management Office of Nuclear Material and Spent Fuel | 10/00/2000 | HQR085-0033 to HQR085-0060 | Relevance; Incomplete | Relevance; Incomplete | Relevance; Incomplete | |

**"WILL USE"**