**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1745YA | Massachussetts Department of Revenue, Division of Local Services, Municipal Databank/Local Aid Section; Finalized Equalized Valuations for 2002 & Assessement Ratios | | PA-225682 to PA-225697 | Relevance; Hearsay; Foundation | Relevance; Hearsay; Foundation | Relevance; Hearsay; Foundation | |
| P1750MY | Appraisal of Maine Yankee Site (Land Only) as of April 1, 1997 and April 1, 1998, Prepared by Norman A. Gosline for Stone & Webster Management Consultants, Inc. | 1/27/1998 | AUD028295 to AUD028405 | Foundation; Hearsay; Authentication | Foundation; Hearsay; Authentication | Foundation; Hearsay; Authentication | |
| P1751MY | May 21, 1999 Allocated Value of January 27, 1998 Appraisal Prepared by Norman A. Gosline for Stone & Webster Management Consultants Inc. | 5/21/1999 | AUD028290 to AUD028294 | Hearsay; Foundation; Authentication; Incomplete | Hearsay; Foundation; Authentication; Incomplete | Hearsay; Foundation; Authentication; Incomplete | |
| P1752MY | Talking Points: Greater Than Class C Waste and Maine Yankee | | HQR092-0110;SFEE110701\HQR092\maineyanktalkpts.wpd; | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | Relevance; Authentication; Hearsay; Foundation | |
| P1784 | Letter from Lake H. Barrett (OCRWM, DOE) to R.M. Grube (Yankee Atomic) responding to August 6, 1996 letter re: Yankee transportation and storage system. | 8/20/1996 | HQR-036-1024 to HQR-036-1025 | Admitted | No objection | | |
| P1785 | Letter from William D. Travers (NRC) to Senator Joseph Lieberman (CT) (11/14/2000) re: transfer of CY GTCC waste to a permanent repository (Official Record Copy) | 11/14/2000 | PA-226192 to PA-226194; YA Opp. To Defendant's Motion for SJ Re GTCC YA1106-YA1108 | Relevance; Authentication; Foundation | Relevance; Authentication; Foundation | | |
| P1801 | Image - 16 loaded casks on pad at Yankee Atomic | | YOF054540 | Admitted | Relevance; Authentication; Foundation | | |
| P1802 | NRC's Transportation Program. Presentation by E. William Brach, Director, Spent Fuel Project Office, U.S. Nuclear Regulatory Commission. May 16, 2003 | 5/16/2003 | PA227143 to PA227161 | Relevance; Foundation | | | |
| P1839 | DOE GTCC Meeting Agenda with attached GTCC Overview | 12/20/2000 | HQR0540519 to HQR0540521 | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | | |
| P1840 | E-mail from Robert Campbell to Steven Miller, Jane Taylor, Dave Zabransky, Susan Klein and others, cc: Charles Head, Ken Chacey, Patrice Bubar, David Huizenga and others re" GTCC Planning Meeting. With attachments | 1/11/2001 | HQR169 0029 to HQR169 0040 | Relevance; Foundation | Relevance; Foundation; Authentication | | |

"WILL USE"

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1841 | E-mail from Dave Zabransky to Thomas Pollog re: GTCC Planning Meeting. With attachments | 1/19/2001 | HQR257 0361 to HQR257 0372 | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | | |
| P1845 | Four undated drafts of memorandum for the Secretary from Lake Barrett re: Action: Response to Letter from Governor King of Maine Concerning Greater-Than-Class C Low-Level Waste and Spent Nuclear Fuel, with attachments | | HQR169 0001 to HQR169 0013 | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | | |
| P1846 | Undated draft response from Spencer Abraham to October 1, 2001 letter of Governor King | | HQR167 0123 to HQR167 0126 | Relevance; Foundation; Authentication | Relevance; Foundation; Authentication | | |
| P1857 | E-mail from James Kennedy to Charles Head and Rob Campbell, cc: John Greeves re: attached GTCC letter ("Draft for Charles Head and Rob Campbell of DOE, November 5, 2001") | | NRC004 0293 to NRC004 0295 | Relevance | Relevance | | |
| P1860 | E-mail from James Carlson to Dave Zabransky re: WP files for King response. Includes memorandum regarding draft response and draft response. | 11/13/2001 | HQR250 0367 to HQR250 0373 | Relevance | | | |
| P1863 | Undated letter to Governor King from Spencer Abraham | | NRC004 0279 to NRC004 0280 | Relevance | Relevance | | |
| P1882 | E-mail from Kenneth Picha to Partice Bubar, Kent Hancock, Edgardo Deleon, and Suzanne Rudzinski re: EM-1/RW01 Meeting results? | 4/29/2002 | HQR168 0036 to HQR168 0037 | Relevance | | | |
| P1889 | Energy and Water Development Appropriations Bill, 2004, H.R. Rep. No. 108-212 (2003) [To accompany H.R. 2754] | 7/16/2003 | PA227286 to PA227501 | Relevance | | | |
| P1891 | Making Appropriations for Energy and Water Development for the Fiscal Year Ending September 30, 2004, and for Other Purposes, H.R. Rep. No. 108-357 (2003) [To accompany H.R. 2754] | 11/7/2003 | PA227547 to PA227739 | Relevance | | | |
| P1894 | Letter from Margaret Chu (DOE - OCRWM) to Michael Thomas (Maine Yankee) with attached "Strategic Plan for the Safe Transportation of Spent Nuclear Fuel and High-Level Radioactive Waste to Yucca Mountain: A Guide to Stakeholder Interactions" | 12/1/2003 | MOF069191 to MOF069203 | Relevance | Relevance | | |

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1903 | image - Maine Yankee Independent Spent Fuel Storage Installation (ISFSI) | | MOF069204 | Admitted | Relevance; Foundation; Authentication | | |
| P1904 | Issue Memorandum from Carolyn Huntoon re: Should the Department of Energy (DOE) prepare an Environmental Impact Statement (EIS) on disposal of Greater Than Class C (GTCC) radioactive waste? | | HQR-165-0148 to HQR-165-0152; Bubar Dep. Ex. 1 | Relevance | | | |
| P1905 | 11/17/2000 Fax to P Bubar (includes Nov 17 2000 letter from Huizenga to Craighead, concurrence sheets and other correspondence) | 11/17/2000 | HQR-165-0126 to HQR-165-0133; Bubar Dep. Ex. 5 | Hearsay | | | |
| P1906 | Facsimile from Angus King (Maine) to Sec. Spencer Abraham re: Nuclear Waste (includes December 20, 2001 letter from Gov. Rowland (Connecticut) to Thomas Ridge (Director of Homeland Security)) | 3/18/2002 | HQR-166-0001 to HQR-166-0005; Bubar Dep. Ex. 13 | Relevance; Hearsay; Authentication | | | |
| P1907 | Informal Note from Dave Huizenga (EM-20) to Jessie Roberson (EM-1) re: Management of Greater-Than-Class-C Waste Withen the Department of Energy with attached "Establish Policy for Greater-Than-Class C Waste" | 1/29/2002 | HQR130-0002 to HQR130-0007; Bubar Dep. Ex. 14 | Relevance | | | |
| P1908 | E-Mail from Katy Yuracko to Patty Bubar re: GTCC Memo, per your request (with attachments) | 6/17/2002 | HQR168-0005 to HQR168-0019; Bubar Dep. Ex. 15 | Relevance; Foundation; Hearsay | | | |
| P1909 | Memorandum for the Secretary of Energy from Jessie Hill Roberson re: Action: Establish programmatic responsibility for Greater than Class C (GTCC) waste. [With attached "Supporting Information for Action Memo to Establish DOE Programmatic Responsibility for Greater-Than-Class C Waste"] | | HQR-165 0178 to HQR-165 0186; Bubar Dep. Ex. 16 (first part) | Relevance | | | |
| P1910 | Informal Note to Jessie Roberson (EM-1) from Patty Bubar (EM-20) re: Response to Letter from U.S. Environmental Protection Agency Region 6 Administrator [with attached "Establish Policy for Greater-Than-Class C Waste"] | 5/23/2002 | HQR-165 0187 to HQR-165 0193; Bubar Dep. Ex. 16 (second part) | Relevance | | | |
| P1911 | Facsimile from Donna (DOE) to Suzanne re: Action memo: Management of Greater-Than-Class-C Waste Within the Department of Energy | 3/22/2002 | HQR164-0050 to HQR164-0062; Bubar Dep. Ex. 17 | Relevance | | | |

**"WILL USE"**

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1912 | E-Mail from Robert Campbell to Patrice Bubar, Ken Chacey and Jay Rhoderick, cc: David Huizenga re: Maine Yankee Issue Paper (with attached "ISSUE PAPER: DOE AND GTCC WASTE: Maine Yankee GTCC Waste Issue" | 12/1/2000 | HQR165-0153 to HQR165-00162; Bubar Dep. Ex. 20 | Relevance | | | |
| P1913 | Pre-Decisional DRAFT - ISSUE PAPER - Proposed Greater Than Class C Waste Environmental Impact Statement | | HQR165-0028 to HQR165-0033; Bubar Dep. Ex. 22 | Relevance; Foundation; Authentication; Hearsay | | | |
| P1914 | Throughput Study Prepared by CRWMS M&O Contractor, by Lawrence Ford, William Bailey, Peter Gottlieb, Flora Emami, Mark Flemming, and Donald Robinson | | PA222554 - PA222559 | Relevance; Foundation; Authentication; Hearsay | | | |
| P1915 | Dry fuel storage at Yankee Rowe (video) | | www.connyankee.com /html/videos.html | Admitted | | | |
| P1916 | ROD on Mode of Transporation and Nevada Rail Corridor for the Disposal of Spent Nuclear Fuel and HLW at Yucca Mountain, NYE County, NV | 4/8/2004 | 69 Fed. Reg. 18557 | Not a proper exhibit | | | |
| P1917 | United States Atomic Energy Commission - Yankee Atomic Electric Co., Contract No. AT(30-3)-222 | 6/4/1956 | YDK016123 to YDK016144 | Relevance | | | |
| P1918 | Letter to U.S. Representative David L. Hobson from Secretary of Energy Spencer Abraham with attachments (13 pages total) | 5/24/2004 | | Government has not stated any position. | | | |
| P1919 | FY2005 Funding for Yucca Mountain Repository | 5/18/2004 | | Government has not stated any position. | | | |
| P1920 | Connecticut Yankee Atomic Power Co. v. Town of Haddam, No. 301 CV 2178, Order on consent of parties | 1/24/2002 | AUD 090260 - 090276 | Government has not stated any position. | | | |

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections | Government Objections | Government Objections | Government Objections |
|---|---|---|---|---|---|---|---|
| | | | | 6/28/2004 | 6/1/2004 | 2/19/2004 | 2002 |
| P1922 | Pre-1999 Costs - Connecticut Yankee | | PWC005167 to PWC005174; PWC005181 to PWC005182; PWC005184 to PWC005199; PWC005201 to PWC005229; PWC005233 to PWC005235; PWC005238 to PWC005245; PWC005248 to PWC005340; PWC005343 to PWC005397; PWC005401 to PWC005425; PWC005431 to PWC005454; PWC005456 to PWC005586; PWC005588 to PWC005794; PWC005799 to PWC005841; PWC005844 to PWC006098 | Government has not stated any position. | | | |

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1923 | Pre-1999 Costs - Maine Yankee | | PWC004578 to PWC004592; PWC004597; PWC004599 to PWC004603; PWC004606 to PWC004608; PWC004612 to PWC004625; PWC004627 to PWC004648; PWC004651 to PWC004666; PWC004671 to PWC004678; PWC004683 to PWC004698; PWC004704 to PWC004849; PWC004851 to PWC005000; PWC005002 to PWC005010; PWC005016 to PWC005031; PWC005033 to PWC005065; PWC005067 to PWC005068; | Government has not stated any position. | | | |

"WILL USE"

**List of Exhibits Plaintiffs "Will Use" at Trial**
**(With Government Objections)**
**Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.**
**7/2/2004**

| Exhibit No. | Description | Date | Location No. | Government Current Objections 6/28/2004 | Government Objections 6/1/2004 | Government Objections 2/19/2004 | Government Objections 2002 |
|---|---|---|---|---|---|---|---|
| P1924 | Pre-1999 Costs - Yankee Atomic | | PWC000032 to PWC000034; PWC000036 to PWC000071; PWC000075 to PWC000092; PWC000094 to PWC000101; PWC000103 to PWC000105; PWC000112 to PWC000175; PWC000180 to PWC000260; PWC000263 to PWC000303; PWC000308; PWC000345 to PWC001007; PWC001009 to PWC001393; PWC001403 to PWC001557; PWC001559 to PWC002112 | Government has not stated any position. | | | |