# EXHIBIT 2

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Peter J. Skalaban, Jr.
202.898.5821
pskalaban@spriggs.com

June 30, 2004

**<u>Via Fax and Mail</u>**

John C. Ekman, Trial Attorney
Commercial Litigation Branch Civil Division
United States Department of Justice
Eighth Floor Mailroom
1100 L Street, NW
Washington, D.C. 20530

Re: <u>Yankee Atomic v. U.S., Connecticut Yankee v. U.S., Maine Yankee v. U.S.</u>

Dear John:

This letter is further to our discussion regarding exhibit objections following the June 29, 2004 Pretrial Conference. Plaintiffs want to do everything possible to avoid spending the first day of trial, or more, arguing over exhibits. Our witnesses have planned their schedules according to a trial plan that assumes testimony begins July 12. We want to meet with the government to see if more objections to both parties' exhibits can be resolved. We understand from our discussion that the government may be receptive to such a meeting. We also understand that the government will work on categorizing its objections to plaintiffs' exhibits by their nature, which plaintiffs believe would greatly assist efficient resolution of the government's objections.

Accordingly, plaintiffs propose that the parties meet to discuss objections on the afternoon of July 7th, and that the parties' jointly propose to Judge Merow a hearing on those objections for July 9th.

Please contact me if you have any questions.

Sincerely,

Peter Skala

Peter J. Skalaban