# EXHIBIT 1

**Plaintiffs' July 7, 2004 Deposition Designations**

**Yankee Atomic Electric Company v. United States, 98-126;
Connecticut Yankee Atomic Power Company v. United States, 98-474;
Maine Yankee Atomic Power Company v. United States, 98-154.**

A. Robert Campbell (Organized by Date of Deposition)

1) June 13, 2002

Tr. 11:12 - 12:6; Tr. 23:17 - 25:14; Tr. 27:5-10; Tr. 30:23 - 31:15; Tr. 47:24 - 48:21; Tr. 52:17 - 54:11; Tr. 60: 5 - 62:3; Tr. 84:19-24; Tr. 94:3 - 95:22; Tr. 125:18 - 126:25; Tr. 150:12 - 152:24; Tr. 153:15 - 154:25; Tr. 156:18 - Tr. 157:7; Tr. 161:22 - 162:3, Tr. 162:9 - 163:16; Tr. 165:10- 168:16; Tr. 175: 20 -176:1; Tr. 204:2-23; Tr. 205:18- 206:16

2) June 14, 2002

Tr. 285:23 - 286:10, Tr. 286:23 - 287:18; Tr. 396:1-17; Tr. 415:19 - 416:23; Tr. 444:20-445:3

3) January 29, 2003

Tr. 465:1-3; Tr. 494:3 - 495:2; Tr. 537:8-20; Tr. 544:1 -545:16; Tr. 546:13-18; Tr. 549:5 - 552:15; Tr. 555:25; Tr. 606:18-25 - Tr. 610:1-23; Tr. 615: 2-9; Tr. 634:8-13; Tr. 639: 21- 640:10

B. Alan Brownstein (Organized by Date of Deposition)

1) April 9, 2002

Tr. 9:18 - 10:14; Tr. 13:15-25; Tr. 18:17-19; Tr. 27: 22- Tr. 29: 11; Tr. 31:10 - Tr. 32:5; Tr. 33: 7 - 36: 19; Tr. 37: 3-9; Tr. 40:11 - 41:23; Tr. 57:1 - 58:17; Tr. 61:16 - 62:12; Tr. 99:25 - 100:17; Tr. 144:14-18

2) April 10, 2002

Tr. 343:17 - 344:8; Tr. 420:23 - 421: 24; Tr. 439:4-6; Tr. 441:5-25 - Tr. 443:1-19; Tr. 452: 9-25 - 453:7; Tr. 455:24 - 457:14

3) May 23, 2002

Tr. 104:18 - 107:13; Tr. 108:3-8

4) June 14, 2002

Tr. 342: 20 - 343: 20

C. Nancy Slater-Thompson (Organized by Date of Deposition)

1) April 21, 1999

Tr. 4:20 - 5:1, Tr. 5:25 - 6:13; Tr. 19:22 - 22:10; Tr. 137: 9 - 138: 9

2) April 22, 1999

Tr. 284:1- 286:25; Tr. 287:1-19; Tr. 289:7-23

3) June 13, 2002

Tr. 5:2 - 6:25; Tr. 8:11-15; Tr. 112:4-15; Tr. 125:9-17

D. Ronald A. Milner

1) May 1, 2002

Tr. 73:10-22; Tr. 129:22 -130:1-18

2) May 2, 2002

Tr. 378:3-25

3) May 3, 2002

Tr. 499:16 - 500:16

4) May 7, 2002

Tr. 14:17 - 15: 13; Tr. 17: 5 - 25: 21

5) May 8, 2002

Tr. 283:10 - 284: 7

E. Lake H. Barrett

1) April 22, 2002

Tr. 234: 1-25 –235: 14

2) April 26, 2002

Tr. 763: 18-22 – Tr. 764: 1-3; Tr. 795: 4-22- Tr. 796: 1-3

3) May 8, 2002

Tr. 1050: 1-9; Tr. 1064: 19-22; Tr. 1065: 1-12

4) May 15, 2002

Tr. 339: 13-25 - Tr. 340: 1-3

F. Victor W. Trebules (Organized by Date of Deposition)

1) April 17, 2002

Tr. 10:18 -11:9; Tr. 16:5-17

2) April 19, 2002

Tr. 4:22 - 5:20