that.

From 1995 forward, when was the next time that your responsibilities changed in any substantial way?

A In 1999, I became responsible for the rest of the Greater-Than-Class C program. I also became the Department's liaison to a group called the conference of radiation control program directors, and I also picked up responsibility for -- with -- what we call orphan waste. They're basically DOE waste that lack some sort -- there's some sort of barrier to either treatment or disposal. And so the work there is to figure out how to take these waste and get them treated and get them disposed.

Q Okay. In 1999 when your duties changed and you became responsible for the rest of the GTCC program, was there a corresponding change in the organizational structure that went along with that?

A Yes. Yes.

Q Can you tell me about that? Can you please tell me about that change?

A Sure. That was a rather dramatic reorganization. We shifted from -- we shifted from a more or less straightforward waste management

Q Okay. So to make sure my question and your answer is clear, I want to ask: To your knowledge, all the GTCC waste that exists today is not mixed low-level waste?

MS. HERRMANN: Objection, vague.

THE WITNESS: I'm not aware of the current chemical characterization of the GTCC waste around the country. So I don't -- I don't know.

BY MR. SKALABAN:

Q Has it ever come up in any of your -- you know, any of your work as the person in charge of GTCC waste for DOE at this time, has it ever come up that GTCC waste may be -- or some GTCC waste that's out there may be mixed waste?

A Yes, it has.

Q And how did that come up? What was the context of that discussion or analysis?

A Simply that it's possible. I mean, the Department of Energy deals with mixed waste all the time. And so any -- any system or just in looking at Greater-Than-Class C waste, one would need to assume that some of it could be mixed waste as well.

Q To your knowledge, are you familiar with the term activated metal GTCC waste?

A Yes.

Q Okay. And can you explain for the record what that means to you?

A It is stainless steel typically that has been in contact either with the fuel assembly or the fuel basket in the reactor. And it's -- as metal is in close proximity to the nuclear reaction, it becomes activated. It becomes radioactive. The iron, various impurities and the stain cobalt, things like that, become radioactive forms of those elements, and that is basically what is activated metal.

And due to the typical run time of a commericial nuclear power plant, it becomes highly enough activated that it exceeds the Class C limits.

Q So if we refer to nuclear utility activated metal GTCC in this deposition, we will be referring to that description you just gave me; is that fair?

A Yes.

Q To your understanding, is any of the nuclear -- and I do want to make sure -- actually, let me back up one second.

Nuclear utilities are the source of the

Q Who took over for Mr. Rhoderick?
A Karen Guevara.
Q And can you spell that last name for me, please?
A G-u-e-v-a-r-a.
Q And when did Ms. Guevara take over?
A This was a year and a half ago roughly.
Q So approximately the beginning of 2001?
A Yes.
Q And she took over from Mr. Rhoderick?
A Yes.
Q What happened to Mr. Rhoderick, did he retire or move on?
A No. He was promoted to the Richland -- he was the office director for the Richland office, which would be in the Office of Project Completion.
Q So prior to 1999, when your program manager responsibilities included all of GTCC waste, did you work on any other GTCC waste projects other than sealed sources prior to 1999?
A Yes.
Q Can you tell me about that?
A For a brief time period in about 1997, they reorganized responsibilities for Greater-Than-Class C. And -- and in the process of

doing that, they had decided that they wanted it all under one person. They had put it under me. We began -- and then a month or so later, they changed their minds and it went back to the way it was.

Q Okay. And when did that occur?

A I believe it was 1997.

Q 1997. And that lasted, I believe you said, about a month?

A About a month, maybe two months.

Q So for that one month or two months in 1997, you had full responsibility for all GTCC waste?

A Yes.

Q And then after that time period, there was another reorganization and you went back to just working on sealed sources, the sealed source end of GTCC waste?

A Yes.

Q Okay. And then in 1999, there was the reorganization, you became project manager, and that included all your responsibilities -- and you had full responsibility for all GTCC waste?

A Yes.

Q Okay. In 1990 -- in the 1999 period

forward, who do you -- who have you worked with on GTCC waste issues within the Department of Energy or its contractors?

A Out at the Idaho site, contractors Bob Hansson, Phil Wheatley and the Department of Energy; but at the Idaho site, Mark Arenaze. And then I've worked with my management.

I've also worked with Lee Lenard at the Los Alamos site; Joel Grimm, who is DOE Albuquerque; and Jim Orbin, who is DOE Albuquerque. Those are the main people I worked with.

Q I'm sorry. What was Mr. Orbin's first name?

A Jim.

Q Jim. And what part of DOE does Mr. Grimm and Mr. Orbin work for? Are they part of EM?

A No. Our field -- well, our field sites don't really fall into those categories exactly. But they do work on environmental management programs.

Mr. Orbin is the waste management division director for the Albuquerque operations office, and Joel Grimm is a program manager who works for him in that division.

Q And so Mark Arenaze is similar to

stopping that. I do not know what -- I'm not part of the discussions on -- on what's going to happen to the program. So I do not know.

BY MR. SKALABAN:

Q Okay. So you haven't been involved in any conversation -- let me ask this question: Have you been involved in any questions where it was discussed what would happen to the GTCC program in view of the top-to-bottom review?

A Yes.

Q And can you tell me about those conversations, what was discussed?

A There was at least one conversation where the -- it was reported to me that management had discussed the idea of transferring the Greater-Than-Class C program to the Office of Civilian Radioactive Waste Management and the sealed source program to the National Nuclear Security Administration, which is another part of DOE.

Q And who was involved in this conversation besides yourself?

A Susan Rudzinski. She's the current EM22 office director.

Q Was there anyone else involved in that

conversation?

A I do not believe so.

Q Okay. Did she give you any indication where management -- well, first of all, do you have an understanding -- when Ms. Rudzinski told you that management was considering transferring GTCC responsibilities to OCRWM, did you have any responsibility of what management she was referring to, who the managers were that were talking about this?

MS. HERRMANN: Objection, speculation.

THE WITNESS: Yes. Jessie Roberson. It would be her decision. So that's who she was referring to.

BY MR. SKALABAN:

Q The assistant secretary?

A Yes.

Q Did she give any indication of whether Jessie Roberson was talking to OCRWM about -- about this matter?

A Yes. I believe she said that the -- that she had met with the director of OCRWM.

Q So that Ms. -- I just want to make sure that your testimony is clear. Ms. Rudzinski indicated to you that Ms. Roberson had talked to

the director of OCRWM about the potential transfer of GTCC responsibilities to them, to OCRWM?

A Yes.

Q And when was -- when was your conversation with Ms. Lazinski about this possible transfer of responsibility?

A Within the last two months.

It's Rudzinski. Do you want me to spell that?

Q Yes. Would you please?

A R-u-d-z-i-n-s-k-i.

Q Did you get any indication of how likely this possibility was --

MS. HERRMANN: Objection.

BY MR. SKALABAN:

Q -- the transfer of responsibilities of GTCC to OCRWM?

MS. HERRMANN: Objection, speculation.

THE WITNESS: Yes, I did.

BY MR. SKALABAN:

Q Can you tell me about what your sense of that was?

MS. HERRMANN: Same objection.

THE WITNESS: I need to ask you a question.

So the problem with sealed sources and with other is that they can have things that are transuranic; they can have things that are not transuranic, and so there's -- it leaves something to be desired.

BY MR. SKALABAN:

Q So when you were referring earlier to -- I think it was about two or three questions ago when I asked you about any other problems besides the neutron-generating sealed sources, I believe you identified multiple waste forms and the possibility of hazardous wastes.

A Yes.

Q In that answer, when you're referring to the multiple waste forms and the possibility of hazardous wastes, are you referring to the sealed sources and the other category of GTCC waste?

A Yes.

Q And to your knowledge, are you aware of any technical obstacles of putting nuclear utility activated metal GTCC waste in the Yucca Mountain repository?

MS. HERRMANN: Objection, speculation.

THE WITNESS: I'm not aware of any.

BY MR. SKALABAN:

A That would be parts of the fuel assembly that aren't actually the fuel.

Q And are nonfuel-bearing components with respect to spent fuel, are they understood to be Greater-Than-Class C waste?

MS. HERRMANN: Objection, calls for a legal conclusion.

THE WITNESS: My understanding is that spent fuel is spent fuel. So the fuel assembly would be spent fuel, including the nonfuel bearing components, because you can't have a fuel assembly without some of it not being fuel. That's all spent fuel as far as I know.

BY MR. SKALABAN:

Q And as far as you know, that's going to be accepted and disposed of by OCRWM along with the spent fuel?

MS. HERRMANN: Objection, foundation, speculation, calls for a legal conclusion.

BY MR. SKALABAN:

Q And, again, I'm talking about nonfuel-bearing components.

MS. HERRMANN: Same objections.

THE WITNESS: My understanding is that the fuel assembly is being put into the canister by

most utilities. Those are being put into some sort of a storage. And OCRWM has not formally published, to my knowledge, exactly what it is they are and are not going to accept, but I believe it's the assumption that everything that is placed into the canister is -- that those canisters are not going to be reopened again.

But that is simply, I think, a common assumption that enough people make that that's why I believe that to be true. I don't know for sure, but that's -- that's the assumption I believe that I'm making and everyone else is making.

BY MR. SKALABAN:

Q What you say everyone else, you're referring to DOE, people at DOE?

A And of the utilities. I don't believe that the utilities would be packaging up their fuel that way if they thought that that was not how it was going to be accepted.

Q So, to your knowledge -- I mean, that's a commonly shared assumption by utilities and DOE?

A Yes.

MS. HERRMANN: Objection, foundation.

BY MR. SKALABAN:

Q Do you know, are nonfuel-bearing

to this area?

A Yes.

MR. SKALABAN: Just to make clear my request on the record -- I don't know how many drafts of this policy analysis paper there were. It may be too many to produce to us to ask questions on them tomorrow, but if it is a manageable amount, we would like to see whatever is available so we can try and ask him the questions. It seems clear there was one on paper and then iterations and then a final paper.

MS. HERRMANN: Yes. I don't know how many there are, but I would make a call on our next break.

MR. SKALABAN: Thank you. I appreciate that.

MS. HERRMANN: Sure.

MR. SKALABAN: Let me ask you about -- I'm going to introduce an exhibit to your deposition. Let's mark this as Exhibit 1. It has Bates numbers of HQR092-0045 through 0052.

(Jones Exhibit No. 1 was marked for identification.)

BY MR. SKALABAN:

Q Mr. Campbell, just review this document, and I will point out on page 092-0049, you are listed at the bottom with a phone number.

Okay. Do you recognize this document, sir?

A Yes.

Q And can you identify what it is for the record?

A It's a Greater-Than-Class C waste program issued paper.

Q Is the paper intended to assist in determining the content and direction of the EM GTCC program?

MS. HERRMANN: Objection, foundation.

THE WITNESS: I believe so.

BY MR. SKALABAN:

Q If I can turn your attention -- first of all, does this break up the -- does this paper break up the different types of GTCC sources along the lines we've been talking about earlier as a sealed source GTCC, nuclear utility activated metal GTCC, and other GTCC for purposes of the analysis?

MS. HERRMANN: Objection, the best evidence.

THE WITNESS: Yes, it does.

THE WITNESS: No.

BY MR. SKALABAN:

Q Do you think, even if it was, for example, Hanford you would still have the same level of opposition to storing the activated metal there that you would if you picked an area with no nuclear connection?

MS. HERRMANN: Same objection.

THE WITNESS: To the extent that I can compare a specific to anything else, yes.

BY MR. SKALABAN:

Q Now, in Option 1, there's a reference here to the metal could be placed in the backfill spaces according to RW.

What does that mean, that the metal could be placed in the backfill spaces? What does that mean?

A My understanding is that when they place the fuel in the repository that there will be space between the fuel and then there will be corridors leading in for forklifts and things like that.

As you place the fuel in, you could then take activated metal and place it in as you, you know, started in the back of a room -- or whatever it's going to look like -- and filled your way

forward, as opposed to putting fill dirt or something in there. So anywhere that you were going to backfill with dirt as opposed to fuel, you could put the metal there instead.

Q So it's your understanding that the nuclear utility activated metal could be placed in the backfill spaces of Yucca Mountain repository under development?

MS. HERRMANN: Objection, speculation.

THE WITNESS: That has not been specifically analyzed, but I'm not aware of anything prohibiting that. If you analyzed it, included it in the license application and did all the other administrative things, I'm not aware of anything that would prevent you from -- from physically doing that that would inhibit the performance of the repository.

BY MR. SKALABAN:

Q You're not aware of any technical problems from putting it into the backfill spaces?

A No.

Q When you say -- it says according to RW, did you have any conversations with RW where they said that the nuclear utility activated metal could be placed in the backfill spaces?

A Yes.
Q Who were those -- who was involved in those conversations?
A Conversation was with Dave Zabransky.
Q And when was your conversation with Mr. Zabransky?
A At least a year ago. I don't remember exactly when.
Q Did you have one conversation on this topic or multiple ones?
A I've had multiple conversations with Mr. Zabransky, but I believe we only talked about this one time.
Q And what did he tell you about putting nuclear utility activated metal GTCC into the backfill spaces?
MS. HERRMANN: Objection, hearsay.
THE WITNESS: He simply said it could be done.
BY MR. SKALABAN:
Q And was he talking from a technical point of view, capacity point of view, or both?
MS. HERRMANN: Objection, speculation.
THE WITNESS: Both.
BY MR. SKALABAN:

Q Did you and Mr. Zabransky talk about any other aspects of placing nuclear utility activated metal into the Yucca Mountain repository?

A Not that I remember.

Q Have you talked to him just generally about this subject, other than this one conversation, about the backfill spaces -- utilizing the backfill spaces? Have you had conversations with him generally about incorporating GTCC into the repository?

A The other conversations I've had with him were -- had more to do with the logistics of packaging, transport to the repository, not placement in the repository.

Q So you have had conversations with Mr. Zabransky about the logistics and transportation aspects of taking nuclear utility activated metal GTCC to the repository?

A Yes.

Q And why were you discussing with him the logistics and transportation aspects of taking nuclear utility activated metal GTCC?

A The reasons for the conversations were determining whether the spent nuclear fuel/high-level waste repository was a reasonable

disposal site for Greater-Than-Class C and how that could -- you know, how that could be implemented.

Q And what did he say to you regarding the logistical and transportation aspects of taking nuclear utility GTCC to the repository?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: Basically, you know, if the activated metal is packaged in a similar fashion to the fuel, then there's very little difference in handling fuel canisters as opposed to activated metal canisters and that he saw -- he didn't see anything that would make that difficult to do in the same fashion that you would handle the fuel.

We were speaking only in terms of the physical and technical, not the administrative, you know, political, legislative aspects; just purely the physical and technical issues involved.

BY MR. SKALABAN:

Q So with respect to the physical and technical issues, he told you that logistically and technically the GTCC, if packaged like spent fuel, could be handled and transported without problems?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: The GTCC activated metal, yes.

option. I was looking to see if there were physical or technical issues that would prevent/cause problems with that as -- as a disposal option as opposed to administrative issues, which, as I state in this paper, everything got an administrative issue associated with it.

Q So Mr. Zabransky told you from logistical and transportation issues, it would not be a problem and from capacity and performance of the repository, it would not be a problem to put it in the backfill spaces; is that correct?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: I believe everything you said was correct. I don't recall if we discussed repository performance aspects. I just -- we may have talked about that. I don't remember.

BY MR. SKALABAN:

Q Did you talk about anything else other than what I just mentioned about placing GTCC in the repository --

A No.

Q -- with Mr. Zabransky?

A Not that I recall.

Q So after you had talked to him, what was your feeling, that it would -- is it fair to say

that your feeling was it's not a problem from a physical and technical point of view to take the nuclear utility activated metal and dispose of it in Yucca Mountain?

A From a physical and technical point of view, yes, that's correct, the conversation resulted in that that would not be a problem.

Q Did you explore with him at all administrative roadblocks to Yucca Mountain for GTCC waste?

A We may have discussed it. I've had a number of conversations with him on a variety of topics. Since he works in RW, it would all be related to this issue.

I do -- I do recall now that we did have an issue where it was a -- someone had suggested that the NRC might -- or someone had requested in a letter to the NRC that they reclassify Greater-Than-Class C as high-level waste. And we had a conversation in preparing the response -- the technical response to that and what would that entail.

It would then become RW's responsibility, if it was high-level waste, commercial high-level waste, that would fall within their realm of

understanding it's nuclear utility activated metal?

A Yes.

Q And the backfill spaces will be adequate to dispose of the 1850 cubic meters that's estimated?

MS. HERRMANN: Objection, speculation.

THE WITNESS: I don't know the answer to that. We discussed it. Mr. Zabransky did not indicate there was a capacity problem, but we did not discuss exactly how much backfill space there was versus how much nuclear utility activated metal there was. But my memory of the conversation is that that -- because it didn't come up, my memory is that I believe there's going to be more backfill space than activated metal.

BY MR. SKALABAN:

Q Which is why you put it -- recognize it in the paper?

A Yes. If there was a problem with only a limited amount, yeah, I wouldn't have recommended it.

Q In fact, 1850 cubic meters -- what's your sense, is that a large volume of material or relatively a fairly small volume of material?

MS. HERRMANN: Objection, vague.

THE WITNESS: It's small compared to the amount of spent nuclear fuel and high-level waste that will be placed in the repository.
BY MR. SKALABAN:
Q Can you take the paragraph that reads storage of nuclear utility activated metal? It's still on page HQR092-0049.
A I've read the paragraph.
Q Okay. Are you familiar with the report to Congress required by the Public Law 99-240?
A Yes.
Q Do you understand in that report, DOE committed to accepting GTCC for storage when needed?
MS. HERRMANN: Objection, best evidence, calls for a legal conclusion.
THE WITNESS: The report makes this statement similar to that, yes.
BY MR. SKALABAN:
Q So that -- I mean, that's what you wrote here on this page, correct -- you wrote the Department committed -- quote, the Department committed to accepting GTCC for storage when needed?
A Yes, that's what I wrote.

Q And that's your understanding of the report?

A Yes, it is.

MR. SKALABAN: Let's make the record clear, I would like to make as Campbell Exhibit 2 a February 1987 report to Congress.

(Campbell Exhibit No. 2 was marked for identification.)

BY MR. SKALABAN:

Q My question for you is, is this the report that you're referring to here in this issued paper, Exhibit 1?

MS. HERRMANN: Let's wait until you get it.

THE WITNESS: Yes.

MR. SKALABAN: Can you read back the question so it's clear on the record?

THE REPORTER: "Question: My question for you is, is this the report that you're referring to here in this issued paper Exhibit 1?"

BY MR. SKALABAN:

Q Exhibit 2 is the paper referred to in the section of Exhibit 1 that we've just been talking about?

you agree that the Department is obligated for the final disposal of GTCC waste?

MS. HERRMANN: Objection, calls for a legal conclusion.

THE WITNESS: You sort of paraphrased there, but in terms of the Department is not obligated for the final disposal of GTCC waste, yes, I agree with that.

BY MR. SKALABAN:

Q I was trying to avoid a double negative, but thank you.

What do you mean here when you say a reasonable approach would be that utilities are currently required to store their spent nuclear fuel until the Department begins to accept it at Yucca Mountain. At that point, EM could have identified and established a storage facility to accept and store nuclear utility activated metal until such time as a disposal option is available, such as placement in a geologic repository for SNF/HLW.

A The intent of those sentences was that up until the time that the Department begins accepting spent fuel, we've got until then to come up with some sort of an answer to this nuclear utility