IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-126 C<br>(Senior Judge Merow)<br><br>Filed Electronically July 8, 2004 |

MOTION TO PUBLISH JUNE 28, 2004 DECISION ON FUTURE DAMAGES, PRE-BREACH DAMAGES AND ELECTION OF REMEDIES

Plaintiff Yankee Atomic Electric Company ("Yankee Atomic") respectfully requests that the Court submit for publication its June 28, 2004 decision addressing the issues of Future Damages, Pre-Breach Damages and Election of Remedies.[1] The June 28, 2004 decision provides a cogent and well-reasoned analysis of the scope of damages available in the setting of a partial contract breach – issues clearly governed by, but infrequently discussed in, published case law or treatise material. Moreover, the June 28 decision is of significant relevance to other spent fuel cases pending before the Court of Federal Claims, many of which are factually similar to this case. Given the publication of the decisions in *Indiana Michigan v. United States*, 60 Fed. Cl. 639 (2004) and *Tennessee Valley Authority v. United States*, 60 Fed. Cl. 665 (2004), which address many of these same issues and approach some of them differently than this Court, it is important to the development of the law, generally, and the law applicable to the spent fuel cases, specifically, that this Court's

[1] This Motion should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154C and *Maine Yankee v. United States*, No. 98-474C.

perspective on the issues of future and pre-breach damages, as well as its decision on the applicability of the election of remedies doctrine, be available to other similarly-situated litigants.

The Court's ruling makes a significant contribution to the case law in this area and should be made available to litigants generally through publication. Therefore, this motion for publication should be granted.

Dated: July 8, 2004

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 - Fax

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
Robert E. Johnston
SPRIGGS & HOLLINGSWORTH