# In the United States Court of Federal Claims

No. 98-126 C
(Filed July 9, 2004)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

Defendant's Motion for Authorization of Service of a Subpoena, and Motion for Expedited Consideration filed June 29, 2004, is **GRANTED** in part. Pursuant to RCFC 45, defendant may issue subpoenas requiring the attendance of the witnesses listed hereinafter to travel more than 100 miles to testify at the trial of this matter in Washington, DC, which will commence on July 12, 2004, and continue thereafter until completed. Counsel for defendant shall, however, give as much notice as possible to counsel for plaintiffs prior to service of these subpoenas for those persons also represented by plaintiffs' counsel. Moreover, as plaintiffs' counsel agreed to accept service of subpoenas for several of these individuals whose names are marked with asterisks, service on those individuals shall be fully accomplished by delivering the subpoenas to plaintiffs' counsel. If plaintiffs' counsel is authorized to accept service on any of the others, plaintiffs' counsel shall immediately notify defendant in writing and service on those additional individuals shall be fully accomplished by delivery of the subpoena(s) to plaintiffs' counsel. Likewise, if plaintiffs' counsel is not authorized to accept service on any of those asterisked, plaintiffs' counsel shall immediately notify defendant's counsel in writing.

---

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 and *Maine Yankee v. United States*, No. 98-474.

Thomas H. Isaacs (Lawrence Livermore, California)
Michael Lawrence (West Richland, Washington)
Robert L. Morgan (Bend, Oregon)
Robert Rosselli (Richland, Washington)
Benard Rusche (West Columbia, South Carolina)
Thomas Bennet (Auburn, Massachusetts)****
John Buchheit (Marlboro, Massachusetts)****
Edward M. Davis (Alpharetta, Georgia)
Ruby Grube (Westwood, Massachusetts)****
Frank J. Helin (Keene, New Hampshire)
Andrew Kadak (Barrington, Rhode Island)****
Thomas LaGuardia (Bridgewater, Connecticut)
Russell Mellor (East Hampton, Connecticut)****
Dr. E.E. Pilat (Bolton, Massachusetts)*****
Paul Plante (Wiscasset, Maine)****
Frank Quinn (Bolton, Massachusetts)****
Weslie Boyea (Stoughton, Massachusetts)
Charles Lepisto, III (Baton Rouge, Louisiana)
Michael Meisner (Wiscasset, Maine)****
Michael E. Thomas (Wiscasset, Maine)****
E.C. Shyloski (Las Vegas, Nevada)
G. Douglas Whittier****

It is so **ORDERED**.

s/ James F. Merow
James F. Merow
Senior Judge