IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | No. 98-126 C<br>(Senior Judge Merow) |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | Filed Electronically July 14, 2004 |

YANKEE ATOMIC'S MOTION FOR LEAVE TO FILE A CORRECTED COPY OF ITS JULY 7, 2004 MOTION FOR LEAVE TO FILE DESIGNATED DEPOSITION TESTIMONY AS SUBSTANTIVE EVIDENCE [1]

Yankee Atomic moves for leave to file a corrected copy of its Motion for Leave to File Designated Deposition Testimony as Substantive Evidence and Rebuttal Evidence Pursuant to RCFC32 and Federal Rule of Evidence 801(d)(2)(D), filed with the Court on July 7, 2004. After the filing, plaintiffs discovered certain typographical errors in the charts listing the deposition designation by page and line numbers (exhibits 1 and 9). Two other exhibits (exhibits 3 and 4) were scanned incorrectly and were therefore incomplete as filed. The attached corrected copy of our prior filing (exhibit A) corrects these inadvertent errors.

Yankee Atomic apologizes for any inconvenience. Plaintiff respectfully requests that the Court grant this motion for leave to file a corrected copy of its Motion for Leave to File Designated Deposition Testimony as Substantive Evidence and Rebuttal Evidence Pursuant to RCFC32 and Federal Rule of Evidence 801(d)(2)(D).

[1] This motion should also be deemed applicable to *Connecticut Yankee v. United States*, No. 98-154C and *Maine Yankee v. United States*, No. 98-474C.

Dated: July 14, 2004

Respectfully submitted,

s/Jerry Stouck______________________________

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
Peter J. Skalaban, Jr.
SPRIGGS & HOLLINGSWORTH

# Exhibit A