# EXHIBIT 3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------------------X

YANKEE ATOMIC ELECTRIC COMPANY, CONNECTICUT YANKEE ATOMIC POWER COMPANY, MAINE YANKEE ATOMIC POWER COMPANY,

CERTIFIED COPY

Plaintiffs,

CASE NO. 98-126C 98-154C 98-474C

vs.

UNITED STATES OF AMERICA,

Defendant.

------------------------------------------X

Washington, D.C.

Thursday, June 13, 2002

Deposition of ROBERT ALLEN CAMPBELL a witness, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Suite 1010, Washington, D.C, at 9:32 a.m, on Thursday, June 13, 2002, and the proceedings being taken down by Stenotype by CINDY L. SEBO, and transcribed under her direction.

and C which can go to commercial low-level waste disposal sites.

Class C has an upper limit, and it's -- it's in two tables in the regulation, and if you exceed that limit, it's then Greater-Than-Class C.

Q And if I understand correctly, your work with the Navy did not involve GTCC --

A Yes.

Q -- is that correct?

A Yes. I did not work with Greater-Than-Class C in the Navy.

Q Thank you. And then in 1992, you joined the Department of Energy?

A Yes.

Q What was your position with the Department of Energy at that time?

A I was a nuclear engineer program manager.

Q And what was the program you were managing?

A Well, basically everyone is called a program manager. So I was dealing with what's called off-site waste, which was anything -- any materials or waste that was outside the Department of Energy complex, maybe on loan to a university or to a private company, that needed to come back, I

worked on. And I also worked on the acceptance of Greater-Than-Class C sealed sources.
Q And what branch of the Department of Energy did you begin work at as a program manager in '92?
A The Office of Environmental Management.
Q And what EM number is that, that office?
A They've reorganized a couple times. It was EM32 then.
Q Okay. And what was the title of that branch of the office?
A It was -- that was the Office of Waste Operations.
Q And, in general, what were the areas of responsibility of EM32, the Office of Waste Operations?
A That office was responsible for any waste management activities at all DOE sites.
Q So, organizationally, your -- I guess you would call it an office -- EM32 is called an office?
A Yes.
Q So the EM32 office underneath it had different programs?
A Yes. There were three different

there was a transition from taking sealed sources to the nearest DOE site to centralizing the storage out of Los Alamos?

MS. HERRMANN: Objection, foundation, speculation.

THE WITNESS: When we started, we didn't have a program in place. We didn't know the scope of the program or how many requests we were going to get from the NRC. As we began to respond to more requests, it was obvious that this trend was going to continue and that we needed a more -- a more routine ability to accept sources.

And so the decision was made to -- to pick a single site that had experience in this area and use a single location.

BY MR. SKALABAN:

Q How many sealed sources -- I'm not limiting my question to just 1992 -- from 1992 forward to the present, how many sealed sources have been moved from the original site to a DOE site?

A From 1992 forward, over 3,000.

Q And how large are the sealed sources -- I mean, what's the fit -- what's the average kind of physical characteristics of a sealed source? What

does it look like? What's its size?

MS. HERRMANN: Objection, vague.

THE WITNESS: There's a wide variety. Some are -- come out of gauges and portable equipment and they're very small, maybe an inch high or even smaller, you know, maybe the size of a pencil eraser, up to -- the sources are the size of a 12-ounce soda can.

They're basically radioactive material encompassed in metal, usually double encased with welds, and, typically one of the layers is stainless steel.

BY MR. SKALABAN:

Q How are they -- what's the mode of transportation that's used to take the sealed sources from a site to a DOE facility for storage?

A Commercial carrier.

Q Is that truck?

A Typically.

Q Do you know if there's been transportation of GTCC sealed sources other than by truck?

A It is -- no, I don't know. It's possible that they could go by rail. But in most cases, we have the owner of the source arrange for the

shipment to us. In the cases where we do the shipment, it goes by truck, commercial carrier.

Q And with approximate -- I realize it's approximately -- approximately 3,000 sealed sources that have been moved, would that be 3,000 separate shipments have been made or would that be -- what's the number of shipments that have been made of sealed sources?

A It would not be 3,000 individual shipments. Some of the shipments have been 200 sources in a drum. Some have been one. It's probably been more than a thousand, probably less than 2,000, but I don't have -- I don't know the exact answer.

Q Have there been any problems that you're aware of in the approximately 1,000 to 2,000 shipments of GTCC sealed sources?

MS. HERRMANN: Objection, vague as to problems.

THE WITNESS: I'm not aware of any.

BY MR. SKALABAN:

Q Have there been any planned shipments of GTCC sealed sources that have been stopped because of a transportation issue?

MS. HERRMANN: Objection, vague.

a shipment of GTCCs in sealed sources?

MS. HERRMANN: Objection, vague.

THE WITNESS: Not that I'm aware of.

BY MR. SKALABAN:

Q In 1992, you testified you began work at EM32 under Mr. Harmon. How long did you work in that position as a program manager?

A I'm still a program manager. Basically the same job, but I have more responsibilities now. But I continue to do that.

Q Okay. Well, did your responsibilities -- have your responsibilities changed over time? What's the -- can you let me know when the -- starting in 1992 when you were program manager, one of your responsibilities was for GTCC sealed sources.

What has been the next substantial change in any of your responsibilities? When did that occur?

A I received a paygrade promotion in 1994, and I took on additional responsibilities dealing with DOE waste management and interfacing with the Department of the Navy's Office of Naval Reactors.

Q And, in general, what did -- your duties and responsibilities, what were they in connection

interfacing with the Navy and your prior responsibilities which included GTCC sealed sources?

A Nothing significant. I mean, we're always assigned short-term projects, but I don't believe I had a major change in duties.

Q Okay. And during this period of '92 to '95, outside of GTCC sealed sources, who was responsible -- who had responsibility for GTCC for other -- other types of GTCC waste?

MS. HERRMANN: Objection, foundation.

THE WITNESS: Terry Plummer.

BY MR. SKALABAN:

Q Was there a name of Mr. Plummer's office that you recall?

A I don't remember. He was effectively in the same organization he was before, but I don't remember what they were called. That organization didn't last a long time. I don't remember.

Q Now, in the '95 reorganization, you were still an EM32?

A No, I was now an EM35, I believe.

Q Okay. Okay. How about in 1995 forward, when was the next time you took on a new duty or responsibility or -- actually, let me rephrase

that.

From 1995 forward, when was the next time that your responsibilities changed in any substantial way?

A In 1999, I became responsible for the rest of the Greater-Than-Class C program. I also became the Department's liaison to a group called the conference of radiation control program directors, and I also picked up responsibility for -- with -- what we call orphan waste. They're basically DOE waste that lack some sort -- there's some sort of barrier to either treatment or disposal. And so the work there is to figure out how to take these waste and get them treated and get them disposed.

Q Okay. In 1999 when your duties changed and you became responsible for the rest of the GTCC program, was there a corresponding change in the organizational structure that went along with that?

A Yes. Yes.

Q Can you tell me about that? Can you please tell me about that change?

A Sure. That was a rather dramatic reorganization. We shifted from -- we shifted from a more or less straightforward waste management

Q Okay. So to make sure my question and your answer is clear, I want to ask: To your knowledge, all the GTCC waste that exists today is not mixed low-level waste?

MS. HERRMANN: Objection, vague.

THE WITNESS: I'm not aware of the current chemical characterization of the GTCC waste around the country. So I don't -- I don't know.

BY MR. SKALABAN:

Q Has it ever come up in any of your -- you know, any of your work as the person in charge of GTCC waste for DOE at this time, has it ever come up that GTCC waste may be -- or some GTCC waste that's out there may be mixed waste?

A Yes, it has.

Q And how did that come up? What was the context of that discussion or analysis?

A Simply that it's possible. I mean, the Department of Energy deals with mixed waste all the time. And so any -- any system or just in looking at Greater-Than-Class C waste, one would need to assume that some of it could be mixed waste as well.

Q To your knowledge, are you familiar with the term activated metal GTCC waste?

A Yes.
Q Okay. And can you explain for the record what that means to you?
A It is stainless steel typically that has been in contact either with the fuel assembly or the fuel basket in the reactor. And it's -- as metal is in close proximity to the nuclear reaction, it becomes activated. It becomes radioactive. The iron, various impurities and the stain cobalt, things like that, become radioactive forms of those elements, and that is basically what is activated metal.
And due to the typical run time of a commericial nuclear power plant, it becomes highly enough activated that it exceeds the Class C limits.
Q So if we refer to nuclear utility activated metal GTCC in this deposition, we will be referring to that description you just gave me; is that fair?
A Yes.
Q To your understanding, is any of the nuclear -- and I do want to make sure -- actually, let me back up one second.
Nuclear utilities are the source of the

Q Who took over for Mr. Rhoderick?
A Karen Guevara.
Q And can you spell that last name for me, please?
A G-u-e-v-a-r-a.
Q And when did Ms. Guevara take over?
A This was a year and a half ago roughly.
Q So approximately the beginning of 2001?
A Yes.
Q And she took over from Mr. Rhoderick?
A Yes.
Q What happened to Mr. Rhoderick, did he retire or move on?
A No. He was promoted to the Richland -- he was the office director for the Richland office, which would be in the Office of Project Completion.
Q So prior to 1999, when your program manager responsibilities included all of GTCC waste, did you work on any other GTCC waste projects other than sealed sources prior to 1999?
A Yes.
Q Can you tell me about that?
A For a brief time period in about 1997, they reorganized responsibilities for Greater-Than-Class C. And -- and in the process of

doing that, they had decided that they wanted it all under one person. They had put it under me. We began -- and then a month or so later, they changed their minds and it went back to the way it was.

Q Okay. And when did that occur?

A I believe it was 1997.

Q 1997. And that lasted, I believe you said, about a month?

A About a month, maybe two months.

Q So for that one month or two months in 1997, you had full responsibility for all GTCC waste?

A Yes.

Q And then after that time period, there was another reorganization and you went back to just working on sealed sources, the sealed source end of GTCC waste?

A Yes.

Q Okay. And then in 1999, there was the reorganization, you became project manager, and that included all your responsibilities -- and you had full responsibility for all GTCC waste?

A Yes.

Q Okay. In 1990 -- in the 1999 period

forward, who do you -- who have you worked with on GTCC waste issues within the Department of Energy or its contractors?

A Out at the Idaho site, contractors Bob Hansson, Phil Wheatley and the Department of Energy; but at the Idaho site, Mark Arenaze. And then I've worked with my management.

I've also worked with Lee Lenard at the Los Alamos site; Joel Grimm, who is DOE Albuquerque; and Jim Orbin, who is DOE Albuquerque. Those are the main people I worked with.

Q I'm sorry. What was Mr. Orbin's first name?

A Jim.

Q Jim. And what part of DOE does Mr. Grimm and Mr. Orbin work for? Are they part of EM?

A No. Our field -- well, our field sites don't really fall into those categories exactly. But they do work on environmental management programs.

Mr. Orbin is the waste management division director for the Albuquerque operations office, and Joel Grimm is a program manager who works for him in that division.

Q And so Mark Arenaze is similar to

stopping that. I do not know what -- I'm not part of the discussions on -- on what's going to happen to the program. So I do not know.
BY MR. SKALABAN:
Q Okay. So you haven't been involved in any conversation -- let me ask this question: Have you been involved in any questions where it was discussed what would happen to the GTCC program in view of the top-to-bottom review?
A Yes.
Q And can you tell me about those conversations, what was discussed?
A There was at least one conversation where the -- it was reported to me that management had discussed the idea of transferring the Greater-Than-Class C program to the Office of Civilian Radioactive Waste Management and the sealed source program to the National Nuclear Security Administration, which is another part of DOE.
Q And who was involved in this conversation besides yourself?
A Susan Rudzinski. She's the current EM22 office director.
Q Was there anyone else involved in that

conversation?

A I do not believe so.

Q Okay. Did she give you any indication where management -- well, first of all, do you have an understanding -- when Ms. Rudzinski told you that management was considering transferring GTCC responsibilities to OCRWM, did you have any responsibility of what management she was referring to, who the managers were that were talking about this?

MS. HERRMANN: Objection, speculation.

THE WITNESS: Yes. Jessie Roberson. It would be her decision. So that's who she was referring to.

BY MR. SKALABAN:

Q The assistant secretary?

A Yes.

Q Did she give any indication of whether Jessie Roberson was talking to OCRWM about -- about this matter?

A Yes. I believe she said that the -- that she had met with the director of OCRWM.

Q So that Ms. -- I just want to make sure that your testimony is clear. Ms. Rudzinski indicated to you that Ms. Roberson had talked to

the director of OCRWM about the potential transfer of GTCC responsibilities to them, to OCRWM?

A Yes.

Q And when was -- when was your conversation with Ms. Lazinski about this possible transfer of responsibility?

A Within the last two months.

It's Rudzinski. Do you want me to spell that?

Q Yes. Would you please?

A R-u-d-z-i-n-s-k-i.

Q Did you get any indication of how likely this possibility was --

MS. HERRMANN: Objection.

BY MR. SKALABAN:

Q -- the transfer of responsibilities of GTCC to OCRWM?

MS. HERRMANN: Objection, speculation.

THE WITNESS: Yes, I did.

BY MR. SKALABAN:

Q Can you tell me about what your sense of that was?

MS. HERRMANN: Same objection.

THE WITNESS: I need to ask you a question.

So the problem with sealed sources and with other is that they can have things that are transuranic; they can have things that are not transuranic, and so there's -- it leaves something to be desired.

BY MR. SKALABAN:

Q So when you were referring earlier to -- I think it was about two or three questions ago when I asked you about any other problems besides the neutron-generating sealed sources, I believe you identified multiple waste forms and the possibility of hazardous wastes.

A Yes.

Q In that answer, when you're referring to the multiple waste forms and the possibility of hazardous wastes, are you referring to the sealed sources and the other category of GTCC waste?

A Yes.

Q And to your knowledge, are you aware of any technical obstacles of putting nuclear utility activated metal GTCC waste in the Yucca Mountain repository?

MS. HERRMANN: Objection, speculation.

THE WITNESS: I'm not aware of any.

BY MR. SKALABAN:

A That would be parts of the fuel assembly that aren't actually the fuel.

Q And are nonfuel-bearing components with respect to spent fuel, are they understood to be Greater-Than-Class C waste?

MS. HERRMANN: Objection, calls for a legal conclusion.

THE WITNESS: My understanding is that spent fuel is spent fuel. So the fuel assembly would be spent fuel, including the nonfuel bearing components, because you can't have a fuel assembly without some of it not being fuel. That's all spent fuel as far as I know.

BY MR. SKALABAN:

Q And as far as you know, that's going to be accepted and disposed of by OCRWM along with the spent fuel?

MS. HERRMANN: Objection, foundation, speculation, calls for a legal conclusion.

BY MR. SKALABAN:

Q And, again, I'm talking about nonfuel-bearing components.

MS. HERRMANN: Same objections.

THE WITNESS: My understanding is that the fuel assembly is being put into the canister by

most utilities. Those are being put into some sort of a storage. And OCRWM has not formally published, to my knowledge, exactly what it is they are and are not going to accept, but I believe it's the assumption that everything that is placed into the canister is -- that those canisters are not going to be reopened again.

But that is simply, I think, a common assumption that enough people make that that's why I believe that to be true. I don't know for sure, but that's -- that's the assumption I believe that I'm making and everyone else is making.

BY MR. SKALABAN:

Q What you say everyone else, you're referring to DOE, people at DOE?

A And of the utilities. I don't believe that the utilities would be packaging up their fuel that way if they thought that that was not how it was going to be accepted.

Q So, to your knowledge -- I mean, that's a commonly shared assumption by utilities and DOE?

A Yes.

MS. HERRMANN: Objection, foundation.

BY MR. SKALABAN:

Q Do you know, are nonfuel-bearing

to this area?

A Yes.

MR. SKALABAN: Just to make clear my request on the record -- I don't know how many drafts of this policy analysis paper there were. It may be too many to produce to us to ask questions on them tomorrow, but if it is a manageable amount, we would like to see whatever is available so we can try and ask him the questions. It seems clear there was one on paper and then iterations and then a final paper.

MS. HERRMANN: Yes. I don't know how many there are, but I would make a call on our next break.

MR. SKALABAN: Thank you. I appreciate that.

MS. HERRMANN: Sure.

MR. SKALABAN: Let me ask you about -- I'm going to introduce an exhibit to your deposition. Let's mark this as Exhibit 1. It has Bates numbers of HQR092-0045 through 0052.

(Jones Exhibit No. 1 was marked for identification.)

BY MR. SKALABAN:

Q Mr. Campbell, just review this document, and I will point out on page 092-0049, you are listed at the bottom with a phone number.
Okay. Do you recognize this document, sir?
A Yes.
Q And can you identify what it is for the record?
A It's a Greater-Than-Class C waste program issued paper.
Q Is the paper intended to assist in determining the content and direction of the EM GTCC program?
MS. HERRMANN: Objection, foundation.
THE WITNESS: I believe so.
BY MR. SKALABAN:
Q If I can turn your attention -- first of all, does this break up the -- does this paper break up the different types of GTCC sources along the lines we've been talking about earlier as a sealed source GTCC, nuclear utility activated metal GTCC, and other GTCC for purposes of the analysis?
MS. HERRMANN: Objection, the best evidence.
THE WITNESS: Yes, it does.

THE WITNESS: No.

BY MR. SKALABAN:

Q Do you think, even if it was, for example, Hanford you would still have the same level of opposition to storing the activated metal there that you would if you picked an area with no nuclear connection?

MS. HERRMANN: Same objection.

THE WITNESS: To the extent that I can compare a specific to anything else, yes.

BY MR. SKALABAN:

Q Now, in Option 1, there's a reference here to the metal could be placed in the backfill spaces according to RW.

What does that mean, that the metal could be placed in the backfill spaces? What does that mean?

A My understanding is that when they place the fuel in the repository that there will be space between the fuel and then there will be corridors leading in for forklifts and things like that.

As you place the fuel in, you could then take activated metal and place it in as you, you know, started in the back of a room -- or whatever it's going to look like -- and filled your way

forward, as opposed to putting fill dirt or something in there. So anywhere that you were going to backfill with dirt as opposed to fuel, you could put the metal there instead.

Q So it's your understanding that the nuclear utility activated metal could be placed in the backfill spaces of Yucca Mountain repository under development?

MS. HERRMANN: Objection, speculation.

THE WITNESS: That has not been specifically analyzed, but I'm not aware of anything prohibiting that. If you analyzed it, included it in the license application and did all the other administrative things, I'm not aware of anything that would prevent you from -- from physically doing that that would inhibit the performance of the repository.

BY MR. SKALABAN:

Q You're not aware of any technical problems from putting it into the backfill spaces?

A No.

Q When you say -- it says according to RW, did you have any conversations with RW where they said that the nuclear utility activated metal could be placed in the backfill spaces?