A Yes.

Q Who were those -- who was involved in those conversations?

A Conversation was with Dave Zabransky.

Q And when was your conversation with Mr. Zabransky?

A At least a year ago. I don't remember exactly when.

Q Did you have one conversation on this topic or multiple ones?

A I've had multiple conversations with Mr. Zabransky, but I believe we only talked about this one time.

Q And what did he tell you about putting nuclear utility activated metal GTCC into the backfill spaces?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: He simply said it could be done.

BY MR. SKALABAN:

Q And was he talking from a technical point of view, capacity point of view, or both?

MS. HERRMANN: Objection, speculation.

THE WITNESS: Both.

BY MR. SKALABAN:

Q Did you and Mr. Zabransky talk about any other aspects of placing nuclear utility activated metal into the Yucca Mountain repository?

A Not that I remember.

Q Have you talked to him just generally about this subject, other than this one conversation, about the backfill spaces -- utilizing the backfill spaces? Have you had conversations with him generally about incorporating GTCC into the repository?

A The other conversations I've had with him were -- had more to do with the logistics of packaging, transport to the repository, not placement in the repository.

Q So you have had conversations with Mr. Zabransky about the logistics and transportation aspects of taking nuclear utility activated metal GTCC to the repository?

A Yes.

Q And why were you discussing with him the logistics and transportation aspects of taking nuclear utility activated metal GTCC?

A The reasons for the conversations were determining whether the spent nuclear fuel/high-level waste repository was a reasonable

disposal site for Greater-Than-Class C and how that could -- you know, how that could be implemented.

Q And what did he say to you regarding the logistical and transportation aspects of taking nuclear utility GTCC to the repository?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: Basically, you know, if the activated metal is packaged in a similar fashion to the fuel, then there's very little difference in handling fuel canisters as opposed to activated metal canisters and that he saw -- he didn't see anything that would make that difficult to do in the same fashion that you would handle the fuel.

We were speaking only in terms of the physical and technical, not the administrative, you know, political, legislative aspects; just purely the physical and technical issues involved.

BY MR. SKALABAN:

Q So with respect to the physical and technical issues, he told you that logistically and technically the GTCC, if packaged like spent fuel, could be handled and transported without problems?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: The GTCC activated metal, yes.

option. I was looking to see if there were physical or technical issues that would prevent/cause problems with that as -- as a disposal option as opposed to administrative issues, which, as I state in this paper, everything got an administrative issue associated with it.

Q So Mr. Zabransky told you from logistical and transportation issues, it would not be a problem and from capacity and performance of the repository, it would not be a problem to put it in the backfill spaces; is that correct?

MS. HERRMANN: Objection, hearsay.

THE WITNESS: I believe everything you said was correct. I don't recall if we discussed repository performance aspects. I just -- we may have talked about that. I don't remember.

BY MR. SKALABAN:

Q Did you talk about anything else other than what I just mentioned about placing GTCC in the repository --

A No.

Q -- with Mr. Zabransky?

A Not that I recall.

Q So after you had talked to him, what was your feeling, that it would -- is it fair to say

that your feeling was it's not a problem from a physical and technical point of view to take the nuclear utility activated metal and dispose of it in Yucca Mountain?

A From a physical and technical point of view, yes, that's correct, the conversation resulted in that that would not be a problem.

Q Did you explore with him at all administrative roadblocks to Yucca Mountain for GTCC waste?

A We may have discussed it. I've had a number of conversations with him on a variety of topics. Since he works in RW, it would all be related to this issue.

I do -- I do recall now that we did have an issue where it was a -- someone had suggested that the NRC might -- or someone had requested in a letter to the NRC that they reclassify Greater-Than-Class C as high-level waste. And we had a conversation in preparing the response -- the technical response to that and what would that entail.

It would then become RW's responsibility, if it was high-level waste, commercial high-level waste, that would fall within their realm of

understanding it's nuclear utility activated metal?
A Yes.
Q And the backfill spaces will be adequate to dispose of the 1850 cubic meters that's estimated?
MS. HERRMANN: Objection, speculation.
THE WITNESS: I don't know the answer to that. We discussed it. Mr. Zabransky did not indicate there was a capacity problem, but we did not discuss exactly how much backfill space there was versus how much nuclear utility activated metal there was. But my memory of the conversation is that that -- because it didn't come up, my memory is that I believe there's going to be more backfill space than activated metal.
BY MR. SKALABAN:
Q Which is why you put it -- recognize it in the paper?
A Yes. If there was a problem with only a limited amount, yeah, I wouldn't have recommended it.
Q In fact, 1850 cubic meters -- what's your sense, is that a large volume of material or relatively a fairly small volume of material?
MS. HERRMANN: Objection, vague.

THE WITNESS: It's small compared to the amount of spent nuclear fuel and high-level waste that will be placed in the repository.

BY MR. SKALABAN:

Q Can you take the paragraph that reads storage of nuclear utility activated metal? It's still on page HQR092-0049.

A I've read the paragraph.

Q Okay. Are you familiar with the report to Congress required by the Public Law 99-240?

A Yes.

Q Do you understand in that report, DOE committed to accepting GTCC for storage when needed?

MS. HERRMANN: Objection, best evidence, calls for a legal conclusion.

THE WITNESS: The report makes this statement similar to that, yes.

BY MR. SKALABAN:

Q So that -- I mean, that's what you wrote here on this page, correct -- you wrote the Department committed -- quote, the Department committed to accepting GTCC for storage when needed?

A Yes, that's what I wrote.

Q And that's your understanding of the report?

A Yes, it is.

MR. SKALABAN: Let's make the record clear, I would like to make as Campbell Exhibit 2 a February 1987 report to Congress.

(Campbell Exhibit No. 2 was marked for identification.)

BY MR. SKALABAN:

Q My question for you is, is this the report that you're referring to here in this issued paper, Exhibit 1?

MS. HERRMANN: Let's wait until you get it.

THE WITNESS: Yes.

MR. SKALABAN: Can you read back the question so it's clear on the record?

THE REPORTER: "Question: My question for you is, is this the report that you're referring to here in this issued paper Exhibit 1?"

BY MR. SKALABAN:

Q Exhibit 2 is the paper referred to in the section of Exhibit 1 that we've just been talking about?

you agree that the Department is obligated for the
final disposal of GTCC waste?
MS. HERRMANN: Objection, calls for a
legal conclusion.
THE WITNESS: You sort of paraphrased
there, but in terms of the Department is not
obligated for the final disposal of GTCC waste,
yes, I agree with that.
BY MR. SKALABAN:
Q I was trying to avoid a double negative,
but thank you.
What do you mean here when you say a
reasonable approach would be that utilities are
currently required to store their spent nuclear
fuel until the Department begins to accept it at
Yucca Mountain. At that point, EM could have
identified and established a storage facility to
accept and store nuclear utility activated metal
until such time as a disposal option is available,
such as placement in a geologic repository for
SNF/HLW.
A The intent of those sentences was that up
until the time that the Department begins accepting
spent fuel, we've got until then to come up with
some sort of an answer to this nuclear utility

activated metal question.

If we have not solved it by then, then utilities are then storing the activated metal and they're not storing spent fuel any longer.

I think that would be an unreasonable or an untenable situation, that we should have been able to solve the problem by then, such that -- particularly a decommissioned utility could then finally close out as opposed to having to -- to store this Greater-Than-Class C activated metal.

Q So it's important for the Department to have a solution in place by the time the nuclear -- by the time the spent fuel is being removed from the site -- a solution for the GTCC waste?

MS. HERRMANN: Objection, foundation, vague. Go ahead.

THE WITNESS: I think it's -- I think it's important, yes.

BY MR. SKALABAN:

Q And it's important -- tell me the reasons why you think that's important.

MS. HERRMANN: Asked and answered.

THE WITNESS: Well, first of all, the amount of Greater-Than-Class C activated metals compared to spent nuclear fuel is small. So

although you could disagree with this, the impact of the utility storing that while they have to store their spent fuel is smaller than the impact of having to store the spent fuel.

So given that situation, storing the activated metal while they store the spent fuel, is not an unreasonable situation in -- from my point of view.

Once the spent fuel is gone, though, then you've -- I think that creates a problem. The Public Law 99-0240 was amended in 1985, an estimate of the opening of the repository is approximately 2015. If we've not come up with some kind of answer for that by 2015, I just think that leaves the Department in an untenable situation.

I don't know how you explain to anybody why they still have to store their waste at that point.

BY MR. SKALABAN:

Q So the urgency to have an off-site -- when I say off-site, I mean off-utility site, so the urgency to have an off-site -- I'm sorry. Let me start again.

So the urgency to have an off-site option available becomes much greater once the spent fuel

is being removed from the utility reactor sites?

MS. HERRMANN: Objection, mischaracterizes the prior testimony.

THE WITNESS: Yes, once the fuel is left, the urgency would increase.

BY MR. SKALABAN:

Q And is it important to have an off-site option available once the spent fuel has left the utility site in order to allow for timely decommissioning of the facility?

MS. HERRMANN: Objection, foundation, vague.

THE WITNESS: Yes. It's certainly important to the utilities, but I think in terms of DOE providing a solution to this problem, it's also important.

BY MR. SKALABAN:

Q So from a policy perspective, in your view, it's important to have an off-site option available once the spent fuel is removed so reactors can complete their decommissioning?

MS. HERRMANN: Objection, foundation, vague.

THE WITNESS: I don't know from a policy point of view. I mean, to have a policy that -- to

which says in the absence of specific requirements, in this part.

A Yes.

Q Is it your understanding that GTCC waste must be disposed of in a geologic repository unless proposals -- unless a proposal for disposal of such waste in a disposal site licensed by the NRC is approved by the NRC?

MS. HERRMANN: Objection, calls for a legal conclusion.

THE WITNESS: Yes.

BY MR. SKALABAN:

Q What's your understanding of the timing of that? When is -- when must the GTCC go into a geologic repository?

MS. HERRMANN: Objection, calls for a legal conclusion, foundation, speculation.

THE WITNESS: I don't know.

BY MR. SKALABAN:

Q Take a look at Bates page HQR092-0052, the very last page, attachment 3.

In the very last sentence, it says DOE did not meet its commitment to begin accepting GTCC waste for storage by February 1989.

Do you agree with that statement?

A Yes.
Q What was the purpose of offering, putting together this issue paper?
MS. HERRMANN: Objection, asked and answered.
BY MR. SKALABAN:
Q What was it used for?
MS. HERRMANN: Same objections, speculation.
THE WITNESS: I would -- I wrote this issue paper to give my management information on what the Greater-Than-Class C waste was and what the issues surrounding it were. I do not know what they used it for.
BY MR. SKALABAN:
Q Now, was there a specific question or -- a specific question or event that was on the table that caused you to draft this issue paper, this Exhibit 1?
A I don't recall. Typically, if there's a specific question or issue, I would have included that in the first couple of paragraphs because that would have been the genesis of the issue paper. I didn't. It's more of a general information paper.
So I don't know -- I don't recall the

from that point of view.
Q So the -- in other words, the waste form is the same as material that -- I'm sorry. Let me ask a more precise question, and let me start over.
The activated metal, the nuclear utility activated metal GTCC is the same material that has already been analyzed in the repository performance models?
A Yes.
Q So assuming that material gets licensed to be put into the repository, it would be, presumably, easy to get the same material, the GTCC waste, also licensed for the repository?
MS. HERRMANN: Objection, speculation.
THE WITNESS: I was not addressing licensing issues. What I was saying is if you can dispose of spent nuclear fuel in the repository from a technical performance basis, then you can also dispose of activated metal because spent nuclear fuel is activated metal plus fuel.
So one is a component of the other. Therefore, if it can perform for one, it will perform for both because they're the same thing.
BY MR. SKALABAN:
Q Did you give consideration to licensing?

I understand what you were saying -- the answer you just gave me, but did you also give consideration to licensing -- getting licenses for activated metals and spent fuel, presumably it would be easier to -- or easy to get licensing for activated metal as GTCC?

A I wasn't discussing that in this particular paragraph, but I -- I agree with that basic statement, that I don't foresee a licensing issue. If the NRC was going to issue a license for the one, I don't know.

From a performance standpoint in terms of how the metal's going to perform in the repository, I would be surprised if they would have an objection to it on that basis.

Q Because they're one and the same?

A Yes.

Q You go on to say the additional volume is small to insignificant when compared to the volume of SNF and HLW planned for the repository.

Why did you include that -- first of all, let me ask you this: The additional volume you're referring to, the additional volume of material that is nuclear utility activated metal, that would be included into the repository?

A Yes.

Q And why did you include this statement that the volume is small to insignificant when compared to the volume of SNF and HLW planned for the repository?

A I included that to point out that it would not be a major undertaking and that it would not significantly affect the planning for the repository.

Q And was it your understanding that the additional volume required to add the nuclear utility activated metal GTCC in the repository would not create a capacity problem at the repository?

MS. HERRMANN: Objection, speculation.

THE WITNESS: That's correct.

BY MR. SKALABAN:

Q Now, Option Number 4, this is an evaluation of other existing disposal facilities that are currently in existence that are used to disposal of waste forms that are greater than low-level waste; is that right? Or if I'm wrong, can you correct what I just said?

A Well, I list them out, I said evaluation of other existing disposal facilities. It would

estimates. It also gave estimates over time periods.

And this, as far as I can tell by glancing at this document, I can't tell over what time period or over what part of the report they took that number from. And I also don't recall what ACA stands for. So I really don't know why they picked that number.

MS. HERRMANN: Off the record.

(Whereupon, at 5:15 p.m., the taking of the instant deposition adjourned.)

Robert A. Campbell

Signature of the Witness

SUBSCRIBED AND SWORN TO before me this 9 day of July, 2002

NOTARY PUBIC

My commission expires: 02/11/05

ER. TA SHEET FOR THE TRANSCRII OF:

Notice Date: June 17, 2002
Case Name: Yankee Atomic vs. United States
Case Number: 98-126C-987 4C
Dep. Date: June 13, 2002
Deponent: Robert Campbell
Place: Washington DC
Ref. No.: 4269-46

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 18 | 8 | Bernario | Bernero | typo |
| 18 | 11 | Bernario | Bernero | typo |
| 32 | 16 | Hyzinga | Huizenga | typo |
| 32 | 20 | Hyzinga | Huizenga | typo |
| 35 | 3 | land | landlord | unknown |
| 39 | 10 | Belecan | Belencan | typo |
| 54 | 5 | Hansson | Hanson | typo |
| 54 | 6 | Arenaze | Arenaz | typo |
| 54 | 8 | Lenard | Leonard | typo |
| 54 | 10 | Orbin | Orban | typo |
| 54 | 12 | Orbin | Orban | typo |
| 54 | 16 | Orbin | Orban | typo |
| 54 | 25 | Arenaze | Arenaz | typo |
| 55 | 1 | Orbin | Orban | typo |

Robert A. Campbell
Signature of Deponent

July 9, 2002

ER TA SHEET FOR THE TRANSCRI OF:

Notice Date: June 17, 2002
Case Name: Yankee Atomic vs. United States
Case Number: 98-126C-987 4C
Dep. Date: June 13, 2002
Deponent: Robert Campbell
Place: Washington DC
Ref. No.: 4269-46

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 55 | 4 | Hensson | Henson | typo |
| 55 | 9 | Acenaze | Acenaz | typo |
| 55 | 21 | Hensson | Henson | typo |
| 59 | 13 | exposure | closure | unknown |
| 49 | 23 | 1995 | 1985 | typo |
| 131 | 12 | f | if | typo |
| 165 | 6 | is not | is | unknown |
| 207 | 2 | not a test side | at Nevada Test Site | unknown |
| 212 | 21 | without | with | unknown. |
| 48 | 9-10 | and the stain | in the steel, | makes no sense as written |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Robert A. Campbell
Signature of Deponent

July 9, 2002
Date of Signature

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------------------X

YANKEE ATOMIC ELECTRIC COMPANY, CONNECTICUT YANKEE ATOMIC POWER COMPANY, MAINE YANKEE ATOMIC POWER COMPANY,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 98-126C 98-154C 98-474C

------------------------------------------X

CERTIFIED COPY

Washington, D.C.

Friday, June 14, 2002

Continued Deposition of ROBERT ALLEN CAMPBELL, a witness herein, called for examination by counsel for the Plaintiffs in the above-entitled matter, pursuant to recess, the witness having been previously duly sworn, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Suite 1010, Washington, D.C, at 9:33 a.m, on Friday, June 14, 2002, and the proceedings being taken down by Stenotype by CINDY L. SEBO, and transcribed under her direction.

regulatory mission then is hampered if it -- if there's no ability to dispose of GTCC waste?

MS. HERRMANN: Objection, foundation, speculation, calls for a legal conclusion.

THE WITNESS: The particular things I had stated are hampered. Their overall -- anywhere where disposal doesn't affect their regulatory framework, no, it doesn't hamper them. It is only in the areas where disposal plays a role.

BY MR. SKALABAN:

Q Now, in addition to public safety and health and properly maintaining their regulatory framework, would you also agree it's undesirable, just from a sound nuclear management perspective, if waste that needs a home doesn't have a home, that is unsound nuclear management practice?

MS. HERRMANN: Objection, vague, foundation, speculation.

THE WITNESS: I believe the regulatory framework is the nuclear management foundation, so I don't think my answer changes.

BY MR. SKALABAN:

Q Well, how about promoting timely decommissioning, is that also a factor why the existing status quo is not an acceptable state of

affairs?

MS. HERRMANN: Objection, vague, foundation, speculation.

THE WITNESS: The Congress of the United States determined that there should be disposal for Greater-Than-Class C waste, and they directed the Department of Energy to make it happen. Therefore, it's undesirable if it's not happening, because it's the policy of the Government of the United States to dispose of Greater-Than-Class C waste.

BY MR. SKALABAN:

Q Are you familiar at all, in any of your conversations or discussions within EM or with the NRC, of the concept that's reflected here, that NRC staff considers DOE derelict in not having taken action on the GTCC issue already?

MS. HERRMANN: Objection, assumes facts not in evidence, foundation, speculation.

THE WITNESS: I'm sorry. Could you repeat that?

MR. SKALABAN: Can you read the question back, please?

THE REPORTER: "Question: Are you familiar at all, in any of your conversations or discussions within EM or with the NRC, of the

concept that's reflected here, that NRC staff considers DOE derelict in not having taken action on the GTCC issue already?"

THE WITNESS: Yes.

BY MR. SKALABAN:

Q And can you tell me about those conversations? How has that -- how has that issue come up that NRC staff considers DOE derelict in not having taken action?

MS. HERRMANN: Objection, vague, foundation, speculation.

THE WITNESS: In a meeting discussing this issue with the NRC, they expressed -- my management was explaining why we were unable to do certain things. And they expressed -- what's the word I'm looking for -- a certain amount of amazement that 15 to 17 years had gone by and we weren't well on our way to developing disposal.

BY MR. SKALABAN:

Q And this meeting you're referring to between DOE and NRC staff, when did this meeting occur that you just referred to?

A It would have been the 2001 time frame.

Q And who from the NRC was at that meeting?

A I was tied in on a conference call, so I

BY MR. SKALABAN:
Q Okay. Let's assume that the Yucca Mountain repository was available in 1998, and in 1998 nuclear utility spent fuel had begun to be removed to that site.
In that scenario, is it your opinion that the Department should then have had a disposal path identified and available for GTCC waste?
MS. HERRMANN: Objection, speculation, relevance.
THE WITNESS: Yes, I think there was ample time between 1985 and 1998 for DOE to determine what disposal path they wanted, had -- if the repository was available, then -- you know, based on the suitability of that repository to dispose of Greater-Than-Class C waste, yes, a path should have been in place.
BY MR. SKALABAN:
Q Do you think -- putting aside politics and funding, from a technical and engineering point of view, is a 13-year period from 1985 to 1998, is that ample time to identify and develop and have available a storage or disposal path for nuclear utility activated metal Greater-Than-Class C waste?
MS. HERRMANN: Objection, speculation,

activity or if Congress didn't appropriate the
funding for that activity.

Q Can you think of any other policy
justification other than funding, licensing
incapabilities and legislation?

MS. HERRMANN: Objection, speculation,
relevance.

THE WITNESS: No, I can't think of any.

BY MR. SKALABAN:

Q In your various conversations and
dealings with the NRC, has the NRC ever given you
any indication that it would be an acceptable or a
desirable policy to leave Greater-Than-Class C
waste at the site of decommissioned reactors once
the spent fuel has been removed?

MS. HERRMANN: Objection, vague.

THE WITNESS: No.

BY MR. SKALABAN:

Q Has anyone in any of the conversations
you've ever been involved in with the Department of
Energy -- and we've talked about many of them, but
I'm not limiting it to the ones we've talked
about -- have any of the conversations that you've
been involved with with members of the Department
of Energy, has anyone ever expressed to you that it