# EXHIBIT 8

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------------x

YANKEE ATOMIC ELECTRIC COMPANY :
(98-126C)(Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY :
(98-154C)(Merow, S.J.) :
MAINE YANKEE ATOMIC POWER COMPANY :
(98-474C)(Merow, S.J.) :
FLORIDA POWER & LIGHT COMPANY :
(98-483C)(Wilson, J.) :
NORTHERN STATES POWER COMPANY :
(98-484C)(Wiese, J.) :
DUKE POWER, a Division of DUKE ENERGY CORP.:
(98-485C)(Sypolt, J.) :
INDIANA MICHIGAN POWER COMPANY :
(98-486C)(Hodges, J.) :
SACRAMENTO MUNICIPAL UTILITY DISTRICT :
(98-488C)(Yock, S.J.) :
SOUTHERN NUCLEAR OPERATING COMPANY, et al. :
(98-614C)(Merow, S.J.) :
COMMONWEALTH EDISON COMPANY :
(98-621C)(Hewitt, J.) :
BOSTON EDISON COMPANY :
(99-447C) (Allegra, J.) :
GPU NUCLEAR, INCORPORATED :
(00-440C)(Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY :
(00-697C)(Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK :VOLUME
(00-703C)(Damich, J.) : I
OMAHA PUBLIC POWER DISTRICT :
(01-115C)(Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT :Discovery
(01-116C)(Sypolt, J.) :Judge:
TENNESSEE VALLEY AUTHORITY :(Judge
(01-249C)(Bruggink, J.) :Sypolt)
Plaintiffs, :PAGES
v. :1 - 241

THE UNITED STATES, :

Defendant. :

-----------------------------------------X

Deposition of Victor W. Trebules, Jr.

Washington, DC

Wednesday, April 17, 2002

Reported by: Denise Dobner Vickery, RMR, CRR

JOB NO. 144458

whatever reason, as long as a question is not pending, I would be more than happy to accommodate you in taking a break.

A. (Nods head).

Q. Could you just quickly just describe your education after high school.

A. All right. I went to Ohio University for five years. I got a degree in engineering and a bachelor's degree in physics. I then did graduate work at Lehigh University in Bethlehem, Pennsylvania. I got a master's degree in mechanical engineering.

Q. And when did you receive that final degree?

A. 1972 I graduated from Lehigh.

Q. And that was the master's?

A. Yes. Master's degree in mechanical engineering.

Q. Okay. When did you first -- strike that.

Do you presently work for the Department of Energy?

A. Yes, I do.

Q. Okay. When did you first -- when did you start working for the Department of Energy?

A. Actually, I started working for the Atomic Energy Commission in 1972, which became the Energy Research and Development Administration, which became the Department of Energy. I don't remember the exact year ERDA became the Department of Energy. I think it was about -- I don't remember.

Q. Okay. But you were there when the Department of Energy was first formed it sounds like?

A. Yes. Yes.

Q. What was your first position in the Department of Energy?

A. The Department of Energy or the Atomic Energy Commission?

Q. I'm going to start with the Department of Energy.

A. Okay. Again, I don't remember exactly when name changed, but I spent the first five years working for the Pittsburgh Naval Reactors Office after I graduated from college, and then I transferred to the Atomic Energy Commission headquarters in Germantown, Maryland and I worked in the Office of Nuclear Energy Programs.

Radioactive Waste Management?

A. I don't remember the title of my first position. It was probably program analyst or something like that, but I'm not exactly sure.

Q. What did that position entail? What were your responsibilities in that position?

A. First major assignment I could remember was coordinating the preparation of the mission plan for the Civilian Radioactive Waste Management Program.

Q. Was there anything else that your role entailed in that position?

MR. SHULTIS: Objection, vague.

THE WITNESS: That preparation of the mission plan was pretty much a full-time activity for a number of years. So there might have been other minor assignments I was given, but, you know, overall it was primarily the mission plan.

BY MR. EIDUKAS:

Q. Okay. Did there come a time when your position at the Office of Civilian Radioactive Waste Management changed from program analyst working on the mission plan?

ESQUIRE DEPOSITION SERVICES
1020 19TH STREET, NORTHWEST
SUITE 620
WASHINGTON, D.C. 20036

ERRATA SHEET

Case Name: Yankee Atomic Electric Co., et al. v. The United States

Witness Name: Victor W. Trebules, Jr.

Deposition Date: April 17, 2002

Job No.: 144458

Page No. Line No. Change

Page 13, Line 17, change "Fish" to "Fission"; Page 14, Line 11, change "Fish" to Fission"; Page 15, Line 4, change "Whitewater" to "Light Water"; Page 17, Line 19, change "technical" to "executive"; Page 33, Line 1, change to read "...one which was our.."; Page 33, Line 3, place a period after "that.", delete "where", start new sentence with "We"; Page 56, Line 11, change "field" to "fuel"; Page 64, Line 16, change "Al" to "Alan"; Page 82, Line 11, change "in" to "and"; Page 98, Line 3, change to read "...would be more than..."; Page 102, Line 10, change "or" to "were"; Page 117, Line 5, change "ground" to "round"; Page 126, Line 17, change "overview" to "for review"; Page 138, Line 12, change "1994" to "1984"; Page 153, Line 14, change "change" to "changed"; Page 168, Line 4, delete "fold"; Page 192, Line 1, change "1995" to "1985"; Page 205, Line 15, change "50,000" to "15,000"; Page 226, Line 16, change "When" to "Then" and delete "in here"; (Cont'd on 241a)

Signature Victor W. Trebules, Jr. Date 5-20-02

ERRATA SHEET (CONTINUED) 

Witness Name: Victor W. Trebules, Jr.

Page 226, Line 17 and 18, bring Line 18 up to Line 17, should be incorporated as same paragraph, should read as "...Waste Negotiator. When Congress created...";

Page 236, Line 13, change "WIP" to "WIPP"; Page 188, Line 10, delete "past or"; Page 188, Line 16,change "a" to "not".

Signature Victor W. Trebules Jr. Date 5-20-02

ORIGINAL

In the U.S. Court of Federal Claims

---------------------------------x

Yankee Atomic Electric Co., :
et al :
: NO. 98-126C
v. : 98-154C
: 98-474C
United States of America :

---------------------------------x

April 19, 2002

DEPOSITION OF:

Victor W. Trebules, Jr.

a witness, called by counsel pursuant to notice, commencing at 9:00 a.m., which was taken at Spriggs and Hollingsworth, 1350 I St., NW, Washington, DC

(Morning Session)

Stipulations

(It is stipulated and agreed by and between counsel for the respective parties that the reading and signing of this transcript by the witness are not waived.

It is further stipulated and agreed that the filing of this transcript with the clerk of the court be and the same is hereby waived.)

* * * * *

Whereupon,

Victor W. Trebules, Jr.

was called for examination by counsel and, having been previously sworn, was recalled and testified as follows:

DIRECT EXAMINATION:

BY MR. STOUCK:

Q. Good morning, Mr. Trebules. Would you

agree that at the time that you were working on the plan in 1984 and 1985 it was an objective of the spent fuel program that that program be operated in an economically efficient manner?

MR. SHULTIS: Objection as to "economically efficient." It's vague.

A. I believe we said words to that effect in the mission plan, that's correct.

Q. Why was that an objective?

A. To the best of my recollection, I think we used phrases like fiduciary responsibility. People working in the program felt that they had an obligation to try to execute the program efficiently and effectively.

Q. Why was that an objective?

A. We knew the program was going to cost a lot of money over its lifetime.

I guess it's my opinion that the people felt they ought to try to be efficient in carrying out that program.

Q. Let's pull out the mission plan which I think is exhibit six, if you would, please.

In the U.S. Court of Federal Claims

----------------------------------x

Yankee Atomic Electric Co., :

et al :

: NO. 98-126C

v. : 98-154C

: 98-474C

United States of America :

----------------------------------x

April 19, 2002

DEPOSITION OF:

Victor W. Trebules, Jr.

a witness, called by counsel pursuant to notice, commencing at 9:00 a.m., which was taken at Spriggs and Hollingsworth, 1350 I St., NW, Washington, DC



ESQUIRE DEPOSITION SERVICES

## Errata Page of Deponent

Please note any errors on this sheet. The reasons may be general, such as "to correct stenographic error" or "to clarify the record." When completed, send this page to the attorney who took your deposition, NOT the court reporter.

Page Line Correction Reason For Change

Page 8, Line 1, change "depository" to "repository"; Page 10, Line 5, change "and" to "in" and change "operations" to "operation"; Page 20, Line 17, change "some what" to "somewhat", Page 22, Line 5, change "cast" to "cask", Page 22, Line 9, change "cast" to "cask"; Page 26, Line 19 and 20, should be incorporated as same paragraph and same sentence, change to read as "...Robert Rosselli in the early..."; Page 26, Line 20, delete "," after "stages"; Page 30, Line 10 and 13, change "Wellington" to "Mellington"; Page 30, Line 22, change "Troutner" to "Trautner"; Page 35, Line 21, change "in" to "and"; Page 52, Line 6, change to read as "...that part of it. It would be...".

Victor W. Trebules, Jr
5-20-02

# EXHIBIT 9

**Plaintiffs' July 7, 2004 Possible Rebuttal Deposition Designations**
**Yankee Atomic Electric Company v. United States, 98-126;**
**Connecticut Yankee Atomic Power Company v. United States, 98-474;**
**Maine Yankee Atomic Power Company v. United States, 98-154.**

A. Alan Brownstein (Organized by Date of Deposition)

3) April 9, 2002

Tr. 54:1 - 55:20; Tr. 64:5-16; Tr. 146:23 -148:9; Tr. 150:7 - 151:17

4) April 10, 2002

Tr. 376:22 - 378:5

5) May 23, 2002

Tr. 152:6 - 155:25; Tr. 165:7 - 167:3; Tr. 214:17 - 220:17

6) June 14, 2002

Tr. 423:20 - 428:5

B. Nancy Slater-Thompson (Organized by Date of Deposition)

1) April 22, 1999

Tr. 244:5-15; Tr. 273:11 - 274:5

2) June 13, 2002

Tr. 94:16 - 96:16; Tr. 97:6 - 99:6; Tr. 109:3 -110:13; Tr. 159:7 - 160:2; Tr. 161:2-17

C. Ronald Milner (Organized by Date of Deposition)

1) May 3, 2002

Tr. 574:5 - 575:19

2) May 7, 2002

Tr. 28:11- Tr. 32:11

3) May 8, 2002

Tr. 155:4-156:1