**No. 98-126C**
**(Senior Judge Merrow)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**YANKEE ATOMIC ELECTRIC COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**APPENDIX TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTIONS TO INTRODUCE DEPOSITION TESTIMONY AND, TO THE EXTENT THAT PLAINTIFF'S MOTION IS GRANTED, SUBMISSION OF DEFENDANT'S COUNTER-DESIGNATIONS AND OBJECTIONS'**

---

**PETER D. KEISLER**
**Assistant Attorney General**

**DAVID M. COHEN**
**Director**

**OF COUNSEL:**

**HAROLD D. LESTER JR.**
**Assistant Director**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit, 8th Floor**
**1100 L Street, N.W.**
**Washington, D.C. 20530**
**Tele: (202) 305-7562**
**fax: (202) 307-2503**

**July 29, 2004**

**Attorneys for Defendant**

# TABLE OF CONTENTS

**PAGE**

April 24, 2002, Deposition testimony of Mr. Victor Trebules .................................................... 1

April 24, 2002, Deposition Testimony of Ms. Susan Klein.........................................................4

Exhibit 1 to April 24, 2002, Deposition of Ms. Susan Klein.........................................................8

Objections and Counter-Designations to Yankees Designated Testimony..................................14

Objections and Counter-Designations to Testimony of Mr. Lake Barrett

Objections and Counter-Designations to Testimony of Mr. Ronald Milner

Objections and Counter-Designations to Testimony of Ms. Susan Klein

Objections and Counter-Designations to Testimony of Mr. Alan Brownstein

Objections and Counter-Designations to Testimony of Mr. Robert Campbell

Objections and Counter-Designations to Testimony of Ms. Nancy Slater-Thompson

Objections and Counter-Designations to Testimony of Mr. Victor Trebules