**Objections and Counter-designations**

**LAKE BARRETT**

**Objections**:

| Designation | Objection |
|---|---|
| **April 22, 2002**<br>59:4-11 | Speculation, foundation |
| 149:5-21 | Foundation, vague |
| 159:16-160:19 | Foundation, legal conclusion |
| 260:4-261:15 | Foundation, speculation |
| **April 26, 2002**<br>795:4-796:3 | Foundation, argumentative |
| **May 8, 2002**<br>1050:1-12 | Foundation, legal conclusion |
| 1064:19-1065:12 | Legal conclusion |
| **May 10, 2002**<br>1149:22-1151:14 | Vague as to term "rely" |
| 1165:6-22 | Legal conclusion |
| 1295:10-1296:16 | Legal conclusion |
| 1332:19-1335:10 | Foundation |
| **May 14, 2002**<br>67:20-68:21 | Foundation, speculation, legal conclusion |
| 90:16-91:8 | Vague, speculation |
| 120:22-124:2 | Foundation, speculation, vague |
| 140:8-142:7 | Vague, foundation |
| 142:14-143:2 | Legal conclusion |
| 144:14-145:4 | Speculation, legal conclusion |
| 173:16-176:9 | Vague, speculation |
| 176:14-178:12 | Vague, legal conclusion |

| | |
|---|---|
| **May 15, 2002**<br>364:20-365:11 | Speculation |
| 394:11-400:17 | Speculation, vague, legal conclusion |

**Counter-designations**:

**April 22, 2002**

121:8-21
137:17-18

**May 8, 2002**

1044:1-1064:22

**May 10, 2002**

1152:20-1154:22

**May 14, 2002**

66:21-67:14
69:8-70:8
72:19-73:9
87:7-22
126:1-132:13
134:19-135:22
143:12-144:13

**May 15, 2002**

363:25-364:19

**RONALD MILNER**

**Objections**:

| Designation | Objection |
|---|---|
| **May 1, 2002**<br>73:10-22 | legal conclusion, foundation (not 30(b)(6) witness) |
| 129:22-130:3 | Speculation, compound |
| 130:5-18 | Vague, relevance |
| **May 2, 2002**<br>217:8-16 | Legal conclusion, foundation (not 30(b)(6) witness) |
| 217:18-22 | Legal conclusion, foundation (not 30(b)(6) witness) |
| **May 3, 2002**<br>418:18-22 | Foundation (not 30(b)(6) witness) |
| 419:15-20 | Foundation (not 30(b)(6) witness) |
| 476:16-477:1 | Foundation (not 30(b)(6) witness) |
| 477:7-13 | Foundation (not 30(b)(6) witness), speculation, relevance |
| 574:12-19 | Foundation (not 30(b)(6) witness) |
| 574:20-575:4 | Speculation, foundation (not 30(b)(6) witness) |
| 575:5-19 | Legal conclusion, speculation |
| **May 7, 2002**<br>15:6-13 | Best evidence |
| 17:5-20 | Best evidence |
| 17:22-18:10 | Speculation, legal conclusion, relevance |
| 19:5-23 | Best evidence |
| 20:22-21:4 | Speculation |

| | |
|---|---|
| 21:6-14 | Speculation, relevance |
| 22:14-19 | Best evidence |
| 23:8-19 | Legal conclusion |
| 24:14-25:1 | Best evidence |
| 37:9-18 | Foundation (not 30(b)(6) witness), legal conclusion, relevance |
| **May 8, 2002**<br>194:22-195:10 | Vague, speculation, relevance |
| 195:12-196:3 | Mischaracterizes prior testimony, relevance |
| 225:12-24 | Foundation (not 30(b)(6) witness) |
| 228:23-229:3 | Legal conclusion |
| 229:5-9 | Legal conclusion |
| 229:11-20 | Legal conclusion |
| 262:14-21 | Best evidence |
| 266:23-267:1 | Relevance |
| 267:2-4 | Relevance |
| 267:5-10 | Relevance |
| 267:11-16 | Relevance |
| 267:17-268:2 | Relevance |
| 268:4-9 | Relevance |
| 268:10-269:6 | Speculation, foundation (not 30(b)(6) witness), legal conclusion |
| 269:8-14 | Speculation, foundation (not 30(b)(6) witness), legal conclusion |
| 269:25-270:4 | Speculation, legal conclusion, foundation (not 30(b)(6) witness) |
| 269:6-11 | Speculation, legal conclusion, foundation (not 30(b)(6) witness) |
| 270:17-20 | Relevance |

| | |
|---|---|
| 270:21-271:5 | Relevance |
| 270:6-11 | Relevance |
| 270:12-18 | Relevance |
| 270:19-22 | Relevance |
| 273:5-274:1 | Speculation, legal conclusion, relevance |
| 274:15-2 | Relevance |
| 275:4-15 | Relevance |
| 285:13-20 | Relevance |
| **Possible Rebuttal Deposition Designation** | **Objection** |
| **May 3, 2002**<br>574:5-10 | Speculation |
| **May 7, 2002**<br>28:11-29:4 | Best evidence, legal conclusion |
| 29:23-30:8 | Best evidence, foundation (not 30(b)(6) witness), legal conclusion |
| 31:4-18 | Legal conclusion |
| **May 8, 2002**<br>155:4-16 | Best evidence, legal conclusion, foundation (not 30(b)(6) witness) |
| 155:18-156:1 | Legal conclusion |

**Counter-designations:**

**May 1, 2002**

68:25-69:12
107:22-108:25
132:2-133:4
139:11-139:25
140:15-140:24

**May 2, 2002**

301:10-310:18
304:5-304:15
305:2-305:22
317:24-318:21
325:24-326:7
330:23-332:24
391:13-392:17
393:5-394:19
396:2-397:2

**May 3, 2002**

417:11-418:16
419:1-419:14
435:16-436:5
440:13-441:2
441:21-443:8
443:16-444:8
448:2-448:8
450:12-451:18
454:11-455:22
465:14-465:25
475:8-476:15
486:12;-486:20
487:12-448:5
488:14-489:10
493:4-496:8
506:7-507:7
512:5-512:15
513:2-513:21
514:4-514:13
514:22-515:18

**May 7, 2002**

592:14-592:19

**May 7, 2002**

6:9-10:18
32:21-33:24
38:10-40:3
40:12-40:19

41:8-42:1
42:6-43:8

**May 8, 2002**

52:8-53:19
56:23-59:19
61:18-62:15
73:10-73:24
77:3-77:20
90:7-90:24
98:8-98:19
99:8-100:3
100:18-102:1
103:1-105:24
106:7-106:20
136:17-137:8
138:6-138:25
174:5-175:11
184:17-186:11
193:13-194:20
196:8-196:24
197:23-198:4
202:15-203:4
204:1-207:12
208:7-209:5
210:2-211:7
211:24-216:2
220:14-220:24
233:7-234:9
256:11-257:10
271:23-272:3
272:14-273:4
279:10-280:3
280:12-281:2

**SUSAN KLEIN**

**Objections**:

| **Designation** | **Objection** |
|---|---|
| April 24, 2002<br>62:9-14 | Beyond the scope of RCFC 30(b)(6) notice[1] |
| 172:7-14 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 196:1-17 | Beyond the scope of RCFC 30(b)(6) notice |
| April 25, 2002<br>351:6-352:21 | Beyond the scope of RCFC 30(b)(6) notice |
| 354:1-16 | Beyond the scope of RCFC 30(b)(6) notice |
| 388:11-389:12 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 524:17-525:8 | Beyond the scope of RCFC 30(b)(6) notice |

**Counter-designations**:

**April 24, 2002**

57:10-15

**April 25, 2002**

354:17-355:13
435:16-438:22
451:18-452:18
468:11-469:3
440:20-448:1
490:13-492:9

[1] Exhibit 1 to Ms. Klein's deposition identifies the topics upon which she was designated to testify as the Government's RCFC 30(b)(6) witness. Appendix at 8.

**ALAN BROWNSTEIN**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| April 9, 2002<br>33:7-36:19 | Overbroad |
| 61:16-62:12 | Legal conclusion, mischaracterization, vague |
| 99:25-100:17 | Legal conclusion |
| 144:14-18 | Legal conclusion, vague |
| April 10, 2002<br>343:17-344:8 | Speculation, foundation |
| 441:5-443:19 | Vague, speculation |
| 455:24-457:14 | Speculation, misleading |
| May 23, 2002<br>104:18-107:13 | Compound, vague, foundation |
| June 14, 2002<br>342:20-343:20 | Argumentative, mischaracterization |
| **Possible Rebuttal Deposition Designations** | **Objection** |
| April 9, 2002<br>54:1-55:20 | Legal conclusion, vague |
| 64:5-16 | Legal conclusion |
| 146:23-148:9 | Legal conclusion |
| April 10, 2002<br>376:22-378:5 | Legal conclusion |
| May 23, 2002<br>152:6-155:25 | Legal conclusion, foundation |
| 165:7-167:3 | Legal conclusion |
| 214:17-220:17 | Legal conclusion, vague, mischaracterization, foundation |

| | |
|---|---|
| June 14, 2002<br>423:20-428:5 | Legal conclusion, speculation, mischaracterization |

**Counter-designations**:

April 9, 2002

54:1-55:20
59:1-61:6
62:24-64:21
75:19-77:19
79:4-20
88:5-89:8
115:14-117:18
132:18-133:2
194:4-197:17

April 10, 2002

294:7-295:19
319:19-320:11
391:18-393:2
395:16-398:24
412:5-21
443:10-444:8

April 11, 2002

547:5-24
549:7-552:14
554:25-556:25
562:4-564:17
564:18-576:2
582:13-583:14
585:16-588:10
595:19-597:1
599:1-601:25
623:10-626:4
637:4-640:14
696:24-698:1
724:25-725:24

May 23, 2002

20:3-19
23:14-24:10
25:4-28-12
33:17-37-19
110:14-113:8
140:3-9
140:15-25
195:21-196:15
226:1-229:11

June 14, 2002

253:19-255:10
287:21-288:1
295:6-298:5
308:6-25
317:11-320:24
395:14-397:24
422:24-424:3
437:10-438:7

**ROBERT CAMPBELL**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **June 13, 2002**<br>84:19-24 | Speculation |
| 94:3-95:22 | Calls for a legal conclusion; Foundation; Speculation |
| 150:12-152:24 | Speculation |
| 165:10-168:16 | Foundation; Vague as to “important” |
| 204:2-23 | Speculation |
| 205:18-206:16 | Speculation |
| **June 14, 2002**<br>285:23-286:10 | Foundation; Speculation; Vague as to “acceptable state of affairs” |
| 415:19-416:23 | Vague as to “sound policy” and “desirable”; Vague as to “moved” and “comparable” |
| 444:20-445:3 | Calls for a legal conclusion |
| | |

**Counter-designations:**

**June 13, 2002**

19:17-21:1
59:18-60:3
76:11-77:21
80:8-81:1
87:5-88:22
95:25-96:11
113:17-114:15

**June 14, 2002**

392:12-393:9
396:19-397:9
412:23-413:16

**January 29, 2003**

565:14-25
632:8-16

**May 6, 2004**

81:18-83:21
115:3-118:12

**NANCY SLATER-THOMPSON**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| June 13, 2002<br>8:11-15 | Vague |
| 112:4-15 | Legal conclusion |
| 125:9-17 | Vague |
| **Possible Rebuttal Deposition Designation** | **Objection** |
| June 13, 2002<br>97:6-99:6 | Legal conclusion, vague |
| 109:3-110:13 | Legal conclusion, vague |
| 159:7-160:2 | Legal conclusion |

Counter-designations:

April 21, 1999

54:19-58:7
68:10-19
68:24-70:17
73:19-74:13
82:10-15
82:18-83:10
130:5-130:19
132:18-133:24
133:25-135:12
164:23-165:13
176:11-25
195:16-199:9

April 22, 1999

212:1-214:10
214:11-215:1
220:7-221:3
225:25-226:24

230:17-231:4
237:15-239:3
245:17-246:4
251:23-253:10
253:22-254:11
257:23-259:24
265:4-268:21

June 13, 2002

43:21-44:12
61:18-62:20
87:24-89:4
92:19-93:20
114:13-117:18
119:4-119:17
125:18-126:15
131:12-21
138:4-139:2
145:11-22
149:9-153:21
158:18-160:3
160:18-162:11

**VICTOR TREBULES**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **Apr. 19, 2002**<br>4:22-5:20 | Vague, as to the term "economically efficient" |

Counter-designations:

**April 17, 2002**

42:10-45:17
52:11-54:4
93:18-96:18
97:1-103:22
113:18-116:14
122:10-124:18
146:12-148:1

**April 18, 2002**

268:4-270:8
273:12-274:14
302:10-306:16
381:5-382:14
39:5-22 (afternoon session);

**April 19, 2002**

5:21-8:19