IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-126 C<br>(Senior Judge Merow)<br><br>Filed Electronically July 30, 2004 |

# YANKEE ATOMIC'S SUBMITTAL OF ADMITTED EXHIBITS FOR BOTH PARTIES[1]

Consistent with the pre-trial process governing exhibits and the July 29, 2004 discussion in Court (regarding admitted exhibits), Yankee Atomic states that all of the trial exhibits on the attached lists have been admitted by the Court because either (1) they have not been objected to under the process set forth in the Pre-Trial Orders, or (2) they have been ruled admissible during the course of trial. Attached to this pleading are lists of Yankee Atomic's admitted exhibits (Attachment 1) and the government's admitted exhibits (Attachment 2). Of course, as indicated in the trial transcript, these admitted exhibits are subject to any such qualifications or conditions reflected in the trial transcript.[2]

[1] This motion should also be deemed applicable to *Connecticut Yankee v. United States*, No. 98-154C and *Maine Yankee v. United States*, No. 98-474C.

[2] Solely for the convenience of the Court and the government, plaintiff has placed an asterisk in the status column of both exhibit lists (*See* Attachments 1 & 2) by any exhibits that plaintiff believes is subject to any such qualification or condition.

Accordingly, Yankee Atomic respectfully requests that the Court formally move the admitted exhibits (as identified in Attachments 1 & 2) into evidence.

Dated: July 30, 2004

Respectfully submitted,

s/Jerry Stouck

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
Peter J. Skalaban, Jr.
SPRIGGS & HOLLINGSWORTH