# ATTACHMENT 1

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0001CY | U.S. Department of Energy Contract No. DE-CR01-83NE44469.000 - Contract For Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 6/30/1983 | |
| P0001MY | U.S. Department of Energy Contract No. DE-CR01-83NE44394 - Contract For Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 6/6/1983 | |
| P0001YA | U.S. Department of Energy Contract No. DE-CR01-83NE44428 - Contract For Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 6/22/1983 | |
| P0002 | Report of Task Force for Review of Nuclear Waste Management - Draft 1978 (DOE/ER-0004D) | 02/00/1978 | DOE/ER-004D |
| P0011 | Financing Nuclear Waste Disposal, Staff Working Paper, The Congress of the United States, Congressional Budget Office | 05/00/1981 | |
| P0014 | In the Matter of: Proposed Rulemaking on the Storage and Disposal of Nuclear Waste (Waste Confidence Rulemaking) - U.S.D.O.E. Response to Commission Request for Comments on its Draft Waste Confidence Decision | 7/1/1983 | |
| P0017* | Post Hearing Questions and Answers Relating to the July 16, 1987 Hearing Before the Committee on Energy and Natural Resources - United States Senate | 7/16/1987 | HQR-010-0804 to HQR-010-0853 |
| P0019 | Memorandum to the Sec. of Energy from Daniel Dreyfus re: Policy Issues Regarding the Civilian Radioactive Waste Management Program | 12/6/1993 | HQR-010-1604 to HQR-010-1605 |
| P0023* | Preliminary Draft - GUIDEBOOK for Standard Contract for Disposal | | CTR0002007-CTR0002058; CTR-001-2009 to CTR-001-2060 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0029 | Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Notice of Proposed Rulemaking) 48 FR 5458-5471, with attached Final rule; correction (48 FR 23160-23161, May 24, 1983), Proposed rule (49 FR 6500-6501, Feb. 22, 1984), and Notice of the proposed mandatory new Form RW-859, "Spent Nuclear Fuel Data" and solicitation of comments (49 FR 29442-29443, July 20, 1984). | 2/4/1983 | 48 FR 5458-01; 1983 WL 130623 (F.R.) and 48 FR 23160-02; 1983 WL 131199 (F.R.) and 49 FR 6500-02; 1984 WL 128790 (F.R.) and 49 FR 29442-03; 1984 WL 88298 (F.R.) |
| P0030 | Letter to "The Secretary" (DOE) from Robert Morgan (DOE) (with attachments) | 4/8/1983 | ZAB-001-0892 to ZAB-001-0902 |
| P0031 | Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Final Rule) | 4/18/1983 | 48 FR 16590-01; 1983 WL 128453 (F.R.) |
| P0034 | Letter to Sen. J. Bennett Johnston from Theodore J. Garrish (General Counsel, DOE) | 5/30/1984 | |
| P0035 | Letter to Donald Paul Hodel (Sec. of Energy) from Sen. J. Bennett Johnston | 6/21/1984 | |
| P0052 | Annual Capacity Report (DOE/RW-0146) | 06/00/1987 | PA-103067 to PA-103151 |
| P0054 | Annual Capacity Report (DOE/RW-0191) | 06/00/1988 | DB0001097 to DB0001187 |
| P0059 | Annual Capacity Report (DOE/RW-0294P) | 12/00/1990 | HQ0003367 to HQ0003490; HQ0002486 to HQ0002608 |
| P0060 | Annual Capacity Report (DOE/RW-0331P) | 12/00/1991 | HQ0003588 to HQ0003650 |
| P0062 | 1992 Annual Capacity Report, Rev.1 (DOE/RW-0418) | 05/00/1993 | HQ0002314 to HQ0002355 |
| P0063 | 1994 Acceptance Priority Ranking & Annual Capacity Report | 03/00/1995 | HQ0002243 to HQ0002312 |
| P0078 | Memorandum from P.N. McDuffie to Alan Brownstein - [attachments: the "original 34 issues"] | 6/8/1990 | HQ0015217 to HQ0015251 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0088* | Memorandum to the Sec. of Energy from Daniel Dreyfus re: Approval of Notice of Inquiry Regarding Waste Acceptance Issues (with attachments) | 5/19/1994 | HQ0006433 to HQ0006448 |
| P0095* | Mission Plan for the Civilian Radioactive Waste Management Program - Volumes 1, 2, and 3 | 06/00/1985 | DOE/RW-0005 |
| P0098 | Draft Mission Plan Amendment | 01/00/1987 | DOE/RW-0128 |
| P0099 | OCRWM Mission Plan Amendment With Comments on the Draft Amendment and Responses to the Comments (DOE/RW-0128) | 06/00/1987 | HQ0005797 to HQ0006319 |
| P0100 | Draft 1988 Mission Plan Amendment (DOE/RW-0187) | 06/00/1988 | HQ0004864 to HQ0004972 |
| P0101 | Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program | 11/00/1989 | DB0001441 to DB0001474 |
| P0124* | Final Version - U.S. DOE Instructions for Completing the Appendix C Delivery Commitment Schedule General Instructions | | |
| P0127* | Memorandum to Lake Barrett from Ronald Milner re: Response to Yankee Atomic's Delivery Commitment Schedules and Request for Priority Acceptance (with attachments) | 6/24/1993 | HQ0011306 to HQ0011363; HQR-006-0804 to HQR-006-0861 |
| P0128 | Informal Memorandum to Rich Rosenweig, Dan Dreyfus, and William Taylor from Lake Barrett re: 1992 ACR and Yankee Atomic's DCS | 7/8/1993 | HQO.19930804.0005.0001 to .0002 |
| P0134* | Preliminary Draft -- Delivery Commitment Schedule Exchange Requests (and accompanying letters) | 1/27/1992 | HQ0002006 to HQ0002018; HQR-001-2007 to HQR-001-2019 |
| P0145 | Letter to Andrew C. Kadak (YA) from Dr. Daniel A. Dreyfus (DOE) | 9/28/1995 | |
| P0148* | Draft - Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors -- A Preliminary Analysis (Prepared by T.W. Wood, D.G. Dippold, S.M. Short, (PNL)) | 05/00/1989 | CTR0002662 to CTR0002715; CTR-001-2664 to CTR-001-2717 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0152* | Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors -- A Preliminary Analysis (PNL) | 10/00/1989 | HQ0013950 to HQ0013995 |
| P0154 | Memorandum to D.C. Langstaff and A.B. Brownstein from P.N. McDuffie re: Comparison of OFF and FCR Allocation - [chart attached: Comparison of Capacity Allocation on an FCR Basis vs. an OFF Basis] | 1/10/1990 | HQ0015292 to HQ0015293; HQR-008-0575 to HQR-008-0576 |
| P0162* | Draft - Cost Estimates of Operating on-Site Spent Fuel Pools After Final Reactor Shutdown (author: S.R. Rod, PNL) | 11/00/1990 | HQ0013579 to HQ0013612; HQR-007-0446 to HQR-007-0479 |
| P0163* | Memorandum to Christopher Kouts re: Alternative Allocation Strategies - Draft Issue Paper | 2/21/1991 | CTR0002188 to CTR0002212; CTR-001-2190 to CTR-001-2214 |
| P0165 | Determination of Cost Effective Waste Management System Receipt Rates (prepared by R.W. McKee and H.D. Huber, PNL, and presented at the 1991 High Level Radioactive Waste Management (HLWM) Proceedings of the Second Annual International Conference at Las Vegas, Nevada) | 00/00/1991 | |
| P0169* | Cost Estimates of Operating on-Site Spent Fuel Pools After Final Reactor Shutdown (author: S.R. Rod, PNL) | 08/00/1991 | CTR0060514 to CTR0060546 |
| P0172* | Throughput Study for the Civilian Radioactive Waste Management System (prepared by Peter Gottlieb, William Bailey III, Flora Emami, Lawrence M. Ford, and John F. King (TRW/TESS) and presented at the High Level Radioactive Waste Management Proceedings of the Third International Conference at Las Vegas, Nevada) | 04/00/1992 | |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0173* | Preliminary Draft - Proposed OCRWM Position - Issue 015 - Shutdown Reactors, Rev.3 (with Dec 29, 1992 cover letter and other attachments to cover letter) | 12/19/1992 | HQ0000109 to HQ0000116; HQR-001-0109 to HQR-001-0116 (HQ0000085 to HQ0000123; HQR-001-0085 to HQR-001-0123) |
| P0175* | Civilian Radioactive Waste Management System Throughput Rate Analysis (prepared by Systems Analysis) | 8/17/1993 | YMP-001-0377 to YMP-001-0585 |
| P0180* | CRWMS Modular Design/Construction and Operation Options Report, Revision 02 (prepared by TESS -- TRW Environmental Safety Systems, Inc.) | 12/18/1998 | HQ0013792 to HQ0013949 |
| P0184* | Significance of Campaigned Spent Fuel Shipments (authors: J.W. Doman, WESTON/Rogers & Associates; T.E. Tehan, Pacific Nuclear) | | |
| P0194 | Spent Fuel Storage Requirements- The Need for Away-From-Reactor Storage | 01/00/1980 | DOE/NE-0002 |
| P0195 | Spent Fuel Storage Requirements-An Update of DOE/NE-0002 | 03/00/1981 | DOE/SR-0007 |
| P0196 | Spent Fuel Storage Requirements - An Update of DOE/SR-0007 | 06/00/1982 | |
| P0207 | Spent Fuel Storage Requirements 1994--2042 | 06/00/1995 | DOE/RW-0431, Rev.1 |
| P0209* | Spent Fuel Storage Requirements for Nuclear Utilities and OCRWM (T.W. Wood, PNL) | | HQ0013760 to HQ0013769 |
| P0210 | Spent Fuel Storage - Facts Booklet (DOE/NE-0005) | 04/00/1980 | DOE/NE-0005 |
| P0225 | Transportation Business Plan: Strategy Options Document (DOE/RW-0007) | 10/00/1984 | DOE/RW-0007 |
| P0227 | Transportation Business Plan | 01/00/1986 | DOE/RW-0046 |
| P0239 | MRS System Study Summary Report (DOE/RW-0235) | 06/00/1989 | IDF-004-3294 to IDF-004-3443; HQ0012235 to HQ0012384 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0240 | The DOE Position on the MRS Facility | 06/00/1989 | HQR-037-0409 to HQR-037-0440; HQ0012386 to HQ0012418 |
| P0241 | Nuclear Waste: Is There a Need for Federal Interim Storage? (2 copies) | 11/00/1989 | PA-172230 to PA-172424 and HQR-036-3992 to HQR-036-4185 |
| P0245 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (DOE/RW-0024) | 04/00/1985 | DOE/RW-0024 |
| P0246 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program - Volume I: The Analysis and its Results (DOE/RW-0047.vol.1-rev.?) and Volume II: Supporting Information (DOE/RW-0047.vol.2-rev.?) | 06/00/1987 | DOE/RW-0047, Rev.? |
| P0247 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (DOE/RW-0236) | 05/00/1989 | DOE/RW-0236 |
| P0248 | Preliminary Estimates of the Total System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total System Life Cycle Cost for the CRWMP (DOE/RW-0295P) | 12/00/1990 | DOE/RW-0295 |
| P0249 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (DOE/RW-0479) | 09/00/1995 | PA-176202 to PA-176266 |
| P0254 | Civilian Radioactive Waste Management System Requirements Document, Revision 05 (DOE/RW-0406) | 01/00/1999 | DOE/RW-0406 |
| P0260 | Letter from T.P. Grumbly to Jay. K. Thayer re: Disposal of GTCC | 12/20/1994 | HQ0008776 to HQ0008777 |
| P0277YA | Spent Fuel Storage Study for the Yankee Nuclear Power Station | 08/00/1997 | |
| P0283YA | Letter to Robert Morgan (DOE) from A.R. Soucy (YA) re: Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/4/1983 | |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0284MY | Maine Yankee Atomic Power Co. - Evaluation of Fuel Storage Options (prepared by David A. Rivard) | 10/8/1998 | |
| P0285CY | CYAPCO Spent Fuel Storage Study | 02/00/1998 | |
| P0286CY | PDCR Summary Form - Connecticut Yankee Spent Fuel Pool Rerack Project (PDCR No. 1592, Rev. No. 0) | 7/10/1996 | |
| P0286YA | Letter to Andrew C. Kadak (YA) from Ronald A. Milner (DOE) | 6/16/1994 | |
| P0287CY | Haddam Neck Plant Proposed Revision to Technical Specifications Spent Fuel Pool Capacity Expansion | 3/31/1995 | |
| P0291CY | Contract Between Connecticut Yankee Atomic Power Company and General Electric Company for Fuel Bundle Storage | 12/19/1986 | |
| P0292YA | Letter to Beth Tomasoni (DOE) from Andrew Kadak (YA) re: Response to Your Letter of December 17, 1996 Stating DOE Anticipates That It Will Be Unable to Meet the January 31, 1998 Spent Fuel Acceptance Date | 1/27/1997 | |
| P0294YA | Letter to Nancy Montgomery (DOE) from J.M. Buchheit | 10/20/1992 | |
| P0295MY | Letter to Michael E. Thomas (MY) from M. Detmer (Contracting Officer, DOE) - [attachment: Instructions for Completing the Appendix C Delivery Commitment Schedule] | 3/4/1992 | |
| P0295YA | Letter to J.M. Buchheit (YA) from Linda Strand (Contracting Officer, DOE) | 12/1/1992 | |
| P0296YA | Letter to Linda Strand (Contracting Officer, DOE) from J.M. Buchheit (YA) re: Resubmittal of Delivery Commitment Schedules | 1/7/1993 | |
| P0297YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 4/8/1993 | |
| P0299YA | Letter to Beth Tomasoni from J.M. Buchheit | 6/10/1993 | |
| P0302YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 7/15/1993 | |
| P0303YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 7/26/1993 | |
| P0304YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) - [attachment: approved DCS] | 9/23/1993 | |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0305MY | Letter to Robert Morgan (DOE) from Philip A. Clark - submitting Maine Yankee's comments on the Proposed Standard Contract | 3/7/1983 | |
| P0305YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 9/23/1993 | |
| P0306YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) - [attachment: approved DCS] | 12/6/1993 | |
| P0307YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 9/30/1994 | |
| P0308YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 1/17/1995 | |
| P0309YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 1/31/1995 | |
| P0310YA | Letter to Alan Brownstein (DOE) from J.M. Buchheit (YA) | 3/29/1995 | |
| P0311YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 6/14/1995 | |
| P0312YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 9/27/1995 | |
| P0313YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) - [attachment: approved DCS] | 3/5/1996 | |
| P0314YA | Letter to Beth Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 9/26/1997 | |
| P0315YA | Letter to Beth A. Tomasoni (Contracting Officer, DOE) from J.M. Buchheit (YA) | 1/31/1997 | |
| P0316YA | Letter to J.M. Buchheit (YA) from Beth Tomasoni (Contracting Officer, DOE) | 3/11/1997 | |
| P0317YA | Letter to Beth Tomasoni (DOE) from J.M. Buchheit (YA) re: Final Delivery Schedule | 1/23/1998 | |
| P0348 | Statement of Robert L. Morgan, Project Director, Nuclear Waste Policy Act Project Office, Department of Energy, Before the Subcommittee on Energy Research and Development, United States Senate | 5/2/1983 | NNA.870418.023 0.0001 to NNA.870418.023 0.0019 |
| P0378 | Statement of Michael J. Lawrence, Acting Director, Office of Civilian Radioactive Waste Management, DOE, before the Subcommittee on Energy Conservation and Power, House Committee on Energy and Commerce | 2/22/1984 | PNL-173-0225 to PNL-173-0264 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0415 | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0020) | 02/00/1985 | DER-003-0966 to DER-003-0983; HQR-042-1221 to HQR-042-1234; 000121 to 000136 |
| P0420 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste (DOE/S-0020/1) | 07/00/1983 | PA-178238 to PA-178295; PNL-020-2513 to PNL-020-2569 |
| P0421 | Nuclear Waste Fund Fee Adequacy: An Assessment. Second Annual Report - July 1984 (DE85000440) | 07/00/1984 | Milner Dep. Ex. 22; Rosselli Dep. Ex. 9; Lawrence Dep. Ex. 17; Head Dep. Ex. 18 |
| P0424 | Nuclear Waste Fund Fee Adequacy: An Assessment (DOE/RW-0291P) | 11/00/1990 | Milner Dep. Ex. 35 |
| P0461 | Letter to John J. Kearney (EEI) from Robert L. Morgan (Nuclear Waste Policy Act Project Office) | 6/17/1983 | ZAB-001-1462 |
| P0493 | Letter to Paul F. Schutt (Nuclear Assurance Corporation) from Ben C. Rusche (DOE) | 3/11/1985 | CTR-042-1853 to CTR-042-1854 |
| P0516 | Federal Register, Vol. 60, No. 85, 21793-21798. Action: Department of Energy final interpretation of nuclear waste acceptance issues. | 5/3/1995 | Barrett Dep. Ex. 46; FI-116491 to FI-116497 |
| P0545 | Nuclear Waste Fund Fee Adequacy: An Assessment - March 1986 (DOE/RW-0020) [includes superseded version of Feb. 1985 and draft of Dec. 1984] | 03/00/1986 | PNL-023-0467 to PNL-023-0515; YA Opp. To Defendant's Motion for SJ Re Rate of SNF Acceptance YA518 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0617* | Memorandum to DC Langstaff/N Montgomery from Pat McDuffie re: Proposed Contract Changes (Revision 0) with attachment | 4/13/1992 | CTR0001507 to CTR0001550, CTR-001-1509 to CTR-001-1552, CTR-013-1880 to CTR-013-1923 |
| P0622 | Presentation materials - "Standard Contract Issue Resolution Process: An Overview and Status" by David C. Jones (E.R. Johnson), Nancy S. Montgomery (DOE), and Billy M. Cole (E.R. Johnson) | 4/29/1993 | CTR-003-0001 to CTR-003-0030 |
| P0623* | Acceptance of Failed SNF Assemblies by the Federal Waste Management System (Prepared by E.R. Johnson for Oak Ridge National Laboratory) | 03/00/1990 | HQR-034-1028 to HQR-034-1156 |
| P0633* | Memorandum to Distribution (DOE) from Richard H. Williamson re: Mission Plan Strategy with attached "Nuclear Waste Strategy: An Overview Proposal" | 9/15/1983 | PNL-173-1282 to PNL-173-1288 |
| P0636 | Draft - Civilian Radioactive Waste Management Program Mission Plan, Volume I. Overview and Current Program Plans. | 12/20/1983 | CTR-042-1065 to CTR-042-1190 |
| P0641* | Memorandum (Battelle/PNL) to distribution from Ron Liikala re: attached Draft "Program Strategy" (RW-30 2/29/84) | 3/12/1984 | PNL-150-0157 to PNL-150-0161 |
| P0642 | Memorandum (DOE) to R. Williamson, etc. from Michael J. Lawrence re: Mission Plan for the Civilian Radioactive Waste Management Program with attachment | 3/28/1984 | Lawrence Dep. Ex. 20; MOV.19990831.0022 (first 37 pages) |
| P0643 | Memorandum (DOE) to R. Williamson, etc. from Michael J. Lawrence re: Mission Plan for the Civilian Radioactive Waste Management Program with attachments | 3/30/1984 | MOV.19990831.0022 (final 131 pages) |
| P0647 | DOE letter to Ben C. Rusche from Michael J. Lawrence re: RL Comments on the Draft Mission Plan Dated April 1984 with attachments | 7/23/1984 | Brownstein Dep. Ex. 78, Lawrence Dep. Ex. 22 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0659* | Memorandum to The Secretary (DOE) from Lake Barrett re: Approval: Implementation Plan for Acceptance of Civilian Spent Nuclear Fuel by the Federal Government in January, 1998 with attachment | 1/25/1993 | HQR-064-3925 to HQR-064-3930 |
| P0660 | Letter to John E. Cantlon (Nuclear Waste Technical Review Board) from Lake H. Barrett (DOE) re: attached DOE response to Nuclear Waste Technical Review Board's recommendations | 5/13/1993 | HQR-036-1109 to HQR-036-1114 |
| P0661 | Presentation Materials: DOE Management Strategy and Plan for the Interim Storage of Spent Fuel, before the Nuclear Waste Technical Review Board Engineered Barrier System, Transportation and Systems Joint Panel Meeting | 11/1/1993 | HQR-060-1810 to HQR-060-1826 |
| P0664 | Civilian Radioactive Waste Management Program Plan - Volume I - Program Overview | 12/19/1994 | SN174276 to SN174362, Milner Dep. Ex. 50, Brownstein Dep. Ex. 70, Barrett Dep. Ex. 36 |
| P0678 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983, Washington, D.C., pages 11-12: "Program Overview" by Robert Morgan | 02/00/1984 | Morgan Dep. Ex. 2, SN069588 to SN069592 and SN069599 to SN069600 |
| P0683 | Mission Plan for the Civilian Radioactive Waste Management Program. Volumes I and II of II Volumes. Overview and Current Program Plans - April 1984 (DOE/RW-0005 DRAFT Reprinted July 1984) | 04/00/1984 | Milner Dep. Ex. 21; Morgan Dep. Ex. 11; Zabransky Dep. Ex. 8; Isaacs Dep. Ex. 4; Trebules Dep. Ex. 5; Head Dep. Ex. 19 |
| P0696* | Letter to Joseph Sutey (DOE) from Billy Cole (Battelle) re: attached Delivery Commitment Schedule - Processing, Approval, and Management Control System - Rev 4 [and Rev 3] | 8/30/1988 | PNL-098-1106 to PNL-098-1144 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0745* | Letter to Michael S. Karol (DOE) from Gordon H. Beeman (Battelle, PNL) re: attached Draft - At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trading | 9/8/1987 | PNL-144-1715 to PNL-144-1871 |
| P0793 | Interim Storage Options - Briefing to Dan Dreyfus. Presented on February 8, 1994. Revised March 8, 1994. Presented by: R.A. Milner, Associate Director, Office of Storage and Transportation | 3/8/1994 | HQR-064-4412 to HQR-064-4449 |
| P0796 | Letter to Hazel O'Leary (DOE) from Massachusetts Congressional Delegation requesting assistance in accelerating the DOE's acceptance of SNF from Yankee Rowe | 8/4/1994 | CNU004392 to CNU004393 |
| P0806* | Allocation of DOE Nuclear Waste Acceptance Capacity and Utility Behavior: Overview and Status--Draft (with 4/25/1986 cover letter from Thomas Wood to Carl Conner) | 04/00/1986 | PNL070-0255 to PNL070-0283; PNL046-0701 to PNL046-0727 |
| P0829 | Documentation supporting operating license amendment re: Maine Yankee spent fuel pool reracking | 1/25/1993 | MOF035571 to MOF035882 |
| P0843 | Civilian Radioactive Waste Management System Requirements Document | 05/00/2002 | HQR145-0001 to HQR145-0056 |
| P0845* | Draft of Report titled, "At-Reactor Spent Fuel Storage Requirements With and Without Acceptance Rights Trading" | 08/00/1987 | Thomas Wood Dep. Ex. 5 |
| P0856* | Memorandum (DOE) from Christopher A. Kouts re: enclosed minutes of the Transportation Coordination Group (TCG) meeting on July 25-26, 1989 | 11/29/1989 | Kouts Dep. Ex. 20 |
| P0870* | Nuclear Waste Technical Review Board Full Board Meeting - Subject: Update on the Multipurpose Canister Concept. Presenter: Ronald Milner | 1/11/1994 | HQR-064-4315 to HQR-064-4349; YDK014993 to YDK015027 |
| P0873 | DOE memorandum from Ronald Milner re: Modification of the CRWMS Program Baseline to a Multipurpose Canister-Based System with attachment | 3/8/1994 | HQR-028-2747 to HQR-028-2762 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0884 | Memorandum to Lake Barrett (DOE) from James Carlson (DOE) re: Market-Based MPC Development | 1/8/1998 | HQR-064-1724 to HQR-064-1729 |
| P0899* | E-mail from Ed Benz to Dave Zabransky re: Canisterization of Failed SNF, with attached "Classification of Failed SNF Under the Standard Contract" | 12/11/2001 | CTR116 0001 to CTR116 0004 |
| P0943 | DOE memo to Acting Director, OCRWM from Lake Barrett re: Evaluation of the MRS Review Commission Report with attachment | 11/30/1989 | PNL-017-3359 to PNL-017-3365 |
| P0947 | Letter to Senator J. Bennett Johnston from James D. Watkins (Sec of Energy) re: attached "A New Strategy for Management of Commercial Spent Nuclear Fuel" | 12/17/1992 | HQR-038-0090 to HQR-038-0093; HQR-010-1626 to HQR-010-1629 |
| P0948 | DOE memo to Chris Kouts from Ronald Milner re: Back-up Material for New RW Initiatives | 2/23/1993 | HQR-064-3900 to HQR-064-3904 |
| P0949 | Statement of Ronald A. Milner, Associate Director for Storage and Transportation, OCRWM, DOE, before Minnesota State Legislature Committee on Jobs, Energy, and Community Development. January 27, 1994 | 1/27/1994 | HQR-036-1057 to HQR-036-1066 |
| P0951 | Notice of Inquiry - Waste Acceptance Issues - 59 Fed Reg 27007 | 5/25/1994 | HQ0010847 to HQ0010849, HQR-006-0345 to HQR-006-0347 |
| P0952 | Routing and Transmittal Slip (DOE) to Lake Barrett from Jeff Williams with attached excerpt from MRS System Study Summary Report, June 1989 | 2/12/1997 | HQR-038-0304 to HQR-038-0306 |
| P0968 | Final Draft - "Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program" (Work Performed Under Contract No. DE-AC01-83-NE-44301) by Roy F. Weston, Inc. | 4/27/1984 | PNL-020-1491 to PNL-020-1657 |
| P0970 | DOE internal memo to Lake Barrett from Ronald A. Milner re: Proposed Assumptions and Case List for 1988 TSLCC | 9/9/1987 | PNL-102-0359 to PNL-102-0377 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P0971* | DOE internal memo from Samuel Rousso re: Assumptions for 1988 TSLCC with attachments | 1/28/1988 | PNL-108-0507 to PNL-108-0531 |
| P0972 | DOE memo from Ronald Milner re: Draft TSLCC 1995 Assumption Package with attached Draft TSLCC 1995 Assumptions Package | 11/28/1994 | HQR-057-1467 to HQR-057-1492 |
| P0976 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program. Volume I: The Analysis and Its Results - April 1986 | 04/00/1986 | Milner Dep. Ex. 24 |
| P0977 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program - May 2001 (DOE/RW-0533) | 05/00/2001 | Milner Dep. Ex. 73; Milner Dep. Ex. 89; Susan Klein Dep. Ex. 16 |
| P0978 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste of 6/83 | 06/00/1983 | YA Opp. To Defendant's Motion for SJ Re Rate of SNF Acceptance YA3778 |
| P0982 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program - December 1998 (DOE/RW-0510) | 12/00/1998 | HQR-036-0006 to HQR-036-0086 |
| P0989 | Letter to James Hall (UNWMG) from Robert Bauer (DOE) re: clarification of standard contract aspects - "other than standard fuel" and "proof of ownership" | 9/13/1985 | CTR0060044 to CTR0060045; CTR0002362 to CTR0002363, CTR-001-2364 to CTR-001-2365 |
| P1013 | Letter to Governor Angus S. King, Jr. (Maine) from Ivan Itkin (DOE) re: Nuclear Regulatory Commission's proposed rule amending 10 CFR Part 72.214 to approve the NAC-UMS Universal Storage System for spent nuclear fuel | 5/3/2000 | Barrett Dep. Ex. 87; Plante Dep. Ex. 17 |
| P1020 | Civilian Radioactive Waste Management System - Waste Acceptance System Requirements Document, Revision 4 (DOE/RW-0351) | 01/00/2002 | Susan Klein Dep. Ex. 27 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1026 | Civilian Radioactive Waste Management System Requirements Document, Revision 05 DCN 01 (DOE/RW-0406) | 05/00/2000 | HQR-058-0749 to HQR-058-0806; HQR-058-0816 to HQR-058-0873 |
| P1039 | Civilian Radioactive Waste Management System Total System Description - Revision 0 | | MPA009925 to MPA009943 |
| P1047 | Recommendations for Management of Greater-than-Class C Radioactive Waste: Report to Congress in Response to Pub. L. 99-240 | 02/00/1987 | HQR-065-0523 to HQR-065-0588 |
| P1053 | 53 FR 17709-01 - Proposed rules - Nuclear Regulatory Commission - 10 CFR Part 61 - Disposal of Radioactive Wastes - Wednesday, May 18, 1988 | 5/18/1988 | Brownstein Dep. Ex. 81, Meisner Dep. Ex. 1, Mills Dep. Ex. 6, Bajwa Dep. Ex. 22 |
| P1069 | Final rule. Disposal of Radioactive Wastes. 54 Federal Register 22578-22583 (NRC amending its regulations to require disposal of GTCC low-level radioactive wastes in a deep geologic repository unless disposal elsewhere has been approved by the Commission.) | 5/25/1989 | 54 FR 22578-01; 1989 WL 270572 (F.R.) |
| P1089 | Letter to John W. Bartlett (DOE) from Robert M. Bernero (NRC) re: information requested on DOE's estimates of GTCC LLW. | 7/23/1990 | HQR-077-4005 to HQR-077-4006 |
| P1103 | Letter to Robert M. Bernero (NRC) from Leo P. Duffy (DOE) re: plans for DOE acceptance of GTCC low-level radioactive waste from commercial sources. | 4/7/1992 | HQR-077-0684 to HQR-077-0687 |
| P1129 | Letter to Ronald H. Sandwina (DOE) from John H. Austin (NRC) re: comments on two reports: (1) "Reassessment of the Greater-Than-Class C (GTCC) Low-Level Radioactive Waste Program," EGG-WM-11018, October 1993; and (2) "Greater-Than-Class C Low-Level Radioactive Waste: Program Reassessment," RAE-9208/2-1, September 1993. | 4/6/1994 | HQR-077-3090 to HQR-077-3092 |
| P1135 | Memorandum (DOE) to Joseph A. Coleman from Terry Plummer re: Greater-Than-Class C Low-Level Radioactive Waste Program Guidance | 8/3/1994 | HQR-077-4417 to HQR-077-4420 |