List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1139 | Letter from Thomas Grumbly responding to Jay Thayer's letter to Daniel Dreyfus re disposal of GTCC in light of plant decommissioning | 12/20/1994 | YDK012781 to YDK012782 |
| P1144 | Memorandum (DOE) to Jill E. Lytle from Terry L. Plummer thru Joseph A. Coleman re: Approval of Federal Register Notice Soliciting Stakeholder Input to the Strategy for Management and Disposal of Greater-Than-Class C Low-Level Waste with attachments | 2/14/1995 | HQR-077-1685 to HQR-077-1703 |
| P1148* | Transcript of Proceedings of Lockheed Martin Stakeholder Workshop for GTCC LLW Management Program, Strategy Development | 4/11/1995 | IDF016 4050 to IDF016 4253 |
| P1150 | Letter to Terry L. Plummer (DOE) from Jay K. Thayer (Yankee Atomic) re: Comments of Yankee Atomic Electric Company on the Department of Energy Notice of Inquiry, "Strategy for Management and Disposal of Greater-Than-Class C Low-Level Radioactive Waste (60 FR 13424, dated March 13, 1995) | 4/26/1995 | YDK012491 to YDK012495 |
| P1155 | Greater-Than-Class C Radioactive Waste Management, Terry Plummer, DOE, Office of Environmental Management | 6/7/1995 | YDK012691 to YDK012705 |
| P1157* | Co-Disposal of GTCC LLW With High-Level Radioactive Waste: Statutory and Regulatory Provisions. Draft Discussion Paper, June 28, 1995" [short version] with cover memorandum enclosing same | 6/28/1995 | IDF017 0302 to IDF017 0309; Campbell Dep. Ex. 23 |
| P1166 | Memorandum (DOE) to Stephen P. Cowan from Terry L. Plummer re: Greater Than Class C Low-Level Waste Reclassification by S. 1271 with attachment | 6/18/1996 | HQR-077-4272 to HQR-077-4279 |
| P1181* | presentation materials - "Greater-Than-Class C Program Management Plan", Greg Duggan, December 13, 1999 | 12/13/1999 | IDF017 0331 to IDF017 0343 |
| P1204 | E-Mail from Margaret Chu (Sandia) re: GTCC Planning Meeting with attachments | 1/23/2001 | SNL-001-0206 to SNL-001-0218 |
| P1224 | e-mail (Apr 29, 2002) from Robert Campbell re: attached Revised Policy Paper and cover note. | 4/29/2002 | HQR-164-0032 to HQR-164-0036 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1228 | Issue Paper: GTCC Waste Program | 00/00/2001 | HQR092-0045 to HQR092-0052 [SFEE110701\HQR092\gtccinfocharlierev.wpd] |
| P1298 | Greater-Than-Class C Low-Level Radioactive Waste Program Management Plan" (DOE/LLW-257) [with cover memo] | 12/00/1999 | Campbell Dep. Ex. 25; HQR141-0151 to HQR141-0152 and HQR065-0451 to HQR065-0480 |
| P1433MY | The Decommissioning of Maine Yankee Recommendation for a Decommissioning Contract, July 27, 1998, Revision 1 | 7/27/1998 | MOF054879 to MOF054903 |
| P1444CY | Spent Fuel Storage Strategy, Nuclear Fuel Engineering, September 1992 (with October 2, 1992 cover memorandum from M.V. Bonaco to Distribution) | 09/00/1992 | CDB006669 to CDB006691 |
| P1445CY | Spent Fuel Storage Strategy, Updated December 15, 1993 (with December 15, 1993 cover memorandum from T.J. Honan to M.V. Bonaco) | 12/15/1993 | CDB005938 to CDB005939 and CDB006692 to CDB006712 |
| P1448CY | Spent Fuel Storage Strategy, Nuclear Fuel Engineering, July 31, 1995 (with July 31, 1995 cover memorandum from R.A. Isakson to Distribution). | 7/31/1995 | CDB006649 to CDB006668 |
| P1454MY | Letter to Robert Jordan (Maine Yankee) from Harold L. Rothstein (Raytheon) re: attached "Draft Report - Raytheon's Independent Assessment of Wet vs Dry Spent Fuel Storage for the Maine Yankee Nuclear Plant" | 10/15/1997 | COF006209 to COF006268 |
| P1456MY | Letter to Robert Jordan (Maine Yankee) from Harold L. Rothstein (Raytheon) re: attached "Raytheon's Independent Assessment of Wet vs Dry Spent Fuel Storage for the Maine Yankee Nuclear Plant" | 11/3/1997 | MPA022566 to MPA022619 |
| P1457CY | Attachment E - Connecticut Yankee Dry Spent Fuel Island Requirements, Rev. 0 | 3/22/1999 | COF007348 to COF007379 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1457YA | Timely Topics on Spent Fuel Storage, Ivan Selin, Journal of Nuclear Materials Management, October 1994 | 10/00/1994 | PPL 007230 to PPL 007232 |
| P1462YA | Spent Fuel Storage Study for the Yankee Nuclear Power Station, August, 1997 | 08/00/1997 | YDK007501 to YDK007539 |
| P1465YA | Yankee Nuclear Power Station Spent Nuclear Fuel Storage Study, September 1992 | 09/00/1992 | YDK042316 to YDK042472; YDK007343 to YDK007499; COF006864 to COF007019 |
| P1468MY | Maine Yankee Atomic Power Company - Response to FERC Data Request 2-SP-39 - (Docket No. ER98-570-000) | | MIR000012 to MIR000013 |
| P1472CY | Letter to J.E. McKissick (Northeast Utilities) from M. Detmer (DOE) re: submission of DCSs to DOE under the Standard Contract | 3/4/1992 | HQ0002145 to HQ0002146, HQR-001-2146 to HQR-001-2147 |
| P1485YA | Letter to Andrew C. Kadak (Yankee Atomic) from Beth A. Tomasoni (DOE) re: DOE obligation following Indiana Michigan Power decision | 12/17/1996 | Zabransky Dep. Ex. 13; Tomasoni Dep. Ex. 9 |
| P1487MY | Letter to Michael E. Thomas (Maine Yankee) from Beth A. Tomasoni (DOE) re: DOE obligation following Indiana Michigan Power decision | 12/17/1996 | MA-100783 |
| P1496YA | Letter to J.M. Buchheit (Yankee Atomic) from M. Detmer (DOE) re: submission of DCSs to DOE under the Standard Contract | 3/4/1992 | HQ0002153 to HQ0002154, HQR-001-2154 to HQR-001-2155 |
| P1508MY | Memorandum (Maine Yankee) to David A. Rivard from Walter E. Johnson re: Spent Fuel Pool Capacity, 9 February 1994 | 2/9/1994 | MOF026526 to MOF026527 |
| P1604* | Memorandum to H.J. Hale, Office of Storage and Transportation Systems, from M.S. Karol, Director of Storage and Transportation Division, enclosing draft report, "At-Reactor Spent Fuel Storage Requirements With and Without Acceptance Rights Trading" | 10/6/1987 | PNL-046-0002 to PNL-046-0169 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1610* | T.W. Wood presentation, "Allocation of Waste Acceptance Rights" | 8/6/1986 | PNL-171-0057 to PNL-171-0073 |
| P1613 | Memorandum from Samuel J. Chilk (Secretary, NRC) to Victor Stello, Jr. and William C. Parler re: May 18, 1989 Commission approval of Federal Register publication of final amendments to 10 CFR 61 | 5/25/1989 | NRC005 0034 to NRC005 0035 |
| P1616 | Meeting Attendees. Topic: GTCC. Date: 12-20-00 | 12/20/2000 | NRC004 0119 |
| P1619 | Letter to George Zinke (Maine Yankee) from David Huizenga (DOE) re: management and disposal of GTCC waste (with marginalia) | 5/24/2001 | NRC003 0011 |
| P1648* | Official Transcript of Proceedings. U.S. Nuclear Regulatory Commission Advisory Committee on Nuclear Waste. 36th ACNW Meeting [excerpt, pages 122-174] | 10/18/1991 | Bernero Dep. Ex. 10 |
| P1657 | Meeting Attendees. Topic: GTCC. Date: 9/1/99 | 9/1/1999 | NRC004 0079 |
| P1658 | Presentation - "Greater-than-Class C Waste Management Program" | 9/1/1999 | NRC004 0080 to NRC004 0093 |
| P1659* | transcript - July 18, 2001 ACNW Meeting | 7/18/2001 | NRC004 0160 to NRC004 0190 |
| P1671 | Letter from Glenn L. Koster (Kansas Gas and Electric) to Robert Morgan (DOE) re: attached comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/1/1983 | HQZ.19881109.0025.0001 to HQZ.19881109.0025.0008 |
| P1672 | Letter from Larry D. Root (Iowa Electric Light and Power Co.) to Robert Morgan (DOE) re: Comments on the Proposed DOE Waste Disposal Services Contract | 3/3/1983 | HQZ.19881109.0027.0001 to HQZ.19881109.0027.0003 |
| P1673 | Duke Power Company Final Comments - Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/3/1983 | HQZ.19881109.0024.0001 to HQZ.19881109.0024.0008 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1674 | Letter from R. D. Scherer (Duquesne Light) to Robert Morgan (DOE) re: comments on proposed Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/4/1983 | HQZ.19881108.6775.0001 to HQZ.19881108.6775.0004 |
| P1675 | Letter from Bernard H. Cherry (GPU Service Corp) to Robert Morgan (DOE) re: enclosed comments of DOE's proposed contract for the disposal of SNF and/or HLW | 3/4/1983 | HQZ.19881109.0017.0001 to HQZ.19881109.0017.0004 |
| P1676 | Letter from D.N. Merrill (Public Service of New Hampshire) to Robert Morgan (DOE) re: comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/4/1983 | HQZ.19881109.0015.0002 to HQZ.19881109.0015.0005 |
| P1677 | Letter from L.F. Dale (Mississippi Power & Light) to Robert Morgan (DOE) re: attached comments on proposed Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 3/4/1983 | HQZ.19881109.0027.0001 to HQZ.19881109.0027.0014 |
| P1678 | Letter from William F. Conway (Vermont Yankee) to Robert Morgan (DOE) re: comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 3/7/1983 | HQZ.19881109.0139.0001 to HQZ.19881109.0139.0007 |
| P1679 | Letter from Arthur E. Lundvall (Baltimore Gase and Electric) to Robert Morgan (DOE) re: Draft DOE Utility Standard Waste Disposal Contract | 3/7/1983 | HQZ.19881109.0137.0001 to HQZ.19881109.0137.0003 |
| P1682* | Letter from E.R. Johnson (E.R. Johnson Associates, Inc.) to Jim Saling (Oak Ridge National Laboratory) re: attached "Detailed Comments/Questions on PNL Draft Report Entitled "At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trading"" [with marginalia] | 12/31/1987 | PNL-046-0279 to PNL-046-0288 |
| P1690* | White Paper - "Effects of Exchanges of Delivery Commitment Schedules on the CRWMS Transportation System", Prepared for DOE by Oak Ridge National Laboratory | 08/00/1992 | HQ0006653 to HQ0006730; HQR-004-0225 to HQR-004-0302 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1691 | Letter from Daniel A. Dreyfus (DOE) to Representative Albert R. Herren (Massachusetts) in response to letter of June 7, 1995 | 7/13/1995 | YDK008851 to YDK008852 |
| P1724 | Letter to Gov. Angus King, Jr. (Maine) from Spencer Abraham (DOE) in reply to letter of Oct. 1, 2001, concerning GTCC waste. | | HQR092-0102 to HQR092-0103 (re-produced by govt as HQR092-0101 to HQR092-0102); SFEE110701\HQR092\kingMEgtcc.wpd |
| P1729CY | Valuation Analysis dated October 1, 2000 for the Connecticut Yankee Atomic Power Company Haddam Neck Plant, prepared by Fox Valuation Services, S&W Consultants, and Sylvester & Company LLC | 10/1/2000 | AUD028406 to AUD028503 |
| P1729YA | Yankee Atomic Tax Bills/Assessments | 6/23/2005 | AUD028504 to AUD028511 |
| P1731MY | MY Spent Fuel Re-racking (92-111) Life to Date Costs Through February 1998 | 12/21/1998 | |
| P1741YA* | United States Department of Energy, National Spent Nuclear Fuel Program; Using the Standardized DOE SNF Canister for Greater-than-Class C Low-Level Waste; U.S. Department of Energy Assistant Secretary for Environment Management Office of Nuclear Material and Spent Fuel | 10/00/2000 | HQR085-0033 to HQR085-0060 |
| P1745YA | Massachussetts Department of Revenue, Division of Local Services, Municipal Databank/Local Aid Section; Finalized Equalized Valuations for 2002 & Assessement Ratios | | PA-225682 to PA-225697 |
| P1750MY* | Appraisal of Maine Yankee Site (Land Only) as of April 1, 1997 and April 1, 1998, Prepared by Norman A. Gosline for Stone & Webster Management Consultants, Inc. | 1/27/1998 | AUD028295 to AUD028405 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1751MY* | May 21, 1999 Allocated Value of January 27, 1998 Appraisal Prepared by Norman A. Gosline for Stone & Webster Management Consultants Inc. | 5/21/1999 | AUD028290 to AUD028294 |
| P1784 | Letter from Lake H. Barrett (OCRWM, DOE) to R.M. Grube (Yankee Atomic) responding to August 6, 1996 letter re: Yankee transportation and storage system. | 8/20/1996 | HQR-036-1024 to HQR-036-1025 |
| P1785 | Letter from William D. Travers (NRC) to Senator Joseph Lieberman (CT) (11/14/2000) re: transfer of CY GTCC waste to a permanent repository (Official Record Copy) | 11/14/2000 | PA-226192 to PA-226194; YA Opp. To Defendant's Motion for SJ Re GTCC YA1106-YA1108 |
| P1801 | Image - 16 loaded casks on pad at Yankee Atomic | | YOF054540 |
| P1802 | NRC's Transportation Program. Presentation by E. William Brach, Director, Spent Fuel Project Office, U.S. Nuclear Regulatory Commission. May 16, 2003 | 5/16/2003 | PA227143 to PA227161 |
| P1840 | E-mail from Robert Campbell to Steven Miller, Jane Taylor, Dave Zabransky, Susan Klein and others, cc: Charles Head, Ken Chacey, Patrice Bubar, David Huizenga and others re" GTCC Planning Meeting. With attachments | 1/11/2001 | HQR169 0029 to HQR169 0040 |
| P1845 | Four undated drafts of memorandum for the Secretary from Lake Barrett re: Action: Response to Letter from Governor King of Maine Concerning Greater-Than-Class C Low-Level Waste and Spent Nuclear Fuel, with attachments | | HQR169 0001 to HQR169 0013 |
| P1846 | Undated draft response from Spencer Abraham to October 1, 2001 letter of Governor King | | HQR167 0123 to HQR167 0126 |
| P1857 | E-mail from James Kennedy to Charles Head and Rob Campbell, cc: John Greeves re: attached GTCC letter ("Draft for Charles Head and Rob Campbell of DOE, November 5, 2001") | | NRC004 0293 to NRC004 0295 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1860 | E-mail from James Carlson to Dave Zabransky re: WP files for King response. Includes memorandum regarding draft response and draft response. | 11/13/2001 | HQR250 0367 to HQR250 0373 |
| P1863 | Undated letter to Governor King from Spencer Abraham | | NRC004 0279 to NRC004 0280 |
| P1882 | E-mail from Kenneth Picha to Partice Bubar, Kent Hancock, Edgardo Deleon, and Suzanne Rudzinski re: EM-1/RW01 Meeting results? | 4/29/2002 | HQR168 0036 to HQR168 0037 |
| P1889 | Energy and Water Development Appropriations Bill, 2004, H.R. Rep. No. 108-212 (2003) [To accompany H.R. 2754] | 7/16/2003 | PA227286 to PA227501 |
| P1891 | Making Appropriations for Energy and Water Development for the Fiscal Year Ending September 30, 2004, and for Other Purposes, H.R. Rep. No. 108-357 (2003) [To accompany H.R. 2754] | 11/7/2003 | PA227547 to PA227739 |
| P1894 | Letter from Margaret Chu (DOE - OCRWM) to Michael Thomas (Maine Yankee) with attached "Strategic Plan for the Safe Transportation of Spent Nuclear Fuel and High-Level Radioactive Waste to Yucca Mountain: A Guide to Stakeholder Interactions" | 12/1/2003 | MOF069191 to MOF069203 |
| P1903 | image - Maine Yankee Independent Spent Fuel Storage Installation (ISFSI) | | |
| P1904 | Issue Memorandum from Carolyn Huntoon re: Should the Department of Energy (DOE) prepare an Environmental Impact Statement (EIS) on disposal of Greater Than Class C (GTCC) radioactive waste? | | HQR-165-0148 to HQR-165-0152; Bubar Dep. Ex. 1 |
| P1905* | 11/17/2000 Fax to P Bubar (includes Nov 17 2000 letter from Huizenga to Craighead, concurrence sheets and other correspondence) | 11/17/2000 | HQR-165-0126 to HQR-165-0133; Bubar Dep. Ex. 5 |
| P1906 | Facsimile from Angus King (Maine) to Sec. Spencer Abraham re: Nuclear Waste (includes December 20, 2001 letter from Gov. Rowland (Connecticut) to Thomas Ridge (Director of Homeland Security)) | 3/18/2002 | HQR-166-0001 to HQR-166-0005; Bubar Dep. Ex. 13 |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1907 | Informal Note from Dave Huizenga (EM-20) to Jessie Roberson (EM-1) re: Management of Greater-Than-Class-C Waste Withen the Department of Energy with attached "Establish Policy for Greater-Than-Class C Waste" | 1/29/2002 | HQR130-0002 to HQR130-0007; Bubar Dep. Ex. 14 |
| P1908* | E-Mail from Katy Yuracko to Patty Bubar re: GTCC Memo, per your request (with attachments) | 6/17/2002 | HQR168-0005 to HQR168-0019; Bubar Dep. Ex. 15 |
| P1909 | Memorandum for the Secretary of Energy from Jessie Hill Roberson re: Action: Establish programmatic responsibility for Greater than Class C (GTCC) waste. [With attached "Supporting Information for Action Memo to Establish DOE Programmatic Responsibility for Greater-Than-Class C Waste"] | | HQR-165 0178 to HQR-165 0186; Bubar Dep. Ex. 16 (first part) |
| P1910 | Informal Note to Jessie Roberson (EM-1) from Patty Bubar (EM-20) re: Response to Letter from U.S. Environmental Protection Agency Region 6 Administrator [with attached "Establish Policy for Greater-Than-Class C Waste"] | 5/23/2002 | HQR-165 0187 to HQR-165 0193; Bubar Dep. Ex. 16 (second part) |
| P1911 | Facsimile from Donna (DOE) to Suzanne re: Action memo: Management of Greater-Than-Class-C Waste Within the Department of Energy | 3/22/2002 | HQR164-0050 to HQR164-0062; Bubar Dep. Ex. 17 |
| P1912 | E-Mail from Robert Campbell to Patrice Bubar, Ken Chacey and Jay Rhoderick, cc: David Huizenga re: Maine Yankee Issue Paper (with attached "ISSUE PAPER: DOE AND GTCC WASTE: Maine Yankee GTCC Waste Issue" | 12/1/2000 | HQR165-0153 to HQR165-00162; Bubar Dep. Ex. 20 |
| P1914* | Throughput Study Prepared by CRWMS M&O Contractor, by Lawrence Ford, William Bailey, Peter Gottlieb, Flora Emami, Mark Flemming, and Donald Robinson | | PA222554 - PA222559 |
| P1915 | Dry fuel storage at Yankee Rowe (video) | | www.connyankee.com/html/videos.html |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1916 | ROD on Mode of Transporation and Nevada Rail Corridor for the Disposal of Spent Nuclear Fuel and HLW at Yucca Mountain, NYE County, NV | 4/8/2004 | 69 Fed. Reg. 18557 |
| P1917 | United States Atomic Energy Commission - Yankee Atomic Electric Co., Contract No. AT(30-3)-222 | 6/4/1956 | YDK016123 to YDK016144 |
| P1918 | Letter to U.S. Representative David L. Hobson from Secretary of Energy Spencer Abraham with attachments (13 pages total) | 5/24/2004 | |
| P1920* | Connecticut Yankee Atomic Power Co. v. Town of Haddam, No. 301 CV 2178, Order on consent of parties | 1/24/2002 | AUD 090260 - 090276 |
| P1925* | Letter to Donald Hodel (Secretary of Energy) from Marilyn Lloyd, Larry Winn, Jr., and Robert S. Walker (Members of Congress, Committee on Science and Technology) | 11/17/1983 | HQZ.870304.127 3 |
| P1926.005 | Yankee Atomic: ISFSI Pad Construction | | |
| P1926.006 | Yankee Atomic: ISFSI Road Construction | | |
| P1926.007 | Yankee Atomic: Vertical Concrete Cask Construction | | |
| P1926.008 | Yankee Atomic: Vertical Concrete Cask Concrete Pour | | |
| P1926.009 | Yankee Atomic: Fuel Canister Internal Structure | | |
| P1926.010 | Yankee Atomic: Fuel Canister Internal Structure Insertion into External Canister | | |
| P1926.011 | Yankee Atomic: Spent Fuel Pool | | |
| P1926.012 | Yankee Atomic: Fuel Assembly Instertion into Spent Fuel Pool | | |
| P1926.014 | Yankee Atomic: Insertion of Fuel Canister Ito Vertical Concrete Cask | | |
| P1926.015 | Yankee Atomic: Transfer Cask in Fuel Transfer Enclosure with Lid Installed | | |
| P1926.016 | Yankee Atomic: Transfer Cask Transport From Spent Fuel Poot to Fuel Transfer Enclosure | | |
| P1926.017 | Yankee Atomic: 15 Loaded Fuel Dry Casks on ISFSI Pad | | |
| P1926.025 | Yankee Atomic: Containment Demolition - Removal of Steel Plate - View 1 | | |
| P1926.026 | Yankee Atomic: Containment Demolition - Removal of Steel Plate - View 2 | | |
| P1926.027 | Yankee: Atomic: Containment Demoition - Plate Removal with Rector Support and Structure Visible | | |
| P1926.028 | Yankee Atomic: Containment Demolition - 15,000 pound Plate Removal | | |

List of Exhibits Plaintiff "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C,
Connecticut Yankee v. U.S., 98-154,
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| P1927.001 - .007 | Selected photos from Connecticut Atomic | | |
| P1927.001 | Connecticut Yankee: Vertical Concrete Cask Loaded with Fuel or GTCC Waste | | |
| P1927.002 | Connecticut Yankee: arial photograph of plant | | |
| P1927.003 | Connecticut Yankee: Spent Fuel Pool | | |
| P1927.004 | Connecticut Yankee: Vertical Concrete Cask Construction on ISFSI pad | | |
| P1927.005 | Connecticut Yankee: Vertical Concrete Cask on Transport Trailer | | |
| P1927.006 | Connecticut Yankee: 2-Element Robotic Welder Sealing Lid of Fuel Canister | | |
| P1927.007 | Connecticut Yankee: ISFSI Aerial View with Plant in Background | | |

# ATTACHMENT 2

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0001 | DOE Office of Civilian Radioactive Waste Management: Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting | 12/12/1983 | SNP0118459 to SNP0118885 |
| D0002 | Administrative Record-Standard Contract: Public Hearing on the Standard Contact for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 3/3/1983 | ARC000001 to ARC000055 |
| D0002.001 | Federal Register Notice Part IV re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 2/4/1983 | ARC000056 to ARC000070 |
| D0002.002 | Federal Register Notice Part II re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 4/18/1983 | ARC000071 to ARC000090 |
| D0002.003 | Response to request for comments on Standard Contract for Disposal of SNF and/or HLW | 2/4/1983 | ARC000091 to ARC000101 |
| D0002.004 | Letter from Hunton & Williams to NWPA-Project Office, DOE | 2/8/1983 | ARC000102 to ARC000120 |
| D0002.005 | Letter from Southern California Edison Company to NWPA-Project Office re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 2/7/1983 | ARC000121 to ARC000125 |
| D0002.006 | Letter from H.B. Tucker, Duke Power Company, to NWPA-Project Office re: Contract for Disposal of SNF and/or High-Level Radioactive Waste - Preliminary Comments | 2/8/1983 | ARC000126 to ARC000136 |
| D0002.007 | Letter from the Virginia State Corporation Commission Division of Energy Regulation to NWPA - Project Office re: Standard Contract: Proposed Rulemaking | 2/17/1983 | ARC000137 to ARC000137 |
| D0002.008 | Letter from San Diego Gas & Electric to NWPA-Project Office re: Request for Comments on Standard Contract - Federal Register Notice | 2/24/1983 | ARC000138 to ARC000140 |
| D0002.009 | Statement before the Public Hearing on DOE's Draft | 3/3/1983 | ARC000141 to ARC000148 |
| D0002.010 | Statement of E. Linn Draper, Jr., Senior Vice President- External Affairs Gulf States Utilities Company on behalf of the Edison Electric Institute, The Utility Nuclear Waste Management Group | | ARC000149 to ARC000156 |
| D0002.011 | Public Hearing Comments from Dr. William M. Jacobi, General Manager, Nuclear Fuel Division, Westinghouse Electric Corp. | 3/3/1983 | ARC000157 to ARC000163 |
| D0002.012 | Letter from D. H. Peterson, Northern State Power Co., to NWPA-Project Office re: Comments on the Draft Waste Disposal Contract | 3/3/1983 | ARC000164 to ARC000168 |
| D0002.013 | Omaha Public Power District's Comments concerning draft standard contract for the disposal of SNF. | | ARC000169 to ARC000175 |
| D0002.014 | Letter from the Cincinnati Gas & Electric Company re: Notice of Proposed Rulemaking on standard contract for disposal of SNF to NWPA-Project Office | 3/4/1983 | ARC000176 to ARC000187 |
| D0002.015 | Comments by Consumers Power Company on Contract for disposal of SNF | | ARC000188 to ARC000206 |
| D0002.016 | Letter from H.L. Brey, Public Service Company of Colorado to NWPA Project Office re: Proposed standard contract for disposal of SNF | 3/3/1983 | ARC000207 to ARC000211 |
| D0002.017 | Comments from the Cleveland Electric Illuminating Company re: Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/4/1983 | ARC000212 to ARC000224 |
| D0002.018 | Comments from the Gulf States Utility re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | | ARC000225 to ARC000235 |
| D0002.019 | Comments by Wisconsin Public Service Corporation; Contract for the disposal of SNF and/or High Level Radioactive Waste | | ARC000236 to ARC000239 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0002.020 | Letter from the Iowa Department of Transportation to NWPA-Project Office re: Proposed DOE Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/4/1983 | ARC000240 to ARC000241 |
| D0002.021 | Letter from the Public Service of New Hampshire to NWPA-Project Office re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/4/1983 | ARC000242 to ARC000245 |
| D0002.022 | Letter from GPU Services to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/4/1983 | ARC000246 to ARC000249 |
| D0002.023 | Letter from Yankee Atomic Electric Company, A.R. Soucy to NWPA-Project Office re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/4/1983 | ARC000250 to ARC000254 |
| D0002.024 | Letter from Public Service Electric and Gas Company, Richard Fryling, to NWPA-Project Office re: Nuclear Waste Policy Act of 1982 Standard Contract for disposal of SNF and/or High-Level Radioactive Waste, Notice of | 3/3/1983 | ARC000255 to ARC000259 |
| D0002.025 | Letter from the Long Island Lighting Company, W.J. Tunney, to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/3/1983 | ARC000260 to ARC000262 |
| D0002.026 | Letter from Northeast Utilities, B.W. Erk, to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/3/1983 | ARC000263 to ARC000268 |
| D0002.027 | Letter from Southern Company Services, Inc., Ruble Thomas, to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/4/1983 | ARC000269 to ARC000273 |
| D0002.028 | Letter from Alabama Power, F.L. Clayton, to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/4/1983 | ARC000274 to ARC000282 |
| D0002.029 | Standard Contract Administrative Record Final Comments from Duke Power Company; Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/3/1983 | ARC000283 to ARC000290 |
| D0002.030 | Letter from Kansas Gas and Electric Company to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/1/1983 | ARC000291 to ARC000298 |
| D0002.031 | Letter from Iowa Electric Light and Power Company to NWPA-Project Office re: Comments on the he proposed DOE Waste Disposal Services Contract J-70. | 3/3/1983 | ARC000299 to ARC000301 |
| D0002.032 | Letter from the Mississippi Power and Light Company to NWPA-Project re: Grand Gulf Nuclear Station Units 1 & 2 file : 0321/15162/N155.0/L860.0 Comments re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste; Notice of Proposed Rulemaking. | 3/4/1983 | ARC000302 to ARC000315 |
| D0002.033 | Letter from Portland General Electric Company, J.T. Owens to NWPA- Project Office re: Comments and Recommendation concerning DOE's Draft Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/4/1983 | ARC000316 to ARC000324 |
| D0002.034 | Letter from Edison Electric Institute to NWPA-Project Office re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/7/1983 | ARC000325 to ARC000412 |
| D0002.035 | Letter from Atlantic Electric to NWPA-Project Office re: Nuclear Waste Policy Act of 1982 Standard Contract for disposal of SNF and/or High-Level Radioactive Waste Notice of Proposed Rulemaking | 3/2/1983 | ARC000413 to ARC000413 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0002.036 | Letter from Detroit Edison to NWPA-Project Office re: comments on Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/3/1983 | ARC000414 to ARC000415 |
| D0002.037 | Letter from the State of Iowa, Dept. of Public Defense-Disaster Services to NWPA-Project Office re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/2/1983 | ARC000416 to ARC000416 |
| D0002.038 | Letter from Robert Alexander to the NWPA-Project Office re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/2/1983 | ARC000417 to ARC000417 |
| D0002.039 | Letter from American Electric Power to NWPA Project Office re: 10 C.F.R. PART 961, Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | 3/7/1983 | ARC000418 to ARC000420 |
| D0002.040 | Letter from Nuclear Energy Information Service, Energy Analyst, to NWPA Project Office re: Corrections to testimony given concerning recommended sites for High-Level nuclear waste repositories. | 3/5/1983 | ARC000421 to ARC000422 |
| D0002.041 | Letter from Penberthy Electomelt International, Inc., L. Penberthy to NWPA-Project Office re: Hearing for Public Comment on Utility Contracts, March 3, 1983 | 3/4/1983 | ARC000423 to ARC000435 |
| D0002.042 | Letter from Larry Caldwell to NWPA Project Office re: Comments on Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste -Federal Register, vol. 48, Proposed rule | 3/5/1983 | ARC000436 to ARC000437 |
| D0002.043 | Letter from Florida Power and Light Company re: Standard Contract for disposal of SNF and/or High Level Radioactive Waste | 3/7/1983 | ARC000438 to ARC000441 |
| D0002.044 | Letter from Arkansas Power & Light Company re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000442 to ARC000443 |
| D0002.045 | Letter from Nebraska Public Power District to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000444 to ARC000445 |
| D0002.046 | Letter from Department of Justice to NWPA-Project Office re: Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000446 to ARC000446 |
| D0002.047 | Letter from Nebraska Public Power District to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000447 to ARC000448 |
| D0002.048 | Letter from Pennsylvania Power & Light Company to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000449 to ARC000451 |
| D0002.049 | Letter from Duquesne Light to NWPA-Project Office re: Letter from Nebraska Public Power District to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000452 to ARC000455 |
| D0002.050 | Letter from Toledo Edison to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000456 to ARC000457 |
| D0002.051 | Letter from Commonwealth Edison to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000458 to ARC000464 |
| D0002.052 | Letter from the Environmental Policy Inst. re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000465 to ARC000467 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0002.053 | Letter from Westinghouse Electric Corporation to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000468 to ARC000472 |
| D0002.054 | Letter from Atlantic Electric to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/2/1983 | ARC000473 to ARC000473 |
| D0002.055 | Responsive Comments from the AIF Committee on the Nuclear Waste Fund re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | | ARC000474 to ARC000476 |
| D0002.056 | Letter from the American Electric Power Service Corp., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000477 to ARC000483 |
| D0002.057 | Letter from the Philadelphia Electric Company to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/3/1983 | ARC000484 to ARC000487 |
| D0002.058 | Letter from Carolina Power and Light Company to NWPA-Project Office re: Contract for disposal of SNF and /or High Level Radioactive Waste | 3/3/1983 | ARC000488 to ARC000490 |
| D0002.059 | Letter from Friends of the Earth to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000491 to ARC000492 |
| D0002.060 | Comments by Pacific Gas and Electric Company; Contract for the disposal of SNF and/or High Level Radioactive Waste | 3/4/1983 | ARC000493 to ARC000524 |
| D0002.061 | Letter from Mary Metcalf to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/2/1983 | ARC000525 to ARC000526 |
| D0002.062 | Letter from LeBoeuf, Lamb, Leiby and MacRae to NWPA-Project Office re: Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000527 to ARC000532 |
| D0002.063 | Comments by TVA; Contract for the disposal of SNF and/or High Level Radioactive Waste | | ARC000533 to ARC000559 |
| D0002.064 | Letter from the Nuclear Fuel Service, Inc. to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000560 to ARC000561 |
| D0002.065 | Letter from Maine Yankee Atomic Power Company to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000562 to ARC000564 |
| D0002.066 | Letter from The Houston Lighting and Power Company to Office of Procurement Operations re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000565 to ARC000570 |
| D0002.067 | Letter from Virginia Electric and Power Company to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000571 to ARC000573 |
| D0002.068 | Letter from General Electric to NWPA re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/8/1983 | ARC000574 to ARC000623 |
| D0002.069 | Letter from Middle South Services, Inc., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000624 to ARC000631 |
| D0002.070 | Letter from Vermont Yankee Nuclear Power Corp., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000632 to ARC000638 |
| D0002.071 | Letter from Baltimore Gas and Electric to NWPA-Project Office re: Draft DOE Utility Standard Waste Disposal Contract | 3/7/1983 | ARC000639 to ARC000641 |