List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0002.072 | Letter from Consolidated Edison Company to NWPA re: Draft Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000642 to ARC000647 |
| D0002.073 | Letter from C-E Power Systems to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000648 to ARC000648 |
| D0002.074 | Letter from Southern California Edison Company to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000649 to ARC000649 |
| D0002.075 | Letter from Virginia Electric and Power Company to NWPA-Project re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000650 to ARC000652 |
| D0002.076 | Letter from Louisiana Power and Light to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000653 to ARC000656 |
| D0002.077 | Letter from Rochester Gas and Electric Corp. to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000657 to ARC000659 |
| D0002.078 | Letter from South Carolina Electric and Gas Co., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000660 to ARC000662 |
| D0002.079 | Letter from Arizona Nuclear Power Project to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000663 to ARC000663 |
| D0002.080 | Letter from Dairyland Power Corp., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000664 to ARC000672 |
| D0002.081 | Letter from Georgia Power to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High Level Radioactive Waste | 3/4/1983 | ARC000673 to ARC000680 |
| D0002.082 | Letter from Delmarva Power to NWPA-Project Office re: Contract for disposal of SNF and /or High Level Radioactive Waste | 3/8/1983 | ARC000681 to ARC000681 |
| D0002.083 | Letter from Niagara Mohawk Power Corp., to NWPA-Project Office re: Contract for disposal of SNF and /or High Level Radioactive Waste | 3/7/1983 | ARC000682 to ARC000690 |
| D0002.084 | Letter from Florida Power to NWPA-Project Office re: Standard Contract for disposal of SNF and/or High Level Radioactive Waste | 3/4/1983 | ARC000691 to ARC000692 |
| D0002.085 | Comments by Boston Edison: Contract for the disposal of SNF and/or High Level Radioactive Waste | | ARC000693 to ARC000694 |
| D0002.086 | Excerpts from Federal Register re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste - Final Rule Correction | 5/24/1983 | ARC000695 to ARC000696 |
| D0004 | Letter from Yankee Atomic Electric Company to DOE, Contracting Officer, Beth Tomasoni re: DOE's position from June 4, 1993 meeting. | 6/10/1993 | HQR0060755 to HQR0060756 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0005 | Letter from Yankee Atomic Electric Company to Dr. Dreyfus, re: DOE's position in response to a July 13, 1995 letter to Massachusetts State Representative Albert Herren. | 9/7/1995 | EDB0023133 to EDB0023134 |
| D0010 | DOE, Office of Civilian Radioactive Waste: 1985 Mission Plan for the Civilian Radioactive Waste Management Program - Volume I | 6/1/1985 | HQR0031088 to HQR0031620 |
| D0012 | DOE Office of Civilian Radioactive Waste: 1987 OCRWM Mission Plan Amendment w/ comments on the Draft Amendment and Responses to the Comments | 6/1/1987 | HQR0031621 to HQR0032143 |
| D0015 | Letter from Yankee Atomic Electric Company to DOE, Office of Civilian Radioactive Waste Mgmt., Alan Brownstein re: Yankee Atomic response to the DOE Notice of Inquiry on Waste Acceptance Issues | 7/19/1994 | YDK009250 to YDK009259 |
| D0016 | DOE Office of Civilian Radioactive Waste Publication: 1987 Annual Capacity Report | 6/1/1987 | HQR0012705 to HQR0012792 |
| D0017 | DOE Office of Civilian Radioactive Waste Publication: 1988 Annual Capacity Report | 6/1/1988 | HQR0012610 to HQR0012704 |
| D0018 | DOE Office of Civilian Radioactive Waste Publication: 1990 Annual Capacity Report | 12/00/1990 | HQR0012487 to HQR0012609 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0020 | Standard Contract Issue Resolution Process (An Overview and Status) re: Standard Contract for disposal of SNF and/or High-Level Waste and discussion of the resolution process. | 4/1/1993 | CTR0030916 to CTR0030922 |
| D0023 | DOE Memorandum to the Director, Office of Civilian Radioactive Waste Management, J.W. Bartlett re: Approval for the publication of the 1991 Annual Capacity Report | 12/20/1991 | EDB0011764 to EDB0011765 |
| D0024 | DOE Office of Civilian Radioactive Waste Publication: DOE Annual Capacity Report | 12/00/1991 | HQR0012357 to HQR0012419 |
| D0026 | DOE Office of Civilian Radioactive Waste Publication: 1992 Annual Capacity Report | 5/1/1993 | HQR0012315 to HQR0012353 |
| D0027 | 1995 Acceptance Priority Ranking and Annual Capacity Report | 09/00/1996 | CTR0020138 to CTR0020200 |
| D0028.001 | Letter from DOE to Northeast Utilities re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste with General Instructions for completing the Appendix C - DCS | No Date | HQR0012146 to HQR0012147 and GPE0010064 to GPE0010071 |
| D0028.002 | Letter from Northeast Utilities, E.F. Murphy to DOE Contracting Officer re: delivery commitment schedules for Millstone Unit 1 & 2 and Conn.Yankee with attachment Appendix C - DCS, for year 1998. | 9/25/1992 | CDB006458 to CDB006459 |
| D0028.003 | Letter from DOE Contracting Officer, Linda Strand to Northeast Utilities E. Murphy re: Disapproval of DCS 98-5701-4469-01 for Haddam Neckwith attachment Appendix C - DCS, for year 1998. | No Date | HQR0060633 to HQR0060635 |
| D0028.004 | Letter from Northeast Utilities Letter to DOE Contracting Officer re: Revised delivery commitment schedules with attachment Appendix C - DCS, for year 1998. | 1/22/1993 | FER0021423 to FER0021435 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0028.005 | Letter from DOE, Contracting Officer Beth Tomasoni to Northeast Utilities approving DCS #'s 98-5701-4469-01 & 98-3201-4399-01 with attachment Appendix C - DCS, for year 1998. | 3/18/1993 | FER0032590 to FER0032592 |
| D0028.006 | Letter from E.F. Murphy Connecticut Yankee/ Northeast Utilities (NU) to DOE Contracting Officer re: Letter from Linda Strand to E.F. Murphy with attachment Appendix C - DCS, for year 1999. | 9/29/1993 | HQR0012199 to HQR0012201 |
| D0028.007 | Letter from DOE, Contracting Officer, Beth Tomasoni to Northeast Utilities, E. Murphy re: Disapproval of DCS 99-5701-4469-01 for Haddam Neck with attachment Appendix C - DCS, for year 1999. | 2/14/1994 | HQR0061090 to HQR0061092 |
| D0028.008 | Letter from Northeast Utilities, Richard Bigelow to DOE Contracting Officer re: Revised delivery scheduled for the Haddam Neck Plant with attachment Appendix C - DCS, for year 1999. | 3/4/1994 | CTR0061996 to CTR0061997 |
| D0028.009 | DOE Letter from Contracting Officer Beth Tomasoni to Northeast Utilities approving revised delivery commitment schedule. Contract DCS # 99-5701-4469-01with attachment Appendix C - DCS, for year 1999. | 3/24/1994 | HQR0061081 to HQR0061082 |
| D0028.010 | Letter from Northeast Utilities/ Connecticut Yankee, Robert Isakson to DOE Contracting Officer re: Northeast Utilities/ Connecticut Yankee (Haddam Neck) & Milestone 1 Reactor with attachment Appendix C - DCS, for year 2000 | 9/28/1994 | COF0040753 to COF0040755 |
| D0028.011 | Letter from DOE Contracting Officer Beth Tomasoni to Northeast Utilities approving the Northeast Utilities revised delivery commitment schedule. DCS # 00-5701-4469-01 (CY) with attachment Appendix C - DCS, for year 2000. | 1/18/1995 | HQR0061059 to HQR0061060 |
| D0028.012 | Letter from Northeast Utilities, R. Isakson Submittance of Connecticut Yankee (Haddam Neck) & Milestone 1 Reactor, and Northeast Utilities continued support of Conn. Yankee with attachment Appendix C - DCS, for year 2000 | 9/28/1995 | COF0040760 to COF0040762 |
| D0028.013 | Letter from Northeast Utilities, R. Isakson Letter to DOE, Contracting Officer re: DCS for Connecticut Yankee (Haddam Neck) & Milestone 1 & 2 Reactors for spent fuel to be removed in 2002 Yankee with attachment Appendix C - DCS, for year 2000. | 9/30/1996 | COF0170457 to COF0170461 |
| D0028.014 | Letter from Northeast Utilities, TC Feigenbaum to DOE Contracting Officer re: submission of final delivery schedule for Millstone Point Unit 1 and Conn. Yankee for SNF removal. | 1/9/1997 | FER0032611 to FER0032616 |
| D0028.015 | Letter from DOE, Contracting Officer to Northeast Utilities re: receipt of final delivery schedule and DOE's disapproval of the schedule | 3/11/1997 | FER0021454 to FER0021454 |
| D0028.016 | Letter from DOE Contracting Officer to Northeast Utilities Lee Hill, confirming receipt of Delivery Commitment Schedules | 3/13/1997 | COF0042055 to COF0042055 |
| D0028.017 | Letter from Northeast Utilities, L. Hill to DOE, Contracting Officer re: Connecticut Yankee (Haddam Neck) for spent fuel to be removed in 2003 with attachment Appendix C - DCS, no year given. | 9/26/1997 | COF0040780 to COF0040781 |
| D0028.018 | Letter from DOE, Contracting Officer to Northeast Utilities re: receipt of delivery commitment schedule | 1/13/1998 | COF0040782 to COF0040782 |
| D0029.001 | Letter from DOE to Maine Yankee Atomic Electric Company re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste with General Instructions for completing the Appendix C - DCS | 6/29/1991 | GPE0010053 to GPE0010062 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0029.002 | Letter from Maine Yankee, M.E. Thomas Letter to DOE Contracting Officer, M. Detmer re: Transmittal of appendix C of the referenced delivery schedules with attachment Appendix C - DCS for years 1999, 2000, 2001, 2003, 2005, & 2006. | 9/29/1992 | MOF034244 to MOF034250 |
| D0029.003 | Letter from DOE Contracting Officer, L. Strand to Maine Yankee approving six delivery commitment schedules with Appendix C - DCS for years 1999, 2000, 2001, 2003, 2005, & 2006. | 12/22/1992 | GPE0010107 to GPE0010113 |
| D0029.004 | Letter from Maine Yankee, R. Jordan to DOE, Contracting Officer Linda Strand re: Response to a December 22, 1992 letter from Linda Strand | 2/19/1993 | MOF027730 to MOF027731 |
| D0029.005 | Letter from Maine Yankee, M.E. Thomas to DOE Contracting Officer, Beth Tomasoni re: Transmittal of appendix D of the referenced final delivery schedules | 5/11/1998 | GPE0030002 to GPE0030005 |
| D0030.001 | Letter from DOE to Yankee Atomic Electric Company re: the Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste with General Instructions for completing the Appendix C - DCS | 3/2/1992 | NAT0012183 to NAT0012192 |
| D0030.002 | Letter from Yankee Atomic Electric Company, R. Grube to DOE Contracting Officer re: completed delivery commitment schedules for Yankee Atomic with attachment Appendix C - DCS for years 1998, 1999, & 2000 | 9/25/1992 | YDK008922 to YDK008926 |
| D0030.003 | Letter from Yankee Atomic Electric Company, J.M. Buchheit to DOE, Office of Civilian Radioactive Waste Management, N. Montgomery re: duplicate utility copies - delivery commitment schedules submitted on Sept. 25, 1992. | 10/20/1992 | GPE0010549 to GPE0010554 |
| D0030.004 | Letter from DOE Contracting Officer, Linda Strand to Yankee Atomic | 12/1/2002 | YDK021597 to YDK021601 |
| D0030.005 | Letter from Yankee Atomic, J.M. Buchheit to DOE Contracting Officer, Linda Strand re: Resubmittal of delivery commitment schedules with attachment Appendix C - DCS for years 1998, 1999, & 2000 | 1/4/1993 | YDK009074 to YDK009080 |
| D0030.006 | Letter from DOE, Contracting Officer Beth Tomasoni to Yankee Atomic Electric Company re: Disapproval of Yankee Atomic's DCS resubmittals with attachment Appendix C - DCS for years 1998, 1999, & 2000 | 4/8/1993 | HQR0540260 to HQR0540264 |
| D0030.007 | Letter from Yankee Atomic Electric Company, J.M. Buchheit to DOE, Contracting Officer, B. Tomasoni re: Contract for Disposal of SNF/HLW, Delivery Commitment Schedules | 4/28/1993 | HQR0090129 to HQR0090135 |
| D0030.008 | Letter from Yankee Atomic Electric Company, J.M. Buchheit to DOE, Contracting Officer, B. Tomasoni | 6/10/1993 | FER0023137 to FER0023147 |
| D0030.009 | Letter from DOE, Contracting Officer, Beth Tomasoni to Yankee Atomic Electric Co., J.M. Buchheit | 7/15/1993 | HQR0060783 to HQR0060785 |
| D0030.010 | Letter from Yankee Atomic, J.M. Buchheit to DOE Contracting Officer re: Contract for disposal of SNF/High Level Waste, request for Priority/Delivery commitment schedules with attachment Appendix C - DCS for year 1998 | 7/26/1993 | HQR0060777 to HQR0060778 |
| D0030.011 | Letter from DOE, Contracting Officer Beth Tomasoni to Yankee Atomic Electric Company re: approved DCS with attachment Appendix C - DCS for year 1998 | 9/20/1993 | HQR0060767 to HQR0060768 |
| D0030.012 | Letter from Yankee Atomic Electric Company, J.M. Buchheit to DOE, Contracting Officer, B. Tomasoni re: Contract for disposal of SNF/High Level Waste; June 22, 1983 DCS with attachment Appendix C - DCS for year 1999 | 9/23/1993 | YDK021733 to YDK021735 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0030.013 | Letter from DOE, Contracting Officer, Beth Tomasoni to Yankee Atomic, J.M. Buchheit re: DOE's approval of DCS 99-5601-4428-01 with attachment Appendix C - DCS for year 1999 | 12/6/1993 | YDK021712 to YDK021713 |
| D0030.014 | Letter from Yankee Atomic Electric Company, J.M. Buchheit to DOE, Contracting Officer, Beth Tomasoni re: Contract for Disposal of SNF/ High Level Waste, June 22, 1983, DCS with attachment Appendix C - DCS for year 2000 | 9/30/1994 | YDK022014 to YDK022015 |
| D0030.015 | Letter from DOE, Contracting Officer, Beth Tomasoni to Yankee Atomic Electric Co., J. Buchheit re: disapproval of DCS # 00-5601-4428-01 due to incorrect allocation. | 1/17/1995 | HQR0060669 to HQR0060670 |
| D0030.016 | Letter from Yankee Atomic, J.M. Buchheit to DOE, Contracting Officer, Beth Tomasoni re: Submitting of revised DCS with attachment Appendix C - DCS for year 1999 | 1/31/1995 | YDK022819 to YDK022820 |
| D0030.017 | Letter from Yankee Atomic, J.M. Buchheit re: Yankee Atomic DCS Contract # DE-CR01-83NE44428 with attachment Appendix C - DCS for year 2000 | 3/28/1995 | COF0042878 to COF0042879 |
| D0030.018 | Letter from DOE Contracting Officer, Beth Tomasoni to Yankee Atomic, J.M. Buchheit re: Delivery commitment schedule approval with attachment Appendix C - DCS for year 2000 | 6/14/1995 | YDK022661 to YDK022662 |
| D0030.019 | Letter from Yankee Atomic Electric Company, J.M. Buchheit to DOE, Contracting Officer, Beth Tomasoni re: Contract for Disposal of SNF, June 22, 1983, DCS - Re-submittance in accordance with the ACR with attachment Appendix C - DCS for year 2001 | 9/27/1995 | YDK022501 to YDK022502 |
| D0030.020 | Letter from DOE Contracting officer, Beth Tomasoni (DOE) to Yankee Atomic, J.M. Buchheit re: DOE's approval of Yankee's DCS submittance 01-5601-4428-01 on Sept. 27, 95 with attachment Appendix C - DCS for year 2001 | 3/5/1996 | YDK023077 to YDK023078 |
| D0030.021 | Letter from Yankee Atomic Electric Company FDS Submittal letter & Form for 1998 (3 pages with attached FDS) | 1/31/1997 | YDK023433 to YDK023435 |
| D0030.022 | Letter form DOE, Contracting Officer B. Tomasoni to Yankee Atomic, J. Bucheit re: FDS disapproval letter from the DOE | 3/11/1997 | YDK008839 to YDK008839 |
| D0030.023 | Letter from Yankee Atomic Electric Company, J.M. Buchheit to DOE, Contracting Officer, Beth Tomasoni re: YA is filing the 2003 DCS in accordance with the ACR with attachment Appendix C - DCS for year 2003 | 9/26/1997 | YDK023482 to YDK023484 |
| D0030.024 | Letter from Yankee Atomic Electric Company, J.M. Buchheit to DOE, Contracting Officer, Beth Tomasoni re: Final Delivery Schedule for 1999 | 1/23/1998 | YDK008228 to YDK008229 |
| D0033 | Informal Memorandum from J.M. Buchheit to Davis J. Grant re: DOE Delivery Commitment Schedules | | YDK023485 to YDK023485 |
| D0034 | Memorandum from Yankee Atomic - Meeting Minutes re: meeting with DOE on Accelerated Delivery Commitment Schedules | 6/14/1993 | YDK009169 to YDK009170 |
| D0035 | Memorandum from Yankee Atomic-Bolton, J. Buchheit to R. Grube re: Yankee delivery commitment schedules | 9/25/1992 | YDK037423 to YDK037426 |
| D0085 | Letter from the Nuclear Regulatory Commission, Richard Meserve to Kadak Associates, Andrew Kadak, in response to Mr. Kadak's request for the NRC to classify GTCC as high level radioactive waste. | 5/21/2001 | HQR1650018 to HQR1650018 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0086 | Letter from Kadak Associates, Andrew Kadak to Nuclear Regulatory Commission, Richard Meserve re: Greater Than Class C Waste (GTCC): non designation by the NRC as disposable SNF. | 10/24/2000 | GPE0010123 to GPE0010123 |
| D0087* | Hearing before the Federal Regulatory Commission; Docket No. ER97-913-000 re: Rebuttal Testimony of Robert A. Isakson on behalf of Connecticut Yankee Atomic Power Company | 8/23/1997 | YDK041765 to YDK041812 |
| D0088 | Decommissioning Cost Analysis for the Maine Yankee Atomic Power Station, prepared for Maine Yankee Atomic Co., by TLG Services | 10/1/1997 | GPE0010125 to GPE0010304 |
| D0089 | Decommissioning Cost Study for the Connecticut Yankee Nuclear Power Plant, prepared by Northeast Utilities. | 12/1/1996 | COF002997 to COF003072 |
| D0090 | Decommissioning Cost Study for the Yankee Nuclear Power Station, prepared by TLG Services. | 3/21/1995 | YDK006628 to YDK006672 |
| D0092 | Memorandum from Yankee Atomic, J.M. Buchheit to R.M. Grube re: Petition for Rulemaking to Amend the Nuclear Waste Contract | 1/20/1984 | YDK023771 to YDK023772 |
| D0092A | Memorandum from Yankee Atomic - Bolton, J. Buchheit and E. Pilat to R. Grube and R. Rich re: Sept. 27, 1983 UNWMG DOE Contract - Task Force Meeting | 10/19/1983 | YDK045589 to YDK045591 |
| D0098 | Presentation to The Institute of Nuclear Materials: Management Presentation by Mr. Loring Mills, Edison Electric Company re: Importance of Various Provisions of the Nuclear Waste Policy Act of 1982 to Electric Utility Companies | 5/4/1983 | YDK024125 to YDK024129 |
| D0099 | Meeting Notes from Edison Electric Institute, Task Group on Waste Contract | 5/12/1983 | GPE0010496 to GPE0010501 |
| D0100 | Letter from Yankee Atomic Electric Company, R.A. Rich to DOE Contracting Officer , Thomas Keefe re: DOE's letter dated April 18, 1983. | 5/5/1983 | HQR0090515 to HQR0090516 |
| D0101 | Letter from Edison Electric Inst. J. J. Kearney to NWPA Project Office, Robert Morgan re: 10 CFR Part 961 - Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 5/20/1983 | YDK023709 to YDK023716 |
| D0102 | Memorandums from Yankee Atomic R.M. Grube to A.R. Soucy re: Nuclear Waste Policy Act Fact Sheet - Yankee Milestones | 5/17/1983 | YDK013697 to YDK013700 |
| D0105 | Nuclear Regulatory Commission on Maine Yankee - Docket No. 50-309: Amendment to Facility Operating License | 4/2/1984 | MOF041379 to MOF041387 |
| D0107 | Decommissioning study for the Connecticut Yankee Atomic Power Company Nuclear Generating Station, prepared by Northeast Utilities | 3/1/1987 | CDB000249 to CDB000385 |
| D0110 | Memorandum from Yankee Atomic - Framingham, V.E. Pareto to A. Koch, J. Haseltine, D. Edwards re: Annual Capacity Report; i.e. issues with ACR. | 9/23/1987 | YDK015467 to YDK015470 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0113 | Letter from Utility Nuclear Waste Management Group, Nancy Montgomery to DOE, Office of Civilian Radioactive Waste Management, Alan Brownstein re: Annual Capacity Report - Modification Process | 11/10/1987 | CTR0031055 to CTR0031056 |
| D0114 | Edison Electric Inst. Listing of Members of the Utility Nuclear Waste Management Group; Annual Capacity Report Response Team | 12/8/1987 | PNL0460172 to PNL0460172 |
| D0115 | Edison Electric Inst. Listing of Members of the Utility Nuclear Waste Management Group; Annual Capacity Report Response Team | 12/9/1987 | PNL0460173 to PNL0460173 |
| D0117 | DOE Report , Office of Civilian Radioactive Waste Management: Draft 1988 Mission Plan Amendment | 6/1/1988 | HQR0255201 to HQR0255309 |
| D0126 | Letter from DOE, Office of Civilian Radioactive Waste Management, Ron Milner to North Carolina Public Staff Utilities Commission, R. Smith Jr., re: Response to August 28, 1990, letter. | 10/17/1990 | HQR0080317 to HQR0080318 |
| D0127 | Letter from DOE, Office of Civilian Radioactive Waste Management, Ron Milner to Nuclear Energy Services re: Response to NES's Sept. 4, 1990, letter. | 10/30/1990 | HQR0080313 to HQR0080314 |
| D0129 | Memorandum from Maine Yankee Atomic, R.P. Jordan to G.D. Whittier re: Draft Report: Evaluation of Long Term spent Fuel Storage at Maine Yankee | 12/18/1990 | MPA035259 to MPA035277 |
| D0130 | DOE Memorandum from Ron Milner to the Director, Office of Civilian Radioactive Waste Management Approval for the publication of the 1990 Annual Capacity Report | 12/21/1990 | EDB0011518 to EDB0011519 |
| D0133 | Memorandum from Maine Yankee Atomic, R.P. Jordan to MY Officers re: Eval. Long Term Spent Fuel Storage Options | 2/6/1991 | MOF024130 to MOF024148 |
| D0134 | Memorandum from Yankee Atomic -Bolton, J.M. Buchheit/ R.R. Grube to S.R. Allen re: Estimated spent fuel storage costs for Yankee beyond the year 2000 | 2/19/1991 | YDK020905 to YDK020906 |
| D0135 | Letter from DOE, Office of Civilian Radioactive Waste Management, Ron Milner to D. Zabransky re: Modification Process | 3/1/1991 | HQR0080332 to HQR0080333 |
| D0137 | Letter from E.R. Johnson Associates, B.M. Cole to Battelle Pacific Northwest Labs, Pat McDuffie re: Position on the eleven ACR Contractual Issues | 5/13/1991 | CTR0060365 to CTR0060366 |
| D0138 | Letter from E.R. Johnson Associates, B.M. Cole regarding positions on ACR issues | 5/13/1991 | CTR0060364 to CTR0060366 |
| D0140 | Memorandum from Maine Yankee Atomic, J.M. Buchheit to Yankee Distribution re: Spent Fuel Storage Task Force - First Annual Report | 7/26/1991 | MOF022984 to MOF022999 |
| D0141 | DOE Report, Office of Civilian Radioactive Waste Management: 1991 Draft Mission Plan Amendment | 09/00/1991 | HQR0030798 to HQR0031004 |
| D0145 | Memorandum from Yankee Atomic -Bolton, R.M. Grube to A. Kadak re: John Bartlett Telephone Conversation Dec. 12, 1991 | 12/18/1991 | YDK037989 to YDK037990 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0146 | Letter from Yankee Atomic Electric Company, A. Kadak to DOE, Office of Civilian Radioactive Waste Management, J. Bartlett re: Follow up to Recent Telephone Conversations with R. Grube, concerning DOE's Spent Fuel Acceptance rates. | 2/4/1992 | YDK009071 to YDK009073 |
| D0147 | Memorandum from Yankee Atomic, Rudy Grube to A. Kadak re: conversation with L. Mills and J. Bartlett concerning letter on SNF Shipping Priority | 2/13/1992 | YDK037850 to YDK037850 |
| D0149 | Letter from DOE, Office of Civilian Radioactive Waste Management, J. Bartlett to A. Kadak, re: priority shipment of SNF and ACR Issue Resolution Process | 5/6/1992 | YDK009010 to YDK009011 |
| D0152 | Direct Testimony and Affidavit of Russell A Mellor, Project Manager, Yankee Atomic Electric Company. | 5/21/1992 | YDK016736 to YDK016771 |
| D0153 | Memorandum from Yankee Atomic -Bolton, W. Szymczak from R. Mellor re: YNPS Decommissioning Study/Spent Fuel Storage Cost Development. | 5/21/1992 | YDK006153 to YDK006165 |
| D0156 | Memorandum from Yankee Atomic -Bolton, J.M. Buchheit Memo to S. Allen re: Spent Fuel Allocation Exchanges | 7/24/1992 | YDK008473 to YDK008477 |
| D0157 | Decommissioning Cost Study for the Connecticut Yankee Nuclear Power Station, prepared for Northeast Utilities Service Co., prepared by TLG Engineering, Inc. | 08/00/1992 | CDB000156 to CDB00247 |
| D0158 | Memorandum from Yankee Atomic -Bolton, A. Kadak to R. Mellor re: Spent Fuel Storage. | 8/18/1992 | YDK016044 to YDK016045 |
| D0159 | Decommissioning Cost Study for the Yankee Nuclear Power Station, prepared by TLG Services, Inc. | 02/00/1992 | YSB003462 to YSB003530 |
| D0160 | Yankee Atomic Electric Company Report: Yankee Nuclear Power Station Spent Nuclear Fuel Storage Study | 09/00/1992 | YDK042316 to YDK042472 |
| D0161 | Memorandum from Yankee Atomic -Bolton, J. Buchheit to P. Anderson re: Delivery Commitment Schedule (DCS) | 9/11/1992 | MOF034232 to MOF034233 |
| D0162 | Memorandum from R. Mellor to A. Kadak re: Avoided Costs from Successful Spent Fuel Allocations Efforts. | 9/24/1992 | YOF049705 to YOF049705 |
| D0173 | Memorandum from Yankee Atomic - Bolton, B. Holmgren, J. Buchheit, and R. Mellor to J. Thayer re: Spent Nuclear Fuel Storage Study Report and Recommendations | 10/9/1992 | COF006850 to COF006863 |
| D0177 | Memorandum from Yankee Atomic - Bolton, J. Buchheit to R. Grube and F. Quinn re: Action Plan in Response to DOE Rejection of Yankee Delivery Commitment Schedules | 12/16/1992 | YDK021586 to YDK021587 |
| D0187 | DOE Standard Contract Issue Resolution Process - An Overview and Status; 1993 International High-Level Radioactive Waste Management Conference | 4/29/1993 | CTR0030001 to CTR0030030 |
| D0189 | Memorandum from Maine Yankee Atomic, W.E. Johnson to David Rivard, re: Spent Fuel Pool Capacity | 3/1/1993 | MOF026520 to MOF026521 |
| D0196 | Decommissioning Cost Study for the Maine Yankee Atomic Power Station, prepared by TLG Engineering. | 08/00/1993 | MPA010818 to MPA010907 |
| D0198 | Letter from DOE, Office of Civilian Radioactive Waste Management, L. Barrett to Sacramento Municipal Utility District, J. R. Shetler re: transportation of SNF. | 9/2/1993 | GPE0010596 to GPE0010597 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0203 | Informal Memo from Andy to R. Grube re: priority for Shutdown Plants | 1/25/1994 | YDK009024 to YDK009024 |
| D0204 | Memorandum from Maine Yankee Atomic, W.E. Johnson to D. Rivard re: Spent Fuel Pool Capacity | 2/9/1994 | MOF026526 to MOF026527 |
| D0206 | Letter from DOE, Contracting Officer, R. A. Milner Response to Andrew Kadak's letter of April 20, 94, to the Sec. of Energy. | 6/16/1994 | YDK007568 to YDK007572 |
| D0207 | Memorandum from Yankee Atomic - Bolton, J. Heider to R. Mellor re: Preliminary Spent Fuel Storage Study Results | 6/20/1994 | YDK020036 to YDK020077 |
| D0208 | Memorandum from Yankee Atomic, B. Capstick to D. Orlin re: Responses to Recent Questions on Yankee Rowe Spent Fuel | 7/1/1994 | YDK008886 to YDK008887 |
| D0210 | Memorandum from Yankee Atomic-Bolton, J. Buchheit to R. Grube re: Genesis of SNF Priority Acceptance in the DOE Waste Contract | 9/23/1994 | YDK008931 to YDK008932 |
| D0214 | Letter from Yankee Atomic Electric Company, H.T. Tracy to Nuclear Regulatory Commission re: Updated Decommissioning Cost Study | 10/26/1994 | YDK007860 to YDK007915 |
| D0215* | NRC Meeting Summary: Yankee Atomic - Licensing Correspondence - Meeting Summary Decommissioning Costs. NRC issues a summary of the Oct. 26, 1994 Decommissioning Cost meeting with Yankee Atomic in Rockville, MD. | 11/7/1994 | PWC004053 to PWC004064 |
| D0217 | Memorandum from Conn. Yankee Atomic Power Co., E. Mullarkey CY to C. Gladding re: Major Milestone Schedule for the Rerack of the CY Spent Fuel Pool | 12/1/1994 | CNU006975 to CNU006976 |
| D0218 | Memorandum from Yankee Atomic-Bolton, J. Buchheit and E. Pilat to R. Mellor and K. Heider re: Response to SR 94-010 Spent Fuel and High Level Waste scenario. | 2/21/1994 | YDK007540 to YDK007614 |
| D0220 | Memorandum from Yankee Atomic-Bolton, W. Szymaczak and K. Heider to R. Mellor, re: Spent Fuel/GTCC Low Level Waste Scenario for 1994 Decommissioning Cost Study | 1/12/1995 | YDK006958 to YDK006960 |
| D0224 | DOE Report, Office of Civilian Radioactive Waste Management: Acceptance Priority Ranking and Annual Capacity Report | 3/1/1995 | EDB0010315 to EDB0010384 |
| D0225 | Informal Memorandum from Mike B. to Andy re: summary of the discussions Mike B. had on the status of SMUD's attempts to get DOE to accept canistered Ranco Seco fuel | 3/1/1995 | YDK012462 to YDK012463 |
| D0227 | Letter from Yankee Atomic Electric Company, R. Mellor to Advanced Containment Systems, Inc. re: Invitation for Proposals to Supply a Dry Spent Fuel Storage System | 7/3/1995 | YDK015617 to YDK015621 |
| D0228 | Memorandum from Yankee Atomic - Bolton, J. Buchheit and E. Pilat Memo to K. Heider and R. Mellor re: 1995 Decommissioning Cost Estimate Update: ISFSI Issues Resolution | 8/7/1995 | YDK008373 to YDK008404 |
| D0229 | DOE Report, Office of Civilian Radioactive Waste Management: Director's Resource Book | 9/18/1995 | HQR0272060 to HQR0272727 |
| D0236 | Decommissioning Cost Study for the Connecticut Yankee Nuclear Power Plant, prepared by Northeast Utilities Service Company | 4/1/1996 | CDB000078 to CDB000155 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0237 | Letter from Yankee Atomic Electric Company, A. Kadak to NAC International, I. Stuart re: Letter of Intent Regarding Proposal to Supply Engineering and Licensing Services for a Dry Spent Fuel Storage System | 5/16/1996 | YDK024160 to YDK024161 |
| D0242 | Email from Yankee Atomic, A. Kadak on DOE meeting Email to Grube, Mellor, and Quinn, re: Follow-up to DOE meeting | 9/19/1996 | YDK016089 to YDK016090 |
| D0243 | Letter from Yankee Atomic Electric Company, R. Grube Letter to DOE, Office of Civilian Radioactive Waste Management, L. Barrett re: meeting with Yankee Atomic on 9/17/96 to discuss the Yankee/NAC program to design & license a dry cask storage system for SN | 9/25/1996 | YDK022943 |
| D0246 | Report titled, "Yankee Rowe's Transition from Full Power License to Permanently Defueled Condition." | 10/10/1996 | COF024029 to COF024035 |
| D0248 | Yankee Rowe's Decommissioning Experience ANS Executive Conference: "Yankee Rowe's Decommissioning Experience Wet or Dry? That is the Question," prepared by A. Kadak | 4/28/1997 | GPE0010789 to GPE0010816 |
| D0250 | Spent Fuel Storage Study for the Yankee Nuclear Power Station, prepared by Yankee Atomic Decommissioning Project | 8/1/1997 | YDK000510 to YDK000549 |
| D0256 | Letter from Raytheon Engineers and Constructors, H. Rothstein w/attached report to Maine Yankee Atomic, R. Jordan re: Raytheon's Independent Assessment of Wet v. Dry Spent Fuel Storage for the Maine Yankee Nuclear Plant | 11/3/1997 | MPA022566 to MPA022619 |
| D0259 | Maine Yankee Position Paper on SNF Pool Inventory; Holtec Trip Report: Long-Term Spent Fuel Storage Self Assessment, Position Paper on Spent Fuel Pool Inventory | 11/15/1997 | COF006177 to COF006188 |
| D0261 | Decommissioning Services Agreement between Yankee Atomic Electric Company and Duke Engineering and Services | 12/1/1997 | GPE0010858 to GPE0010909 |
| D0262 | Duke Engineering (DE&S) Fax from F. Grumm Fax to R. Mellor w/attachments re: Swapping of Connecticut Yankee and Yankee Atomic Spent Fuel allocation with DOE | 12/12/1997 | YDK009825 to YDK009831 |
| D0263 | DE&S Memorandum from R. Barna to F Quinn re: Yankee-Rowe Spent Fuel Pickup Swap Candidates | 1/12/1998 | YDK036844 to YDK036845 |
| D0264 | DE&S Memorandum from F. Quinn to T. Bennet re: Draft RFQ to Swap Spent Fuel Allocations | 1/14/1998 | YDK016642 to YDK016648 |
| D0265 | Letter from Edlow Spent Fuel Management Company, J. Edlow to Duke Power | 1/15/1998 | DPP0013205 to DPP0013205 |
| D0266 | Connecticut Yankee Spent Fuel Storage Study | 02/00/1998 | COF006415 to COF006471 |
| D0267 | Memorandum from Duke Engineering and Services - Bolton, F. Quinn to T. Bennet re: RFQ to Trade Spent Fuel Allocations. | 2/19/1998 | YDK009726 to YDK009737 |
| D0268 | Maine Yankee Question Responses - Docket No. ER98-570-000, prepared by R. Jordan | 2/28/1998 | MPA009716 to MPA009717 |
| D0269 | Letter from Consolidate Edison Co., J. Pezzello to Yankee Atomic, Thomas Bennet re: trading of spent fuel | 3/2/1998 | YDK009747 to YDK009747 |