List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0270 | Memorandum from Duke Engineering and Services - Bolton, E. Pilat to F. Quinn re: How Shall We Value Swaps of DOE Spent Fuel Removal Allocations? | 3/4/1998 | YDK045573 to YDK045574 |
| D0271 | Memorandum from Duke Engineering and Services - Bolton, F. Quinn to T. Bennet re: Summary of utility reaction to invitation to swap spent fuel allocations. | 3/4/1998 | YDK009745 to YDK009745 |
| D0272 | Memorandum from Duke Engineering and Services - Bolton, F. Quinn to T. Bennet re: Estimated SNF Swap Costs with estimate of Yankee's dollar savings with avoided operating costs and estimated dollar cost of swaps for Yankee. | 3/4/1998 | YDK045575 to YDK045576 |
| D0273 | Letter from Northern States Power Company, L. Matis to Yankee Atomic, T. Bennet re: Trading Spent Fuel Acceptance Allocations and NSP declining to make a proposal to swap. | 3/5/1998 | YDK009746 to YDK009746 |
| D0274 | Memorandum from Virginia Power-North Carolina Power, M. Smith to H. Barder re: Response to Yankee Atomic Request for Bids. | 3/16/1998 | VPT0010881 to VPT0010882 |
| D0275 | Memorandum from Virginia Power-North Carolina Power, M. Smith to H. Barker re: Response to Yankee Atomic Request for Bids. | 3/16/1998 | VPT0010883 to VPT0010883 |
| D0276 | Letter from Virginia Power, K. Basehore to Yankee Atomic, T. Bennet re: Proposal to Trade Spent Fuel Allocations. | 3/23/1998 | YDK009748 to YDK009748 |
| D0277 | Letter from Virginia Power, K. Basehore to Yankee Atomic, T. Bennet re: Proposal to Trade Spent Fuel Allocations. | 3/23/1998 | VPT0010878 to VPT0010880 |
| D0280 | Maine Yankee Report: Specifications for Independent Spent Fuel Storage and Transport Facility | 4/17/1998 | MPA038801 to MPA038956 |
| D0282 | Memorandum from Duke Engineering and Services - Bolton, F. Quinn to T. Bennet re: Second Round of Swap Invitations. | 5/5/1998 | YDK009704 to YDK009704 |
| D0283 | Letter from Yankee Atomic Electric Company, T. Bennet to Boston Edison Company, Global Supply Group, Mr. J. Piascik re: Proposals for Trading Spent Fuel Allocations in the DOE's Projected Acceptance schedules | 5/5/1998 | YDK009705 to YDK009712 |
| D0284 | Letter from Boston Edison, H. Oheim to Yankee Atomic, T. Bennet re: Spent Fuel Acceptance Allocation. | 5/11/1998 | YDK009700 to YDK009701 |
| D0285 | Memorandum from F. Quinn to D. Davis re: DOE's Spent Fuel Allocations for New England Plants (except Seabrook); i.e. Intra-state swaps. | 5/18/1998 | YDK009752 to YDK009764 |
| D0286 | Letter from Consumer Energy, T. Palmisano Letter to Yankee Atomic T. Bennet re: FMD98-181 Letter dated 5/5/98 (Sale/exchange of DOE Approved DCSs). | 5/19/1998 | YDK009702 to YDK009703 |
| D0287 | Memorandum from F. Quinn Memo to D. Davis and T. Bennet re: NU CY Swaps. | 5/20/1998 | YDK008776 to YDK008786 |
| D0291 | The Decommissioning of Maine Yankee Recommendation for a Decommissioning Contractor. | 7/27/1998 | MOF054879 to MOF054903 |
| D0292 | Letter from Connecticut Yankee, O. Kay Comendul to CY Shareholders re: notice of stockholders meeting for the sale or lease of a portion of the Company's site in Haddam Conn. | 8/14/1998 | CNU001782 to CNU001800 |
| D0295 | Memorandum from DE&S- Bolton, J. McCumber to R. Mellor re: Additional Spent Fuel Storage support | 9/22/1998 | COF006335 to COF006372 |
| D0297 | Maine Yankee Atomic Power Company Evaluation of Fuel Storage Options, prepared by D. Rivard | 10/8/1998 | MOF067651 to MOF067686 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0298 | Edison Electric Inst. Listing of ACR Response Team Utility Nuclear Waste Management Group | 10/13/1988 | HQR0060335 to HQR0060335 |
| D0299 | Letter from Connecticut Yankee, R. Mellor to Nuclear Regulatory Commission re: Haddam Neck Plant Spent Fuel Management Plan | 10/28/1998 | YDK009465 to YDK009468 |
| D0301 | Connecticut Yankee's Requests for Proposals for Performance of Decommissioning Operations Contractor Services | 12/18/1998 | COF023062 to COF023084 |
| D0302 | Connecticut Yankee Decommissioning Scope Document | 12/18/1998 | COF023314 to COF023369 |
| D0305 | Haddam Neck Nuclear Plant: Decommissioning Operations Contractor Services Contractor Services and Related Equipment, Materials, and Supplies, Book 1 Technical Proposal | 2/9/1999 | GPE0010928 to GPE0010964 |
| D0307 | Letter from Duke Engineering & Services, F. Quinn to Yankee Atomic, D. Davis re: Commitments Needed from DOE - Draft | 2/19/1999 | YDK011408 to YDK011410 |
| D0308 | Fax from DE&S, Frank Quinn to B. Capstick re: DOE completion of acceptance of SNF | 3/10/1999 | YDK037108 to YDK038109 |
| D0309 | Letter from Maine Yankee, M. Meisner to Wiscasset Citizen | 3/23/1999 | MOF055625 to MOF055626 |
| D0313 | Letter from Duke Engineering & Services, F. Quinn to Yankee Atomic, D. Davis re: Commitments Needed from DOE | 3/31/1999 | YDK031581 to YDK031581 |
| D0316 | Meeting minutes of the Conn. Yankee Atomic Power Joint Oversite Committee | 4/9/1999 | CNU002102 to CNU002108 |
| D0318 | Fax/Memo from The Brattle Group, D. Taylor to J. Stouck re: Contingencies in Cost Estimates - Draft | 5/28/1999 | EXP200092 to EXP200094 |
| D0318A | [better copy of memo contained in D0318 - "Memo to File from The Brattle Group re: Contingencies in Cost Estimates - Draft"] | 5/28/1999 | |
| D0319 | NAC International Report: Executive Summary of the Costs of Managing Spent Commercial Nuclear Fuel in the United States | 6/1/1999 | NAC000841 to NAC000891 |
| D0323 | Memorandum from DE&S, Frank Quinn to B. Capstick re: DOE Acceptance Rate Comparisons | 6/18/1999 | YDK015118 to YDK015120 |
| D0327 | Contract for Storage of Fuel Bundles, Amendment No. 1 to Contract between Conn. Yankee Atomic and General Electric to amend the Contract for Storage of Fuel Bundles. | 7/29/1999 | COF024426 to COF024428 |
| D0328* | Letter from Duke Engineering & Services, R. Green to Yankee Atomic Electric Company, D. Davis. | 9/9/1999 | YOF033099 to YOF033104 |
| D0332 | State of Maine, Executive Department, A Report to Governor King on Maine Yankee's Plan to Construct and Operate a Dry Cask Storage Facility for Spent Nuclear Fuel. | 1/27/2000 | MOF037781 to MOF037785 |
| D0333 | Letter from Bechtel Power Corp., R. Daly to Connecticut Yankee, R. Mellor re: Connecticut Yankee Decommissioning Project | 2/2/2000 | COF002321 to COF002321 |
| D0334 | Letter from Conn. Yankee Atomic Power Co., R. Mellor to Bechtel Power Corporation, Richard J. Daly re: Bechtel letter of March 2, 2000 | 3/2/2000 | COF002318 to COF002319 |
| D0336 | Letter from DOE, Office of Civilian Radioactive Waste Management, I. Itkin to the Honorable A. S. King, re: letter of April 4, 2000 to Nuclear Regulatory Commissioner Meserve concerning Spent Fuel | 5/3/2000 | GPE0011010 to GPE0011021 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0339 | Letter from Conn. Yankee Atomic Power Co. to Bechtel Power Corporation, Richard J. Daly re: Bechtel letter of June 20, 2000 and the size of the ISFSI monitoring station. | 7/31/2000 | COF007067 to COF007068 |
| D0341 | Decommissioning After 28 years of Service, Article in the "CY-Today Newsletter," No. 1,178, re: decommissioning | 8/24/2000 | GPE0011060 to GPE0011061 |
| D0342 | Connecticut Yankee News Release: CY and AES Begin Property Purchase Process for New Power Plant | 1/15/1901 | GPE0011063 to GPE0011064 |
| D0343 | Letter from DOE, Waste Acceptance and Transportation, D. Zabransky to Sacramento Municipal Utility District, S. Redeker re: notice of plans to begin loading activities at the Rancho Seco Independent Spent Fuel Storage Installation. | 4/2/2001 | GPE0011066 to GPE0011067 |
| D0344 | Internet Page from Connecticut Yankee.com re: CY Fuel Storage: Used Fuel Storage: What is Dry Fuel Storage. | 9/20/2001 | GPE0011069 to GPE0011072 |
| D0348 | Reracking Assessment in the Non Breach World: An assessment of the need for reracking in the non-breach world. | 1/17/2002 | EXP000820 to EXP000824 |
| D0362 | Informal Note from Mick B. to Tom re: GTCC | | YDK043255 to YDK043255 |
| D0363 | Exchanging Places in DOE Acceptance Schedule Document re: exchange places in DOE; states that DOE will work with Yankee Atomic on exchanges past first 10 years. | | YDK009405 to YDK009405 |
| D0367 | Maine Yankee Doc. No. ER98-570-000 Request for information re: reracking completion for storage capacity | | MIR000012 to MIR00013 |
| D0370 | Wet and Dry Spent Fuel Management Scenarios at the Yankee Atomic Electric - An Outline, by R. Mellor. | | MIR000553 to MIR000564 |
| D0376 | Memorandum from Yankee Atomic - Bolton, J. Buchheit re: Response to SR 94-010 Spent Fuel and High Level Waste Scenario | 6/10/1994 | YDK018052 to YDK018068 |
| D0397 | Memorandum from Yankee Atomic - Bolton, J. Buchheit and E. Pilat to R. Mellor and K. Heider re: Response to SR 94-010 Spent Fuel and High Level Waste Scenario | 12/21/1994 | YDK007540 to YDK007557 |
| D0398 | Department of Energy draft of Standard Contract | 1/19/1983 | TVP0041065 to TVP0041102 |
| D0399 | Letter from the American Public Power Association, L. Hobart to DOE, Dr. Thomas Dillon re: APPA's comments on DOE's January 19, 1983 draft Standard Contract | 1/23/1983 | TVP0041022 to TVP0041036 |
| D0400 | Memorandum from Eileen Peerless to APPA Members with Interest in Nuclear Power re: Results of DOE Briefing on Nuclear Waste Bill and Disposal Contracts: | 1/24/1983 | TVP0041012 to TVP0041021 |
| D0404 | Yankee Atomic Electric Company Agreement for Supply of a Transportable Dry Spent Nuclear Fuel Storage System; YC-FS00, prepared by NAC International | | YDK029167 to YDK029267 |
| D0405 | Letter from Yankee Atomic Electric Company, T. Bennet to Boston Edison Company, Global Supply Group, Mr. J. Piascik re: Request for Proposal: Proposals for Trading Spent Fuel Allocations | 2/12/1998 | YDK040208 to YDK040218 |
| D0413 | Maine Yankee Atomic Power Company Specification for the Independent Spent Fuel Storage Installation and Transport Facility; MYPS-101 (Rev. 1): ISFSI Speification. | 9/23/1998 | SWT0190852 to SWT0191004 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0421 | Town of Wiscasset, Maine - 2001 Property Tax Bill | 10/31/2001 | GPE0020161 to GPE0020163 |
| D0426 | Maine Yankee Atomic Power Company Annual Reports for 1992-2000 | | GPE0020177 to GPE0020664 |
| D0433 | Yankee Atomic Electric Company 1999-2000 Insurance Invoice | 12/28/1999 | GPE0020805 to GPE0020807 |
| D0436 | Decommissioning Services Agreement between Yankee Atomic Electric Company and Duke Engineering and Services re: Yankee Atomic Contract | 12/1/1997 | CNU004737 to CNU004787 |
| D0437 | Yankee Atomic Electric Company Agreement for Supply of a Transportable Dry Fuel Storage System; YC-FS00, prepared by NAC International re: NAC contract (w/cover letters) | 9/30/1996 | YDK024249 to YDK024317 |
| D0438 | PricewaterhouseCoopers Workpapers re: re-racking costs (1992 through 1993) | | PWC005148 to PWC005149, PWC005237 to PWC005238, PWC005552, PWC005722, PWC005159, PWC005798, and PWC005143 |
| D0471 | Initial Decision of the Federal Energy Regulatory Commission re: Connecticut Yankee Atomic Power Company | 8/31/1998 | GPE0021098 to GPE0021215 |
| D0488 | Subcontract Agreement For Security Services, Subcontract N. PSC-007 | | AUD040554 to AUD040568 |
| D0490 | PDCR Summary Form - Connecticut Yankee Spent Fuel Pool Rerack Project (PDCR No. 1592, Rev. No. 0) | | EXD0140421 to EXD0140476 |
| D0500 | http://www.maineyankee.com/public/emerplan/html | | EXD0480001 to EXD0480001 |
| D0502 | Spreadsheet labeled "Subcontract Agreement for Security Services", Subcontract No. PSC-007; MY Audit Request #38 | | AUD040554 to AUD040566 |
| D0509 | CY 2003 Liability policy premium | | AUD090828 to AUD090830 |
| D0515 | Yankee Website Article, Large Components Removal/Shipping | | EXD0480002 to EXD0480006 |
| D0557 | MY 2003 Liability policy premium; MY Audit Request #102 | | AUD046499 to AUD046499 |
| D0574 | YR Audit Request #56 | | EXD0470513 to EXD0470513 |
| D0582 | NRC Generic Letter 85-11 | 6/28/1985 | EXD0190173 to EXD0190181 |
| D0583 | Recommendations for Management of Greater-Than-Class-C Low-Level Radioactive Waste: Report to Congress in Response to Public Law 99-240 (DOE/NE-0077) | 02/00/1987 | HQR0540039 to HQR0540101 |
| D0584 | Letter to Barrie McLeod (E.R. Johnson ) from C. Villard (Yankee Atomic) re: Comments on Standard Contract Issues | 12/1/1987 | YDK015462 to YDK015463 |
| D0585 | Draft 1988 Mission Plan Amendment | 06/00/1988 | HQR0030688 to HQR0030797 |
| D0588 | Memorandum (Yankee Atomic) to P.L. Anderson from J.M. Buchheit re: Delivery Commitment Schedule (DCS) [Maine Yankee] with attachments | 9/11/1992 | MOF027736 to MOF027739 |
| D0589 | CMEEC Data Request - CMEEC-I-10. Letter re: exchanging acceptance allocations and Memo re: spent fuel allocation exchanges | 10/5/1992 | YSB014080 to YSB014087 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0591 | Letter re: Proposal to Exchange DOE Allocation Rights For Spent Fuel Disposal | 5/11/1993 | ACK000023 to ACK000026 |
| D0592 | Memo re: Technical Assessment for Exchanging Maine Yankee's Spent Fuel Shipment Allocations with Yankee Rowe | 6/17/1993 | MOF027746 to MOF027750 |
| D0603 | Memorandum (Yankee Atomic - Bolton) to R.A. Mellor from L. Lessard re: Wet Spent Fuel Storage Evaluation | 1/29/1996 | YDK000649 to YDK000682 |
| D0605 | Letter from R. M. Grube, Director of Fuel Management Department at Yankee Atomic, to Lake Barrett, Deputy Director of OCRWM | 9/26/1996 | YDK022943 to YDK022943 |
| D0606 | Yankee Atomic Electric Company Agreement for Supply of a Transportable Dry Spent Nuclear Fuel Storage System Yc-fs00 | 10/2/1996 | NCT0080389 to NCT0080638 |
| D0608* | Rebuttal Testimony of Robert Isakson in FERC Docket No. ER97-913-000 | 08/00/1997 | TLG0018525 to TLG0018571 |
| D0618 | Agreement Between Maine Yankee Atomic Power Company and Stone & Webster Engineering Corporation for the Decommissioning of the Maine Yankee Plant | 9/24/1998 | SWT0730095 to SWT0730337 |
| D0627 | First Amendment to Agreement for Supply of a Transportable Dry Spent Nuclear Fuel Storage System | 8/4/1999 | NCT0010444 to NCT0010456 |
| D0629 | Formal Notice of Default By Stone & Webster | 11/18/1999 | SWT1040143 to SWT1040145 |
| D0640 | Letter to George Zinke (Maine Yankee) from David K. Zabransky (DOE) re: loading of GTCC radioactive waste and DOE interent in observing same | 9/29/2000 | HQR0540010 to HQR0540010 |
| D0643 | Contract for the Performance of Fuel Transfer Operations and Related Services | 11/27/2000 | NCT0160120 to NCT0160302 |
| D0644 | Letter to Richard Daly, Bechtel, from Kenneth Heider, Connecticut Yankee, re: Postponement of ISFSI Work | 12/14/2000 | BCT0133692 to BCT0133692 |
| D0647 | Internet-YAEC-Board of Directors Monthly Report 12/15/00 - 1/15/01 | 1/15/2001 | EXD0120378 to EXD0120379 |
| D0648 | CAP Minutes from Meeting on March 29, 2001, DOE/RW-0533 | 3/29/2001 | EXD0190186 to EXD0190193 |
| D0650 | Regulatory Guide 1.191 - Fire Protection Program for Nuclear Power Plants During Decommissioning and Permanent Shutdown | 05/00/2001 | EXD0190083 to EXD0190106 |
| D0652 | Letter to Gov. Angus King (Maine) from Sec. Spencer Abraham (DOE) responding to letter re: disposition of spent nuclear fuel, Greater-Than-Class C (GTCC) low-level radioactive waste. | 7/6/2001 | HQR1410018 to HQR1410019 |
| D0660 | Civilian Radioactive Waste Management System Waste Acceptance System Requirements Document, Rev. 4 | 2/1/2002 | HQR2390699 to HQR2390784 |
| D0672 | E-mail re: Licensing Issues Updates | 9/6/2002 | CYE000881 to CYE000884 |
| D0673 | ISFSI Claim Settlement (ACO 02-15) | 9/9/2002 | BCT0010380 to BCT0010381 |
| D0679 | Letter from Mr. Zabransky to Mr. Williamson, Maine Yankee re: Canister loading activity. | 11/12/2002 | HQR2810049 to HQR2810049 |
| D0688 | Future GTCC in the Non-Breach World Assumptions Listing for Connecticut Yankee | 3/4/2003 | EXD0132527 to EXD0132552 |
| D0689 | Future GTCC in the Non-Breach World Assumptions Listing for Yankee Atomic | 3/4/2003 | EXD0132553 to EXD0132577 |

List of Exhibits Defendant "Will Use" at Trial
Yankee Atomic v. U.S., 98-126C
Connecticut Yankee v. U.S., 98-154C
Maine Yankee v. U.S., 98-474C

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0710 | ISFSI Total Project; Hard Copy Primavera Schedule data date 7/17/03 | 7/23/2003 | AUD039176 to AUD039447 |
| D0721 | Letter from Daniel M. Gillen, Cheif Decommissioning Branch, Office of Nuclear Material Safety and Safeguards to Michael J. Meisner, Maine Yankee Atomic Power Company | 11/21/2003 | EXD0133231 to EXD0133232 |
| D0722 | Reactor Pressure Vessel Shipment, Fact Sheet | 12/00/2003 | EXD0480007 to EXD0480008 |
| D0726 | DOE FY 2005 Congressional Budget Request National Nuclear Security Administration, Office of the Administrator, Weapons Activity, Defense Nuclear Nonproliferation, Naval Reactors, DOE/ME-0032, Volume 1 | 02/00/2004 | HQR3040333 to HQR2040993 |
| D0727 | DOE FY 2005 Congressional Budget Request, Budget Highlights, DOE/ME-0039 | 02/00/2004 | HQR3040001 to HQR2040112 |
| D0728 | DOE FY 2005 Congressional Budget Request, Other Defense Activities, Energy Security and Assurance Security, Independent Oversight & Performance Assurance CRWM Environment, Safty & Health, Legacy Management, Nuclear Energy, DOE/ME-0033, Volume 2 | 02/00/2004 | HQR3040113 to HQR2040332 |
| D0729 | NRC News, No. 04-016 | 2/3/2004 | EXD0190138 to EXD0190139 |
| D0740 | Letter from Linwood Watson, Jr., Acting Secretary, FERC, to Kaye, Scholer, Fierman, Hays & Handler LLP, attn.: Randall Speck, attorney for Connecticut Yankee, stating FERC's approval of the attached Offer of Settlement for Docket No. ER97-913-000 | 7/26/2000 | |
| D0742 | Letter from G.D. Whittier, Maine Yankee, to the NRC re: Proposed Rules on Nuclear Power Plant Decommissioning and Low-Level Waste Disposal | 5/1/1987 | MOF028244 to MOF028245 |
| D0743 | Maine Yankee Memo from R.P. Jordan to G.D. Whittier re: Long Term Spent Fuel Storage Personnel Requirements | 3/30/1993 | MPA023490 to MPA023492 |
| D0745 | Spreadsheet entitled "Connecticut Yankee Budget Changes," CY Forecast Template, and CY Calculation of Split Benefits | 8/26/2003 | |
| D0746 | Spreadsheet entitled "Maine Yankee Changes" | 8/26/2003 | |
| D0747 | Spreadsheet entitled "Yankee Atomic Budget Changes" and Calculation of Split Benefits | 8/26/2003 | |
| D0748 | Letter from Michael Meisner, Maine Yankee, to H. Kenner Smith, Stone & Webster Engineering, re: termination notice | 5/4/2000 | MY002002 to MY002003 |
| D0750 | Letter from Kenneth J. Heider, Yankee Atomic, to Bud Auvil, NAC, re: Yankee Rowe - YNPS Fuel Transfer Operations Project YNPS Overnight Monthly Status Summary June 2001 | 7/9/2001 | NCT0450820 to NCT0450821 |
| D0752 | Letter from Kenneth J. Heider, Yankee Atomic, to Bud Auvil, NAC, re: Key Short-Term Performance Objectives | 9/10/2001 | NCT0450836 to NCT0450838 |
| D0753 | Letter from Thomas W. Bennet, Jr., Yankee Atomic, to Bud Auvil, NAC, re: NAC Replacement Plan for Two (2) Departed Key Personnel | 10/3/2001 | NCT0450852 to NCT0450853 |
| D0756 | Letter from Thomas W. Bennett, Jr., Yankee Atomic, to Bud Auvil, NAC, re: NAC Site Organization - Key Personnel | 1/29/2002 | NCT0450553 to NCT0450554 |
| D0759 | Letter from Michael Meisner, Yankee Atomic, to Ed Rosol, Stone & Webster, re: Maine Yankee Decommissioning Project - Quarterly Progress Report | 11/9/1999 | MY008468 to MY008478 |
| D0762 | Letter from Wayne Norton, Maine Yankee, to Jerome Kane, Stone & Webster Engineering, re: Notice of Delay of ISFSI; SWS-MY-000364 | 3/13/2000 | MY001143 |

| Exhibit No. | Description | Date | Location No. |
|---|---|---|---|
| D0764 | Letter from Michael Evringham, Maine Yankee, to Ev Washer, NAC, re: Subcontract ISFSI01 (Conformed) Commencement of GTCC Waste; Loading | 6/18/2001 | MY316560 |
| D0768 | Letter from Kenneth Heider, Connecticut Yankee, to Richard Daly, Bechtel, re: Postponement of ISFSI Work | 12/14/2000 | BCT0133692 |
| D0773 | Letter from Michael Evringham, Maine Yankee, to William Gerardi, Manafort Brothers, re: Contract No. 08196-ISFSI - ISFSI Phase 2 Construction | 9/28/2000 | MBT0172009 to MBT0172010 |
| D0774 | Letter from Michael Evringhan, Maine Yankee, to Justin A. Manafort, Manafort Brothers, re: Lack of Performance | 12/7/2000 | MBT0200002 |
| D0775 | Letter from Michael Evringham, Maine Yankee, to William Gerardi, Manafort Brothers, re: Contract No. 08196-ISFSI-04 - ISFSI Phase 2 Construction, Contract No. 08196-D-010 - Demolition, Stop Work Order | 2/16/2001 | MBT0170745 |
| D0776 | Letter from Michael Evringham, Maine Yankee, to William Gerardi, Manafort Brothers, re: ISFSI Phase II Contract No. 08196-ISFSI-04, Unsatisfactory Submittal Status - Direction to Accelerate the Work | 2/26/2001 | MBT0160380 to MBT0160381 |
| D0777 | Letter from Michael Evringham, Maine Yankee, to William Gerardi, Manafort Brothers, re: ISFSI Phase II Contract No. 081 96-ISFSI-04, EDG Factory Test Notification (MBI Submittal No. 16260 dated 03/01/01) | 3/5/2001 | MBT0170713 |
| D0778 | Letter from Michael Evringham, Maine Yankee, to Justin A. Manafort, Manafort Brothers, re: MBI IS 01-095, dated July 3, 2001, Breach Damages | 8/2/2001 | MBT0171528 to MBT0171529 |
| D0780 | Subcontract Agreement between Maine Yankee and Manafort Brothers | 7/19/2000 | MBT0220003 |
| D0781 | TLG Decommissioning Study for Maine Yankee | 12/00/1987 | MPA010717 to MPA010817 |
| D0783 | Maine Yankee Post Shutdown Decommissioning Activities Report | 8/27/1997 | MPA022465 to MPA022485 |
| D0785 | Independent Assessment of Wet vs. Dry Spent Fuel Storage (draft) | 10/00/1997 | MPA022506 to MPA022565 |
| D0786 | MY Decommissioning Update Presentation - Year 1: Transition and Preparation | 11/9/1998 | M0F022600 to M0F022616 |
| D0787 | Maine Yankee Termination Notice to Stone & Webster Engineering Co. | 5/4/2000 | SWT0591100 to SWT0591101 |
| D0788 | Maine Yankee Response to Audit Request # 107 | 7/28/2003 | AUD046632 to AUD046633 |
| D0789 | Maine Yankee Alternative On-Site GTCC Waste-Only Storage in the Non-Breach World | | AUD028644 |
| D0790 | Maine Yankee Response. to Audit Request# 200 (Backup to GTCC Waste-Only Estimate) | 1/14/2004 | |
| D0791 | Maine Yankee Response to Audit Request # 196 | 8/20/2003 | AUD053878 to AUD053881 |
| D0793 | Letter from Jay K. Thayer, Yankee Atomic, to Thomas Grumbly, DOE, re: GTCC waste | 3/7/1995 | HQR0051281 to HQR0051282 |