# In the United States Court of Federal Claims

No. 98-126C
(Filed August 9, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

By motion filed, July 8, 2004, plaintiff sought publication of the Order, filed June 28, 2004, denying Defendant's Motion *in Limine* to Exclude Evidence of Future Damages in the instant litigation. This order was not drafted with a view toward its publication, as it relies on counsel's prior knowledge as to the nature of this litigation. However, in general, this knowledge can be obtained from a reading of cases cited in the order such as: *Indiana Michigan Power Co. v. United States*, 60 Fed. Cl. 639 (2004); *Tennessee Valley Auth. v. United States*, 60 Fed. Cl. 665 (2004); *Commonwealth Edison v. United States*, 56 Fed. Cl. 652 (2003).

It is noted that Westlaw has, in fact, published the Order in question at 2004 WL 1535687. The Order is a public document and there are no restrictions on its citation.

Accordingly, in these circumstances, it is **ORDERED** that plaintiff's motion to publish shall be **DENIED**, without prejudice, as the issue has become essentially **MOOT**.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States,* No. 98-154 C and *Maine Yankee v. United States,* No. 98-474 C.