# Exhibit 1

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 1 |
| 2. AMENDMENT/MODIFICATION NO. M393 | 3. EFF. DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. 06-RL01830. / | 5. PROJECT NO. (If applicable) 06-RL01830. |

6. ISSUED BY CODE
U.S. Department of Energy
Richland Operations Office
P.O. Box 550
MSIN K8-50
Richland WA 99352

7. ADMINISTERED BY (If other than Item 6) CODE
Ronnie L. Dawson
Contract Specialist
TEL: 509-372-4023 FAX: 509-372-4037

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code)
Battelle Memorial Institute
Pacific Northwest Division
902 Battelle Blvd.
PO Box 999
Richland WA 99352

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (See Item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. / DE-AC06-76RL01830

10B. DATED (See Item 13) 12/30/64

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Mutual Agreement of the Parties. |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not ☒ is required to sign this document and return 2 copies to issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is being issued to update Section J, Appendix C, Subcontracting Plan for Socioeconomic Programs, in accordance with the attached Appendix C. Revision 1 shall be effective October 1, 2003, for the entire Contract period. However, annual goals shall be negotiated and established by written agreement between the Contracting Officer and Battelle and shall be incorporated into this Plan by letter and will not require a Contract modification.

This modification results in no other changes.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A NAME AND TITLE OF SIGNER (Type or print)
Karen L. Hoewing
General Counsel

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Ronnie L. Dawson
Contracting Officer

15B. CONTRACTOR/OFFEROR
Karen L. Hoewing
(Signature of person authorized to sign)

15C. DATE SIGNED 9/30/03

16B. UNITED STATES OF AMERICA
BY Ronnie L. Dawson
(Signature of Contracting Officer)

16C. DATE SIGNED 10/01/03

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

# Part I – The Schedule

## Section B

## Supplies or Services and Prices/Costs

## Table of Contents

**B – 1** **Designation of Work and Facilities** ........ **1**
**B – 2** **Obligated Funds** ........ **1**
**B – 3** **Estimated Budget Authority, Total Available Performance Fees, and Total Available Mission Stretch Goal(s) Incentive Fee** ........ **1**

**B – 1 Designation of Work and Facilities**

The Government expressly engages the Contractor to manage and perform work and services, and to manage, operate and maintain the facilities of Department of Energy (DOE) both as described in this Contract and as designated in writing from time to time by DOE, including the utilization of information, material, funds, and other property of DOE, the collection of revenues, and the acquisition, sale or other disposal of property for DOE subject to the limitations as hereinafter set forth. The Contractor undertakes and promises to exert its best efforts to manage and perform said work and services and to manage, operate, and maintain said facilities, upon the terms and conditions herein provided and in accordance with such directions and instructions not inconsistent with this Contract which DOE may deem necessary to give to the Contractor from time to time. In the absence of applicable directions and instructions from DOE, the Contractor will use its best judgment, skill and care in all matters pertaining to the performance of this Contract.

(End of Clause)

**B – 2 Obligated Funds**

The total amount of funds presently obligated by the Government with respect to this Contract is $7,407,107,995.69 (through modification A390). Such amount may be increased or decreased in accordance with the Contract clause 970.5232-4 "Obligation of Funds".

(End of Clause)

**B – 3 Estimated Budget Authority, Total Available Performance Fees, and Total Available Mission Stretch Goal(s) Incentive Fee**

(a) In accordance with the Contract clause entitled "Determining Total Available Performance Fee and Fee Earned", the annual total available performance fees for this Contract shall be $7,300,000 for FY03 and $7,800,000 for FY04 through FY07 respectively. The total annual estimated Budget Authority is $511,200,000.

(b) In accordance with the Contract clause entitled "Determining Total Available Mission Stretch Goal(s) Incentive Fee and Fee Earned", the total available Mission Stretch Goal(s) Incentive fee for the term of this Contract shall be $3,000,000.

(End of Clause)