IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 98-126 C
(Senior Judge Merow)

Filed electronically: August 15, 2004

RUSSELL A. MELLOR'S MOTION TO MODIFY SUBPOENA[1]

Pursuant to RCFC 45(c)(3)(A)(iv) and 45(c)(3)(B)(iii), Russell A. Mellor moves the Court to modify a subpoena by moving the appearance date from August 16 to August 31. A copy of the subpoena is attached.

Although Mr. Mellor is on the government's witness list, he was not included among the group of witnesses the government indicated would definitely be called. In fact, the government only indicated that it would definitely want testimony from Mr. Mellor after the Court session adjourned on August 11. A subpoena was served on his counsel on August 13 following the trial session that day. The subpoena calls for Mr. Mellor's attendance on August 16, although the accompanying cover letter indicates that an appearance on August 17 would also be satisfactory to the government.

[1] This Motion should also be deemed applicable to *Connecticut Yankee Atomic Power Co. v. United States*, Case No. 98-154C, and *Maine Yankee Atomic Power Co. v. United States*, No. 98-474C. The government's subpoena lists Case No. 98-486C, which is *Indiana Michigan Power Co. v. United States.* Although this listing appears to be a typographical error, the failure to list the docket number of the relevant action means that the subpoena does not meet the requirements of RCFC 45(a)(1)(B). Although Mr. Mellor is only listed as a witness in the *Yankee Atomic* and *Connecticut Yankee* cases, this motion should also be deemed applicable to *Maine Yankee* since the cases have been consolidated for trial.

Although plaintiffs' counsel telephoned Mr. Mellor on August 13 in an effort to secure his attendance at trial the week of August 16, it has become apparent that an appearance in Washington on any date earlier than August 31 would be unduly burdensome for Mr. Mellor. As the Court is aware, Mr. Mellor is currently President of the West Valley Nuclear Services Company ("WVNSC"), which manages, operates and decommissions the West Valley Nuclear Center in West Valley, New York. Tr. 2588 (July 26). A recent incident at the West Valley Nuclear Center requires Mr. Mellor's attendance at his workplace on the days currently sought for his attendance by the government. In that incident, a worker jackhammered through an electrical conduit with a live 480-volt cable inside. WVNSC filed an Occurrence Report with DOE regarding this incident. Mr. Mellor needs to be in West Valley next week to lead his staff through the ongoing evaluation of this incident.

In addition, as we have previously apprised the Court and the government, Mr. Mellor has had plans to travel to Kiev, Ukraine as part of an International Atomic Energy Agency mission to address the decommissioning of three units at the Chernobyl plant. Tr. 4970 (August 12).

Mr. Mellor, whose residence, place of employment and place where he regularly transacts business is more than 100 miles from the Court, is willing to travel to Washington immediately upon his return from that important trip so that he can appear for testimony on August 31. Under these circumstances, it would be unduly burdensome for Mr. Mellor to be required to appear in Washington prior to that time, and he should not be required to do so.

Modifying the subpoena to require attendance on August 31 should work no hardship on the government. First, although RCFC 45(c)(3(B)(iii) contemplates that a party seeking to require a person to travel more than 100 miles should show "a substantial need for the testimony

. . . that cannot be otherwise met without undue hardship," to date, the government has made no showing that it truly needs Mr. Mellor's testimony. Indeed, the government has not provided any explanation beyond the cryptic and vague description in its witness list as to what testimony it will seek from Mr. Mellor.[2] Second, the dates on which the government seeks Mr. Mellor's testimony, August 16 or 17, have otherwise previously been slated for testimony from Mr. Abbott. Third, trial is expected to run at least well into the week of August 23; thus, there should be little, if any, gap between the conclusion of other testimony and Mr. Mellor's appearance on August 31. In fact, the Court has reserved the courtroom currently being used for trial through August 31; thus, the parties would not even have to move materials or change courtrooms in order to accommodate Mr. Mellor.

For the foregoing reasons, Russell Mellor respectfully requests that the subpoena for his appearance be modified to provide for an appearance date of August 31.

Dated: August 15, 2004

Respectfully submitted,

s/ Jerry Stouck
JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH

---

[2] The witness list description states that he "will testify concerning the management of Yankee Atomic and Connecticut Yankee, their decisions concerning fuel storage, and other related matters."

1

**U.S. Department of Justice**

Civil Division

PDK:DMC:HDL:MESullivan
154-98-126

Telephone:
(202) 307-6288

*Washington, D.C. 20530*

August 13, 2004

BY HAND

Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005-3305

Re: Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.); Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Fed. Cl.); Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Fed. Cl.)

Dear Mr. Stouck:

Enclosed is a subpoena for Mr. Russ Mellor's appearance at trial on Monday, August 16, 2004. We can also schedule Mr. Mellor's testimony on Tuesday, August 17, 2004, if that day is more convenient for Mr. Mellor.

Sincerely,

MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch

Enclosure

# UNITED STATES COURT OF FEDERAL CLAIMS

**YANKEE ATOMIC ELECTRIC COMPANY et al.**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**SUBPOENA**

**No. 98-486C**
**(Judge Hodges)**

**TO:** **Mr. Russ Mellor**
**c/o Jerry Stouck, Esq.**
**Spriggs and Hollingsworth**
**1350 I Street, NW, 9th Floor**
**Washington, D.C. 20005**

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case

| PLACE OF TESTIMONY | | |
|---|---|---|
| PLACE OF TESTIMONY | United States Court of Federal Claims<br>717 Madison Street, NW<br>Washington, DC | COURTROOM: Courtroom 5<br>DATE AND TIME **Monday, August 16, 2004 @ 9:00am** |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME: |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the dated and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. U.S. Court of Federal Claims rule (RUSCFC) 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (Indicate if Attorney for Plaintiff or Defendant) | DATE |
|---|---|
| Attorney for Defendant [signature] | **August 13, 2004** |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:

**Marian E. Sullivan, Trial Atty., DOJ, Civil Division, 1100 L Street, NW, Wash. DC, 20005. Telephone #: 202-307-0365**

# In the United States Court of Federal Claims

No. 98-126 C
(Filed July 9, 2004)

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER[1]

Defendant's Motion for Authorization of Service of a Subpoena, and Motion for Expedited Consideration filed June 29, 2004, is **GRANTED** in part. Pursuant to RCFC 45, defendant may issue subpoenas requiring the attendance of the witnesses listed hereinafter to travel more than 100 miles to testify at the trial of this matter in Washington, DC, which will commence on July 12, 2004, and continue thereafter until completed. Counsel for defendant shall, however, give as much notice as possible to counsel for plaintiffs prior to service of these subpoenas for those persons also represented by plaintiffs' counsel. Moreover, as plaintiffs' counsel agreed to accept service of subpoenas for several of these individuals whose names are marked with asterisks, service on those individuals shall be fully accomplished by delivering the subpoenas to plaintiffs' counsel. If plaintiffs' counsel is authorized to accept service on any of the others, plaintiffs' counsel shall immediately notify defendant in writing and service on those additional individuals shall be fully accomplished by delivery of the subpoena(s) to plaintiffs' counsel. Likewise, if plaintiffs' counsel is not authorized to accept service on any of those asterisked, plaintiffs' counsel shall immediately notify defendant's counsel in writing.

---

[1] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 and *Maine Yankee v. United States*, No. 98-474.

Thomas H. Isaacs (Lawrence Livermore, California)
Michael Lawrence (West Richland, Washington)
Robert L. Morgan (Bend, Oregon)
Robert Rosselli (Richland, Washington)
Benard Rusche (West Columbia, South Carolina)
Thomas Bennet (Auburn, Massachusetts)****
John Buchheit (Marlboro, Massachusetts)****
Edward M. Davis (Alpharetta, Georgia)
Ruby Grube (Westwood, Massachusetts)****
Frank J. Helin (Keene, New Hampshire)
Andrew Kadak (Barrington, Rhode Island)****
Thomas LaGuardia (Bridgewater, Connecticut)
Russell Mellor (East Hampton, Connecticut)****
Dr. E.E. Pilat (Bolton, Massachusetts)*****
Paul Plante (Wiscasset, Maine)****
Frank Quinn (Bolton, Massachusetts)****
Weslie Boyea (Stoughton, Massachusetts)
Charles Lepisto, III (Baton Rouge, Louisiana)
Michael Meisner (Wiscasset, Maine)****
Michael E. Thomas (Wiscasset, Maine)****
E.C. Shyloski (Las Vegas, Nevada)
G. Douglas Whittier****

It is so **ORDERED**.

s/ James F. Merow
James F. Merow
Senior Judge