# EXHIBIT 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MAINE YANKEE ATOMIC POWER COMPANY :

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 98-474C
(Senior Judge Merow)

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's pretrial order issued November 4, 1998, as amended by subsequent orders, defendant submits the following list of witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to amend this list as described in the Court's rules. Defendant also reserves the right to call all witnesses listed on plaintiff's witness list.

**Fact Witnesses**

1. Lake Barrett
Acting Director
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-1
1000 Independence Ave., SW
Washington, DC 20585

Mr. Barrett will provide testimony concerning the Government's implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the Annual Capacity Report ("ACR") issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the Acceptance Priority Rankings

("APR"), delivery commitment schedules, schedule negotiations, exchanges, and other relevant matters.

2. Alan Brownstein
Senior Policy Advisor
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-2
1000 Independence Ave., SW
Washington, DC 20585

Mr. Brownstein will provide testimony concerning the Government's implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, the exchange approval process, and other relevant matters.

3. Robert Rosselli
Deputy Manager for Business Services
Richland Operations Office
United States Department of Energy
PO Box 550
Mail Stop A7-50
Richland, WA 99352

Mr. Rosselli will provide testimony concerning the early implementation of the Nuclear Waste Policy Act ("NWPA") and the formation of the Standard Contract, including the intention of the parties concerning the rate of acceptance, priority for shutdown reactors, the delivery commitment schedule process, and other relevant matters.

4. Nancy Slater-Thompson
Acting Director
Regulatory Coordination Division
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-52
1000 Independence Ave., SW
Washington, DC 20585

Ms. Slater-Thompson will testify about the Government's implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and the exchange approval process. Ms. Slater-Thompson may also testify about her knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE during the 1985-1987 timeframe, while she was employed by the Edison Electric Institute, an industry trade association.

5. David Zabransky
Acting Director
Waste Acceptance and Transportation Division
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-44
1000 Independence Ave., SW
Washington, DC 20585

Mr. Zabransky will testify about the Government's implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, exchanges, and other relevant matters. Mr. Zabransky may also testify about his knowledge of

issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE.

6. Tom Pollog
Nuclear Engineer
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-44
1000 Independence Ave., SW
Washington, DC 20585

Mr. Pollog will testify about the implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, exchanges, and other relevant matters.

7. James Fiore
Deputy Assistant Secretary for the Office of Site Closure
Office of Environmental Management
United States Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

Mr. Fiore will testify about formation of the technical aspects of the Standard Contract, including failed fuel, cooling time, and other relevant matters.

8. Victor Trebules
Director
Office Project Control
Yucca Mountain Site Characterization Office
United States Department of Energy
1551 Hillshire
Suite A
Las Vegas, Nevada 89134

Mr. Trebules will testify about the implementation of the NWPA and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, the issuance and content of the ACRs, and the technical, legal, and political obstacles to the implementation of the NWPA, as well as other relevant matters.

9. Ronald Milner
Chief Operating Officer
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-2
1000 Independence Ave., SW
Washington, DC 20585

Mr. Milner will testify about the implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, exchanges, and other relevant matters.

10. Beth Tomasoni
Contracting Officer
Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

Ms. Tomasoni will testify regarding the contract interpretation issues that arose during her tenure as contracting officer, as well as other relevant matters.

11. Robert L. Morgan
3001 NW Colonial Drive
Bend, OR 97701-5447

Mr. Morgan, former Director of the Nuclear Waste Policy Act Project Office, will provide testimony concerning the early implementation of the NWPA and the formation of the

Standard Contract, including the intention of the parties concerning the rate of acceptance, priority for shutdown reactors, the delivery commitment schedule process, and other relevant matters.

12. Michael Lawrence
515 W Kennewick Ave
Kennewick, WA 99336

Mr. Lawrence, former Director of the Nuclear Waste Policy Act Project Office, will testify about the early implementation of the NWPA and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, the issuance and content of the ACRs, the technical, legal, and political obstacles to the implementation of the NWPA, and the formation of the Standard Contract, including the intention of the parties concerning the rate of acceptance, priority for shutdown reactors, the delivery commitment schedule process as well as other relevant matters.

13. Benard Rusche
10 Chicorana Rd
West Columbia, SC 29169-7402

Mr. Rusche, former Director of the Office of Civilian Radioactive Waste Management, will provide testimony about the implementation of the NWPA and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, the issuance and content of the ACRs, and the technical, legal, and political obstacles to the implementation of the NWPA, as well as other relevant matters.

14. James Carlson
4008 Glenrose St.
Kensington, MD 20895

Mr. Carlson, former Director of the DOE Waste Acceptance and Transportation Division, will testify about the implementation of the Standard Contract, including Spent Nuclear Fuel transportation cask issues and acceptance, as well as other relevant matters.

15. Edward Benz
JAI Corp.
955 L'Enfant Plaza
Suite 8000
Washington D.C.

Mr. Benz, based upon his position as a contractor for DOE, will testify about the technical aspects of the Standard Contract, including the ACR issue resolution process conducted with industry representatives and the technical and legal basis for acceptance rates contained in the ACRs/APRs.

16. Billy Cole
Vice President
Senior Consultant
JAI Corp.
2750 Prosperity Avenue
Suite 2220B
Fairfax, VA 22031

Mr. Cole, based upon his position as a contractor for DOE, will testify about the Government's implementation of the Standard Contract, including the ACR issue resolution process conducted with industry representatives and the technical and legal basis for acceptance rates contained in the ACRs/APRs, the exchange approval process, and other relevant matters.

17. Thomas H. Isaacs
Lawrence Livermore National Labs
7000 East Avenue
Lawrence Livermore, CA

Mr. Isaacs will provide testimony regarding the implementation of the NWPA and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, and the issuance and content of the ACRs, and the technical, legal, and political obstacles to the implementation of the NWPA, and other relevant matters.

18. Pat McDuffie
1840 Monserrat Way
Vista, CA 92083

Mr. McDuffie, based upon his experience as a contractor for DOE, will provide testimony concerning the implementation of the Standard Contract, including the ACR issue resolution process conducted with industry representatives and the technical and legal basis for acceptance rates contained in the ACRs/APRs, and other relevant matters.

19. Daryl Neuman
1100 McMurray
Richland, WA 33512

Mr. Neuman will testify about the implementation of the Standard Contract, including the ACR issue resolution process conducted with industry representatives and the technical and legal basis for acceptance rates contained in the ACRs/APRs, and other relevant matters.

20. Stephen C. O'Connor
Project Manager
Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Rockville, Maryland 20852-2738

Mr. O'Connor will provide testimony concerning the licensing process and requirements for fuel storage and transportation.

21. Christopher S. Bajwa
Thermal Engineer
Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Rockville, Maryland 20852-2738

Mr. Bajwa will testify concerning the licensing process and requirements for fuel storage and transportation.

22. Andrew Kadak
253 Rumstick Point Road
Barrington, Rhode Island 02806

Dr. Kadak will provide testimony about the Yankees' approach to priority for shutdown reactors, delivery commitment schedules, schedule negotiations, exchanges, and Greater Than Class C low-level radioactive waste. Additionally, Mr. Kadak will testify concerning Yankee Atomic's decisions concerning fuel storage and other relevant matters.

23. Michael Meisner
Chief Nuclear Officer
Maine Yankee Power Company
321 Old Ferry Road
Wiscasset, Maine 04578

Mr. Meisner will testify concerning the management of Maine Yankee, Maine Yankee's decisions concerning fuel storage, and other related matters.

24. Dr. E.E. Pilat
Fuel Management Department
Duke Engineering & Services
580 Main Street
Bolton, Massachusetts 01740

Dr. Pilat, based upon his position at Duke Engineering and former position with a division of Yankee Atomic Electric Company, will testify about the Yankees' attempts to exchange entitlements with other contract holders and to value exchanges.

25. John Buchheit
Duke Engineering
Senior Engineer, Nuclear Fuels
Duke Engineering and Services
400 Donald Lynch Boulevard
Marlboro, MA 01752

Mr. Buchheit, based upon his position at Duke Engineering and former position with a division of Yankee Atomic Electric Company, will provide testimony concerning the administration and performance of the Yankees' Standard Contracts, the delivery commitment schedule process, the Yankees' fuel and fuel management, the Yankees' decisions concerning fuel storage, the Yankees' decommissioning costs studies, and other related matters.

26. Rudy Grube
48 Reservoir Road
Westwood, MA 02090

Mr. Grube, based upon his former position with a division of Yankee Atomic Electric Company, will testify as to the inventory of Maine Yankee, Connecticut Yankee, and Yankee Atomic's spent fuel pools, as well as the characterization of the Yankees' spent fuel.

27. Frank Quinn
Fuel Procurement Manager
Duke Engineering & Services
580 Main Street
Bolton, Massachusetts 01740

Mr. Quinn, based upon his position at Duke Engineering and former position with a division of Yankee Atomic Electric Company, will testify about the Yankees' attempts to exchange entitlements with other contract holders and the Yankees' attempt to value exchanges.

28. Paul Plante
Principal Engineer
Maine Yankee Atomic Power Company
321 Old Ferry Road
Wiscasset, Maine 04578

Mr. Plante will testify as to the inventory of Maine Yankee, Connecticut Yankee and Yankee Atomic's spent fuel pools, as well as the characterization of the Yankees' spent fuel.

29. Robert P. Jordan
Director of Synergy Development
Constellation Nuclear
239 West Lexington Street
14th Floor
Baltimore, MD

Mr. Jordan will provide testimony concerning Maine Yankee Atomic Power Company's decision to rerack, for which he was responsible as the project manager, and the preparation of delivery commitment schedules by Maine Yankee. Mr. Jordan is also expected to testify regarding his analysis of the long term spent nuclear fuel storage options available to Maine Yankee.

30. Thomas LaGuardia
President
TLG Services, Inc.
148 New Milford Road East, Route 67
Bridgewater, CT 06752

Mr. LaGuardia will provide testimony regarding the decommissioning costs studies performed by TLG Services for Connecticut Yankee, Yankee Atomic, and Maine Yankee.

**Expert Witnesses**

31. R. Larry Johnson
Veris Consulting, LLC
11710 Plaza America Drive
Suite 300
Reston, VA 20190

Mr. Johnson will testify as an expert concerning the calculation of plaintiff's damages. Mr. Johnson's opinions and the bases for those opinions are set out in his expert witness report. The information specified in Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(B) is attached to Mr. Johnson's expert witness report.

32. Edward C. Abbott
President
ABZ Incorporated
4451 Brookfield Corp. Drive
Suite 101
Chantilly, VA 20151

Mr. Abbott will provide expert testimony concerning the technical aspects of handling, storing, and transporting spent nuclear fuel and other radioactive waste. Mr. Abbott's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Abbott's expert witness report.

33. Daniel R. Fischel
President
Lexecon, Inc.
332 S. Michigan Avenue
Chicago, IL 60604-4306.

Mr. Fischel will provide expert testimony regarding his expert analysis of plaintiffs' damage claim from an economic perspective. Mr. Fischel's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Fischel's expert witness report.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

OF COUNSEL:

BRYANT S. BANES
KEVIN B. CRAWFORD
HEIDE L. HERRMANN
R. ALAN MILLER
WILLIAM L. OLSEN
ERIN E. POWELL
MARIAN E. SULLIVAN
Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

JANE K. TAYLOR
L. DOW DAVIS, IV
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 1, 2002

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of March, 2002, I caused to be served by hand a copy of "DEFENDANT'S WITNESS LIST" addressed as follows:

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005-3305

______________________________