# EXHIBIT 6

CERTIFIED COPY



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC | : | |
| COMPANY, | : | |
| Plaintiff, | : | Case No. 98-126C |
| v. | : | Senior Judge |
| | : | Merow |
| THE UNITED STATES, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - x

Washington, D.C.

Thursday, April 22, 1999

Continued deposition of NANCY H. SLATER, a witness herein, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to agreement, the witness being previously duly sworn, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Washington, D.C., at 2:10 p.m., Thursday, April 22, 1999, and the proceedings being taken down by Stenotype by JAN A. WILLIAMS, RPR, and transcribed under her direction.

that's Yankee Atomic Electric Company, requested to deliver more spent fuel in the first few years of the program starting after January 31, 1998, than was provided for in their allocation in the annual priority report?

A. Yes, I do.

Q. And do you recall there was a number of pieces of correspondence back and forth between DOE and Yankee Atomic on that issue?

A. Yes.

Q. What was your role in that process?

A. I was responsible at the time for performing an initial review, higher level review of the DCS's when they came in. I would have been responsible for communicating to the utility, drafting the letter that would go back to the utility that would explain why their DCS was being rejected. A specific basis for that rejection would have been provided.

Those letters would have been reviewed by the contracting officer. And I don't recall who signed the letters.

Q. Who else would have been involved in that process?

A. Our M&O would have been involved in

*CERTIFICATE OF REPORTER*

*UNITED STATES OF AMERICA ) ss.:*

*DISTRICT OF COLUMBIA )*

I, **JAN A. WILLIAMS,** the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

*Notary Public in and for*

*the District of Columbia*

*My commission expires: 03/14/2002*