# EXHIBIT 7

EXHIBIT
KLEIN #1
DV 4-24-02

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY
(98-126C) (Merow, S.J.)
CONNECTICUT YANKEE ATOMIC POWER COMPANY
(98-154C) (Merow, S.J.)
MAINE YANKEE ATOMIC POWER COMPANY
(98-474C) (Merow, S.J.)
FLORIDA POWER & LIGHT COMPANY
(98-483C) (Wilson, J.)
NORTHERN STATES POWER COMPANY
(98-484C) (Wiese, J.)
DUKE POWER, A Division of DUKE ENERGY CORP.
(98-485C) (Sypolt, J.)
INDIANA MICHIGAN POWER COMPANY
(98-486C) (Hodges, J.)
SACRAMENTO MUNICIPAL UTILITY DISTRICT
(98-488C) (Yock, S.J.)
SOUTHERN NUCLEAR OPERATING COMPANY, et al.
(98-614C) (Merow, S.J.)
COMMONWEALTH EDISON COMPANY
(98-621C) (Hewitt, J.)
BOSTON EDISON COMPANY
(99-447C) (Allegra, J.)
GPU NUCLEAR, INCORPORATED
(00-440C) (Bush, J.)
WISCONSIN ELECTRIC POWER COMPANY
(00-697C) (Merow, S.J.)
POWER AUTHORITY OF THE STATE OF NEW YORK
(00-703C) (Damich, J.)
OMAHA PUBLIC POWER DISTRICT
(01-115C) (Bush, J.)
NEBRASKA PUBLIC POWER DISTRICT
(01-116C) (Sypolt, J.)
TENNESSEE VALLEY AUTHORITY
(01-249C) (Bruggink, J.)

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

Discovery Judge:
(Judge Sypolt)

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims and the Order of the Discovery Judge dated March 25, 2002, counsel for the above-referenced Utility Plaintiffs will take the deposition of Defendant's designated representative at 9:30 a.m. on Wednesday, April 24, 2002, at the law offices of Jenner & Block, 601 Thirteenth St., NW, Suite 1200 South, Washington, DC 20005. The deposition will be recorded by stenographic means and will continue day to day until completed.

Defendant's designated representative will be examined with respect to the matters set forth in the attached exhibit.

Dated: April 18, 2002

Respectfully submitted,

Alex D. Tomaszczuk by Daniel Herzfeld

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: 703.770.7940
Fax: 703.770.7901

Counsel of Record for Plaintiffs
Florida Power & Light Company, Northern States Power Company, Duke Power, Indiana Michigan Power Company, Boston Edison Company, GPU Nuclear, Inc., Power Authority of the State of New York, Omaha Public Power District, and Nebraska Public Power District

**OF COUNSEL:**

Jay E. Silberg
Devon E. Hewitt
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1128

M. Stanford Blanton by David Hayfeld

M. Stanford Blanton
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Tel: (205) 251-8100
Counsel of Record for Plaintiff:
Southern Nuclear Operating Company, et al.

Richard C. Johnson by David Hayfeld

Richard C. Johnson
Jenner & Block
601 13th Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Tel: (202) 639-6075
Counsel of Record for Plaintiff:
Commonwealth Edison Company

Richard Oehler by David Hayfeld

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Tel: (206) 583-8419
Counsel of Record for Plaintiff:
Wisconsin Electric Power Company

Melvin Garbow by David Hayfeld

Melvin C. Garbow
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5666
Counsel of Record for Plaintiff:
Sacramento Municipal Utility District

Peter K. Shea
Office of General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401
Tel: (865) 632-7319
Counsel of Record for Plaintiff:
Tennessee Valley Authority

# EXHIBIT

3. DOE's responses to DCS forms submitted by the utility plaintiffs, including DOE's decision to stop approving such DCS forms.

5. DOE's consideration of its obligation to accept Greater-Than-Class-C waste.

7. The date that DOE currently believes that it will begin accepting fuel under the Standard Contract and the acceptance rate that DOE is planning to use once acceptance begins.

9. The role and purpose of the provision on priority for shutdown reactors in the performance of the Standard Contract.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2002, I caused a copy of the foregoing NOTICE OF DEPOSITION to be served by facsimile and by U.S. mail, postage prepaid, on:

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Document #: 1180086 v.2