# EXHIBIT 12

# EXHIBIT 12

**Objections to Counter Designations**

**LAKE BARRETT**

| Counter Designation | Objection |
|---|---|
| **April 22, 2002**<br>121:8-21 | Incomplete, no objection if tr.120:22-121:7 is included |
| 137:17-18 | Beyond the scope of the original designations/inadmissible hearsay |
| **May 8, 2002**<br>1044:1-1064:22 | Beyond the scope of the original designations/inadmissible hearsay; excessive (20) pages |
| **May 10, 2002**<br>1152:20 – 1154:22 | Beyond the scope of the original designations/inadmissible hearsay |
| **May 14, 2002**<br>66:21 – 67:14 | Incomplete, no objection if tr. 66:18-20 is included |
| 69:8 – 70:8 | No objection |
| 72:19 – 73:9 | No objection |
| 87:7-22 | No objection |
| 126:1 – 132:13 | Incomplete, no objection if tr.125:23-25 is included |
| 134:19 – 135:22 | No objection |
| 143:12 – 144:13 | No objection |
| **May 15, 2002**<br>363:25 – 364:19 | No objection |

**RONALD MILNER**

| Counter Designation | Objection |
|---|---|
| **May 1, 2002**<br>68:25 – 69:12 | No objection |
| 107:22-108:25 | No objection |
| 132:2-133:4 | No objection |
| 139:11-139:25 | No objection |
| 140:15-140:24 | No objection |
| **May 2, 2002**<br>301:10-310:18 | Beyond the scope of the original designations/inadmissible hearsay; designation should include tr. 310:19-311:22 for completeness. |
| 304:5-304:15 | Beyond the scope of the original designations/inadmissible hearsay |
| 305:2-305:22 | No objection |
| 317:24-318:21 | No objection |
| 325:24-326:7 | No objection |
| 330:23-332:24 | No objection |
| 391:13-392:17 | No objection |
| 393:5-394:19 | No objection |
| 396:2-397:2 | No objection |
| **May 3, 2002**<br>417:11-418:16 | No objection |
| 419:1-419:14 | No objection |
| 435:16-436:5 | No objection |
| 440:13-441:2 | No objection |
| 441:21-443:8 | No objection |
| 443:16-444:8 | Beyond the scope of the original designations/inadmissible hearsay |
| 448:2-448:8 | Beyond the scope of the original designations/inadmissible hearsay |
| 450:12-451:18 | No objection |
| 454:11-455:22 | No objection |
| 465:14-465:25 | Incomplete; no objection if tr. 466:1-5 is included |
| 475:8-476:15 | No objection |
| 486:12-486:20 | No objection |
| 487:12-448:5 | No objection |
| 488:14-489:10 | No objection |
| 493:4-496:8 | Incomplete; no objection if tr. 496:9-25 is included |
| 506:7-507:7 | No objection |
| 512:5-512:15 | No objection |
| 513:2-513:21 | No objection |
| 514:4-514:13 | No objection |

**RONALD MILNER CONT'D**

| | |
|---|---|
| 514:22-515:18 | Beyond the scope of the original designations/inadmissible hearsay |
| **May 7, 2002**<br>592:14-592:19 | No objection |
| **May 7, 2002**<br>6:9-10:18 | No objection |
| 32:21-33:24 | No objection |
| 38:10-40:3 | No objection |
| 40:12-40:19 | Incomplete; no objection if tr. 40:5-11 is included |
| 41:8-42:1 | Incomplete; no objection if tr. 42:2-5 is included |
| 42:6-43:8 | Incomplete; no objection if tr. 43:9-44:24 is included |
| **May 8, 2002**<br>52:8-53:19 | Incomplete; no objection if tr. 53:20-56:21 is included |
| 56:23-59:19 | Incomplete; no objection if tr. 53:20-56:21 is included |
| 61:18-62:15 | Incomplete; no objection if tr. 59:21-61:17 is included |
| 73:10-73:24 | No objection |
| 77:3-77:20 | Beyond the scope of the original designations/inadmissible hearsay |
| 90:7-90:24 | No objection |
| 98:8-98:19 | No objection |
| 99:8-100:3 | Beyond the scope of the original designations/inadmissible hearsay |
| 100:18-102:1 | No objection |
| 103:1-105:24 | Incomplete; no objection if tr. 106:1-6 is included |
| 106:7-106:20 | Beyond the scope of the original designations/inadmissible hearsay |
| 136:17-137:8 | Beyond the scope of the original designations/inadmissible hearsay |
| 138:6-138:25 | Beyond the scope of the original designations/inadmissible hearsay; also incomplete; would require tr. 139:1-14 |
| 174:5-175:11 | No objection |
| 184:17-186:11 | No objection |
| 193:13-194:20 | No objection |
| 196:8-196:24 | No objection |
| 197:23-198:4 | No objection |
| 202:15-203:4 | Incomplete; no objection if tr. 203:5-25 is included |

**RONALD MILNER CONT'D**

| | |
|---|---|
| 204:1-207:12 | Beyond the scope of the original designations/inadmissible hearsay; also incomplete; would require tr. 207:13-208:5 |
| 208:7-209:5 | Beyond the scope of the original designations/inadmissible hearsay; also incomplete; would require tr. 209:6-25 |
| 210:2-211:7 | Beyond the scope of the original designations/inadmissible hearsay |
| 211:24-216:2 | No objection |
| 220:14-220:24 | Incomplete; no objection if tr. 221:1-16 is included |
| 233:7-234:9 | No objection |
| 256:11-257:10 | No objection |
| 271:23-272:3 | No objection |
| 272:14-273:4 | No objection |
| 279:10-280:3 | No objection |
| 280:12-281:2 | Incomplete; no objection if tr. 281:3-6 is included |

**SUSAN KLEIN**

| Counter Designation | Objection |
|---|---|
| **April 24, 2002**<br>57:10-15 | Beyond the scope of the original designations/inadmissible hearsay |
| **April 25, 2002**<br>354:17-355:13 | Beyond the scope of the original designations/inadmissible hearsay |
| 435:16-438:22 | No objection |
| 451:18-452:18 | No objection |
| 468:11-469:3 | No objection |
| 440:20-448:1 | No objection |
| 490:13-492:9 | Incomplete; no objection if tr. 492:10-12 is included |

**ALAN BROWNSTEIN**

| Counter Designation | Objection |
|---|---|
| **April 9, 2002**<br>54:1 – 55:20 | No objection |
| 59:1-61:6 | No objection |
| 62:24-64:21 | No objection |
| 75:19-77:19 | No objection |
| 79:4-20 | Beyond the scope of the original designations/inadmissible hearsay |
| 88:5-89:8 | No objection |
| 115:14-117:18 | Incomplete, no objection if tr. 117:19-118:10 is included |
| 132:18-133:2 | No objection |
| 194:4-197:17 | Beyond the scope of the original designations/inadmissible hearsay; also incomplete; would require tr. 193:22-194:4 |
| **April 10, 2002**<br>294:7-295:19 | No objection |
| 319:19-320:11 | Beyond the scope of the original designations/inadmissible hearsay |
| 391:18-393:2 | No objection |
| 395:16-398:24 | No objection |
| 412:5-21 | No objection |
| 443:10-444:8 | Incomplete, no objection if tr. 443:3-9 & tr. 444:9-14 is included |
| **April 11, 2002**<br>547:5-24 | Beyond the scope of the original designations/inadmissible hearsay |
| 549:7-552:14 | No objection |
| 554:25-556:25 | No objection |
| 562:4-564:17 | Beyond the scope of the original designations/inadmissible hearsay |
| 564:18-576:2 | Beyond the scope of the original designations/inadmissible hearsay; excessive designation; designated testimony concerns hearsay within hearsay |
| 582:13-583:14 | Beyond the scope of the original designations/inadmissible hearsay; incomplete, would require tr. 583:16-585:15 |
| 585:16-588:10 | Beyond the scope of the original designations/inadmissible hearsay; also incomplete; would require tr. 583:16-585:15 |
| 595:19-597:1 | Beyond the scope of the original designations/inadmissible hearsay |
| 599:1-601:25 | Beyond the scope of the original designations/inadmissible hearsay |

**ALAN BROWNSTEIN CONT'D**

| | |
|---|---|
| 623:10-626:4 | Beyond the scope of the original designations/inadmissible hearsay |
| 637:4-640:14 | Beyond the scope of the original designations/inadmissible hearsay |
| 696:24-698:1 | No objection |
| 724:25-725:24 | No objection |
| **May 23, 2002**<br>20:3-19 | No objection |
| 23:14-24:10 | No objection |
| 25:4-28:12 | No objection |
| 33:17-37:19 | No objection |
| 110:14-113:8 | No objection |
| 140:3-9 | Beyond the scope of the original designations/inadmissible hearsay |
| 140:15-25 | Beyond the scope of the original designations/inadmissible hearsay |
| 195:21-196:15 | No objection |
| 226:1-229:11 | No objection |
| **June 14, 2002**<br>253:19-255:10 | Beyond the scope of the original designations/inadmissible hearsay |
| 287:21-288:1 | No objection |
| 295:6-298:5 | No objection |
| 308:6-25 | No objection |
| 317:11-320:24 | No objection |
| 395:14-397:24 | No objection |
| 422:24-424:3 | No objection |
| 437:10-438:7 | No objection |

**ROBERT CAMPBELL**

| Counter Designation | Objection |
| --- | --- |
| **June 13, 2002**<br>19:17 – 21:1 | No objection |
| 59:18-60:3 | No objection |
| 76:11-77:21 | No objection |
| 80:8-81:1 | No objection |
| 87:5-88:22 | No objection |
| 95:25-96:11 | No objection |
| 113:17-114:15 | No objection |
| **June 14, 2002**<br>392:12-393:9 | No objection |
| 396:19-397:9 | No objection |
| 412:23-413:16 | No objection |
| **January 29, 2003**<br>565:14-25 | No objection |
| 632:8-16 | No objection |
| **May 6, 2004**<br>81:18-83:21 | Beyond the scope of the original designations/inadmissible hearsay |
| 115:3-118:12 | Incomplete, no objection if tr.118:13-21 is included |

**NANCY SLATER-THOMPSON**

| Counter Designation | Objection |
|---|---|
| **April 21, 1999** | |
| 54:19 – 58:7 | Beyond the scope of the original designations/inadmissible hearsay |
| 68:10-19 | No objection |
| 68:24-70:17 | Beyond the scope of the original designations/inadmissible hearsay |
| 73:19-74:13 | Beyond the scope of the original designations/inadmissible hearsay |
| 82:10-15 | Beyond the scope of the original designations/inadmissible hearsay |
| 82:18-83:10 | Beyond the scope of the original designations/inadmissible hearsay |
| 130:5-130:19 | Beyond the scope of the original designations/inadmissible hearsay |
| 132:18-133:24 | Beyond the scope of the original designations/inadmissible hearsay |
| 133:25-135:12 | Beyond the scope of the original designations/inadmissible hearsay |
| 164:23-165:13 | No objection |
| 176:11-25 | No objection |
| 195:16-199:9 | No objection |
| **April 22, 1999** | |
| 212:1-214:10 | No objection |
| 214:11-215:1 | No objection |
| 220:7-221:3 | No objection |
| 225:25-226:24 | Incomplete; no objection if tr. 226:25-227:2 is included |
| 230:17-231:4 | No objection |
| 237:15-239:3 | Beyond the scope of the original designations/inadmissible hearsay |
| 245:17-246:4 | No objection |
| 251:23-253:10 | No objection |
| 253:22-254:11 | No objection |
| 257:23-259:24 | No objection |
| 265:4-268:21 | Beyond the scope of the original designations/inadmissible hearsay; designated testimony concerns hearsay within hearsay |
| **June 13, 2002** | |
| 43:21-44:12 | No objection |
| 61:18-62:20 | Beyond the scope of the original designations/inadmissible hearsay |
| 87:24-89:4 | Beyond the scope of the original designations/inadmissible hearsay |

**NANCY SLATER-THOMPSON CONT'D**

| | |
|---|---|
| 92:19-93:20 | No objection |
| 114:13-117:18 | Beyond the scope of the original designations/inadmissible hearsay |
| 119:4-119:17 | No objection |
| 125:18-126:15 | Beyond the scope of the original designations/inadmissible hearsay |
| 131:12-21 | Beyond the scope of the original designations/inadmissible hearsay |
| 138:4-139:2 | No objection |
| 145:11-22 | Beyond the scope of the original designations/inadmissible hearsay |
| 149:9-153:21 | No objection to tr. 149:9 – 153:14<br>Tr. 153:15-21 is beyond the scope of the original designations/inadmissible hearsay |
| 158:18-160:3 | Beyond the scope of the original designations/inadmissible hearsay; contains hearsay within hearsay |
| 160:18-162:11 | No objection |

**VICTOR TREBULES**

| Counter Designation | Objection |
|---|---|
| **April 17, 2002**<br>42:10 – 45:17 | Beyond the scope of the original designations/inadmissible hearsay |
| 52:11 – 54:4 | Beyond the scope of the original designations/inadmissible hearsay |
| 93:18 – 96:18 | Beyond the scope of the original designations/inadmissible hearsay |
| 97:1 – 103:22 | Beyond the scope of the original designations/inadmissible hearsay |
| 113:18 – 116:14 | Beyond the scope of the original designations/inadmissible hearsay |
| 122:10:124:18 | Beyond the scope of the original designations/inadmissible hearsay |
| 146:12 – 148:1 | Beyond the scope of the original designations/inadmissible hearsay |
| **April 18, 2002**<br>268:4 – 270:8 | Beyond the scope of the original designations/inadmissible hearsay |
| 273:12 – 274:14 | Beyond the scope of the original designations/inadmissible hearsay |
| 302:10 – 306:16 | No objection |
| 381:5 – 382:14 | Beyond the scope of the original designations/inadmissible hearsay |
| 39:5-22 (afternoon session) | No objection |
| **April 19, 2002**<br>5:21 – 8:19 | No objection |