# Exhibit 1

**Yankee Atomic Electric Co. v. U.S.;**
**Maine Yankee Atomic Power Co. v. U.S.;**
**Connecticut Yankee Atomic Power Co. v. U.S.**

# Documents Prepared by DOE Contractors

| Exhibit No. | Description | Date | Location No. | July 7, 2004 Objections | 2002 Objections | Contractor - Declarant | Authorized by DOE |
|---|---|---|---|---|---|---|---|
| P0148 | Draft - Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors -- A Preliminary Analysis (Prepared by T.W. Wood, D.G. Dippold, S.M. Short, (PNL)) | 05/00/1989 | CTR0002662 to CTR0002715; CTR-001-2664 to CTR-001-2717 | Relevance; Foundation; Hearsay; Authentication | OK | Battelle Memorial Institute (PNL M & O Contract) | Cover: "Prepared for the United States Department of Energy"; Thomas Wood's May 8, 2002 deposition transcript at pp. 54-55 |
| P0152 | Spent Fuel Acceptance Scenarios Devoted to Shutdown Reactors -- A Preliminary Analysis (PNL) | 10/00/1989 | HQ0013950 to HQ0013995 | Relevance; Hearsay; Foundation | OK | Battelle Memorial Institute (PNL M & O Contract) | Cover: "Prepared for the United States Department of Energy"; Thomas Wood's May 8, 2002 deposition transcript at pp. 54-55 |
| P0162 | Draft - Cost Estimates of Operating on-Site Spent Fuel Pools After Final Reactor Shutdown (author: S.R. Rod, PNL) | 11/00/1990 | HQ0013579 to HQ0013612; HQR-007-0446 to HQR-007-0479 | Foundation; Hearsay; Authentication; Relevance | OK | Battelle Memorial Institute (PNL M & O Contract) | Cover: "Prepared for the United States Department of Energy"; Ronald Milner's May 3, 2002 deposition transcript at pp. 477-78 |
| P0163 | Memorandum to Christopher Kouts re: Alternative Allocation Strategies - Draft Issue Paper | 2/21/1991 | CTR0002188 to CTR0002212; CTR-001-2190 to CTR-001-2214 | Hearsay; Relevance; Authentication; Foundation | OK | Martin Marietta Energy Systems, Inc. and Science Applications International Corp. (Oak Ridge M & O Contract /CRWM System M & O Contract) | Cover: "Prepared for: the U.S. Department of Energy - Chicago Operations Office - Transportation Project Office and the Office of Civilian Radioactive Waste Management"; David Zabransky's April 26, 2002 deposition transcript at pp. 100-01 |
| P0169 | Cost Estimates of Operating on-Site Spent Fuel Pools After Final Reactor Shutdown (author: S.R. Rod, PNL) | 08/00/1991 | CTR0060514 to CTR0060546 | Foundation; Hearsay; Relevance; Authentication | OK | Battelle Memorial Institute (PNL M & O Contract) | Cover: "Prepared for the U.S. Department of Energy"; Thomas Pollog's May 22, 2002 deposition transcript at pp. 669-70 |
| P0172 | Throughput Study for the Civilian Radioactive Waste Management System (prepared by Peter Gottlieb, William Bailey III, Flora Emami, Lawrence M. Ford, and John F. King (TRW/TESS) and presented at the High Level Radioactive Waste Management Proceedings of the Third International Conference at Las Vegas, Nevada) | 04/00/1992 | | Hearsay; Relevance | OK | TRW Environmental Safety Systems, Inc. (CRWM System M & O Contract) | |
| P0173 | Preliminary Draft - Proposed OCRWM Position - Issue 015 - Shutdown Reactors, Rev.3 | 12/19/1992 | HQ0000109 to HQ0000116; HQR-001-0109 to HQR-001-0116. | Relevance; Foundation; Hearsay; Authentication; Incomplete | Document is incomplete; proposed exhibit is an excerpt of a larger document | TRW Environmental Safety Systems, Inc. (CRWM System M & O Contract) | Cover letter: "These draft recommended positions respond to the requirement defined in the draft FY 1993 Work Authorization for Waste Acceptance Support." |

**Yankee Atomic Electric Co. v. U.S.;**
**Maine Yankee Atomic Power Co. v. U.S.;**
**Connecticut Yankee Atomic Power Co. v. U.S.**

# Documents Prepared by DOE Contractors

| Exhibit No. | Description | Date | Location No. | July 7, 2004 Objections | 2002 Objections | Contractor - Declarant | Authorized by DOE |
|---|---|---|---|---|---|---|---|
| P0175 | Civilian Radioactive Waste Management System Throughput Rate Analysis (prepared by Systems Analysis) | 8/17/1993 | YMP-001-0377 to YMP-001-0585. Available on RIS-Web at HQO.19961022.0005 | Relevance; Foundation; Hearsay | | TRW Environmental Safety Systems, Inc. (CRWM System M & O Contract) | Cover: "Prepared for: U.S. Department of Energy Office of Civilian Radioactive Waste Management"; Christopher Kouts' June 4, 1999 deposition transcript at pp. 115-18. |
| P0180 | CRWMS Modular Design/Construction and Operation Options Report, Revision 02 (prepared by TESS -- TRW Environmental Safety Systems, Inc.) | 12/18/1998 | HQ0013792 to HQ0013949 | Hearsay; Relevance | OK | TRW Environmental Safety Systems, Inc. (CRWM System M & O Contract) | Cover: "Prepared for U.S. Department of Energy" |
| P0184 | Significance of Campaigned Spent Fuel Shipments (authors: J.W. Doman, WESTON/Rogers & Associates; T.E. Tehan, Pacific Nuclear) | | | Hearsay; Relevance | OK | Weston, Rogers & Associates, Pacific Nuclear | |
| P0209 | Spent Fuel Storage Requirements for Nuclear Utilities and OCRWM (T.W. Wood, PNL) | | HQ0013760 to HQ0013769 | Relevance; Hearsay; Foundation | | Battelle Memorial Institute (PNL M & O Contract) | Robert Morgan's June 25, 2002 deposition testimony at pp. 164-65 |
| P0617 | Memorandum to DC Langstaff/N Montgomery from Pat McDuffie re: Proposed Contract Changes (Revision 0) with attachment | 4/13/1992 | CTR-001-1509 to CTR-001-1552, CTR-013-1880 to CTR-013-1923. Publically available at www.ntis.gov | Hearsay; Relevance | | Battelle Memorial Institute (PNL M & O Contract) | Patrick McDuffie's March 19, 2002 deposition transcript at pp. 309-10 |
| P0623 | Acceptance of Failed SNF Assemblies by the Federal Waste Management System (Prepared by E.R. Johnson for Oak Ridge National Laboratory) | 03/00/1990 | HQR-034-1028 to HQR-034-1156 | Relevance; Foundation; Authentication; Hearsay | | E.R. Johnson | Inside Cover: "This report was prepared as an account of work sponsored by an agency of the United States Government." |
| P0641 | Memorandum (Battelle/PNL) to distribution from Ron Liikala re: attached Draft "Program Strategy" (RW-30 2/29/84) | 3/12/1984 | PNL-150-0157 to PNL-150-0161. Cover memo on LSN at ALA.20040318.1952 | Relevance; Authentication; Hearsay; Foundation | | Battelle Memorial Institute (PNL M & O Contract) | Cover Letter: "Headquarters would like our review and comments on this strategy . . . ." |

**Yankee Atomic Electric Co. v. U.S.;**
**Maine Yankee Atomic Power Co. v. U.S.;**
**Connecticut Yankee Atomic Power Co. v. U.S.**

# Documents Prepared by DOE Contractors

| Exhibit No. | Description | Date | Location No. | July 7, 2004 Objections | 2002 Objections | Contractor - Declarant | Authorized by DOE |
|---|---|---|---|---|---|---|---|
| P0659 | Memorandum to The Secretary (DOE) from Lake Barrett re: Approval: Implementation Plan for Acceptance of Civilian Spent Nuclear Fuel by the Federal Government in January, 1998 with attachment | 1/25/1993 | HQR-064-3925 to HQR-064-3930 | Relevance; Authentication; Foundation | | **Not a contractor document** | |
| P0696 | Letter to Joseph Sutey (DOE) from Billy Cole (Battelle) re: attached Delivery Commitment Schedule - Processing, Approval, and Management Control System - Rev 4 [and Rev 3] | 8/30/1988 | PNL-098-1106 to PNL-098-1144. Cover letter on RIS-web/LSN at ALA.20040325.6145 | Relevance; Authentication; Hearsay; Foundation | | Battelle Memorial Institute (PNL M & O Contract) | Alan Brownstein's April 11, 2002 deposition testimony at pp. 562-63 |
| P0745 | Letter to Michael S. Karol (DOE) from Gordon H. Beeman (Battelle, PNL) re: attached Draft - At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trading | 9/8/1987 | PNL-144-1715 to PNL-144-1871. Cover letter on RIS-web/LSN at ALA.20040323.4524 | Relevance; Hearsay; Foundation | | Battelle Memorial Institute (PNL M & O Contract) | Cover: "Prepared for the U.S. Department of Energy"; Thomas Wood's May 8, 2002 deposition testimony at pp. 71-72 |
| P0806 | Allocation of DOE Nuclear Waste Acceptance Capacity and Utility Behavior: Overview and Status--Draft | 04/00/1986 | PNL-046-0701 to PNL-046-0727. On RIS-web/LSN at ALA.20040213.5213 | Hearsay; Relevance; Incomplete | | Battelle Memorial Institute (PNL M & O Contract) | Cover: "Prepared for the U.S. Department of Energy"; Robert McKee's May 23, 2002 deposition testimony at pp. 38-39 |
| P0845 | Draft of Report titled, "At-Reactor Spent Fuel Storage Requirements With and Without Acceptance Rights Trading" | 08/00/1987 | Thomas Wood Dep. Ex. 5 | Relevance; Foundation; Hearsay | | Battelle Memorial Institute (PNL M & O Contract) | Cover: "Prepared for the U.S. Department of Energy"; Thomas Wood's May 8, 2002 deposition testimony at pp. 71-72 |
| P0856 | Memorandum (DOE) from Christopher A. Kouts re: enclosed minutes of the Transportation Coordination Group (TCG) meeting on July 25-26, 1989 | 11/29/1989 | Kouts Dep. Ex. 20 | Relevance **(Withdrawn as to DOE statements)**; Hearsay **(Withdrawn as to DOE statements)** | | **Not a contractor document** | |
| P0968 | Final Draft - "Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program" (Work Performed Under Contract No. DE-AC01-83-NE-44301) by Roy F. Weston, Inc. | 4/27/1984 | PNL-020-1491 to PNL-020-1657 | Relevance | | Roy F. Weston, Inc. (DE-AC01-83-NE-44301) | Cover: "Prepared by: Roy F. Weston, Inc. For The U.S. Department of Energy Office of Civilian Radioactive Waste Management" |

**Yankee Atomic Electric Co. v. U.S.;**
**Maine Yankee Atomic Power Co. v. U.S.;**
**Connecticut Yankee Atomic Power Co. v. U.S.**

# Documents Prepared by DOE Contractors

| Exhibit No. | Description | Date | Location No. | July 7, 2004 Objections | 2002 Objections | Contractor - Declarant | Authorized by DOE |
|---|---|---|---|---|---|---|---|
| P1156 | Action Decision Memorandum GTCC LLW Program with facsimile cover sheet enclosing same | 6/27/1995 | CTR-100-0438 to CTR-100-0441 | Relevance; Authentication; Foundation; Hearsay | | ERM Program Management Co. | Fax cover sheet: "[DOE employee] Terry Plummer just called & asked that I fax this to you." |
| P1157 | Co-Disposal of GTCC LLW With High-Level Radioactive Waste: Statutory and Regulatory Provisions. Draft Discussion Paper, June 28, 1995 [short version] with cover memorandum enclosing same | 6/28/1995 | IDF017 0302 to IDF017 0309; Campbell Dep. Ex. 23 | Authentication; Foundation; Hearsay; Relevance | | Lockheed Martin Idaho Technologies, Inc. (Idaho National Engineering and Environmental Laboratory M & O Contract) | DOE cover memorandum, attaching report, from DOE's James Boyd (Idaho Operations Office) to Terry Plummer, DOE-HQ: "A review of statutory and regulatory provisions concerning the co-disposal of [GTCC LLW] with high-level radioactive waste was performed. . . . The [attached] draft discussion paper is intended to provide focussed [sic] discussion concerning strategy to facilitate the Department of Energy's (DOE) mandate to provide for disposal of GTCC LLW." . . . Transmittal of the attached discussion paper satisfies a program milestone (July 1, 1995) listed as the GTCC LLW Program mid-year review. |
| P1604 | Memorandum to H.J. Hale, Office of Storage and Transportation Systems, from M.S. Karol, Director of Storage and Transportation Division, enclosing draft report, "At-Reactor Spent Fuel Storage Requirements With and Without Acceptance Rights Trading" | 10/6/1987 | PNL-046-0002 to PNL-046-0169. Cover letters on RIS-Web/LSN at HQO.19871014.0343, ALA.20040323.4521 and 2 | Relevance; Incomplete; Foundation; Hearsay | | Battelle Memorial Institute (PNL M & O Contract) | Cover: "Prepared for the U.S. Department of Energy"; Thomas Wood's May 8, 2002 deposition testimony at pp. 71-72 |
| P1610 | T.W. Wood presentation, "Allocation of Waste Acceptance Rights" | 8/6/1986 | PNL-171-0057 to PNL-171-0073 | Hearsay; Authentication; Foundation; Relevance | | Battelle Memorial Institute (PNL M & O Contract) | |

**Yankee Atomic Electric Co. v. U.S.;**
**Maine Yankee Atomic Power Co. v. U.S.;**
**Connecticut Yankee Atomic Power Co. v. U.S.**

# Documents Prepared by DOE Contractors

| Exhibit No. | Description | Date | Location No. | July 7, 2004 Objections | 2002 Objections | Contractor - Declarant | Authorized by DOE |
|---|---|---|---|---|---|---|---|
| P1682 | Letter from E.R. Johnson (E.R. Johnson Associates, Inc.) to Jim Saling (Oak Ridge National Laboratory) re: attached "Detailed Comments/Questions on PNL Draft Report Entitled "At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trading"" [with marginalia] | 12/31/1987 | PNL-046-0279 to PNL-046-0288 | Relevance; Foundation; Authentication; Hearsay | | E.R. Johnson | Cover letter: "At your request we have reviewed the draft PNL report entitled "At-Reactor Spent Fuel Storage Requirements with and without Acceptance Rights Trading." |
| P1690 | White Paper - "Effects of Exchanges of Delivery Commitment Schedules on the CRWMS Transportation System", Prepared for DOE by Oak Ridge National Laboratory | 08/00/1992 | HQ0006653 to HQ0006730; HQR-004-0225 to HQR-004-0302 | Relevance; Authentication; Hearsay; Foundation | | Martin Marietta Energy Systems, Inc. and Science Applications International Corp. (Oak Ridge M & O Contract /CRWM System M & O Contract) | Cover: "Prepared for: The U.S. Department of Energy Office of Civilian Radioactive Waste Management" |
| P1908 | E-Mail from Katy Yuracko to Patty Bubar re: GTCC Memo, per your request (with attachments) | 6/17/2002 | HQR168-0005 to HQR168-0019; Bubar Dep. Ex. 15 | Relevance; Foundation; Hearsay | | YAHSGS | Cover email to [DOE employee] Bubar: "I will continue to refine the attached documents on Sunday, but I wanted to send you these drafts now so that you can recalibrate me if necessary." |
| P1914 | Throughput Study Prepared by CRWMS M&O Contractor, by Lawrence Ford, William Bailey, Peter Gottlieb, Flora Emami, Mark Flemming, and Donald Robinson | | PA222554 - PA222559. On RIS-Web /LSN at MOL.19990326.0002 | Relevance; Foundation; Authentication; Hearsay | | TRW Environmental Safety Systems, Inc. (CRWM System M & O Contract) | |