# Exhibit 3

EXHIBIT 12
POLLOG
Feb. 19, 2002

# SPENT FUEL
# GOVERNMENT RESPONSIVE DOCUMENT COLLECTIONS
# FEBRUARY 15, 2002

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| ADMINISTRATIVE FILES | ADM001 | 1982 NUCLEAR WASTE POLICY ACT; FEDERAL REGISTER VOL 56, NO. 251 12/31/91, PUBLIC HEARING ON STANDARD CONTRACT | PAPER |
| ARGONNE NATIONAL LABORATORY | ANL001 | ARGONNE NATIONAL LABORATORY | PAPER |
| DOE CONTRACTING OFFICE FILES | COF001 | DOE CONTRACTING OFFICE FILES | PAPER |
| | COF002 | DOE CONTRACTING OFFICE FILES | PAPER |
| | COF003 | DOE CONTRACTING OFFICE FILES | PAPER |
| DOE CONTRACTOR (TRW ETC.) | CTR001 | SCOTT VANCE | PAPER |
| | CTR002 | WASTE ACCEPTANCE DELIVERABLES 1996 BOOK 1; 1995 BOOKS 2 AND 3 | PAPER |
| | CTR003 | WASTE ACCEPTANCE DELIVERABLES 1995 | PAPER |
| | CTR004 | BILLY COLE, JAI | PAPER |
| | CTR005 | KEN BEALL, SAIC | PAPER |
| | CTR006 | BILLY COLE, JAI | PAPER |
| | CTR007 | LARRY CLEM, TRW | PAPER |
| | CTR008 | CHRIS CHARLES, TRW | PAPER |
| | CTR009 | SCOTT GILLESPIE, TRW | PAPER |
| | CTR010 | MARY ELLEN MYERS, TRW | PAPER |
| | CTR011 | BRENT THOMPSON, TRW | PAPER |
| | CTR012 | GLENN VAWTER, TRW | PAPER |
| | CTR013 | BILLY COLE, JAI | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | CTR014 | JIM CLARK, JAI | PAPER |
| | CTR015 | JIM CLARK, JAI | PAPER |
| | CTR016 | JIM CLARK, JAI | PAPER |
| | CTR017 | BILL TEER, TRW | PAPER |
| | CTR018 | SCOTT VANCE, JAI | PAPER |
| | CTR019 | SCOTT VANCE, JAI | PAPER |
| | CTR020 | ED BENZ, TRW | PAPER |
| | CTR021 | TOM COTTON, TRW | PAPER |
| | CTR022 | JOE RIVERS, LAS VEGAS | PAPER |
| | CTR023 | GLENN VAWTER/BARRIE MCLEOD, TRW | PAPER |
| | CTR024 | SCOTT VANCE, JAI | PAPER |
| | CTR025 | SCOTT VANCE, JAI | PAPER |
| | CTR026 | SCOTT GILLESPIE, TRW | PAPER |
| | CTR027 | CHRIS CHARLES, BSC | PAPER |
| | CTR028 | BILL TEER, BSC | PAPER |
| | CTR029 | PATRICIA TEMPLE, BSC | PAPER |
| | CTR030 | SCOTT GILLESPIE, BSC | PAPER |
| | CTR031 | CONNIE BARTON, BSC | PAPER |
| | CTR032 | BARRIE MCLEOD, BSC | PAPER |
| | CTR033 | TIM SWEENEY, BSC | PAPER |
| | CTR034 | EDWARD ZIEGLER, BSC | PAPER |
| | CTR035 | TOM SWIFT, BSC | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | CTR036 | CHRIS CHARLES, BSC | PAPER |
| | CTR037 | ER JOHNSON, JAI | PAPER |
| | CTR038 | DEBORAH JEREZ, BSE-BOOZ ALLEN | DISK |
| | CTR039 | STEVEN ROSS, BSE-1 OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT | PAPER |
| | CTR040 | TOM COTTON, BSC/JKRA | PAPER |
| | CTR041 | THOMAS COTTON, BSC/JKRA | DISK |
| | CTR042 | TOM COTTON, BSC-1 | PAPER |
| | CTR043 | GERMAN REYES, BSC-1, OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT | PAPER |
| | CTR044 | TOM COTTON, BSC/JKRA | PAPER |
| | CTR045 | DAVID SIEFKEN, BSC-1 | PAPER |
| | CTR046 | BARRY GOLDSTEIN/GD ZEIGLER, BSC | DISK |
| | CTR047 | MARSHALL WEAVER, DUKE ENGINEERING | DISK |
| | CTR048 | NO FILES - NOT USED | N/A |
| | CTR049 | ROBERT BURGOYNE, BOOZ ALLEN | DISK |
| | CTR050 | ROBERT BURGOYNE, BOOZ ALLEN | DISK |
| | CTR051 | ROBERT BURGOYNE, BOOZ ALLEN | DISK |
| | CTR052 | ROBERT BURGOYNE, BOOZ ALLEN | DISK |
| | CTR053 | ROBERT BURGOYNE, BOOZ ALLEN | DISK |
| | CTR054 | ROBERT BURGOYNE, BOOZ ALLEN | DISK |
| | CTR055 | ROBERT BURGOYNE, BOOZ ALLEN | DISK |
| | CTR056 | ED BENZ, TRW | DISK |
| | CTR057 | ED BENZ, TRW | DISK |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | CTR058 | ED BENZ, TRW | DISK |
| | CTR059 | ED BENZ, TRW | DISK |
| | CTR060 | GEORGE SAULNIER, DUKE ENERGY | PAPER |
| | CTR061 | THOMAS COTTON, M&O | DISK |
| | CTR062 | THOMAS COTTON, M&O | DISK |
| | CTR063 | THOMAS COTTON, M&O | DISK |
| | CTR064 | THOMAS COTTON, M&O | DISK |
| | CTR065 | THOMAS COTTON, M&O | DISK |
| | CTR066 | THOMAS COTTON, M&O | DISK |
| | CTR067 | THOMAS COTTON, M&O | DISK |
| | CTR068 | THOMAS COTTON, M&O | DISK |
| | CTR069 | THOMAS COTTON, M&O | DISK |
| | CTR070 | THOMAS COTTON, M&O | DISK |
| | CTR071 | THOMAS COTTON, M&O | DISK |
| | CTR072 | THOMAS COTTON, M&O | DISK |
| | CTR073 | THOMAS COTTON, M&O | DISK |
| | CTR074 | THOMAS COTTON, M&O | DISK |
| | CTR075 | THOMAS COTTON, M&O | DISK |
| | CTR076 | THOMAS COTTON, M&O | DISK |
| | CTR077 | THOMAS COTTON, M&O | DISK |
| | CTR078 | THOMAS COTTON, M&O | DISK |
| | CTR079 | ED BENZ, TRW | DISK |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | CTR080 | ED BENZ, TRW | DISK |
| DOE - RICHLAND | DER001 | DOE - RICHLAND | PAPER |
| | DER002 | DOE - RICHLAND | PAPER |
| | DER003 | DOE - RICHLAND | PAPER |
| | DER004 | DOE - RICHLAND | PAPER |
| | DER005 | DOE - RICHLAND | PAPER |
| | DER006 | DOE - RICHLAND | PAPER |
| | DER007 | DOE - RICHLAND | PAPER |
| | DER008 | DOE - RICHLAND | PAPER |
| | DER009 | DOE - RICHLAND | PAPER |
| | DER010 | DOE - RICHLAND | PAPER |
| DOE MISCELLANEOUS (PRODUCED 6/99) | EMS001 | U.S. DISCOVERY RESPONSES | PAPER |
| ENVIRONMENTAL PROTECTION AGENCY | EPA001 | EPA | PAPER |
| FEDERAL ENERGY REGULATORY COMMISSION | FER001 | FERC, CONNECTICUT YANKEE ATOMIC POWER COMPANY DOCKET NO. ER97-913-000 | PAPER |
| | FER002 | FERC, CONNECTICUT YANKEE ATOMIC POWER COMPANY DOCKET NO. ER97-913-000 | PAPER |
| | FER003 | JAMES GUEST/WAYNE MCDANAL, FERC | PAPER |
| DOE HEADQUARTERS | HQR001 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |
| | HQR002 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |
| | HQR003 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |
| | HQR004 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |
| | HQR005 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | HQR006 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |
| | HQR007 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |
| | HQR008 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |
| | HQR009 | DAVE ZABRANSKY DEPOSITION DOCUMENTS | PAPER |
| | HQR010 | ALAN BROWNSTEIN, DOE | PAPER |
| | HQR011 | MISCELLANEOUS | PAPER |
| | HQR012 | ROBERT WELLS DEPOSITION DOCUMENTS | PAPER |
| | HQR013 | WESLEY BARNES | PAPER |
| | HQR014 | RIS-WEB DOCUMENTS | PAPER |
| | HQR015 | RIS-WEB DOCUMENTS | PAPER |
| | HQR016 | LEROY STEWART, DOE/RW | PAPER |
| | HQR017 | JIM CARLSON, DOE/RW | PAPER |
| | HQR018 | TOM POLLOG, DOE/RW | PAPER |
| | HQR019 | MARK SENDERLING, DOE/RW | PAPER |
| | HQR020 | JAY JONES, DOE/RW | PAPER |
| | HQR021 | MARKUS POPA, DOE/RW | PAPER |
| | HQR022 | GEORGE RILING, DOE/RW | PAPER |
| | HQR023 | JIM CARLSON, DOE/RW | PAPER |
| | HQR024 | MARY LOUISE WAGNER, DOE | PAPER |
| | HQR025 | JIM CARLSON, DOE/RW | PAPER |
| | HQR026 | DWIGHT SHELOR, DOE/RW | PAPER |
| | HQR027 | DWIGHT SHELOR, DOE/RW | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | HQR028 | DWIGHT SHELOR, DOE/RW | PAPER |
| | HQR029 | SUSAN SMITH, DOE/RW | PAPER |
| | HQR030 | JIM FINUCANE, DOE/EIA | PAPER |
| | HQR031 | SUSAN SHOWARD, DOE/RW | PAPER |
| | HQR032 | DONG KIM, DOE/RW | PAPER |
| | HQR033 | STAN WOLF, DOE/EM | PAPER |
| | HQR034 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR035 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR036 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR037 | JIM CARLSON, DOE/RW | PAPER |
| | HQR038 | LAKE BARRETT, DOE/RW | PAPER |
| | HQR039 | SUSAN KLEIN, DOE/RW | PAPER |
| | HQR040 | SUSAN KLEIN, DOE/RW | PAPER |
| | HQR041 | SUSAN KLEIN, DOE/RW | PAPER |
| | HQR042 | SUSAN KLEIN, DOE/RW | PAPER |
| | HQR043 | SUSAN KLEIN, DOE/RW | PAPER |
| | HQR044 | FICA REPORTS, DOE/RW | PAPER |
| | HQR045 | WILLIAM LAKE, DOE/RW | PAPER |
| | HQR046 | SUSAN KLEIN, DOE/RW | PAPER |
| | HQR047 | DWIGHT SHELOR, DOE/RW | PAPER |
| | HQR048 | JIM CARLSON, DOE/RW | PAPER |
| | HQR049 | ROSE FREDRICK, DOE DP | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | HQR050 | LINDA DESELL, DOE/RW | PAPER |
| | HQR051 | MARY LOUISE WAGNER, DOE | PAPER |
| | HQR052 | ADMINISTRATIVE RECORD DOE STANDARD CONTRACT RULEMAKING FOR DISPOSAL OF SPENT NUCLEAR FUEL AND/OR HIGH LEVEL RADIOACTIVE WASTE | PAPER |
| | HQR053 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR054 | ANITA CAPOFERRI/JANE TAYLOR, DOE/OGC | PAPER |
| | HQR055 | MARK SENDERLING, DOE/RW | PAPER |
| | HQR056 | MARK SENDERLING, DOE/RW | PAPER |
| | HQR057 | MARK SENDERLING, DOE/RW | PAPER |
| | HQR058 | MARK SENDERLING, DOE/RW | PAPER |
| | HQR059 | MARK SENDERLING, DOE/RW | PAPER |
| | HQR060 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR061 | STEVE HANAVER, DOE/RW | PAPER |
| | HQR062 | JIM CARLSON, DOE/RW | PAPER |
| | HQR063 | JOHN VLAHAKIS, DOE/RW | PAPER |
| | HQR064 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR065 | ROB CAMPBELL, DOE/EM | PAPER |
| | HQR066 | TOM POLLOG, DOE/RW | PAPER |
| | HQR067 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR068 | CORINNE MACALUSON, DOE/RW | PAPER |
| | HQR069 | TOM POLLOG, DOE/RW | PAPER |
| | HQR070 | JEFF WILLIAMS, DOE/RW | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | HQR071 | J.C. DE LA GARZA, DOE/RW | PAPER |
| | HQR072 | ELISSA TURNER, DOE/RW | PAPER |
| | HQR073 | ROB CAMPBELL, DOE/EM | PAPER |
| | HQR074 | JAY JONES, DOE/RW | PAPER |
| | HQR075 | CHOON QUAN, DOE/RW | PAPER |
| | HQR076 | GEORGE RILING, DOE/RW | PAPER |
| | HQR077 | ROB CAMPBELL, DOE/EM | PAPER |
| | HQR078 | STEVE GOMBERG, DOE/RW | PAPER |
| | HQR079 | STEVE GILLESPIE | DISK |
| | HQR080 | STEVE GILLESPIE | DISK |
| | HQR081 | JEFF WILLIAMS, DOE/RW | DISK |
| | HQR082 | ROBERT CAMPBELL, DOE/EM | DISK |
| | HQR083 | ROBERT CAMPBELL, DOE/EM | DISK |
| | HQR084 | ROBERT CAMPBELL, DOE/EM | DISK |
| | HQR085 | ROBERT CAMPBELL, DOE/EM | DISK |
| | HQR086 | SUSAN KLEIN, DOE/OGC | DISK |
| | HQR087 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR088 | TOM POLLOG, DOE/RW | PAPER |
| | HQR089 | TOM POLLOG, DOE/RW | PAPER |
| | HQR090 | JOHN KELLY | DISK |
| | HQR091 | STEWART BECKWITH | DISK |
| | HQR092 | ROBERT CAMPBELL, DOE/EM | DISK |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | HQR093 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR094 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR095 | SUSAN KLEIN, DOE/RW | PAPER |
| | HQR096 | LAKE BARRETT, DOE/RW | PAPER |
| | HQR097 | JEFF WILLIAMS, DOE/RW | PAPER |
| | HQR098 | NICK DINUNZIO, DOE/RW | PAPER |
| DOE - IDAHO FALLS | IDF001 | IDAHO FALLS | PAPER |
| | IDF002 | IDAHO FALLS | PAPER |
| | IDF003 | IDAHO FALLS | PAPER |
| | IDF004 | IDAHO FALLS | PAPER |
| | IDF005 | IDAHO FALLS | PAPER |
| | IDF006 | IDAHO FALLS | PAPER |
| | IDF007 | IDAHO FALLS | PAPER |
| | IDF008 | IDAHO FALLS | PAPER |
| | IDF009 | IDAHO FALLS | PAPER |
| | IDF010 | IDAHO FALLS | PAPER |
| | IDF011 | IDAHO FALLS | PAPER |
| | IDF012 | IDAHO FALLS | PAPER |
| NUCLEAR REGULATORY COMMISSION | NRC001 | WAYNE HODGES, SPENT FUEL PROGRAM OFFICE | PAPER |
| NUCLEAR WASTE NEGOTIATOR FILES | NWN001 | DOE NUCLEAR WASTE NEGOTIATOR FILES | PAPER |
| PACIFIC NATIONAL LABORATORIES | PNL001 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL002 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO | SOURCE | MEDIA |
|---|---|---|---|
| | PNL003 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL004 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL005 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL006 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL007 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL008 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL009 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL010 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL011 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL012 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL013 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL014 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL015 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL016 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL017 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL018 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL019 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL020 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL021 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL022 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL023 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL024 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
| --- | --- | --- | --- |
| | PNL025 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL026 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL027 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL028 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL029 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL030 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL031 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL032 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL033 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL034 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL035 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL036 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL037 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL038 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL039 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL040 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL041 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL042 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL043 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL044 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL045 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL046 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | PNL047 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL048 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL049 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL050 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL051 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL052 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL053 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL054 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL055 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL056 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL057 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL058 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL059 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL060 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL061 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL062 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL063 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL064 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL065 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL066 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL067 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL068 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |