| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | PNL069 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL070 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL071 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL072 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL073 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL074 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL075 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL076 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL077 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL078 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL079 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL080 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL081 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL082 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL083 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL084 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL085 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL086 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL087 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL088 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL089 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL090 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | PNL091 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL092 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL093 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL094 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL095 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL096 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL097 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL098 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL099 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL100 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL101 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL102 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL103 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL104 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL105 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL106 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL107 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL108 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL109 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL110 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL111 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL112 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | PNL113 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL114 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL115 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL116 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL117 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL118 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL119 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL120 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL121 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL122 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL123 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL124 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL125 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL126 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL127 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL128 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL129 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL130 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL131 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL132 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL133 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL134 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | PNL135 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL136 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL137 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL138 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL139 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL140 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL141 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL142 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL143 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL144 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL145 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL146 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL147 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL148 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL149 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL150 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL151 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL152 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL153 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL154 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL155 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL156 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | PNL157 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL158 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL159 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL160 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL161 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL162 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL163 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL164 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL165 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL166 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL167 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL168 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL169 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL170 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL171 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL172 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL173 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL174 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL175 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| | PNL176 | PACIFIC NATIONAL LABORATORIES - RICHLAND, WA | PAPER |
| ROCKWELL | ROH001 | ISAACSON | PAPER |
| SANDIA NATIONAL LABORATORIES | SNL | JOHN COCHRANE | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| DOE - SAVANNAH RIVER | SVR001 | ALLIED GENERAL | PAPER |
| | SVR002 | TIMOTHY FISHER | PAPER |
| | SVR003 | BILL CLARK, WESTINGHOUSE | PAPER |
| | SVR004 | FISCAL YEAR 1980 FILES | PAPER |
| | SVR005 | DELIVERABLES - ALLIED GENERAL | PAPER |
| | SVR006 | ALLIED GENERAL | PAPER |
| | SVR007 | DELIVERABLES - ALLIED GENERAL | PAPER |
| | SVR008 | RAY CONASTER/DONALD MCWHORTER | PAPER |
| | SVR009 | ALLIED GENERAL | PAPER |
| | SVR010 | DELIVERABLES - ALLIED GENERAL | PAPER |
| | SVR011 | ALLIED GENERAL | PAPER |
| | SVR012 | PRODUCT SYSTEM PRODUCT OFFICE | PAPER |
| | SVR013 | WASTE MANAGEMENT, DESIGN TEAM, DEFENSE WASTE PROCESSING | PAPER |
| | SVR014 | ALLIED GENERAL, BARNWELL | PAPER |
| | SVR015 | C. BEEBE ET AL. | PAPER |
| YUCCA MOUNTAIN PROJECT | YMP001 | CRW | PAPER |
| | YMP002 | WASTE STORAGE | PAPER |
| | YMP003 | DON NITTI | PAPER |
| | YMP004 | JOE RIVERS | PAPER |
| | YMP005 | MARK WISENBURG, TRW | PAPER |
| | YMP006 | EUGENE ROLLINS, DAVE MOLLER & ASSOCIATES | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | SOURCE | MEDIA |
|---|---|---|---|
| | YMP007 | KEN ASHE, DUKE; MARK BALADY, TRW; STEVE BROCOUM, DOE/RW; BRADFORD COLTON, TRW; ANDREW FALLS, TRW; GARY GRIFFITH, FLOUR DANIEL; F. HABASHI; R. MURTHY, NRC; GENE ROWE, TRW; KEITH SCHWARTZTRAUBER, TRW; WOODY TROUPE, DOE/RW | PAPER |
| | YMP008 | SUSAN RIVES, CHIEF COUNSEL'S OFFICE | PAPER |
| | YMP009 | DENNIS ROYER, DOE/YMP | PAPER |
| | YMP010 | MARK SELLERS, YMP-BSC | PAPER |
| | YMP011 | JOE ZEIGLER, YMP-BSC | PAPER |
| | YMP012 | JOZETTE BOOTH, YMP | PAPER |
| | YMP013 | KEITH SCHWARTZTRAUBER, BSC | PAPER |
| | YMP014 | RICHARD HOLDER, BSC | DISK |
| | YMP015 | KEITH SCHWARTZTRAUBER, BSC | DISK |
| | YMP016 | KEITH SCHWARTZTRAUBER, BSC | DISK |
| | YMP017 | WOODY STROUPE, BSC | DISK |
| | YMP018 | RUTH WEINER, BSC | DISK |
| | YMP019 | NORMAN HENDERSON, YMP-BSC | DISK |
| | YMP020 | YMP | DISK |
| | YMP021 | MITCHELL BRODSKY, YMP | DISK |
| | YMP022 | RALPH HILL, YMP | DISK |
| | YMP023 | MARTY BRYAN, YMP | PAPER |
| | YMP024 | MIKE LUGO, YMP | PAPER |
| | YMP025 | NANCY WILLIAMS, BSC | PAPER |
| ZABRANSKY | ZAB001 | DAVE ZABRANSKY | PAPER |

SPENT FUEL
GOVERNMENT RESPONSIVE DOCUMENT COLLECTIONS SINCE JULY, 2002
FEBRUARY 28, 2003

| DOCUMENT COLLECTION | IMAGE ID NO. | DESCRIPTION | MEDIA |
|---|---|---|---|
| DOE CONTRACTOR (TRW ETC.) | CTR085 | STARMER | DISK |
| | CTR086 | STARMER | DISK |
| | CTR087 | STARMER | DISK |
| | CTR088 | STARMER | DISK |
| | CTR089 | STARMER | DISK |
| | CTR092 | STARMER | DISK |
| | CTR093 | STARMER | DISK |
| | CTR094 | STARMER | DISK |
| | CTR095 | STARMER | DISK |
| | CTR096 | STARMER | DISK |
| | CTR097 | STARMER | DISK |
| | CTR098 | STARMER | DISK |
| | CTR099 | BENZ | PAPER |
| | CTR100 | STARMER | PAPER |
| | CTR101 | STARMER | PAPER |
| | CTR116 | BENZ (1-720) | EMAIL |
| | | COLB (721-740) | EMAIL |
| DOE HEADQUARTERS | HQR100 | LICENSING ARRANGEMENT (LA) DETAIL OVERSIZE CHART | PAPER |
| | HQR103 | LICENSING ARRANGEMENT (LA) DETAIL WORK PLAN BASELINE CHANGE PROPOSAL | PAPER |
| | HQR104 | WILLIAMS | PAPER |
| | HQR105 | TOMASONI | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | DESCRIPTION | MEDIA |
|---|---|---|---|
| | HQR106 | ZABRANSKY | PAPER |
| | HQR107 | TOMASONI | PAPER |
| | HQR108 | POLLOG | PAPER |
| | HQR109 | BENZ | PAPER |
| | HQR110 | SENDERLING | PAPER |
| | HQR112 | BENZ | DISK |
| | HQR113 | BURGOYNE | DISK |
| | HQR114 | BURGOYNE | DISK |
| | HQR115 | BURGOYNE | DISK |
| | HQR116 | BURGOYNE | PAPER |
| | HQR117 | SENDERLING | PAPER |
| | HQR118 | JOHNSON | PAPER |
| | HQR122 | CAMPBELL | DISK |
| | HQR123 | CAMPBELL | DISK |
| | HQR124 | CAMPBELL | DISK |
| | HQR125 | CAMPBELL | DISK |
| | HQR126 | CAMPBELL | DISK |
| | HQR127 | CAMPBELL | DISK |
| | HQR128 | CAMPBELL | DISK |
| | HQR130 | CAMPBELL | DISK |
| | HQR131 | CAMPBELL | DISK |
| | HQR132 | CAMPBELL | DISK |
| | HQR133 | CAMPBELL | DISK |
| | HQR134 | CAMPBELL | DISK |
| | | | DISK |

| DOCUMENT COLLECTION | IMAGE ID NO. | DESCRIPTION | MEDIA |
|---|---|---|---|
| | HQR135 | CAMPBELL | DISK |
| | HQR137 | CAMPBELL | DISK |
| | HQR138 | CAMPBELL | DISK |
| | HQR139 | CAMPBELL | DISK |
| | HQR141 | CAMPBELL | PAPER |
| | HQR142 | CAMPBELL | DISK |
| | HQR143 | CAMPBELL | DISK |
| | HQR144 | NEWBERRY | DISK |
| | HQR145 | SENDERLING | DISK |
| | HQR146 | LAKE | DISK |
| | HQR147 | MCDANIEL | DISK |
| | HQR149 | LAKE | PAPER |
| | HQR150 | POLLOG | PAPER |
| | HQR151 | POPA | PAPER |
| | HQR152 | CAMPBELL | PAPER |
| | HQR154 | GERMANTOWN - EM RECORDS | PAPER |
| | HQR160 | YURACKO | PAPER |
| | HQR161 | CLOVERLEAF | PAPER |
| | HQR162 | FISH | PAPER |
| | HQR163 | GERMANTOWN - EM RECORDS | PAPER |
| | HQR164 | RUDZINSKI | PAPER |
| | HQR165 | BUBAR | PAPER |
| | HQR166 | URIE | PAPER |
| | HQR167 | CTS | PAPER |

| DOCUMENT COLLECTION | IMAGE ID NO. | DESCRIPTION | MEDIA |
|---|---|---|---|
| | HQR168 | BUBAR | |
| | HQR169 | HUIZENGA | PAPER |
| | HQR170 | GERMANTOWN - EM RECORDS | PAPER |
| | HQR171 | CAMPBELL | PAPER |
| | HQR239 | SLATER (1-16) | PAPER |
| | | MILNER (17-22) | EMAIL |
| | | KLEIN (25-185) | EMAIL |
| | | BUBAR (186) | EMAIL |
| | | BARRETT (187-295) | EMAIL |
| | | POLLOG (296-1644) | EMAIL |
| | | BROWNSTEIN (1645-2117) | EMAIL |
| | HQR240 | ZABRANSKY | EMAIL |
| | HQR241 | ZABRANSKY | EMAIL |
| | HQR242 | ZABRANSKY | EMAIL |
| | HQR243 | ZABRANSKY | EMAIL |
| | HQR244 | ZABRANSKY | EMAIL |
| | HQR245 | ZABRANSKY | EMAIL |
| | HQR246 | ZABRANSKY | EMAIL |
| | HQR247 | ZABRANSKY | EMAIL |
| | HQR248 | ZABRANSKY | EMAIL |
| | HQR249 | ZABRANSKY | EMAIL |
| | HQR250 | ZABRANSKY (84-113, 116-135, 138-148, 166-167, 186-195, 210-211) | EMAIL |
| | | BROWNSTEIN (422-423) | EMAIL |
| | | ZABRANSKY (1737-1742) | |

| DOCUMENT COLLECTION | IMAGE ID NO. | DESCRIPTION | MEDIA |
|---|---|---|---|
| | | BROWNSTEIN (1744-1752) | |
| | | POLLOG (1755-2010) | |
| | | MILNER (2086-2090) | |
| | HQR251 | CAMPBELL (185, 188-191, 195-204, 209-213) | |
| DOE - IDAHO FALLS | IDF013 | BIRK | EMAIL |
| | IDF016 | HANSON | DISK |
| | IDF017 | BIRK | PAPER |
| | IDF018 | BIRK | PAPER |
| | IDF019 | HANSON | PAPER |
| | IDF020 | BIRK | PAPER |
| NRC | NRC003 | JENSEN | PAPER |
| | NRC004 | KENNEDY | PAPER |
| | NRC005 | 1989 RULEMAKING NON-PUBLIC DOCS | PAPER |
| | NRC006 | 2001 RULEMAKING NON-PUBLIC DOCS | PAPER |
| | NRC009 | BAJWA (1-290) | PAPER |
| | | O'CONNOR (291-2544) | EMAIL |
| YUCCA MOUNTAIN PROJECT | YMP026 | ROWE | EMAIL |
| | | | DISK |



TOTAL P.07

**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Civil Division
Commercial Litigation
1100 L Street, N.W.
Washington D.C. 20530

Fax No. 202-514-8640
Voice No. 202-307-6288

**SENT BY:** Marian Sullivan

**TO:** Robert L. Shapiro

**FAX:** 202-682-1639

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 7

**SPECIAL INSTRUCTIONS:** Letter providing response to February 14, 2003 letter.

U.S. Department of Justice

Civil Division

RDM:DMC:HDL:MESullivan
154-98-126

Telephone:
(202) 307-6288

*Washington, D.C. 20530*

April 2, 2003

BY FACSIMILE AND UNITED STATES MAIL

Robert L. Shapiro
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005-3305

Re: Yankee Atomic Electric Co. v. United States, No. 98-126C (Fed. Cl.); Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Fed. Cl.); Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Fed. Cl.)

Dear Mr. Shapiro:

The purpose of this letter is to respond to your letter dated February 14, 2003, requesting source information for the documents produced by the Government since July 2, 2002. The attached index provides the information you requested.

Sincerely,

MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch

Enclosure