# Exhibit 4

Pacific Northwest National Laboratory
*...delivering breakthrough science and technology*

# About the Lab



Welcome to the Pacific Northwest National Laboratory (PNNL), one of nine U.S. Department of Energy multiprogram national laboratories.

At PNNL, we deliver breakthrough science and technology to meet key national needs. We also apply our capabilities to meet selected environmental, energy, health and national security objectives, strengthen the economy, and support the education of future scientists and engineers.

PNNL is managed by DOE's Office of Science, but we perform work for many DOE offices as well as other government agencies.

Battelle has operated PNNL for DOE and its predecessors since 1965. A unique feature of Battelle's contract with DOE allows our staff to work for private industry.

Thank you for visiting our home page, and if you have questions or comments, please contact us.

---

**Webmaster:** webmaster@pnl.gov
**Reviewed:** June 2004