# Exhibit 5

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - - - - - - - x

YANKEE ATOMIC ELECTRIC COMPANY :
(98-126C)(Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY :
(98-154C)(Merow, S.J.) :
MAINE YANKEE ATOMIC POWER COMPANY :
(98-474C)(Merow, S.J.) :
Plaintiffs, :
v. :
THE UNITED STATES, :
Defendant. :

\- - - - - - - - - - - - - - - - - - - - x

Washington, D.C.
Wednesday, May 22, 2002

Continued deposition of THOMAS POLLOG, a witness herein, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to agreement, the witness having been previously duly, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Washington, D.C., 20005-3305, at 9:40 a.m., Wednesday, May 22, 2002, and the proceedings being taken down by Stenotype by JAN A. WILLIAMS, RPR, and transcribed under her direction.

MR. SKALABAN:
Q. Do you have any general understanding of what happened with these criteria?
MR. CRAWFORD: Objection, asked and answered; objection to the extent it calls for speculation.
THE WITNESS: I don't have any specific recollection of what we did with this. However, I mean I could imagine what we may have done with reports like this that we typically received from contractors.
BY MR. SKALABAN:
Q. Which is what?
A. Probably we would review it in-house, possibly send it out to other interested parts of the RW organization for review, possibly solicit comments, possibly meet with the author to discuss it, get comments.
Q. Do you remember meeting with anyone at Oak Ridge or Martin Marietta regarding this report at all?
A. I know -- I can recall of no specific meeting with anyone from Oak Ridge or Martin Marietta about this report.
Q. And for the record would you explain what

the relationship of Oak Ridge or Martin Marietta was to the program at this time?

A. Yes, they were one of our contractors.

Q. And Martin Marietta was a contractor who operated Oak Ridge National Laboratory?

A. I believe that's correct.

Q. And Oak Ridge is a DOE laboratory?

A. Yes.

Q. It says, if you look at Bates page 1030, that's HQR 034-1030, it says prepared by E.R. Johnson. It also indicates it's prepared by Oak Ridge National Labs.

MR. CRAWFORD: Well, it says it's prepared for Oak Ridge which is also described in the forward.

BY MR. SKALABAN:

Q. Okay. What was E.R. Johnson's relationship to the program?

MR. CRAWFORD: Objection, asked and answered.

THE WITNESS: He had several. He was a direct contractor to the waste acceptance team at that point in time. And he was also a subcontractor to at least shown by here Oak Ridge National Lab, Martin Marietta, and he may have been to other organizations, but I am not aware of that at any

time. But it wouldn't surprise me.

BY MR. SKALABAN:

Q. Who are your main contacts, and again I'm asking about this general time frame, '90, '91, who were your main contacts at E.R. Johnson that you worked with?

MR. CRAWFORD: Objection, asked and answered.

THE WITNESS: Billy Cole which was the main contact. Minor contacts would have been E.R. Johnson, Barry McLeod. I believe that was it. Possibly Bill Teer, but I'm not sure when he came on board. It was somewhere in the latter part of my time with waste acceptance in the '90, '91, time period.

BY MR. SKALABAN:

Q. I want to make sure I just understand what you just said. Mr. Teer used to work for E.R. Johnson and then joined RW at some point?

A. No.

Q. Okay.

A. Mr. Teer was with another company, I believe TN, and came to E.R. Johnson in the latter part of that '90, '91, time period, when I was working on waste acceptance.

Q. Now, turning back to the external distribution list of DOE, there's a list of people here on Bates No. HQR 34-1154. And the specific names begin with Mr. Barrett. Do you remember out of this list, was there anyone in particular who was -- any of these people at RW in particular had sort of an expertise or was a lead in considering failed fuel issues?

MR. CRAWFORD: Objection, vague.

THE WITNESS: No.

BY MR. SKALABAN:

Q. Do you have any recollection of who would have been the point person at DOE for reviewing this report, addressing this report, and/or doing something with this report?

MR. CRAWFORD: Objection, vague, compound.

THE WITNESS: My guess is Mr. Brownstein.

BY MR. SKALABAN:

Q. I want to make sure I understand your prior testimony correctly. The conclusion that's reflected in little 2 on page 2-5, HQR 034-1044, you don't remember any conversations with anyone at DOE or at the contractor regarding the conclusions set forth in this paragraph?

A. You're on paragraph 2 now on page 2-5?