# Exhibit 6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY,

Plaintiff,

vs. No. 98-126C, 98-145C, 98-474C

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF DARRELL NEWMAN

Taken on behalf of the Plaintiff

April 17, 2002

\- - -

BE IT REMEMBERED THAT, pursuant to the Washington Rules of Civil Procedure, the deposition of Darrell Newman was taken before Marta M. Rice, a Certified Shorthand Reporter, and a Notary Public for the State of Washington, on April 17, 2002, commencing at the hour of 10:20 a.m., the proceedings being reported at the Hampton Inn, 486 Bradley Boulevard, Richland, Washington.

A. I was second lieutenant in the ordinance corps at Aberdeen Proving Grounds, Maryland.
Q. How long were you there, sir?
A. I was there for about six months, before I was transferred to Fort Riley, Kansas.
Q. And what did you do at Fort Riley?
A. Fort Riley I was a company commander of an ordinance company in the first infantry division.
Q. And after that what did you do?
A. I was discharged from the army in the summer of 1965, and I returned to Hanford, to the Hanford laboratories which then came under the operation of Battelle.
Q. Do you have an understanding of why the transfer from GE to Battelle?
A. GE lost the contract for the Hanford laboratories under the Atomic Energy Commission's prime contract, but the labs were put up for bid, and Battelle won the bid to operate the laboratory for the Atomic Energy Commission at that time.
Q. And what does Battelle do at the Hanford labs generally?
A. Battelle operates the Pacific Northwest

Laboratory. It's now the Pacific Northwest National Laboratory. But at the time, it didn't have the national designation. But they -- the laboratory performed research and development for now the Department of Energy and it's predecessors, which were the Energy Research and Development Administration and the Atomic Energy Commission.

Q. So when you returned in the summer of '95 to Hanford --

A. '65.

Q. Oh, I'm sorry. Thank you for correcting me. In the summer of 1965 to Hanford, you were working for Battelle?

A. I was working for Battelle.

Q. And what was your position at Battelle?

A. I was an engineer at the plutonium critical mass laboratory.

Q. What did you do at that laboratory, sir?

A. I did experiments with plutonium in various forms to determine how much mass it took to make it critical assembly.

Q. And how long did you work on that project?

A. I worked on that for a couple of years,