# Exhibit 8

# DOE NEWS

FOR IMMEDIATE RELEASE

September 16, 1998

## DOE ANNOUNCES COMPETITION FOR IDAHO CONTRACT

The Department of Energy (DOE) announced today that it will seek competitive offers for the management and operations contract at the Idaho National Engineering and Environmental Laboratory (INEEL). The department's contract with Lockheed Martin Idaho Technologies Co. (LMITCO), the current contractor, expires on Sept. 30, 1999.

"Competition allows us to test the market place and get the best value for the taxpayers. We are interested in receiving proposals from as many qualified bidders as possible, to help us meet the current and future challenges at the INEEL. We anticipate a spirited competition among a number of qualified firms and we invite any and all qualified applicants to bid," said John Wilcynski, manager of DOE's Idaho Operations Office.

When the department originally awarded the INEEL contract to LMITCO in 1994, DOE sought to consolidate and integrate site-wide operations, which were then run by five different contractors. "LMITCO has been successful in some areas, but there are other areas where improvement and greater initiative are necessary," said Wilcynski.

The current contractor employs about 5,800 people at the INEEL. Key missions include basic and applied research in a wide range of areas as well as nuclear reactor operation, environmental restoration and waste management, and national security programs.

Wilcynski emphasized that the department expects a speedy competition as well as a smooth transition. DOE will retain the same single contractor business model for the acquisition and plans to maintain the workforce and mission stability. "Our highest priorities are to maintain and enhance the department's long term commitment to this lab, to meet the cleanup agreements and to assure safety of the workforce," added Wilcynski.

The department expects to issue a request for proposals for the INEEL contract within 60 days, and it will be announced in the Commerce Business Daily. The department also expects to have the procurement completed by the end of July, 1999. The contract will be for five years, with an option for five more.

--DOE-ID--

Media contact: Brad Bugger, (208) 526-0833, buggerbp@inel.gov

98-70

---

* *U.S. Department of Energy * Idaho Operations Office * 785 DOE Place * Idaho Falls, ID 83401-1562 **