# In the United States Court of Federal Claims

No. 98-126C
(Filed September 21, 2004)

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER[1/]

Confirming the post-trial matters considered at the conclusion of trial proceedings on August 31, 2004, it is **ORDERED** that:

(1) Portions of the transcript contain proprietary material, which portions are to be filed under seal, and the party who presented each transcript portion to be filed under seal shall provide a redacted copy, labeled as such, which shall be filed, in lieu of the sealed portion, as a part of the transcript for the public record;[2/]

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

[2/] If agreement as to redactions cannot be reached, the matter shall be promptly presented to the court by telephone conference call, for resolution.

(2) The parties shall concurrently file their initial post-trial briefs and proposed findings of fact on or before **October 15, 2004**;

(3) Plaintiffs' response to defendant's Motion to File Amended Answer and Counterclaims, and Motion for Judgment Based Upon Partial Findings, shall be filed on or before **October 15, 2004**;

(4) Responses to the post-trial briefs together with approvals, oppositions or proposed amendments to each party's proposed findings of fact, and defendant's reply to plaintiffs' response to defendant's Motion to File Amended Answer and Counterclaim and Motion for Judgment Based Upon Partial Findings, shall be filed on or before **November 16, 2004**;

(5) Any reply submissions concerning responses to post-trial briefs and oppositions or proposed amendments to findings shall be filed on or before **December 7, 2004**;

(6) Each proposed finding of fact and opposition or proposed amendment thereto shall be supported by appropriate citation(s) to relevant record evidence;

(7) Oral argument on these matters shall be held commencing at 10:00 a.m. on **December 16, 2004**, in courtroom #4. Each side shall have the goal of completing its presentation within two hours, with equal time to be made available for each side;

(8) Initial post-trial briefs shall not exceed 100 pages, responses and replies shall not exceed 60 pages, absent leave of court, and the parties shall supply chambers with a courtesy paper copy of the above filings, together with a PDF format version on CD ROM.[3/]

s/ James F. Merow
James F. Merow
Senior Judge

[3/]It is understood that the parties are also to furnish a courtesy paper copy to chambers of all admitted documents and the demonstratives which shall accompany the record, together with a PDF format version of the same on CD ROM.