IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 98-126C<br>(Senior Judge Merow)<br><br>Filed Electronically October 8, 2004 |

YANKEE ATOMIC'S UNOPPOSED MOTION FOR LEAVE
TO FILE PUBLICLY AVAILABLE REDACTED
VERSIONS OF FIVE DAYS OF TRIAL TESTIMONY[1]

Yankee Atomic moves for leave to file, redacted copies of the five days of trial testimony that are currently filed under seal so that they may be made publicly available. Pursuant to the Court's Order of September 21, 2004, we have redacted all portions of the trial transcripts that contain proprietary information. Furthermore, subsequent to trial we have received permission to release some of the testimony concerning two decommissioning cost studies. Consistent with the Court's Order, we have provided the government with copies of the redacted transcripts, and the government has noted its agreement that the redacted transcripts may be made publicly available.

---

[1] This motion should also be deemed applicable to *Connecticut Yankee v. United States*, No. 98-154C and *Maine Yankee v. United States*, No. 98-474C.

For the foregoing reasons, the Court should grant our motion for leave to file and make publicly available the redacted transcripts. Upon the Court's granting of this motion Yankee Atomic will deliver the redacted transcripts to the Clerk's office.

Dated: October 8, 2004

Respectfully submitted,

s/Jerry Stouck
JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH