# In the United States Court of Federal Claims

No. 98-126C
(Filed October 8, 2004)

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER[1]

Yankee Atomic's Unopposed Motion for Leave to File Publicly Available Redacted Versions of Five Days of Trial Testimony, filed October 8, 2004, recites that subsequent to trial, plaintiff was granted permission to release some of the testimony therein concerning two decommissioning costs studies, and that all remaining proprietary information in these transcripts has been redacted. The motion also recites defendant's agreement that the redacted transcripts may be made publicly available.

Accordingly, Yankee Atomic's Unopposed Motion is **GRANTED**. Yankee Atomic shall file these redacted transcripts with the Clerk of Court, to be publicly available.

s/ James F. Merow
James F. Merow
Senior Judge

[1] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

# In the United States Court of Federal Claims

No. 98-126C
(Filed October 8, 2004)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

Yankee Atomic's Unopposed Motion for Leave to File Publicly Available Redacted Versions of Five Days of Trial Testimony, filed October 8, 2004, recites that subsequent to trial, plaintiff was granted permission to release some of the testimony therein concerning two decommissioning costs studies, and that all remaining proprietary information in these transcripts has been redacted. The motion also recites defendant's agreement that the redacted transcripts may be made publicly available.

Accordingly, Yankee Atomic's Unopposed Motion is **GRANTED**. Yankee Atomic shall file these redacted transcripts with the Clerk of Court, to be publicly available.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.