# In the United States Court of Federal Claims

No. 98-126C

(Filed October 12, 2004)

| | |
|---|---|
| ******************************* | |
| YANKEE ATOMIC | * |
| ELECTRIC COMPANY, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ******************************* | |

**ORDER**[1/]

A telephone conference call was held with counsel on October 6, 2004, to discuss amendments to the schedule set forth in the Order filed September 21, 2004. After discussion, counsel having reached agreement, it is **ORDERED**:

(1) That the dates set forth in the September 21, 2004 Order shall be deemed amended as follows:

October 15, 2004 to November 4, 2004;
November 16, 2004 to December 2, 2004;
December 7, 2004 to December 22, 2004;
December 16, 2004 to January 14, 2004;

(2) The courtroom location for the oral argument commencing at 10:00 a.m. on January 14, 2005, will be posted in the lobby of the National Courts Building;

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

(3) Except as so amended, the September 21, 2004 Order shall, otherwise, remain in effect.

s/ James F. Merow
James F. Merow
Senior Judge