# In the United States Court of Federal Claims

**98-126C**

**Filed: October 12, 2004**

**YANKEE ATOMIC ELECTRIC CO.,**

**v.**

**THE UNITED STATES**

**REDACTED VERSION of Under Seal Transcript of Trial/Proceedings Held on July 16, 2004 [Pages 1066 - 1322] Before Judge James F. Merow**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.