IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY[1]

Pursuant to the Court's General Order 42A, defendant, the United States, respectfully requests leave of the Court to file documents under seal electronically in this case. Because some of our post-trial submissions may refer to protected information, and because this case is designated as an electronic filing case, we require the Court's permission to file documents under seal electronically prior to any such filing. We are currently reviewing our proposed initial post-trial brief and proposed findings of fact to determine whether they contain any protected information that we would need to file under seal. Although it is likely that we will be able to file our initial post-trial filings without placing any of them under seal, entry of an order in this case allowing for the electronic filing of future documents under seal will eliminate the need to raise this motion if, in remaining post-trial filings, protected material needs to be discussed.

Pursuant to paragraph 7 of General Order 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. As the Court is aware, protected information has been discussed at the trial in this case and has been entered into

---

[1/] The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (collectively referred to as the "Yankee" cases).

evidence. Accordingly, it is possible that our post-trial submissions may need to make reference to such protected information. Thus, we require the Court's permission prior to the filing of any document containing protected information under seal.

For these reasons, we respectfully request that the Court enter an order allowing defendant to file documents electronically under seal in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

November 17, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of November, 2004, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ R. Alan Miller