# In the United States Court of Federal Claims

No. 98-126C
(Filed November 17, 2004)

******************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
******************************

**ORDER**[1/]

On November 17, 2004, Defendant's Motion for Leave to File Documents Under Seal Electronically was filed. Defendant requests leave pursuant to ¶ 7 of General Order 42A, to file post-trial submissions under seal.

Accordingly, it is **ORDERED** that defendant's motion for leave, filed November 17, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.