# In the United States Court of Federal Claims

No. 98-126C
(Filed, November 23, 2004)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

On November 22, 2004, Defendant's Motion for Leave to File Corrected Proposed Findings of Fact was filed.

Accordingly, it is **ORDERED** that defendant's motion for leave is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.