# In the United States Court of Federal Claims

No. 98-126C
(Filed December 17, 2004)

| | |
|---|---|
| ****************************** | |
| YANKEE ATOMIC | * |
| ELECTRIC COMPANY, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ****************************** | |

**ORDER**[1/]

A telephone conference call was held, December 17, 2004, wherein parties agreed to extend the filing date for post-trial response briefs and responses to proposed findings of fact to, and including, January 10, 2005.

Accordingly, it is **ORDERED** that post-trial response briefs and responses to proposed findings of fact shall be filed on or before January 10, 2005.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

# In the United States Court of Federal Claims

No. 98-126C
(Filed December 17, 2004)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

A telephone conference call was held, December 17, 2004, wherein parties agreed to extend the filing date for post-trial response briefs and responses to proposed findings of fact to, and including, January 10, 2005.

Accordingly, it is **ORDERED** that post-trial response briefs and responses to proposed findings of fact shall be filed on or before January 10, 2005.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.