# In the United States Court of Federal Claims

No. 98-126C
(Filed January 12, 2005)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On January 12, 2005, Defendant's Unopposed Motion for a One-Day Enlargement of Time was filed. Defendant requests an enlargement of time allowing the parties to file their responses to the opposing parties' proposed post-trial findings of fact and post-trial response briefs by 5:00 p.m. on January 13, 2005.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed January 12, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.