# In the United States Court of Federal Claims

No. 98-126C
(Filed January 25, 2005)

| | |
|---|---|
| ****************************** | |
| YANKEE ATOMIC | * |
| ELECTRIC COMPANY, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ****************************** | |

## ORDER[1/]

During the closing argument held on January 24, 2005, the parties requested that the deadline for filing post-trial reply briefs be extended.

Accordingly, it is **ORDERED** that final post-trial reply briefs shall be filed on **February 4, 2005.**

s/ James F. Merow
James F. Merow
Senior Judge

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.