IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-126 C<br>(Senior Judge Merow) |

YANKEE ATOMIC'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLIES ON POST TRIAL BRIEFS AND PROPOSED FINDINGS OF FACT[1]

Yankee Atomic moves pursuant to RCFC 6(b)(1) and 6.1 for a 14 day enlargement of time through February 18 for the parties to file replies on their post-trial briefs and proposed findings of fact. The parties' replies would otherwise be due on February 4. The Court's Order of September 21, 2004 initially set December 7, 2004 as the due date for these replies. By Order of October 12, 2004, the Court enlarged that deadline through December 22, 2004 in light of an enlargement of time for the first round of post-trial filings. The Court similarly enlarged the deadline for post-trial reply filings through January 28, 2005 by Order of November 25, 2004. As discussed at the January 24, 2005 oral argument, the Court most recently enlarged the parties' time for these replies by Order of January 25, 2005.[2] Plaintiff's counsel has consulted with the government's counsel to ascertain the government's position on this motion, and he stated that the government does not oppose this motion.

---

[1] This motion should also be deemed applicable to *Connecticut Yankee v. United States*, No. 98-154C and *Maine Yankee v. United States*, No. 98-474C.

[2] The Order only addressed replies on the post-trial briefs. In the context of the discussion of this issue at the January 24 oral argument, however, it appears that the Court's intent was to enlarge the time for replies on the post-trial proposed findings of fact as well.

Yankee Atomic needs this additional time in order to be able to appropriately address the many issues raised in the government's second round of post-trial filings. The government's second round of post-trial filings in this case, *Connecticut Yankee* and *Maine Yankee* total more than 800 pages of materials. The time to date has not been adequate to enable Yankee Atomic to appropriately analyze and address the issues raised in those papers in a manner that would be most helpful to the Court. In addition, Yankee Atomic wants to have ample time to address issues raised by the government and the Court during the day-long closing argument on January 24. The length of the enlargement Yankee Atomic is requesting extends through February 18, because counsel for both parties have other commitments during the week of February 7 that will limit their ability to work on the reply filings at that time.

For the foregoing reasons, the parties should have an enlargement of time through February 18, 2005 in which to file replies on their post-trial briefs and proposed findings of fact.

Dated: February 3, 2005

Respectfully submitted,

/s/ Jerry Stouck

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

Counsel for Plaintiff,
YANKEE ATOMIC ELECTRIC COMPANY

Of Counsel:

Robert L. Shapiro
SPRIGGS & HOLLINGSWORTH