# ATTACHMENT A

NUCLEAR ENERGY
Overview

February 14, 2005 The Weekly Report to Members of the Nuclear Energy Institute

In this issue

3 DOE Delays Yucca Mountain Opening Until 2012
4 DOE Budget Boosts Funding for Nuclear Programs
5 NRC Budget Increases Funds for Safety, Security Programs
5 NRC Tells Lawmakers Energy Bill Will Reinforce Security
6 EIA Forecast on Nuclear Energy 'Erroneous,' NEI Says

*Nuclear Energy Overview* is available to NEI members in PDF format on NEI's member Web site at *http://member.nei.org*. To access the current issue, enter your ID and password and go to the home page. For archived issues, click on "Resource Library" and then on *"Nuclear Energy Overview."*

# New Energy Secretary 'Enthusiastic' About Moving Yucca Project Forward

Secretary of Energy Samuel Bodman last week told House Energy and Commerce Committee members that the Bush administration remains "focused and committed" to completing the used nuclear fuel repository at Yucca Mountain, and that he will take an active role in moving the Nevada project forward.

In his first appearance on Capitol Hill since being sworn in as energy secretary, Bodman assured lawmakers at the Feb. 9 hearing that while work on repository license application is delayed, "it's something that will be a very high priority on my list."

While the hearing's purpose was to discuss DOE's budget request, Yucca Mountain dominated the discussion, with Chairman Joe Barton's (R-Texas) opening statement that the Bush administration's fiscal year 2006 budget request of $651 million for Yucca Mountain is not enough.

"I see no study that shows if you spend $500 to $600 million a year that you will have it ready," Barton said.

Bodman said pending court decisions "will delay us, and those delays are reflected in the budget numbers, but this is not to suggest any less enthusiasm for Yucca Mountain."

Bodman said the legal issues delaying the project include questions over the licensing support network (the Yucca Mountain project's electronic documentation system) and the challenge to the radiation standards set by the Environmental Protection Agency.

Barton asked Bodman if he is willing to "come up with a long-term solution to funding Yucca Mountain?"

"Yes, sir," Bodman answered, "I would be very eager to work with this committee on a piece of legislation." Bodman said the administration plans to propose such legislation that would be effective in fiscal year 2007.

Several other lawmakers on the panel urged Bodman to push forward with Yucca Mountain.

Noting that the project "is a matter of deep feeling on this committee," Ranking Democrat John Dingell (Mich.) suggested the need for legislation that would separate funds for the Yucca Mountain project from the general budget.

House members also raised the issue of used fuel storage onsite at decommissioning plants.

"For all the controversy at Yucca Mountain, it doesn't make sense to keep spent fuel rods scattered all around the country," said Rep. Tom Allen (D-Maine).

Bodman assured the panel that "the answer eventually will be with Yucca Mountain." He said there will be better security and equipment available "so we will be able to do this effectively."

"The issue of a particular utility's spent fuel is a continuing aggravation that this department will have to deal with, and we continue to struggle with the process we

*"As I said in the State of the Union the other night, four years of debate is enough. We don't need debate. We need action when it comes to an energy plan. I believe that we ought to expand the use of safe and clean nuclear power."*

— President George W. Bush
*To the Detroit Economic Club*
*Feb. 8, 2005*

## FY 2006 NUCLEAR ENERGY FUNDING (in millions of dollars)

| | FY 2005 Admin. Request | FY 2005 Omnibus | FY 2006 Admin. Request |
|---|---|---|---|
| **Nuclear Energy, Science and Technology Programs** | 409.6 | 485.7 | 510.8 |
| Program Direction | 60.3 | 60.3 | 30.0 |
| Nuclear Energy Plant Optimization | 0 | 2.5 | 0 |
| Nuclear Energy Research Initiative | 0 | 2.5* | 0 |
| Nuclear Power 2010 | 10.3 | 49.6 | 56.0 |
| Generation IV Nuclear Energy Systems Initiative | 30.5 | 39.7 | 45.0 |
| University Reactor Fuel Assistance/Support | 21.0 | 23.8 | 24.0 |
| Nuclear Hydrogen Initiative | 9.0 | 8.9 | 20.0 |
| Advanced Fuel Cycle Initiative | 46.3 | 67.5 | 70.0 |
| **Infrastructure** | | | |
| Radiological Facilities Management | 69.1 | 68.6 | 64.8 |
| Idaho Facilities Management | 108.0 | 112.2 | 97.9 |
| Idaho Sitewide Safeguards and Security | 58.1 | 54.7 | 72.0 |
| **Nuclear Waste Disposal** | 880.0 | 572.4 | 651.4 |
| Nuclear Waste Fund | 749.0 | 343.0 | 300.0 |
| Defense Nuclear Waste Disposal Funds | 131.0 | 229.0 | 351.4 |
| **Agencies** | | | |
| Nuclear Regulatory Commission | 670.3 | 669.7 | 701.7 |

*Nuclear Energy Research Initiative (NERI) funding is in addition to funds directed to NERI activities within other nuclear R&D programs, including Nuclear Power 2010, Generation IV, Nuclear Hydrogen Initiative and Advanced Fuel Cycle Initiative.

must go through in order to get a place to put the material," Bodman said. But, "We continue to do our best."

For a copy of Secretary Bodman's remarks, visit NEI's *Member Web site* at *member.nei.org* and go to Resource Library/ Public Policy/ Speeches/ Testimony.

> *"Energy legislation, in my view, is among the most important matters to come before this Congress. I look forward to working with the Congress as an enthusiastic advocate for the passage of energy legislation this year."*
>
> — Energy Secretary Samuel Bodman *Before The House Commerce and Energy Committee Feb. 9, 2005*

## DOE Delays Yucca Mountain Opening Until 2012

The U.S. Department of Energy plans to submit a license application for the Yucca Mountain repository to the Nuclear Regulatory Commission this December, officials said last week. DOE officials said operations at the repository in Nevada would not begin before 2012, two years later than planned.

"Several incidents occurred that delayed the license application," said Margaret Chu, director of DOE's Office of Civilian Radioactive Waste Management. Chu said the biggest factors in the delay were: a federal court decision in July 2004 invalidating the repository's 10,000-year compliance period and an NRC decision last year striking down initial certification of the DOE's Licensing Support Network. The electronic database will provide all Yucca-related reports and documents.

"In spite of this, the department had drafted a license application in July 2004" and further refined the document in November, Chu said.

"This year, we will complete and submit a high-quality license application to the NRC, and we will be ready to defend it," she added. "The NRC review will be three to four years long and is going to be very rigorous."

At Yucca Mountain, DOE in fiscal year 2006 will conduct analyses for timely review of the application, continue design of facilities and engineered barriers, and upgrade the facilities, maintenance and health and safety programs to ensure operational readiness.

Priority transportation activities in fiscal year 2006 will include completion of the final environmental impact statement on the Caliente rail spur and issuance of a record of decision to go forward with the route. Additionally, the department set aside $33 million to issue a contract for the Caliente rail spur; $18 million for design, fabrication and testing of prototype railcars; and $10 million for design and certification of the transportation containers.

In its 2006 budget request, DOE is not coupling Yucca Mountain appropriations with Nuclear Waste Fund reform proposed last year by the administration.

"The administration believes that the fees currently paid to the government by utilities to finance the repository should be treated as offsetting collections against the appropriation from the Nuclear Waste Fund," the budget document said.

Offsetting collections are credited directly to expenditure accounts and are spent on the account's purposes without further annual action by Congress. In other words, the Nuclear Waste Fund would be used for its intended purpose—the construction and operation of a national repository for used nuclear fuel and high-level defense waste.

DOE officials will work with the Bush administration and Congress on reforming the repository's funding mechanism. "Without stable, adequate funding, we will never get there," Chu said.

Industry also expressed support for fixing Yucca Mountain funding.

"The government's used nuclear fuel management program is a top environmental priority," said John Kane, NEI senior vice president for governmental affairs. "It is critical that Congress provide the funding necessary in the years ahead for the Department of Energy to meet important program milestones."

## transitions

### GOVERNMENT

***Margaret Chu,*** director of the Department of Energy's Office of Civilian Radioactive Waste Management, will resign at the end of this month. Prior to her appointment in 2002, Chu was director of nuclear waste management at DOE's Sandia National Laboratories.

***Anne Womack Kolton*** has been appointed director of public affairs at the Department of Energy. Before joining DOE, Kolton was press secretary to Vice President Cheney for the 2004 Bush-Cheney campaign. Prior to that, she was director of public affairs at the Department of Treasury and served as senior advisor to the chairman of the Securities and Exchange Commission.

### INDUSTRY

***Lance Wright*** has been elected senior vice president of human resources and administration at USEC Inc. Wright, who came to USEC from the oil industry, joined the company in 2003 as vice president of human resources and administration.

# DOE Budget Increases Funding For Nuclear Energy Programs

Amid a year of fiscal restraint, the Department of Energy bolstered important nuclear energy programs by recommending increased funding for new plant initiatives and university programs as part of its 2006 budget request submitted to Congress last week.

The DOE budget requests a 5.2 percent increase in funding for nuclear energy, science and technology, to $510.8 million in fiscal year 2006, which begins Oct. 1. DOE requested $56 million for the Nuclear Power 2010 initiative, which seeks to enhance U.S. energy diversity and security through new nuclear plant construction, the administration request is nearly 13 percent more than this year.

"We built ourselves a trap" by not preparing for new nuclear plant construction, said Energy Secretary Samuel Bodman. The Nuclear Power 2010 program "will foster a look at new ways to get permits" to build new plants because the "length of time is too long," Bodman said.

The program is a cost-sharing, industry-government partnership designed to reduce the technical, regulatory and institutional uncertainties associated with the deployment of new nuclear power plants. Under this program, DOE announced awards last fall to two utility-led consortia to demonstrate the Nuclear Regulatory Commission's new processes for obtaining combined construction and operating licenses for new nuclear plants.

"We are very pleased to learn that the Department of Energy is seeking a significant increase in Nuclear Power 2010 funding," said John Kane, NEI's senior vice president of governmental affairs. "This reflects the Bush administration's strong commitment to have advanced nuclear power plants be a key element of the nation's energy future."

The budget request sets aside $651.4 million for the government's nuclear waste management program, up from $572.4 million allotted this year. This includes $427.3 million for Yucca Mountain, 138.7 million for program management and integration, and $85 million for transportation. Funding for transportation nearly tripled from this year's allocation of $30.7 million.

The administration also requested funding increases for the Generation IV Nuclear Energy Systems Initiative, from $39.7 million to $45 million, and for the Nuclear Hydrogen Initiative, a 124 percent increase to $20 million in 2006. The former seeks to develop a next-generation reactor, while the latter entails developing advanced technologies for use in tandem with next-generation nuclear plants to generate commercial quantities of hydrogen.

University reactor fuel assistance and support programs increased slightly from $23.8 million this year to $24 million in fiscal 2006. The increase reflects additional fellowships, scholarships and grants, and new activities to support pre-college education and outreach.

Overall, the DOE budget request is $23.4 billion, a 2 percent decrease from the fiscal year 2005 $23.9 billion spending plan. Bodman said the budget reflects a "federal government landscape" that finds long-term trends in entitlements unsustainable. Those entitlements include Social Security, Medicare and Medicaid. "Discretionary spending is the only lever that can be adjusted," Bodman said.

On nuclear matters, the nation will need new technologies "to meet energy and climate goals, manage the operation and maintenance of critical infrastructure and have a place to put waste material from nuclear power," Bodman said.

The budget request, he said, represents "a lot of tradeoffs," but does not compromise the department's four strategic goals: defense, energy, environment and science.




reviewjournal.com PRINTTHIS

Tuesday, February 08, 2005
Copyright © Las Vegas Review-Journal

# YUCCA MOUNTAIN: Project's deadline falls back

### Repository's opening to slip at least two years, official says

By STEVE TETREAULT
STEPHENS WASHINGTON BUREAU

**WASHINGTON** -- The Energy Department's top manager for nuclear waste disposal said Monday the Yucca Mountain repository will slip at least two years beyond its planned 2010 opening, while another DOE official said the delay could be even longer.

The comments marked the first time that DOE officials have said publicly that mounting technical, legal and budget problems will delay the government's goal to start accepting highly radioactive spent fuel for burial in Nevada at the turn of the decade.

"I believe it is a little bit more than a year-to-year slip, to be honest with you," Margaret Chu, director of the Office of Radioactive Waste Management, said. "Because we have budget uncertainty, we're hoping 2012."

Chu commented after the Energy Department's announcement of its proposed 2006 spending plan for Yucca Mountain. The department is asking Congress to allocate $651 million, which is about half what it projected last year would be needed if the program were on track.

Energy Secretary Samuel Bodman said the new request "is money we think we can spend responsibly on Yucca Mountain based on the current situation we are dealing with."

DOE officials have said the Yucca project was thrown off kilter by a federal court ruling last summer against the repository's radiation protection standards and by a Nuclear Regulatory Commission order to rebuild a 4-million document electronic database.

DOE in November abandoned a plan to file a 45-volume repository license application to the Nuclear Regulatory Commission by the end of 2004. A department official said Monday that because of legal uncertainties, an application might not be handed to the NRC this year even if DOE finishes it.

Chu said the Environmental Protection Agency expects to rewrite a radiation standard by the end of this

Case 1:98-cv-00126-JFM Document 905-2 Filed 02/18/2005 Page 7 of 9

year. But EPA and DOE officials retracted the statement later, with an EPA official saying a draft standard might be issued by this summer. The official said he could not say when it would be finalized.

Nevada officials who have worked to derail Yucca Mountain on safety grounds said they were cheered by the latest slippage. "Delay is our friend, and time is our ally," said Richard Bryan, a former governor and U.S. senator.

Rep. Shelley Berkley, D-Nev., said DOE credibility is shattered by the shifting timelines. "Adding two years to the schedule does not change anything," Berkley said. "They cannot make a safe repository."

Sen. Harry Reid, D-Nev., said "all the time in the world will not be enough for DOE to open Yucca Mountain," and Sen. John Ensign, R-Nev., said any delay "brings it one step closer to final defeat."

Nuclear utilities and officials from states that want to get rid of their radioactive waste are frustrated, said Martez Norris, administrator of the Nuclear Waste Strategy Coalition.

"We've been very, very concerned about how this program is falling behind," said Norris, who said coalition members will meet shortly to discuss the matter.

Among items that might be brought up, Norris said, is whether to call for the Yucca Mountain Project to be removed from the Energy Department and given to a "quasi-government operation" to manage.

The Nuclear Energy Institute, an industry lobby group, is less concerned, spokesman Mitch Singer said. He said nuclear power companies are satisfied DOE is showing slow progress.

"What they are telling us is as long as they are perceiving progress toward Yucca Mountain, and they are perceiving progress, they are not concerned and that is not an impediment to building new nuclear plants," Singer said.

No official announcement has been made, but the Energy Department began shifting the Yucca Mountain Project from the 2010 goal after Congress declined to fund the repository fully last year, said Ted Garrish, the project's deputy director.

"When we did the budget last year, we made it clear if we didn't get $880 million, there was no way that 2010 is going to work," Garrish said. At the end of a long fight, lawmakers approved $577 million.

Garrish said a Yucca Mountain opening could stretch longer than 2012 depending on obstacles ahead. DOE expects more legal challenges from Nevada and from environmental groups and more fights in Congress over spending for the $58 billion project.

"I don't think we have a position" on a new target date, Garrish said. "There are so many things."

The Energy Department budget proposes to grant $3.5 million to Nevada for Yucca Mountain oversight and $7 million to be divided among counties.

**Find this article at:**
http://www.reviewjournal.com/lvrj_home/2005/Feb-08-Tue-2005/news/25824004.html




reviewjournal.com PRINTTHIS

Thursday, February 10, 2005
Copyright © Las Vegas Review-Journal

# Official: Yucca not dead, just delayed

### Bush administration's Chu talks of 2012 target

By KEN RITTER
THE ASSOCIATED PRESS

A national nuclear waste repository in Nevada has been delayed but still will be built, the Bush administration official in charge of the Yucca Mountain project insisted Wednesday.

"At this point, we're hoping 2012," Margaret Chu, director of the civilian radioactive waste program, said after assuring the Nuclear Waste Technical Review Board that the Energy Department remained committed to the nuclear repository.

But with funding uncertain, she conceded that it could take longer.

"It's very difficult to specify a date with confidence because it's so budget-dependent," Chu told the panel meeting in Las Vegas.

Chu denied a Nevada state official's assertion to state lawmakers Tuesday in Carson City that the project was troubled and probably dead.

"It's not dead, not at all," Chu said.

Bob Loux, Nevada nuclear projects director, on Wednesday cited a federal court ruling last summer that threw out a key Environmental Protection Agency radiation standard on which the project relied.

He also noted that the Energy Department missed a self-imposed December 2004 date to submit a license application to the Nuclear Regulatory Commission.

President Bush's budget this week cut to $651 million, from about $1.2 billion, the money budgeted for Yucca Mountain.

Nevertheless, Loux asked state lawmakers to allocate $4 million to keep up the state's legal fight against the project for the next two years.

Chu said the Energy Department hopes to have a new EPA radiation standard when it submits a license

application by the end of 2005.

The department also expects this summer to complete a requirement that millions of pages of supporting documents be accessible at an NRC online database.

The Energy Department plans to entomb 77,000 tons of spent commercial nuclear fuel and highly radioactive military and industrial waste in tunnels beneath Yucca Mountain, 100 miles northwest of Las Vegas.

The panel will meet today in the remote Southern Nevada railroad town of Caliente, which town leaders hope will play a key role in plans to build a railroad spur to carry nuclear waste to Yucca Mountain.

"It might help them have a fuller understanding of the lay of the land," Mayor Kevin Phillips said of the science panel's visit to his town of 1,014 residents. Phillips says his community would welcome the jobs, economic development and emergency response training he expects it would get hosting a Yucca Mountain railroad transfer station.

**Find this article at:**
http://www.reviewjournal.com/lvrj_home/2005/Feb-10-Thu-2005/news/25838396.html

☐ Check the box to include the list of links referenced in the article.

