IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant defendant an additional enlargement of time of one business day, to and including February 22, 2005, within which to file its post-trial reply brief. Currently, that reply brief is due on February 18, 2005. Counsel for defendant spoke with counsel for plaintiff, Jerry Stouck, earlier today about this matter, and the parties agreed that, if defendant determined by the end of the business day that an enlargement of time was necessary, defendant would agree to defer its review of plaintiff's post-trial reply brief, which plaintiff anticipates filing today, until after defendant has submitted its own reply brief. Based upon that understanding, counsel for defendant does not intend to review the Yankee post-trial reply until sometime after we have filed our own reply.

Although defendant anticipated being able to file its reply today, the Government also was working to complete and file its initial brief for filing in the United States Court of Appeals for the Federal Circuit in Indiana Michigan Power Co. v. United States, No. 04-5122 (Fed. Cir.), which is also due today. Unfortunately, during part of the past two weeks, counsel for defendant

---

1/ The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

was unexpectedly unavailable to work for a few days because of a short illness, and that time away from the office compounded his difficulty in completing all of the demands upon his time in the spent nuclear fuel cases, including several oral arguments at the Court of Federal Claims in which counsel has either participated or assisted, the most recent of which was conducted in Consumers Energy Co. v. United States, No. 02-1894C (Fed. Cl.) (Damich, C.J.), on Wednesday, February 16, 2005. Although counsel has been working to complete the Indiana Michigan briefing and the final post-trial reply briefing in this case concurrently, the logistical efforts that were necessary to finalize the Indiana Michigan brief took such time that we were unable simultaneously to complete our post-trial reply brief here. We anticipate that we can file it within one business day, and we do expect that our reply brief will be extremely lengthy.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of one additional day.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

February 18, 2005

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 18th day of February, 2005, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.