# In the United States Court of Federal Claims

No. 98-126C
(Filed February 22, 2005)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

On August 2, 2004, Defendant's Motion for Judgment Based Upon Partial Findings was filed. During trial, on August 20, 2004, the undersigned deferred ruling on the motion for summary judgment until after post-trial briefing. (Tr. at 6318-19.)

Accordingly, this order is to confirm that a ruling on Defendant's Motion for Judgment Based Upon Partial Findings has been **DEFERRED** for consideration and ruling in conjunction with the opinion to be issued after all post trial briefing.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.