# In the United States Court of Federal Claims

**Filed: 12/17/04**

**No. 98-126C**

**YANKEE ATOMIC ELECTRIC COMPANY, CONNECTICUT YANKEE ATOMIC POWER COMPANY, AND MAINE YANKEE ATOMIC POWER COMPANY**

**V.**

**THE UNITED STATES**

**Defendants/Plaintiff's exhibits submitted in Washington, DC**
**Before Judge Honorable James F. Merow**

The below exhibits have been filed with the Clerk's Office in hard copy and are not available electronically. To view these documents please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.

(Defendant's exhibits 006, 007, 008, 21, 87, 094, 103, 109, 151, 153, 155, 197, 201, 203, 204, 209, 213, 215, 218, 240, 241, 249, 252, 255, 257, 262, 264, 266, 267, 272, 273, 279, 284, 285, 286, 287, 288, 290, 318, 318A, 335, 354, 355, 363, 371, 401, 402, 403, 406, 409, 471, 494, 519, 522, 525, 544, 553, 554, 568, 593, 597, 602, 636, 637, 637A, 642, 656, 661, 664, 684, 702, 710, 713, 740, 744, 755, 757, 792, 796, 802)

Plaintiff's exhibits 7, 17, 23, 81, 88, 92, 124, 127, 285YA, 288YA, 294MY, 300YA, 353, 393, 437, 458, 459, 461, 629, 633, 678, 683, 793, 831, 856, 870, 873, 899, 951, 970, 971, 1002, 1003, 1053, 1069, 1148, 1150, 1157, 1192, 1193, 1194, 1198, 1199, 1200, 1202, 1216, 1226, 1228, 1280, 1337, 1346, 1614, 1617, 1648, 1654, 1655, 1659, 1726YA,1726CY, 1729CY, 1731MY, 1741YA, 1745YA, 1751MY, 1785, 1795, 1802, 1845, 1846, 1847, 1881, 1884, 1905, 1906, 1913, 1916, 1918, 1920, 1925, 1929, 1933, 1949, 1952, 1953, (1964 UNDER SEAL) 1972, 2003,

2005, 2018, 2032, 2010, 2025, 2037, 2040, 2043, 2043A, 2045,