# In the United States Court of Federal Claims

**NOTICE**

**YANKEE ATOMIC ELECTRIC COMPANY, CONNECTICUT YANKEE ATOMIC POWER COMPANY, AND MAINE YANKEE ATOMIC POWER COMPANY,**

**No. 98-126**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C.,** August 19, 2004

To Attorney of Record, Assistant Attorney General and Judge : Honorable James F. Merow.

Please take notice that in the above cause there has been filed this day, on behalf of the parties, transcripts of proceedings (5 volumes UNDER SEAL) submitted at Washington, D.C., on July 16, 20, August 12,17, 18, 2004.

Brian Bishop

Brian Bishop Clerk