# In the United States Court of Federal Claims

No. 98-126C
(Filed September 12, 2005)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

The decision rendered in *Indiana Michigan Power Co. v. United States*, __ F.3d __, 2005 WL 2173563 (Fed. Cir. Sept. 9, 2005) impacts on the damages which may be considered for an award in this litigation.

Accordingly, it is **ORDERED** that the parties shall confer and, on or before October 5, 2005, file a memorandum(s) setting forth a proposed schedule(s) for supplemental submissions detailing, with specificity, the damage items which may be addressed in this litigation in accord with the Federal Circuit's ruling.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States,* No. 98-154 C and *Maine Yankee v. United States,* No. 98-474 C.