# In the United States Court of Federal Claims

No. 98-126C
(Filed October 3, 2005)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On October 3, 2005, counsel for plaintiff and defendant informed the court by telephone of their agreement to request an enlargement of time within which to file memorandum(s) pursuant to the Order filed September 12, 2005.

Accordingly, it is **ORDERED** that parties shall file memorandum(s) setting forth a proposed schedule(s) for supplemental submissions detailing, with specificity, the damage items which may be addressed in this litigation in accord with the Federal Circuit's ruling on or before October 7, 2005.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States,* No. 98-154 C and *Maine Yankee v. United States,* No. 98-474 C.