IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC CO., | ) | |
| Plaintiff, | ) | No. 98-126C |
| v. | ) | (Senior Judge Merow) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MEMORANDUM PROPOSING BRIEFING SCHEDULE[1]

Pursuant to the Court's Order of September 12, 2005, the parties propose the following schedule for supplemental submissions addressing the affect of the United States Court of Appeals for the Federal Circuit's decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 & -5139, 2005 WL 2173563 (Fed. Cir.):

1. Initial Submissions by each party on November 17, 2005
2. Responsive Submissions by each party on December 8, 2005.[2]

In addition, given the importance and complexity of the issues, the parties request the opportunity to provide oral argument to the Court on these issues. And given the significant passage of time during this litigation, the parties urge the Court to hear argument at its earliest opportunity following the responsive submissions proposed above, preferably before the holiday vacation season.

[1] This Joint Memorandum should also be deemed applicable to *Connecticut Yankee v. United States*, No. 98-154C and *Maine Yankee v. United States*, No. 98-474C.

[2] We recognize that the time period within which either party may seek reconsideration and/or rehearing of the Federal Circuit's decision in *Indiana Michigan* does not expire until October 24, 2005 and that the Federal Circuit's mandate will not issue until after that deadline passes.

Respectfully submitted,

Dated: October 7, 2005

____________s/_______________

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
YANKEE ATOMIC ELECTRIC
COMPANY

Of Counsel:

Robert L. Shapiro
GREENBERG TRAURIG, LLP

____________s/______________________

HAROLD D. LESTER, JR.
U. S. Department of Justice
Civil Division - Commercial
Litigation Branch
1100 L Street, N.W., Room 7020
Washington, DC 20530
(202) 305-7571 (Telephone)
(202) 305-7643 (Facsimile)
*Counsel for Defendant*
UNITED STATES OF AMERICA