# In the United States Court of Federal Claims

No. 98-126C
(Filed October 11, 2005)

********************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
********************************

**ORDER**[1/]

Pursuant to the Order filed September 12, 2005, parties have filed a Joint Memorandum Proposing a Briefing Schedule for supplemental submissions addressing the effect of the decision rendered in *Indiana Michigan Power Co. v. United States*, __ F.3d __, 2005 WL 2173563 (Fed. Cir. Sept. 9, 2005).

Accordingly, it is **ORDERED** that:

(1) Initial submissions by each party shall be filed on November 17, 2005;

(2) Parties' responsive submissions shall be filed on December 8, 2005;

(3) Oral Argument shall be scheduled for December 19, 2005 at 10:30 a.m., at the National Courts Building in Washington, DC.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.