# In the United States Court of Federal Claims

No. 98-126C
(Filed October 11, 2005)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

By conference call on November 7, 2005, parties requested a modification of the supplemental briefing and oral argument schedule.

Accordingly, it is **ORDERED** that:

(1) Initial submissions by each party addressing the effect of the decision rendered in *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369 (Fed. Cir. 2005) shall be filed on December 2, 2005;

(2) Parties' responsive submissions shall be filed on December 23, 2005;

(3) Oral Argument shall be scheduled for January 10, 2006 at 10:30 a.m., at the National Courts Building in Washington, DC.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.