IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC CO., | ) | |
| Plaintiff, | ) | No. 98-126C |
| v. | ) | (Senior Judge Merow) |
| UNITED STATES OF AMERICA, | ) | Filed Electronically December 2, 2005 |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR TWO-DAY ENLARGEMENT OF TIME TO FILE POST-TRIAL BRIEFS ADDRESSING IMPACT OF *INDIANA MICHIGAN***

Plaintiff Yankee Atomic Electric Co. ("Yankee Atomic") respectfully requests an enlargement of time of two business days, to December 6, 2005 for the simultaneous filing of the parties' initial submissions addressing the effect of the Federal Circuit's decision in *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369 (Fed. Cir. 2005).[1] By Order dated November 8, 2005, the Court granted the parties' request, made in light of the then-pending petition for panel rehearing in *Indiana Michigan*, to enlarge the time for filing these submissions until today, December 2, 2005, for the initial submissions, and December 23, 2005 for the parties' simultaneous responsive submissions, with oral argument to be held January 10, 2006. That was the only previous request for an enlargement of time for these purposes.

Yankee Atomic had been waiting for disposition of the *Indiana Michigan* rehearing petition to finalize its initial submission. On Monday November 28, when Yankee Atomic

[1] This should also be deemed applicable to *Connecticut Yankee Atomic Power Co. v .United States*, No. 98-154C and *Maine Yankee Atomic Power Co. v. United States*, No. 98-474C.

learned that the petition was denied the day after Thanksgiving, November 25, Yankee Atomic proceeded to finalize its initial submission. The two-day enlargement requested here will provide additional time to allow appropriate persons at each of the Yankee Utilities to provide final input on the submission.

The undersigned discussed this motion with Mr. Lester, who stated the government does not oppose. Both parties also agree that this enlargement will not necessarily require any change in the dates for the responsive submissions or the oral argument, and that no change to those dates need be made at this time. If, upon review of the respective initial submissions either or both parties believe those dates should be adjusted, we will inform the Court.

Respectfully submitted,

s/Harold D. Lester, Jr. by s/Jerry Stouck
HAROLD D. LESTER, JR.
Assistant Director
Civil Division
Commercial Litigation
U.S. Department of Justice
1100 L Street, NW, 8th Floor
Washington, DC 20005
(202) 305-9640 (Telephone)
(202) 307-2503 (Facsimile)
*Counsel for Defendant*

s/Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20006
202) 331-3173 (Telephone)
(202) 331-3101 (Facsimile)
*Counsel for Plaintiffs*
YANKEE ATOMIC ELECTRIC COMPANY,
CONNECTICUT YANKEE ATOMIC
POWER COMPANY, and
MAINE YANKEE ATOMIC
POWER COMPANY

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP

Date: December 2, 2005