# In the United States Court of Federal Claims

No. 98-126C
(Filed December 5, 2005)

******************************

| | |
|---|---|
| YANKEE ATOMIC | * |
| ELECTRIC COMPANY, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |

******************************

**ORDER**[1/]

On December 2, 2005, plaintiff's Unopposed Motion for Two-Day Enlargement of Time to File Post-Trial Briefs Addressing Impact of *Indian Michigan* was filed. Plaintiff requests an enlargement of time to and including December 6, 2005, for the simultaneous filing of the parties' initial submissions addressing the effect of the Federal Circuit's decision in *Indiana Michigan Power Co. v. United States*, 422 F.3d 1369 (Fed. Cir. 2005).

Accordingly, it is **ORDERED** that plaintiff's motion, filed December 2, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.