# APPENDIX

This Appendix explains in further detail how damages through 2002 for each of the Yankee Utilities are derived from exhibits and other materials submitted during trial. To assist this explanation, eleven exhibits are attached (labeled A1, A2, A3, etc.), most of which are copies of exhibits and other materials submitted during trial and three of which are newly-created based on those trial materials. Those three exhibits, A1, A2, and A3, each set forth four tables applicable to one of the Yankee Utilities, labeled Table YA1, YA2, YA3, YA4, for Yankee Atomic, CY1, CY2, CY3, for Connecticut Yankee, etc.). As explained further below, these tables take damages data for each respective company from exhibits and other materials submitted during trial, and show in logical progression how damages through 2002 can be derived from those trial materials. The "bottom-line" – damages through 2002 for each of the Yankee Utilities – is shown on Table YA4 of exhibit A1, Table CY4 of exhibit A2 and Table MY4 of exhibit A3, which tables are reproduced on page 11 of the accompanying brief.

The "source" materials for these tables are of two types. First are exhibits submitted for each company at trial showing damages year-by-year out to 2012 (2011 for Maine Yankee) in three descriptive damages categories used by the Yankee Utilities at trial and in post-trial briefing: ISFSI Construction damages, ISFSI Operations damages and Wet Pool Related damages. These schedules were taken directly from Dr. Wise's expert reports, were designated as follows in the Yankee Utilities case-in-chief at trial, *see* Tr. 7469:23-7470:3; 7599:5-7, and copies are also attached hereto as the following

indicated exhibits to this Appendix: for Yankee Atomic, P2043a.16, exhibit A4; for Connecticut Yankee, P2043a.19, exhibit A5; for Maine Yankee, P2043a.22, exhibit A6.[1]

The second type of source material for the tables set forth in exhibits A1, A2 and A3 are schedules showing the calculated values, by item and in some documents by year, of each "adjustment" to claimed damages that was agreed to by one of the Yankee Utilities before or at trial. The values for each of those adjustments could only be calculated during trial, after underlying trial testimony about each damages item was given. *See* Tr. 3282:19-3283:14, 3284:2-5, 3285:10-13. The total value of each agreed adjustment to damages was set forth in exhibits presented at trial, *see* Tr. 7475:1-3, 7476:14-7477:13, specifically P2043.12, exhibit A7 for Yankee Atomic; P2043.13, exhibit A8 for Connecticut Yankee; and P2043.14, exhibit A9 for Maine Yankee, but how the total value of each agreed adjustment was distributed over one or more years was not.[2] The year-by-year distribution of each agreed adjustment (except one, discussed in note 6 below) was only shown in schedules (one for each of the Yankee Utilities) attached to a letter dated August 11, 2004 from the Yankee Utilities' counsel that was delivered to government counsel during trial, promptly after the values were calculated, *see* Tr. 3282:19-3283:19, 33284:2-10, at the Court's request. *See* Tr. 3287:18-22 ("COURT: The best solution is for Plaintiffs to work them up as soon as you can and

---

[1] A number of schedules that are identical for damages through 2002, but were numbered slightly differently, were also presented at trial: (1) in the Yankee Utilities case-in-chief 7469:23-7470:3, P2043a.15, .18 and .21 for Yankee Atomic, Connecticut Yankee and Maine Yankee, respectively, *see* Tr. 7469:23-7470:3 (these schedules differ from those cited in the Appendix text only in that for "future" damages after 2002, these schedules used a different discount rate), and (2) in the Yankee Utilities' rebuttal case, P2043.8 and .9 for Yankee Atomic (identical to P2043a.15 and .16, respectively) and P2043.10 and .11 for Connecticut Yankee (identical to P2043a.19 and .19 respectively), *see* Tr. 7598:22-7599-7.

[2] The series of exhibits numbered P2043a.1, .2, .3, etc. are the damages exhibits presented in the Yankee Utilities' case-in-chief, and those numbered P2043.1.,2, .3, etc. (without the "a") are those presented in the rebuttal case.

provide them to counsel for Defendant so that they can address them in their case if they have any objections."); *see also* Tr. 3284: 18-21 ("[COURT:] You can be assured that counsel will be asked to provide as a part of final conclusions the actual mathematical effect of any adjustments that you agree to or want to make in the process."). A copy of counsel's August 11 letter, including the attached schedules it forwarded, is attached hereto as exhibit A10. Attachments A-C to that letter, applicable to Yankee Atomic, Connecticut Yankee and Maine Yankee, respectively, are essentially identical to the trial exhibits described above, P2043.12, .13 and .14, exhibits A7-9 hereto, showing the total value of each agreed adjustment to damages (the only differences being that one adjustment, labeled item 12 in P2043.12 for Yankee Atomic and item 11 in P2043.13 for Connecticut Yankee, is not listed in the corresponding schedules attached to counsel's August 11 letter because when the letter was written those items had not yet been calculated, *see* Tr. 7478:8-7479:7). Attachments D-F to counsel's August 11 letter, applicable to Yankee Atomic, Connecticut Yankee and Maine Yankee, respectively, show the year-by-year distribution of each agreed adjustment (except one, *see* note 6), data not contained in any trial exhibit.[3]

More specifically, Tables 1 through 4 in exhibits A1, A2 and A3 show the following:

---

[3] Because the values of items 12 and 11 in trial exhibits P2043.12 and .13, respectively, were not calculated until after counsel's August 11 letter was written, the year-by-year distribution of those items was not shown in the letter's attachments. As reflected in Table 2 of exhibits 1 and 2 to this brief, the agreed adjustment to damages shown as item 12 for Yankee Atomic (totaling $35,727) impacts damages only in 2002, and only part ($71,232) of the agreed adjustment shown as item 11 for Connecticut Yankee (which totals approximately $105,000), impacts damages in 2002. Schedules showing the year-by-year distribution of these two items (which together total less than $140,000), prepared by Dr. Wise's firm, The Brattle Group, to assist the Yankee Utilities with post-trial briefing from models disclosed to the government during pretrial proceedings, are attached hereto as exhibit 11 .

— Table 1 for each company, entitled "Damages Through 2002 Prior to Adjustments Agreed to at Trial," is a schedule showing damages through 2002 which, except for the "total" column, simply restates figures also set forth at trial in P2043a.16, exhibit A4 (for Yankee Atomic); P2043a.19, exhibit A5 (for Connecticut Yankee); and P2043a.22, exhibit A6 (for Maine Yankee). Those trial exhibits showed damages out to 2012 (2011 for Maine Yankee). Thus, each Table 1 is simply a part of those trial exhibits, with newly-calculated "totals" for damages through 2002 (as opposed to the totals shown on the trial exhibits, which were for damages out to 2011 and 2012). Except for the totals, the data shown in each Table 1 is identical to the data through 2002 shown in the trial exhibits because damages through 2002, being "past" damages, were stated in the trial exhibits at their actual, "nominal" values, and did not reflect adjustments for future inflation ("escalation") or discounting to present value that arguably would be subject to adjustment now with the passage of time and the availability of actual inflation data.

— Table 2 for each company, entitled "Value of Agreed Changes," is a schedule showing the same year-by-year distribution of each adjustment to damages agreed to by the Yankee Utilities at trial as was set forth in Attachments D-F to their counsel's August 11 letter, except that (1) each Table 2 only shows, and calculates totals for, the year-by-year values through 2002, whereas Attachments D-F to counsel's August 11 letter showed and calculated totals through 2011 and 2012, (2) the values shown shaded in each Table 2 include the appropriate amount of contingency, whereas Attachment's D-F to counsel's August 11 letter show those values net of contingency with the appropriate contingency for each item (i.e., 10%, 15%, etc.) listed separately; thus, the values shown

shaded in each Table 2 result from multiplying the corresponding values shown in Attachments D-F to the August 11 letter by the contingency amount indicated there for each item, and (3) for the one agreed adjustment noted above and discussed in note 6 – item 12 listed on Table YA2 in exhibit A1 for Yankee Atomic, and item 11 listed in Table CY2 in exhibit A2 for Connecticut Yankee – nothing was shown in Attachments D-F to counsel's August 11 letter, because when the letter was written the amount of that agreed adjustment could not yet be calculated from trial testimony, *see* Tr. 7478:8-7479:7; the values for this item shown in Tables YA2 and CY2 is taken from exhibit 11 hereto, as explained in note 6.

— Table 3 for each company, entitled "Value of Agreed Changes – In Cost Categories," simply takes from Table 2 both the year-by-year and the total values for each agreed adjustment to damages and places those values in an appropriate damages category, either as "ISFSI Construction damages" or as "Wet Pool Related damages." The appropriate categorization is obvious either from the description of each respective agreed adjustment in Table 2 or from trial testimony.

— Table 4 for each company, entitled "Adjusted Damages (Including Agreed Changes)," subtracts the agreed adjustments as shown in Table 3 from the data shown in Table 1, thus showing each company's year-by year and total damages.

# EXHIBIT A1

**Table YA-1**
**Yankee Atomic - Damages Through 2002 Prior to Adjustments Agreed to at Trial**
**(Nominal Dollars)**

| Item | Total | Year: Pre-1999 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|
| ISFSI Construction | 70,380,878 | 2,177,131 | 5,260,242 | 11,279,391 | 18,893,198 | 32,770,916 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | 39,213,896 | - | 10,867,912 | 6,810,083 | 9,911,002 | 11,624,899 |
| **Total** | 109,594,774 | 2,177,131 | 16,128,153 | 18,089,474 | 28,804,200 | 44,395,815 |

**Source:** Appendix Exhibit A4.

**Table YA-2**
**Yankee Atomic - Value of Agreed Changes**
**(Nominal Dollars)**

| | Category | Total | Year: Pre-1999 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| 1 | Pre-9/11 Security | - | - | - | - | - | - |
| 2 | Enhanced Security | - | - | - | - | - | - |
| 3 | Electrical Utilities - ISFSI | 37,454 | - | - | - | - | 37,454 |
| 4 | Spent Fuel Transfer to DOE | 3,080,825 | 3,080,825 | - | - | - | - |
| 5 | Record Document Services | - | - | - | - | - | - |
| 6 | Officer Contract Benefits - Phase 02 | 15,862 | - | - | 11,275 | 68 | 4,518 |
| 7 | Officer Contract Benefits - Phase 06 | 1,135 | - | - | 826 | 9 | 300 |
| 8 | Environmental Services - Phase 02 | 329,094 | - | - | - | - | 329,094 |
| 9 | Environmental Services - Phase 06 | 71,038 | - | - | - | - | 71,038 |
| 10 | Final Status Survey Engineers | 410,712 | - | - | - | - | 410,712 |
| 11 | Spent Fuel Rack Removal | 3,833,319 | - | - | - | 1,352,936 | 2,480,383 |
| 12 | M&S Adjustment due to Staffing Change | 35,727 | - | - | - | - | 35,727 |
| **Total** | | 7,815,166 | 3,080,825 | - | 12,101 | 1,353,013 | 3,369,226 |

**Source:** Items 1-11 are found in Appendix Exhibit A10, Attachment D.
Item 12 is shown on Appendix Exhibit A7.

**Notes:** For Items 1-11, multiply values cited in Attachment D by the contingency factors shown in Attachment D to determine the highlighted items.
For Items 1, 2, and 5, no agreed changes occur in the damages period through 2002.

**Table YA-3**
**Yankee Atomic - Value of Agreed Changes - In Cost Categories**
**(Nominal Dollars)**

| Item | Total | Year: Pre-1999 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|
| ISFSI Construction | 7,023,771 | 3,080,825 | - | 826 | 1,352,945 | 2,589,175 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | 791,395 | - | - | 11,275 | 68 | 780,051 |
| **Total** | 7,815,166 | 3,080,825 | - | 12,101 | 1,353,013 | 3,369,226 |

**Note:** Place values from Table YA-2 in appropriate damages categories.

**Table YA-4**
**Yankee Atomic - Damages Through 2002 Including Agreed Changes**
**(Nominal Dollars)**

| Item | Total | Year: Pre-1999 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|
| ISFSI Construction | 63,357,106 | (903,694) | 5,260,242 | 11,278,565 | 17,540,253 | 30,181,741 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | 38,422,501 | - | 10,867,912 | 6,798,808 | 9,910,934 | 10,844,848 |
| **Total** | 101,779,608 | (903,694) | 16,128,153 | 18,077,372 | 27,451,188 | 41,026,589 |

**Note:** Subtract the values in Table YA-3 from the values in Table YA-1.

# EXHIBIT A2

**Table CY-1**
**Connecticut Yankee - Damages Through 2002 Prior to Adjustments Agreed to at Trial**
**(Nominal Dollars)**

| | | Year | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Total** | **Pre-1999** | **1999** | **2000** | **2001** | **2002** |
| ISFSI Construction | 67,090,840 | 104,744 | 4,389,891 | (414,761) | 27,236,488 | 35,774,478 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | 22,586,523 | 8,350,893 | - | - | 3,522,883 | 10,712,747 |
| **Total** | 89,677,363 | 8,455,637 | 4,389,891 | (414,761) | 30,759,372 | 46,487,224 |

**Source:** Appendix Exhibit A5.

**Table CY-2**
**Connecticut Yankee - Value of Agreed Changes**
**(Nominal Dollars)**

| | | | Year | | | | |
|---|---|---|---|---|---|---|---|
| | **Category** | **Total** | **Pre-1999** | **1999** | **2000** | **2001** | **2002** |
| 1 | Pre-9/11 Security | - | - | - | - | - | - |
| 2 | Enhanced Security | - | - | - | - | - | - |
| 3 | Crane Upgrade | 1,114,554 | - | 278,639 | - | - | 835,916 |
| 4 | Electrical Utilities - ISFSI | 38,830 | - | - | - | - | 38,830 |
| 5 | Spent Fuel Transfer to DOE | 5,233,725 | - | - | 5,857,552 | (623,827) | - |
| 6 | Record Document Services | - | - | - | - | - | - |
| 7 | Officer Contract Benefits - Phase 02 | 6,519 | - | - | - | - | 6,519 |
| 8 | Officer Contract Benefits - Phase 06 | 646 | - | - | 12 | - | 634 |
| 9 | 2005 Computer Upgrade | - | - | - | - | - | - |
| 10 | Final Status Survey Engineers | 392,920 | - | - | - | - | 392,920 |
| 11 | M&S Adjustment due to Staffing Change | 71,232 | - | - | - | - | 71,232 |
| **Total** | | 6,858,425 | - | 278,639 | 5,857,564 | (623,827) | 1,346,050 |

**Source:** Items 1-10 are found in Appendix Exhibit A10, Attachment E.
Item 11 is shown on Appendix Exhibit A8 for the total period 2002-2003, and Appendix Exhibit A11 for the year 2002 contribution.

**Notes:** For Items 1-10, multiply values cited in Attachment E by the contingency factors shown in Attachment E to determine the highlighted items.
For Items 1, 2, 6, and 8, no agreed changes occur in the damages period through 2002.

**Table CY-3**
**Connecticut Yankee - Value of Agreed Changes - In Cost Categories**
**(Nominal Dollars)**

| | | Year | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Total** | **Pre-1999** | **1999** | **2000** | **2001** | **2002** |
| ISFSI Construction | 6,780,675 | - | 278,639 | 5,857,564 | (623,827) | 1,268,300 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | 77,751 | - | - | - | - | 77,751 |
| **Total** | 6,858,425 | - | 278,639 | 5,857,564 | (623,827) | 1,346,050 |

**Note:** Place values from Table CY-2 in appropriate damages categories.

**Table CY-4**
**Connecticut Yankee - Damages Through 2002 Including Agreed Changes**
**(Nominal Dollars)**

| | | Year | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Total** | **Pre-1999** | **1999** | **2000** | **2001** | **2002** |
| ISFSI Construction | 60,310,165 | 104,744 | 4,111,252 | (6,272,325) | 27,860,316 | 34,506,178 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | 22,508,772 | 8,350,893 | - | - | 3,522,883 | 10,634,996 |
| **Total** | 82,818,937 | 8,455,637 | 4,111,252 | (6,272,325) | 31,383,199 | 45,141,174 |

**Notes:** Subtract the values in Table CY-3 from the values in Table CY-1.

# EXHIBIT A3

**Table MY-1**
**Maine Yankee - Damages Through 2002 Prior to Adjustments Agreed to at Trial**
**(Nominal Dollars)**

| | | Year | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Total** | **Pre-1999** | **1999** | **2000** | **2001** | **2002** |
| ISFSI Construction | 71,621,848 | 255,829 | 6,938,038 | 25,238,084 | 26,958,060 | 12,231,837 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | 12,384,114 | 10,069,018 | - | - | - | 2,315,096 |
| **Total** | 84,005,961 | 10,324,847 | 6,938,038 | 25,238,084 | 26,958,060 | 14,546,933 |

**Source:** Appendix Exhibit A6.

**Table MY-2**
**Maine Yankee - Value of Agreed Changes**
**(Nominal Dollars)**

| | | | Year | | | | |
|---|---|---|---|---|---|---|---|
| | **Category** | **Total** | **Pre-1999** | **1999** | **2000** | **2001** | **2002** |
| 1 | Security | - | - | - | - | - | - |
| 2 | Security | - | - | - | - | - | - |
| 3 | Security | - | - | - | - | - | - |
| 4 | Security | - | - | - | - | - | - |
| 5 | Security | - | - | - | - | - | - |
| 6 | Security | - | - | - | - | - | - |
| 7 | Crane Upgrade | 1,391,092 | - | - | 345,795 | 724,946 | 320,351 |
| 8 | Severance | - | - | - | - | - | - |
| 9 | Electrical Utilities - ISFSI | - | - | - | - | - | - |
| 10 | Spent Fuel Transfer to DOE | 4,525,220 | - | - | - | 4,838,720 | (313,500) |
| 11 | Maintenance Agreements | - | - | - | - | - | - |
| **Total** | | 5,916,312 | - | - | 345,795 | 5,563,666 | 6,851 |

**Source:** Items 1-11 are found in Appendix Exhibit A10 Attachment F.
Maine Yankee updated Year 2002 for Item 7 after the letter shown in Appendix A10. The total value for the crane upgrade is cited on page 93 of Maine Yankee's Proposed Finding of Fact, November 17, 2004, and at P2043.14.

**Notes:** For Item 10, multiply values cited in Attachment F by the contingency factor shown in Attachment F to determine for the highlighted items.
For Items 1-6, 8, 9, and 11, no agreed changes occur in the damages period through 2002.

**Table MY-3**
**Maine Yankee - Value of Agreed Changes - In Cost Categories**
**(Nominal Dollars)**

| | | Year | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Total** | **Pre-1999** | **1999** | **2000** | **2001** | **2002** |
| ISFSI Construction | 5,916,312 | - | - | 345,795 | 5,563,666 | 6,851 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | - | - | - | - | - | - |
| **Total** | 5,916,312 | - | - | 345,795 | 5,563,666 | 6,851 |

**Note:** Place values from Table MY-2 in appropriate damages categories.

**Table MY-4**
**Maine Yankee - Damages Through 2002 Including Agreed Changes**
**(Nominal Dollars)**

| | | Year | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Total** | **Pre-1999** | **1999** | **2000** | **2001** | **2002** |
| ISFSI Construction | 65,705,536 | 255,829 | 6,938,038 | 24,892,289 | 21,394,394 | 12,224,986 |
| ISFSI Operations | - | - | - | - | - | - |
| Wet Pool Related | 12,384,114 | 10,069,018 | - | - | - | 2,315,096 |
| **Total** | 78,089,649 | 10,324,847 | 6,938,038 | 24,892,289 | 21,394,394 | 14,540,082 |

**Note:** Subtract the values in Table MY-3 from the values in Table MY-1.