# EXHIBIT A4

# Yankee Atomic Damages By Year

## Assumes Single Government Campaign to Remove All Yankee Atomic Fuel in 2010

(Present Value January 2003 Dollars using a Risk-Free Discount Rate)

| Item | Total | Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| ISFSI Construction | 83,902,869 | 2,177,131 | 5,260,242 | 11,279,391 | 18,893,198 | 32,770,916 | 12,290,973 | 1,231,018 | - | - | - | - | - | - | - | - |
| ISFSI Operations | 75,047,601 | - | - | - | - | - | 4,556,957 | 7,197,620 | 4,051,590 | 8,320,618 | 7,676,161 | 10,400,337 | 6,826,367 | 7,472,839 | 9,645,579 | 8,899,533 |
| Wet Pool Related | 41,584,119 | - | 10,867,912 | 6,810,083 | 9,911,002 | 11,624,899 | 2,370,223 | - | - | - | - | - | - | - | - | - |
| Total | 200,534,589 | 2,177,131 | 16,128,153 | 18,089,474 | 28,804,200 | 44,395,815 | 19,218,152 | 8,428,639 | 4,051,590 | 8,320,618 | 7,676,161 | 10,400,337 | 6,826,367 | 7,472,839 | 9,645,579 | 8,899,533 |

PLAINTIFF'S EXHIBIT
tabbies
P2043a.16