# EXHIBIT A5

# Connecticut Yankee Damages By Year

## Assumes Single Government Campaign to Remove All Connecticut Yankee Fuel in 2010

(Present Value January 2003 Dollars using a Risk-Free Discount Rate)

| Item | Total | Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| ISFSI Construction | 78,457,090 | 104,744 | 4,389,891 | (414,761) | 27,236,488 | 35,774,478 | 10,134,813 | 1,231,437 | - | - | - | - | - | - | - | - |
| ISFSI Operations | 98,496,818 | - | - | - | - | - | - | 9,110,595 | 4,877,652 | 11,798,641 | 10,533,330 | 14,131,204 | 10,375,756 | 11,844,691 | 14,461,984 | 11,362,965 |
| Wet Pool Related | 33,327,306 | 8,350,893 | - | - | 3,522,883 | 10,712,747 | 10,740,783 | - | - | - | - | - | - | - | - | - |
| Total | 210,281,215 | 8,455,637 | 4,389,891 | (414,761) | 30,759,372 | 46,487,224 | 20,875,596 | 10,342,033 | 4,877,652 | 11,798,641 | 10,533,330 | 14,131,204 | 10,375,756 | 11,844,691 | 14,461,984 | 11,362,965 |

PLAINTIFF'S EXHIBIT
tabbies®
P2043a.19