# EXHIBIT A6

# Maine Yankee Damages By Year

## Assumes Single Government Campaign to Remove All Maine Yankee Fuel in 2010

(Present Value January 2003 Dollars using a Risk-Free Discount Rate)

| Item | Total | Year | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| ISFSI Construction | 89,631,459 | 255,829 | 6,938,038 | 25,238,084 | 26,958,060 | 12,231,837 | 17,826,474 | 183,137 | - | - | - | - | - | - | - |
| ISFSI Operations | 61,214,661 | - | - | - | - | - | - | 2,957,637 | 6,756,542 | 6,613,831 | 6,685,799 | 7,334,249 | 6,887,466 | 10,147,368 | 13,831,770 |
| Wet Pool Related | 17,075,173 | 10,069,018 | - | - | - | 2,315,096 | 4,691,059 | - | - | - | - | - | - | - | - |
| Total | 167,921,293 | 10,324,847 | 6,938,038 | 25,238,084 | 26,958,060 | 14,546,933 | 22,517,533 | 3,140,774 | 6,756,542 | 6,613,831 | 6,685,799 | 7,334,249 | 6,887,466 | 10,147,368 | 13,831,770 |

PLAINTIFF'S EXHIBIT
tabbies
P2043a.22