# EXHIBIT A7

# Value of Changes Agreed to by Yankee Atomic

| | Item | Constant (mid 2002.5) | PV 2003 (Risk-Adjusted) | PV 2003 (Risk-Free) |
|---|---|---|---|---|
| 1 | Pre-9/11 Security | 1,568,957 | 1,248,212 | 1,550,263 |
| 2 | Enhanced Security | 3,744,000 | 2,985,923 | 3,701,609 |
| 3 | Electrical Utilities - ISFSI | 832,909 | 761,099 | 841,261 |
| 4 | Spent Fuel Transfer to DOE | 3,080,825 | 3,080,825 | 3,080,825 |
| 5 | Record Document Services | 33,495 | 31,233 | 34,228 |
| 6 | Officer Contract Benefits - Phase 02 | 15,862 | 15,862 | 15,862 |
| 7 | Officer Contract Benefits - Phase 06 | 15,767 | 15,636 | 15,999 |
| 8 | Environmental Services - Phase 02 | 329,094 | 329,094 | 329,094 |
| 9 | Environmental Services - Phase 06 | 1,686,270 | 1,621,283 | 1,715,536 |
| 10 | Final Status Survey Engineers | 410,712 | 410,712 | 410,712 |
| 11 | Spent Fuel Rack Removal | 3,833,319 | 3,833,319 | 3,833,319 |
| 12 | M&S Adjustment due to Staffing Change | 35,727 | 35,727 | 35,727 |
| | Total | 15,586,938 | 14,368,927 | 15,564,435 |

PLAINTIFF'S EXHIBIT
tabbies
P2043.12

# EXHIBIT A8

# Value of Changes Agreed to by Connecticut Yankee

| | Item | Constant (mid 2002.5) | PV 2003 (Risk-Adjusted) | PV 2003 (Risk-Free) |
|---|---|---|---|---|
| 1 | Pre-9/11 Security | 1,282,800 | 1,012,428 | 1,267,666 |
| 2 | Enhanced Security | 2,995,200 | 2,368,260 | 2,961,098 |
| 3 | Crane Upgrade | 1,114,554 | 1,114,554 | 1,114,554 |
| 4 | Electrical Utilities - ISFSI | 556,317 | 482,924 | 559,790 |
| 5 | Spent Fuel Transfer to DOE | 5,233,725 | 5,233,725 | 5,233,725 |
| 6 | Record Document Services | 71,775 | 62,607 | 72,444 |
| 7 | Officer Contract Benefits - Phase 02 | 19,040 | 19,066 | 19,218 |
| 8 | Officer Contract Benefits - Phase 06 | 10,030 | 9,802 | 10,207 |
| 9 | 2005 Computer Upgrade | 49,944 | 48,036 | 51,006 |
| 10 | Final Status Survey Engineers | 589,380 | 589,791 | 592,167 |
| 11 | M&S Adjustment due to Staffing Change | 104,890 | 104,958 | 105,368 |
| | Total | 12,027,655 | 11,046,149 | 11,987,242 |

PLAINTIFF'S EXHIBIT
P2043.13
tabbies