# EXHIBIT A9

# Value of Changes Agreed to by Maine Yankee

| | Item | Constant (mid 2002.5) | PV 2003 (Risk-Adjusted) | PV 2003 (Risk-Free) |
|---|---|---|---|---|
| 1 | Security Lead | 234,440 | 185,397 | 227,545 |
| 2 | Security Training | 2, 102 | 1,662 | 2,040 |
| 3 | Security FFD Coverage | 30,313 | 23,972 | 29,421 |
| 4 | Security Officers | 409,200 | 323,599 | 397,166 |
| 5 | Security Armorer/Trainer | 58,610 | 46,349 | 56,886 |
| 6 | Security Training for New Hires | 14,669 | 11,600 | 14,237 |
| 7 | Crane Upgrade | 1,391,092 | 1,391,092 | 1,391,092 |
| 8 | Severance | 337,229 | 323,133 | 342,639 |
| 9 | Electrical Utilities - ISFSI | 968,768 | 862,427 | 970,961 |
| 10 | Spent Fuel Transfer to DOE | 4,525,220 | 4,525,220 | 4,525,220 |
| 11 | Maintenance Agreements | 219,120 | 195,607 | 219,788 |
| | Total | 8,190,762 | 7,890,059 | 8,176,996 |

PLAINTIFF'S EXHIBIT
P2043.14
tabbies®