# EXHIBIT A10

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Jerry Stouck
202.898.5839
jstouck@spriggs.com

August 11, 2004

VIA FACSIMILE/ORIGINAL TO
FOLLOW VIA HAND DELIVERY

Harold D. Lester, Jr.
Kevin Crawford
Commercial Litigation Branch Civil Division
United States Department of Justice
Eighth Floor Mailroom
1100 L Street, NW
Washington, D.C. 20530

Re: *Yankee Atomic Electric Co. v. United States*, No. 98-126C (Fed. Cl.);
*Connecticut Yankee Atomic Power Co. v. United States*, No. 98-154C (Fed. Cl.);
*Maine Yankee Atomic Power Co. v. United States*, No. 98-474C (Fed. Cl.)

Dear Harv and Kevin:

As indicated during the testimony of Kathleen Jewell-Kelleher, Kenneth Heider, Todd Smith, and Dr. Kenneth Wise, there are a few discrete items, which following the pre-trial audit process and a review of criticisms offered by the government's experts, we have determined should be adjusted from the Yankee Utilities' damages claim. Pursuant to the Court's suggestion (*see* July 28, 2004 Trial Tr. 3287:18-22), we have prepared the attached summary of these adjustments along with their approximated quantification, *see* enclosed Attachments A through F.

Also included in the attached summary for Yankee Atomic is a NAC contract related adjustment that has not been addressed in prior testimony, but that will be addressed in rebuttal. With reference to Appendix E to Mr. Abbott's Yankee Atomic report regarding the NAC Contract Scope Analysis, we intend to make an adjustment for NAC milestone payments 5.01 through 5.05 to remove the costs associated with the spent fuel pool rack removal project. Our previous review of the items in Appendix E indicated that NAC milestone payments were allocated to decommissioning. On re-review, we confirmed that such was the case for the Amendment 2 milestone related to clean-up of the spent fuel pool, but not for the milestones 5.01 through 5.05.

Although the parties and the Court recognize that there may be further adjustments as a result of ongoing trial proceedings (*see* July 28, 2004 Trial Tr. 3284:2-13), we are providing you with this quantification of these adjustments now in order to facilitate your review.

If you have any questions, or if your auditors would like further information as to the calculation of these adjustments, we will be pleased to provide this information and to work with you on these issues in a mutually cooperative manner.

Sincerely,

Jerry Stouck

**Attachment A**

## Summary of Changes Agreed to by Yankee Atomic

| | Item | Constant (mid-2002) | Including Contingency Constant (mid 2002.5) | Including Contingency PV 2003 (Risk-Adjusted) | Including Contingency PV 2003 (Risk-Free) |
|---|---|---|---|---|---|
| 1 | Pre-9/11 Security | 1,307,464 | 1,568,957 | 1,248,212 | 1,550,263 |
| 2 | Enhanced Security | 3,120,000 | 3,744,000 | 2,985,923 | 3,701,609 |
| 3 | Electrical Utilities - ISFSI | 757,190 | 832,909 | 761,099 | 841,261 |
| 4 | Spent Fuel Transfer to DOE | 2,678,979 | 3,080,825 | 3,080,825 | 3,080,825 |
| 5 | Record Document Services | 30,450 | 33,495 | 31,233 | 34,228 |
| 6 | Officer Contract Benefits - Phase 02 | 15,862 | 15,862 | 15,862 | 15,862 |
| 7 | Officer Contract Benefits - Phase 06 | 15,767 | 15,767 | 15,636 | 15,999 |
| 8 | Environmental Services - Phase 02 | 299,176 | 329,094 | 329,094 | 329,094 |
| 9 | Environmental Services - Phase 06 | 1,532,973 | 1,686,270 | 1,621,283 | 1,715,536 |
| 10 | Final Status Survey Engineers | 373,375 | 410,712 | 410,712 | 410,712 |
| 11 | Spent Fuel Rack Removal | 3,607,830 | 3,833,319 | 3,833,319 | 3,833,319 |
| **Total** | | **13,739,065** | **15,551,211** | **14,333,200** | **15,528,708** |

## Attachment B

### Summary of Changes Agreed to by Connecticut Yankee

| | | | Including Contingency | | |
|---|---|---|---|---|---|
| | Item | Constant (mid-2002) | Constant (mid 2002.5) | PV 2003 (Risk-Adjusted) | PV 2003 (Risk-Free) |
| 1 | Pre-9/11 Security | 1,069,000 | 1,282,800 | 1,012,428 | 1,267,666 |
| 2 | Enhanced Security | 2,496,000 | 2,995,200 | 2,368,260 | 2,961,098 |
| 3 | Crane Upgrade | 1,114,554 | 1,114,554 | 1,114,554 | 1,114,554 |
| 4 | Electrical Utilities - ISFSI | 528,429 | 581,271 | 505,787 | 585,143 |
| 5 | Spent Fuel Transfer to DOE | 4,551,065 | 5,233,725 | 5,233,725 | 5,233,725 |
| 6 | Record Document Services | 65,250 | 71,775 | 62,607 | 72,444 |
| 7 | Officer Contract Benefits - Phase 02 | 19,040 | 19,040 | 19,066 | 19,218 |
| 8 | Officer Contract Benefits - Phase 06 | 10,030 | 10,030 | 9,802 | 10,207 |
| 9 | 2005 Computer Upgrade | 45,404 | 49,944 | 48,036 | 51,006 |
| 10 | Final Status Survey Engineers | 535,800 | 589,380 | 589,791 | 592,167 |
| **Total** | | **10,434,571** | **11,947,719** | **10,964,054** | **11,907,227** |

## Attachment C

### Summary of Changes Agreed to by Maine Yankee

| | Item | Constant (mid-2002) | Including Contingency: Constant (mid 2002.5) | Including Contingency: PV 2003 (Risk-Adjusted) | Including Contingency: PV 2003 (Risk-Free) |
|---|---|---|---|---|---|
| 1 | Security | 213,127 | 234,440 | 185,397 | 227,545 |
| 2 | Security | 1,911 | 2,102 | 1,662 | 2,040 |
| 3 | Security | 27,557 | 30,313 | 23,972 | 29,421 |
| 4 | Security | 372,000 | 409,200 | 323,599 | 397,166 |
| 5 | Security | 53,282 | 58,610 | 46,349 | 56,886 |
| 6 | Security | 13,335 | 14,669 | 11,600 | 14,237 |
| 7 | Crane Upgrade | 1,241,743 | 1,241,743 | 1,241,743 | 1,241,743 |
| 8 | Severance | 306,572 | 337,229 | 323,133 | 342,639 |
| 9 | Electrical Utilities - ISFSI | 880,698 | 968,768 | 862,427 | 970,961 |
| 10 | Spent Fuel Transfer to DOE | 4,113,836 | 4,525,220 | 4,525,220 | 4,525,220 |
| 11 | Maintenance Agreements | 199,200 | 219,120 | 195,607 | 219,788 |
| **Total** | | **7,423,261** | **8,041,413** | **7,740,710** | **8,027,646** |

**Attachment D**

**YANKEE ATOMIC COMPANY ADJUSTMENTS TO DAMAGES - Figures are in 2002.5 Constant Dollars without Contingency**

| Category | Damages Line ID | Description | Escalation | Contingency | TOTALS | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Pre-9/11 Security | 11.06 | Security Administration | Variable | 20% | 1,307,464 | - | - | - | - | - | - | - | - | - | - | - | - | 237,693 | 475,386 | 594,386 |
| 2 Enhanced Security | 12.06 | Enhanced Security | Variable | 20% | 3,120,000 | - | - | - | - | - | - | - | - | - | - | - | - | 624,000 | 1,248,000 | 1,248,000 |
| 3 Electrical Utilities - ISFSI | 74.06 | Utilities - Electric | Variable | 10% | 757,190 | - | - | - | - | 34,049 | 149,688 | 83,541 | 48,108 | 59,826 | 59,826 | 59,826 | 59,826 | 70,710 | 81,788 | 50,000 |
| 4 Spent Fuel Transfer to DOE | Pre-1999 | Spent Fuel Transfer (Pool-to-DOE) | | 15% | 2,678,979 | 2,678,979 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5 Record Document Services | 44.06 | Record Document Services | Variable | 10% | 30,450 | - | - | - | - | - | 1,450 | 2,900 | 4,350 | 5,800 | 7,250 | 8,700 | - | - | - | - |
| 6 Officer Contract Benefits - Phase 02 | 25.02 | Officer Contract/Benefits | Variable | 0% | 15,862 | - | - | 11,275 | 68 | 4,518 | - | - | - | - | - | - | - | - | - | - |
| 7 Officer Contract Benefits - Phase 06 | 25.06 | Officer Contract/Benefits | Variable | 0% | 15,767 | - | - | 826 | 9 | 300 | 9,410 | 2,582 | 2,640 | - | - | - | - | - | - | - |
| 8 Environmental Services - Phase 02 | 66.02 | Outside Services | Variable | 10% | 299,176 | - | - | - | - | 299,176 | - | - | - | - | - | - | - | - | - | - |
| 9 Environmental Services - Phase 06 | 66.06 | Outside Services | Variable | 10% | 1,532,973 | - | - | - | - | 64,580 | 204,848 | 165,817 | 957,727 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| 10 Final Status Survey Engineers | 14.02 | NET Staff Aug ($) - Phase 02 | Variable | 10% | 373,375 | - | - | - | - | 373,375 | - | - | - | - | - | - | - | - | - | - |
| 11 Spent Fuel Rack Removal | 1.00 | DOC ISFSI (CAPITAL) | Fixed | 10% | 3,607,830 | - | - | - | 1,352,936 | 2,254,894 | - | - | - | - | - | - | - | - | - | - |
| Total of All Adjustments Not Including Contingency | | | | | 13,739,065 | 2,678,979 | - | 12,101 | 1,353,013 | 3,030,892 | 365,397 | 254,841 | 1,012,825 | 85,626 | 87,076 | 88,526 | 79,826 | 952,403 | 1,825,174 | 1,912,386 |

**Attachment E**

**:ONNECTICUT YANKEE COMPANY ADJUSTMENTS TO DAMAGES - Figures are in 2002.5 Constant Dollars without Contingency**

| Category | Damages Line ID | Description | Escalation | Contingency | TOTALS | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Pre-9/11 Security | 9.06 | Security Administration | Variable | 20% | 1,069,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 475,000 | 594,000 |
| 2 Enhanced Security | 10.06 | Enhanced Security | Variable | 20% | 2,496,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,248,000 | 1,248,000 |
| 3 Crane Upgrade | 0.00 | Crane Upgrade | | 0% | 1,114,554 | - | 278,639 | - | - | 835,916 | - | - | - | - | - | - | - | - | - | - |
| 4 Electrical Utilities - ISFSI | 74.06 | Utilities - Electric | Variable | 10% | 528,429 | - | - | - | - | 35,300 | (1,765) | 25,297 | 13,307 | 56,225 | 56,225 | 56,225 | 56,225 | 56,132 | 78,191 | 97,068 |
| 5 Spent Fuel Transfer to DOE | 6.00 | Spent Fuel Transfer (Pool-to-DOE) | | 15% | 4,551,065 | - | - | 5,093,523 | (542,458) | - | - | - | - | - | - | - | - | - | - | - |
| 5 Record Document Services | 43.06 | Record Document Services | Variable | 10% | 65,250 | - | - | - | - | - | 1,450 | 2,900 | 4,350 | 5,800 | 7,250 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 |
| 7 Officer Contract Benefits - Phase 02 | 26.02 | Officer Contract/Benefits | Variable | 0% | 19,040 | - | - | - | - | 6,519 | 12,521 | - | - | - | - | - | - | - | - | - |
| 8 Officer Contract Benefits - Phase 06 | 26.06 | Officer Contract/Benefits | Variable | 0% | 10,030 | - | - | 12 | - | 634 | 1,247 | 4,009 | 4,128 | - | - | - | - | - | - | - |
| 9 2005 Computer Upgrade | 68.06 | IT Supplies | Variable | 10% | 45,404 | - | - | - | - | - | - | - | 45,404 | - | - | - | - | - | - | - |
| .0 Final Status Survey Engineers | 12.02 | NET Staff Aug ($) - Phase 02 | Variable | 10% | 535,800 | - | - | - | - | 357,200 | 178,600 | - | - | - | - | - | - | - | - | - |
| 'otal of All Adjustments Not Including Contingency | | | | | 10,434,571 | - | 278,639 | 5,093,535 | (542,458) | 1,235,569 | 192,053 | 32,206 | 67,188 | 62,925 | 63,475 | 64,925 | 64,925 | 64,832 | 1,809,891 | 1,947,768 |

**Attachment F**

**MAINE YANKEE COMPANY ADJUSTMENTS TO DAMAGES - Figures are in 2002.5 Constant Dollars without Contingency**

| | Category | Damages Line ID | Description | Escalation | Contingency | TOTALS | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Security | 1355 | Security Lead | T&M / Unit Contract | 10% | 213,127 | - | - | - | - | - | - | - | - | - | - | - | - | - | 213,127 |
| 2 | Security | 1357 | Training for ISFSI/Security Leads and materials/software | Variable | 10% | 1,911 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,911 |
| 3 | Security | 1367 | FFD Coverage | Variable | 10% | 27,557 | - | - | - | - | - | - | - | - | - | - | - | - | - | 27,557 |
| 4 | Security | 1368 | Security Officer | Variable | 10% | 372,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 372,000 |
| 5 | Security | 1369 | Security Armorer/Trainer | Variable | 10% | 53,282 | - | - | - | - | - | - | - | - | - | - | - | - | - | 53,282 |
| 6 | Security | 1370 | Training and Other Costs for New Security Hires | Variable | 10% | 13,335 | - | - | - | - | - | - | - | - | - | - | - | - | - | 13,335 |
| 7 | Crane Upgrade | | Crane Upgrade | | 0% | 1,241,743 | - | - | 345,795 | 724,946 | 171,002 | - | - | - | - | - | - | - | - | - |
| 8 | Severance | 1355 | Security Lead | T&M / Unit Contract | 10% | 306,572 | - | - | - | - | - | - | - | 306,572 | - | - | - | - | - | - |
| 9 | Electrical Utilities - ISFSI | 1422 | Electical Utilities | Variable | 10% | 880,698 | - | - | - | - | - | - | 107,426 | 107,426 | 107,426 | 107,426 | 107,426 | 107,426 | 107,426 | 128,713 |
| 10 | Spent Fuel Transfer to DOE | 786 | Spent Fuel Transfer Pool to DOE | | 10% | 4,113,836 | - | - | - | 4,398,836 | (285,000) | - | - | - | - | - | - | - | - | - |
| 11 | Maintenance Agreements | 1419 | Maintenance Agreement | Variable | 10% | 199,200 | - | - | - | - | - | - | 24,900 | 24,900 | 24,900 | 24,900 | 24,900 | 24,900 | 24,900 | 24,900 |
| **Total of All Adjustments Not Including Contingency** | | | | | | 7,423,261 | - | - | 345,795 | 5,123,782 | (113,998) | - | 132,326 | 438,898 | 132,326 | 132,326 | 132,326 | 132,326 | 132,326 | 834,825 |

# EXHIBIT A11

*DRAFT -Confidential - Subject to Protective Order*
*Secondary Proprietary Material - Yankee Atomic*

**YANKEE ATOMIC COMPANY ADJUSTMENTS TO DAMAGES**

| Category | Summary Category | Damages Line ID | Description | Escalation | Contingency | TOTALS | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Pre-9/11 Security | ISFSI | 11.06 | Security Administration | Variable | 20% | 1,307,464 | - | - | - | - | - | - | - | - | - | - | - | - | 237,693 | 475,386 | 594,386 |
| 2 Enhanced Security | ISFSI | 12.06 | Enhanced Security | Variable | 20% | 3,120,000 | - | - | - | - | - | - | - | - | - | - | - | - | 624,000 | 1,248,000 | 1,248,000 |
| 3 Electrical Utilities - ISFSI | ISFSI | 74.06 | Utilities - Electric | Variable | 10% | 757,190 | - | - | - | - | 34,049 | 149,688 | 83,541 | 48,108 | 59,826 | 59,826 | 59,826 | 59,826 | 70,710 | 81,788 | 50,000 |
| 4 Spent Fuel Transfer to DOE | ISFSI | Pre-1999 | Spent Fuel Transfer (Pool-to-DOE) | - | 15% | 2,678,979 | 2,678,979 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5 Record Document Services | ISFSI | 44.06 | Record Document Services | Variable | 10% | 30,450 | - | - | - | - | - | 1,450 | 2,900 | 4,350 | 5,800 | 7,250 | 8,700 | - | - | - | - |
| 6 Officer Contract Benefits - Phase 02 | Wet Pool Related | 25.02 | Officer Contract/Benefits | Variable | 0% | 15,862 | - | - | 11,275 | 68 | 4,518 | - | - | - | - | - | - | - | - | - | - |
| 7 Officer Contract Benefits - Phase 06 | ISFSI | 25.06 | Officer Contract/Benefits | Variable | 0% | 15,767 | - | - | 826 | 9 | 300 | 9,410 | 2,582 | 2,640 | - | - | - | - | - | - | - |
| 8 Environmental Services - Phase 02 | Wet Pool Related | 66.02 | Outside Services | Variable | 10% | 299,176 | - | - | - | - | 299,176 | - | - | - | - | - | - | - | - | - | - |
| 9 Environmental Services - Phase 06 | ISFSI | 66.06 | Outside Services | Variable | 10% | 1,532,973 | - | - | - | - | 64,580 | 204,848 | 165,817 | 957,727 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| 10 Final Status Survey Engineers | Wet Pool Related | 14.02 | NET Staff Aug ($) - Phase 02 | Variable | 10% | 373,375 | - | - | - | - | 373,375 | - | - | - | - | - | - | - | - | - | - |
| 11 Spent Fuel Rack Removal | ISFSI | 1.00 | DOC ISFSI (CAPITAL) | Fixed | 10% | 3,607,830 | - | - | - | 1,352,936 | 2,254,894 | - | - | - | - | - | - | - | - | - | - |
| 12 M&S Adjustment due to Staffing Change | Wet Pool Related | 67.02-75.02 | Miscellaneous M&S Categories | Variable | 10% | 32,479 | - | - | - | - | 32,479 | - | - | - | - | - | - | - | - | - | - |
| **Total of All Adjustments Not Including Contingency** | | | | | | **13,771,544** | **2,678,979** | **-** | **12,101** | **1,353,013** | **3,063,371** | **365,397** | **254,841** | **1,012,825** | **85,626** | **87,076** | **88,526** | **79,826** | **952,403** | **1,825,174** | **1,912,386** |
| **No Contingency (constant mid-2002 dollars)** | | | | | | | | | | | | | | | | | | | | | |
| ISFSI Construction | | | | | | 6,569,271 | 2,678,979 | - | 826 | 1,352,945 | 2,353,823 | 182,698 | - | - | - | - | - | - | - | - | - |
| ISFSI Operations | | | | | | 6,481,382 | - | - | - | - | - | 182,698 | 254,841 | 1,012,825 | 85,626 | 87,076 | 88,526 | 79,826 | 952,403 | 1,825,174 | 1,912,386 |
| Wet Pool Related | | | | | | 720,892 | - | - | 11,275 | 68 | 709,548 | - | - | - | - | - | - | - | - | - | - |
| Total | | | | | | 13,771,544 | 2,678,979 | - | 12,101 | 1,353,013 | 3,063,371 | 365,397 | 254,841 | 1,012,825 | 85,626 | 87,076 | 88,526 | 79,826 | 952,403 | 1,825,174 | 1,912,386 |
| **Including Contingency (constant mid-2002 dollars)** | | | | | | | | | | | | | | | | | | | | | |
| ISFSI Construction | | | | | | 7,224,269 | 3,080,825 | - | 826 | 1,352,945 | 2,589,175 | 200,498 | - | - | - | - | - | - | - | - | - |
| ISFSI Operations | | | | | | 7,571,274 | - | - | - | - | - | 200,498 | 280,066 | 1,113,844 | 94,189 | 95,784 | 97,379 | 87,809 | 1,133,812 | 2,180,030 | 2,287,863 |
| Wet Pool Related | | | | | | 791,395 | - | - | 11,275 | 68 | 780,051 | - | - | - | - | - | - | - | - | - | - |
| Total | | | | | | 15,586,938 | 3,080,825 | - | 12,101 | 1,353,013 | 3,369,226 | 400,996 | 280,066 | 1,113,844 | 94,189 | 95,784 | 97,379 | 87,809 | 1,133,812 | 2,180,030 | 2,287,863 |
| **PV 2003 Including Contingency (Risk-Adjusted)** | | | | | | | | | | | | | | | | | | | | | |
| ISFSI Construction | | | | | | 7,224,671 | 3,080,825 | - | 826 | 1,352,945 | 2,589,175 | 200,900 | - | - | - | - | - | - | - | - | - |
| ISFSI Operations | | | | | | 6,352,860 | - | - | - | - | - | 200,900 | 274,884 | 1,070,852 | 88,700 | 88,355 | 86,888 | 75,650 | 942,117 | 1,749,009 | 1,775,505 |
| Wet Pool Related | | | | | | 791,395 | - | - | 11,275 | 68 | 780,051 | - | - | - | - | - | - | - | - | - | - |
| Total | | | | | | 14,368,927 | 3,080,825 | - | 12,101 | 1,353,013 | 3,369,226 | 401,800 | 274,884 | 1,070,852 | 88,700 | 88,355 | 86,888 | 75,650 | 942,117 | 1,749,009 | 1,775,505 |
| **PV 2003 Including Contingency (Risk-Free)** | | | | | | | | | | | | | | | | | | | | | |
| ISFSI Construction | | | | | | 7,227,090 | 3,080,825 | - | 826 | 1,352,945 | 2,589,175 | 203,319 | - | - | - | - | - | - | - | - | - |
| ISFSI Operations | | | | | | 7,545,950 | - | - | - | - | - | 203,319 | 284,931 | 1,136,881 | 96,450 | 98,403 | 99,259 | 88,665 | 1,133,005 | 2,157,984 | 2,247,053 |
| Wet Pool Related | | | | | | 791,395 | - | - | 11,275 | 68 | 780,051 | - | - | - | - | - | - | - | - | - | - |
| Total | | | | | | 15,564,435 | 3,080,825 | - | 12,101 | 1,353,013 | 3,369,226 | 406,637 | 284,931 | 1,136,881 | 96,450 | 98,403 | 99,259 | 88,665 | 1,133,005 | 2,157,984 | 2,247,053 |

*DRAFT -Confidential - Subject to Protective Order*
*Secondary Proprietary Material - Yankee Atomic*

**CONNECTICUT YANKEE COMPANY ADJUSTMENTS TO DAMAGES**

| Category | Summary Category | Damages Line ID | Description | Escalation | Contingency | TOTALS | Pre-1999 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Pre-9/11 Security | ISFSI | 9.06 | Security Administration | Variable | 20% | 1,069,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 475,000 | 594,000 |
| 2 Enhanced Security | ISFSI | 10.06 | Enhanced Security | Variable | 20% | 2,496,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,248,000 | 1,248,000 |
| 3 Crane Upgrade | ISFSI | 0.00 | Crane Upgrade | - | 0% | 1,114,554 | - | 278,639 | - | - | 835,916 | - | - | - | - | - | - | - | - | - | - |
| 4 Electrical Utilities - ISFSI | ISFSI | 74.06 | Utilities - Electric | Variable | 10% | 528,429 | - | - | - | - | 35,300 | (1,765) | 25,297 | 13,307 | 56,225 | 56,225 | 56,225 | 56,225 | 56,132 | 78,191 | 97,068 |
| 5 Spent Fuel Transfer to DOE | ISFSI | 6.00 | Spent Fuel Transfer (Pool-to-DOE) | - | 15% | 4,551,065 | - | - | 5,093,523 | (542,458) | - | - | - | - | - | - | - | - | - | - | - |
| 6 Record Document Services | ISFSI | 43.06 | Record Document Services | Variable | 10% | 65,250 | - | - | - | - | - | 1,450 | 2,900 | 4,350 | 5,800 | 7,250 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 |
| 7 Officer Contract Benefits - Phase 02 | Wet Pool Related | 26.02 | Officer Contract/Benefits | Variable | 0% | 19,040 | - | - | - | - | 6,519 | 12,521 | - | - | - | - | - | - | - | - | - |
| 8 Officer Contract Benefits - Phase 06 | ISFSI | 26.06 | Officer Contract/Benefits | Variable | 0% | 10,030 | - | - | 12 | - | 634 | 1,247 | 4,009 | 4,128 | - | - | - | - | - | - | - |
| 9 2005 Computer Upgrade | Wet Pool Related | 68.06 | IT Supplies | Variable | 10% | 45,404 | - | - | - | - | - | - | - | 45,404 | - | - | - | - | - | - | - |
| 10 Final Status Survey Engineers | ISFSI | 12.02 | NET Staff Aug ($) - Phase 02 | Variable | 10% | 535,800 | - | - | - | - | 357,200 | 178,600 | - | - | - | - | - | - | - | - | - |
| 11 M&S Adjustment due to Staffing Change | Wet Pool Related | 67.02-75.02 | Miscellaneous M&S Categories | Variable | 10% | 95,355 | - | - | - | - | 64,756 | 30,599 | - | - | - | - | - | - | - | - | - |
| **Total of All Adjustments Not Including Contingency** | | | | | | **10,529,926** | **-** | **278,639** | **5,093,535** | **(542,458)** | **1,300,325** | **222,652** | **32,206** | **67,188** | **62,025** | **63,475** | **64,925** | **64,925** | **64,832** | **1,809,891** | **1,947,768** |
| **No Contingency (constant mid-2002 dollars)** | | | | | | | | | | | | | | | | | | | | | |
| ISFSI Construction | | | | | | **6,238,297** | - | 278,639 | 5,093,535 | (542,458) | 1,229,050 | 179,532 | - | - | - | - | - | - | - | - | - |
| ISFSI Operations | | | | | | **4,131,831** | - | - | - | - | - | - | 32,206 | 21,785 | 62,025 | 63,475 | 64,925 | 64,925 | 64,832 | 1,809,891 | 1,947,768 |
| Wet Pool Related | | | | | | **159,799** | - | - | - | - | 71,275 | 43,120 | - | 45,404 | - | - | - | - | - | - | - |
| Total | | | | | | **10,529,926** | **-** | **278,639** | **5,093,535** | **(542,458)** | **1,300,325** | **222,652** | **32,206** | **67,188** | **62,025** | **63,475** | **64,925** | **64,925** | **64,832** | **1,809,891** | **1,947,768** |
| **Including Contingency (constant mid-2002 dollars)** | | | | | | | | | | | | | | | | | | | | | |
| ISFSI Construction | | | | | | **6,978,035** | - | 278,639 | 5,857,564 | (623,827) | 1,268,300 | 197,360 | - | - | - | - | - | - | - | - | - |
| ISFSI Operations | | | | | | **4,900,700** | - | - | - | - | - | - | 35,026 | 23,551 | 68,227 | 69,822 | 71,417 | 71,417 | 71,315 | 2,163,180 | 2,326,745 |
| Wet Pool Related | | | | | | **173,874** | - | - | - | - | 77,751 | 46,180 | - | 49,944 | - | - | - | - | - | - | - |
| Total | | | | | | **12,052,610** | **-** | **278,639** | **5,857,564** | **(623,827)** | **1,346,050** | **243,540** | **35,026** | **73,494** | **68,227** | **69,822** | **71,417** | **71,417** | **71,315** | **2,163,180** | **2,326,745** |
| **PV 2003 Including Contingency (Risk-Adjusted)** | | | | | | | | | | | | | | | | | | | | | |
| ISFSI Construction | | | | | | **6,978,447** | - | 278,639 | 5,857,564 | (623,827) | 1,268,300 | 197,773 | - | - | - | - | - | - | - | - | - |
| ISFSI Operations | | | | | | **3,918,505** | - | - | - | - | - | - | 34,387 | 22,651 | 64,288 | 64,455 | 63,787 | 61,606 | 59,349 | 1,738,608 | 1,809,375 |
| Wet Pool Related | | | | | | **172,063** | - | - | - | - | 77,751 | 46,276 | - | 48,036 | - | - | - | - | - | - | - |
| Total | | | | | | **11,069,015** | **-** | **278,639** | **5,857,564** | **(623,827)** | **1,346,050** | **244,049** | **34,387** | **70,687** | **64,288** | **64,455** | **63,787** | **61,606** | **59,349** | **1,738,608** | **1,809,375** |
| **PV 2003 Including Contingency (Risk-Free)** | | | | | | | | | | | | | | | | | | | | | |
| ISFSI Construction | | | | | | **6,980,834** | - | 278,639 | 5,857,564 | (623,827) | 1,268,300 | 200,160 | - | - | - | - | - | - | - | - | - |
| ISFSI Operations | | | | | | **4,856,169** | - | - | - | - | - | - | 35,647 | 24,051 | 69,920 | 71,804 | 72,895 | 72,238 | 71,414 | 2,146,562 | 2,291,637 |
| Wet Pool Related | | | | | | **175,591** | - | - | - | - | 77,751 | 46,835 | - | 51,006 | - | - | - | - | - | - | - |
| Total | | | | | | **12,012,595** | **-** | **278,639** | **5,857,564** | **(623,827)** | **1,346,050** | **246,995** | **35,647** | **75,057** | **69,920** | **71,804** | **72,895** | **72,238** | **71,414** | **2,146,562** | **2,291,637** |