# In the United States Court of Federal Claims

No. 98-126C
(Filed December 22, 2005)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

Defendant's motion, filed December 22, 2005, seeks an enlargement of time, to and including January 5, 2006, within which to file its response to plaintiff's Supplemental Post Trial Brief. Plaintiff opposes this request, noting that the requested filing date results in a very short time interval between filing and oral argument on January 10, 2006.

It is concluded that a January 5, 2006 filing will, however, leave sufficient time for final oral argument preparation by the parties and the court, and it is **ORDERED** that defendant's motion, filed December 22, 2005, shall be **GRANTED**, so that the time is enlarged so that responsive briefs by all parties shall be filed by January 5, 2006, with a paper courtesy copy to be delivered directly to chambers by no later than the morning of January 6, 2006.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.