# In the United States Court of Federal Claims

No. 98-126C
(Filed March 21, 2006)

********************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
********************************

**ORDER**[1/]

Upon consideration, it is **ORDERED** that defendant's Motion for an Enlargement of Time One Day Out of Time, filed March 17, 2006, to which plaintiffs filed an opposition on March 20, 2006, is **granted in part**. Any opposition to the filing of the proposed amendment should be expressed and advanced at this time. Accordingly, defendant shall have an enlargement of time to and including **March 30, 2006,** in which to file a response to the motion for leave to file an amended complaint. However, in the event that the court were to grant leave for the filing of an amended or supplemental pleading pursuant to RCFC 15, defendant shall then be prepared to respond to such within ten days after service. Pursuant to RCFC 15, a ten-day response time is set for a response to any amended or supplemental pleading now filed in this matter. No extension for such a response shall be granted absent extraordinary circumstances.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States,* No. 98-154 C and *Maine Yankee v. United States,* No. 98-474 C.