# In the United States Court of Federal Claims

No. 98-126C
(Filed March 31, 2006)

******************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
******************************

**ORDER**[1/]

On March 30, 2006, defendant filed a motion for enlargement of time, to and including April 4, 2006, to respond to plaintiff's motion for leave to file an amended complaint. The reason for the time sought is the expressed need to address the court's ruling, filed March 30, 2006, in *Pacific Gas & Electric Co. v. United States*, No. 04-74 C. As it is assumed that plaintiff will also wish to address this ruling in its submissions, defendant's request for brief time to conform its position is reasonable.

It is recognized that plaintiff opposes granting additional time to defendant, but the issue involved has considerable impact on the perimeters of this litigation and, as such, requires serious consideration by both parties.

On March 30, 2006, chambers of the undersigned issued an electronic order granting defendant's motion for enlargement. However, upon filing the subject electronic order, the wrong document was submitted.

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

Accordingly, it is **ORDERED** that the court's order of March 30, 2006 shall be **STRICKEN** from the docket; and defendant's motion, filed March 30, 2006, to enlarge the time for its response to and including April 4, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge