# In the United States Court of Federal Claims

No. 98-126C
(Filed September 30, 2006)

*******************************
YANKEE ATOMIC ELECTRIC COMPANY,
Plaintiff,

v.

THE UNITED STATES,
Defendant.
*******************************

**ORDER**[1/]

Certain proceedings in this matter were conducted under seal with disclosure limited to persons covered by the applicable protective order. Every effort has been made in drafting the Opinion issued on this date, not to incorporate any substantive matter having its genesis in sealed proceedings. It is not contemplated that the Opinion will require filing under seal in whole or in any part. However, to provide the parties an opportunity to verify that no material which requires sealed status is incorporated in the Opinion, it is **ORDERED:**

(1) The Opinion issued this date shall be temporarily filed under seal with access restricted to persons covered by the applicable protective order(s);

(2) Counsel shall promptly review the sealed Opinion and notify the court if any portion of the Opinion is discovered to comprise sealed material and, if so, the exact portion concerned;

(3) Absent any notice pursuant to (2) filed on or before **October 10, 2006**, the Opinion will be unsealed by an appropriate Order.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States,* No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.