# In the United States Court of Federal Claims

No. 98-126C
(Filed September 30, 2006)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ERRATA**

The court's sealed Order and Opinion of this date, Conclusion, Paragraph 5 is amended to correct the case number. As corrected, the paragraph 5 shall read:

5. Defendant's Motion for Leave to File Amended Answer and Counterclaims in Nos. 98-154C and 98-474C are GRANTED, the pleadings shall be promptly filed by defendant, and, upon their filing, the Counterclaims shall be DENIED without prejudice to their assertion at an appropriate time in future litigation.

s/ James F. Merow
James F. Merow
Senior Judge