# In the United States Court of Federal Claims

No. 98-126C
(Filed November 22, 2006)

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER[1/]

Yankee Atomic's Unopposed Motion filed November 21, 2006, is **GRANTED.**
**IT IS SO ORDERED.**

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States,* No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.