# In the United States Court of Federal Claims

No. 98-126C
(Filed April 25, 2007)

*****************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*****************************

**ORDER**

This spent nuclear fuel case was concluded by an Opinion and resulting judgment entered on October 4, 2006, and is currently on appeal to the United States Court of Appeals for the Federal Circuit. On April 17 and 18, 2007, the clerk's office received a Motion to Intervene, Memorandum, Complaint and Certificate of Service (collectively, "the Filings").

While this case is on appeal, this court has no further jurisdiction. "It is well established that 'once final judgment is entered and a timely notice of appeal has been filed, the trial court loses jurisdiction over the case except to act in aid of the appeal or to correct clerical errors.'" *JWK Int'l Corp. v. United States*, 49 Fed. Cl. 364, 366 (2001), *aff'd,* 279 F.3d 985 (2002) (citing *Yachts America v. United States*, 8 Cl. Ct. 278, 280, *aff'd*, 779 F.2d 656 (Fed. Cir. 1985), *cert. denied sub nom., Wilson v. United States*, 479 U.S. 832, 107 S.Ct. 122, 93 L.Ed.2d 68 (1986).

The Clerk of the Court shall return the Filings to Mr. Peterson. A paper copy of this order shall be provided to him in the package returning the Filings.

s/ James F. Merow
James F. Merow
Senior Judge